AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GO GLOBAL RETAIL LLC )<br>*Plaintiff* )<br>v. )<br>DREAM ON ME, INC. )<br>*Defendant* ) | Case No. 1:23-cv-07987 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, GO GLOBAL RETAIL LLC in the above-captioned action                                   .

Date:   09/11/2023

*Moish Peltz*
*Attorney's signature*

Moish Peltz. Bar Number: MP3333
*Printed name and bar number*
265 Sunrise Highway
Suite 50
Rockville Centre, NY 11570

*Address*

mpeltz@frblaw.com
*E-mail address*

(516) 599-0888
*Telephone number*

(516) 599-0889
*FAX number*