P20069930

|  |  |
|---|---|
| GO GLOBAL RETAIL, LLC<br>PLAINTIFF<br>- vs -<br>DREAM ON ME, INC.<br>DEFENDANT | US DISTRICT COURT<br>Docket No. 1:23-cv-07987 |

**Person to be Served**
DREAM ON ME, INC.
45-47 VERONICA AVE
SOMERSET NJ 08873

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: COMPLAINT, AMENDED SUMMONS, NOTICE OF PRETRIAL CONFERENCE
**Service Data**:
Served Successfully **X** Not Served _____ Date: 10/03/2023 Time: 12:48PM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

Name of person served and relationship / title:

Jane Doe

FRONT DESK CLERK

**Description of Person Accepting Service**:
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **57**   APP. HT: **5'7**   APP. WT: **130**
OTHER:

**Comments Or Remarks**:

Sworn to before me this
11TH day of OCTOBER, 2023

*[signature]*
MARCY BLICHARZ
Notary Public, State of New Jersey
No. 2457386
Qualified in
Commission Expires 01/03/2028

I, PATRICK PERSICANO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
_____
Signature of Process Server          Date

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
FALCON RAPPAPORT & BERKMAN, LLP