# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ ) | |
| GO GLOBAL RETAIL LLC ) | Case No. 1:23-cv-07987-AS |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE OF** |
| ) | **JESSICA M. CARROLL** |
| DREAM ON ME, INC. ) | |
| Defendant. ) | |
| _____ ) | |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters her appearance on behalf of Dream On Me, Inc. and requests that all notices to be given or required to be served in this case be given and served upon the following:

Jessica M. Carroll, Esq.
Greenbaum Rowe Smith & Davis LLP
75 Livingston Avenue
Roseland, NJ 07068
jcarroll@greenbaumlaw.com
Tel: (973) 577-1910
Fax (973) 577-1911

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes without limitation, order, applications, motions, petitions, pleadings, legal memoranda, or demands transmitted or conveyed by electronic filing, mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise, which pertain to the above-captioned action.

Date:  October 20, 2023

By: _____
JESSICA M. CARROLL, ESQ.
Greenbaum Rowe Smith & Davis LLP
75 Livingston Avenue
Roseland, NJ 07068
Counsel to Dream On Me, Inc.