UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC | Case No. 1:23-cv-07987-AS |
| Plaintiff, | *Filed Electronically* |
| v. | |
| DREAM ON ME, INC. | **ORDER** |
| Defendant. | |

**THIS MATTER** having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Dream on Me Industries, Inc. i/p/a Dream On Me, Inc. ("DOM"), for an Order dismissing the Complaint filed on behalf of Plaintiff, Go Global Retail LLC ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered all papers submitted and the oral argument of counsel; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. DOM's Motion to Dismiss the Complaint, be and is hereby **GRANTED**, in its entirety; and

2. There are no claims remaining now or hereafter against DOM that can be asserted by Plaintiff now or hereafter; and

3. Plaintiff's Complaint be and is hereby **DISMISSED WITH PREJUDICE** in its entirety against DOM.

**SO ORDERED:**

_____
ARUN SUBRAMANIAN, U.S.D.J.
United States District Judge

Dated: