UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GO GLOBAL RETAIL LLC | ) | Case No. 1:23-cv-07987-AS |
| Plaintiff, | ) | *Filed Electronically* |
| v. | ) | |
| DREAM ON ME, INC. | ) | **CERTIFICATION OF DARREN C. BARREIRO, ESQ. ON BEHALF OF DREAM ON ME, INC.** |
| Defendant. | ) | |

I, **DARREN C. BARREIRO, ESQ.** being of full age, hereby certifies as follows:

1. I am a partner at the law firm of Greenbaum, Rowe, Smith & Davis LLP, located at River Centre Building 1, 331 Newman Springs Road, Suite 122, Red Bank, New Jersey, 07701. I make this Certification in support of my application for admission *pro hac vice* in this Action on behalf of Defendant, Dream On Me, Inc. i/p/a Dream On Me, Inc. (hereinafter referred to as "DOM") pursuant to L. Civ. R. 1.3(c).

2. I have personal knowledge of the facts set forth below.

3. I am a member in good standing of the New Jersey State Bar. I was admitted in 1999. *Exhibit A*.

4. I am also admitted to and in good standing to practice in the following United States District Court of New Jersey. I was admitted in 1999.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction.

8. I am associated in this matter with Jessica M. Carroll, Esq., counsel at Greenbaum, Rowe, Smith & Davis LLP. She is an attorney qualified to practice in this State and before this Court.

9. I have an attorney-client relationship with DOM and am counsel to DOM regarding this Action. DOM has requested that I assist in representing it in connection with this Action.

10. I understand that I will be bound by all the Local Rules of the United States District Court for the Southern District of New York, including its Disciplinary Rules and the New York State Rules of Professional Conduct.

11. I shall notify the Court of any matter affecting my standing with the bar of any Court.

12. On the basis of the foregoing, I respectfully request that I be admitted to this Court *pro hac vice* for the purpose of participating in this Action on behalf of DOM.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: Darren C. Barreiro, Esq.
331 Newman Springs Road
River Centre Building, Suite 122
Red Bank, New Jersey 07701
T: 732.476.2424
F: 732.476.2425
dbarreiro@greenbaumlaw.com

Dated: November 30, 2023

-3-

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Darren C Barreiro** (No. **047911998**) was constituted and appointed an Attorney at Law of New Jersey on **May 4, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 28th day of November, 2023.

_____
Clerk of the Supreme Court