**FALCON RAPPAPORT & BERKMAN**LLP

December 5, 2023

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**VIA ECF**

      Re:    Go Global Retail, LLC v. Dream on Me, Inc.
              Case No.: 1:23-cv-07987

Dear Judge Subramanian:

      This firm represents Plaintiff, Go Global Retail, LLC ("Plaintiff" or "Go Global") in the above-referenced action. On or about November 28, 2023, undersigned counsel informed the Court and Defendant, Dream on Me, Inc. ("Defendant" or "DOM"), that pursuant to Your Honor's Individual Practice in Civil Cases, 8(G)(ii) that Plaintiff has elected to amend the Complaint. See DE 18.

      The parties respectfully request that the Court adopt the following briefing schedule:

- Plaintiff will file its amended complaint on or before December 22, 2023
- Defendant will respond to the amended complaint on or before January 31, 2024

      Should the Court require any additional information, we are available at the Court's convenience.

      Very truly yours,
      **Falcon Rappaport & Berkman LLP**


*/s/ Jessica M. Moore*
By:    Jessica M. Moore, Esq.
         Moish E. Peltz, Esq.

cc: All Counsel of Record (via ECF only)