UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC <br><br> Plaintiff, <br><br> v. <br><br> DREAM ON ME, INC. <br><br> Defendant. | Case No. 1:23-cv-07987-AS <br><br> *Filed Electronically* <br><br> **NOTICE OF MOTION FOR** <br> ***PRO HAC VICE* ADMSSION OF** <br> **JUDAH SKOFF, ESQ.** <br> **ON BEHALF OF** <br> **DREAM ON ME INDUSTRIES, INC.** |

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, Defendant, Dream on Me Industries, Inc. i/p/a Dream On Me, Inc. ("DOM"), shall appear before the Honorable Arun Subramanian, U.S.D.J., and move for an Order pursuant to Local Civil Rule 1.3(c) admitting Judah Skoff, Esq., of the law firm of Greenbaum, Rowe, Smith & Davis LLP, *pro hac vice* for the purposes of this Action on behalf of DOM.

**PLEASE TAKE FURTHER NOTICE** that DOM shall rely upon the Declaration of Judah Skoff, Esq., submitted pursuant to Local Civil Rule 1.9, in support of the within Motion for *Pro Hac Vice* Admission of Judah Skoff, Esq., for the purposes of this Action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that DOM hereby requests that its application be considered on the papers, unless opposition is filed.

                                                **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                                Attorneys for Defendant, Dream On Me Industries, Inc.

                                                By: _____
                                                    Judah Skoff, Esq.

Dated: