UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC ) | Case No. 1:23-cv-07987-AS |
| ) | |
| Plaintiff, ) | *Filed Electronically* |
| ) | |
| v. ) | **DECLARATION OF JUDAH SKOFF, ESQ.** |
| ) | **IN SUPPORT OF MOTION FOR** |
| DREAM ON ME, INC. ) | ***PRO HAC VICE*** |
| ) | |
| Defendant. ) | |

I, **JUDAH SKOFF, ESQ.** being of full age, hereby declare as follows:

1. I am a partner at the law firm of Greenbaum, Rowe, Smith & Davis LLP, located at 99 Wood Avenue South, in Iselin, New Jersey, 08830. I make this Certification in support of my application for admission *pro hac vice* in this Action on behalf of Defendant, Dream on Me Industries, Inc. i/p/a Dream On Me, Inc. (hereinafter referred to as "DOM") pursuant to L. Civ. R. 1.3(c).

2. I have personal knowledge of the facts set forth below.

3. I am a member in good standing of the New Jersey State Bar. I was admitted in 2007. Exhibit A.

4. I am also admitted to and in good standing to practice in the following United States District Court of New Jersey. I was admitted in 2007.

5. I am a member in good standing of the New York State Bar. I was admitted in 2008. Exhibit B.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction.

9. I am associated in this matter with Jessica M. Carroll, Esq., counsel at Greenbaum, Rowe, Smith & Davis LLP. She is an attorney qualified to practice in this State and before this Court.

10. I have an attorney-client relationship with DOM and am counsel to DOM regarding this Action. DOM has requested that I assist in representing it in connection with this Action.

11. I understand that I will be bound by all the Local Rules of the United States District Court for the Southern District of New York, including its Disciplinary Rules and the New York State Rules of Professional Conduct.

12. I shall notify the Court of any matter affecting my standing with the bar of any Court.

13. On the basis of the foregoing, I respectfully request that I be admitted to this Court *pro hac vice* for the purpose of participating in this Action on behalf of DOM.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: Judah Skoff, Esq.

STATE OF NEW JERSEY     )
                        ) SS.:
COUNTY OF ESSEX         )

Sworn to and subscribed before me on this 12 day of December, 2023.

Notary Public

LYNDA STRAKER OTTO
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES  SEPT. 30, 2025