UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DREAM ON ME, INC. )<br>)<br>Defendant. ) | Case No. 1:23-cv-07987-AS<br><br>*Filed Electronically*<br><br>**ORDER ADMITTING JUDAH SKOFF, ESQ.<br>*PRO HAC VICE* ON BEHALF OF<br>DREAM ON ME, INC.** |

**THIS MATTER** having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Dream on Me Industries, Inc. i/p/a Dream On Me, Inc. ("DOM"), for an Order pursuant to Local Civil Rule 1.3(c) permitting Judah Skoff, Esq., of the law firm of Greenbaum, Rowe, Smith & Davis LLP, to be admitted *pro hac vice* for the purposes of this Action on behalf of DOM; and the Court having considered the certifications submitted in support thereof; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The application to permit Judah Skoff, Esq., to appear and participate *pro hac vice* on behalf of DOM, pursuant to Local Civil Rule 1.3 (c), be and is hereby granted; and

2. Judah Skoff, Esq., a member of the Bar of New Jersey, the Bar of New York, and the United States District Court for the District of New Jersey, shall be permitted to appear *pro hac vice* on behalf of DOM; and

3. Pursuant to Local Civil Rule 1.3 (c), Judah Skoff Esq. shall be permitted to argue and/or try, in whole or in part as counsel or advocate, on behalf of DOM, in the same manner as the attorneys authorized to practice law in this State during all phases of this proceeding; and

4.   Judah Skoff, Esq. shall be bound by the Local Civil Rules of the United States District Court for the Southern District of New York, including the provisions of the New York State Rules of Professional Conduct.

**SO ORDERED:**

_____
ARUN SUBRAMANIAN, U.S.D.J.
United States District Judge

Dated: