UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC<br><br>Plaintiff,<br><br>v.<br><br>DREAM ON ME, INC.<br><br>Defendant. | Case No. 1:23-cv-07987-AS<br><br>NOTICE OF APPEARANCE OF<br>JUDAH SKOFF |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance on behalf of Dream On Me, Inc. and requests that all notices to be given or required to be served in this case be given and served upon the following:

Judah Skoff, Esq.
Greenbaum Rowe Smith & Davis LLP
99 Wood Avenue
Iselin, NJ 08830
jskoff@greenbaumlaw.com
Tel: (732) 476-2396
Fax (732) 4762397

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes without limitation, order, applications, motions, petitions, pleadings, legal memoranda, or demands transmitted or conveyed by electronic filing, mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise, which pertain to the above-captioned action.

Dated:  December 20, 2023

By: _____
Judah Skoff, Esq.
Greenbaum Rowe Smith & Davis LLP
99 Wood Avenue
Iselin, NJ 08830
Counsel to Dream On Me, Inc.