UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC | Case No. 1:23-cv-07987-AS |
| Plaintiff, | *Filed Electronically* |
| v. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| DREAM ON ME INDUSTRIES, INC., and DREAM ON ME, INC. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, Defendants, Dream on Me Industries, Inc. and Dream On Me, Inc. (collectively "DOM"), through its attorneys, Greenbaum, Rowe, Smith & Davis LLP, shall appear before the Honorable Arun Subramanian, U.S.D.J., and move for an Order dismissing the entire Amended Complaint filed on behalf of Plaintiff, Go Global Retail LLC ("Plaintiff") against DOM pursuant to Federal Rule of Civil Procedure 12(b)(6), and for other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that DOM shall rely on the annexed Declaration of Jessica M. Carroll, Esq., with exhibits attached thereto, along with the Memorandum of Law enclosed herewith, in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that DOM hereby requests oral argument.

> **GREENBAUM, ROWE, SMITH & DAVIS LLP**
> **Attorneys for Defendant, Dream On Me, Inc.**
>
> By: ___/s/ Jessica M. Carroll_____
> Jessica M. Carroll, Esq.

Dated: January 31, 2024