UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC     ) | Case No. 1:23-cv-07987-AS |
|                          ) | |
|               Plaintiff, ) | *Filed Electronically* |
|                          ) | |
| v.                        ) | |
|                          ) | **ORDER** |
| DREAM ON ME, INC.         ) | |
|                          ) | |
|              Defendant.  ) | |

**THIS MATTER** having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Dream on Me Industries, Inc. and Dream On Me, Inc. (collectively "DOM"), for an Order dismissing the Amended Complaint filed on behalf of Plaintiff, Go Global Retail LLC ("Plaintiff") against DOM pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered all papers submitted and the oral argument of counsel; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1.     DOM's Motion to Dismiss the Amended Complaint, be and is hereby **GRANTED**, in its entirety;

2.     Plaintiff's Amended Complaint be and is hereby **DISMISSED WITH PREJUDICE** in its entirety against DOM; and

3.     Plaintiff has no claims against DOM now or hereafter and is barred from any and all future claims related to or arising out of any facts alleged in the Amended Complaint.

**SO ORDERED:**

_____
ARUN SUBRAMANIAN, U.S.D.J.
United States District Judge

Dated: