UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC <br><br> Plaintiff, <br><br> v. <br><br> DREAM ON ME, INC. <br><br> Defendant. | Case No. 1:23-cv-07987-AS |

**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Motion, together with a Declaration of Counsel, with exhibits attached thereto, and the Memorandum of Law, along with a proposed Order, were filed electronically with the United States District Court for the Southern District of New York on the 31st of January, 2024, with notice of the case activity generated and sent to counsel of record.

By: *[signature]*
Jessica Carroll, Esq.
*Attorneys for Defendants,*
*Dream on Me Industries, Inc. and*
*Dream on Me, Inc.*