**FALCON RAPPAPORT & BERKMAN**LLP

February 9, 2024

<u>Via ECF</u>

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

        Re:  *Go Global Retail, LLC v. Dream on Me, Inc.,* Case No. 1:23-cv-07987-AS

Dear Judge Subramanian:

We represent Plaintiff Go Global Retail, LLC in the above refenced action. Plaintiff filed its Complaint on September 14, 2023. On October 20, 2024, Defendants, with Plaintiff's consent, submitted a request for an extension of time to respond to Plaintiff's Complaint, which Your Honor granted. *See* ECF #14-15. On November 21, 2023, Defendants filed their Motion to Dismiss Plaintiff's Complaint. On December 22, 2023, Plaintiff filed its Amended Complaint. Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint on January 31, 2024. ECF #30.

Pursuant to Local Civil Rule § 7.1(d), and Your Honor's Individual Practices, § 3(E), Plaintiff respectfully requests an extension of time to respond to Defendants' Motion to Dismiss the Amended Complaint because undersigned Counsel is expecting the birth of a child within the next week. The present deadline for Plaintiff to file its response to Defendants' Motion to Dismiss is February 15, 2024. Accordingly, with Defendants' consent, Plaintiff requests that the deadline for Plaintiff to file its motion in opposition to Defendants' Motion to Dismiss be extended to February 29, 2024, and that Defendants' time to file its Reply be extended to March 15, 2024. This is Plaintiff's first request for an extension of time on this motion.

There is presently no scheduled appearance before Your Honor in this matter. We thank Your Honor for your attention.

                              Respectfully submitted,

                              **Falcon Rappaport & Berkman LLP**

                              */s/ Moish E. Peltz*
                              By: Moish E. Peltz, Esq.

                     **SO ORDERED:**

                                **Arun Subramanian**