UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GO GLOBAL RETAIL, LLC,

                    Plaintiff,

        -against-

DREAM ON ME, INC. et al.,

                    Defendants.

23-cv-7987 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed during the April 19 conference, the parties will exchange written discovery responses no later than May 1, 2024. The Clerk of Court is directed to close Dkt. 37.

SO ORDERED.

Dated: April 22, 2024
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge