UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DREAM ON ME INDUSTRIES, INC., and DREAM ON ME, INC.,<br><br>    Defendants. | Case No. 1:23-cv-07987-AS<br><br>CIVIL ACTION<br><br>CORPORATE DISCLOSURE STATEMENT FROM DEFENDANT, DREAM ON ME INDUSTRIES, INC. PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to *Rule* 7.1 of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Defendant, Dream On Me Industries, Inc., states as follows:

1. Dream On Me Industries, Inc. is a for-profit corporation formed under the laws of the State of New Jersey.

2. Dream On Me Industries, Inc. has no parent corporation.

3. Dream On Me Industries, Inc. is not a publicly traded corporation, and therefore, no publicly held corporation owns 10% or more of Dream On Me Industries, Inc.'s stock.

Dated: May 22, 2024

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for Dream On Me Industries, Inc. and Dream On Me, Inc.

By: _____
    Jessica Carroll, Esq.