**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>DREAM ON ME INDUSTRIES, INC.,<br>and DREAM ON ME, INC.,<br><br>       Defendants. | Case No. 1:23-cv-07987-AS<br><br>**CIVIL ACTION**<br><br>**CORPORATE DISCLOSURE**<br>**STATEMENT FROM**<br>**DEFENDANT  DREAM ON ME INC.**<br>**PURSUANT TO**<br>**FED. R. CIV. P. 7.1** |

Pursuant to *Rule* 7.1 of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Defendant, Dream On Me, Inc. states as follows:

1.      Dream On Me, Inc. is not a legal entity capable of being sued.

2.      There is no entity registered by the name "Dream On Me, Inc." in the State of New Jersey.

3.      Dream On Me, Inc. is not a legal entity, and therefore, has no citizenship.

4.      Dream On Me, Inc. is not a legal entity, and therefore, has no parent corporation.

5.      Dream On Me, Inc. is not a publicly traded corporation, and therefore, no publicly held corporation owns 10% or more of Dream On Me, Inc.'s stock.

Dated: May 22, 2024

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for Dream On Me Industries, Inc.
and Dream On Me, Inc.

By:_____
    Jessica Carroll, Esq.