UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GO GLOBAL RETAIL, LLC,

             Plaintiff,

  -against-

DREAM ON ME INDUSTRIES, INC. and
DREAM ON ME, INC.,

             Defendants.

---------------------------------------------------------X

Case No.:1:23-cv-07987

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Go Global Retail LLC hereby discloses that they are a nongovernmental limited liability company and that no parent corporation or company or publicly held corporation or company owns 10% or more of their respective stock. Go Global Retail, LLC's sole member is Jeff Streader who is a citizen of the state of California.

Dated: Rockville Centre, New York
       June 4, 2024

Respectfully submitted,

**FALCON RAPPAPORT & BERKMAN LLP**

*/s/ Jessica M. Moore*
By: Jessica M. Moore, Esq.
265 Sunrise Highway, Suite 50
Rockville Centre, NY 11570
Telephone: (516) 599-0888
jmoore@frblaw.com

*Attorneys for Plaintiff Go Global Retail, LLC*

1