UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>Plaintiff,<br><br>v.<br><br>DREAM ON ME INDUSTRIES, INC., and DREAM ON ME, INC.,<br><br>Defendants. | Case No. 1:23-cv-07987-AS<br><br>CIVIL ACTION<br><br>SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT FROM DEFENDANT, DREAM ON ME INDUSTRIES, INC. PURSUANT TO FED. R. CIV. P. 7.1(B) |

Pursuant to *Rule* 7.1(b) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Defendant, Dream On Me Industries, Inc., states as follows:

1. Dream On Me Industries, Inc. is an active domestic business corporation formed under the laws of the State of New York in 1996.

2. Dream On Me Industries, Inc. has no parent corporation.

3. Dream On Me Industries, Inc. is not a publicly traded corporation, and therefore, no publicly held corporation owns 10% or more of Dream On Me Industries, Inc.'s stock.

Dated: June 11, 2024

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for Dream On Me Industries, Inc. and Dream On Me, Inc.

By: _____
Jessica Carroll, Esq.