UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>Plaintiff,<br><br>v.<br><br>DREAM ON ME INDUSTRIES, INC., and DREAM ON ME, INC.,<br><br>Defendants. | Case No. 1:23-cv-07987-AS<br><br>CIVIL ACTION<br><br>SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT FROM DEFENDANT DREAM ON ME INC. PURSUANT TO<br>FED. R. CIV. P. 7.1(b) |

Pursuant to *Rule* 7.1(b) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Defendant, Dream On Me, Inc. states as follows:

1. Dream On Me, Inc. was a for-profit corporation formed under the laws of the State of New Jersey. Its status was revoked in 2012 for failure to pay annual reports.

2. Dream On Me, Inc. has no parent corporation.

3. Dream On Me, Inc. is not a publicly traded corporation, and therefore, no publicly held corporation owns 10% or more of Dream On Me, Inc.'s stock.

Dated: June 11, 2024

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1600
Attorneys for Dream On Me Industries, Inc.
and Dream On Me, Inc.

By: _/s/ Jessica Carroll_
Jessica Carroll, Esq.