

Thomas K. Murphy III
Counsel
75 Livingston Avenue
Suite 301
Roseland, NJ 07068
P: 973-577-1812
F: 973-577-1813
tmurphy@greenbaumlaw.com

December 20, 2024

**VIA ECOURTS**

Honorable Anun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**Re: Go Global Retail, LLC v. Dream on Me Industries, Inc., et al.
     Civil Action No. 1:23-cv-07987**

Dear Judge Subramanian:

    This firm represents defendants, Dream on Me Industries, Inc. and Dream on Me, Inc. (collectively "DOM") in the above referenced matter which involves allegations involving alleged trade secrets and has necessarily involved the discovery of proprietary and business information and documents which the parties assert are confidential in nature.

    DOM files this letter motion today seeking leave to file its summary judgment motion under seal. In accordance with Your Honor's individual practices, we will be filing an unredacted version of DOM's motion for summary judgment, as well as a redacted version of the motion and a version with the redactions highlighted which will also be filed under seal.

    By way of background, in this case, plaintiff, Go Global Retail, LLC ("Go Global") alleges that DOM breached a Non-Disclosure Agreement (the "NDA") by improperly using allegedly confidential and proprietary information obtained from Go Global to successfully bid on the intellectual property assets of Buy Buy Baby ("BBBY") at a bankruptcy auction on June 28, 2023.

    A Protective Order was entered in this case on April 22, 2024 which governs the filing of documents designated as confidential by the parties. [See Docket Entry 40]. The parties have proceeded in reliance upon the presence of the stipulated Protective Order in this case, and therefore, good cause exists for the sealing of the documents and information referenced herein. Additionally, there is little public or private interest in disclosing the information referenced herein, and a no less restrictive alternative to this Motion to Seal would protect the parties' confidential information. Indeed, the vast

majority of DOM's motion for summary judgment motion is unredacted and will be available for public view. Additionally, after further review and scrutiny, DOM has not even sought to seal or redact certain documents that it marked "Confidential" in discovery.

The majority of the documents which DOM has redacted or sought to seal completely are because Go Global has designated the documents or information "Confidential." The following exhibits attached to the Declaration of Thomas K. Murphy III contain information that Go Global has designated as confidential and have been redacted:

1. Exhibit C - Deposition Transcript of Avish Dahiya.

2. Exhibit D - Deposition Transcript of Mark Srour.

3. Exhibit F - Deposition Transcript of Deborah Gargiulo.

4. Exhibit H - Deposition Transcript of Jeffrey Streader.

5. Exhibit I - May 12, 2023 agreement between Go Global and Ankura Capital Advisors, LLC ("Ankura").

6. Exhibit K - June 14, 2023 email communication from Christian Feuer, managing director of Go Global regarding bid deadlines.

7. Exhibit O - June 18, 2023, email exchange between Go Global and Ankura.

8. Exhibit Q - June 26, 2023, email exchange wherein Go Global withdrew from the BBBY auction.

9. Exhibit R - June 18, 2023, email exchange between Go Global, Ankura, and Lazard Inc.

10. Exhibit S - June 27, 2023, email exchange between Go Global, Ankura, and Lazard Inc.

11. Exhibit T - June 27, 2023, email exchange between Go Global and Axar Capital Management LP.

12. Exhibit W - July 3, 2023, email exchange between Go Global.

13. Exhibit AJ - Expert report of Alan Schachter.

    14.    Exhibit AP - June 13, 2023 Go Global email.

    15.    Exhibit AQ - May 21, 2023 email exchange between Go Global and Ankura.

    16.    Exhibit AR - Deposition Transcript of Amit Malhotra.

    17.    Exhibit AS - Deposition Transcript of Christian Feuer.

    18.    Exhibit AT – Deposition Transcript of Yuen Chau

Additionally, the following Exhibits have been filed under seal in the entirety based upon their designation by Go Global:

    1.    Exhibit N - Go Global's model.

    2.    Exhibit P - Go Global's June 16, 2023, Draft Bid for the Assets of BBBY.

    3.    Exhibit AA - Go Global's model.

    4.    Exhibit AI - Go Global's Case Study.

    5.    Exhibit AO - Go Global's Acquisition and Turnaround Strategy.

DOM's motion for summary judgment also includes certain documents and information which DOM asserts is confidential and proprietary in nature. This information relates specifically to corporate performance and expenditures, as well as corporate strategy. DOM could be damaged and disadvantage if this information were made public. The documents which contain DOM's confidential information and have been redacted are the following:

    1.    Exhibit C - Deposition Transcript of Avish Dahiya.

    2.    Exhibit D - Deposition Transcript of Mark Srour.

    3.    Exhibit AF - July 20, 2023 email exchange between DOM and BBBY.

    4.    Exhibit AG - July 21, 2023 email exchange between DOM and Yosef Moskowitz.

Additionally, the following documents have been filed under seal in the entirety based upon their designation by DOM as they contain corporate strategy for the BBBY business that is currently operating:

1.   Exhibit AH - DOM's July 21, 2023, 11 store model.

2.   Exhibit AK – BBBY 95 Store Model. This is a model that DOM has possession of since it purchased BBBY It was also produced by Lazard Freres & Co, LLC ("Lazard") in response to a subpoena and marked Confidential by Lazard. It contains confidential work product that is similar to the other models sought to be sealed by the parties. Counsel for Lazard has been advised of our intention to file this document.

Based on the foregoing, DOM respectfully requests leave to file the unreacted version of its motion for summary judgment under seal.

Respectfully submitted,

GREENBAUM, ROWE, SMITH & DAVIS LLP

*/s/ Thomas K. Murphy III*

TKM

THOMAS K. MURPHY III

cc: All Counsel of Record (via ECF)