# EXHIBIT Q

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 5:51 PM EDT
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>
**Subject:** [EXT] Fwd: Go Global - Project Butterfly

---

**This Message Is From an External Sender**
Do not click links or open attachments unless you trust the sender and know the content is safe.

---

It took a lot for me to write this email.  I do not "lose" very well.  I expect to win - always.

Silly me.

I want to thank you - I am blessed having you as friends and professional partners.

I need a moment to cleanse my mind.

Jeff


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

> Begin forwarded message:
>
> **From:** Jeffery Streader <jeff.streader@goglobalretail.com>
> **Subject: Go Global - Project Butterfly**
> **Date:** June 26, 2023 at 2:43:38 PM PDT
> **To:** Christian Tempke <christian.tempke@lazard.com>, Brendan Shea <brendan.shea@lazard.com>
> **Cc:** Kathleen Lauster <klauster@ankuracapitaladvisors.com>, Matthew Lapish <mlapish@ankuracapitaladvisors.com>, Christian Feuer <christian.feuer@goglobalretail.com>, Yuen Chau <yuen.chau@goglobalretail.com>, Jason Wooten <jason.wooten@lazard.com>
>
> Christian and Brendan -
>
> Our days have been filled by refining and aligning on our strategy for the acquisition of Buy Buy Baby from the Bed Bath and Beyond estate.
> There is a lot to like in Project Butterfly and the synergies for Go Global's portfolio of children's companies.
>
> However, we have concluded that the brand has suffered material deterioration in the last year and during the going out of business process.
> ███████████████████████████████████████████████████████████
> ████████████████████████████████████
>
> ███████████████████████████████████████████████████████████
> ██████████
>
> We want to personally thank Lazard for your availability to us at all hours and the outstanding efforts and cooperation from Patty Wu, Sue Gove and the entire team @ Alix Partners.  True professionals.
>
> Thank you and good luck on Wednesday.
>
> Jeff
>
> Jeff Streader, Managing Partner
> Go Global Retail

Mobile: 1.615.481.6309
www.goglobalretail.com

**CONFIDENTIAL**                                    **ANK-0035976**