# EXHIBIT S

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Tuesday, June 27, 2023 3:00 PM EDT
**To:** Tempke, Christian <christian.tempke@lazard.com>; Brendan Shea <brendan.shea@lazard.com>
**CC:** Kathleen Lauster <klauster@ankuracapitaladvisors.com>; Matthew Lapish <mlapish@ankuracapitaladvisors.com>; Christian Feuer <christian.feuer@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Wooten, Jason <jason.wooten@lazard.com>
**BCC:** jeb.altonaga@clearglasscap.com <jeb.altonaga@clearglasscap.com>; jberkman@frblaw.com <jberkman@frblaw.com>; hannan@springerbridgeassociates.com <hannan@springerbridgeassociates.com>; jeff.streader@goglobalretail.com <jeff.streader@goglobalretail.com>; Rick.Maicki@ankura.com <Rick.Maicki@ankura.com>; Mo_Beig@janieandjack.com <Mo_Beig@janieandjack.com>; Keith.Jelinek@ankura.com <Keith.Jelinek@ankura.com>; deborah.gargiulo@goglobalretail.com <deborah.gargiulo@goglobalretail.com>; chris@goglobalretail.com <chris@goglobalretail.com>
**Subject:** Go Global - Project Butterfly

Christian x Brendan -

[redacted]

We just finished another lively round of meetings and have concluded (not unanimous in all points) the following -



Where did we end?

[redacted]

I am now in route to San Francisco and can talk at 3:30 ET onward


Jeff and team


Jeff Streader, Managing Partner
Go Global Retail
Mobile: +1-615-481-6309
www.goglobalretail.com

Sent from my iPhone

> On Jun 27, 2023, at 8:20 AM, Tempke, Christian <christian.tempke@lazard.com> wrote:
>
> Jeff - following up on our conversation yesterday after you sent email below. Let us how your discussions with [redacted]
>
> Christian Tempke

CONFIDENTIAL                                                                                                          GG-0013673

Managing Director
Lazard
30 Rockefeller Plaza
New York, NY 10112
Office: +1-212-632-6102
Mobile: +1-917-605-0131

On Jun 26, 2023, at 5:43 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:

 Christian and Brendan -

Our days have been filled by refining and aligning on our strategy for the acquisition of Buy Buy Baby from the Bed Bath and Beyond estate.
There is a lot to like in Project Butterfly and the synergies for Go Global's portfolio of children's companies.

However, we have concluded that the brand has suffered material deterioration in the last year and during the going out of business process.
The prospect of brand and business revival is not without significant risk.  Inventory recovery (from market) and normalized vendor relations also have risks.

After our ongoing, painstaking debates, Go Global and our investors have landed and are withdrawing from the process.

We want to personally thank Lazard for your availability to us at all hours and the outstanding efforts and cooperation from Patty Wu, Sue Gove and the entire team @ Alix Partners.  True professionals.

Thank you and good luck on Wednesday.

Jeff


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com


<PastedGraphic-6.tiff>

CONFIDENTIAL                                                                                                                                   GG-0013674