# EXHIBIT W

**From:** Christian Feuer <christian.feuer@goglobalretail.com>
**Sent:** Monday, July 03, 2023 12:17 PM EDT
**To:** Yuen Chau <yuen.chau@goglobalretail.com>
**Subject:** Fwd: New Baby Model - V37
**Attachment(s):** "Go Global Baby LRP Sixth V37 June 30 2023.xlsx","PastedGraphic-6.tiff"

Christian Feuer
Managing Director
Go Global Retail
(630) 915-6152


---------- Forwarded message ---------
From: **Jeffery Streader** <jeff.streader@goglobalretail.com>
Date: Mon, Jul 3, 2023 at 10:08 AM
Subject: New Baby Model - V37
To: Christian Feuer <christian.feuer@goglobalretail.com>, Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>
Cc: Mo Beig <Mo_Beig@janieandjack.com>, Jeffery Streader <jeff.streader@goglobalretail.com>


Three new components that we are working on -

[REDACTED]

Have a good day


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com