# EXHIBIT X

**From:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Sent:** Friday, July 07, 2023 12:43 AM EDT
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** Re: [External] Buy Buy Baby - Afternoon - Thurs July 6

Sorry to hear.  I know you put a huge effort into this and you really believed in it.  I was genuinely rooting for you.

Happy to debrief in the coming weeks when the dust settles for you.

Sorry again.

On Jul 6, 2023, at 11:14 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:



The furniture manufacturer from New Jersey will win the IP bid with $15.5 mm.

Our pencils are down.  Regrettably.

Thanks for engaging on this Andrew.  I mean it.

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<PastedGraphic-6.tiff>

On Jul 6, 2023, at 11:02 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

On Jul 6, 2023, at 7:58 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:

 Really sorry to bother you on vacation.

CONFIDENTIAL

GG-0027497



Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<PastedGraphic-6.tiff>

> On Jul 6, 2023, at 10:03 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:
>
> Thanks Jeff.
>
> 
>
> Thanks
>
> **Andrew Axelrod**
> **Axar Capital Management LP**
> 402 W 13th Street
> Floor 5
> New York, NY 10014
> Phone: 212-356-6135
> Cell: 919-824-8402
> aaxelrod@axarcapital.com
>
> **From:** Jeffery Streader
> **Sent:** Thursday, July 6, 2023 10:14 AM
> **To:** Andrew Axelrod
> **Cc:** Jeffery Streader
> **Subject:** [External] Buy Buy Baby - Thurs July 6
>
> Enjoy your vacation - this is important.
>
> 

CONFIDENTIAL



Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<F256AF6219C943A38056EA82810F8260.png>

On Jul 6, 2023, at 1:33 AM, Andrew Axelrod
<AAxelrod@axarcapital.com> wrote:

Hi Jeff.



Thanks

On Jul 6, 2023, at 5:00 AM, Jeffery Streader
<jeff.streader@goglobalretail.com> wrote:

CONFIDENTIAL

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

On Jul 5, 2023, at 10:33 AM, Andrew Axelrod
<AAxelrod@axarcapital.com> wrote:

Thanks for the update.  Good luck!

On Jul 5, 2023, at 4:49 PM, Jeffery
Streader
<jeff.streader@goglobalretail.com>
wrote:



**CONFIDENTIAL**
**GG-0027500**

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

Begin forwarded
message:

**From:** Jeffery Streader
<jeff.streader@goglobalretail.com>
**Subject: Buy Buy
Baby Partnership
Proposal**
**Date:** July 5, 2023 at
6:07:36 AM PDT
**To:** Sean Alford
<sean.alford@ziffdavis.com>
**Cc:** Christian Tempke
<christian.tempke@lazard.com>,
Yuen Chau
<yuen.chau@goglobalretail.com>

Hello Sean.

Thank you for taking an
hour with me yesterday
on July 4th. I am
grateful for this time and
I enjoyed our
conversation.



Would you consider this
proposal and a call later
today?

Thank you.

Jeff

Jeff Streader, Managing
Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

**CONFIDENTIAL**

<PastedGraphic-6.tiff>
<Buy Buy Baby Partnership
Proposal Ziff Davis July 5,
2023.pdf>
<PastedGraphic-6.tiff>

DISCLAIMER: This message may contain
privileged, confidential, proprietary, or non-
public information that belongs to the sender. It
is meant only for the original addressees. If you
are not an intended recipient, you are hereby
notified that any use, reproduction,
dissemination, or distribution of such data is
strictly prohibited and may be unlawful. Please
notify the sender immediately if you have
received this message in error.

This communication is for information purposes
only, and should not be construed as investment,
legal or tax advice. This communication does not
constitute an offer to sell (nor the solicitation of
an offer to buy) any investment product or
vehicle. Any such offer may be made only to
certain eligible investors by the prospectus or
similar offering document prepared by the issuer
of any investment product or vehicle, which
contains important disclosures and risk factors.
Prospective investors should solely rely upon the
prospectus or similar offering document in
making an investment decision and not on these
materials. No assurances can be made that Axar
Capital Management LP will achieve its
investment objectives or that losses will be
avoided. Investments in any investment product
or vehicle are speculative and involve a
substantial degree of risk.

<Go Global Baby LRP Axar x Everyday Health V42 July 5
2023.xlsx>
<PastedGraphic-6.tiff>

DISCLAIMER: This message may contain privileged, confidential,
proprietary, or non-public information that belongs to the sender. It is
meant only for the original addressees. If you are not an intended
recipient, you are hereby notified that any use, reproduction,
dissemination, or distribution of such data is strictly prohibited and may be
unlawful. Please notify the sender immediately if you have received this
message in error.

This communication is for information purposes only, and should not be
construed as investment, legal or tax advice. This communication does not
constitute an offer to sell (nor the solicitation of an offer to buy) any
investment product or vehicle. Any such offer may be made only to certain
eligible investors by the prospectus or similar offering document prepared
by the issuer of any investment product or vehicle, which contains
important disclosures and risk factors. Prospective investors should solely
rely upon the prospectus or similar offering document in making an
investment decision and not on these materials. No assurances can be
made that Axar Capital Management LP will achieve its investment
objectives or that losses will be avoided. Investments in any investment
product or vehicle are speculative and involve a substantial degree of risk.

CONFIDENTIAL

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

**GG-0027503**