# EXHIBIT AF

| | |
|---|---|
| **From:** | Isabel Arana de Uriarte |
| **Sent:** | Thu, 20 Jul 2023 21:59:36 +0000 |
| **To:** | Patty Wu; avish; Mark Srour |
| **Cc:** | Arana de Uriarte, Isabel |
| **Subject:** | RE: Working Session |
| **Attachments:** | Baby LRP Model_v11_11 NorthEast Doors_07.20.2023.xlsx |

Hi Mark, Avish,

Attached is the model we walked through earlier. To follow up on the assumption on marketplace sales – these are ████████████ and we assume ████████████ on that.

Best,

Isabel

-----Original Appointment-----
**From:** Patty Wu <patty.wu@bedbath.com>
**Sent:** Thursday, July 20, 2023 10:47 AM
**To:** Patty Wu; Patty Wu; Avish Dahiya; Mark Srour
**Cc:** Arana de Uriarte, Isabel; Isabel Arana de Uriarte
**Subject:** Working Session
**When:** Thursday, July 20, 2023 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 243 017 674 806
Passcode: pESUB3
Download Teams | Join on the web

**Join with a video conferencing device**
teams@vc.bedbath.com
Video Conference ID: 114 152 105 6
Alternate VTC instructions

**Or call in (audio only)**
+1 856-209-6836,,998293860#   United States, Camden

Phone Conference ID: 998 293 860#
Find a local number | Reset PIN

Learn More | Meeting options

_____

CONFIDENTIAL DOM0017851