# EXHIBIT AG

**From:** Yosef Moskowitz
**Sent:** Fri, 21 Jul 2023 17:42:38 +0000
**To:** Avish Dahiya; Mark Srour; Milan Gandhi
**Subject:** RE: Working Session
**Attachments:** BBB 7.21.23 - 11 Doors.xlsx

Please see attached. This is the lates model.

I haven't been able to build out a balance sheet yet. As of now I just updated the model to reflect our conversations.

Sources & Uses are detailed on the WC & FCF tab row 68-76 (but that's not a draft BS).

Let me know if any questions.

**From:** Yosef Moskowitz
**Sent:** Friday, July 21, 2023 12:18 PM
**To:** Avish Dahiya <avish@dreamonme.com>
**Cc:** Mark Srour <marks@dreamonme.com>; Milan Gandhi <milan@dreamonme.com>
**Subject:** RE: Working Session

Avish, What's the best number to reach you at? I have a few quick questions.

**From:** Yosef Moskowitz
**Sent:** Friday, July 21, 2023 11:28 AM
**To:** Mark Srour <marks@dreamonme.com>; Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Subject:** RE: Working Session

Ok

**From:** Mark Srour <marks@dreamonme.com>
**Sent:** Friday, July 21, 2023 11:25 AM
**To:** Yosef Moskowitz <yosef@slateequities.com>; Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Subject:** RE: Working Session

Change the terms to 60 days if possible .

**From:** Yosef Moskowitz <yosef@slateequities.com>
**Sent:** Friday, July 21, 2023 10:54 AM
**To:** Milan Gandhi <milan@dreamonme.com>; Mark Srour <marks@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Subject:** RE: Working Session

CONFIDENTIAL
DOM0017954

Just began reviewing the new spreadsheet you sent me.
Need to work through it to make sure I understand it and I can then update the model.
Will let you know if any questions.

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Friday, July 21, 2023 10:52 AM
**To:** Yosef Moskowitz <yosef@slateequities.com>; Mark Srour <marks@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Subject:** Re: Working Session

Hi Yosef

We need financial asap today. Our lawyer just called me that this was due yesterday.

Also we need opening balance sheet that shows ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Plus you need ▮▮▮▮▮▮▮▮▮ f▮▮▮▮ coming from DOM in that too per our lawyer.

All above should tie with Your model.

Please call Avish for confirmation of above numbers,

Thanks
Milan



Sent from my iPhone


On Jul 20, 2023, at 7:03 PM, Yosef Moskowitz <yosef@slateequities.com> wrote:


Sure. I'll call you tomorrow to discuss.

Yosef

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, July 20, 2023 7:01:43 PM
**To:** Yosef Moskowitz <yosef@slateequities.com>
**Subject:** Re: Working Session

Ok but please make same changes that you made last time.

Sent from my iPhone


On Jul 20, 2023, at 6:48 PM, Yosef Moskowitz <yosef@slateequities.com> wrote:

Thanks Milan.

I won't be able to work on this this evening. Will work on it tomorrow morning and circle back with you.

Thanks,
Yosef

Yosef

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, July 20, 2023 6:14:14 PM
**To:** Yosef Moskowitz <yosef@slateequities.com>
**Subject:** Fwd: Working Session

Sent from my iPhone

Begin forwarded message:

**From:** Avish Dahiya <avish@dreamonme.com>
**Date:** July 20, 2023 at 6:00:36 PM EDT
**To:** Milan Gandhi <milan@dreamonme.com>
**Subject: FW: Working Session**

**From:** Isabel Arana de Uriarte <isabel.aranadeuriarte@consultant.bedbath.com>
**Sent:** Thursday, July 20, 2023 6:00 PM
**To:** Patty Wu <patty.wu@bedbath.com>; avish <avish@dreamonme.com>; Mark Srour <marks@dreamonme.com>
**Cc:** Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>
**Subject:** RE: Working Session

Hi Mark, Avish,

Attached is t[REDACTED]sumption on marketplace sales – these are [REDACTED]

Best,

Isabel

-----Original Appointment-----
**From:** Patty Wu <patty.wu@bedbath.com>
**Sent:** Thursday, July 20, 2023 10:47 AM

CONFIDENTIAL                                                                                                                                        DOM0017956

**To:** Patty Wu; Patty Wu; Avish Dahiya; Mark Srour
**Cc:** Arana de Uriarte, Isabel; Isabel Arana de Uriarte
**Subject:** Working Session
**When:** Thursday, July 20, 2023 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
[Click here to join the meeting](#)

Meeting ID: 243 017 674 806
Passcode: pESUB3
[Download Teams](#) | [Join on the web](#)

**Join with a video conferencing device**
[teams@vc.bedbath.com](#)
Video Conference ID: 114 152 105 6
[Alternate VTC instructions](#)

**Or call in (audio only)**
[+1 856-209-6836,,998293860#](#)   United States, Camden
Phone Conference ID: 998 293 860#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)

_____

CONFIDENTIAL
DOM0017957