**Page 1**

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   -------------------------------------------
3   GO GLOBAL RETAIL LLC,
4              Plaintiff,
5        -v-      Index No. 1:23-cv-07987-AS
6   DREAM ON ME INDUSTRIES, INC., and DREAM ON ME,
    INC.,
7
               Defendants.
8
    -------------------------------------------
9
10
11       REMOTE VIDEOCONFERENCE DEPOSITION OF
12   CHRISTIAN FEUER, a Witness herein, taken by the
13   Defendant, on Monday, October 7, 2024, at 10:00
14   a.m., before Jeffrey Shapiro, a Stenographic
15   Reporter and Notary Public, within and for the
16   State of New York.
17
18
19
20
21
22
23
24
25

**Page 2**

1   A P P E A R A N C E S :
2   GREENBAUM ROWE SMITH & DAVIS LLP
3     Attorneys for the Defendants
4       99 Wood Avenue South
5       Iselin, New Jersey 08830
6   BY:  THOMAS MURPHY, ESQ.
7
8
    FALCON RAPPAPORT & BERKMAN LLP
9
      Attorneys for the Plaintiff
10
      265 Sunrise Highway, Suite 50
11
      Rockville Centre, New York 11570
12
    BY:  STEVEN BERLOWITZ, ESQ.
13
14
15  Also Present:
16  Mark Serure
17
18
19
20
21
22
23
24
25

**Page 3**

1
2
3
4
5
6        IT IS HEREBY STIPULATED AND AGREED by
7   and between the attorneys for the respective
8   parties hereto, that the filing, sealing and
9   certification be, and the same are hereby
10  waived;
11
12       IT IS FURTHER STIPULATED AND AGREED
13  that all objections, except as to the form of
14  the questions, shall be reserved to the time of
15  the trial;
16
17       IT IS FURTHER STIPULATED AND AGREED
18  that the within examination may be subscribed
19  and sworn to before any notary public with the
20  same force and effect as though subscribed and
21  sworn to before this Court.
22
23
24
25

**Page 4**

1   Whereupon,
2            CHRISTIAN FEUER,
3   after having been first duly sworn, was examined
4   and testified as follows:
5            DIRECT EXAMINATION
6   BY MR. MURPHY:
7       Q.   State your name for the record.
8       A.   Christian Feuer.
9       Q.   What is your address?
10      A.   I'm living on 152 Wewaka Brook
11  Road, Bridgewater, Connecticut 06752.
12      Q.   Good morning, Mr. Feuer.  My name
13  is Tom Murphy.  I'm a lawyer at Greenbaum Rowe
14  Smith Davis.  We represent Dream on Me
15  Industries Inc., and Dream on Me Inc., in a
16  lawsuit against Go Global Retail LLC.
17      Do you understand that you're here
18  this morning in order to have your deposition
19  taken in connection with that case?
20      A.   Yes.
21      Q.   Can you hear and see me okay?
22      A.   Yes.
23      Q.   Have you ever had your deposition
24  taken before?
25      A.   No.



Page 5

Feuer

1
2      Q.   I will go through some brief
3   instructions before we begin.
4         You are under oath here today the same
5   way as if you were testifying in court.  The
6   court reporter, Jeff, who you see on your
7   screen, is going to be taking down everything
8   that is said while we're on the record today.
9   Therefore, it's important that you provide a
10  verbal response because he cannot transcribe
11  nods or other gestures.  It also makes his job
12  a lot easier if we don't talk over one another.
13  So even if you know where 'm going with my
14  question, let me finish before you begin to
15  answer and I will do the same for your answers.
16        If you don't understand a question let
17  me know and I'll rephrase it.  If you answer I
18  will assume you understood the question.  If
19  you don't know an answer that is not an issue
20  at all.  I don't want you to guess, I just want
21  to know what you know.  You may approximate,
22  but let us know you are approximating.  If you
23  need a break for any reason let us know as
24  well.  You just cannot take break while a
25  question is pending.

Page 6

Feuer

1
2         Do you understand these instructions?
3      A.   Yes.
4      Q.   Are you aware that Jeffrey Streader
5   was deposed in this case last week?
6      A.   Yes.
7      Q.   Have you spoken to Mr. Streader
8   about his deposition?
9      A.   Not directly, no.
10     Q.   When you say --
11     A.   Let me rephrase it.  It came up in
12  a conversation, so in that sense maybe I talked
13  to him.  I don't know.
14     Q.   Did you have a substantive
15  conversation with Mr. Streader about his
16  deposition?
17     A.   A group, yes.  I don't know what
18  substantive is.
19     Q.   Can you tell me what you remember
20  of your conversation with Mr. Streader about
21  this?
22     A.   About the deposition?
23     Q.   Yes?
24     A.   Let me think.  We talked about,
25  from his perspective the deposition went well.

Page 7

Feuer

1
2   He mentioned that he was able to answer all the
3   questions in a way that, from his perspective,
4   outlined our case.  It was basically a
5   conversation of what he mentioned.
6         (Brief discussion off the record.)
7   BY MR. MURPHY:
8      Q.   Mr. Feuer, besides speaking to Mr.
9   Streader, did you do anything else to prepare
10  for today's deposition?
11     A.   We had some conversations where I
12  received instructions from Mr. Berlowitz.
13        MR. BERLOWITZ:  I don't want you to
14     discuss what we discussed.  That is
15     privileged.
16  BY MR. MURPHY:
17     Q.   Mr. Feuer, I'm not entitled to know
18  what you and your attorney spoke about.  I
19  don't want to know what you and Mr. Berlowitz
20  actually spoke about.  I'm able to know you
21  guys did speak but not the substance of those
22  conversations.
23        Besides your attorney and Mr. Streader
24  did you speak to anybody else in preparation
25  for the deposition today?

Page 8

Feuer

1
2      A.   Talked about it, not necessarily in
3   preparation, but one other team member of the
4   Go Global team, Yuen Chau, was part of this
5   conversation as well as other team members from
6   FRB Law, the lawyers.
7      Q.   When you say Mr. Chau was present
8   during your conversations with the lawyers, is
9   that what you said?
10     A.   Yes; sometimes.
11     Q.   Did you review any documents in
12  preparation for the deposition today?
13     A.   Yes.
14     Q.   What did you review?
15     A.   I reviewed some of the e-mails that
16  had been provided to you, as well as our model.
17     Q.   It is my understanding that the
18  model was evolving and changing over time
19  during this process; is that correct?
20     A.   Yes.
21     Q.   When you said you reviewed the
22  model, was there a specific version tht you
23  reviewed?
24     A.   Correct.
25     Q.   What version did you review in



Page 9

Feuer

1 preparation for today's deposition?
2 A. I think it was Version 9.
3 Q. Do you know approximately what date
4 Version 9 would have been the current version?
5 A. So I understand, you mean when it
6 was generated?
7 Q. Yes. What was the model you were
8 using?
9 A. I think the model has a date on it,
10 which is 6/11, June 11. That's what I think.
11 Q. You mentioned that you reviewed
12 some e-mails. Are there any e-mails
13 specifically that you remember reviewing?
14 A. Any specific e-mail?
15 Q. You mentioned you reviewed some
16 e-mails prior to the deposition. I want to
17 know if there were any specific e-mails that
18 you remember reviewing?
19 A. There were a whole host of e-mails
20 sent by -- I received files, many e-mails.
21 Q. Did you bring any documents with
22 you today to the deposition?
23 A. No.
24 Q. I'm going to move on to some

Page 10

Feuer

1 background information about yourself. What is
2 your highest level of education?
3 A. I have a degree in agricultural
4 economics, equivalent to an American MBA in
5 economics.
6 Q. Sorry; agricultural economics?
7 A. Correct.
8 Q. Where did you receive that degree
9 from?
10 A. From Kiel University; K-I-E-L.
11 Q. Thank you. What year did you
12 receive that degree?
13 A. 1984. If I remember correctly; so
14 long ago. Actually, that's not true. Actually
15 I have to remember, I started working in '84.
16 The degree, I got it in '82, I believe. '82 or
17 '83; sorry.
18 Q. You got your degree sometime in the
19 early 80s. Can you walk me through your career
20 history since you received your degree?
21 A. I learned, when I had my
22 agricultural economics degree, that I don't
23 want to have anything to do with agriculture.
24 I decided to go into marketing and was hired by

Page 11

Feuer

1 a company called the Otto Group, O-T-T-O, which
2 is a German mail order company operating
3 worldwide. I started out there and became over
4 the years marketing director, an equivalent
5 probably, responsible for over a $3 billion
6 business for the strategic direction of that
7 entity within the group.
8 And then I came with the Otto Group to
9 the United States after ten years, where the
10 Otto Group owned the Spiegel Group,
11 S-P-I-E-G-E-L, which consisted of the catalogue
12 company Spiegel, Newport News and Eddie Bauer.
13 I started out in New York helping the
14 turnaround of Newport News, which was recently
15 acquired. After four years with Newport News
16 and being very successful, I moved to
17 Chicago -- Newport News was based in New
18 York -- where I became the VP of marketing and
19 helped to turn around the Spiegel business,
20 which had three consecutive years, each year
21 more than $100 million and was able to come up
22 with a plan to become profitable within nine
23 months or less, actually, call it six months.
24 And after that I had the opportunity

Page 12

Feuer

1 to become CEO of an online business called
2 Uvid.com, U-V-I-D, which was a turnaround
3 situation. After a year I sold that business.
4 I was asked to sell that business, and had been
5 the perfect immigrant story opportunity, where
6 after I left, not because I left, but after I
7 left Spiegel and Newport News got into Chapter
8 11 and I was able to acquire Spiegel and
9 Newport News out of that Chapter 11 through a
10 363 auction process, where I won the auction
11 and then decided to take in equity money.
12 And Golden Gate Capital became the
13 sponsor of the acquisition of the entities
14 Spiegel and Newport News.
15 I basically ran the business and then
16 this work got extremely well for Golden Gate
17 Capital, so that they decided or maybe I should
18 say something. Golden Gate Capital had never
19 invested into a fashion/apparel company. So we
20 were not high fashion but mass market fashions.
21 But they had never invested into the business
22 like that. Since, for the simple reason that
23 how can you create fashion? That was their
24 perspective.



Page 13

Feuer

1
2    And all four of us on the video wear
3    shirts. How do you know which shirt will sell
4    well next year? I was able to prove to them
5    that you never know exactly what item will sell
6    in the future. You are able to plan this in a
7    way that, while each item purchased you're
8    always wrong, you can minimize how far off you
9    are, resulting that in total you're pretty much
10   right on and can plan for the failure, and that
11   runs into a mathematical business model.
12       That allowed them to justify the
13   investment. And so over the next years we
14   acquired a lot of businesses where the entity
15   that we acquired somehow ran into trouble. And
16   my role was to identify the reasons for the
17   trouble and developing the plan, how to turn
18   this business around.
19       And we did this, I think, until we
20   acquired one of 17 different brands. And
21   different than the Golden Gate guys work with
22   me together on due diligence. And post due
23   diligence I was the only one staying behind and
24   implementing the plan that we developed.
25       It worked out very well for Golden

Page 14

Feuer

1
2    Gate Capital and myself. So after I went and
3    all kinds of different businesses during that
4    time frame. Then afterwards I ran another
5    business. And then I met Jeff Streader, who
6    has some shape and form a very similar
7    background as I do, where he has been an
8    operator and working with private equity.
9        But the difference between him and
10   myself is, other than he lives on the west and
11   I'm on the East Coast, he is a back-end guy,
12   meaning operations, sourcing, IT. And I'm a
13   front end guy, how to generate sales and plan
14   businesses.
15       So that's sort of the story. And so
16   we have been working for the last seven years
17   together at Go Global.
18   Q.   And your title at Go Global is
19   Managing Director?
20   A.   Correct.
21   Q.   Have you been a full-time employee
22   at Go Global during --
23   A.   I don't know the exact status. I'm
24   not an employee with an employment contract.
25   Q.   Do you receive a salary?

Page 15

Feuer

1
2    A.   No; not from Go Global.
3    Q.   Do you have other employment that
4    you currently receive a salary from?
5    A.   I'm a board member of Janie and
6    Jack, an entity owned by Go Global. I'm also
7    the co-CEO of a business called Myron.
8    Q.   What is Myron?
9    A.   It's a promotional product company
10   operating in the United States and Europe.
11   Q.   How are you compensated by Go
12   Global?
13   A.   I'm currently not compensated by Go
14   Global but I get compensated in case we do a
15   deal. I'm also compensated by having equity
16   ownership in acquisitions we make. When sold I
17   participate.
18   Q.   Do you have any equity ownership in
19   Go Global itself?
20   A.   No.
21   Q.   So I'm understanding correctly.
22   When Go Global purchases entities you
23   personally invest some of your own equity; is
24   that correct?
25   A.   No.

Page 16

Feuer

1
2    Q.   Is the equity you receive in the
3    entities owned by Go Global part of your
4    compensation from Go Global?
5    A.   I guess so. I'm not clear what you
6    mean specifically.
7    Q.   I'm just trying to get a basic
8    understanding of your relationship and
9    compensation with Go Global.
10       Are you currently doing any work for
11   Go Global right now?
12   A.   Yes.
13   Q.   What are you currently doing for Go
14   Global?
15   A.   We are in the process of making
16   several acquisitions, and I'm part of the due
17   diligence team.
18   Q.   Am I correct that you worked on Go
19   Global's potential acquisition of BuyBuy Baby?
20   A.   Yes.
21   Q.   Do you know approximately when Go
22   Global first became interested in acquiring
23   BuyBuy Baby?
24   A.   The beginning of 2023, first half,
25   first quarter.



Page 17

1                    Feuer
2      Q.   What was your role in that process,
3   the process of the attempted acquisition?
4      A.   My role has been to understand the
5   existing business model and finding ways to
6   optimize this business model so that it's a
7   successful acquisition.
8      Q.   Were you responsible for attempting
9   to find investors or raise funds in connection
10  with the acquisition?
11     A.   I think you have to define the word
12  "responsible."
13     Q.   Involved?
14     A.   Yes.
15     Q.   What was your involvement in that
16  process?
17     A.   My involvement was to talk to other
18  investors.  That's it.  Whatever entails,
19  talking to investors for them to understand an
20  attractive investment.  The whole long process.
21     Q.   Am I correct that Go Global
22  retained the services of Ankura in connection
23  with the attempted acquisition?
24     A.   Yes.
25     Q.   Had you ever worked with Ankura

Page 18

1                    Feuer
2   before?
3      A.   Not in the capacity of raising
4   money, but I believe, some people who work at
5   Ankura I had worked with.  I'm not even sure
6   while they were at Ankura, but maybe before
7   they were at Ankura.  So I worked with people
8   who worked at Ankura while they working for a
9   different firm.
10     Q.   Were they partners during that
11  time?
12     A.   No.  They were at Berkeley Research
13  Group.  I can't remember whether -- I don't
14  know whether they were Ankura or whether they
15  were at Berkeley when I worked with them.
16     Q.   Do you know approximately when
17  Ankura started working on the project?
18     A.   I think May, but I don't really
19  know exactly.
20     Q.   Do you know what the scope of
21  Ankura's responsibilities were?
22     A.   Support our efforts to raise money
23  to acquire BuyBuy Baby.
24        MR. MURPHY:  Mr. Feuer, as we move
25     along I will mark certain documents as

Page 19

1                    Feuer
2   exhibit.  What I will do is share my
3   screen so you see those.  I'll start to
4   do that now (indicating).
5         For the record, I'm marking as
6   Exhibit 1 a document that is Bates
7   numbered ANK-0036256 as the first page.
8   It's a four page e-mail chain.
9         (Exhibit 1 was so marked for
10     identification.)
11  BY MR. MURPHY:
12     Q.   Mr. Feuer, what I will do is, I'll
13  let you review it and I'll scroll down slowly.
14  Let me know when you want me to scroll down so
15  you can see the document I put on the screen.
16     A.   Okay.  Can you go up again?  I'm
17  trying to understand the date --
18     Q.   Let me ask you this.  Would it be
19  easier to start at the bottom and scroll up?
20     A.   It started at the bottom, so it's
21  probably better; right?
22     Q.   Yes (indicating).
23     A.   Okay.
24     Q.   Mr. Feuer, the top e-mail appears
25  to be sent by you on May 21, 2023.  Do you

Page 20

1                    Feuer
2   recognize that e-mail?
3      A.   I don't remember the specific
4   e-mail.  That would be amazing.  It's probably
5   an e-mail I sent.  I believe that.  It makes
6   sense, let's put it this way.
7      Q.   Understood.  In the process, I
8   expect that e-mails are not ones that you will
9   necessarily specifically remember off the top
10  of your head.  If you believe there are any
11  that you did not write or receive, please let
12  me know that.
13        This top e-mail says "Our assumptions
14  are ▮▮▮▮▮ in debt, ▮▮▮▮▮ in cash
15  for working capital."
16        Am I correct that that would be based
17  on what appears to be the Version 8 of the
18  model, attached to the e-mail of May 21?
19     A.   Makes sense.
20     Q.   Who was responsible for developing
21  those assumptions?
22     A.   The word "responsible," I'm not
23  sure that responsible -- I would phrase it
24  differently.  The model was developed by myself
25  in conjunction with the input from others.  It



Page 21

1              Feuer
2   is a model from (unclear).
3       Q.   Understood.  The others who you
4   consulted with or communicated with in
5   connection with the model that you referenced,
6   who would that be?
7       A.   So, the model is a reflexion of
8   many sources.  I don't know exactly what was in
9   Version 8.  Version 9 I definitely did.  It's
10  Version 8.  But under the assumption that
11  Version 8 and Version 9 are maybe largely the
12  same of the elements in the model, I can maybe
13  more talk to what would be in Version 9.
14       It starts out with an initial
15  understanding of what the business is with the
16  ideas that the seller has, which is generally
17  painting a rosy picture of the future.  And
18  then our work on that, we try to substantiate
19  the information of the past on the one side;
20  and then the possibility of what the seller is
21  expecting to happen in the future, manipulate
22  this in a major way, in the case of what the
23  seller told us the business will be in the
24  future and what we expected diverged massively,
25  basically had nothing no do with each other.

Page 22

1              Feuer
2   And that is what I have done over the last
3   decade in order to be able to predict the
4   future outcome as well as possible.
5       So there are many difference sources
6   from the Go Global perspective specifically
7   Deborah Gargiulo worked on the store module in
8   the sense, because with stores you can look at
9   past performance and make a prediction of the
10  future performance and which stores are most
11  profitable, most likely to be profitable.
12       And so she worked on that element and
13  others chimed in, ultimately reviewing the
14  outcome of the -- largely, probably internally
15  from our perspective, Deborah and myself.
16       (Brief discussion off the record.)
17  BY MR. MURPHY:
18       Q.   I'm going to move down to the
19  e-mail that appears to have been sent May 19 of
20  2023 from Abhishek Pathania, who appears to
21  work at Ankura Capital.
22       Are you familiar with Mr. Pathania?
23       A.   Yes.
24       Q.   It looks like, according to this
25  e-mail, as of May 19, Ankura had reached out to

Page 23

1              Feuer
2   347 potential investors, and that seven had
3   signed NDAs.
4       Does that sound correct based on your
5   recollection?
6       A.   That seems to be correct.  I don't
7   remember any of the specifics.
8       Q.   Were you involved in the process of
9   having any of the potential investors sign
10  NDAs?
11       A.   Some I have, most I have not.
12  Specifically, probably ones going through
13  Ankura -- I was not involved as far as I
14  remember.  Potentially I was, but I can't
15  remember any specifics there.
16       Q.   Were you involved in the process of
17  an NDA that was signed by Dream On Me?
18       A.   Yes.
19       (Brief discussion off the record.)
20  BY MR. MURPHY:
21       Q.   Mr. Feuer, I'd like to direct you
22  to the e-mail above that you sent on May 20.
23  And you asked of any outreach to equity
24  investors as well, which seems to imply the
25  investors below were not equity investors.

Page 24

1              Feuer
2   Can you explain to me what type of
3   investors the ones listed in the May 19 e-mail
4   were?
5       MR. BERLOWITZ:  Objection.
6       You can answer, if you know.
7       THE WITNESS:  Yes.  I know of some
8   of them, like Deutsche Bank, which is a
9   debt investor -- Light, Blue Torch, I
10  think SLR are debt investors that I can
11  identify.  I'm not sure about JGB Capital
12  and Dorset and DDT.  I don't know whether
13  they are debt or equity.  I just don't
14  know, I can't say.
15  BY MR. MURPHY:
16       Q.   As of May 20, 2023, do you know if
17  you had -- I mean Go Global -- had any
18  commitments from any equity investors for this
19  acquisition?
20       MR. BERLOWITZ:  Objection.  He's not
21  here to testify on behalf of Go Global.
22       MR. MURPHY:  He can testify whether
23  he knows that or not.
24       MR. BERLOWITZ:  Correct.  I want to
25  make sure he is testifying in his



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
25–28

Page 25

1          Feuer
2      individual capacity.
3          MR. MURPHY:  I asked if he knew.
4          MR. BERLOWITZ:  Okay.
5  BY MR. MURPHY:
6      Q.   You can answer.
7      A.   As far as I know, we did not have
8  any firm equity commitment at that point in
9  time.
10         MR. MURPHY:  Mr. Feuer, I will mark
11  Exhibit 2.
12         (Exhibit 2 was so marked for
13  identification.)
14         It's an e-mail chain.  The top e-mail
15  appears to be sent by you on May 29, 2023 to
16  Kathleen Lauster at Ankura.  The e-mail chain
17  is five pages.  For the record, it was sent to
18  me this morning.  The system wiped off the
19  Bates numbers, so I will get the Bates numbers
20  for the record later.
21         I have a couple of questions about
22  your top e-mail.  Do you want to review the
23  entire e-mail chain before I ask those?
24      A.   Why don't you start asking the
25  questions, and then I might.

Page 26

1          Feuer
2      Q.   Fair enough.  Who is Sixth Street?
3      A.   Sixth Street is a lender, as far as
4  I remember, provided debt to, I don't know, I
5  think to Bed, Bath and Beyond, therefore BuyBuy
6  Baby, a subsidiary of it, BuyBuy Baby.  But I
7  don't know exactly whether it was only BuyBuy
8  Baby or Bed, Bath and Beyond.  I can't talk
9  about.  I don't know.  As far as I know, they
10  were the main lender to BuyBuy Baby.
11      Q.   At this point in response to
12  Kathleen's question, would you have expected
13  the seller's note to be senior to MidCap or any
14  other financing?  Do you know the answer to
15  that question?
16         MR. BERLOWITZ:  Objection.
17         You can answer.
18         THE WITNESS:  I don't know what I
19  responded to that e-mail, but I would
20  expect I said no, meaning that MidCap,
21  the new lender, will probably not allow
22  anybody else having priority over them.
23  So that's my expectation today, and I
24  can't imagine that I would have had a
25  different opinion back then.

Page 27

1          Feuer
2      MR. MURPHY:  I'm going to mark
3  Exhibit 3.
4         (Exhibit 3 was so marked for
5  identification.)
6         It is another e-mail chain.  The top
7  e-mail was sent from Matthew Lapish on
8  May 21 of 2023.  It is six pages.  The
9  first Bates number is ANK-0049356.
10  BY MR. MURPHY:
11      Q.   Mr. Feuer, my first question is
12  related to this e-mail that Mr. Streader sent
13  on May 31, which was directed to you and
14  Ms. Lauster.  The third topic in the e-mail are
15  any updates from Second Avenue.  It appears
16  that is directed to you, based on my reading of
17  the e-mail.
18         Am I correct about that?
19      A.   It clearly says -- to me.
20      Q.   What is Second Avenue?
21      A.   Second Avenue is a lender that also
22  potentially, one of other arms that can make
23  equity investments.
24      Q.   Do you know if Second Avenue ever
25  agreed to invest?

Page 28

1          Feuer
2      A.   Through us?
3      Q.   Yes?
4      A.   We never had any signed agreement
5  as far I remember; no, as far as -- I don't
6  think we ever had anything.
7      Q.   Are you aware of any signed
8  agreements that you had for equity investment,
9  you meaning Go Global?
10      A.   I don't think we had a signed
11  agreement with any equity investor.  I don't
12  know for certain, but I don't remember of any
13  signed agreement.
14      Q.   In your capacity at Go Global would
15  you expect to be aware of such an agreement if
16  one existed?
17      A.   Yes; most likely.
18      Q.   This e-mail mentions the Perot
19  Group.  Did you have any communications with
20  the Perot Group in connection with this
21  potential investment?
22      A.   I, personally?
23      Q.   Yes?
24      A.   If my memory serves me correctly,
25  the answer is no.  I talk to a lot of people.



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
29–32

Page 29

1                          Feuer
2    I'm pretty sure I did not.
3         Q.    This top e-mail that was written by
4    Mr. Lapish, addressed to Jeff but sent to you,
5    Jeff and Ms. Lauster.  Right above the charts
6    it says "Sixth Street is in a position to try
7    to extract onerous terms for us to partner with
8    them, but their partnership gives us the
9    greatest leverage in being selected as the
10   stalking horse and ultimately winning the bid."
11        As of May 31, 2023, is that a
12   statement you personally would have agreed
13   with?
14        A.    Yes.
15        Q.    Can you tell me what your
16   understanding of the term "stalking horse" is?
17        A.    In the auction process the seller
18   tries to have a stalking horse bid signed,
19   which outlines the deal that others are going
20   to bid on; so that basically it's not only the
21   financial amount that is part of the bid, but
22   basically the bidders agree to assume -- it's
23   an asset purchase agreement to assume that
24   asset purchase agreement that has been
25   negotiated with the stalking horse bidder, so

Page 30

1                          Feuer
2    that it is not only a financial but also legal
3    agreement that the winner of the bid would more
4    or less assume.
5         Q.    In connection with the BuyBuy Baby
6    going concern, to the best of your knowledge,
7    was there a qualified stalking horse bid that
8    was ever submitted?
9         A.    I don't know.  I don't think so.
10        Q.    Did Go Global submit a stalking
11   horse bid?
12        A.    No.
13        Q.    Did Go Global ever submit a bid of
14   any kind related to BuyBuy Baby?
15        A.    How do you define "bid," please?
16   Or what do you mean by this specific term?  I
17   want to be clear that I can respond to that as
18   correct as I can.
19        Q.    As you understand the term "bid,"
20   did Go Global ever submit one related to BuyBuy
21   Baby?
22        A.    I'm pretty sure that we never
23   submitted a legally binding bid.
24        Q.    Did Go Global ever submit a
25   contingent bid?

Page 31

1                          Feuer
2         A.    We discussed a lot of potential
3    bids.  But if we submit -- that's where it's
4    sort of in the gray area.  We discussed a lot,
5    we discuss it, but did we submit?  I'm pretty
6    sure we never submitted a legally binding bid.
7    Did we discuss bids?  Maybe in writing, I can't
8    remember.  There were so many discussions
9    trying to figure this out.
10        MR. MURPHY:  I'm going to mark as
11   Exhibit 4.
12        (Exhibit 4 was so marked for
13   identification.)
14        It is an e-mail chain that starts by
15   an e-mail sent on June 17 by Matthew Lapish.
16   It is two pages.  Same issue with the Bates
17   numbers, I'll clear it up later for the record.
18   BY MR. MURPHY:
19        Q.    Mr. Feuer, I will scroll down to
20   the bottom e-mail which is the earliest e-mail
21   in the chain, and then scroll up slowly so you
22   can review.  Then I'll ask a few questions
23   (indicating).
24        Mr. Feuer, after reviewing this e-mail
25   chain, does this refresh your recollection of

Page 32

1                          Feuer
2    whether Go Global ever submitted a bid for
3    BuyBuy Baby?
4         A.    It states that I submitted a
5    contingent bid, so.
6         Q.    Am I correct that you submitted a
7    contingent bid on behalf of Go Global?
8         A.    Yes.
9         Q.    Am I correct that Lazard appeared
10   to have issues with this bid?
11        A.    That's how it appears, yes.
12        Q.    Do you know what those issues were
13   that Lazard had?
14        A.    I would have to guess, but I can't
15   tell you right now.
16        Q.    I don't want you to guess.  You
17   don't know?
18        A.    I don't remember.
19        Q.    Besides this contingent bid that
20   you submitted on June 16, 2023, are you aware
21   of any other contingent bids that were
22   submitted by Go Global?
23        A.    I don't remember.
24        Q.    Do you remember what this bid would
25   be contingent on?



Page 33

Feuer

1
2    A.    No, not for sure.  No, I don't know
3    what it was.
4    Q.    As of June 16, 2023 did Go Global
5    have sufficient equity commitment in order to
6    acquire BuyBuy Baby?
7    A.    We did not have the equity sitting
8    in an account to be deployed.  But we had
9    investors who expressed interest in doing so.
10   Q.    So I'm correct at this point, that
11   you had investors who were interested, but as
12   far as you are aware there were no written
13   agreements to commit equity to the deal?
14   A.    As far as I remember, I don't
15   remember that we had written agreements in
16   place.  I just don't remember.  They might
17   exist, but I don't know of them.
18   Q.    Do you know if the equity
19   commitments were something that Lazard had an
20   issue with?
21   A.    No.  I don't know that.  And just
22   to be specific, the conversations with Perot as
23   far as asset capital did not go through me; so.
24   Q.    I know you mentioned you talked to
25   or spoke to several potential investors and you

Page 34

Feuer

1
2    may not be able to remember them all.
3    Are there any that you can remember
4    today, potential investors?
5    A.    I talked to Deutsche Bank.  I had
6    lunch with them.  Second Avenue.  I talked to
7    MidCap.  I talked to Sixth Street.  I talked to
8    many.  I have to say I can't remember any more
9    specific names, because a lot of the investors
10   we were talking to the same people for
11   different deals.  So I can't distinguish who I
12   talked, when about which deal.
13   MR. MURPHY:  I'm going to mark what
14   I believe is Exhibit 5.
15   (Exhibit 5 was so marked for
16   identification.)
17   It is a four page e-mail chain that
18   starts with an e-mail from Christian
19   Feuer.  It was sent on June 20, 2023.  It
20   is four pages.  It begins with Bates
21   number GG-0021594.
22   BY MR. MURPHY:
23   Q.    Are you familiar with a Steve
24   Hannan?
25   A.    Yes.

Page 35

Feuer

1
2    Q.    And if you want to see any more of
3    the e-mail chain, let me know.  My questions
4    are going to involve this e-mail that Steve
5    Hannan sent on June 20 on which you are copied.
6    First, Steve indicates he is a board
7    member.  Do you know what he is a board member
8    of?
9    A.    He and I are both board members of
10   Janie and Jack.
11   Q.    He indicates that he is very
12   concerned.  Do you know what he was very
13   concerned about at that time?
14   A.    It would be good to read the
15   e-mail.
16   Q.    Sure.
17   A.    If you start maybe at the bottom.
18   Q.    That makes sense (indicating).
19   It's really, this is the top of the last e-mail
20   (indicating).
21   A.    Please move further down
22   (indicating).  Your question, please?
23   Q.    I want to know if you knew what
24   Steve Hannan was very concerned about that he
25   references in his e-mail?

Page 36

Feuer

1
2    A.    Specifically, I can't say that I
3    remember.  I can guess, but I can't remember
4    what his specific concern was.  I can't.
5    Q.    Do you know if you ever spoke to
6    Mr. Hannan about any concerns that he had
7    around this time?
8    A.    Probably, but I can't remember.
9    Again, I'm a board member, he's a board member,
10   and so I'm pretty sure we talked.  But do I
11   remember a specific conversation with specific
12   content?  The answer is no.
13   Q.    At this time what was Janie and
14   Jack's involvement in the potential transaction
15   going to be?
16   A.    If I remember correctly, we moved
17   forward with the thought model that Janie and
18   Jack would be getting involved into the
19   acquisition, which the idea was an SPV, Special
20   Purpose Vehicle, a standalone investment.  And
21   we migrated from there to have Janie and Jack
22   involved.  And there were various thought
23   models but no --
24   MR. MURPHY:  I will mark Exhibit 6.
25   (Exhibit 6 was so marked for

Page 37

1           Feuer
2      identification.)
3         It's an e-mail sent by Kathleen
4      Lauster on June 21 of 2023 to Mr.
5      Streader, Mr. Chau and Mr. Feuer, with
6      some people from Ankura copied.  It is
7      Bates number ANK-0048569.
8   BY MR. MURPHY:
9      Q.   Specifically, my questions are
10     going to be related to the paragraph that
11     starts with BTW, which means By The Way.  In
12     the first sentence of that paragraph it
13     references Wells.  Is that Wells Fargo?
14     A.   Yes.
15     Q.   What is Wells Fargo's relationship
16     with Janie and Jack?
17     A.   Well Fargo was entertaining to
18     replace MidCap as lender for Janie and Jack, in
19     that capacity supporting the acquisition of
20     BuyBuy Baby.  That's what I remember.
21     Q.   Her question says, "Insofar as
22     they," I believe referring to Wells, "allowing
23     Janie and Jack to use cash for the purpose,
24     would they allow the addition of recourse
25     debt?"

Page 38

1           Feuer
2         Do you know the answer to that
3      question?
4      A.   No.  I don't know whether they
5      ultimately -- no, I don't know whether they
6      ultimately allowed that or not.  I'll say that.
7      Q.   I'm sorry.  I spoke over you.  I
8      didn't hear the last part of what you said.
9      A.   I'm not able to say whether they
10     ultimately allowed it or not.
11     Q.   Is that something that was pursued
12     by Go Global?
13     A.   To be quite honest, I'm not even
14     really sure what recourse debt means.
15     Q.   I was actually going to ask you
16     that.
17     A.   So I'm a little bit at a loss here.
18     So I can speculate what the intention of this
19     is, but I do not know for sure.
20     Q.   Based on your last answer, do you
21     have an understanding of what recourse debt
22     means?
23     A.   No, not fully qualified.
24         (Recess taken.)
25  BY MR. MURPHY:

Page 39

1           Feuer
2      Q.   Mr. Feuer, are you familiar with
3      the term "recourse debt"?
4      A.   No.  I'm familiar with it, but the
5      exact meaning, I'm not able to define it.
6      Q.   Over the break I did a quick
7      Internet search, and it says that "Recourse
8      debt, also known as a recourse loan, is a type
9      of debt that holds the borrower personally
10     liable for the full amount of the loan.  This
11     means that if the borrower defaults on the
12     loan, the lender can pursue legal action or
13     collect assets from the borrower even after
14     taking collateral."
15         Do you have any reason to believe that
16     definition is not correct?
17     A.   No.
18         MR. BERLOWITZ:  Objection.
19         You can answer.
20         THE WITNESS:  I have no reason to
21     believe it's incorrect.
22  BY MR. MURPHY:
23     Q.   Based on that definition, as of
24     June 21, 2023, do you know if that is something
25     Janie and Jack and/or Wells Fargo would have

Page 40

1           Feuer
2      found acceptable?
3         MR. BERLOWITZ:  Objection.
4         You can answer.
5         THE WITNESS:  I can't answer it.  I
6      can't answer it whether we would have
7      thought it is acceptable.  I don't
8      remember having any discussion about that
9      where I was involved.  But maybe just as
10     a general policy, I don't think that we
11     would allow anything like that any debt
12     like that.
13  BY MR. MURPHY:
14     Q.   In the last sentence of that
15     paragraph she also asks "Also, have you
16     approached them about financing a transaction?"
17     I believe the "them" she is referring to is
18     Wells Fargo.
19         Do you know if Wells Fargo was ever
20     approached about the transaction?
21     A.   As I mentioned earlier, we were in
22     discussions to replace MidCap Capital through
23     Wells Fargo as lender.  In that context, the
24     most likely approach was Wells Fargo to
25     participate in the acquisition.  I don't think



CHRISTIAN FEUER                                          October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                         41–44

---

Page 41

1              Feuer
2    that Wells Fargo, we were ever able to come
3    together with Wells Fargo, since MidCap is
4    still our lender.
5        Q.   Above that, next to the bullet
6    points, there's an acronym ABL.  Do you know
7    what ABL stands for?
8        A.   Asset Backed Loan.
9        Q.   Below that it says term loan on IB.
10   Do you know what IB stands for?
11       A.   I assume it is meant to be IP, as
12   Intellectual Property.
13       Q.   That was going to be my follow-up
14   question, what I thought as well.  Okay; thank
15   you.
16           I'm going to switch gears now.
17           Are you aware of an entity called
18   Dream On Me?
19       A.   Yes.
20       Q.   When did you first become aware of
21   Dream On Me?
22       A.   Sometime in June.
23       Q.   How did you first become aware of
24   Dream On Me?
25       A.   If I remember correctly, Dream On

---

Page 42

1              Feuer
2    Me was introduced to us either through Lazard
3    or Ankura.  I think through Lazard.
4        Q.   Prior to that introduction by
5    Lazard, did you have any familiarity with Dream
6    On Me?
7        A.   No.
8        Q.   You mentioned earlier that you were
9    involved in the process related to a
10   nondisclosure agreement for Dream On Me.  What
11   was your involvement in that process?
12       A.   I think that I was the first to
13   have direct contact with Dream On Me associates
14   or Dream On Me consultants.  And so that's how.
15       Q.   Do you remember who at Dream On Me
16   you had first contact with?
17       A.   Either it was Milan or Abhishek.  I
18   don't remember who was first.
19       Q.   That was Milan or Abhish, you said?
20       A.   Abhishek.
21       Q.   Do you remember if that first
22   contact with Dream On Me was a telephone call
23   or something else?
24       A.   No.  I don't know whether that was
25   maybe an e-mail first and then a phone call or

---

Page 43

1              Feuer
2    text message.  Probably something in writing
3    before we talked.
4        Q.   Do you remember when that was?
5        A.   Beginning of June.
6        Q.   Did there come a time you met with
7    Dream On Me in person?
8        A.   Yes.
9        Q.   How many in-person meetings did you
10   have with Dream On Me?
11       A.   I believe there were only two.
12       Q.   You were present for both of them;
13   correct?
14       A.   Yes.  I was present for both
15   in-person meetings.
16       Q.   When you first had communications
17   with Dream On Me until the first in-person
18   meeting, do you know about how much time
19   passed?
20       A.   A few days.
21       Q.   Do you remember if your first
22   contact with Dream On Me was over the weekend?
23       A.   No.  I don't remember whether it
24   was over a weekend or not.
25       Q.   Have you ever seen a nondisclosure

---

Page 44

1              Feuer
2    agreement that Dream On Me signed?
3        A.   Yes.
4        Q.   Do you know if you sent the
5    agreement to Dream On Me to sign?
6        A.   Yes, I believe I sent it.
7            MR. MURPHY:  I'm going to mark as
8    Exhibit 7.
9            (Exhibit 7 was so marked for
10   identification.)
11           It is a document entitled
12   Nondisclosure Agreement, has a Go Global logo
13   across the top of it.  It is a four page
14   document that begins Bates number DOM000031.
15   BY MR. MURPHY:
16       Q.   Mr. Feuer, do you recognize this
17   document?
18       A.   Yes.
19       Q.   Is this the nondisclosure agreement
20   signed by Dream On Me?
21       A.   Definitely looks like it, yes.
22       Q.   Do you know if this agreement is a
23   standard form that Go Global also sent to other
24   entities?
25       A.   We have a standard form.  I can't

---



Page 45

1          Feuer
2    tell you whether this is exactly the standard
3    form, but probably yes.
4        Q.    When you're speaking to potential
5    investors, do you frequently send them
6    nondisclosure agreements to execute?
7        MR. BERLOWITZ:  Objection.
8        You can answer.
9        THE WITNESS:  Absolutely; yes.
10   BY MR. MURPHY:
11       Q.    Are there often negotiations over
12   the terms of those agreements?
13       MR. BERLOWITZ:  Objection.
14       You can answer.
15       THE WITNESS:  You need to define
16   "often."
17   BY MR. MURPHY:
18       Q.    The majority of the time, are there
19   negotiations over the terms of those
20   agreements?
21       A.    Depends on who we're talking to.
22   It really depends.  Some people accept it as it
23   is, others don't.
24       Q.    In this particular case, do you
25   know if Dream On Me accepted it as it is?

Page 46

1          Feuer
2        A.    I believe they accepted it as it
3    is.
4        Q.    Did you personally send out other
5    nondisclosure agreements in connection with the
6    BuyBuy Baby potential transaction?
7        A.    Probably, but I can't give you an
8    affirmative answer to that.  There's so many.
9        Q.    If the recipient of the proposed
10   nondisclosure agreement did want to negotiate
11   the terms, is that something you would handle
12   or something someone else would handle at Go
13   Global?
14       A.    Depends.  Often if I reached out to
15   the entity it came back to me, and yes.
16       Q.    Do you know if you personally
17   modified any nondisclosure agreements related
18   to the BuyBuy Baby transaction?
19       A.    No, not affirmative.  I don't
20   remember whether I did or not.
21       Q.    Am I correct that you might have,
22   but you don't remember?
23       A.    Exactly, yeah.  I definitely in
24   other cases.  I don't remember which NDA I
25   negotiated in which terms.  Banks have very

Page 47

1          Feuer
2    specific, lenders have very specific areas that
3    they cannot accept.  Equity investors are very,
4    very different from that perspective.  So if
5    the lender would not have accepted this NDA.
6        Q.    Do you know what specifically a
7    lender would not have accepted about this NDA?
8        A.    Yes.
9        Q.    What is that?
10       A.    No circumvention.
11       Q.    Do you know if Go Global entered
12   into any NDAs in connection with this potential
13   transaction that did not include a
14   non-circumvention clause?
15       A.    I would assume all the lender NDAs
16   did not include non-circumvention, do not
17   include non-circumvention; because a lender
18   has, a lender will never sign a
19   non-circumvention agreement because they might
20   want to work with somebody else on the same
21   deal in case, for example, we can come
22   together, they will never agree to therefore
23   not working with anybody else on the deal,
24   because we might not like their terms and
25   therefore they know we don't want to.

Page 48

1          Feuer
2    Therefore the deal would be not possible for
3    them.  So therefore a lender, as far as I know,
4    never agrees to non-circumvention, at least not
5    that I know of.
6        Q.    Do you know if any of the
7    nondisclosure agreements entered into potential
8    equity investors related to BuyBuy Baby did not
9    include non-circumvention clauses?
10       A.    I don't know specifically here,
11   because I have not been part of all NDAs.  I
12   can't imagine that we would sign an NDA or
13   accept an NDA without non-circumvention for an
14   equity investor.  Hard to imagine.  Is it
15   possible?  Maybe, but hard to imagine.  I would
16   probably never agree to that.
17       Q.    Do you know if Go Global entered
18   into any NDAs with equity investors related to
19   the BuyBuy Baby potential transaction that
20   included non-circumvention clauses that were
21   not applicable if Go Global did not submit a
22   qualified bid for BuyBuy Baby?
23       A.    I do not remember other NDAs,
24   personally that involved equity investors.  So
25   I don't remember.  Do they exist?  Maybe, but I



CHRISTIAN FEUER                                October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME               49–52

Page 49

Feuer

1  do not remember.
2
3       Q.   Have you personally, for Go Global,
4  agreed to non-circumvention clauses for equity
5  investors that were not applicable if Go Global
6  did not submit a qualified bid?
7       A.   This specific case here or in other
8  situations?
9       Q.   My question was more general, in
10  other situations.  But I'd also like to know
11  about specific to this transaction.  So please
12  answer both.
13      A.   I don't know whether that's the
14  case in either.  It's highly unlikely.  Is
15  there a specific situation that justifies to
16  agree to that?  I can't -- I don't remember why
17  I personally would agree to it, because the
18  whole point of an equity investor is a
19  potential competitor.  And why I would agree to
20  that, I do not know why I would want to do
21  that.  Hard to imagine.  Therefore, I can't
22  remember a specific situation.
23      Q.   The first in-person meeting that
24  you attended with Dream On Me, do you remember
25  where that took place?

Page 50

Feuer

1
2       A.   Somewhere in Manhattan, at a
3  steakhouse.
4       Q.   Do you remember who was present?
5       A.   From our side, it was Deborah
6  Gargiulo and myself.  Then we had Mark -- then
7  I believe Abishek and Milan.  But I can't say
8  exactly who was exactly there, but I know Mark
9  -- probably Milan and Abhishek, but.
10      Q.   Was there anyone from Ankura at
11  that dinner?
12      A.   Maybe, could very well be, probably
13  Kathleen maybe.
14      Q.   There may have been someone from
15  Ankura but you're not sure; is that correct?
16      A.   That's correct.
17      Q.   What do you remember about that
18  dinner?
19      A.   What do I remember?  Nice steaks,
20  friendly conversations where we tried to
21  understand how serious the DOM team was in
22  participating working together with us.  And
23  our understanding was that they felt they
24  needed somebody who is a retailer.  They were,
25  from the product perspective, very competent.

Page 51

Feuer

1
2  But huge difference between developing product
3  and selling it through wholesale versus selling
4  to customers directly.  So it seemed to be as
5  when their and our competence would be a great
6  fit.
7       Q.   When you first met with Dream On Me
8  was the intention for them to be involved in
9  the day-to-day operation of BuyBuy Baby, or
10  were they only going to be a financial
11  investor?
12      A.   I would say our expectation was
13  that we would run the retail model, meaning
14  stores and online, and they would support the
15  sourcing of product.  The number one expense
16  for a retailer generally, often, is the product
17  and their sourcing capability would have been
18  beneficial to optimize expenses there.
19      We would not have expected them to be
20  involved in running stores and online
21  businesses, because we didn't expect them to
22  have any competence there.
23      Q.   So when you first met with them,
24  was it your expectation that they were going to
25  be potentially a general partner or a limited

Page 52

Feuer

1
2  partner?
3       A.   That was not defined.  Our
4  preference would have been limited, but general
5  partner would have been acceptable.  I don't
6  remember that we discussed that at that dinner.
7       Q.   When you first met with Dream On
8  Me, was the plan for Go Global to contribute
9  equity to the potential transaction?
10      A.   Equity through limited partners,
11  that was definitely considered.
12      Q.   What about money actually from Go
13  Global itself?
14      A.   You mean the partners?
15      Q.   Meaning, at this time was it
16  presented that Go Global would be contributing
17  ██████████ towards the acquisition of BuyBuy
18  Baby?
19      A.   That we would provide capital
20  through partners.  I don't remember whether
21  how we presented it or what we presented, but
22  that we would have through our network provided
23  equity.  I think that's how it was.
24      Q.   Back to the process of having the
25  NDA signed with Dream On Me.  Am I correct that



Page 53

1              Feuer
2  you were dealing with Abhishek on that?
3      A.   Pretty sure, yes.
4      Q.   Do you remember if Abhishek signed
5  the NDA the same day you sent it to him?
6      A.   If I remember, you showed me the
7  NDA, it says 6/10.  Probably.  I think, we
8  moved very quickly, so definitely possible that
9  I sent it to him on 6/10 and he signed it the
10 same day.
11     Q.   I put the nondisclosure agreement
12 back up.  It is dated 6/10 in the first line.
13     A.   I don't know whether I sent it to
14 him on 6/10.  I wish I had a memory like that,
15 I would remember which e-mail was sent on which
16 date.  That would be great.
17     Q.   If I told you 6/10 was a Saturday,
18 does that sound right?
19     A.   Totally possible.  This was a deal
20 with a very short fuse, which got longer and
21 longer.
22     Q.   When you say it was "a deal with a
23 short fuse that got longer and longer," are you
24 referring to extensions in the auction date?
25     A.   Yes.

Page 54

1              Feuer
2      Q.   I'll represent to you my
3  understanding is the in-person meeting at the
4  restaurant occurred on June 12, which was a
5  Monday evening.
6      Does that sound right to you?
7      A.   Yes.  Could very well be.
8      Q.   What was your impression of Dream
9  On Me when you left the in-person meeting on
10 the 12th?
11     A.   We believed, I believed that Dream
12 On Me would be a viable partner.  Our retail
13 experience on the one side, their sourcing
14 experience on the other side would be
15 strategically very good, where both sides can
16 contribute.  That was our view.
17     Q.   As of that time, on the evening of
18 the 12th after the meeting, did you have any
19 concerns about Dream On Me?
20     A.   Under the assumption that Dream On
21 Me is living up to their legal contract they
22 signed and lived up to that, we assumed we can
23 trust them.
24     Q.   Am I correct that Go Global had its
25 own data room related to this potential

Page 55

1              Feuer
2  transaction?
3      A.   Specifically, Ankura together with
4  the data room and our name, that allowed others
5  to see the documents that we had put into that
6  data room, specifically Ankura has put to that
7  data room.
8      Q.   It would be accurate for me to say
9  that Ankura managed the data room related to
10 this transaction on Go Global's behalf?
11     A.   That would be correct.
12     Q.   Once Dream On Me signed the
13 nondisclosure agreement, were they then granted
14 access to the data room hosted by Ankura?
15     A.   Sooner or later, yes.  But I can't
16 tell you whether that happened on 6/10, 11 or
17 12.  I don't know.  But it was.  We would never
18 have let anybody into the data room without
19 signing an NDA.
20     Q.   Do you know if all entities that
21 signed NDAs with Go Global related to this
22 transaction received the same level of access
23 to the data room?
24     A.   Do I know that?  No.  I personally
25 don't know that.  What I know for a fact is,

Page 56

1              Feuer
2  not for a fact, but most likely, over time the
3  contents of the data room changed depending on
4  the information we had available to us.  So not
5  everybody had the same access; most likely, but
6  it's a question of time.
7      Q.   And I'm correct that the data room
8  hosted by Ankura contained proprietary and
9  confidential information of Go Global; right?
10     A.   Yes.
11     Q.   Did Go Global hold information back
12 from the data room related to this transaction,
13 or was all of the confidential proprietary
14 information related to this transaction in the
15 data room?
16     A.   I wouldn't classify we held
17 anything back, not the right term, but would
18 express it differently.  Not every piece of
19 information we had was in the data room.
20 That's for sure, because it was not deemed
21 relevant for investors for different versions
22 of the model or whatever.  It was not having
23 all the information we had within the data
24 room.
25     Q.   Are you familiar with a Thoryn



CHRISTIAN FEUER                                              October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                                      57–60

Page 57

1              Feuer
2  Stevens?
3      A.    Yes.
4      Q.    What is your understanding of what
5  Thoryn Stevens does for Go Global or did for Go
6  Global?
7      A.    We as Go Global are a team of
8  different operators with specific backgrounds
9  that are relevant to run or turn a business
10  around.  And Thoryn Stevens has one very
11  specific knowledge, which is IT where, for
12  example, I'm not an IT guy.  If I have an IT
13  question I would have gone to Thoryn Stevens
14  and say "Hey, Thoryn, what do we do here?
15  Figure it out."
16      Q.    Do you know if Thoryn Stevens is
17  still affiliated with Go Global?
18      A.    I don't think he is affiliated
19  anymore.
20      Q.    Do you know approximately when he
21  ceased to be affiliated?
22      A.    I can't tell you that.
23      Q.    Have you had any contact with
24  Thoryn Stevens since he ceased being affiliated
25  with Go Global?

Page 58

1              Feuer
2      A.    I haven't talked to him for a long
3  time.  I don't know when his affiliation
4  ceased.  So therefore, I definitely cannot tell
5  you.  I don't even know when I talked to him
6  for the last time.
7      Q.    I'm sorry.  Did you say "I have not
8  talked to him for a long time"?
9      A.    I have not talked to him for quite
10  a while.  I don't think I talked to him this
11  year, to give you an idea.
12      Q.    Do you know if Thoryn developed an
13  IT model related to this potential transaction?
14      A.    A team model, I'm not sure whether
15  that would be the right term.  But an IT
16  migration plan, I would say yes.
17      Q.    Would that have been in the data
18  room?
19      A.    No, because IT is super important
20  but we would assume that the investors would
21  assume that we figure this out.  But it is not
22  a determinator to decide whether I want to
23  invest into a business.  It must have -- but
24  not a determinator.
25          MR. MURPHY:  I'm going to mark as

Page 59

1              Feuer
2  Exhibit 8 a three-page e-mail chain.  It starts
3  with an e-mail from Jeff Streader on June 13 of
4  2023, to Thoryn Stevens.  Mr. Feuer and Mr.
5  Chau are copied on the e-mail.  The subject of
6  the e-mail is Dream On Me.
7          (Exhibit 8 was so marked for
8      identification.)
9          I'll add the Bates numbers for the
10      record later.
11  BY MR. MURPHY:
12      Q.    Mr. Feuer, this third line of Mr.
13  Streader's e-mail says "Remember, they do not
14  have the secret sauce and we will not give it
15  to them."
16          Do you know who the "they" is that he
17  is referring to?
18      A.    Since the subject line is Dream On
19  Me, I assume it is them.
20      Q.    Do you know what the secret sauce
21  is that he's referring to?
22      A.    Again, I'm not an IT guy, so do I
23  know the specifics of the secret sauce of IT?
24  No.  The specifics, not.  But I think the plan
25  to migrate, as I said before, is important, but

Page 60

1              Feuer
2  it is not the determiner of the success of the
3  business.  If he messes it up -- but it is not
4  the determinator for the success of the
5  business.
6      Q.    Do you know if the secret sauce was
7  provided to other equity investors?
8      A.    I cannot tell you that.
9          MR. BERLOWITZ:  Objection.
10          THE WITNESS:  I can expand on that.
11      Simply, challenge of BuyBuy Baby to be
12      successful was not an IT question.  The
13      challenge, or the success was the ability
14      to sell, the ability to manage costs.
15      That was a challenge and that's where
16      basically all investors were interested
17      in.
18  BY MR. MURPHY:
19      Q.    I want to direct you to this e-mail
20  that you wrote to Thoryn on June 13 of 2023.
21  It's the middle of the page.  Can you review
22  that e-mail for me, please?
23      A.    Yes.
24      Q.    So I'm correct this was June 13,
25  early morning that you sent an e-mail which



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
61–64

Page 61

Feuer

1
2   would be the morning after your meeting with
3   Dream On Me; correct?
4       A.   Assuming dinner was on the 12th,
5   you are correct.
6       Q.   The first line of the e-mail
7   references a meeting yesterday evening?
8       A.   It must be, yes.
9       Q.   You say "Thoryn, it would very
10  helpful to give them confidence regarding our
11  technology plan.  We have two more days for
12  them to become our partner."
13          When you sent this e-mail do you know
14  what you were looking for Thoryn to do?
15      A.   From a specific level, absolutely
16  not because again I'm not an IT guy.  That's
17  not my world, I'm a front end guy.  But from
18  what he should have achieved was to give Dream
19  On Me the understanding that we have a plan and
20  can solve, carve out we have done it before.
21  That's the objective what I tried -- them.
22      Q.   Did you personally ever meet with
23  Amit from Dream On Me?
24      A.   Amit?
25      Q.   He sent this e-mail to you on June

Page 62

Feuer

1
2   12.
3       A.   I would assume.  But I don't know
4   Amit is a Dream On Me tech guy, that he asked a
5   question.
6       Q.   I represent to you that's correct.
7       A.   I don't think I ever met with him.
8   Maybe he was at the meeting we had later that
9   week.  But I don't know.  I really don't know.
10  Again, IT is not my focus.
11      Q.   Am I correct that you subsequently
12  attended an in-person meeting at Dream On Me's
13  office in New Jersey?
14      A.   That's correct.
15      Q.   Am I correct that the meeting was a
16  couple of days later?
17      A.   Yes.
18      Q.   If I told you that meeting was June
19  15, does that sound right?
20      A.   Sounds right.
21      Q.   Going into that meeting on June 15,
22  what were your feelings about Dream On Me?
23      A.   We expected that they could be a
24  partner, didn't really know them, but we still
25  went there because we believed that what we had

Page 63

Feuer

1
2   discussed before was true and correct and we
3   relied on their representation of intentions.
4   And so, as a skeptic/optimist I was trying to
5   figure out whether we'd come out with this
6   together to partner up to acquire BuyBuy Baby?
7       Q.   Prior to your June 15 meeting, did
8   you have any concerns that Dream On Me may try
9   to pursue BuyBuy Baby without Go Global?
10      A.   We were definitely concerned,
11  because there were concerns.
12      Q.   Why did you have those concerns at
13  that time?
14      A.   We had concerns because they were
15  interested in acquiring the business by
16  themselves.  Reference said they wouldn't do it
17  without a partner with retail knowledge,
18  because that's not what they know how to do.
19  Always, often in life you have to decide to
20  trust what people say and to protect yourself
21  in legal agreements, that people are bound to
22  do what they say.  Which I guess was not the
23  case here.
24      Q.   Did you have any discussions with
25  anyone from Dream On Me about any of the

Page 64

Feuer

1
2   specific terms of the nondisclosure agreement?
3       A.   Not that I recall.
4       Q.   Do you personally know whether
5   Dream On Me was aware of the non-circumvention
6   clause when they signed the nondisclosure
7   agreement?
8       A.   They presented themselves as a
9   pretty successful, meaningful business, which
10  on the 15th showed probably a huge warehouse
11  with, I don't know, tens of millions of dollars
12  of inventory.  I assume they read what they
13  sign, too.  They clearly made clear that they
14  are not a little street vender, but a
15  professional entity.
16      Q.   What do you remember about the
17  meeting on June 15?
18      A.   As I said before, very impressive
19  to see the building.  It was very new, spoke to
20  the fact they are successful in what they are
21  doing.  That's the appearance we got.  And we
22  had virtually some good discussions, but later
23  on it became clear that, not necessarily clear,
24  it became clear they they felt they should run
25  the business.  And I got the feeling is when



Page 65

Feuer

1  they had very high -- how to put this?  Of
2  themselves, had extremely high esteem in what
3  they know without knowing, I believe, what they
4  didn't know.  So.
5      Q.    You mentioned that there were
6  initially good discussions.  What can you tell
7  me about those?
8      A.    To be quite honest, I can't tell
9  you exactly how the meeting, what was discussed
10 when.  There was some degree going through the
11 plans, much more direct specific level.  During
12 dinner we just met each other, had a general
13 idea what we do, what they do.  Here we went
14 through the presentation that we had prepared,
15 I believe.  Then later on we went through the
16 model.
17     Q.    Were all of the people who were at
18 the dinner on the 12th at the meeting on the
19 15th?
20     A.    I believe so.  Maybe somebody was
21 not, but generally the answer is yes.
22     Q.    Am I correct that Jeff Streader was
23 not at the dinner meeting?
24     A.    That's correct.
25

Page 66

Feuer

1      Q.    Am I also correct that Jeff
2  Streader attended the June 15 meeting but that
3  he attended virtually?
4      A.    That's correct.
5      Q.    Did you have any communications
6  with Dream On Me after the June 15 meeting?
7      A.    I think there were some
8  communications afterwards.
9      Q.    By you, specifically?
10     A.    I think I had some communications
11 with Milan.
12     Q.    Did you think you communicated with
13 anyone else from Dream On Me besides Milan
14 after June 15?
15     A.    I can't remember.
16     Q.    Those communications with Milan,
17 would they have been telephone conversations or
18 over text or WhatsApp or some other form of
19 communication?
20     A.    I can't remember.  Probably both,
21 but I really can't remember whether one or the
22 other.
23     Q.    Do you know if Mr. Streader wanted
24 to have any further meetings with Dream On Me
25

Page 67

Feuer

1  after the 15th?
2      A.    I can't tell you.  I don't know.
3          MR. MURPHY:  I'm going to mark as
4      Exhibit 9 a one page e-mail chain.  It is
5      Bates number GG-0008746.  It's an e-mail
6      from Jeffrey Streader, June 15, 2023 at
7      6:12 p.m.
8          To Kathleen Lauster and several
9      people are copied on the e-mail,
10     including Mr. Feuer.
11         (Exhibit 9 was so marked for
12     identification.)
13 BY MR. MURPHY:
14     Q.    Mr. Feuer, am I correct this e-mail
15 would have been sent the same day but after the
16 completion of the meeting with Dream On Me?
17     A.    Seems to be the same day, yes.
18     Q.    Do you remember Mr. Streader saying
19 "Nothing else, Milan, no more calls, no more
20 meetings, they know the timeline"?
21     A.    Reading it now, do I remember
22 specifically?  No.
23     Q.    I see the typo THY, assuming that
24 is "they."  Is your understanding the "they" he
25

Page 68

Feuer

1  would be referring to is Dream On Me?
2      A.    Yes, I guess.
3      Q.    Above that he wrote "We spent way
4  too much time on how to reduce our carry and
5  why DOM should get more since they deliver 85
6  percent of the value of the future co."
7          Can you tell me anything about that?
8      A.    As I mentioned before, it became
9  clear that the DOM team believed that it's all
10 about what they contribute, their ability to
11 buy product and didn't indicate the meaningful
12 value we provide.  So therefore it -- majority
13 of the rewards instead of sharing it in some
14 shape or form.
15     Q.    Do you remember discussions about
16 how to reduce your carry?
17     A.    I think there was -- I don't
18 remember the specifics.  What I remember is
19 that Dream On Me team, specifically Mark,
20 believed that it's all about what they
21 contribute and discounted everything we
22 contributed, and basically say hey, it's my
23 show.  I can't deal.  So that's sort of was
24 expressed by him clearly.  We had definitely a
25



Page 69

1                  Feuer
2  different perspective where we would partner
3  and contribute, because we think we contribute
4  more than they, but that's not a basis for
5  partnering.
6        Q.   After the meeting on the 15th did
7  you still believe a partnership with Dream On
8  Me was viable?
9        A.   It would have been viable if there
10  would have been terms that would be equitable
11  or which, as far as I know, was never expressed
12  by Dream On Me.
13          (Recess taken.)
14  BY MR. MURPHY:
15        Q.   Mr. Feuer, before I go to the model
16  I have a couple of additional questions.  When
17  Dream On Me returned the NDA to you, were you
18  surprised they did not request any changes?
19        A.   No.  The NDA is set up in a way
20  that takes into consideration both sides of
21  both parties, so that when we have it out, as I
22  said, we can agree all changes are minor.  So
23  therefore it's not a one sided NDA.  Usually
24  most entities can sign it more or less as is.
25        Q.   When you say it's not one sided,

Page 70

1                  Feuer
2  was it a mutual NDA?
3        A.   One-sided, meaning that it requests
4  terms that are not easily accepted by others.
5        Q.   Am I correct that it was not a
6  mutual NDA?
7        A.   I don't think there is a mutual
8  NDA.
9        Q.   Was one of the purposes of the NDA
10  to restrict Dream On Me from bidding on BuyBuy
11  Baby?
12        A.   As I said, basically every equity
13  investor has a non-circumvention included.
14        Q.   At the time that you submitted the
15  contingent bid on June 16, did you submit a
16  deposit with that bid?
17        A.   Sorry?
18        Q.   Did you have to submit a deposit
19  with that bid?
20        A.   I know at some point we provided a
21  deposit, I believe.  There were so many
22  iterations in that process, it is not really
23  clear to me, memory, what was happening exactly
24  then.
25        Q.   I'm going to go back to what I had

Page 71

1                  Feuer
2  marked Exhibit 5.  It's an e-mail chain.
3  Looking at where my cursor is here, it says,
4  "Although we submitted it LOI."
5        A.   Sorry.  I don't see your cursor.
6  Now I see it, okay (indicating).
7        Q.   "Although we submitted an LOI and
8  deposit on Friday, June 16, there are others
9  that are not ready and successfully received an
10  extension."
11          First off, do you know what LOI stands
12  for?
13        A.   I think it's Letter Of Intent.
14        Q.   Would that be the same as your
15  contingent offer or something different?
16        A.   I can't say that.  I don't know.
17  An LOI could be, an intention, not binding
18  agreement; right?  So I don't know whether that
19  word LOI and bid was used synonymously.  I
20  can't tell you.
21        Q.   It may or may not have been?
22        A.   It may not -- yeah.  Usually an LOI
23  is -- I'm literally guessing, I can't tell you.
24        Q.   We don't want you to guess.  This
25  e-mail is from Jeff Streader and it refers to a

Page 72

1                  Feuer
2  deposit on June 16.  Does that indicate you
3  submitted a deposit on that day?
4        A.   Very much sounds like it.
5          MR. MURPHY:  I'm going to mark
6  Exhibit 10.  It's an eight page document.
7          (Exhibit 10 was so marked for
8  identification.)
9          It's from Christian Feuer at Go
10  Global to Lazard, attention Christian
11  Tempke.  It's eight pages.  It starts on
12  Bates number GG-0030208.
13  BY MR. MURPHY:
14        Q.   Mr. Feuer, do you recognize this
15  document?
16        A.   Yes.
17        Q.   Did you prepare this document?
18        A.   I haven't seen that document for
19  probably fifteen months or so, so I would have
20  to familiarize myself with this again.  I
21  assume it is from me.  The spelling of my last
22  name is not correct I assume -- definitely I
23  was involved in it for sure.  Looks very much,
24  I probably put this together.  Maybe if you
25  scroll down, my memory (indicating).  I can't



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
73–76

Page 73

1                 Feuer
2   read it so quickly.  Keep on going please.
3      Q.   Tell me when to stop?
4      A.   Keep on going (indicating).  This
5   is a spreadsheet of -- keep going, please.
6   (Indicating.) I was wondering, I couldn't
7   remember that I wrote an eight page -- this is
8   just all the exhibits that add to the eight
9   pages.
10      Q.   Correct.  It appears to be the last
11   two pages reflect, one is blank, a screen shot
12   of a wire transfer, and the last page appears
13   to reflect the Bank of America --
14      A.   Do me a favor and enlarge it?  I
15   would love to see.
16      Q.   Yes (indicating).  How's that?
17      A.   So this was from Janie and Jack.
18      A.   It's in the amount, appears to be
19   █████████
20      Do you know anything about this?
21      A.   We made a deposit of █████████
22      Q.   That was on June 16 when you
23   submitted that contingent we talked about
24   earlier; is that correct?
25      A.   Yes.  That's correct.

Page 74

1                 Feuer
2      Q.   This document reflects under the
3   purchase price section that Go Global was
4   valuing the intellectual property at ████
5   ████████  Does that sound correct?
6      A.   Yes.  That sounds correct.
7      Q.   At this time it looks like Go
8   Global intended on taking 20 stores; is that
9   correct?
10      A.   That's correct.
11      Q.   Am I correct that the number of
12   stores that Go Global intended on maintaining
13   if they acquired BuyBuy Baby changed over time?
14      A.   You're asking whether number of
15   stores changed over time that we intended to
16   acquire?
17      Q.   Yes, that you intended to keep
18   open?
19      A.   Yes.  That changed over time.
20      Q.   Am I correct that number decreased
21   over time?
22      A.   That is correct, it decreased.
23      Q.   From your perspective, why did that
24   number decrease?
25      A.   So, the area of the stores became

Page 75

1                 Feuer
2   less and less attractive because the inventory
3   remaining in the stores was for actual reasons
4   became less and less attractive.  Inventory got
5   discounted, and the best -- the items with the
6   highest turn sold first, which made the start
7   up of the business more difficult because these
8   would be items we'd have to acquire the
9   inventory that we acquired -- not having no
10   value, it was a lot less valuable, and would
11   take time to restock the business by acquiring
12   these inventories.
13      So there would have been meaningful
14   amount before we were somehow cash flow
15   positive, simply that reason.  So in order to
16   limit the start-up cost for the investment,
17   reduce the number of stores that the inventory
18   required.
19      Q.   The purchase price, the second
20   bullet point says "█████████ for inventory
21   estimated to be in the 20 stores on July 1,
22   valued at █████████ of the █████████ of
23   COGS."
24      What does COGS stand for?
25      A.   Cost Of Goods.

Page 76

1                 Feuer
2      Q.   Below the bullet point it says "We
3   believe the Baby evaluation is very aggressive
4   compared to the -- portion for the Bed, Bath
5   and Beyond IP."
6      Can you explain to me why you felt
7   that way?
8      A.   So, it is compared to the Bed, Bath
9   and Beyond evaluation, where we believe the IP
10   advance, intellectual property advance, advance
11   money provided against the intellectual
12   property was █████████ and established
13   therefore as a value by lender accepted, the
14   safe bonds rate.  And the bid was at that time
15   was public, was only $21.5 million or ██
16   █████████ of what was its value established
17   earlier.
18      Our offer was ████ over IP advance
19   rate of █████████ therefore █████████
20   Trying to say that we were prepared to offer
21   substantially more than what the estate was
22   able to achieve, from a stalking horse bid at
23   Bed, Bath and Beyond.
24      MR. MURPHY:  I'm going to mark as
25   Exhibit 11 an Excel spreadsheet with multiple



CHRISTIAN FEUER                                    October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                   77–80

Page 77

1          Feuer
2   tabs, Bates numbered DOM0000075.
3          (Exhibit 11 was so marked for
4      identification.)
5   BY MR. MURPHY:
6      Q.   Mr. Feuer, do you recognize this
7   document?
8      A.   Yes.
9      Q.   What do you recognize this document
10  to be?
11     A.   What we see in front of us is
12  something that I created personally, and is our
13  an ROI return or investment calculation, which
14  we applied for every deal that we make.
15     Q.   I represent to you that my
16  understanding is this version is Version 9,
17  which you said you reviewed in preparation for
18  the deposition today.
19     Are you able tell by looking at this
20  document whether it is Version 9?
21     A.   No.  It sounds, it's definitely
22  within the vicinity --
23     Q.   Do you have any reason to believe
24  this is not Version 9?
25     A.   No.  I can pull it up and compare,

Page 78

1          Feuer
2   it's probably what it is.  I have no reason to
3   believe it is something different.
4      Q.   If any point during my questions
5   related to this document you see something that
6   makes you believe it is not Version 9, let us
7   know.
8      A.   I will.
9      Q.   It's my understanding that this
10  would be the version that was provided to Go
11  Global on or around June 11 of 2023.  Does that
12  sound correct to you?
13     A.   It was provided to Go Global, I
14  don't think so.
15     Q.   Sorry.  I meant Dream On Me?
16     A.   That's probably correct, yes.
17     Q.   I'll ask the question again.  It is
18  my understanding that the version of the model
19  that we are looking at was providded to Dream
20  On Me on or around June 11 of last year.  Does
21  that sound right to you?
22     A.   I have to say, I don't know whether
23  we provided it, the NDA was signed on the 10th.
24  We had the dinner on the 12th.  I don't know
25  whether we provided the model prior or

Page 79

1          Feuer
2   afterwards.  I can't tell you.  It would
3   definitely, since the NDA was signed, we have
4   made it available on the 11th.  Makes sense.
5      Q.   I want to look at the cap table.
6   The first line is family office, and it
7   indicates ███████
8      Do you see that?
9      A.   Yes.
10     Q.   At this time would that be one
11  family office that contributed ████████?
12     A.   Yes.
13     Q.   Do you know what family office that
14  would have been?
15     A.   I think that we had considered at
16  that time the Dream On Me as one option.
17     Q.   It should be ████████?
18     A.   Yes.
19     Q.   How about family office 2 that was
20  supposed to contribute ████████ according
21  to the model?
22     A.   Could have been Perot.  But none of
23  these numbers were specifically assigned to a
24  specific entity at that point in time.
25     Q.   And then, how about the third line

Page 80

1          Feuer
2   down.  It says "Go Global equity ████████"
3   At that time was Go Global contributing ████
4   ████████ of its own equity in this model?
5      A.   That could have been in this case,
6   assuming Janie and Jack, were existing partners
7   of Janie and Jack; so.
8      Q.   Since you are on the board of Janie
9   and Jack, I expect that is something you would
10  approve as a board member.
11     A.   Definitely we would approve it as a
12  board member.  If we would make a firm
13  commitment, 100 percent.
14     Q.   Did Janie and Jack ever make such a
15  commitment?
16     A.   As far as I know, no.
17     Q.   Was a specific request for a ████
18  ████████ investment ever presented to Janie and
19  Jack?
20     A.   Again, as I said, either through
21  Janie and Jack or through Janie and Jack
22  investor, we had discussions that we've seen
23  in some of the e-mails from Andrew Axelrod of
24  XR Capital who is a main investor into Janie
25  and Jack.



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
81–84

Page 81

Feuer

1
2     Q.    So I'm clear.  When referring to
3  Jane and Jack versus Jane and Jack investors,
4  you are differentiating between the actual
5  entity Janie and Jack and Axelrod Capital?
6     A.    That's correct, where a multitude
7  of alternatives are considered and discussed.
8     Q.    Could you please explain to me how
9  the 20 percent carry of Go Global works?
10    A.    Sure.  Typical private equity model
11 works at the investor, the equity investor
12 provides the capital and that the investment
13 manager, in this case Go Global, would receive
14 or would participate in the upside of the deal.
15 Plus they would receive 2 percent of the equity
16 investment as management fee.
17       The details for that is a way how we
18 would have wanted to structure this deal is
19 that, assuming we would be successful, the
20 business would be sold for substantially more
21 than we acquired, what we needed the investor
22 to stand of the business, in the distribution
23 waterfall, the investor would, the first step
24 receive equity investment; the second step they
25 would receive, I believe, we had calculated an

Page 82

Feuer

1
2  8 percent interest that was paid in kind.  So
3  they would receive the second tranche.
4       Then in the third tranche, we as the
5  investment manager plus management would
6  participate in the proceeds where it would have
7  been 20 percent.  And at the moment that the
8  investor would have received 2 1/2 times the
9  original investment, I think we would have
10 participated with 35 percent of the proceeds.
11    Q.    During your discussions with Dream
12 On Me, did the ███████ that was allocated
13 to Go Global through Janie and Jack go away?
14    A.    No.
15    Q.    So throughout your --
16    A.    Can you clarify the question?
17    Q.    When you met with Dream On Me on
18 June 15 was Go Global still going to be
19 contributing ███████ to the deal
20 potentially through Janie and Jack?
21    A.    That was definitely considered at
22 that point as far as I remember.  Again, as I
23 said, we had various models, various, depending
24 on the partner with whom we would work there
25 were various solutions to acquire this

Page 83

Feuer

1
2  business.
3     Q.    Am I correct that the investment
4  capital here which totals ███████ on this
5  model is meant to cover the cash purchase price
6  plus the transaction costs?
7     A.    I think this is just coincidence,
8  yes.
9     Q.    So does part of that ███████ go
10 toward working capital?
11    A.    I never looked at it this way.  I
12 believe that's literally coincidence.  The
13 total uses of ███████ of which
██████ would have been used to buy and operate
15 the business, that was a number of which I
16 believe we could raise, would have been the
17 other part.
18    Q.    In connection with this model, how
19 much debt would have been taken on?
20    A.    I think about, the intention was
21 probably -- so from our perspective we try to
22 maximize the amount of debt, and so as much as
23 possible and I think you see there is
24 calculation on Column K of -- if you look at
25 valuation, we evaluate this, expected probably

Page 84

Feuer

1
2  ███████
3     Q.    At that point you valued the IP at
4  ███████ is that correct?
5     A.    Yes.
6     Q.    The next tab is labelled Model.
7  Did you also create this tab?
8     A.    Be very specific.  I manipulated
9  this tab of which had, a part of it was --
10 model is a function of two things.  You look at
11 the past performance and compare an expectation
12 what the company believes can happen, which
13 generally painting a very rosy picture; and our
14 added value is by taking our expertise and
15 manipulate the numbers in a way what we believe
16 we can make work in the future.
17      So if you look at the numbers on here,
18 the vast majority of the numbers come from me
19 because they have been heavily manipulated.
20    Q.    But I guess format, layout of the
21 chart would have come largely from Lazard; is
22 that correct?
23    A.    Part of it, yes.  Partially.
24 Pieces of that.  But if you go and take the
25 Lazard model and compare it, the numbers have



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
85–88

Page 85

Feuer

1
2  very few if any really comparable.  I mean
3  identical, they are all different; I mean
4  partially different.
5      Q.    During this time period was the
6  model changing daily?
7      A.    I wouldn't say daily, but often.
8  From a work in progress we had to establish one
9  model where we believe that it would
10  sufficiently reflect the opportunities what we
11  can achieve in the future; balance between on
12  the one side having the downside view, also
13  having a realistic upside.
14          Just to give you an idea, if you see
15  Column D, you see, if you look at field D4, the
16  original projection the data room provided by
17  Lazard to us.  It expected, if look at row 8,
18  asset of ████████  Our projection was ███
19  ███████  If you look at row 38 you can see it
20  at the very bottom.  They promised an operating
21  income of ███████  In the first year we
22  expected ███████
23          It has nothing to do with the numbers
24  that the seller provided, which is not unusual.
25  I don't think we ever had a model where the

Page 86

Feuer

1
2  seller's projections were identical with ours,
3  not even closely, so.
4      Q.    Do you know when you received
5  access to the Lazard data room?
6      A.    I think wee start talking at Q1 or
7  beginning of Q2, March, April time frame.  I
8  assume at that time we would have received a
9  model, but I have no idea of any specific
10  dates.
11      Q.    Was the Lazard model also changing
12  frequently?
13      A.    Literally, probably, if they did a
14  good job.  Very different -- say in April
15  compared to June because they sold a little
16  inventory.  But I cannot tell you whether they
17  changed -- we were in permanent discussions
18  with them where we tried to get additional
19  information which allowed us to have a better
20  view of what can and will happen.
21          Assuming they had their own
22  information, they might have also revised
23  somewhat, but I can't tell you because it
24  wasn't relevant to us, because we are not
25  focusing on the Lazard model.  We were focusing

Page 87

Feuer

1
2  on what we were able to expect based on the due
3  diligence that we conducted.
4      Q.    The numbers in Column D, would
5  those have been obtained from Lazard when you
6  first got access to the data room or those
7  numbers would have been from Lazard around the
8  same time in June?
9      A.    I don't know to be honest.  I can't
10  tell you.  I know the idea of having this as a
11  reference point, to understand where we believe
12  the business is trending towards versus what
13  the original sale of the intention of the sale
14  was.
15      Q.    The next tab is labelled WC, and
16  FCF.  Am I correct WC stands for Working
17  Capital?
18      A.    Yes; and Free Cash Flow.
19      Q.    FCF is Free Cash Flow; correct?
20      A.    Yes.  All of the graphs you see
21  here are all coming from me.  I think this
22  whole tab is something I developed.  This is
23  all about, if you go to the left, sorry further
24  (indicating)?
25      Q.    For the record, we're on the tab

Page 88

Feuer

1
2  Monthly Sales, I believe invoices and receipts;
3  is that correct?
4      A.    Correct; inventory and receipts,
5  yes.
6      Q.    Thank you.
7      A.    So some of the numbers on top that
8  you see were provided, but which is basically
9  sort of, I think it's trying to establish, what
10  I'm trying to establish is further down below,
11  is relationship between the inventory there
12  was, the inventory that we will buy, when we
13  will buy it, the inventory we were expecting to
14  sell and with that to come up with a number
15  what our sales can be; because you can't sell
16  what you don't have in the store.
17          As I explained earlier, the inventory
18  that was sold was the most valuable inventory.
19  And if you don't have inventory in the store
20  and don't give customers a reason to come to
21  the store, we have a self-fulfilling prophecy.
22          Therefore, we needed to replenish
23  inventory while we would have very little sales
24  because the best selling items weren't in the
25  store.  And that was, turned out to be a quite



CHRISTIAN FEUER                                          October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                         89–92

Page 89

Feuer

1  difficult calculation where over and over I
2  tried to optimize this in a way we believe we
3  could acquire from an inventory perspective,
4  but it also was a source of cash requirements,
5  because we started with low inventory and
6  needed to acquire more inventory.
7      So you had some of these -- elements
8  at the beginning, we needed cash because we
9  lost a lot of money because of very low sales,
10  but needed cash in order to acquire inventory
11  in order for sales, in order to get out of
12  losing money. That was actually the intention
13  of this entire spreadsheet.
14      The view provided by Lazard, but 90
15  percent of the numbers you see here or 95
16  percent were all created by specifically
17  myself.
18      Q.   And I'm correct that as the
19  existing inventory dwindled, as you mentioned,
20  that required more working capital to get the
21  business --
22      A.   Right; exactly. And so, it was a
23  challenge, buying the business was easy,
24  supporting it through cash was really,

Page 90

Feuer

1  literally all of us also, I mean, it's just --
2  it's an equation, and the equation, the amount
3  of what it required in capital was also one of
4  the reasons why there were very few people
5  interested in buying the business.
6      It was a mistake by the holding
7  company, they should have started this process
8  way, way in advance. And they sold inventory
9  off to maintain the business. And therefore
10  they created a hole which made it very
11  difficult for others to really jump into it,
12  exactly this process, A) it is difficult to
13  figure out; and B) it requires a lot of cash.
14      Q.   In your opinion, in the middle of
15  June of 2023, did Go Global have enough
16  sufficient access to funds to acquire and run
17  the business successfully?
18      A.   We had funds in sight, would have
19  allowed us to make it work.
20      Q.   But I am correct, Go Global did not
21  have sufficient committed funds at that time to
22  make that work?
23      A.   Maybe signed and agreed, you are
24  correct.

Page 91

Feuer

1      Q.   The next tab is called Slides. I
2  expect you did, but did you make this one as
3  well?
4      A.   Yes; hundred percent.
5      Q.   I expect that these graphs reflect
6  that the data that is otherwise in the
7  spreadsheet here?
8      A.   Exactly; yes. In order, nobody
9  really likes to look at all the numbers, and in
10  order to be able to explain it to others I
11  created these slides in order to tell the story
12  how this all should work, why it will work.
13      Q.   Obviously, in the future years your
14  model is predicting an increase in annual
15  sales. How are those numbers calculated?
16      A.   Thew easiest way to describe it, if
17  you look to the slide to the left (indicating).
18  On top you see Monthly Sales?
19      Q.   Yes.
20      A.   You see the first month we expected
21  to have sales of ▇▇▇▇▇ Because it is
22  retail some months are bigger than others
23  because some months we have four weeks, other
24  months five weeks, so we have a spike in it.

Page 92

Feuer

1  But what it does based on this calculation that
2  we had on monthly sales and inventory we see,
3  based on inventory we would acquire, what our
4  assumptions were for what the weekly sales by
5  stores are, and until, you see month 8, 9 where
6  we would have expected we would have been able
7  to normalize our sales, which then from year
8  one to year two, a major benefit, because the
9  first month of the year, instead of the ▇▇
10  ▇▇▇▇▇ we would have expected now a year later
11  it would have been ▇▇▇▇▇
12      So there's a huge growth from year one
13  to year two. Then in the future years of
14  growth relatively small growth by increases in
15  same store sales. And specifically, assuming
16  we would be able to increase the online sales.
17      You see this in the slide below where
18  there is the expectation at the beginning,
19  expected 60 percent of the sales would have
20  been online and 40 percent would have been
21  stores, and we would have expected over the
22  next years it -- grown only to 60 to 68
23  percent, store sales would go down from 40 to
24  32.

Page 93

Feuer

1
2      Q.   Is that decrease in store sales in
3   part due to an overall macro of in-store sales,
4   or specific to BuyBuy Baby?
5      A.   So you have the issue that young
6   mothers are very busy with young babies.  So
7   the convenience of online purchase is there.
8   So as an example, Janie and Jack, the business
9   that we own, we have a very similar profile,
10  not as dramatic, more than 50 percent of sales
11  are online.
12      What we intended to do for BuyBuy Baby
13  is turn BuyBuy Baby into a marketplace where we
14  would have been able to offer basically a much
15  broader range of products than BuyBuy Baby was
16  offering originally, by allowing others to take
17  advantage of the massive, the customer traffic
18  which was going to the online business.
19      So a little bit like Amazon, which
20  allowed others to sell their products on
21  Amazon's website.  I as a retailer do that
22  because I know there's traffic and people go
23  there.  That is the same model, the underlying
24  assumption of what we believe we could do with
25  BuyBuy Baby.

Page 94

Feuer

1
2      Q.   Back to the monthly sales chart
3   above that.  I see there are certain peaks.
4   Are those related to holidays, certain months
5   tend to be better for sales?
6      A.   Yes.  Four, five week retail.  So
7   you have, the month of January has four weeks.
8   The month of February has four weeks.  And the
9   month of March has five weeks.  Therefore, you
10  have this, every third month is 20 percent
11  bigger -- no, is 25 percent larger than the one
12  before and after.  Then you have seasonal
13  swings.  That's why you have hard spikes, it's
14  just counting four week versus five.  You tweak
15  four, five, one four, two four, one five.
16      So that's -- because retail doesn't
17  count the month, because it's so important
18  where the holidays fall.  Therefore it's a
19  crazy system which is called the retail
20  calendar.  If you go online you can find it
21  where even, actually the plan of weeks one
22  through 52 or once in a while 53 weeks, they're
23  organized in a very specific way 4, 4, 5, and
24  it makes it much easier to compare sales as
25  when you would have a month where a certain

Page 95

Feuer

1
2   week falls more into this month.  Then people
3   explain sales are down because we have one more
4   week and two less workdays.  And so people are
5   explaining, and this is why it's a very -- way
6   of looking at the sales retail environment.
7      Q.   The retail calendar doesn't
8   necessarily match up with the standard
9   calendar, it helps you compare year versus year
10  of performance?
11      A.   Not year versus year.  First of
12  all, you compare week versus week then month
13  versus month.  In the year end, the year more
14  or less the year is pretty much -- but in the
15  year, it couldn't end necessarily on 12/31
16  because it spills over, depending where the
17  week ends, whether 12/31 is, I don't know if
18  the retail calendar -- starts with a Sunday, I
19  believe.
20      Q.   I understand.  I think I wasn't
21  clear what I was saying.  It helps you compare
22  January of 2023 to January of 2024?
23      A.   Exactly.  That's what it is, yeah.
24      Q.   The next tab is Store
25  Recommendations, which I understand to be the

Page 96

Feuer

1
2   stores you planned on continuing to run versus
3   closing, if you acquired BuyBuy Baby?
4      A.   It calculated the profitability of
5   the stores, and we had various ways of ranking
6   it.  You can see we put a lot of logic into it,
7   where the ones which we want to stay open,
8   which to close, some uncertainties.  Depending
9   on our entire time of figuring out a solution,
10  we had various models with a number of stores
11  and we used this calculation to come up with an
12  EBITDA, which to a meaningful degree we
13  calculated ourselves, put a lot of different
14  information together.
15      Q.   I think you mentioned earlier that
16  Deb was heavily involved in the stores; is that
17  correct?
18      A.   She did all the calculations, all
19  the detail on it.  And so, how she -- she and I
20  discussed the results how to get there, but she
21  is the owner of this tab.
22      Q.   This store recommendations tab was
23  largely created by Deborah; is that correct?
24      A.   Yes.  That's fair to say.
25      Q.   In looking at this, it looks like



CHRISTIAN FEUER                                          October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                         97–100

Page 97

1          Feuer
2    it's ordered based on the sum of that sales
3    total; would I be correct about that?
4        A.    I think that's correct, yeah.
5        Q.    The next tab is Weekly CF-Baby.
6          CF is Cash Flow?
7        A.    That's correct.
8        Q.    Am I correct that some of this
9    information is historical in that it already
10   happened and some is projections?
11       A.    That's correct.
12       Q.    Were you responsible for creating
13   this tab as well?
14       A.    Yes and no.  So, the table on top
15   is provided by Hilco, which was the entity that
16   was liquidating the inventory for other stores
17   and running it.
18         And they made a calculation of what
19   inventory was available at what point in time,
20   what they would sell for how much and how much
21   in the end cash they were generating for the
22   estate, which was relevant for us going back to
23   the earlier tab, depending on when we would
24   take control of the business, what amount of
25   inventory would be available to us.  Not this

Page 98

1          Feuer
2    tab, but the monthly sales inventory receipts.
3    That's where -- if you go now back to the
4    weekly cash flow Baby Hilco, please.
5          (Indicating.)
6          You see in Column O they started out
7    with having ████████ of inventory, would
8    have sold through all the inventory, based on
9    their assumptions, until July '23 there would
10   have been no inventory.
11         So if you go and look below, you see
12   the green line, this is where we make our own
13   forecast and what we would have expected the
14   inventory to be, and assuming we would, because
15   the idea was if we would make an offer that
16   would succeed with this offer, then Hilco would
17   stop selling the inventory at a deep discount
18   and we would have been to some degree the
19   beneficiary, and therefore would have started
20   to replenish inventory and all that stuff.
21         So calculating, giving us an idea
22   what, there is no perfect science in this, but
23   understanding what would happen when, so that
24   we can again understand what our sales would be
25   going forward, what inventory do we need to

Page 99

1          Feuer
2    buy.  So, yeah.
3        Q.    So the top part above where it says
4    Go Global Revised Forecast are Hilco's numbers,
5    which is in part them running the going out of
6    business sales and everything else to liquidate
7    what was in the stores.  And the chart below
8    reflects that the going out business sales took
9    place.  Is that fair to say?
10       A.    That's really what it would be.  So
11   you see on 6/25/23, to 7/1/23, we would have
12   our assumption ended up with ████████
13   of inventory, in the same row 25 they would
14   have had ████████ of inventory.  That's sort
15   of would have been part of our terms, how to
16   maintain inventory.
17       Q.    You would have started to replenish
18   when they were not replenished at all; correct?
19       A.    They were definitely not
20   replenished.  That's only half true.  Hilco
21   puts other inventory into the stores to take
22   advantage of selling, but would have been their
23   inventory, not BuyBuy Baby's inventory.
24         But it wouldn't have been replenished
25   in the same sense of selling BuyBuy Baby

Page 100

1          Feuer
2    inventory, it would be Hilco inventory.  We
3    would have been probably not -- it would have
4    been less replenishing inventory, it would have
5    been more selling not at a discount, and
6    therefore would have gone back to normal in
7    order to not sell inventory quickly, and
8    therefore reducing the asset to a point where
9    we would have had inventory, which we then
10   would have had to replenish.
11       Q.    The next tab is 2021 P&L.  I'm
12   correct that this actually --
13       A.    You have to go up to see numbers, I
14   assume.
15       Q.    Am I correct that this tab was
16   historical, would have been numbers that were
17   provided to you?
18       A.    Yes.  I don't think I did anything
19   on that.  That was only in order to have a
20   reference of what happened in the past, and so,
21   yeah.
22       Q.    I'm correct that appears to be the
23   final tab; right?
24       A.    As far as I know.  Maybe there's
25   something hidden.  I don't know.



CHRISTIAN FEUER                                October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME               101–104

Page 101

1                    Feuer
2           MR. MURPHY:  I'm going to mark
3    Exhibit 12.  It is a presentation.  It's
4    got BuyBuy Baby logo on the center of it.
5    It's called Acquisition Turnaround
6    Strategy.  It's dated June of 2023.  It
7    has the Go Global logo down toward the
8    bottom in the center.  It starts on Bates
9    number DOM000052.
10          (Exhibit 12 was so marked for
11   identification.)
12   BY MR. MURPHY:
13       Q.   Mr. Feuer, is this a document or
14   presentation you're familiar with?
15       A.   Yes.  I assume so.  I haven't seen
16   all the slides.
17       Q.   I'll scroll through it kind of
18   quickly, if you need me to slow down let me
19   know (indicating).  It's 23 pages.
20       A.   Go ahead.
21       Q.   Were you involved in creating this
22   document?
23       A.   Yes.  A lot of the content is
24   coming from --
25       Q.   That was my next question,

Page 102

1                    Feuer
2    actually.  It appears at least some of the
3    slides are coming from your model; is that
4    correct?
5        A.   That's correct; yes.
6        Q.   These are charts --
7        A.   The one on top, this is the one we
8    discussed with the spikes.  (Laughter.)  In the
9    end the model is reflecting everything we
10   intended to do expressed in numbers, and now
11   translated back between slides and words,
12   outlining what we want to do, why it ultimately
13   should work.
14       Q.   I'm correct that this document
15   would have been provided to potential
16   investors?
17       A.   Yes.
18       Q.   The bottom of the slide I'm looking
19   at says, is potential growth opportunities,
20   increased historically to 300 locations.
21          Was that the goal at that time?
22       A.   "Goal" is big word.  It was
23   conceivable that -- there are two aspects to
24   this investment.  Number one -- actually,
25   three.  Being able to buy for a relatively

Page 103

1                    Feuer
2    little, even if the amounts were high, but the
3    assumption we create a $1.5 billion profitable
4    retail business, the amount of cash required to
5    do so is really very little.
6           So on the one side buying for a
7    little, turning it around, and number 3, what
8    is the growth strategy?
9           It was a high level expectation with
10   potentially different store models we could
11   fill up to 300 locations, so.
12       Q.   I know that portions of this
13   document appear to come directly from your
14   model that we were just looking at.
15          Who would you consider to be the owner
16   of this document at Go Global?
17       A.   The owner of this document, I would
18   say probably, many of these slides were created
19   by myself.  But as a group it goes through a
20   process where others look at it and say, hey,
21   does it make sense?  Can we express, do we want
22   to express in a crisper way, do we need
23   something else?  I created a lot of what you
24   see.  A lot of that is, you have a lot of other
25   contributors to that.

Page 104

1                    Feuer
2        Q.   Would the model that we just looked
3    at -- I understand there are several versions
4    of the model generally.  Would the model that
5    we just looked at as well as this presentation
6    consist of the majority of the confidential
7    proprietary information that Go Global provides
8    to potential investors?
9           MR. BERLOWITZ:  Objection.
10          You can answer.
11          THE WITNESS:  I would say so.
12   BY MR. MURPHY:
13       Q.   Besides this presentation and the
14   model, what else would you consider to be
15   proprietary and confidential, provided to
16   investors?
17          MR. BERLOWITZ:  Objection.
18          You can answer.
19          THE WITNESS:  What in addition to
20   that?  What you have here is an outline
21   by a group of people who have spent a lot
22   of time in analyzing, distilling what was
23   analyzed into a plan of how to turn a
24   business around that was usually
25   underperforming.



Page 105

1              Feuer
2              And I don't think that anybody else
3    had a plan as detailed as this, put
4    together by a group of people who have
5    done exactly that over and over in many
6    various businesses.
7              So basically, we created a blueprint
8    what to do and how to do it, what to
9    focus on and what to expect.  And that is
10   exactly what we provided and put together
11   there.  Is it more detailed?  Yes, of
12   course, more detail, but it is the plan.
13   BY MR. MURPHY:
14        Q.    Understood.  I understand that was
15   clearly other work that went into those
16   documents.  I'm trying to ascertain, looking at
17   what would be the main document at issue.
18        A.    Correct.
19              MR. MURPHY:  I'm going to mark
20   Exhibit 13.
21              (Exhibit 13 was so marked for
22   identification.)
23              It's Bates number DOM001082.  It is
24   61 pages.  It's got a BuyBuy Baby logo as
25   well as a Go Global logo.  There are

Page 106

1              Feuer
2    multiple versions of this document.  The
3    one I'm looking at is dated May 2023, the
4    date on the cover.
5    BY MR. MURPHY:
6         Q.    Mr. Feuer, I can scroll through it
7    if you need me to.  Is this a document that
8    looks familiar to you?
9         A.    Yes.
10        Q.    What is this document?
11        A.    This is a presentation of -- was
12   created largely by the BuyBuy Baby team itself,
13   and that I believe we used in order to attract
14   or talk to potential investors before we had
15   the ability to create our own model, our own
16   presentation.
17              This is a very -- if you go back to
18   compare it to our presentation for this, this
19   is a very sloppy presentation, a lot of nice
20   images, a lot of stuff, but it is a quite
21   different approach compared to what our own --
22        Q.    Am I correct that there was an
23   auction for the IP of BuyBuy Baby?
24        A.    I think you are correct.
25        Q.    Did Go Global consider

Page 107

1              Feuer
2    participating in that auction?
3         A.    Definitely considered it.
4         Q.    Did Go Global participate in that
5    auction?
6         A.    I don't think so.
7         Q.    In your opinion, why did Go Global
8    not participate in that auction?
9         A.    The intention was to buy the
10   business as a growing concern, and the IP
11   auction was not a going concern, if I
12   understand correctly.
13              MR. MURPHY:  I'm going to mark
14   Exhibit 14, a two page e-mail chain that
15   starts with Bates number ANK0035975.
16              (Exhibit 14 was so marked for
17   identification.)
18   BY MR. MURPHY:
19        Q.    Mr. Feuer, I'd like to direct your
20   attention to an e-mail that you were copied on,
21   June 26.  It seems to indicate Go Global would
22   no longer pursue acquisition of BuyBuy Baby.
23   Do you remember receiving this e-mail?
24        A.    No.  Doesn't mean that I didn't
25   receive it, but right now -- I would have to

Page 108

1              Feuer
2    read it.  And if you want to go to the bottom
3    so that I see (indicating).
4              Let me read it, please.
5         Q.    Sure.
6         A.    Okay.
7         Q.    Do you remember at that point being
8    advised by Mr. Streader that the pursuit of
9    BuyBuy Baby was over?
10        A.    I'm sure we talked about it, but I
11   don't remember a specific conversation.
12        Q.    Was there a point where you were
13   told it was over and then it was subsequently
14   revived?
15        A.    No.  I don't remember.  From a
16   timeline perspective, I cannot point my finger
17   to different steps because it was fluid the
18   entire time of what opportunities I believe we
19   had of what we can do and not do.  So literally
20   there is no way for me to.  We have discussed
21   this I'm sure.  I can't remember specifically
22   when and how.
23        Q.    The subject of the e-mail refers to
24   Project Butterfly.  Was that a name Go Global
25   gave a name to or some other entity?



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
109–112

Page 109

1           Feuer
2       A.   I think that was not coming from
3   us, but I don't remember.  I don't know, I
4   don't think any e-mails refer to Butterfly, so
5   I cannot tell you where Butterfly is coming
6   from.
7           MR. MURPHY:  I will mark Exhibit 15.
8           (Exhibit 15 was so marked for
9   identification.)
10          It's an e-mail from Jeff Streader on
11  June 27, 2023, a two-page document.  The
12  is first Bates number is GGH0013673.  The
13  e-mail is sent to Christian Temke and
14  Brennan Shea at Lazard, and several
15  people are copied, including Mr. Feuer,
16  and several more people are blind copied.
17  BY MR. MURPHY:
18      Q.   Mr. Feuer, look at this e-mail and
19  let me know if you remember receiving this
20  e-mail.
21      A.   This specific e-mail, I can't.  In
22  general, the discussion, yes.
23      Q.   Number 3 says "Brand damage has
24  occurred and a certain loss of market share."
25      A.   Yes, occurred.

Page 110

1           Feuer
2       Q.   Is that a statement you agreed with
3   at that time?
4       A.   Totally.  Every business, loss of
5   market share is easy if you don't sell any
6   more, people buy somewhere else, so market
7   share is substantially lower than what it was
8   at the beginning of the process.  And brand
9   damage you can always argue whether it's
10  permanent or temporary brand damage, but a
11  business that goes through an out of business
12  sale somehow creates a change in customers'
13  perception of the brand, because it's about to
14  go away.  We're in a turnaround business, so.
15      Q.   Number 6 says "Payroll model is ▓▓▓▓
16  ▓▓▓▓▓▓▓▓▓▓ all in, reason over 600 -- for
17  associates if we achieve between a year one net
18  revenue of ▓▓▓▓▓▓▓ "
19          Would those numbers have been
20  projected by you in your model?
21      A.   Yes.  At that point in time we
22  probably -- I would say yes.  Again, it's not
23  alone by myself but largely myself.  I believe
24  at that time you have one guy -- Mo Beig
25  involved, at that time he was CFO of Janie and

Page 111

1           Feuer
2   Jack.  So he participated in as well.  But I
3   still believe I'm the one who created the
4   model.  He somehow had discussion.  He was, I
5   can't tell exactly to which degree, but more
6   often before -- it was mostly Deborah and
7   myself.  Mo was involved to some degree.
8       Q.   Then, it says, next to my cursor
9   (indicating), "If the auction is tomorrow or
10  this week we are not going to participate,
11  regrettably."
12          Was that your understanding at that
13  time, that if there was an auction the last
14  week in June you were not going to participate?
15      A.   Yes.  At certain points in time we
16  assumed we would not participate, and other
17  points in time we assumed we will, so.
18      Q.   Ultimately, in your opinion why did
19  you not participate, you meaning Go Global?
20      A.   Why ultimately did we not
21  participate?  The longer the process took the
22  less value the business had, which of course to
23  some degree you can adjust the purchase price.
24  But the steeper the hill to turn the business
25  around.  So that's sort of somehow an equation.

Page 112

1           Feuer
2           On the other side, we're trying many
3   different opportunities to finance the
4   business.  I don't think we were able to have
5   funds available that would make us successful
6   in the auction.
7           MR. MURPHY:  I'm going to mark as
8   Exhibit 16.  It's a document with the Go
9   Global logo across top.  It doesn't have
10  a Bates number.  I'll get it later for
11  the record.  It is a three page document.
12          (Exhibit 16 was so marked for
13  identification.)
14          The first section says Case
15  Study-Investment Process.
16  BY MR. MURPHY:
17      Q.   Mr. Feuer, is this a document that
18  you have seen before?
19      A.   I think I have seen it.
20      Q.   Were you involved in creating this
21  document?
22      A.   I don't think so.
23      Q.   Do you know what this document is?
24      A.   It's a way to show how we work, a
25  case study.



CHRISTIAN FEUER                                            October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                           113–116

Page 113

Feuer

1
2      Q.   The paragraph in bold that starts
3   with "The opaque status," can you review that
4   paragraph and let me know if you agree with it?
5      A.   I'm not sure I agree.
6      Q.   Can you tell me the parts you don't
7   agree with?
8      A.   This was created for other
9   investors to understand how we operate.  And so
10  it was basically -- a reflection of how we make
11  whatever decision we made, but the description
12  and rationale behind it.  I'm not the author of
13  that, and so, as I said, the object is, the
14  intention is directed towards potential
15  investors; not BuyBuy Baby investors, but other
16  investors.
17     Q.   I understand the document had a
18  certain purpose and it seems you did not write
19  the document.  What specifically would you
20  disagree with in that paragraph?
21     A.   I don't think that -- without a
22  higher level of certainty the seller needed to
23  provide the criteria mentioned below.  I don't
24  know -- there is more no come.  (Laughter.)
25     Q.   The criteria is below that --

Page 114

Feuer

1
2      A.   Let me read this so I see
3   (indicating).
4           (Brief recess.)
5   BY MR. MURPHY:
6      Q.   Mr. Feuer, have you had a chance to
7   review the -- increase in risk criteria.
8      A.   I had a chance.  Can you do me a
9   favor, go to the top of the document, please?
10     Q.   Sure (indicating).
11     A.   I want to read it first.
12     Q.   Take your time.  Read as much of
13  the document as you would like.
14     A.   I don't know who received this, but
15  if I read it correctly, this is a case study
16  and was also a reaction to what has been
17  reported on CNBC and other news agencies.  I
18  don't know what, I don't remember what was
19  reported or where there was -- I can't see.
20  And so this is some shape or form, I guess
21  partially a rebuttal to whatever was presented
22  there, as well made into a case study and
23  whoever has received it.
24         So I suspect that this document has
25  the objective of creating a certain message

Page 115

Feuer

1
2   which probably not the justification for why we
3   didn't move forward, because it has a direction
4   where I'm not clear what it is.  I can't really
5   tell you really anything.  I was not, I didn't
6   create it, I don't think I was part of it.  I
7   might have seen it, but I don't know the
8   intention of that document.
9      Q.   In your opinion, did Go Global pass
10  on the opportunity?
11     A.   In the end did not participate and
12  provide a bid.  As you've seen before we
13  provided a bid before.
14     Q.   Is it accurate to say that
15  ultimately Go Global passed on pursuing a
16  qualified bid?
17     A.   Can you say passed on what?
18     Q.   Is it correct to say that Go Global
19  ultimately passed on pursuing a qualified bid?
20     A.   Ultimately did not provide a
21  qualified bid, at least not for the IP auction.
22     Q.   Did you provide one for the growing
23  concern auction?
24     A.   I think we went to the documents
25  earlier where we provided a deposit of █████

Page 116

Feuer

1
2   ████████
3      Q.   Was that ultimately a qualified
4   bid?
5      A.   I don't know really whether it was
6   qualified, what is qualified versus
7   non-qualified.  I don't think it was a legally
8   binding bid, so the definition is of qualified
9   is legally binding, then it was not.  If legal
10  qualified is different.  I'm not able to make
11  this distinction.
12     Q.   But ultimately Go Global chose not
13  to submit a legally binding bid for either the
14  IP or growing concern; is that correct?
15         MR. BERLOWITZ:  Objection.
16         You can answer.
17         THE WITNESS:  As far as I
18     understand, this is correct.
19  BY MR. MURPHY:
20     Q.   Did you have any involvement in
21  attempting to obtain investment in Ziff Davis?
22     A.   I do think that I personally was
23  involved in that.
24     Q.   You were or were not?
25     A.   I was not involved personally --



CHRISTIAN FEUER                                        October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME                        117–120

Page 117
Feuer
1            Feuer
2  there was a lot of Ziff Davis discussion, but I
3  don't think that, at least I can't remember
4  that I was involved in phone calls or anything
5  like that. I was probably involved in putting
6  something together, but I don't remember what
7  that was. I'm sure I was copied on many
8  e-mails but --
9      Q.   We were looking at Version 9 of the
10 model earlier. Do you know how many versions
11 it ended up being?
12     A.   Versions, 30, 40. I don't know.
13 Probably there many others which were not --
14 way too many.
15     Q.   Do you know when Dream On Me's
16 access to the data room would have been
17 rescinded?
18     A.   No. I assume it was probably
19 middle of June, second half of June. Anyway,
20 because -- I don't know.
21     Q.   Do you know how much Dream On Me
22 bid for the IP?
23     A.   I think something like $15 million.
24     Q.   If I told you it was 15 1/2, would
25 that sound right?

Page 118
Feuer
1            Feuer
2      A.   It does, absolutely correct.
3      Q.   When the auction was held in late
4  June of last year did you believe that 15 1/2
5  million was a fair price for the IP?
6      A.   The IP by itself is very hard to
7  evaluate, seemingly was not far off from what
8  we had looked at, the document we put together.
9  So in general, yes. I'm not able to give you
10 my past thinking at that point in time.
11     Q.   Did you do any modelling or
12 calculations for the value of the IP unrelated
13 to a going concern purchase?
14     A.   I don't remember.
15     Q.   Would you agree that a significant
16 portion of your model would not be relevant to
17 an IP only purchase?
18         MR. BERLOWITZ: Objection.
19     You can answer.
20         THE WITNESS: I don't agree, unless
21     the IP purchase would have been for the
22     objective of licensing the brand out or
23     running a retail operation. It was 100
24     percent largely relevant.
25 BY MR. MURPHY:

Page 119
Feuer
1            Feuer
2      Q.   Did you personally have any
3  dealings with Cart.com?
4      A.   Personally, I have talked to Cart
5  but dealings, I would not qualify this as
6  dealings. But I talked to them. I don't know
7  when talking ends, dealing starts.
8      Q.   Do you know if Cart.com ever
9  committed to invest?
10     A.   I don't know.
11     Q.   Did you ever have any conversations
12 with Patty Wu?
13     A.   Yes. Again, conversation I had,
14 meetings with her, if meeting counts as
15 conversation, yes.
16     Q.   At the time you had meetings with
17 her, what was Patty Wu's position?
18     A.   I think she was CEO. It was part
19 of the group, I don't know if she was actually
20 CEO or her official title was president,
21 whatever it was. But she was the one leading
22 the BuyBuy Baby.
23     Q.   Do you remember anything
24 specifically about your meetings with her?
25     A.   We liked her, seemed to be

Page 120
Feuer
1            Feuer
2  competent. Not really a surprise, wants to
3  work with us, wants to be helpful. She thought
4  that we can work with her and we could see that
5  she with our help, support and direction would
6  be successful -- proven in reality, but that
7  was our expectation.
8      Q.   Do you remember ever reviewing
9  presentations or documents created by Deloitte?
10     A.   For some cases, but I don't
11 remember in the context of BuyBuy Baby.
12     Q.   I meant specifically, this case.
13     A.   I want to qualify it. Deloitte, I
14 don't know. I literally don't know. If you
15 show it to me I can tell whether I have seen
16 it. Other than that, right now I don't recall
17 it.
18         MR. MURPHY: I will mark Exhibit 17,
19     an 18 page document. It starts with
20     Bates number DOM0001380. It's titled
21     "BuyBuy Baby Updated Financial
22     Allocations Projections, Strategy --
23     March 31, 2022. It says Bed Bath and
24     Beyond and Deloitte across the top.
25         (Exhibit 17 was so marked for



Page 121

1            Feuer
2      identification.)
3  BY MR. MURPHY:
4      Q.   Is this something you've seen
5  before?
6      A.   The cover doesn't -- keep going,
7  please.
8      Q.   Sure (indicating).
9      A.   Stay there for a moment.  Fiscal
10  year '21, that's a long time ago.  Keep going,
11  please (indicating).  This is about
12  allocations.  I'm not really -- balance sheet.
13  It doesn't really ring a bell.  It doesn't seem
14  to be relevant to what we try to understand.
15      Q.   Would all of the documents that you
16  reviewed in connection with creating your model
17  have been in the Lazard data room?
18      A.   Maybe.  We had a lot of
19  conversations with Lazard, Alex Partners, and I
20  think, not to be sure, we were probably of all
21  the entities that were interested in this
22  business, the most qualified and therefore the
23  ones who could have offered the highest bid.
24  So therefore everybody on the team of Lazard,
25  the company, Alex Partners in that context,

Page 122

1            Feuer
2  tried to help as much as they could.  So I can
3  imagine we received documents which never made
4  it into the data room, because we were working
5  so closely together.
6      So therefore, based on my assumption
7  there are probably documents we received that
8  were not in the data, in the Lazard data room.
9  Do I know it?  No.
10      Q.   I see.  But I'm correct that your
11  model was created by reviewing documents and
12  information provided by Lazard and Alex
13  Partners, and then you worked to augment and
14  create Go Global's own model; is that correct?
15      MR. BERLOWITZ:  Objection.
16      You can answer.
17      THE WITNESS:  Augment, as in we made
18  our own assumptions based on the
19  information provided.  It was not that
20  whatever ended up in our model was
21  information provided by Lazard, the
22  company or anybody.  We translated this
23  information of this data with our own
24  experience or knowledge we had from
25  wherever it was coming from, and

Page 123

1            Feuer
2      basically came up with a different set
3      of, a number that is our own.
4  BY MR. MURPHY:
5      Q.   When Go Global made requests to
6  Lazard, could other parties see those requests
7  in the Lazard data room?
8      A.   I have no idea.  I assume so, in
9  general, yes.  But I literally have no idea.
10  The most important for us was that we got the
11  information that we requested.  Whether it was
12  disseminated to others was not relevant to us.
13  And so I assume.
14      MR. MURPHY:  No further questions.
15  Thanks for your time today.
16      MR. BERLOWITZ:  No questions.
17      (Whereupon, at 3:19 p.m. the matter
18  was concluded.)
19
20
      _____
21            CHRISTIAN FEUER
22
23  Subscribed and sworn to before me
    this _____ day of _____, 20____.
24
      _____
      NOTARY PUBLIC
25

Page 124

1                    I N D E X
2
WITNESS        EXAMINATION BY           PAGE
3
MR. FEUER      MURPHY / DIRECT          4
4
5                    EXHIBITS
6
DEFENDANT'S    DESCRIPTION              PAGE
7
Exhibit 1      Bates ANK-0036256        19
8
Exhibit 2      5/29/23 e-mail           25
9
Exhibit 3      Bates ANK-0049356        27
10
Exhibit 4      6/17 e-mail from Lapish  31
11
Exhibit 5      6/20/23 e-mail           34
12
Exhibit 6      6/21/23 e-mail           36
13
Exhibit 7      Bates DOM000031          44
14
Exhibit 8      6/13/23 e-mail           59
15
Exhibit 9      6/15/23 e-mail           67
16
Exhibit 10     8-page document          72
17
Exhibit 11     Excel spreadsheet        77
18
Exhibit 12     6/23 presentation        101
19
Exhibit 13     Bates DOM001082          105
20
Exhibit 14     Bates ANK0035975         107
21
Exhibit 15     6/27/23 e-mail           109
22
Exhibit 16     3-page document          112
23
Exhibit 17     18-page document         120
24
(Electronic copies of the exhibits were retained
25  by the reporter.)



Page 125

```
1
2              C E R T I F I C A T I O N
3
4              I, Jeffrey Shapiro, a Stenographic
5    Reporter and Notary Public, within and for the
6    State of New York, do hereby certify:
7              That CHRISTIAN FEUER, the witness
8    whose examination is hereinbefore set forth, was
9    first duly sworn by me, and that transcript of
10   said testimony is a true record of the testimony
11   given by said witness.
12             I further certify that I am not
13   related to any of the parties to this action by
14   blood or marriage, and that I am in no way
15   interested in the outcome of this matter.
16
17             IN WITNESS WHEREOF, I have hereunto
18   set my hand this 10th day of October, 2024.
19
20
21
22
23                    JEFFREY SHAPIRO
24
25
```

Page 126

```
1         DEPOSITION ERRATA SHEET
2
3    Our Assignment No. J11846879
4    Case Caption:  Go Global vs. Dream On Me
5
6    DECLARATION UNDER PENALTY OF PERJURY
7              I declare under penalty of perjury
8         that I have read the entire transcript of
9         my Deposition taken in the captioned
10        matter or the same has been read to me,
11        and the same is true and accurate, save
12        and except for changes and/or
13        corrections, if any, as indicated by me
14        on the DEPOSITION ERRATA SHEET hereof,
15        with the understanding that I offer these
16        changes as if still under oath.
17
18
19        _____
20        Christian Feuer
21
22   Subscribed and sworn to on the _____ day of
     _____, 20____ before me,
23   _____
24   Notary Public,
     In and for the State of _____
25
```

Page 127

```
1         DEPOSITION ERRATA SHEET
2
3    Page No._____Line No._____Change to: _____
4    _____
5    Reason for change: _____
6    Page No._____Line No._____Change to: _____
7    _____
8    Reason for change: _____
9    Page No._____Line No._____Change to: _____
10   _____
11   Reason for change: _____
12   Page No._____Line No._____Change to: _____
13   _____
14   Reason for change: _____
15   Page No._____Line No._____Change to: _____
16   _____
17   Reason for change: _____
18   Page No._____Line No._____Change to: _____
19   _____
20   Reason for change: _____
21   Page No._____Line No._____Change to: _____
22   _____
23   Reason for change: _____
24   SIGNATURE:_____DATE:_____
25             Christian Feuer
```

Page 128

```
1         DEPOSITION ERRATA SHEET
2
3    Page No._____Line No._____Change to: _____
4    _____
5    Reason for change: _____
6    Page No._____Line No._____Change to: _____
7    _____
8    Reason for change: _____
9    Page No._____Line No._____Change to: _____
10   _____
11   Reason for change: _____
12   Page No._____Line No._____Change to: _____
13   _____
14   Reason for change: _____
15   Page No._____Line No._____Change to: _____
16   _____
17   Reason for change: _____
18   Page No._____Line No._____Change to: _____
19   _____
20   Reason for change: _____
21   Page No._____Line No._____Change to: _____
22   _____
23   Reason for change: _____
24   SIGNATURE:_____DATE:_____
25             Christian Feuer
```



Exhibits

11846879 Ch
ristian.
Feuer.
EXHIBIT1
  19:6,9
  124:7

11846879 Ch
ristian.
Feuer.
EXHIBIT2
  25:11,12
  124:8

11846879 Ch
ristian.
Feuer.
EXHIBIT3
  27:3,4
  103:7
  109:23
  124:9

11846879 Ch
ristian.
Feuer.
EXHIBIT4
  31:11,12
  124:10

11846879 Ch
ristian.
Feuer.
EXHIBIT5
  34:14,15
  71:2
  124:11

11846879 Ch
ristian.
Feuer.
EXHIBIT6
  36:24,25
  110:15
  124:12

11846879 Ch
ristian.
Feuer.
EXHIBIT7
  44:8,9
  124:13

11846879 Ch
ristian.
Feuer.
EXHIBIT8
  59:2,7
  124:14

11846879 Ch
ristian.
Feuer.
EXHIBIT9
  67:5,12
  124:15

11846879 Ch
ristian.
Feuer.
EXHIBIT10
  72:6,7
  124:16

11846879 Ch
ristian.
Feuer.
EXHIBIT11
  76:25
  77:3
  124:17

11846879 Ch
ristian.
Feuer.
EXHIBIT12
  101:3,10
  124:18

11846879 Ch
ristian.
Feuer.
EXHIBIT13
  105:20,21
  124:19

11846879 Ch
ristian.
Feuer.
EXHIBIT14
  107:14,16
  124:20

11846879 Ch
ristian.
Feuer.
EXHIBIT15
  109:7,8
  124:21

11846879 Ch
ristian.
Feuer.
EXHIBIT16
  112:8,12
  124:22

11846879 Ch
ristian.
Feuer.
EXHIBIT17
  120:18,25
  124:23

$

$1.2
  99:12

$1.4
  85:18

$1.5
  103:3

$100
  11:22

$15
  52:17
  79:20
  80:2,3,17
  82:12,19
  117:23

$153

98:7

$165
  83:13

$18
  91:22
  92:10

$18.7
  74:4

$2.2
  73:19,21
  115:25

$2.4
  85:22

$21.5
  76:15

$28
  76:19

$3
  11:6

$3.3
  75:20

$34
  110:15

$35
  99:14

$4.5
  110:18

$45
  79:7,11,
  17  84:4

$57
  20:14

$72
  84:2

$73
  20:14

$75
  83:4,9

$80
  92:12

$85
  76:12

$930
  85:18

$94
  85:21

0

06752
  4:11

1

1
  19:6,9
  75:21

1/2
  82:8
  117:24
  118:4

10
  72:6,7

100
  80:13
  118:23

10th
  78:23

11
  9:11
  12:9,10
  55:16
  76:25
  77:3
  78:11,20

11th
  79:4

12



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
Index: 12/31..7/1/23

54:4
55:17
62:2
101:3,10

**12/31**
95:15,17

**12th**
54:10,18
61:4
65:19
78:24

**13**
59:3
60:20,24
105:20,21

**14**
107:14,16

**15**
62:19,21
63:7
64:17
66:3,7,15
67:7
82:18
109:7,8
117:24
118:4

**152**
4:10

**15th**
64:10
65:20
67:2 69:6

**16**
32:20
33:4
70:15
71:8 72:2
73:22
112:8,12

**160**
83:13

**17**
13:20
31:15
120:18,25

**18**
120:19

**18.7**
76:18

**19**
22:19,25
24:3

**1984**
10:14

---

**2**

**2**
25:11,12
79:19
81:15
82:8

**20**
23:22
24:16
34:19
35:5 74:8
75:21
81:9 82:7
94:10

**2021**
100:11

**2022**
120:23

**2023**
16:24
19:25
22:20
24:16
25:15
27:8
29:11
32:20

33:4
34:19
37:4
39:24
59:4
60:20
67:7
78:11
90:16
95:22
101:6
106:3
109:11

**2024**
95:22

**21**
19:25
20:18
27:8 37:4
39:24
121:10

**23**
98:9
101:19

**25**
76:15
94:11
99:13

**26**
107:21

**27**
109:11

**29**
25:15

---

**3**

**3**
27:3,4
103:7
109:23

**30**

117:12

**300**
102:20
103:11

**31**
27:13
29:11
120:23

**32**
92:25

**347**
23:2

**35**
82:10

**363**
12:11

**38**
85:19

**3:19**
123:17

---

**4**

**4**
31:11,12
94:23

**40**
75:22
92:21,24
117:12

**48.2**
75:22

---

**5**

**5**
34:14,15
71:2
94:23

**50**

93:10

**52**
94:22

**53**
94:22

---

**6**

**6**
36:24,25
110:15

**6/10**
53:7,9,
12,14,17
55:16

**6/11**
9:11

**6/25/23**
99:11

**60**
92:20,23

**600**
110:16

**61**
105:24

**66.1**
76:19

**68**
92:23

**6:12**
67:8

---

**7**

**7**
44:8,9

**7/1/23**
99:11



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
Index: 8..agriculture

---
**8**

**8**
20:17
21:9,10,
11 59:2,7
82:2
85:17
92:6

**80s**
10:20

**82**
10:17

**83**
10:18

**84**
10:16

**85**
68:6

**88**
99:12

---
**9**

**9**
9:3,5
21:9,11,
13 67:5,
12 77:16,
20,24
78:6 92:6
117:9

**90**
89:15

**95**
89:16

---
**A**

**Abhish**

42:19

**Abhishek**
22:20
42:17,20
50:9
53:2,4

**ability**
60:13,14
68:11
106:15

**Abishek**
50:7

**ABL**
41:6,7

**absolutely**
45:9
61:15
118:2

**accept**
45:22
47:3
48:13

**acceptable**
40:2,7
52:5

**accepted**
45:25
46:2
47:5,7
70:4
76:13

**access**
55:14,22
56:5 86:5
87:6
90:17
117:16

**account**
33:8

**accurate**
55:8
115:14

**achieve**
76:22
85:11
110:17

**achieved**
61:18

**acquire**
12:9
18:23
33:6 63:6
74:16
75:8
82:25
89:4,7,11
90:17
92:4

**acquired**
11:16
13:14,15,
20 74:13
75:9
81:21
96:3

**acquiring**
16:22
63:15
75:11

**acquisition**
12:14
16:19
17:3,7,
10,23
24:19
36:19
37:19
40:25
52:17
101:5
107:22

**acquisition
s**
15:16
16:16

**acronym**
41:6

**action**
39:12

**actual**
75:3 81:4

**add**
59:9 73:8

**added**
84:14

**addition**
37:24
104:19

**additional**
69:16
86:18

**address**
4:9

**addressed**
29:4

**adjust**
111:23

**advance**
76:10,18
90:9

**advantage**
93:17
99:22

**advised**
108:8

**affiliated**
57:17,18,
21,24

**affiliation**
58:3

**affirmative**
46:8,19

**agencies**
114:17

**aggressive**
76:3

**agree**
29:22
47:22
48:16
49:16,17,
19 69:22
113:4,5,7
118:15,20

**agreed**
27:25
29:12
49:4
90:24
110:2

**agreement**
28:4,11,
13,15
29:23,24
30:3
42:10
44:2,5,
12,19,22
46:10
47:19
53:11
55:13
64:2,7
71:18

**agreements**
28:8
33:13,15
45:6,12,
20 46:5,
17 48:7
63:21

**agrees**
48:4

**agricultura
l**
10:4,7,23

**agriculture**
10:24



ahead
  101:20
Alex
  121:19,25
  122:12
allocated
  82:12
allocations
  120:22
  121:12
allowed
  13:12
  38:6,10
  55:4
  86:19
  90:20
  93:20
allowing
  37:22
  93:16
alternatives
  81:7
amazing
  20:4
Amazon
  93:19
Amazon's
  93:21
America
  73:13
American
  10:5
Amit
  61:23,24
  62:4
amount
  29:21
  39:10
  73:18
  75:14

83:22
90:3
97:24
103:4
amounts
  103:2
analyzed
  104:23
analyzing
  104:22
and/or
  39:25
Andrew
  80:23
ANK-0036256
  19:7
ANK-0048569
  37:7
ANK-0049356
  27:9
ANK0035975
  107:15
Ankura
  17:22,25
  18:5,6,7,
  8,14,17
  22:21,25
  23:13
  25:16
  37:6 42:3
  50:10,15
  55:3,6,9,
  14 56:8
Ankura's
  18:21
annual
  91:15
answers
  5:15
anymore

57:19
appearance
  64:21
appeared
  32:9
appears
  19:24
  20:17
  22:19,20
  25:15
  27:15
  32:11
  73:10,12,
  18 100:22
  102:2
applicable
  48:21
  49:5
applied
  77:14
approach
  40:24
  106:21
approached
  40:16,20
approve
  80:10,11
approximate
  5:21
approximately
  9:4 16:21
  18:16
  57:20
approximating
  5:22
April
  86:7,14
area
  31:4

74:25
areas
  47:2
argue
  110:9
arms
  27:22
ascertain
  105:16
asks
  40:15
aspects
  102:23
asset
  29:23,24
  33:23
  41:8
  85:18
  100:8
assets
  39:13
assigned
  79:23
associates
  42:13
  110:17
assume
  5:18
  29:22,23
  30:4
  41:11
  47:15
  58:20,21
  59:19
  62:3
  64:12
  72:21,22
  86:8
  100:14
  101:15
  117:18
  123:8,13

assumed
  54:22
  111:16,17
assuming
  61:4
  67:24
  80:6
  81:19
  86:21
  92:16
  98:14
assumption
  21:10
  54:20
  93:24
  99:12
  103:3
  122:6
assumptions
  20:13,21
  92:5 98:9
  122:18
attached
  20:18
attempted
  17:3,23
attempting
  17:8
  116:21
attended
  49:24
  62:12
  66:3,4
attention
  72:10
  107:20
attorney
  7:18,23
attract
  106:13
attractive
  17:20



75:2,4

**auction**
12:11
29:17
53:24
106:23
107:2,5,
8,11
111:9,13
112:6
115:21,23
118:3

**augment**
122:13,17

**author**
113:12

**Avenue**
27:15,20,
21,24
34:6

**aware**
6:4 28:7,
15 32:20
33:12
41:17,20,
23 64:5

**Axelrod**
80:23
81:5

———————

**B**

———————

**babies**
93:6

**Baby**
16:19,23
18:23
26:6,8,10
30:5,14,
21 32:3
33:6
37:20
46:6,18

48:8,19,
22 51:9
52:18
60:11
63:6,9
70:11
74:13
76:3
93:4,12,
13,15,25
96:3 98:4
99:25
101:4
105:24
106:12,23
107:22
108:9
113:15
119:22
120:11,21

**Baby's**
99:23

**back**
26:25
46:15
52:24
53:12
56:11,17
70:25
94:2
97:22
98:3
100:6
102:11
106:17

**back-end**
14:11

**Backed**
41:8

**background**
10:2 14:7

**backgrounds**
57:8

**balance**
85:11
121:12

**Bank**
24:8 34:5
73:13

**Banks**
46:25

**based**
11:18
20:16
23:4
27:16
38:20
39:23
87:2
92:2,4
97:2 98:8
122:6,18

**basic**
16:7

**basically**
7:4 12:16
21:25
29:20,22
60:16
68:23
70:12
88:8
93:14
105:7
113:10
123:2

**basis**
69:4

**Bates**
19:6
25:19
27:9
31:16
34:20
37:7
44:14
59:9 67:6

72:12
77:2
101:8
105:23
107:15
109:12
112:10
120:20

**Bath**
26:5,8
76:4,8,23
120:23

**Bauer**
11:13

**Bed**
26:5,8
76:4,8,23
120:23

**begin**
5:3,14

**beginning**
16:24
43:5 86:7
89:9
92:19
110:8

**begins**
34:20
44:14

**behalf**
24:21
32:7
55:10

**Beig**
110:24

**believed**
54:11
62:25
68:10,21

**believes**
84:12

**bell**
121:13

**beneficial**
51:18

**beneficiary**
98:19

**benefit**
92:9

**Berkeley**
18:12,15

**Berlowitz**
7:12,13,
19 24:5,
20,24
25:4
26:16
39:18
40:3
45:7,13
60:9
104:9,17
116:15
118:18
122:15
123:16

**bid**
29:10,18,
20,21
30:3,7,
11,13,15,
19,23,25
31:6
32:2,5,7,
10,19,24
48:22
49:6
70:15,16,
19 71:19
76:14,22
115:12,
13,16,19,
21 116:4,
8,13
117:22



121:23

**bidder**
29:25

**bidders**
29:22

**bidding**
70:10

**bids**
31:3,7
32:21

**big**
102:22

**bigger**
91:23
94:11

**billion**
11:6
85:18
103:3

**binding**
30:23
31:6
71:17
116:8,9,
13

**bit**
38:17
93:19

**blank**
73:11

**blind**
109:16

**Blue**
24:9

**blueprint**
105:7

**board**
15:5
35:6,7,9
36:9

80:8,10,
12

**bold**
113:2

**bonds**
76:14

**borrower**
39:9,11,
13

**bottom**
19:19,20
31:20
35:17
85:20
101:8
102:18
108:2

**bound**
63:21

**brand**
109:23
110:8,10,
13 118:22

**brands**
13:20

**break**
5:23,24
39:6

**Brennan**
109:14

**Bridgewater**
4:11

**bring**
9:22

**broader**
93:15

**Brook**
4:10

**BTW**
37:11

**building**
64:19

**bullet**
41:5
75:20
76:2

**business**
11:7,20
12:2,4,5,
16,22
13:11,18
14:5 15:7
17:5,6
21:15,23
57:9
58:23
60:3,5
63:15
64:9,25
75:7,11
81:20,22
83:2,15
87:12
89:22,24
90:6,10,
18 93:8,
18 97:24
99:6,8
103:4
104:24
107:10
110:4,11,
14
111:22,24
112:4
121:22

**businesses**
13:14
14:3,14
51:21
105:6

**busy**
93:6

**Butterfly**

108:24
109:4,5

**buy**
68:12
83:14
88:12,13
99:2
102:25
107:9
110:6

**Buybuy**
16:19,23
18:23
26:5,6,7,
10 30:5,
14,20
32:3 33:6
37:20
46:6,18
48:8,19,
22 51:9
52:17
60:11
63:6,9
70:10
74:13
93:4,12,
13,15,25
96:3
99:23,25
101:4
105:24
106:12,23
107:22
108:9
113:15
119:22
120:11,21

**buying**
89:24
90:6
103:6

**C**

**calculated**
81:25
91:16
96:4,13

**calculating**
98:21

**calculation**
77:13
83:24
89:2 92:2
96:11
97:18

**calculations**
96:18
118:12

**calendar**
94:20
95:7,9,18

**call**
11:24
42:22,25

**called**
11:2 12:2
15:7
41:17
91:2
94:19
101:5

**calls**
67:20
117:4

**cap**
79:5

**capability**
51:17

**capacity**
18:3 25:2
28:14



37:19

capital
  12:13,18,
  19 14:2
  20:15
  22:21
  24:11
  33:23
  40:22
  52:19
  80:24
  81:5,12
  83:4,10
  87:17
  89:21
  90:4

career
  10:20

carry
  68:5,17
  81:9

Cart
  119:4

Cart.com
  119:3,8

carve
  61:20

case
  4:19 6:5
  7:4 15:14
  21:22
  45:24
  47:21
  49:7,14
  63:23
  80:5
  81:13
  112:14,25
  114:15,22
  120:12

cases
  46:24
  120:10

cash
  20:14
  37:23
  75:14
  83:5
  87:18,19
  89:5,9,
  11,25
  90:14
  97:6,21
  98:4
  103:4

catalogue
  11:12

ceased
  57:21,24
  58:4

center
  101:4,8

CEO
  12:2
  119:18,20

certainty
  113:22

CF
  97:6

CF-BABY
  97:5

CFO
  110:25

chain
  19:8
  25:14,16,
  23 27:6
  31:14,21,
  25 34:17
  35:3 59:2
  67:5 71:2
  107:14

challenge
  60:11,13,
  15 89:24

chance
  114:6,8

change
  110:12

changed
  56:3
  74:13,15,
  19 86:17

changing
  8:18 85:6
  86:11

Chapter
  12:8,10

chart
  84:21
  94:2 99:7

charts
  29:5
  102:6

Chau
  8:4,7
  37:5 59:5

Chicago
  11:18

chimed
  22:13

chose
  116:12

Christian
  4:2,8
  34:18
  72:9,10
  109:13

circumventi
on
  47:10

clarify
  82:16

classify
  56:16

clause
  47:14
  64:6

clauses
  48:9,20
  49:4

clear
  16:5
  30:17
  31:17
  64:13,23,
  24 68:10
  70:23
  81:2
  95:21
  115:4

close
  96:8

closely
  86:3
  122:5

closing
  96:3

CNBC
  114:17

co-ceo
  15:7

Coast
  14:11

COGS
  75:23,24

coincidence
  83:7,12

collateral
  39:14

collect
  39:13

Column
  83:24
  85:15
  87:4 98:6

commit
  33:13

commitment
  25:8 33:5
  80:13,15

commitments
  24:18
  33:19

committed
  90:22
  119:9

communicate
d
  21:4
  66:13

communicati
on
  66:20

communicati
ons
  28:19
  43:16
  66:6,9,
  11,17

company
  11:2,3,13
  12:20
  15:9
  84:12
  90:8
  121:25
  122:22

comparable
  85:2

compare
  77:25
  84:11,25
  94:24
  95:9,12,
  21 106:18

compared
  76:4,8



86:15
106:21

**compensated**
15:11,13,
14,15

**compensation**
16:4,9

**competence**
51:5,22

**competent**
50:25
120:2

**competitor**
49:19

**completion**
67:17

**conceivable**
102:23

**concern**
30:6 36:4
107:10,11
115:23
116:14
118:13

**concerned**
35:12,13,
24 63:10

**concerns**
36:6
54:19
63:8,11,
12,14

**concluded**
123:18

**conducted**
87:3

**confidence**
61:10

**confidential**
56:9,13
104:6,15

**conjunction**
20:25

**Connecticut**
4:11

**connection**
4:19
17:9,22
21:5
28:20
30:5 46:5
47:12
83:18
121:16

**consecutive**
11:21

**consideration**
69:20

**considered**
52:11
79:15
81:7
82:21
107:3

**consist**
104:6

**consisted**
11:12

**consultants**
42:14

**consulted**
21:4

**contact**
42:13,16,
22 43:22
57:23

**contained**

56:8

**content**
36:12
101:23

**contents**
56:3

**context**
40:23
120:11
121:25

**contingent**
30:25
32:5,7,
19,21,25
70:15
71:15
73:23

**continuing**
96:2

**contract**
14:24
54:21

**contribute**
52:8
54:16
68:11,22
69:3
79:20

**contributed**
68:23
79:11

**contributing**
52:16
80:3
82:19

**contributors**
103:25

**control**
97:24

**convenience**
93:7

**conversation**
6:12,15,
20 7:5
8:5 36:11
108:11
119:13,15

**conversations**
7:11,22
8:8 33:22
50:20
66:18
119:11
121:19

**copied**
35:5 37:6
59:5
67:10
107:20
109:15,16
117:7

**correct**
8:19,24
10:8
14:20
15:24
16:18
17:21
20:16
23:4,6
24:24
27:18
30:18
32:6,9
33:10
39:16
43:13
46:21
50:15,16
52:25
54:24
55:11

56:7
60:24
61:3,5
62:6,11,
14,15
63:2
65:23,25
66:2,5
67:15
70:5
72:22
73:10,24,
25 74:5,
6,9,10,
11,20,22
78:12,16
81:6 83:3
84:4,22
87:16,19
88:3,4
89:19
90:21,25
96:17,23
97:3,4,7,
8,11
99:18
100:12,
15,22
102:4,5,
14 105:18
106:22,24
115:18
116:14,18
118:2
122:10,14

**correctly**
10:14
15:21
28:24
36:16
41:25
107:12
114:15

**cost**
75:16,25



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
Index: costs..deployed

costs
    60:14
    83:6

count
    94:17

counting
    94:14

counts
    119:14

couple
    25:21
    62:16
    69:16

court
    5:5,6

cover
    83:5
    106:4
    121:6

crazy
    94:19

create
    12:24
    84:7
    103:3
    106:15
    115:6
    122:14

created
    77:12
    89:17
    90:11
    91:12
    96:23
    103:18,23
    105:7
    106:12
    111:3
    113:8
    120:9
    122:11

creates

    110:12

creating
    97:12
    101:21
    112:20
    114:25
    121:16

crisper
    103:22

criteria
    113:23,25
    114:7

current
    9:5

cursor
    71:3,5
    111:8

customer
    93:17

customers
    51:4
    88:20

customers'
    110:12

_____

_____

            D

D4
    85:15

daily
    85:6,7

damage
    109:23
    110:9,10

data
    54:25
    55:4,6,7,
    9,14,18,
    23 56:3,
    7,12,15,
    19,23

58:17
85:16
86:5 87:6
91:7
117:16
121:17
122:4,8,
23 123:7

date
    9:4,10
    19:17
    53:16,24
    106:4

dated
    53:12
    101:6
    106:3

dates
    86:10

Davis
    4:14
    116:21
    117:2

day
    53:5,10
    67:16,18
    72:3

day-to-day
    51:9

days
    43:20
    61:11
    62:16

DDT
    24:12

deal
    15:15
    29:19
    33:13
    34:12
    47:21,23
    48:2
    53:19,22

68:24
77:14
81:14,18
82:19

dealing
    53:2
    119:7

dealings
    119:3,5,6

deals
    34:11

Deb
    96:16

Deborah
    22:7,15
    50:5
    96:23
    111:6

debt
    20:14
    24:9,10,
    13 26:4
    37:25
    38:14,21
    39:3,8,9
    40:11
    83:19,22

decade
    22:3

decide
    58:22
    63:19

decided
    10:25
    12:12,18

decision
    113:11

decrease
    74:24
    93:2

decreased

74:20,22

deemed
    56:20

deep
    98:17

defaults
    39:11

define
    17:11
    30:15
    39:5
    45:15

defined
    52:3

definition
    39:16,23
    116:8

degree
    10:4,9,
    13,17,19,
    21,23
    65:11
    96:12
    98:18
    111:5,7,
    23

deliver
    68:6

Deloitte
    120:9,13,
    24

depending
    56:3
    82:23
    95:16
    96:8
    97:23

depends
    45:21,22
    46:14

deployed



33:8

deposed
6:5

deposit
70:16,18,
21 71:8
72:2,3
73:21
115:25

deposition
4:18,23
6:8,16,
22,25
7:10,25
8:12 9:2,
17,23
77:18

describe
91:17

description
113:11

detail
96:19
105:12

detailed
105:3,11

details
81:17

determinato
r
58:22,24
60:4

determiner
60:2

Deutsche
24:8 34:5

developed
13:24
20:24
58:12
87:22

developing
13:17
20:20
51:2

difference
14:9 22:5
51:2

differentia
ting
81:4

differently
20:24
56:18

difficult
75:7 89:2
90:12,13

diligence
13:22,23
16:17
87:3

dinner
50:11,18
52:6 61:4
65:13,19,
24 78:24

direct
4:5 23:21
42:13
60:19
65:12
107:19

directed
27:13,16
113:14

direction
11:7
115:3
120:5

directly
6:9 51:4
103:13

director
11:5
14:19

disagree
113:20

discount
98:17
100:5

discounted
68:22
75:5

discuss
7:14
31:5,7

discussed
7:14
31:2,4
52:6 63:2
65:10
81:7
96:20
102:8
108:20

discussion
7:6 22:16
23:19
40:8
109:22
111:4
117:2

discussions
31:8
40:22
63:24
64:22
65:7
68:16
80:22
82:11
86:17

disseminate
d
123:12

distilling
104:22

distinction
116:11

distinguish
34:11

distributio
n
81:22

diverged
21:24

document
19:6,15
44:11,14,
17 72:6,
15,17,18
74:2
77:7,9,20
78:5
101:13,22
102:14
103:13,
16,17
105:17
106:2,7,
10 109:11
112:8,11,
17,21,23
113:17,19
114:9,13,
24 115:8
118:8
120:19

documents
8:11 9:22
18:25
55:5
105:16
115:24
120:9
121:15
122:3,7,
11

dollars
64:11

DOM
50:21
68:6,10

DOM0000075
77:2

DOM000031
44:14

DOM000052
101:9

DOM0001380
120:20

DOM001082
105:23

Dorset
24:12

downside
85:12

dramatic
93:10

Dream
4:14,15
23:17
41:18,21,
24,25
42:5,10,
13,14,15,
22 43:7,
10,17,22
44:2,5,20
45:25
49:24
51:7
52:7,25
54:8,11,
19,20
55:12
59:6,18
61:3,18,
23 62:4,
12,22



63:8,25
64:5
66:7,14,
25  67:17
68:2,20
69:7,12,
17  70:10
78:15,19
79:16
82:11,17
117:15,21

**due**
13:22
16:16
87:2  93:3

**duly**
4:3

**dwindled**
89:20

──────────

**E**
──────────

**e-mail**
9:15
19:8,24
20:2,4,5,
13,18
22:19,25
23:22
24:3
25:14,16,
22,23
26:19
27:6,7,
12,14,17
28:18
29:3
31:14,15,
20,24
34:17,18
35:3,4,
15,19,25
37:3
42:25

53:15
59:2,3,5,
6,13
60:19,22,
25  61:6,
13,25
67:5,6,
10,15
71:2,25
107:14,
20,23
108:23
109:10,
13,18,20,
21

**e-mails**
8:15
9:13,17,
18,20,21
20:8
80:23
109:4
117:8

**earlier**
40:21
42:8
73:24
76:17
88:17
96:15
97:23
115:25
117:10

**earliest**
31:20

**early**
10:20
60:25

**easier**
5:12
19:19
94:24

**easiest**
91:17

**easily**
70:4

**East**
14:11

**easy**
89:24
110:5

**EBITDA**
96:12

**economics**
10:5,6,7,
23

**Eddie**
11:13

**education**
10:3

**efforts**
18:22

**element**
22:12

**elements**
21:12
89:8

**employee**
14:21,24

**employment**
14:24
15:3

**end**
14:13
61:17
95:13,15
97:21
102:9
115:11

**ended**
99:12
117:11
122:20

**ends**

95:17
119:7

**enlarge**
73:14

**entails**
17:18

**entered**
47:11
48:7,17

**entertainin
g**
37:17

**entire**
25:23
89:14
96:9
108:18

**entities**
12:14
15:22
16:3
44:24
55:20
69:24
121:21

**entitled**
7:17
44:11

**entity**
11:8
13:14
15:6
41:17
46:15
64:15
79:24
81:5
97:15
108:25

**environment**
95:6

**equation**

90:3
111:25

**equitable**
69:10

**equity**
12:12
14:8
15:15,18,
23  16:2
23:23,25
24:13,18
25:8
27:23
28:8,11
33:5,7,
13,18
47:3
48:8,14,
18,24
49:4,18
52:9,10,
23  60:7
70:12
80:2,4
81:10,11,
15,24

**equivalent**
10:5  11:5

**establish**
85:8
88:9,10

**established**
76:12,16

**estate**
76:21
97:22

**esteem**
65:3

**estimated**
75:21

**Europe**
15:10



evaluate
  83:25
  118:7
evaluation
  76:3,9
evening
  54:5,17
  61:7
evolving
  8:18
exact
  14:23
  39:5
EXAMINATION
  4:5
examined
  4:3
Excel
  76:25
execute
  45:6
exhibit
  19:2,6,9
  25:11,12
  27:3,4
  31:11,12
  34:14,15
  36:24,25
  44:8,9
  59:2,7
  67:5,12
  71:2
  72:6,7
  76:25
  77:3
  101:3,10
  105:20,21
  107:14,16
  109:7,8
  112:8,12
  120:18,25
exhibits

73:8
exist
  33:17
  48:25
existed
  28:16
existing
  17:5 80:6
  89:20
expand
  60:10
expect
  20:8
  26:20
  28:15
  51:21
  80:9 87:2
  91:3,6
  105:9
expectation
  26:23
  51:12,24
  84:11
  92:19
  103:9
  120:7
expected
  21:24
  26:12
  51:19
  62:23
  83:25
  85:17,22
  91:21
  92:7,11,
  20,22
  98:13
expecting
  21:21
  88:13
expense
  51:15

expenses
  51:18
experience
  54:13,14
  122:24
expertise
  84:14
explain
  24:2 76:6
  81:8
  91:11
  95:3
explained
  88:17
explaining
  95:5
express
  56:18
  103:21,22
expressed
  33:9
  68:25
  69:11
  102:10
extension
  71:10
extensions
  53:24
extract
  29:7
extremely
  12:17
  65:3

─────────

      F

─────────

fact
  55:25
  56:2
  64:20

failure
  13:10
fair
  26:2
  96:24
  99:9
  118:5
fall
  94:18
falls
  95:2
familiar
  22:22
  34:23
  39:2,4
  56:25
  101:14
  106:8
familiarity
  42:5
familiarize
  72:20
family
  79:6,11,
  13,19
Fargo
  37:13,17
  39:25
  40:18,19,
  23,24
  41:2,3
Fargo's
  37:15
fashion
  12:21,24
fashion/
apparel
  12:20
fashions
  12:21
favor

73:14
  114:9
FCF
  87:16,19
February
  94:8
fee
  81:16
feeling
  64:25
feelings
  62:22
felt
  50:23
  64:24
  76:6
Feuer
  4:2,8,12
  5:1 6:1
  7:1,8,17
  8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1,24
  19:1,12,
  24 20:1
  21:1 22:1
  23:1,21
  24:1
  25:1,10
  26:1
  27:1,11
  28:1 29:1
  30:1
  31:1,19,
  24 32:1
  33:1
  34:1,19
  35:1 36:1
  37:1,5
  38:1
  39:1,2



40:1 41:1
42:1 43:1
44:1,16
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1,4,12
60:1 61:1
62:1 63:1
64:1 65:1
66:1
67:1,11,
15 68:1
69:1,15
70:1 71:1
72:1,9,14
73:1 74:1
75:1 76:1
77:1,6
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1
101:1,13
102:1
103:1
104:1
105:1
106:1,6
107:1,19
108:1
109:1,15,
18 110:1
111:1
112:1,17

113:1
114:1,6
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1

field
    85:15

fifteen
    72:19

figure
    31:9
    57:15
    58:21
    63:5
    90:14

figuring
    96:9

files
    9:21

fill
    103:11

final
    100:23

finance
    112:3

financial
    29:21
    30:2
    51:10
    120:21

financing
    26:14
    40:16

find
    17:9
    94:20

finding
    17:5

finger
    108:16

finish
    5:14

firm
    18:9 25:8
    80:12

Fiscal
    121:9

fit
    51:6

flow
    75:14
    87:18,19
    97:6 98:4

fluid
    108:17

focus
    62:10
    105:9

focusing
    86:25

follow-up
    41:13

forecast
    98:13
    99:4

form
    14:6
    44:23,25
    45:3
    66:19
    68:15
    114:20

format
    84:20

forward
    36:17

98:25
115:3

found
    40:2

frame
    14:4 86:7

FRB
    8:6

Free
    87:18,19

frequently
    45:5
    86:12

Friday
    71:8

friendly
    50:20

front
    14:13
    61:17
    77:11

full
    39:10

full-time
    14:21

fully
    38:23

function
    84:10

funds
    17:9
    90:17,19,
    22 112:5

fuse
    53:20,23

future
    13:6
    21:17,21,
    24 22:4,
    10 68:7

84:16
85:11
91:14
92:14


G

Gargiulo
    22:7 50:6

Gate
    12:13,17,
    19 13:21
    14:2

gave
    108:25

gears
    41:16

general
    40:10
    49:9
    51:25
    52:4
    65:13
    109:22
    118:9
    123:9

generally
    21:16
    51:16
    65:22
    84:13
    104:4

generate
    14:13

generated
    9:7

generating
    97:21

German
    11:3

gestures



5:11

GG-0008746
  67:6

GG-0021594
  34:21

GG-0030208
  72:12

GGH0013673
  109:12

give
  46:7
  58:11
  59:14
  61:10,18
  85:14
  88:20
  118:9

giving
  98:21

Global
  4:16 8:4
  14:17,18,
  22 15:2,
  6,12,14,
  19,22
  16:3,4,9,
  11,14,22
  17:21
  22:6
  24:17,21
  28:9,14
  30:10,13,
  20,24
  32:2,7,22
  33:4
  38:12
  44:12,23
  46:13
  47:11
  48:17,21
  49:3,5
  52:8,13,
  16 54:24
  55:21

56:9,11
57:5,6,7,
17,25
63:9
72:10
74:3,8,12
78:11,13
80:2,3
81:9,13
82:13,18
90:16,21
99:4
101:7
103:16
104:7
105:25
106:25
107:4,7,
21 108:24
111:19
112:9
115:9,15,
18 116:12
123:5

Global's
  16:19
  55:10
  122:14

goal
  102:21,22

Golden
  12:13,17,
  19 13:21,
  25

good
  4:12
  35:14
  54:15
  64:22
  65:7
  86:14

Goods
  75:25

granted

55:13

graphs
  87:20
  91:6

gray
  31:4

great
  51:5
  53:16

greatest
  29:9

green
  98:12

Greenbaum
  4:13

group
  6:17
  11:2,8,9,
  11 18:13
  28:19,20
  103:19
  104:21
  105:4
  119:19

growing
  107:10
  115:22
  116:14

grown
  92:23

growth
  92:13,15
  102:19
  103:8

guess
  5:20 16:5
  32:14,16
  36:3
  63:22
  68:3
  71:24
  84:20

114:20

guessing
  71:23

guy
  14:11,13
  57:12
  59:22
  61:16,17
  62:4
  110:24

guys
  7:21
  13:21

———————

H

———————

half
  16:24
  99:20
  117:19

handle
  46:11,12

Hannan
  34:24
  35:5,24
  36:6

happen
  21:21
  84:12
  86:20
  98:23

happened
  55:16
  97:10
  100:20

happening
  70:23

hard
  48:14,15
  49:21
  94:13
  118:6

head
  20:10

hear
  4:21 38:8

heavily
  84:19
  96:16

held
  56:16
  118:3

helped
  11:20

helpful
  61:10
  120:3

helping
  11:14

helps
  95:9,21

hey
  57:14
  68:23
  103:20

hidden
  100:25

high
  12:21
  65:2,3
  103:2,9

higher
  113:22

highest
  10:3 75:6
  121:23

highly
  49:14

Hilco
  97:15
  98:4,16
  99:20



100:2

Hilco's
  99:4

hill
  111:24

hired
  10:25

historical
  97:9
  100:16

historically
  102:20

history
  10:21

hold
  56:11

holding
  90:7

holds
  39:9

hole
  90:11

holidays
  94:4,18

honest
  38:13
  65:9 87:9

horse
  29:10,16,
  18,25
  30:7,11
  76:22

host
  9:20

hosted
  55:14
  56:8

How's
  73:16

huge
  51:2
  64:10
  92:13

hundred
  91:5

———————

I

———————

IB
  41:9,10

idea
  36:19
  58:11
  65:14
  85:14
  86:9
  87:10
  98:15,21
  123:8,9

ideas
  21:16

identical
  85:3 86:2

identification
  19:10
  25:13
  27:5
  31:13
  34:16
  37:2
  44:10
  59:8
  67:13
  72:8 77:4
  101:11
  105:22
  107:17
  109:9
  112:13
  121:2

identify

13:16
  24:11

images
  106:20

imagine
  26:24
  48:12,14,
  15 49:21
  122:3

immigrant
  12:6

implementing
  13:24

imply
  23:24

important
  5:9 58:19
  59:25
  94:17
  123:10

impression
  54:8

impressive
  64:18

in-person
  43:9,15,
  17 49:23
  54:3,9
  62:12

in-store
  93:3

include
  47:13,16,
  17 48:9

included
  48:20
  70:13

including
  67:11
  109:15

income
  85:21

incorrect
  39:21

increase
  91:15
  92:17
  114:7

increased
  102:20

increases
  92:15

indicating
  19:4,22
  31:23
  35:18,20,
  22 71:6
  72:25
  73:4,6,16
  87:24
  91:18
  98:5
  101:19
  108:3
  111:9
  114:3,10
  121:8,11

individual
  25:2

Industries
  4:15

information
  10:2
  21:19
  56:4,9,
  11,14,19,
  23 86:19,
  22 96:14
  97:9
  104:7
  122:12,
  19,21,23
  123:11

initial
  21:14

initially
  65:7

input
  20:25

instructions
  5:3 6:2
  7:12

intellectual
  41:12
  74:4
  76:10,11

intended
  74:8,12,
  15,17
  93:12
  102:10

Intent
  71:13

intention
  38:18
  51:8
  71:17
  83:20
  87:13
  89:13
  107:9
  113:14
  115:8

intentions
  63:3

interest
  33:9 82:2

interested
  16:22
  33:11
  60:16
  63:15
  90:6



121:21

**internally**
22:14

**Internet**
39:7

**introduced**
42:2

**introduction**
42:4

**inventories**
75:12

**inventory**
64:12
75:2,4,9,
17,20
86:16
88:4,11,
12,13,17,
18,19,23
89:4,6,7,
11,20
90:9
92:3,4
97:16,19,
25 98:2,
7,8,10,
14,17,20,
25 99:13,
14,16,21,
23 100:2,
4,7,9

**invest**
15:23
27:25
58:23
119:9

**invested**
12:20,22

**investment**
13:13
17:20
28:8,21

36:20
75:16
77:13
80:18
81:12,16,
24 82:5,9
83:3
102:24
116:21

**investments**
27:23

**investor**
24:9
28:11
48:14
49:18
51:11
70:13
80:22,24
81:11,21,
23 82:8

**investors**
17:9,18,
19 23:2,
9,24,25
24:3,10,
18 33:9,
11,25
34:4,9
45:5 47:3
48:8,18,
24 49:5
56:21
58:20
60:7,16
81:3
102:16
104:8,16
106:14
113:9,15,
16

**invoices**
88:2

**involve**

35:4

**involved**
17:13
23:8,13,
16 36:18,
22 40:9
42:9
48:24
51:8,20
72:23
96:16
101:21
110:25
111:7
112:20
116:23,25
117:4,5

**involvement**
17:15,17
36:14
42:11
116:20

**IP**
41:11
76:5,9,18
84:3
106:23
107:10
115:21
116:14
117:22
118:5,6,
12,17,21

**issue**
5:19
31:16
33:20
93:5
105:17

**issues**
32:10,12

**item**
13:5,7

**items**
75:5,8
88:24

**iterations**
70:22

_____

_____
     J
_____

**Jack**
15:6
35:10
36:18,21
37:16,18,
23 39:25
73:17
80:6,7,9,
14,19,21,
25 81:3,5
82:13,20
93:8
111:2

**Jack's**
36:14

**Jane**
81:3

**Janie**
15:5
35:10
36:13,17,
21 37:16,
18,23
39:25
73:17
80:6,7,8,
14,18,21,
24 81:5
82:13,20
93:8
110:25

**January**
94:7
95:22

**Jeff**

5:6 14:5
29:4,5
59:3
65:23
66:2
71:25
109:10

**Jeffrey**
6:4 67:7

**Jersey**
62:13

**JGB**
24:11

**job**
5:11
86:14

**July**
75:21
98:9

**jump**
90:12

**June**
9:11
31:15
32:20
33:4
34:19
35:5 37:4
39:24
41:22
43:5 54:4
59:3
60:20,24
61:25
62:18,21
63:7
64:17
66:3,7,15
67:7
70:15
71:8 72:2
73:22
78:11,20
82:18



86:15
87:8
90:16
101:6
107:21
109:11
111:14
117:19
118:4

justificati
on
115:2

justifies
49:15

justify
13:12

─────────────

K

K-I-E-L
10:11

Kathleen
25:16
37:3
50:13
67:9

Kathleen's
26:12

Kiel
10:11

kind
30:14
82:2
101:17

kinds
14:3

knew
25:3
35:23

knowing
65:4

knowledge
30:6
57:11
63:17
122:24

─────────────

L

─────────────

labelled
84:6
87:15

Lapish
27:7 29:4
31:15

largely
21:11
22:14
84:21
96:23
106:12
110:23
118:24

larger
94:11

late
118:3

Laughter
102:8
113:24

Lauster
25:16
27:14
29:5 37:4
67:9

Law
8:6

lawsuit
4:16

lawyer
4:13

lawyers

8:6,8

layout
84:20

Lazard
32:9,13
33:19
42:2,3,5
72:10
84:21,25
85:17
86:5,11,
25 87:5,7
89:15
109:14
121:17,
19,24
122:8,12,
21 123:6,
7

leading
119:21

learned
10:22

left
12:7,8
54:9
87:23
91:18

legal
30:2
39:12
54:21
63:21
116:9

legally
30:23
31:6
116:7,9,
13

lender
26:3,10,
21 27:21
37:18

39:12
40:23
41:4
47:5,7,
15,17,18
48:3
76:13

lenders
47:2

Letter
71:13

level
10:3
55:22
61:15
65:12
103:9
113:22

leverage
29:9

liable
39:10

licensing
118:22

life
63:19

Light
24:9

likes
91:10

limit
75:16

limited
51:25
52:4,10

liquidate
99:6

liquidating
97:16

listed

24:3

literally
71:23
83:12
86:13
90:2
108:19
120:14
123:9

lived
54:22

lives
14:10

living
4:10
54:21

LLC
4:16

loan
39:8,10,
12 41:8,9

locations
102:20
103:11

logic
96:6

logo
44:12
101:4,7
105:24,25
112:9

LOI
71:4,7,
11,17,19,
22

long
10:15
17:20
58:2,8
121:10

longer



53:20,21,
23 107:22
111:21

**looked**
83:11
104:2,5
118:8

**losing**
89:13

**loss**
38:17
109:24
110:4

**lost**
89:10

**lot**
5:12
13:14
28:25
31:2,4
34:9
75:10
89:10
90:14
96:6,13
101:23
103:23,24
104:21
106:19,20
117:2
121:18

**love**
73:15

**low**
89:6,10

**lower**
110:7

**lunch**
34:6

—————————

**M**

—————————

**macro**
93:3

**made**
64:13
73:21
75:6  79:4
90:11
97:18
113:11
114:22
122:3,17
123:5

**mail**
11:3

**main**
26:10
80:24
105:17

**maintain**
90:10
99:16

**maintaining**
74:12

**major**
21:22
92:9

**majority**
45:18
68:13
84:18
104:6

**make**
15:16
22:9
24:25
27:22
77:14
80:12,14
84:16
90:20,23

91:3
98:12,15
103:21
112:5
113:10
116:10

**makes**
5:11
20:5,19
35:18
78:6  79:4
94:24

**making**
16:15

**manage**
60:14

**managed**
55:9

**management**
81:16
82:5

**manager**
81:13
82:5

**Managing**
14:19

**Manhattan**
50:2

**manipulate**
21:21
84:15

**manipulated**
84:8,19

**March**
86:7  94:9
120:23

**mark**
18:25
25:10
27:2
31:10

34:13
36:24
44:7
50:6,8
58:25
67:4
68:20
72:5
76:24
101:2
105:19
107:13
109:7
112:7
120:18

**marked**
19:9
25:12
27:4
31:12
34:15
36:25
44:9 59:7
67:12
71:2 72:7
77:3
101:10
105:21
107:16
109:8
112:12
120:25

**market**
12:21
109:24
110:5,6

**marketing**
10:25
11:5,19

**marketplace**
93:13

**marking**
19:5

**mass**

12:21

**massive**
93:17

**massively**
21:24

**match**
95:8

**mathematica
l**
13:11

**matter**
123:17

**Matthew**
27:7
31:15

**maximize**
83:22

**MBA**
10:5

**Me's**
62:12
117:15

**meaning**
14:12
26:20
28:9 39:5
51:13
52:15
70:3
111:19

**meaningful**
64:9
68:12
75:13
96:12

**means**
37:11
38:14,22
39:11

**meant**
41:11



78:15
83:5
120:12

meet
61:22

meeting
43:18
49:23
54:3,9,18
61:2,7
62:8,12,
15,18,21
63:7
64:17
65:10,19,
24 66:3,7
67:17
69:6
119:14

meetings
43:9,15
66:25
67:21
119:14,
16,24

member
8:3 15:5
35:7 36:9
80:10,12

members
8:5 35:9

memory
28:24
53:14
70:23
72:25

mentioned
7:2,5
9:12,16
33:24
40:21
42:8 65:6
68:9
89:20

96:15
113:23

mentions
28:18

message
43:2
114:25

messes
60:3

met
14:5 43:6
51:7,23
52:7 62:7
65:13
82:17

Midcap
26:13,20
34:7
37:18
40:22
41:3

middle
60:21
90:15
117:19

migrate
59:25

migrated
36:21

migration
58:16

Milan
42:17,19
50:7,9
66:12,14,
17 67:20

million
11:22
20:14
52:17
73:19,21
74:5

75:20,22
76:12,15,
19 79:7,
11,17,20
80:2,4,18
82:12,19
83:4,9,
13,14
84:2,4
85:19,21,
22 91:22
92:11,12
98:7
99:12,14
110:16,18
116:2
117:23
118:5

millions
64:11

minimize
13:8

minor
69:22

mistake
90:7

Mo
110:24
111:7

model
8:16,18,
22 9:8,10
13:11
17:5,6
20:18,24
21:2,5,7,
12 36:17
51:13
56:22
58:13,14
65:17
69:15
78:18,25
79:21

80:4
81:10
83:5,18
84:6,10,
25 85:6,
9,25
86:9,11,
25 91:15
93:23
102:3,9
103:14
104:2,4,
14 106:15
110:15,20
111:4
117:10
118:16
121:16
122:11,
14,20

modelling
118:11

models
36:23
82:23
96:10
103:10

modified
46:17

module
22:7

moment
82:7
121:9

Monday
54:5

money
12:12
18:4,22
52:12
76:11
89:10,13

month

91:21
92:6,10
94:7,8,9,
10,17,25
95:2,12,
13

monthly
88:2
91:19
92:3 94:2
98:2

months
11:24
72:19
91:23,24,
25 94:4

morning
4:12,18
25:18
60:25
61:2

mothers
93:6

move
9:25
18:24
22:18
35:21
115:3

moved
11:17
36:16
53:8

multiple
76:25
106:2

multitude
81:6

Murphy
4:6,13
7:7,16
18:24
19:11



22:17
23:20
24:15,22
25:3,5,10
27:2,10
31:10,18
34:13,22
36:24
37:8
38:25
39:22
40:13
44:7,15
45:10,17
58:25
59:11
60:18
67:4,14
69:14
72:5,13
76:24
77:5
101:2,12
104:12
105:13,19
106:5
107:13,18
109:7,17
112:7,16
114:5
116:19
118:25
120:18
121:3
123:4,14

mutual
70:2,6,7

Myron
15:7,8

——————————

N

names
34:9

NDA
23:17
46:24
47:5,7
48:12,13
52:25
53:5,7
55:19
69:17,19,
23 70:2,
6,8,9
78:23
79:3

NDAS
23:3,10
47:12,15
48:11,18,
23 55:21

necessarily
8:2 20:9
64:23
95:8,15

needed
50:24
81:21
88:22
89:7,9,11
113:22

negotiate
46:10

negotiated
29:25
46:25

negotiations
45:11,19

net
110:17

network
52:22

Newport
11:13,15,
16,18

12:8,10,
15

news
11:13,15,
16,18
12:8,10,
15  114:17

nice
50:19
106:19

nods
5:11

non-
circumventi
on
47:14,16,
17,19
48:4,9,
13,20
49:4 64:5
70:13

non-
qualified
116:7

nondisclosu
re
42:10
43:25
44:12,19
45:6
46:5,10,
17 48:7
53:11
55:13
64:2,6

normal
100:6

normalize
92:8

note
26:13

number

27:9
34:21
37:7
44:14
51:15
67:6
72:12
74:11,14,
20,24
75:17
83:15
88:14
96:10
101:9
102:24
103:7
105:23
107:15
109:12,23
110:15
112:10
120:20
123:3

numbered
19:7 77:2

numbers
25:19
31:17
59:9
79:23
84:15,17,
18,25
85:23
87:4,7
88:7
89:16
91:10,16
99:4
100:13,16
102:10
110:19

——————————

O

O-T-T-O

11:2

oath
5:4

object
113:13

Objection
24:5,20
26:16
39:18
40:3
45:7,13
60:9
104:9,17
116:15
118:18
122:15

objective
61:21
114:25
118:22

obtain
116:21

obtained
87:5

occurred
54:4
109:24,25

offer
71:15
76:18,20
93:14
98:15,16

offered
121:23

offering
93:16

office
62:13
79:6,11,
13,19

official



119:20

**One-sided**
70:3

**onerous**
29:7

**online**
12:2
51:14,20
92:17,21
93:7,11,
18 94:20

**opaque**
113:3

**open**
74:18
96:7

**operate**
83:14
113:9

**operating**
11:3
15:10
85:20

**operation**
51:9
118:23

**operations**
14:12

**operator**
14:8

**operators**
57:8

**opinion**
26:25
90:15
107:7
111:18
115:9

**opportuniti
es**
85:10

102:19
108:18
112:3

**opportunity**
11:25
12:6
115:10

**optimize**
17:6
51:18
89:3

**option**
79:16

**order**
4:18 11:3
22:3 33:5
75:15
89:11,12
91:9,11,
12 100:7,
19 106:13

**ordered**
97:2

**organized**
94:23

**original**
82:9
85:16
87:13

**originally**
93:16

**Otto**
11:2,9,11

**outcome**
22:4,14

**outline**
104:20

**outlined**
7:4

**outlines**
29:19

**outlining**
102:12

**outreach**
23:23

**owned**
11:11
15:6 16:3

**owner**
96:21
103:15,17

**ownership**
15:16,18

——————————

**P**
——————————

**P&l**
100:11

**p.m.**
67:8
123:17

**pages**
25:17
27:8
31:16
34:20
72:11
73:9,11
101:19
105:24

**paid**
82:2

**painting**
21:17
84:13

**paragraph**
37:10,12
40:15
113:2,4,
20

**part**
8:4 16:3,

16 29:21
38:8
48:11
83:9,17
84:9,23
93:3
99:3,5,15
115:6
119:18

**partially**
84:23
85:4
114:21

**participate**
15:17
40:25
81:14
82:6
107:4,8
111:10,
14,16,19,
21 115:11

**participate
d**
82:10
111:2

**participati
ng**
50:22
107:2

**parties**
69:21
123:6

**partner**
29:7
51:25
52:2,5
54:12
61:12
62:24
63:6,17
69:2
82:24

**partnering**
69:5

**partners**
18:10
52:10,14,
20 80:6
121:19,25
122:13

**partnership**
29:8 69:7

**parts**
113:6

**pass**
115:9

**passed**
43:19
115:15,
17,19

**past**
21:19
22:9
84:11
100:20
118:10

**Pathania**
22:20,22

**Patty**
119:12,17

**Payroll**
110:15

**peaks**
94:3

**pending**
5:25

**people**
18:4,7
28:25
34:10
37:6
45:22
63:20,21



65:18
67:10
90:5
93:22
95:2,4
104:21
105:4
109:15,16
110:6

**percent**
68:7
75:22
76:16,19
80:13
81:9,15
82:2,7,10
89:16,17
91:5
92:20,21,
24 93:10
94:10,11
118:24

**perception**
110:13

**perfect**
12:6
98:22

**performance**
22:9,10
84:11
95:10

**period**
85:5

**permanent**
86:17
110:10

**Perot**
28:18,20
33:22
79:22

**person**
43:7

**personally**
15:23
28:22
29:12
39:9
46:4,16
48:24
49:3,17
55:24
61:22
64:4
77:12
116:22,25
119:2,4

**perspective**
6:25 7:3
12:25
22:6,15
47:4
50:25
69:2
74:23
83:21
89:4
108:16

**phone**
42:25
117:4

**phrase**
20:23

**picture**
21:17
84:13

**piece**
56:18

**Pieces**
84:24

**place**
33:16
49:25
99:9

**plan**
11:23

13:6,10,
17,24
14:13
52:8
58:16
59:24
61:11,19
94:21
104:23
105:3,12

**planned**
96:2

**plans**
65:12

**point**
25:8
26:11
33:10
49:18
70:20
75:20
76:2 78:4
79:24
82:22
84:3
87:11
97:19
100:8
108:7,12,
16 110:21
118:10

**points**
41:6
111:15,17

**policy**
40:10

**portion**
76:4
118:16

**portions**
103:12

**position**
29:6

119:17

**positive**
75:15

**possibility**
21:20

**post**
13:22

**potential**
16:19
23:2,9
28:21
31:2
33:25
34:4
36:14
45:4 46:6
47:12
48:7,19
49:19
52:9
54:25
58:13
102:15,19
104:8
106:14
113:14

**potentially**
23:14
27:22
51:25
82:20
103:10

**predict**
22:3

**predicting**
91:15

**prediction**
22:9

**preference**
52:4

**preparation**
7:24 8:3,

12 9:2
77:17

**prepare**
7:9 72:17

**prepared**
65:15
76:20

**present**
8:7
43:12,14
50:4

**presentatio
n**
65:15
101:3,14
104:5,13
106:11,
16,18,19

**presentatio
ns**
120:9

**presented**
52:16,21
64:8
80:18
114:21

**president**
119:20

**pretty**
13:9 29:2
30:22
31:5
36:10
53:3 64:9
95:14

**price**
74:3
75:19
83:5
111:23
118:5

**prior**



CHRISTIAN FEUER
GO GLOBAL RETAIL vs DREAM ON ME

October 07, 2024
Index: priority..quickly

9:17 42:4
63:7
78:25

priority
26:22

private
14:8
81:10

privileged
7:15

proceeds
82:6,10

process
8:19
12:11
16:15
17:2,3,
16,20
20:7
23:8,16
29:17
42:9,11
52:24
70:22
90:8,13
103:20
110:8
111:21
112:15

product
15:9
50:25
51:2,15,
16 68:12

products
93:15,20

professiona
l
64:15

profile
93:9

profitabili
ty
96:4

profitable
11:23
22:11
103:3

progress
85:8

project
18:17
108:24

projected
110:20

projection
85:16,18

projections
86:2
97:10
120:22

promised
85:20

promotional
15:9

property
41:12
74:4
76:10,12

prophecy
88:21

proposed
46:9

proprietary
56:8,13
104:7,15

protect
63:20

prove
13:4

proven

120:6

providded
78:19

provide
5:9 52:19
68:13
113:23
115:12,
20,22

provided
8:16 26:4
52:22
60:7
70:20
76:11
78:10,13,
23,25
85:16,24
88:8
89:15
97:15
100:17
102:15
104:15
105:10
115:13,25
122:12,
19,21

public
76:15

pull
77:25

purchase
29:23,24
74:3
75:19
83:5 93:7
111:23
118:13,
17,21

purchased
13:7

purchases

15:22

purpose
36:20
37:23
113:18

purposes
70:9

pursue
39:12
63:9
107:22

pursued
38:11

pursuing
115:15,19

pursuit
108:8

put
19:15
20:6
53:11
55:5,6
65:2
72:24
96:6,13
105:3,10
118:8

puts
99:21

putting
117:5

———————

Q

———————

Q1
86:6

Q2
86:7

qualified
30:7
38:23

48:22
49:6
115:16,
19,21
116:3,6,
8,10
121:22

qualify
119:5
120:13

quarter
16:25

question
5:14,16,
18,25
26:12,15
27:11
35:22
37:21
38:3
41:14
49:9 56:6
57:13
60:12
62:5
78:17
82:16
101:25

questions
7:3
25:21,25
31:22
35:3 37:9
69:16
78:4
123:14,16

quick
39:6

quickly
53:8 73:2
100:7
101:18



CHRISTIAN FEUER                                        October 07, 2024
GO GLOBAL RETAIL vs DREAM ON ME            Index: raise..remember

—————————

R

—————————

raise
    17:9
    18:22
    83:16

raising
    18:3

ran
    12:16
    13:15
    14:4

range
    93:15

ranking
    96:5

rate
    76:14,19

rationale
    113:12

reached
    22:25
    46:14

reaction
    114:16

read
    35:14
    64:12
    73:2
    108:2,4
    114:2,11,
    12,15

reading
    27:16
    67:22

ready
    71:9

realistic
    85:13

reality
    120:6

reason
    5:23
    12:23
    39:15,20
    75:15
    77:23
    78:2
    88:20
    110:16

reasons
    13:16
    75:3 90:5

rebuttal
    114:21

recall
    64:3
    120:16

receipts
    88:2,4
    98:2

receive
    10:9,13
    14:25
    15:4 16:2
    20:11
    81:13,15,
    24,25
    82:3
    107:25

received
    7:12 9:21
    10:21
    55:22
    71:9 82:8
    86:4,8
    114:14,23
    122:3,7

receiving
    107:23
    109:19

recently
    11:15

recess
    38:24
    69:13
    114:4

recipient
    46:9

recognize
    20:2
    44:16
    72:14
    77:6,9

recollectio
n
    23:5
    31:25

recommendat
ions
    95:25
    96:22

record
    4:7 5:8
    7:6 19:5
    22:16
    23:19
    25:17,20
    31:17
    59:10
    87:25
    112:11

recourse
    37:24
    38:14,21
    39:3,7,8

reduce
    68:5,17
    75:17

reducing
    100:8

refer
    109:4

reference
    63:16
    87:11
    100:20

referenced
    21:5

references
    35:25
    37:13
    61:7

referring
    37:22
    40:17
    53:24
    59:17,21
    68:2 81:2

refers
    71:25
    108:23

reflect
    73:11,13
    85:10
    91:6

reflecting
    102:9

reflection
    113:10

reflects
    74:2 99:8

reflexion
    21:7

refresh
    31:25

regrettably
    111:11

related
    27:12
    30:14,20
    37:10
    42:9
    46:17

48:8,18
    54:25
    55:9,21
    56:12,14
    58:13
    78:5 94:4

relationshi
p
    16:8
    37:15
    88:11

relevant
    56:21
    57:9
    86:24
    97:22
    118:16,24
    121:14
    123:12

relied
    63:3

remaining
    75:3

remember
    6:19
    9:14,19
    10:14,16
    18:13
    20:3,9
    23:7,14,
    15 26:4
    28:5,12
    31:8
    32:18,23,
    24 33:14,
    15,16
    34:2,3,8
    36:3,8,
    11,16
    37:20
    40:8
    41:25
    42:15,18,
    21 43:4,



21,23
46:20,22,
24 48:23,
25 49:2,
16,22,24
50:4,17,
19 52:6,
20 53:4,
6,15
59:13
64:16
66:16,21,
22 67:19,
22 68:16,
19 73:7
82:22
107:23
108:7,11,
15,21
109:3,19
114:18
117:3,6
118:14
119:23
120:8,11

**rephrase**
5:17 6:11

**replace**
37:18
40:22

**replenish**
88:22
98:20
99:17
100:10

**replenished**
99:18,20,
24

**replenishing**
100:4

**reported**
114:17,19

**reporter**
5:6

**represent**
4:14 54:2
62:6
77:15

**representation**
63:3

**request**
69:18
80:17

**requested**
123:11

**requests**
70:3
123:5,6

**required**
75:18
89:21
90:4
103:4

**requirements**
89:5

**requires**
90:14

**rescinded**
117:17

**Research**
18:12

**respond**
30:17

**responded**
26:19

**response**
5:10
26:11

**responsibilities**

18:21

**responsible**
11:6
17:8,12
20:20,22,
23 97:12

**restaurant**
54:4

**restock**
75:11

**restrict**
70:10

**resulting**
13:9

**results**
96:20

**retail**
4:16
51:13
54:12
63:17
91:23
94:6,16,
19 95:6,
7,18
103:4
118:23

**retailer**
50:24
51:16
93:21

**retained**
17:22

**return**
77:13

**returned**
69:17

**revenue**
110:18

**review**
8:11,14,

25 19:13
25:22
31:22
60:21
113:3
114:7

**reviewed**
8:15,21,
23 9:12,
16 77:17
121:16

**reviewing**
9:14,15
22:13
31:24
120:8
122:11

**revised**
86:22
99:4

**revived**
108:14

**rewards**
68:14

**ring**
121:13

**risk**
114:7

**Road**
4:11

**ROI**
77:13

**role**
13:16
17:2,4

**room**
54:25
55:4,6,7,
9,14,18,
23 56:3,
7,12,15,
19,24

58:18
85:16
86:5 87:6
117:16
121:17
122:4,8
123:7

**rosy**
21:17
84:13

**row**
85:17,19
99:13

**Rowe**
4:13

**run**
51:13
57:9
64:24
90:17
96:2

**running**
51:20
97:17
99:5
118:23

**runs**
13:11

_____

**S**

**S-P-I-E-G-E-L**
11:12

**safe**
76:14

**salary**
14:25
15:4

**sale**
87:13
110:12



sales
   14:13
   88:2,15,
   23 89:10,
   12 91:16,
   19,22
   92:3,5,8,
   16,17,20,
   24 93:2,
   3,10
   94:2,5,24
   95:3,6
   97:2
   98:2,24
   99:6,8

Saturday
   53:17

sauce
   59:14,20,
   23 60:6

science
   98:22

scope
   18:20

screen
   5:7 19:3,
   15 73:11

scroll
   19:13,14,
   19 31:19,
   21 72:25
   101:17
   106:6

search
   39:7

seasonal
   94:12

secret
   59:14,20,
   23 60:6

section
   74:3

112:14

seemingly
   118:7

selected
   29:9

self-
fulfilling
   88:21

sell
   12:5
   13:3,5
   60:14
   88:14,15
   93:20
   97:20
   100:7
   110:5

seller
   21:16,20,
   23 29:17
   85:24
   113:22

seller's
   26:13
   86:2

selling
   51:3
   88:24
   98:17
   99:22,25
   100:5

send
   45:5 46:4

senior
   26:13

sense
   6:12
   20:6,19
   22:8
   35:18
   79:4
   99:25

103:21

sentence
   37:12
   40:14

serves
   28:24

services
   17:22

set
   69:19
   123:2

shape
   14:6
   68:15
   114:20

share
   19:2
   109:24
   110:5,7

sharing
   68:14

Shea
   109:14

sheet
   121:12

shirt
   13:3

shirts
   13:3

short
   53:20,23

shot
   73:11

show
   68:24
   112:24
   120:15

showed
   53:6
   64:10

side
   21:19
   50:5
   54:13,14
   85:12
   103:6
   112:2

sided
   69:23,25

sides
   54:15
   69:20

sight
   90:19

sign
   23:9 44:5
   47:18
   48:12
   64:13
   69:24

signed
   23:3,17
   28:4,7,
   10,13
   29:18
   44:2,20
   52:25
   53:4,9
   54:22
   55:12,21
   64:6
   78:23
   79:3
   90:24

significant
   118:15

signing
   55:19

similar
   14:6 93:9

simple
   12:23

simply
   60:11
   75:15

sitting
   33:7

situation
   12:4
   49:15,22

situations
   49:8,10

Sixth
   26:2,3
   29:6 34:7

skeptic/
optimist
   63:4

slide
   91:18
   92:18
   102:18

slides
   91:2,12
   101:16
   102:3,11
   103:18

sloppy
   106:19

slow
   101:18

slowly
   19:13
   31:21

SLR
   24:10

small
   92:15

Smith
   4:14

sold
   12:4



15:16
75:6
81:20
86:15
88:18
90:9 98:8

**solution**
96:9

**solutions**
82:25

**solve**
61:20

**Sooner**
55:15

**sort**
14:15
31:4
68:24
88:9
99:14
111:25

**sound**
23:4
53:18
54:6
62:19
74:5
78:12,21
117:25

**sounds**
62:20
72:4 74:6
77:21

**source**
89:5

**sources**
21:8 22:5

**sourcing**
14:12
51:15,17
54:13

**speak**
7:21,24

**speaking**
7:8 45:4

**Special**
36:19

**specific**
8:22
9:15,18
20:3
30:16
33:22
34:9
36:4,11
47:2
49:7,11,
15,22
57:8,11
61:15
64:2
65:12
79:24
80:17
84:8 86:9
93:4
94:23
108:11
109:21

**specifically**
9:14 16:6
20:9 22:6
23:12
36:2 37:9
47:6
48:10
55:3,6
66:10
67:23
68:20
79:23
89:17
92:16
108:21
113:19

119:24
120:12

**specifics**
23:7,15
59:23,24
68:19

**speculate**
38:18

**spelling**
72:21

**spent**
68:4
104:21

**Spiegel**
11:11,13,
20 12:8,
9,15

**spike**
91:25

**spikes**
94:13
102:8

**spills**
95:16

**spoke**
7:18,20
33:25
36:5 38:7
64:19

**spoken**
6:7

**sponsor**
12:14

**spreadsheet**
73:5
76:25
89:14
91:8

**SPV**
36:19

**stalking**
29:10,16,
18,25
30:7,10
76:22

**stand**
75:24
81:22

**standalone**
36:20

**standard**
44:23,25
45:2 95:8

**stands**
41:7,10
71:11
87:16

**start**
19:3,19
25:24
35:17
75:6 86:6

**start-up**
75:16

**started**
10:16
11:4,14
18:17
19:20
89:6 90:8
98:6,19
99:17

**starts**
21:14
31:14
34:18
37:11
59:2
72:11
95:18
101:8
107:15
113:2

119:7
120:19

**State**
4:7

**statement**
29:12
110:2

**states**
11:10
15:10
32:4

**status**
14:23
113:3

**stay**
96:7
121:9

**staying**
13:23

**steakhouse**
50:3

**steaks**
50:19

**steeper**
111:24

**step**
81:23,24

**steps**
108:17

**Steve**
34:23
35:4,6,24

**Stevens**
57:2,5,
10,13,16,
24 59:4

**stop**
73:3
98:17

**store**



22:7
88:16,19,
21,25
92:16,24
93:2
95:24
96:22
103:10

stores
22:8,10
51:14,20
74:8,12,
15,25
75:3,17,
21 92:6,
22 96:2,
5,10,16
97:16
99:7,21

story
12:6
14:15
91:12

strategic
11:7

strategical
ly
54:15

strategy
101:6
103:8
120:22

Streader
6:4,7,15,
20 7:9,23
14:5
27:12
37:5 59:3
65:23
66:3,24
67:7,19
71:25
108:8
109:10

Streader's
59:13

street
26:2,3
29:6 34:7
64:14

structure
81:18

study
112:25
114:15,22

Study-
investment
112:15

stuff
98:20
106:20

subject
59:5,18
108:23

submit
30:10,13,
20,24
31:3,5
48:21
49:6
70:15,18
116:13

submitted
30:8,23
31:6
32:2,4,6,
20,22
70:14
71:4,7
72:3
73:23

subsequentl
y
62:11
108:13

subsidiary

26:6

substance
7:21

substantial
ly
76:21
81:20
110:7

substantiat
e
21:18

substantive
6:14,18

succeed
98:16

success
60:2,4,13

successful
11:17
17:7
60:12
64:9,20
81:19
112:5
120:6

successfull
y
71:9
90:18

sufficient
33:5
90:17,22

sufficientl
y
85:10

sum
97:2

Sunday
95:18

super
58:19

support
18:22
51:14
120:5

supporting
37:19
89:25

supposed
79:20

surprise
120:2

surprised
69:18

suspect
114:24

swings
94:13

switch
41:16

sworn
4:3

synonymousl
y
71:19

system
25:18
94:19

———————

T

———————

tab
84:6,7,9
87:15,22,
25 91:2
95:24
96:21,22
97:5,13,
23 98:2
100:11,
15,23

table
79:5
97:14

tabs
77:2

takes
69:20

taking
5:7 39:14
74:8
84:14

talk
5:12
17:17
21:13
26:8
28:25
106:14

talked
6:12,24
8:2 33:24
34:5,6,7,
12 36:10
43:3
58:2,5,8,
9,10
73:23
108:10
119:4,6

talking
17:19
34:10
45:21
86:6
119:7

team
8:3,4,5
16:17
50:21
57:7
58:14
68:10,20
106:12
121:24



tech
  62:4

technology
  61:11

telephone
  42:22
  66:18

Temke
  109:13

Tempke
  72:11

temporary
  110:10

ten
  11:10

tend
  94:5

tens
  64:11

term
  29:16
  30:16,19
  39:3 41:9
  56:17
  58:15

terms
  29:7
  45:12,19
  46:11,25
  47:24
  64:2
  69:10
  70:4
  99:15

testified
  4:4

testify
  24:21,22

testifying
  5:5 24:25

text
  43:2
  66:19

Thew
  91:17

things
  84:10

thinking
  118:10

Thoryn
  56:25
  57:5,10,
  13,14,16,
  24 58:12
  59:4
  60:20
  61:9,14

thought
  36:17,22
  40:7
  41:14
  120:3

three-page
  59:2

tht
  8:22

THY
  67:24

time
  8:18 14:4
  18:11
  25:9
  35:13
  36:7,13
  43:6,18
  45:18
  52:15
  54:17
  56:2,6
  58:3,6,8
  63:13
  68:5
  70:14

74:7,13,
  15,19,21
  75:11
  76:14
  79:10,16,
  24 80:3
  85:5
  86:7,8
  87:8
  90:22
  96:9
  97:19
  102:21
  104:22
  108:18
  110:3,21,
  24,25
  111:13,
  15,17
  114:12
  118:10
  119:16
  121:10
  123:15

timeline
  67:21
  108:16

times
  82:8

title
  14:18
  119:20

titled
  120:20

today
  5:4,8
  7:25 8:12
  9:23
  26:23
  34:4
  77:18
  123:15

today's
  7:10 9:2

told
  21:23
  53:17
  62:18
  108:13
  117:24

Tom
  4:13

tomorrow
  111:9

top
  19:24
  20:9,13
  25:14,22
  27:6 29:3
  35:19
  44:13
  88:7
  91:19
  97:14
  99:3
  102:7
  112:9
  114:9
  120:24

topic
  27:14

Torch
  24:9

total
  13:9
  83:13
  97:3

Totally
  53:19
  110:4

totals
  83:4

traffic
  93:17,22

tranche
  82:3,4

transaction
  36:14
  40:16,20
  46:6,18
  47:13
  48:19
  49:11
  52:9
  55:2,10,
  22 56:12,
  14 58:13
  83:6

transcribe
  5:10

transfer
  73:12

translated
  102:11
  122:22

trending
  87:12

trouble
  13:15,17

true
  10:15
  63:2
  99:20

trust
  54:23
  63:20

turn
  11:20
  13:17
  57:9 75:6
  93:13
  104:23
  111:24

turnaround
  11:15
  12:3
  101:5
  110:14



turned
88:25

turning
103:7

tweak
94:14

two-page
109:11

type
24:2 39:8

Typical
81:10

typo
67:24

———————

U

———————

U-V-I-D
12:3

ultimately
22:13
29:10
38:5,6,10
102:12
111:18,20
115:15,
19,20
116:3,12

uncertainties
96:8

unclear
21:2

underlying
93:23

underperforming
104:25

understand
4:17 5:16

6:2 9:6
17:4,19
19:17
30:19
50:21
87:11
95:20,25
98:24
104:3
105:14
107:12
113:9,17
116:18
121:14

understanding
8:17
15:21
16:8
21:15
29:16
38:21
50:23
54:3 57:4
61:19
67:25
77:16
78:9,18
98:23
111:12

understood
5:18 20:7
21:3
105:14

United
11:10
15:10

University
10:11

unrelated
118:12

unusual
85:24

Updated
120:21

updates
27:15

upside
81:14
85:13

Uvid.com
12:3

———————

V

———————

valuable
75:10
88:18

valuation
83:25

valued
75:22
84:3

valuing
74:4

vast
84:18

Vehicle
36:20

vender
64:14

verbal
5:10

version
8:22,25
9:3,5
20:17
21:9,10,
11,13
77:16,20,
24 78:6,
10,18
117:9

versions
56:21
104:3
106:2
117:10,12

versus
51:3 81:3
87:12
94:14
95:9,11,
12,13
96:2
116:6

viable
54:12
69:8,9

vicinity
77:22

video
13:2

view
54:16
85:12
86:20
89:15

virtually
64:22
66:4

VP
11:19

———————

W

———————

walk
10:20

wanted
66:24
81:18

warehouse
64:10

waterfall

81:23

ways
17:5 96:5

WC
87:15,16

wear
13:2

website
93:21

wee
86:6

week
6:5 62:9
94:6,14
95:2,4,
12,17
111:10,14

weekend
43:22,24

weekly
92:5 97:5
98:4

weeks
91:24,25
94:7,8,9,
21,22

Wells
37:13,15,
22 39:25
40:18,19,
23,24
41:2,3

west
14:10

Wewaka
4:10

Whatsapp
66:19

wholesale
51:3



**winner**
  30:3

**winning**
  29:10

**wiped**
  25:18

**wire**
  73:12

**won**
  12:11

**wondering**
  73:6

**word**
  17:11
  20:22
  71:19
  102:22

**words**
  102:11

**work**
  12:17
  13:21
  16:10
  18:4
  21:18
  22:21
  47:20
  82:24
  84:16
  85:8
  90:20,23
  91:13
  102:13
  105:15
  112:24
  120:3,4

**workdays**
  95:4

**worked**
  13:25
  16:18
  17:25

  18:5,7,8,
  15  22:7,
  12  122:13

**working**
  10:16
  14:8,16
  18:8,17
  20:15
  47:23
  50:22
  83:10
  87:16
  89:21
  122:4

**works**
  81:9,11

**world**
  61:17

**worldwide**
  11:4

**write**
  20:11
  113:18

**writing**
  31:7  43:2

**written**
  29:3
  33:12,15

**wrong**
  13:8

**wrote**
  60:20
  68:4  73:7

**Wu**
  119:12

**Wu's**
  119:17

---

**X**

**XR**

  80:24

---

**Y**

**year**
  10:12
  11:21
  12:4  13:4
  58:11
  78:20
  85:21
  92:8,9,
  10,11,13,
  14  95:9,
  11,13,14,
  15  110:17
  118:4
  121:10

**years**
  11:5,10,
  16,21
  13:13
  14:16
  91:14
  92:14,23

**yesterday**
  61:7

**York**
  11:14,19

**young**
  93:5,6

**Yuen**
  8:4

---

**Z**

**Ziff**
  116:21
  117:2

