1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X
GO GLOBAL RETAIL, LLC,


                        Plaintiff,

       -against-              Index No.1:23-cv-07987



DREAM ON ME, INC. and DREAM ON ME INDUSTRIES,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

                              October 1, 2024
                              10:00 a.m.


            DEPOSITION of MARK SROUR,

     a witness for the Defendant herein,

     taken by the attorney for the Plaintiff,

     pursuant to Rule 30(b)(6) of the Federal Rules

     of Civil Procedure, held via web conference,

     on the above date and time, before Jennie

     Kilgallen, a Stenotype Reporter and Notary

     Public within and for the State of New York.

1

2   A P P E A R A N C E S :

3

4   FALCON, RAPPAPORT & BERKMAN, PLLC
         Attorneys for the Plaintiff
5         265 Sunrise Highway - Suite 50
         Rockville Centre, New York 11570
6
    BY:  STEVEN BERLOWITZ, ESQ.
7         sberlowitz@frblaw.com

8

9   GREENBAUM, ROWE, SMITH & DAVIS, LLP
         Attorneys for the Defendant
10        75 Livingston Avenue
         Roseland, New Jersey  07068
11
    BY:  JUDAH SKOFF, ESQ.
12        jskoff@greenbaumlaw.com

13

14  ALSO PRESENT:

15  JESSICA MOORE, ESQ.
    Falcon, Rappaport & Berkman, PLLC
16

17  CHRISTIAN FEUER

18  MOISHE PELTZ

19

20

21

22

23

24

25

3

1

2

3                    FEDERAL STIPULATIONS

4

5         IT IS HEREBY STIPULATED AND AGREED, by

6     and between the parties hereto, through their

7     respective Counsel, that the certification,

8     sealing and filing of the within examination

9     will be and the same hereby waived;

10        IT IS FURTHER STIPULATED AND AGREED that

11    all objections, except as to the form of the

12    question, will be reserved to the time of the

13    trial;

14        IT IS FURTHER STIPULATED AND AGREED that

15    the within examination may be signed before

16    any Notary Public with the same force and

17    effect as if signed and sworn before the

18    Court.

19

20

21

22

23

24

25

4

1              THE COURT REPORTER:  It is hereby

2        stipulated and agreed to by and between

3        counsel for all parties present that

4        this deposition is being conducted

5        remotely by video conference, and that

6        the court reporter, witness and all

7        counsel are in separate remote locations

8        and participating via Zoom or any web

9        conference meeting platform under the

10        control of the court reporting agency.

11              It is further stipulated that this

12        video conference will not be recorded in

13        any manner and that any recording

14        without the express written consent of

15        all parties shall be considered

16        unauthorized, in violation of law and

17        shall not be used for any purpose in

18        this litigation or otherwise.

19              Before I swear in the witness, I

20        will ask each counsel to stipulate on

21        the record that I, the court reporter,

22        may swear in the witness even though I

23        am not physically in the presence of the

24        witness and that there is no objection

25        to that at this time nor will there be

5

1

2          any objection at a future date.

3               All attorneys state they have no

4          objection or so stipulated?

5               MR. BERLOWITZ:  No objection.

6               MR. SKOFF:  No objection.

7               THE COURT REPORTER:  Counsel, can

8          you represent to the best of your

9          knowledge and belief, that the witness

10          appearing today via web conference is,

11          in fact, Mark Srour?

12               MR. SKOFF:  To the best of my

13          knowledge, information and belief, the

14          witness is Mark Srour.  Thank you.

15               (Whereupon, the Witness presented a

16          NY State driver's license.)

17     M A R K   S R O U R,

18       The witness herein, having been first duly

19     affirmed remotely by a Notary Public of the State

20     of New York, was examined and testified as

21     follows:

22               THE COURT REPORTER:  May we have

23          your name for the record.

24               THE WITNESS:  Mark Srour.

25               THE COURT REPORTER:  And your

6

```
 1                          M. Srour

 2           address for the record sir.

 3               THE WITNESS:  1969 East 14th

 4           Street, Brooklyn, New York, 11229.

 5   EXAMINATION BY

 6   STEVEN BERLOWITZ, ESQ.:

 7           Q.   Morning Mr. Srour.  My name is

 8       Steven Berlowitz and I am with the law firm

 9       Falcon, Rappaport & Berkman and I represent

10       Go Global Retail in the matter of Go Global

11       Retail versus Dream On Me.

12           Have you ever been deposed before?

13           A.   Many years ago, once.

14           Q.   Do you know the nature of the

15       action you were deposed in?

16           A.   There was a fire in the store that

17       they were asking questions.

18           Q.   There was a -- there was a flier in

19       the store?

20           A.   Fire.  Fire.

21           Q.   A fire, fire.  Okay.  I'm going to

22       go over a couple of rules to help guide us in

23       the deposition process.  So, I'm sure you

24       know the deposition is being stenographically

25       recorded.
```

7

1                         M. Srour

2          I would request that you please answer

3      all of my questions verbally, not with a

4      physical nod or any other physical movement

5      like a shrug so the court reporter can take

6      down your answers.  Do you understand that?

7          A.   Yes.

8          Q.   I would ask that you please wait

9      until I complete asking my question before

10     you answer.  Do you understand that?

11         A.   Yes.

12         Q.   If you need to have a question

13     repeated, please let me know and the court

14     reporter can read it back to you.  Do you

15     understand that?

16         A.   Yes.

17         Q.   Please let me know if you do not

18     understand a question or if you need me to

19     rephrase it.  Do you understand that?

20         A.   Yes.

21         Q.   If you answer the question, I will

22     assume that you do understand the question I

23     asked.  Do you understand that?

24         A.   Yes.

25         Q.   At any time please let me know if

8

1                             M. Srour

2          you need a break, but please note we cannot

3          take a break while a question is pending.  Do

4          you understand?

5                A.   Yes.

6                Q.   You understand that you are

7          testifying under oath and under the penalty

8          of perjury, correct?

9                A.   Yes.

10               Q.   Have you ever been a plaintiff or

11         defendant in another lawsuit?

12               A.   Many.  Yes.

13               Q.   How many lawsuits?

14               A.   We've been around for too long.

15         There are so many in business so there's

16         always a plaintiff and there's always cases.

17               Q.   When you say we've been around for

18         too long, are you referring to Dream On Me?

19               A.   Yes.

20               Q.   Have you ever been involved in a

21         lawsuit in your individual capacity?

22               A.   No.

23               Q.   What was the last lawsuit that

24         Dream On Me was involved in other than this

25         one?

9

                              M. Srour

1

2          A.    I cannot recall it.

3          Q.    Sorry?

4          A.    I cannot recall that.

5          Q.    What is the last lawsuit you can

6      recall?

7          A.    I'm not sure.  There were many

8      lawsuits going back and forth.  You have a

9      business and things happen.

10          Q.    Have you testified in these

11      lawsuits?

12          A.    No.

13          Q.    Have you ever been arrested or

14      convicted of a crime?

15          A.    No.

16          Q.    Are you taking any medication today

17      that would affect your memory?

18          A.    No.

19          Q.    Or your ability to testify

20      truthfully?

21          A.    No.

22          Q.    Or your ability to read documents

23      that I may show you.

24          I'll just preface with I know we're all

25      virtual, I'm going to be showing you some

1                        M. Srour

2    documents.  I hope you're able to read them

3    clearly on the screen.

4         A.   Yes.

5              MR. SKOFF:  Objection to form.

6         What's the question?

7         Q.   The question is, are you taking any

8    medication that would affect your ability to

9    read the documents I present to you on the

10   screen?

11        A.   No, I'm not under any medication.

12        Q.   Can you describe your education,

13   please?

14        A.   Education?  It's so long ago.  I

15   learned for ten years.  That's -- that's what

16   it is.

17        Q.   Did you attend high school?

18        A.   For two years.

19        Q.   Did you graduate?

20        A.   No.

21        Q.   Did you attend college?

22        A.   No.

23        Q.   I assume you didn't attend graduate

24   school?

25        A.   No.

1                          M. Srour

2          Q.   Do you have any professional

3     certificates, licenses or credentials?

4          A.   No.

5          Q.   Have you ever been subject to any

6     disciplinary action or censure by a licensing

7     body?

8          A.   No.

9          Q.   Can you describe your work

10    experience, please?

11         A.   What do you mean by work

12    experience?

13         Q.   What did you do after you stopped

14    school for work?

15         A.   I came to the United States at the

16    age of 16 and a half and since then I'm

17    working.

18         Q.   All right.  So at 16 and a half,

19    what were you doing first?

20         A.   I was a stock boy in a store called

21    Young Bookstores.

22         Q.   And what did you do, what was your

23    next job after that?

24         A.   I became a manager.

25         Q.   After that?

12

M. Srour

1

2      A.    In '83 I opened up my first store.

3      Q.    What store was that?

4      A.    It was a retail store.

5      Q.    What did you sell?

6      A.    I sell children's clothing.

7      Q.    What was the name of that store?

8      A.    Children's Universe.

9      Q.    Sorry, did you say Children's

10     Universe?

11     A.    Yes.

12     Q.    Do you still own that store?

13     A.    No.

14     Q.    You sold it?

15     A.    It was back in the 80's.  We -- I

16     had five stores at one time, five or six

17     stores and business changes and we don't have

18     the stores anymore.

19     Q.    What did you do after -- what was

20     your next job after running those stores?

21     A.    At the same time I used to

22     manufacture clothing.  I think in '88 we

23     started with that all the way to '95.

24     Then in '95 I went -- '95 I went on my

25     own and I started the Dream On Me company.

13

1                          M. Srour

2          Q.    So you started Dream On Me in 1995?

3          A.    Correct.

4          Q.    And that's where you work now,

5     right?

6          A.    Yes.

7          Q.    What is your title at Dream On Me?

8          A.    My title?  I do everything,

9     whatever needs to be done.

10         Q.    No, I'm not asking what you do, I'm

11    asking what your title is.

12         A.    Manager, CEO.

13         Q.    You're in charge?

14         A.    Yes.

15         Q.    What are your responsibilities?

16         A.    Buying and finance.

17         Q.    Did you say buying and finance?

18         A.    Yes.

19         Q.    Do you have any other

20    responsibilities?

21         A.    I overlook all the operations.

22         Q.    I believe you said you started that

23    position in 1995, but you can correct me if

24    I'm wrong.

25         A.    Correct.

14

1                          M. Srour

2          Q.    I assume you don't report to

3     anybody, do you?

4          A.    I report to myself.

5          Q.    Have your job responsibilities ever

6     changed since you started Dream On Me?

7          A.    I don't think so.

8          Q.    And you've remained in that

9     position since 1995?

10         A.    Yes.

11              MR. BERLOWITZ:  I will bring up an

12         exhibit.

13              (Whereupon, at this time, a

14         document was marked for Identification

15         as Plaintiff's Exhibit 1, as this date.)

16              (Whereupon, at this time, an

17         exhibit was displayed via Zoom.)

18         Q.    Mr. Srour, can you see what I'm

19     displaying to you?

20         A.    Yes.

21         Q.    Do you recognize this document?

22         A.    I saw it last week, I think.

23         Q.    Okay.  I'm going to scroll down to

24     the page where it says Rule 30(b)(6) topics.

25     Do you see it?

1                              M. Srour

2          A.    Which one is it?

3          Q.    I'm asking if you see the title

4     that's Rule 30(b)(6) topics?

5          A.    Yes.

6          Q.    Do you see the topics listed below?

7          A.    Yes.

8          Q.    Did you review these topics?

9          A.    I just looked at it.

10         Q.    Are you prepared to testify about

11    these topics?

12         A.    Yes.

13         Q.    Are there any topics on this list,

14    I can scroll through it if you want me to,

15    are there any topics on this list that you're

16    not able to testify about?

17         A.    I believe anything that has to do

18    with IT, I do not have any information as to

19    that.

20         Q.    Okay.  Anything else?

21         A.    I guess -- no.

22         Q.    Just IT then?

23         A.    I believe so, yes.

24         Q.    What did you do to prepare for this

25    deposition today?

16

1                          M. Srour

2          A.    Nothing.

3          Q.    You didn't meet with anybody?

4          A.    I met with my counsel last week.

5          Q.    Did you meet with any of your

6     employees?

7          A.    No.

8          Q.    You said you met with your counsel

9     last week, is that the only time you met with

10    him to prepare for this deposition?

11         A.    Correct.

12         Q.    Was anyone else present for that

13    preparation?

14         A.    We were there, I believe with Avish

15    was -- Avish was there.

16         Q.    Did you review any documents to

17    prepare for this deposition?

18         A.    No.

19         Q.    Did you take any notes to prepare

20    for this deposition?

21         A.    Not really.

22         Q.    Do you have any notes in front of

23    you right now for this deposition?

24         A.    I have what you were showing me

25    before, that's what I have.

17

1                              M. Srour

2          Q.    Did you have any role in collecting

3     documents to be produced in this litigation?

4          A.    Can you repeat that?

5          Q.    Sure.  Did you have any role in

6     collecting documents to be produced in this

7     litigation?

8          A.    No.

9          Q.    Are you familiar with the

10    bankruptcy auction for buybuy BABY IT assets?

11         A.    What do you mean by am I familiar?

12         Q.    Do you know what it is?

13         A.    I know that that's when we

14    purchased the IP.

15         Q.    Sorry, can you just repeat that?

16         A.    You mean back in '23 when they went

17    under?  I need to understand your question.

18         Q.    I'm referring to the auction for

19    buybuy BABY Intellectual Property Assets.  I

20    want to know if you're familiar with that

21    auction?

22         A.    Yes, I was.  I was there.

23         Q.    You're familiar that Dream On Me

24    and Go Global engaged in discussions

25    regarding a potential joint bid for those

18

1                           M. Srour

2       assets, is that correct?

3              A.    There was a meeting that we got

4       together.  But beyond that, there was nothing

5       else that was discussed.

6                    MR. BERLOWITZ:  I want to jump

7              back.  The 30(b)(6) notice I would like

8              to be marked as Plaintiff's Exhibit 1.

9              Q.    I believe you testified that you

10      were aware of this auction, is that right?

11             A.    Yes.

12             Q.    You also testified that you won the

13      auction for the IPS, is that right?

14             A.    Correct.

15             Q.    Do you know when around you were

16      introduced to Go Global?

17             A.    The day of our first meeting.  I

18      am, if I'm not mistaken, it happened around

19      June.

20                   (Whereupon, at this time, an

21             exhibit was displayed via Zoom.)

22                   (Whereupon, at this time, a

23             document was marked as Plaintiff's

24             Exhibit 2, as of this date.)

25             Q.    Mr. Srour, I'm sharing an email

19

M. Srour

1
2   with you.  This email bears Bates number DOM
3   10726.  It's an email from Milan Gandhi to
4   Chris Feuer, yourself and Avish cc'g a couple
5   of other people with the subject line
6   connect.
7       I'll give you a moment to read this
8   email and just let me know when you're done.
9           (Whereupon, at this time, there was
10          a pause in the proceeding.)
11      Q.   There's another email at the
12   bottom.  Read that as well and let me know
13   when you're done.
14          (Whereupon, at this time, there was
15          a pause in the proceeding.)
16      A.   Okay.
17      Q.   Does it refresh your recollection
18   that Go Global was introduced to DOM on
19   June 10?
20      A.   I did not see it on June 10.  If I
21   saw it over there, it would have to be after
22   the tenth.
23      Q.   To clarify when I said introduced,
24   I don't mean in person, I just mean, you know
25   virtually, electronically via email.

20

1                          M. Srour

2          A.   Yes.  Go ahead.

3          Q.   Thank you.  This is an email from

4     Milan Gandhi.  Who is that?

5          A.   He is a financial adviser Dream On

6     Me.

7          Q.   He works for Dream On Me?

8          A.   He is a financial adviser.  He

9     works once a week, a day a week.

10         Q.   Did he used to work for Dream On

11    Me?

12         A.   He still works for Dream On Me once

13    a week.  He is a financial adviser.

14         Q.   He's not a W-2 employee?

15         A.   No.

16         Q.   He is a 1099?

17         A.   Correct.

18         Q.   The bottom of the email, is there a

19    sentence that says, "Christian, per our

20    conversation, I wanted to direct you to Milan

21    who is advising Dream On Me."

22         A.   Okay.

23         Q.   "Milan will add his client and I

24    would encourage you to speak directly about a

25    potential Baby going concern transaction and

21

1                        M. Srour

2       see whether a partnership makes sense."  Do

3       you see that?

4           A.   Right.

5           Q.   I notice that the intellectual

6       properties is not mentioned in this.  Do you

7       see that?

8           A.   Right.

9           Q.   When did DOM become interested in

10      the intellectual property of buybuy Baby?

11          A.   We had conversations with Bed, Bath

12      & Beyond back in 2021, 2022.

13          Q.   And what were the nature of those

14      conversations?

15          A.   We were looking to take -- to buy

16      the buybuy BABY operation when they were

17      healthy, when they had 120, 135 stores or

18      whatever it was at that time.

19          Q.   Why were you interested in them?

20          A.   Why I was interested in them?

21          Q.   Yes.

22          A.   Because I'm a businessman, for me,

23      if we were able to take over the operation

24      when they were healthy, it would be a

25      win/win.

22

```
 1                       M. Srour
 2          Q.   And this dates back as far as 2021;
 3     is that your testimony?
 4          A.   Yes, correct.  It.  '21, '22.  And
 5     the reason that this thing did not happen was
 6     because they were not able to separate the
 7     buybuy Baby from the Bed, Bath & Beyond as a
 8     whole.
 9          Q.   What does Milan do as a financial
10     adviser for DOM currently?
11          A.   He advises us.
12          Q.   Can you be more specific?
13          A.   No, I cannot -- I wouldn't -- I
14     will not know how to answer that.
15          Q.   Okay.
16          A.   You know, what needs to be done,
17     what is happening in the company, where
18     things need to be fixed, where we are able to
19     save money, where the -- you know, the
20     whole -- whatever needs to be done.
21          Q.   Understood.  Back to this email,
22     I'm going to summarize that in this email
23     personnel from Go Global and personnel from
24     DOM appear to be arranging an introduction
25     here.  Does that seem accurate to you?
```

23

1                          M. Srour

2          A.   It seems so, but I just want you to

3     be aware that we already were in contact with

4     Lazard.  We had an NDA that was signed with

5     Lazard and we got already whatever we needed

6     from Lazard regarding the bankruptcy so it's

7     not -- we knew that -- it's not new that --

8          Q.   Sorry, are you finished with your

9     answer?

10         A.   I'm saying that there was no new

11    information that we got from the Go Global

12    after that.

13         Q.   When did you first get in contact

14    with Lazard in relation to this auction?

15         A.   If I'm not mistaken, my people were

16    already in contact back in April -- in April

17    sometime.  As soon as buybuy BABY filed for

18    the bankruptcy, we were already getting

19    information.

20         Q.   And when did you get access to the

21    Lazard data room?

22         A.   I would not know that, but as soon

23    as the -- I'm sure that this NDA that we

24    signed, if it was back in April or May, I'm

25    not sure.

24

M. Srour

1

2      Q.    Why did you want to meet with Go
3   Global?

4      A.    Me and myself, I do not have no
5   idea.  My people recommended that we should.
6   Maybe there is something that we could do
7   together.

8      Q.    Let me break this down.  You
9   individually do not know why your company and
10   the people in your company wanted to meet
11   with Go Global?

12      A.    We were looking for people to go in
13   with us into putting -- to take over the
14   buybuy BABY and the name came up that they
15   will be a fit for us and that's why I believe
16   my people decided to go ahead and to meet
17   with them or to talk to them.

18      Q.    And what were you hoping
19   specifically to get from Go Global in a
20   potential partnership?

21      A.    Nothing.  We just -- it's an
22   opportunity and we spoke.

23      Q.    You wanted nothing from Go Global?

24      A.    We wanted a partner over there at
25   that time.

1                           M. Srour

2          Q.   Did you want Go Global's expertise

3      in any area?

4          A.   I do not see where their expertise

5      could help us out over here.

6          Q.   You know, what makes you say that?

7          A.   Because who they are and what they

8      do and how they carry themselves.

9          Q.   What do you mean by who they are?

10         A.   From the first meeting where I met

11     on that Monday night, I did not feel

12     comfortable about that.  And I don't know why

13     we went ahead and we met again on that

14     Thursday.

15         Q.   What did you mean by what they do?

16         A.   Who they are, I didn't like the

17     character.

18         Q.   Well, I think you explained the

19     character in terms of who they are.  You also

20     said what they do was a reason.

21         A.   It wasn't nothing that they're able

22     to give us.

23         Q.   They didn't give you anything?

24         A.   No.  As far as I'm concerned,

25     there's nothing that they provided or what we

26

                                M. Srour

1

2    got from them that meant anything because

3    they went ahead to the data room of Lazard

4    over there and they duplicated information

5    over there that they wanted.

6            MR. BERLOWITZ:  For the record, I

7        want the record to reflect that the

8        witness has stepped away from his

9        camera.  I don't know where he's gone.

10           THE WITNESS:  I'm back.  I'm sorry.

11       Q.  If you need to take a break, that's

12   okay.  I would request that you let us know

13   first.

14       A.  Sure, no problem.

15       Q.  I'm sharing another document with

16   you.  Do you see the document on your screen?

17       A.  Yes.

18       Q.  This document bears Bates number

19   DOM 17037.

20           MR. BERLOWITZ:  The other email I

21       presented that will be Plaintiff's

22       Exhibit 2.  I apologize for going out of

23       order.

24           (Whereupon, at this time, a

25       document was marked as Plaintiff's

27

                                    M. Srour

1

2          Exhibit 3, as of this date.)

3                    MR. BERLOWITZ:  This current

4          document I will mark as Plaintiff's

5          Exhibit 3.

6          Q.   This is an email from Avish Dahiya

7     to Christian Feuer.  Mark, you are cc'd.

8     Subject is connect.

9          And it appears to have an attachment

10    that's called GG NDA.  Do you recognize this

11    document?

12         A.   If I'm -- I'm seeing it for the

13    first time.

14         Q.   You're seeing the email for the

15    first time?

16         A.   Correct.

17                   (Whereupon, at this time, an

18         exhibit was displayed via Zoom.)

19                   (Whereupon, at this time, a

20         document was marked as Plaintiff's

21         Exhibit 4, as of this date.)

22                   MR. BERLOWITZ:  I'm now sharing a

23         different document.  I will mark this as

24         Plaintiff's Exhibit 4.  And we'll

25         represent this is a Go Global

28

1                          M. Srour

2          Nondisclosure agreement.  It bears Bates

3          number GG 8791 through 8794.

4          Q.   Mr. Srour, have you seen this

5     document before?

6          A.   I saw this document sometime in

7     July for the first time.

8          Q.   But you are familiar with this

9     document?

10         A.   That's when I know that there was

11    an NDA that was signed.

12         Q.   Is it your testimony that you were

13    unaware of the NDA until July of 2023?

14         A.   I heard that there was an NDA that

15    was signed.

16         Q.   When did you hear that?

17         A.   I cannot recall that.

18         Q.   I'm at the last page which is the

19    signature page.  And I see that on behalf of

20    Dream On Me this document is document signed

21    by Avish Dahiya.  Do you see that?

22         A.   Correct.

23         Q.   He signs on behalf of Dream On Me

24    Inc./DOM family.  Do you see that?

25         A.   Yes.

1                          M. Srour

2          Q.    What is the DOM family?

3          A.    D-O-M stands for Dream On Me.

4          Q.    Is the DOM family a collection of

5    different companies?

6          A.    No.

7          Q.    Is it just one company?

8          A.    Correct.

9          Q.    Do you always sign documents like

10   this?

11         A.    That's the first that's not my

12   signature.

13         Second, Avish was not authorized to sign

14   the NDA.

15         And third, any NDA that we usually --

16   where I need to sign, I always send it to a

17   lawyer to review before it gets signed.

18         Q.    You just testified that Avish was

19   not authorized to sign this NDA?

20         A.    Correct, he was not authorized to

21   sign it.

22         Q.    Who is Avish?

23         A.    Avish is the CMO of the company.

24         Q.    He worked at Dream On Me on

25   June 10, 2023?

30

1                          M. Srour

2          A.    Yes.

3          Q.    And he works there now still?

4          A.    Yes.

5          Q.    He never discussed this NDA with

6     you?

7          A.    No, he did not.

8          Q.    Do you have to give permission to

9     everyone in order to bind Dream On Me to

10    certain agreements?

11         A.    Hundred percent.  I have to put my

12    signature on it and I have to run it by a

13    lawyer.

14         Q.    Did you read this document when it

15    was emailed to you?

16         A.    No.

17         Q.    Do you know --

18         A.    I don't even think it was even

19    emailed to me.

20         Q.    Do you know if anyone at Dream On

21    Me read this document when it was emailed to

22    Dream On Me?

23         A.    I do not -- what I understood later

24    on is that there was pressure to sign the NDA

25    on that day on the 10th just for them to

31

1                          M. Srour

2        start talking.

3              Q.    This agreement is signed, correct?

4              A.    Obviously it's signed if there is a

5        signature there, but I know that there were

6        pressure to sign it as soon as possible

7        because the auction was going on and so on.

8              Q.    I apologize because I think I asked

9        this question, when did you first become

10       aware of this NDA?

11             A.    If I'm not mistaken, after we got

12       the IP.  Sometime in July.

13             Q.    After you had already won the

14       auction?

15             A.    Correct.

16             Q.    What due diligence had DOM done as

17       of June 10, 2023 in relation to the

18       bankruptcy auction?

19             A.    You'll have to ask Milan or Avish.

20       They were doing the due diligence.

21             Q.    Do you know if DOM has a written

22       policy with regard to the signing of

23       documents?

24             A.    Pardon me again?

25             Q.    Do you know whether DOM -- whether

32

M. Srour

1
2          Dream On Me has a written policy with regard
3          to the signing of documents?
4                A.    I'm not sure about that.
5                Q.    Was Avish aware that he needed your
6          authorization to sign the NDA?
7                A.    Yes.
8                Q.    You told him that?
9                A.    Any NDA that have to be signed,
10         that needs to be signed, it usually gets
11         signed by me.
12               Q.    Has Avish come to you before for
13         requests to sign a document on behalf of DOM?
14               A.    Yes, of course.
15               Q.    When?
16               A.    Whenever it needs to be signed over
17         there, he come and show it to us and I look
18         at it and if we have to sign it, if I need to
19         sign it, I sign it.
20               Q.    Can you recall a specific example
21         of a document that he came to you requesting
22         authorization to sign?
23               A.    No, I cannot recall specific.
24                     (Whereupon, at this time, an
25                     exhibit was displayed via Zoom.)

33

M. Srour

1

2     Q.  Can you see the document I am

3  displaying?

4     A.  Yes.

5        (Whereupon, at this time, a

6       document was marked as Plaintiff's

7       Exhibit 5, as of this date.)

8     Q.  I will represent that this is an

9  email from you to Milan Gandhi and Jack Srour

10  dated June 13, 2023 bearing Bates numbers DOM

11  2770 through 2771.

12       I'll give you a moment to read this

13  email.  I will have to scroll down.  Let me

14  know what you need to scroll.

15       (Whereupon, at this time, the

16       attorney scrolled through the exhibit as

17       requested.)

18     Q.  Have you read the email?

19     A.  No.  I did not.  Can you scroll

20  down so I can see what it's about.

21       (Whereupon, at this time, the

22       attorney scrolled through the exhibit as

23       requested.)

24     A.  Go ahead.  Can you go up.  Scroll

25  down now.

34

M. Srour

```
 1                              M. Srour
 2                  (Whereupon, at this time, the
 3              attorney scrolled through the exhibit as
 4              requested.)
 5         Q.    Do you recognize this document?
 6         A.    What do you mean do I recognize it?
 7         Q.    Have you seen this before?
 8         A.    Obviously if my name is there and I
 9     have a reply to that.
10         Q.    You wrote this email to Milan, is
11     that right, and you write thanks Milan?
12         A.    I'm replying to Milan.
13         Q.    I understand.  And in Milan's email
14     he writes, "Yesterday's dinner was necessary
15     to understand views and ask of both parties
16     and here are my views."  Do you see that?
17         A.    Go ahead.
18         Q.    It's referring to a dinner that
19     occurred on June 12, 2023.  Are you familiar
20     with that dinner?
21         A.    Yes, I was there.
22         Q.    And you attended?
23         A.    I paid for that dinner so I was
24     there.
25         Q.    Where was that dinner?
```

35

1                              M. Srour

2          A.    In a restaurant in New York.

3          Q.    Which restaurant?

4          A.    I don't recall the name.

5          Q.    Do you recall who attended?

6          A.    Yes, I was there.  I just said I

7      paid for the dinner.

8          Q.    Okay.  Who attended?

9          A.    For my side I knew Avish was there,

10     Milan and my son jack.

11         Q.    Anyone else from your side?

12         A.    No.

13         Q.    What about from the Go Global side?

14         A.    I know Christian was there.  If I'm

15     not mistaken, one or two ladies were there.

16         Q.    What did you discuss at this

17     dinner?

18         A.    We discussed -- first we got

19     introduced to each other.  We discussed what

20     we should do with this whole operation.

21         Q.    And what did you discuss in terms

22     of what you should do with this whole

23     operation?

24         A.    I am really not -- I don't recall

25     what was discussed with that.

36

1                              M. Srour

2          Q.   Do you recall any topics that were

3    discussed other than an introduction?

4          A.   The subject over here, what they

5    were doing over there, and what we are able

6    to do.  And I know that there were coming in

7    with $25 million into the table.

8          Q.   What did they tell you that they

9    could do?

10         A.   That they have the IT for it.  That

11   they are retailer in some Jen & Jack Stores

12   or something like that.  And we discussed

13   what we were able to add into this, into this

14   partnership.

15         Q.   You just said we discussed whether

16   DOM could add into the partnership, is that

17   accurate?

18         A.   Yes.

19         Q.   Was the idea that Go Global would

20   be the general partner?

21         A.   What do you mean by general

22   partner?

23         Q.   Let me rephrase.  Was the idea that

24   Dream On Me would provide money to Go Global

25   and Go Global would run the day-to-day

37

                                M. Srour

1

2    business if you guys did a joint partnership?

3        A.    Not at all.

4        Q.    And have one business?

5        A.    No, we would go in as a partner

6    together in this, what you call it -- in

7    this -- technically we would do a

8    partnership.  Dream On Me does not invest.

9        Q.    And at this meeting, did you

10   understand that Go Global wanted Dream On Me

11   to be a limited partner?

12       A.    What do you mean by limited?

13       Q.    Did you understand they didn't want

14   you to be actively -- that Go Global didn't

15   envision Dream On Me actively running the

16   day-to-day business?

17       A.    That's what I understood the

18   meeting that we had on Thursday when we had

19   Jack on the phone.

20       Q.    I'm asking about this meeting on --

21       A.    No, the discussion if I -- the

22   discussion was that we are doing it

23   together.

24       Q.    They never told you that they would

25   be running the day-to-day business?

38

                            M. Srour

1

2        A.    I will not have a second meeting

3    with them if that's what I understood from

4    that -- if that was their intention.

5        Q.    Sorry, my question is they never

6    told you at this meeting on June 12 that they

7    envisioned that Go Global would be running

8    the day-to-day to business?

9        A.    I'm answering you back that if that

10   was the topic, I would not have had a second

11   meeting with them on that Thursday.

12       Q.    Understood.  I didn't understand

13   your response.  Thank you for clarifying it.

14           Milan also writes in the second

15   paragraph, "Investment opportunity.  This is

16   a once in a lifetime opportunity to be one of

17   the owners of such an iconic retail brand."

18   Do you agree with that?

19       A.    Correct.

20       Q.    It was a once in a lifetime

21   opportunity?

22       A.    It is.

23       Q.    And you guys were very excited

24   about potentially winning a bid, is that

25   right?

39

M. Srour

1

2        A.    Correct.

3        Q.    In fact, you had been interested

4    since 2021, is that right?

5        A.    Correct.

6        Q.    So you were --

7        A.    You need to understand the

8    background of this here.  I've been in this

9    business for the last 45 years.  This is my

10   business.  Anything that have to do with the

11   juvenile furniture, baby gear, clothing,

12   anything that -- any merchandise that a baby

13   store sells, that's my business.

14        We in Dream On Me, we have approximately

15   around 2,000 SKU's that we sell into the

16   market.  So this is my business.

17        Now we were a vendor of the buybuy BABY.

18   And we did a large amount of sales with them

19   over the years.  So we knew the operation

20   inside out.  We knew the mistakes that they

21   were doing that we knew that we were able to

22   correct it on the spot.

23        So for me to get into this business was

24   a win/win.

25        Q.    So you weren't going to let an

1                          M. Srour

2    opportunity slip by you, is that right?

3         A.    Correct.

4         Q.    You were going to be very

5    aggressive about winning the bid, is that

6    right?

7         A.    Hundred percent.  Again, we had the

8    intention of doing it back from '21 and '22.

9         Q.    I'm on the second page of this

10   email.  In the middle there's a paragraph

11   beginning with the word summary.

12        A.    Yes.

13        Q.    I will direct you to the last

14   sentence in that paragraph that says,

15   "Technology Funding Supply Chain, Human

16   Capital Functions, they all have the inherent

17   risks and we shall be going into unchartered

18   territory, but Newco Management works

19   collectively as a team and collaborate

20   nicely, BBBY can again go to the place for

21   U.S. consumers."

22        Do you see that sentence?

23        A.    Yes, I see it.

24        Q.    Do you agree with that sentence?

25        A.    According to him.

41

                                  M. Srour

1

2      Q.    I'm asking if you agree with it?

3      A.    The main thing for me is the supply

4    chain, not the technology.

5      Q.    Was DOM going to be in unchartered

6    territory if they won the bid?

7      A.    What do you mean by unchartered

8    territory?

9      Q.    Well, I'm reading the sentence and

10   Milan says he's going to be in unchartered

11   territory and I asked if you agreed.

12     A.    I don't even understand what he

13   means by --

14     Q.    Does DOM have experience operating

15   technology for retail stores?

16     A.    No.

17     Q.    Does Dream On Me have experience

18   with funding for retail stores?

19     A.    What do you mean by funding?

20     Q.    Well, again, I'm pulling these

21   terms from the sentence that I read.

22   Mr. Gandhi writes that technology funding

23   supply chain and Human capital functions are

24   all inherent risks.  I'm asking if Dream On

25   Me has experience managing those kinds of

42

1                           M. Srour

2       risks.

3              Does Dream On Me have experience

4       managing a risk with regard to funding?

5              A.   You know in business you hire

6       people to get you there.  That's basically

7       what we did.

8              Q.   You didn't have experience, is that

9       right?

10             A.   We did not, but we had the

11      people -- we hired people that -- that's what

12      they do.

13             Q.   You hired people to fill in the

14      gaps for that experience, is that right?

15             A.   Yes.

16             Q.   Same question, but for supply

17      chain.

18             A.   Supply chain I was depending on

19      myself.

20             Q.   Did you have experience with

21      supply -- do you have experience with supply

22      chain?

23             A.   For the last 45 years.

24             Q.   What is your experience?

25             A.   My experience is the last 45 years

43

1                          M. Srour

2      being involved in baby items.  I have my own

3      two offices in China, one up north, one down

4      south.

5          I employ over there over -- close to, I

6      believe, 35, 40 people.  I have an office in

7      India with 80 personnel over there working

8      for us.  I have an office in Vietnam.  I have

9      an office in Turkey.  So that's where my

10     supply chain is coming.

11         I have my own factory in China where we

12     do all -- most of our furniture.

13         Q.   Are those companies that you're

14     mentioning, are they part of the Dream On Me

15     family?

16         A.   Yes.

17         Q.   What are the names of those

18     companies?

19         A.   There are no companies.  They are

20     my employees over there.

21         Q.   And they work for Dream On Me, Inc.

22     or Dream On Me, Industries?

23         A.   Correct.

24         Q.   What else are you making?  What

25     else are you manufacturing other than

44

1                          M. Srour

2    furniture?

3          A.    We manufacture strollers, walkers,

4    bedrails, you name it.  Whatever we see as an

5    opportunity we're able to sell in the baby

6    market, we manufacture it.

7                MR. BERLOWITZ:  This is, I believe,

8          Plaintiff's Exhibit 6.

9          Q.    I will change topics Mr. Srour.  I

10   apologize, I keep -- I think I keep

11   mispronouncing your name.

12         A.    It's fine.  You don't need to --

13   you can call me Mark.

14         Q.    You can call me Steve as well.  I

15   appreciate that, Mark.

16         A.    Sure.

17         Q.    Mark, do you know whether Dream On

18   Me requested access to Go Global's data room?

19         A.    The whole idea of the NDA that was

20   signed was to get access into the Go Global

21   data room.

22         Q.    So Dream On Me did have access, is

23   that right?

24         A.    Yes, I believe we did.

25         Q.    And did Dream On Me download the

45

1                            M. Srour

2      contents of that data room?

3          A.   As I mentioned before, what Go

4      Global did, they went ahead -- they had

5      access to the Lazard data room.  They were

6      able -- whatever was there, they transferred

7      it into their own data room and they just

8      changed the name.

9          They removed whatever was the buybuy

10     BABY there and they put Go Global.

11         Q.   You don't work for Go Global, do

12     you?

13         A.   No, I don't.

14         Q.   You don't know what Go Global did

15     to develop its documents, do you?

16         A.   Again, as far as I'm concerned, I

17     know that they copied the information that

18     was at Lazard and that information was

19     provided by the buybuy BABY team at that

20     time.

21         Q.   Did anyone tell you that?

22         A.   That's what my people told me.

23         Q.   Who told you that?

24         A.   Avish.

25         Q.   Anyone else?

46

1                          M. Srour

2          A.   Basically I think he was the one

3      who was getting the access over there into

4      the Go Global.

5          Q.   So Avish told you that Go Global

6      downloaded the documents from Lazard, copied

7      them, changed them and then presented them to

8      you?

9          A.   Correct.

10         Q.   Okay.

11         A.   There was nothing new that they

12     provided us.

13         Q.   Did you do anything to substantiate

14     or establish that that was true?

15         A.   I have to go with what Avish is

16     telling me.

17         Q.   You just relied on Avish?

18         A.   Yes.

19         Q.   Do you know how Avish learned of

20     this?

21         A.   He seen the documents.  He had

22     abscess to Lazard and access at Go Global.

23         Q.   Do you trust Avish?

24         A.   He wouldn't be with me if I didn't

25     trust him.

47

1                          M. Srour

2          Q.   But he did sign an agreement that

3    you didn't authorize him to sign?

4          A.   He was not authorized to sign,

5    correct.

6          Q.   But you still trust him?

7          A.   Yes, I do.

8          Q.   Did you --

9          A.   I'm very upset at him that he

10   signed the NDA without having a lawyer review

11   it, but things happen.

12         Q.   Is it your testimony that Dream On

13   Me did not have a lawyer review the NDA

14   before Avish signed it?

15         A.   Hundred percent.  Again, they put

16   him under pressure just to sign the NDA.

17         Q.   By they, you mean Go Global?

18         A.   Correct.

19         Q.   Anyone specific at Go Global?

20         A.   If I'm not mistaken, he was

21   involved with Christian at that time or Jeff,

22   I don't know, one of the owners over there at

23   Go Global.

24         Q.   Did you share any of the Go Global

25   documents you downloaded from the data room

48

```
 1                          M. Srour
 2      with anyone outside of Dream On Me?
 3           A.   Not that I recall.
 4           Q.   Did you review any of the Go Global
 5      documents when they were sent to you?
 6           A.   No.
 7           Q.   Including the model?
 8           A.   The only thing I was looking at at
 9      that time was the model, but I know that the
10      model was coming in from Lazard and we were
11      involved with the -- who was it over there?
12      From the buybuy BABY, the CEO at that time,
13      Patty the name was.  And Alixpartners also
14      they were involved with them.
15           Q.   I'm going to share another document
16      with you.
17                (Whereupon, at this time, an
18                exhibit was displayed via Zoom.)
19                (Whereupon, at this time, a
20                document was marked as Plaintiff's
21                Exhibit 6, as of this date.)
22                MR. BERLOWITZ:  We'll mark this as
23                six.
24           Q.   Do you see the document I'm
25      displaying on your screen, Mark?
```

49

                                M. Srour

1

2          A.   Yes.

3          Q.   This is a email from Mark to

4     Charles DOM.  The subject is Go Global BBB

5     investment.  And it attaches two documents,

6     1.6.2 baby 1.6.1 GG baby LRP document.  This

7     is Bates stamped DOM 2943.

8          Do you recognize this document?

9          A.   Yes.

10         Q.   This is an email that you sent,

11    correct?

12         A.   Yes.

13         Q.   You sent it to Charles DOM, is that

14    right?

15         A.   Yes.

16         Q.   Who is Charles DOM?

17         A.   My CFO.

18         Q.   Is DOM his last name or is that

19    just --

20         A.   That's the way I put them.  I have

21    so many addresses in my mailbox over here so

22    I know exactly who it is and what.

23         Q.   Was Charles involved in -- what is

24    Charles' last name?

25         A.   Glickman.

50

                              M. Srour

1

2       Q.   Was Mr. Glickman involved in --

3       A.   No, he was not involved.

4       Q.   He was not involved?

5       A.   No.

6       Q.   Why did you send him in this email?

7       A.   Because he's my CFO.

8       Q.   Well, if he's not involved, why

9  does he need to have this email?

10      A.   Because he is my CFO at Dream On Me

11  and it was sent to him.

12      Q.   Does he work with Milan?

13      A.   I know that they talk together.

14      Q.   The email below that you're

15  forwarding is an email from Avish dated

16  June 11, 2023.  Do you see that?

17      A.   Go ahead.

18      Q.   And it says, "Attached is the

19  investment presentation by Go Global on BBB

20  and the financial model."  Do you see that?

21      A.   Yes.

22      Q.   That sentence is, "They're bidding

23  ███████████ and expect another ███████████ as

24  working capital to run the business with ███

25  plus stores."  Do you see that?

51

                              M. Srour
1
2        A.   Yes.
3        Q.   Before you received this email, did
4    you know that they were bidding -- that Go
5    Global was bidding ████████?
6        A.   I do not recall that.
7        Q.   Before you received this email, did
8    you know that they expected another ███
9    ████ past working capital?
10       A.   I know that -- if that's their
11   model, that's the model.
12       Q.   You didn't know this information
13   until Go Global provided it to you, is that
14   right?
15       A.   If this is their model and that's
16   why they're looking at a total of 150,
17   $160 million to run the operation so --
18       Q.   I'm asking if you knew this
19   information before Go Global provided you
20   access to the data room?
21       A.   I do not recall that.
22       Q.   You do not recall knowing this
23   information, is that right?
24       A.   I guess so.
25       Q.   Okay.  This graphic in the middle,

1                            M. Srour

2     it begins with investment and has a couple of

3     bullet points and then there's another piece

4     on the right.  Do you recognize this graphic?

5          A.   Yes.

6          Q.   This graphic is part of Go Global's

7     presentation, is that right?

8          A.   Correct.

9          Q.   It actually --

10         A.   That's the first presentation.  The

11    presentation that came in on June 14 or the

12    13th, you see where it says Go Global

13    ██████████  over there?

14         Q.   Under the last full bullet point?

15         A.   No.  No.  No.  On the right side

16    where it says over there Go Global --

17         Q.   Are you referring to this piece

18    here?

19         A.   Yes.

20         Q.   I see where you're pointing.

21         A.   Now the presentation that was

22    shared with us from them on the 13th or the

23    14th of June, their name disappeared.  So

24    they were not putting anymore money.  In

25    discussion that we had on the 12th that they

53

1                           M. Srour

2     were -- they were coming in with ██ to

3     ████████████ into this partnership.

4           Q.   This graphic is from, I want to

5     clarify, this graphic is from the Go Global

6     Baby, LRP model, is that right?

7           A.   Yes, it says it over there.

8           Q.   I'm showing you another email.

9                MR. BERLOWITZ:  This email bears

10               Bates number DOM 2969.  It is an email

11               from Mark to Michael Tennyson and Gary

12               Mason dated June 24, 2023 and this will

13               be Plaintiff's Exhibit 7.

14                    (Whereupon, at this time, a

15               document was marked as Plaintiff's

16               Exhibit 7, as of this date.)

17                    (Whereupon, at this time, an

18               exhibit was displayed via Zoom.)

19          Q.   Do you recognize this email?

20          A.   I recognize the name.

21          Q.   This email was written by you,

22     correct?

23          A.   Go ahead.

24          Q.   And it's dated June 14, correct?

25          A.   Correct.

54

1                           M. Srour

2          Q.   It's sent to Michael Tennyson,

3     correct?

4          A.   Correct.

5          Q.   Who is Michael Tennyson?

6          A.   He is my real estate partner.

7          Q.   Does he work for Dream On Me?

8          A.   No.

9          Q.   Where does he work?

10         A.   He have a company by the -- he is a

11    real estate developer.

12         Q.   Do you know the name of his

13    company?

14         A.   Ashland.

15         Q.   Does he work for Ashland or does he

16    own that company?

17         A.   He owns it.

18         Q.   And you said he's a real estate

19    developer?

20         A.   Correct.

21         Q.   And you, in this email, are

22    forwarding the Go Global Baby, LRP model to

23    him, is that right?

24         A.   Correct.

25         Q.   Why did you forward it to him?

55

M. Srour

1

2      A.   Because I was looking to bring him

3    into the deal at this point.

4      Q.   Had Dream On Me conducted any due

5    diligence in relation to the buybuy BABY

6    bankruptcy auction?

7      A.   My people did, yeah.

8      Q.   Did you send Michael Tennyson any

9    of your own internal due diligence?

10     A.   I cannot recall that.

11     Q.   But you did send him Go Global's,

12   is that right?

13     A.   Go ahead.

14     Q.   When you say go ahead, is that an

15   affirmation of what I just said?

16     A.   Correct.

17     Q.   Okay.

18     A.   I do not recall sending him

19   anything else over there.

20     Q.   Did you send him this document

21   because you wanted him to invest?

22     A.   Correct.

23     Q.   Did he invest?

24     A.   No, he didn't have the money at

25   that time.

56

                                M. Srour

1

2        Q.    Did you discuss the Go Global model

3    that you sent with him?

4        A.    I believe I did.

5        Q.    When did you do that?

6        A.    After I sent it to him?

7        Q.    Was that a telephone call?

8        A.    I believe so.

9        Q.    And when you spoke with him, can

10   you please tell me about that conversation,

11   what was discussed?

12       A.    Discussed for him -- I told him

13   that's what we are doing.  We are investing

14   in the buybuy BABY and if he have the money,

15   to come in.

16       Q.    What else was discussed?

17       A.    Regarding the matter over there,

18   that's the only thing that was discussed.

19       Q.    You also sent this email to Gary

20   Mason, is that correct?

21       A.    Correct.

22       Q.    Who is Gary Mason?

23       A.    He works for Michael Tennyson.

24       Q.    Do you know what Gary Mason does

25   for Michael Tennyson?

57

M. Srour

1

2      A.   He is his CEO.

3      Q.   Did Gary Mason participate in the

4  call you had with Michael Tennyson?

5      A.   I cannot recall.

6      Q.   Did you have an independent

7  conversation with Gary Mason about a

8  potential investment?

9      A.   I don't think so.

10         (Whereupon, at this time, an

11         exhibit was displayed via Zoom.)

12         MR. BERLOWITZ:  I'm now sharing a

13         new document.  This is an email sent

14         from Mark to Michael Tennyson and Gary

15         Mason dated June 14, 2023.  It bears

16         Bates number DOM 2995.  This is

17         Plaintiff's 8.

18         (Whereupon, at this time, a

19         document was marked as Plaintiff's

20         Exhibit 8, as of this date.)

21     Q.   Mark, do you recognize this

22  document?

23     A.   Go ahead.

24     Q.   If you please, could you say yes or

25  no to my questions?

58

M. Srour

2      A.    Yes.

3      Q.    Thank you.  You write, "Mike, look

4   into it.  It's a great investment," is that

5   right?

6      A.    Correct.

7      Q.    Why did you think this was such a

8   great investment?

9      A.    Because I was looking to invest in

10   it.

11      Q.    By it, what is it, what is the

12   investment?

13      A.    To invest in the buybuy BABY.

14      Q.    And do you know whether Mike looked

15   into it?

16      A.    If he looked into it, he may have.

17   I'm sure he did.

18              (Whereupon, at this time, an

19           exhibit was displayed via Zoom.)

20      Q.    I'm showing you another email, but

21   I have one final question about the previous

22   document.  I can bring it back up if that

23   helps although I don't think it's necessary.

24      What did an investment look like to you

25   at the time you sent that email to Tennyson?

59

1                          M. Srour

2              MR. SKOFF:  Objection to form, but

3         you can answer.

4         A.   Can you ask that question again.

5         Q.   Sure.  Of course.  What did an

6    investment look like to you at the time that

7    you sent that email to Michael Tennyson?

8              MR. SKOFF:  Same objection.  You

9         can answer.

10        A.   It's a good investment.  We have

11   the capital coming on it.

12        Q.   I guess I want to know a little bit

13   more about the contours or details of the

14   type of investment you sought?

15        A.   Investing in the buybuy BABY.

16        Q.   For how much did you want from

17   them?

18        A.   As much as he can come up with.

19        Q.   How much did you think he could

20   come up with?

21        A.   Come up with five, ████████.

22        Q.   And what role did you envision them

23   having?

24        A.   What do you mean what role?

25        Q.   Did you envision them helping you

60

                              M. Srour

1

2    run the day-to-day business if you --

3         A.    No, only to invest money.

4         Q.    When you seek investments, you only

5    want the money, is that right?

6         A.    Correct.

7         Q.    You don't want people -- you want

8    to be in charge?

9         A.    Again, when we -- it's all depends

10   of what each person does.  If that is his

11   business, if he's a business developer and

12   there is a property that we looking to buy or

13   something to develop, I do depend on him

14   because that's his business.  He will take my

15   money and will invest it and then we'll share

16   the profit.

17        Q.    I believe you said that Michael

18   Tennyson was a real estate developer?

19        A.    Correct.

20        Q.    So were you speaking to him because

21   you were interested in the stores that were

22   being auctioned off, the store leases?

23        A.    Again, I've invested with Mike

24   Tennyson on many different real estate

25   projects.  So for me to bring him in, if I

61

                                M. Srour

1
2      have something and it's good, you know, it's
3      fair just to bring -- it's fair to bring the
4      person in.
5            Q.   At that time --
6            A.   Especially when you need money.
7            Q.   I didn't mean to cut you off.  Are
8      you finished?
9            A.   Yes, I am.
10           Q.   At the time you sent that email to
11     Michael Tennyson, were you thinking of buying
12     the intellectual property of buybuy BABY?
13           A.   I was looking to get as much money
14     that I'm able to get from investors to try to
15     get the most stores to run it.
16           Q.   You had a conversation with
17     Mr. Tennyson about this, is that right?
18           A.   Yes.
19           Q.   When you spoke to him, did you tell
20     him or was there a conversation about what
21     you were bidding on?
22           A.   Listen, everyone knew who was
23     buybuy BABY.  Buybuy BABY have been around
24     for the last 30 years so --
25           Q.   Let me clarify.  You understand

62

                            M. Srour
1
2      that there is a difference between purchasing
3      the intellectual property assets of buybuy
4      BABY as distinct from the going concern,
5      correct?
6              A.   Go ahead.
7              Q.   Is that a yes?
8              A.   Yes.
9              Q.   So when you spoke to Michael
10     Tennyson, did you speak to him about buying
11     the stores --
12             A.   Yes.
13             Q.   Excuse me, please let me finish.
14             A.   You're looking to get the IP and
15     the stores to make a package deal together.
16             Q.   Okay.
17             A.   We were having the same
18     conversation that we were having with Lazard.
19     We were having the conversation with 6th
20     Street.  We needed money.
21             Q.   I'm displaying an email on your
22     screen, just to change topics.  It's from
23     Scott Englander to Mark.  It is dated
24     June 15.  It's Bates number DOM 3028.
25                  (Whereupon, at this time, an

63

1                           M. Srour

2           exhibit was displayed via Zoom.)

3                (Whereupon, at this time, a

4           document was marked as Plaintiff's

5           Exhibit 9, as of this date.)

6           Q.    Do you recognize this email?

7           A.    Yes.

8           Q.    The email from Scott Englander, who

9     is Scott Englander?

10          A.    He is also a real estate -- he's

11    involved in real estate.  He works for JFR.

12    JFR is another partner of mine on the real

13    estate side.

14          And the same information that was sent

15    to Mike Tennyson was sent to Yussi.

16          Q.    Scott Englander does not work for

17    Dream On Me, correct?

18          A.    No, he works for JFR Global.

19          Q.    And he is not an agent of Dream On

20    Me, is that correct?

21          A.    No, he is not.

22          Q.    You mentioned someone named, I

23    apologize if I mispronounce it, Yussy?

24          A.    Correct.

25          Q.    Who is Yussy?

1                         M. Srour

2         A.   Yussy is the owner of JFR.  He is

3    also in the real estate business.

4         Q.   Is Yussy Joseph Friedland?

5         A.   Correct.

6         Q.   Does Scott and Yussy work together?

7         A.   Scott works for Yussy.

8         Q.   Scott works for Yussy, okay?

9         A.   Yes.

10         Q.   You write to Yussy, the is on

11    June 14, "Yussy, I'm going in heavy into this

12    investment.  That's my business for the last

13    43 years.  Will like you to come in with me."

14    Do you see that?

15         A.   Yes, correct.

16         Q.   Did you speak to Yussy about this

17    deal?

18         A.   I believe a week after or something

19    like that, yes, we did, we did speak to them.

20         Q.   When you say we, did other people

21    from Dream On Me participate in this

22    conversation?

23         A.   I believe during my meeting with

24    Yussy regarding this investment, we got Avish

25    on the phone and Yussy was asking Avish many

1                        M. Srour

2      questions.

3            Q.   What questions was he asking?

4            A.   I cannot recall the questions that

5      was asked, but he asked him about the

6      business, about the model.

7            Q.   He asked him about the Go Global

8      model?

9            A.   Not the Go Global.  In general,

10     about this business.

11           Q.   Do you know if you sent Scott

12     Englander or Yussy the Go Global model?

13           A.   I believe I did.

14           Q.   You did.  Did you discuss the Go

15     Global model with them during that

16     conversation?

17           A.   Yes.

18           Q.   And do you know when that

19     conversation happened?

20           A.   I believe the week after.

21           Q.   The week after June 14?

22           A.   Yes.

23           Q.   What, in particular, in the Go

24     Global model did you discuss?

25           A.   The same discussion that I had with

1                               M. Srour

2        Mike Tennyson.

3            Q.    And what was that?

4            A.    To come in, into the deal.

5            Q.    Were there any particular portions

6        of the Go Global model that you discussed

7        with Yussy or Scott Englander?

8            A.    No.

9            Q.    Did Yussy invest?

10           A.    Yes.

11           Q.    Did Scott invest?

12           A.    Scott, no.

13           Q.    Sorry, did you say no?

14           A.    No.

15           Q.    How much did Yussy invest?

16           A.    ███████.

17           Q.    Do you know why he invested?

18           A.    Because he trusted me and he knows

19       that that's my business.

20           Q.    Did he say anything else about why

21       he invested?

22           A.    Again, he -- he understands that

23       that's my business for the last 43 years.

24       And I'm running an operation of the Dream On

25       Me and it should be a win/win.

                              M. Srour

1

2       Q.    What do you mean by win/win?

3       A.    Going to be a good investment.

4       Q.    For you and for Yussy?

5       A.    Yes.

6       Q.    Has it been a good investment?

7       A.    That's a good question.  No.

8       Q.    Has Yussy invested with you in

9    other projects?

10      A.    Not yet, but we working on other

11   things at the same time.

12      Q.    You have other investors -- do you

13   have other investors in other projects, in

14   general?

15      A.    I have two more investors that came

16   into the buybuy BABY with me.

17      Q.    When you spoke to them to try to

18   convince them to join you, do they want to

19   see documents in general?

20          MR. SKOFF:  Objection to form, but

21      you can answer.

22      A.    Basically everybody is looking at

23   the model.

24      Q.    They were all looking at the model.

25   In this instance with Yussy, he was looking

68

1                              M. Srour

2        at the Go Global model, is that right?

3            A.   I'm -- if it was the Go Global

4        model, yes, it was.

5            Q.   I believe you testified that you

6        did send the Go Global model to Scott

7        Englander and Yussy, is that right?

8            A.   Yes.

9            Q.   I just want to clarify, at the

10       bottom of this email there is what appears to

11       be attachments.  One of those attachments is

12       the Go Global Baby, LRP model.  Is it

13       accurate that this is the email that you sent

14       to Yussy and Scott Englander in which you

15       attached these documents?

16           A.   Correct.

17           Q.   Were there other materials that you

18       discussed with Yussy when you had your

19       conversation with him?

20           A.   Not that I recall.

21           Q.   You can't recall any other

22       documents that you discussed?

23           A.   No, I do not.

24           Q.   But you do recall discussing the Go

25       Global model?

69

M. Srour

1

2      A.   Yes.

3      Q.   Okay.

4           MR. BERLOWITZ:  I'm sharing with

5      you another document.

6      Q.   Can you see it on your screen,

7   Mark?

8      A.   Yes.

9           (Whereupon, at this time, an

10      exhibit was displayed via Zoom.)

11           (Whereupon, at this time, a

12      document was marked as Plaintiff's

13      Exhibit 10, as of this date.)

14      A.   Go ahead.

15      Q.   This is an email from Mark to Scott

16   Englander.  It is dated June 16.  It bears

17   Bates number DOM 3039.  It appears to be one

18   page.  Do you recognize this document?

19      A.   Go ahead.

20      Q.   Mark, I would appreciate if you

21   could say yes or no --

22      A.   Yes.

23      Q.   -- to my questions.

24      A.   Yes.

25      Q.   Thank you.  You spoke previously

70

1                           M. Srour

2       about scheduling a call with Yussy and

3       Englander and you write in this email, "Let's

4       schedule a Sunday call."  Is that the call

5       that you were referring to?

6             A.    I believe so.

7             Q.    To the best of your recollection,

8       was there another call or another meeting

9       with Yussy and Scott Englander?

10            A.    With Yussy, I had one meeting.  And

11      with Scott, I had another meeting also.

12            Q.    You had different meetings?

13            A.    Yes.

14            Q.    When did you speak with Scott?

15            A.    Trying to -- it was on the Sunday

16      of the 16th or 18th.

17            Q.    And what did you discuss?

18            A.    I discussed also the whole

19      opportunity with the buybuy BABY.

20            Q.    And Yussy did not participate in

21      that call?

22            A.    No.

23            Q.    Did you discuss with Scott the Go

24      Global model?

25            A.    Yes.

71

1                           M. Srour

2          Q.   What do you recall specifically

3     about what you discussed about the Go Global

4     model?

5          A.   It's a good opportunity, come in,

6     bring me people.

7          Scott was looking to invest himself and

8     Scott was working with bringing other people

9     that he know that have money.

10         Q.   You thought this was a good deal,

11    is that right?

12         A.   I would not buy it if I didn't

13    think it would be a good deal.

14         Q.   You told Scott that you thought it

15    was a good deal, is that right?

16         A.   Correct.

17         Q.   And to substantiate that statement,

18    did you show Scott the Go Global model?

19         A.   Yes.

20         Q.   And what did he say when you did

21    that?

22         A.   He liked the model.

23         Q.   He liked the Go Global model, is

24    that right?

25         A.   Yes.

72

M. Srour

1    Q.   Did Scott bring anyone else to
2
3    invest?

4    A.   He did bring me one guy that we
5    ended up -- we ended up letting him go.

6    Q.   Did anyone else participate in this
7    meeting with you and Scott?

8    A.   We had a person by the name Jacob
9    that was there.  Avish was there.  Milan was
10   there.  And I think my son Jack was there
11   also.

12   Q.   Who is Jacob?

13   A.   Jacob was an investor that Scott --
14   a friend of Scott's.

15   Q.   Does Jacob work for Dream On Me?

16   A.   No.

17   Q.   Is Jacob an agent for Dream On Me?

18   A.   No.

19   Q.   At the time you met with Jacob, he
20   didn't work for Dream On Me?

21   A.   No.

22   Q.   Do you know if Scott shared the Go
23   Global model with Jacob?

24   A.   Yes, he did.

25   Q.   Did you discuss the Go Global model

1                              M. Srour

2      with Jacob?

3            A.   Yes, in the meeting that we had.

4            Q.   Do you know if Jacob shared the Go

5      Global model with anybody?

6            A.   No.

7            Q.   Do you know if --

8            A.   One second.  One second.  I know

9      that Jacob got access into the Lazard data

10     room because he needed to sign an NDA for

11     that.

12           Q.   To clarify, you do not know whether

13     he shared the Go Global model with anyone

14     else, is that right?

15           A.   I do not know.

16           Q.   Do you know whether Jacob had an

17     NDA or permission to view the Go Global data

18     room?

19           A.   He had -- he did sign an NDA with

20     Lazard.

21           Q.   Not with Go Global?

22           A.   Not with Go Global.  Now when you

23     are referring to the --

24           Q.   Sorry?

25           A.   I thought you -- nothing.  Forget

74

1                           M. Srour

2       it.

3            Q.   One moment, please.

4                 (Whereupon, at this time, there was

5            a pause in the proceeding.)

6            Q.   Is Jacob, Jacob Sod?

7            A.   Yes, Jacob Sod.

8            Q.   Do you know if Scott shared the Go

9       Global model with anyone else other than

10      Jacob Sod?

11           A.   I wouldn't know.  I don't know what

12      he did with it.

13           Q.   Okay.  That's fine.  Did Scott or

14      Jacob have questions about the Go Global

15      model?

16           A.   I do not recall.

17           Q.   In this email Scott writes to you

18      on June 16, "I wish you sent this to us

19      sooner."

20           And you respond, "Just received the

21      information the same day was sent out to

22      you."  Do you see that?

23           A.   Yes.

24           Q.   What information are you referring

25      to?

75

1                          M. Srour

2          A.    I'm not sure.

3          Q.    Could it be the Go Global model?

4          A.    Possible.

5          Q.    Similar question, the first email

6     on June 15 from Scott, he writes, "Just so

7     you are aware, Yussy was overseas the last

8     two weeks.  He says he will review the

9     materials over the weekend and will call you

10    on Monday."  Do you see that?

11         A.    Yes.

12         Q.    When he says the materials, do you

13    know what he's referring to?

14         A.    The model that was shared with him.

15         Q.    Is that the Go Global model?

16         A.    If you want to call it the Go

17    Global --

18         Q.    I want to know if he's referring to

19    the model that Go Global prepared?

20         A.    Obviously he's referring to the

21    information that was sent to him back on the

22    13th or the 14th or the 16th there.

23         Q.    And did that include Go Global's

24    information that you obtained from the Go

25    Global data room?

76

M. Srour

1

2      A.   I don't know.  From the -- which

3      data room?

4      Q.   You wrote that you sent the

5      information the same day that you got it.

6      When did you get the information?

7      A.   The 13th, I believe, the 13th of

8      the month.

9      Q.   Do you know what other information

10     you sent to Scott and to Yussy?

11     A.   Basically the model.

12     Q.   Did you send anything that Dream On

13     Me prepared to Scott and Yussy?

14     A.   I don't recall that.  There were

15     other models that were shared with the

16     investors so it wasn't only the Go Global,

17     what you call the Go Global.

18     Q.   You did share the Go Global model,

19     right?

20     A.   Again, there were many, what you

21     call it, many models were shared at that

22     time.

23     Q.   I'm showing you another email.

24     This is from Avish to you and Milan.  It is

25     dated June 14.  The subject is Go Global BBB

77

1                        M. Srour

2       document link.  It bears Bates number DOM

3       2800.

4                    (Whereupon, at this time, an

5              exhibit was displayed via Zoom.)

6                    (Whereupon, at this time, a

7              document was marked as Plaintiff's

8              Exhibit 11, as of this date.)

9           Q.   Do you recognize this document?

10          A.   I believe that's the model.

11          Q.   When you say you believe that's the

12      model, can you explain -- I'm asking if you

13      recognize the email?

14          A.   How you want me to go back a year

15      back right now to understand and to look and

16      tell you exactly what it is.

17          If that's the model -- I believe what

18      was shared at that time was the model.

19          Q.   This email continues with a drop

20      box link, is that correct?

21          A.   Go ahead.

22          Q.   I would appreciate it if you would

23      answer yes or no.

24          A.   Yes.  Sure.  No problem.

25          Q.   Just so you're aware, I just want

1                          M. Srour

2      to create a clean record so your answer yes

3      or no would be appreciated.

4          I know it's easy to have a conversation,

5      but for the record, I would prefer clarity.

6          Does Dream On Me use Dropbox?

7          A.   Yes.

8          Q.   What does it use Dropbox for?

9          A.   For information that's stored, for

10     information that we send between us.

11         Q.   So you use it -- Dream On Me uses

12     it to store documents?

13         A.   I believe so.

14         Q.   Did Dream On Me use Dropbox to

15     store Go Global's work in relation to the

16     buybuy BABY auction?

17         A.   I do not know that.

18         Q.   Do you know why an email was sent?

19         A.   No.

20         Q.   Did you ever speak to Avish about

21     this email?

22         A.   It was the model that was -- that

23     we were discussing among us all with the

24     investors.

25         Q.   Have you ever been on the Dream On

79

1                                    M. Srour

2       Me Dropbox?

3           A.    Not really.

4           Q.    Never?

5           A.    Again, to go back regarding the Go

6       Global model, what I understood was that this

7       is the buybuy BABY model that was taken from

8       Lazard, that Go Global just put their name on

9       it and they used that.

10          Q.    I believe I recall you said your

11      basis for that understanding is that Avish

12      told you that?

13          A.    Correct.

14          Q.    Anyone else tell you that?

15          A.    I don't know.

16          Q.    Do you have any other reason to

17      believe that?

18          A.    If I'm not mistaken, when we were

19      talking to the CEO of buybuy BABY, Patty and

20      to Alizpartners, they are the one that

21      created those models.

22          So all that information where you see

23      inside, this is not -- this is not Go

24      Global's information.

25          Q.    I'm showing you -- excuse me I'm

80

1                                M. Srour

2          showing you an email from Avish to Jacob Sod

3          and Scott Englander.  It is dated June 19.

4                    (Whereupon, at this time, an

5               exhibit was displayed via Zoom.)

6                    (Whereupon, at this time, a

7               document was marked as Plaintiff's

8               Exhibit  as of this date.)

9                    MR. BERLOWITZ:  It has Bates number

10              DOM 10868.

11          Q.    Do you recognize this email?

12          A.    Go ahead.

13          Q.    Do you recognize this email?

14          A.    I'm seeing it now.

15          Q.    I'm asking if you remember this

16     email?

17          A.    No, I do not remember this email.

18          Q.    You're cc'd on this email, correct?

19          A.    Yes.

20          Q.    Avish writes, "Link below to data

21     room under DOM NDA."  Do you see that?

22          A.    Go ahead.

23          Q.    Do you see that, yes or no?

24          A.    Yes.

25          Q.    Thank you.  There's also a link

1                              M. Srour

2      below that appears to be there?

3           A.   Yes.

4           Q.   What documents did Dream On Me keep

5      in Dropbox?

6           A.   I do not know.

7           Q.   Who would know?

8           A.   Whoever sent it.

9           Q.   So Avish would know?

10          A.   He should if he's the one who sent

11     it.

12          Q.   Is there anyone else who would

13     know?

14          A.   Not that I can recall.

15          Q.   This email was sent to Jacob Sod

16     and Scott Englander.  Do you see that?

17          A.   Yes.

18          Q.   So Dream On Me is providing Jacob

19     and Scott access to documents with regard to

20     the buybuy BABY auction, is that right?

21          A.   I believe so.

22          Q.   At this point on Monday June 19,

23     what due diligence had DOM conducted in

24     relation to the auction?

25          A.   You'll have to ask Avish.

82

1                          M. Srour

2          Q.    You don't know?

3          A.    No.

4          Q.    Who else would know other than

5     Avish?

6          A.    Avish and Milan.

7          Q.    And anyone else?

8          A.    No.

9          Q.    At the bottom of the email, this is

10    from Scott Englander, he writes, "Here is the

11    chain."  Do you see that?

12         A.    Go ahead.

13         Q.    Do you know if there was more to

14    this email that followed the sentence here,

15    here is the chain?

16         A.    I don't know.

17         Q.    You don't know?

18         A.    No.

19              MR. BERLOWITZ:  I would like to

20         request, I guess, the native production

21         of this email.  We can discuss it

22         afterward.

23              MR. SKOFF:  Send us requests in

24         writing after the deposition and we'll

25         take it under advisement.

83

                              M. Srour

1

2              MR. BERLOWITZ:  Understood.

3        A.   As far as I know that's the only

4    model that was shared.

5              MR. BERLOWITZ:  We've been going

6         for about an hour and a half.  I would

7         like to take a quick break if that's

8         okay with everyone.

9              MR. SKOFF:  Absolutely.  15

10        minutes.

11             (Whereupon, at this time, there was

12        a pause in the proceeding.)

13        Q.   Mark, I believe you testified that

14   Dream On Me and Go Global had a meeting on

15   June 12 at a restaurant, is that correct?

16        A.   Correct.

17        Q.   And there was also another meeting

18   on June 15, is that correct?

19        A.   Yes.

20        Q.   The June 15 meeting was at your

21   office, is that right?

22        A.   Correct.

23        Q.   What was your view of Go Global

24   before the June 12 meeting?

25        A.   I did not know nothing about them.

84

M. Srour

1      Q.    What did your employees at Dream On
2   Me think about Go Global?
4           MR. SKOFF:  Objection to form.
5           Hold on.  Objection to form, but you can
6           answer.
7      A.    I know what they told me after the
8   restaurant meeting, that they are not
9   comfortable.
10      Q.    What did they say to you before --
11   the restaurant meeting you're referring to is
12   the June 12 meeting?
13      A.    Correct.
14      Q.    What did they say to you before the
15   June 12 meeting about Go Global?
16      A.    That let's sit and talk to them and
17   see exactly what they are able to offer us.
18      Q.    Did they have an idea what Go
19   Global might be able to offer Dream On Me?
20      A.    They were coming in to try to do
21   some kind of a partnership with them.
22      Q.    And what was your view on what you
23   wanted Go Global to bring to the partnership?
24      A.    From my understanding, that they
25   had some kind of IT over there that they are

                           M. Srour
1
2       specialized in or something like that, that's
3       what they're coming in with.
4           Q.   You thought they can assist you
5       with IT; is that your testimony?
6           A.   I have to take that call.  One
7       second please.
8                (Whereupon, at this time, there was
9           a pause in the proceeding.)
10          A.   Sorry about that.
11          Q.   I want the record to reflect that
12      Mark, you took a phone call.  That call
13      didn't have anything to do with this
14      litigation, did it?
15          A.   No, not at all.
16               MR. BERLOWITZ:  Can you read back
17          the last question.
18               (Whereupon, the record was read as
19          requested.)
20          A.   Correct, yes.  With IT and bringing
21      money into the table and they had their own
22      investors that they were coming in, that had
23      money to come in.
24          Q.   So one reason you were interested
25      in Go Global is because of the money and

1                            M. Srour

2         investors, is that right?

3              A.   Correct.

4              Q.   And another reason is because of

5         the IT, is that right?

6              A.   That's what they claim.

7              Q.   I understand.

8              A.   It doesn't mean -- what they're

9         hoping doesn't mean anything.

10             Q.   When they claimed that, you were

11        interested?

12             A.   We were listening.

13             Q.   Any other reason you were

14        interested in speaking with Go Global?

15             A.   No, there was no other reasons.

16             Q.   No other reasons?

17             A.   No.

18                  (Whereupon, at this time, an

19             exhibit was displayed via Zoom.)

20             Q.   I'm displaying a document, Mark, on

21        your screen.  Can you see this?

22             A.   Yes.

23                  (Whereupon, at this time, a

24             document was marked as Plaintiff's

25             Exhibit 13, as of this date.)

87

1                          M. Srour

2          Q.   I'm going to represent to you that

3      this is a transcript of the meeting that was

4      held on June 15.

5          Unfortunately it is a -- the transcript

6      is, I think, it's only half the transcript,

7      but I will ask you about the portions that

8      are in here.

9          First, I would like to ask you, you

10     participated in this June 15 meeting,

11     correct?

12         A.   Yes.

13              MR. SKOFF:  Objection.  Can we mark

14         this as an exhibit.  Is there a Bates

15         number?

16              MR. BERLOWITZ:  There is not.  We

17         just got this.  I have not produced this

18         yet.

19              I'll represent to you, Judah, the

20         video was produced from DOM.  That was a

21         recording of the June 15 meeting.  This

22         is a transcript of it.

23              MR. SKOFF:  When did you get this

24         document?

25              MR. BERLOWITZ:  I got this document

88

```
 1                          M. Srour

 2             this morning.

 3                    MR. SKOFF:  Okay.  Where did you

 4             get it?

 5                    MR. BERLOWITZ:  This is done by, I

 6             believe, Bee Reporting.

 7                    MR. SKOFF:  It's an incomplete

 8             transcript?

 9                    MR. BERLOWITZ:  I'm representing

10             that unfortunately it's an incomplete

11             transcript because we are waiting for

12             the second half to be transcribed.  I

13             don't know if it's exactly half, but

14             it's the top half.

15                    MR. SKOFF:  This was commissioned

16             by you?

17                    MR. BERLOWITZ:  Correct.

18                    MR. SKOFF:  Is it a certified

19             transcript?

20                    MR. BERLOWITZ:  I believe so.

21                    MR. SKOFF:  It's done by Bee

22             Reporting.  Is there a signature with

23             the certification on it?

24                    MR. BERLOWITZ:  Do we have that?

25                      (Whereupon, at this time, there was
```

89

1                           M. Srour

2           a pause in the proceeding.)

3               MR. SKOFF:  I will object to the

4           use -- I will not stop the questioning,

5           but I will place a standing objection on

6           the record to the use of this transcript

7           because it's a rough draft which, you

8           know, it's a rough noncertified

9           incomplete transcript which has not been

10          produced.

11              So I'm not going to tell him not to

12          answer the questions.  I'll allow the

13          questioning to go forward, but I'm going

14          to put a standing objection to any

15          questions related to this partial

16          transcript for the reasons stated.

17              MR. BERLOWITZ:  That's fine.

18          That's fine.  Thank you.

19          Q.   I will back up.  I apologize if I

20     asked you this question already, I'm just

21     trying to go in order.  Mark, you

22     participated in the June 15 meeting,

23     correct?

24          A.   Yes.

25          Q.   Who else participated in that

90

1                          M. Srour

2      meeting if you know?

3            A.   I know Christian was there, Avish,

4      Milan, my son jack.

5            Q.   Anyone else?

6            A.   Jeff was on the Zoom with another

7      gentleman.  There were two ladies over there.

8      And I think it was another gentleman there.

9                MR. SKOFF:  Sorry one more thing,

10           could you email me a copy of this.

11               MR. BERLOWITZ:  Yes.  Jessica will

12           email it to you.

13               MS. MOORE:  I will email it to you

14           right now.

15           Q.   Mark, I see you have either a pad

16      or something in front of you.  What are you

17      looking at?

18           A.   What I'm looking at?

19           Q.   Yes.

20           A.   I'm looking at who participated in

21      those particular meetings since I'm aware of.

22           Q.   Is that reflected on that note pad?

23           A.   Just names.

24           Q.   What else is on that note pad?

25           A.   Nothing else.

91

1                          M. Srour

2          Q.    Just names?

3          A.    Yes.

4          Q.    Were you referring to that note pad

5      when you were answering my questions right

6      now?

7          A.    No, I'm just looking at it right

8      now for the first time.

9          Q.    You have personal knowledge of what

10     was said at the June 15 meeting, is that

11     right?

12         A.    Yes.

13         Q.    Were you aware that the meeting was

14     being recorded?

15         A.    No, I was not.

16         Q.    Was anyone at DOM aware that the

17     meeting was being recorded?

18         A.    I do not recall that.  It's a new

19     office that we just moved in, my company just

20     moved in, and I think it was the first time

21     I'm appearing in that particular office.

22         Q.    Did you tell anyone from Go Global

23     that the meeting was being recorded?

24         A.    Again, I was not aware that there

25     was a recording of that meeting there.

1                             M. Srour

2          Q.   You didn't tell anyone?

3          A.   I didn't know myself.

4          Q.   Have you reviewed the recording

5     before today?

6          A.   Yes, I did.

7          Q.   When?

8          A.   I was listening to it yesterday.

9          Q.   I assume you didn't review it

10    during the buybuy BABY bankruptcy auction, is

11    that right?

12         A.   What do you mean by reviewing it?

13         Q.   Did you watch this video at any

14    time in June?

15         A.   I think I did, yes, after the

16    meeting.

17         Q.   When did you review it in June?

18         A.   I'm not sure.  I do not recall, but

19    I know that it was sometime in June.

20         Q.   Do you know when you placed a bid

21    for the intellectual property assets of

22    buybuy BABY?

23         A.   July sometime.

24         Q.   It was in July?

25         A.   I believe it was in July whenever

93

M. Srour

1
2      that thing was purchased.  I don't know if it
3      was in June or July.  I'm not sure.
4          Q.   Do you know if anyone from Dream On
5      Me who attended this meeting on June 15 was
6      aware that the meeting was being recorded?
7          A.   I do not recall that.
8          Q.   You had another meeting, I believe,
9      on June 12 at a restaurant, correct?
10         A.   Correct.
11         Q.   Was that meeting recorded?
12         A.   No.
13         Q.   No video recording?
14         A.   No.
15         Q.   No audio recording?
16         A.   No.
17         Q.   Did you or anyone from Dream On Me
18     take notes at the June 12 meeting?
19         A.   I believe that Avish was taking
20     notes from that meeting there.
21             MR. BERLOWITZ:  I don't believe we
22         have that in our production so I'll call
23         for that.  I'm also going to call for
24         the production for the pad Mark was just
25         referring to previously.

94

1                          M. Srour

2          Q.   Did you take notes at the June 15

3     meeting?

4          A.   I don't think I did.

5          Q.   Do you know if anyone else from

6     Dream On Me took notes at the June 15

7     meeting?

8          A.   I'm not sure of that.

9          Q.   When did you become aware of the

10    existence of this recording?

11         A.   Well, I was --

12         Q.   I just want to clarify the record.

13    So I would like to withdraw that question.

14         When did you become aware of the

15    existence of the video recording of the

16    June 15 meeting?

17         A.   I answered that before.  It was

18    sometime in June.

19         Q.   Okay.

20         A.   One second.  One second.  We took a

21    break during that meeting and my IT person

22    advised me that the meeting is getting

23    recorded and we were able to listen to the --

24    what was going on in that meeting when we

25    were not there.

95

1                              M. Srour

2           Q.    Did you listen to what was going on

3     in the meeting when you were not there?

4           A.    Correct, yes.

5           Q.    Who else was listening with you

6     when -- who else was listening with you?

7           A.    I'm not sure who else was there.

8           Q.    Was anyone else with you there?

9           A.    I know there were some people with

10    me there, but I really do not recall who.

11          Q.    Do you know if Avish was there?

12          A.    I'm not sure.

13          Q.    Milan?

14          A.    I'm not sure.  I know there were

15    people with me in there.

16          Q.    What about your son Jack?

17          A.    Jack was there.

18          Q.    Do you remember what you were

19    listening to?

20          A.    We were listening to the

21    conversation that they were talking among

22    themselves.

23          Q.    And do you know what they were

24    saying?

25          A.    If I recall, they were talking

96

M. Srour

1

2    about plan B over there and we do not -- if

3    we do bring Dream On Me into the table, then

4    they going to lose the Por Group coming in as

5    an investor.

6         Q.   Did you finish with your answer,

7    Mark?

8         A.   Sorry?

9         Q.   Are you finished with your answer?

10        A.   Yes.

11        Q.   You became aware during the meeting

12   on June 15 that it was being recorded; is

13   that your testimony?

14        A.   Right now, yes, I am.  I recall

15   that.  It was --

16        Q.   When you --

17        A.   I was not aware to begin with.  I

18   was aware when we took a break over there and

19   my IT person came to me and told me that this

20   thing is getting recorded.  That's when he

21   connected us into the phone or something like

22   that and we were listening to them.

23        Q.   Is your IT person Amit?

24        A.   No.

25        Q.   Who is your IT person?

97

M. Srour

1

2      A.    A guy by the name of Steve.

3      Q.    What is his last name?

4      A.    I'm not sure.

5      Q.    Does he work for Dream On Me?

6      A.    Yes.

7      Q.    Does he still work for Dream On Me?

8      A.    Yes.

9      Q.    When you became aware during that

10     meeting that it was being recorded, did you

11     tell anyone from Go Global that the meeting

12     was being recorded?

13     A.    No.

14     Q.    Do you know if anyone else from

15     Dream On Me told Go Global that the meeting

16     was being recorded on June 15?

17     A.    I don't know.

18     Q.    Do you know if anyone from Dream On

19     Me told Go Global that the meeting was being

20     recorded after the meeting had occurred?

21     A.    I do not know, no.

22     Q.    Did you consult the recording of

23     this June 15 meeting after June 15?

24     A.    What is your question?

25     Q.    Did you watch the recording of this

98

1                              M. Srour

2       June 15 meeting after June 15?

3            A.   I think I did, you know, part of it

4       or something like that.

5            Q.   Why?

6            A.   Just to understand what happened in

7       the meeting there.

8            Q.   What, in particular, did you want

9       to understand?

10           A.   What happened in the meeting.

11           Q.   Can you --

12           A.   I cannot be specific, no.

13           Q.   Why can you not be specific?

14           A.   I cannot.  I forgot what it was.

15           Q.   Was there something specific you

16      were trying to understand or learn when you

17      watched the recording after June 15?

18           A.   I'm not sure.  I -- I wouldn't know

19      how to answer that.

20           Q.   Do you know if the video has

21      captions on it?

22           A.   What do you call captions?

23           Q.   A caption is when someone is

24      speaking and the words are written out at the

25      bottom.  They're closed caption.  Do you know

1                          M. Srour

2       if that video recording has captions?

3            A.    If I'm not mistaken, it does not,

4       but my IT person was able to edit after.

5            Q.    Do you know why your IT person

6       added captions to the video after?

7            A.    I asked him to do that after.

8            Q.    And why did you ask him to do that?

9            A.    Because the video, it's not -- it's

10      not a hundred percent accurate.

11           Q.    You wanted to be able to better

12      understand what was being said?

13           A.    Correct, what was going on.  And

14      also a transcript over there, it's not a

15      hundred percent.

16           Q.    Did you get a transcript of this

17      recording?

18           A.    Yes.

19           Q.    Do you have a transcript in your

20      possession?

21           A.    Yes, I do.

22                MR. BERLOWITZ:  I would like to

23           call for the production of that

24           transcript.

25           A.    We're saying transcript, I have the

1                          M. Srour

2       video, not the transcript.

3            Q.   Okay.

4            A.   I have the video.

5            Q.   Let me back up.  When I say

6       transcript, what I'm saying is, I'm asking if

7       you have a transcript.  What I'm asking is do

8       you have a written document --

9            A.   No.

10           Q.   -- that transcribes everything that

11      was said at this meeting?

12           A.   No, I do not.

13           Q.   I am on page 112 of the transcript

14      that I am displaying to you.  I would like to

15      draw your attention to what you are saying at

16      the bottom.

17           It reads, "Because I'm not seeing you as

18      an investor and I do not see myself as an

19      investor, we are actually working investors,

20      but we are technically -- we are married to

21      each other."

22           Do you recall saying something like this

23      at the meeting?

24           A.   Yes.

25           Q.   What did you mean by this

101
1                        M. Srour

2       statement?

3            A.   They were pushing -- they were

4       looking to control the board.  Now it depends

5       when this thing was mentioned, before or

6       after I find out that they're not investing

7       any money.

8            Q.   Can you just explain further.  I'm

9       not sure I follow.

10           A.   You see, as I mentioned before,

11      there were a few models that were shared by

12      Go Global.  On the first model they were

13      coming in with money.  They were coming in

14      with ███████.  And if I'm not mistaken,

15      during our June 12 meeting, they were coming

16      in with between ██ to ████████.

17           All of a sudden right now on the last

18      model, they're removed themselves.  They're

19      not coming in with any money.

20           Then I find out from Christian over

21      there that the money they were looking to

22      come in, they were taking a note against

23      their own company over there and that was

24      BS.

25           Q.   When you just referred to someone

102

1                        M. Srour

2        named Christian, is that Christian Feuer from

3        Go Global?

4              A.    Correct.

5              Q.    You said you thought that was BS?

6              A.    BS, bullshit.

7              Q.    Why did you think that?

8              A.    Because I didn't like him from my

9        first meeting with them on the 12th.  There

10       was a lot of BS going on with him.

11             Q.    Can you tell me more about what you

12       thought was bullshit?

13             A.    I did not feel comfortable with the

14       guy.  The guy is a player.

15             Q.    So at that point when you came to

16       this conclusion that you thought Go Global

17       was full of bullshit, is that the point that

18       you decided not to work with them?

19             A.    We still -- I still wanted to meet

20       the head guy.  That was Jeff.  That he was

21       supposed to be in the 15th meeting.  If it

22       wasn't a 15th meeting, there would not be any

23       meeting.  So they dragging us to do on the

24       15th, a meeting, and they told us that he's

25       coming in from California.

1                          M. Srour

2          On the day of the meeting, all of a

3      sudden we find out that he had other meetings

4      to attend so he's going to be on the Zoom

5      meeting there.

6          Q.   At what point did you decide that

7      you didn't want to partner with Go Global?

8          A.   When they are not coming in with

9      any money and they want to control the board

10     and they want to run their -- the total

11     operation with their own knowledge.

12         Q.   And when --

13         A.   They wanted -- again, they wanted

14     to bring me in because if I'm in, Por Group

15     will be coming in with █████████████████

16     coming in.

17         Q.   When did you learn that?  This is

18     my question.

19         A.   When did I learn that?  During, if

20     I'm not mistaken, it was mentioned -- it was

21     mentioned by them when they were talking

22     among themselves.

23         Q.   You learned this watching the

24     recording on June 15, is that right?

25         A.   Correct.

104

M. Srour

1

2      Q.   Did you tell them that you knew

3   that now?

4      A.   No.

5      Q.   It's at that point on June 15 you

6   decided you didn't want to work with Go

7   Global?

8      A.   Again, the reason that --

9      Q.   I'm not asking the reason.  I'm

10  trying to understand when this happened.

11     A.   In the meeting.

12     Q.   During the meeting, thank you.

13  During the June 15 meeting, is that also the

14  time you thought you were going to make a

15  solo bid for the --

16     A.   Again, I was doing a solo bid

17  regardless of Go Global, with Go Global or

18  without Go Global.

19     Q.   Was it always your intention to do

20  a solo bid?

21     A.   Not necessarily.  Again, we are

22  looking for investors to come in with

23  money.  I know from the beginning that the

24  operation is too big.  It's a big operation

25  and if you want to succeed, you need money.

105

M. Srour

1
2      So if you are able to have outsider
3      money, it's always welcome.  That's why we
4      had the meeting with them.
5          Q.  Was it always your intention to
6      make a bid regardless of whether Go Global
7      joined you?
8          A.  Correct.
9          Q.  Thank you.
10         A.  Again, we've been discussing the
11     whole buybuy BABY issue, you know, back from
12     '21, '22.
13         Q.  It was your intention back in 2021
14     to make a solo bid?
15         A.  Correct, not the solo bid, to
16     purchase the buybuy BABY.
17         Q.  Also in 2022?
18         A.  Between '21 and '21 we had
19     discussions with the Bed, Bath & Beyond
20     people, with the people, the CEO, from the
21     people inside the organization, to try to buy
22     the buybuy BABY when they were healthy, when
23     the operation was good.
24         And I'm repeating that again.  They were
25     not able to separate between the two

106

1                          M. Srour

2    companies therefore, this thing fell apart.

3         Q.   After you found out that Go Global

4    was not going to contribute money to the bid,

5    how did your opinion of Go Global change?

6         A.   They wanted to bring people in and

7    for them to want to run the show and make

8    money on the front end and the back end and

9    to run the show and to be the sole, what you

10   call it -- taking -- that this is their

11   operation and we are coming in as investors.

12        Q.   My question is --

13        A.   When I heard that, so there was no

14   reason for me to continue this whole meeting

15   there anymore.

16        Q.   Is that because you didn't want to

17   be a limited partner or silent investor?

18        A.   Not the point of a limited partner.

19   There is a lot that I'm able to offer.

20   That's why we were discussing the whole

21   thing.  Therefore for me to be limited, just

22   an investor, I don't need that.

23        Q.   Who else other than Michael

24   Tennyson, Scott Englander and Jacob Sod, who

25   else were you discussing a potential

```
 1                          M. Srour
 2      investment into buybuy BABY with?
 3           A.   I discussed with many, many
 4      investors.
 5           Q.   Can you name who those investors
 6      are?
 7           A.   There were people from overseas.
 8           Q.   Can you tell me their names?
 9           A.   I know there was a guy by the name
10      of Danny El from Israel.  There was another
11      person by the name of Yosi from California.
12           There were many investors that, you
13      know, that we tried to put this thing
14      together with, to bring money in.
15           Q.   Is Yosi from California Joseph
16      Friedland?
17           A.   No.
18           Q.   It's a different Yosi?
19           A.   Yes.
20           Q.   And what's that person's name?
21           A.   His name is Yosi Zamir.  Z-A-M-I-R.
22           Q.   Did you send materials --
23           A.   Yes, I did.
24           Q.   Did you send the Go Global models?
25           A.   Again, you keep mentioning the Go
```

108

1                               M. Srour

2          Global.  That particular model, it's belonged

3          to the buybuy BABY that was at the Lazard

4          data room.  They took it and they put their

5          name on it and they start using it.

6               So it's not Go Global model.  Do not use

7          that it was their model.  This is the Bed,

8          Bath & Beyond model that was created over

9          there by them and by Aliz.

10              Q.   You might be referring to

11         Alixpartners?

12              A.   Alixpartners, yes.

13              Q.   Did you send a document titled Go

14         Global LRP --

15              A.   I don't recall that.

16              Q.   Do you know a gentleman, I will

17         mispronounce his name, Jacoba Azot?

18              A.   That's another investor.

19              Q.   How do you know this person?

20              A.   He is my landlord at the Somerset

21         building.

22              Q.   Did you send him Go Global -- the

23         Go Global LRP model?

24              A.   A model was sent out to him, but I

25         don't know which model was sent.

1                         M. Srour

2        Q.   Did you send a model to him?

3        A.   No.

4        Q.   You don't know if you sent the Go

5   Global model?

6        A.   I don't know.

7        Q.   Do you know who Charles Fern is?

8        A.   That's another investor.

9        Q.   And how do you know him?

10       A.   He is a real estate broker.

11       Q.   Did you send the Go Global model to

12   Charles Fern?

13       A.   I sent the model.  I don't recall

14   which model was sent out to him.

15       Q.   Did you speak to Charles Fern about

16   the documents you sent?

17       A.   Yes, we did have the discussions.

18       Q.   Same question for Mr. Azot, am I

19   saying that right?

20       A.   Correct.

21       Q.   Same question.

22       A.   Yes.

23       Q.   You spoke with him?

24       A.   Yes.

25       Q.   What did you speak about?

110

M. Srour

1

2          A.   The model is good.  This is an
3     opportunity over here to, what you call it,
4     to take, what you call it, to start with it
5     and to build it.

6          You have to understand something, when
7     I'm talking to those people over here, there
8     are people -- they know who I am.  They know
9     my business.  So because we working together
10    with my business, therefore they come in as
11    an investor into the deal.

12         Q.   You just said when you spoke to
13    Mr. Azot you said the model is good.  Is that
14    something you said to Mr. Azot?

15         A.   Yes.

16         Q.   What did he say in response?

17         A.   He say if you in it, if you believe
18    in it, I'll invest and that's what he did.

19         Q.   He invested?

20         A.   Yes.

21         Q.   He invested because he believed in
22    the model?

23         A.   He believed in Mark.

24         Q.   You vouched for the quality of the
25    model, right?

111

M. Srour

1

2    A.   I vouched for the name, the buybuy

3    Baby, for the idea of taking the buybuy BABY

4    over here and creating something with it.

5        Q.   Why do you think the Go Global, LRP

6    model is a good model?

7        A.   I'm not saying that it wasn't a

8    good model.  I don't know which models were

9    shared with them.

10       Q.   I'm asking --

11       A.   We had modified it.  We went ahead

12   and modified it many, many times.  You keep

13   calling it the Go Global model.  This is not

14   their model.  They took this model from the

15   original, from the Lazard data room.

16       We had one of the meetings with Patty,

17   buybuy BABY, and we showed the model.  She

18   said yes, this is our model, we created this

19   model.

20       Q.   You said the model is good.  Do you

21   recall saying that?

22       A.   Yes.

23       Q.   Why do you think that?

24       A.   Because it was a good investment.

25       Q.   Why do you think it was a good

112

M. Srour

1

2      investment?

3          A.   Because buybuy BABY has been around

4      for the last 30 years.  There is a lot of

5      mistakes that they did over the years

6      especially on the buying.  And for me to come

7      in and to convert 25, 30, 35 percent of the

8      buying into a direct import and an additional

9      35 to 40 percent of more, it is a good model.

10     That's what I'm calling a good model.

11         Q.   You reviewed the model?

12         A.   You know not for anything, I really

13     did not care about the number that they were

14     showing in the model over there as much as I

15     trusted what I'm able to bring into the table

16     under the direct import.

17         Q.   Did you review the model?

18         A.   Did I look at it?

19         Q.   Yes.  Did you tell your investors

20     including Charles Fern, Mr. Azot, Scott

21     Englander that you reviewed the model?

22         A.   If I had forwarded them the model

23     so it's common sense that I reviewed the

24     model.

25         Q.   I am still displaying part of this

113

1                          M. Srour

2       transcript, rough transcript from June 15.

3           I want to direct you to a specific line,

4       according to this, Mark, you say, "If I have

5       to, I will.  If it cost you a million dollars

6       to do the legwork that you did right now,

7       I'll be happy to pay for half of that.  Of

8       course I'll pay it."  Do you see that

9       sentence?

10          A.   Yes, I do.

11          Q.   Do you recall saying something like

12      that at the meeting?

13          A.   Yes, I do.

14          Q.   What did you mean by this?

15          A.   And in the model there was an

16      option over there, it's called 2/20.  The

17      2/20 reflects over here of how much money you

18      are raising.  And based on that 2/20, that's

19      what they were looking to collect.  That's

20      their cut before any distribution gets done

21      between the partners or the investors.

22          So at that time they were looking to

23      raise somewhere like ████████.  So this is

24      going to be, what you call it, it's going to

25      be their cut every year, two percent of the

114

1                          M. Srour

2         ██████████   that was raised so a million

3    dollars going to go to them as just that they

4    created the model.

5         Q.   Sorry, can you expand on that last

6    piece just a little.  A million dollars is

7    going to them just because they created the

8    model --

9         A.   Because they used the Lazard model.

10        Q.   You're willing to pay -- is this

11   reflecting that you're offering to --

12        A.   That particular --

13        Q.   Mark, Mark, please let me ask the

14   question and I will give you time to respond,

15   okay.

16             MR. BERLOWITZ:  Can you read back

17        just the unfinished question.

18             (Whereupon, the record was read as

19        requested.)

20        Q.   -- to pay Go Global for the work

21   that they have done?

22        A.   No.

23        Q.   Why not?

24        A.   This is -- this particular sentence

25   over here reflects where a conversation was

1                          M. Srour

2     going on before where I was -- when I had

3     advised them that I am not an investor over

4     here.  I am a partner where I'm coming over

5     here to run the show.  If they are in over

6     here, so we are partners, 50/50 on the whole

7     thing.

8          Q.   You say here if it costs you a

9     million dollars to do the legwork --

10          A.   Exactly.

11          Q.   Mark.  Mark.

12          A.   Let me finish.  You're asking a

13     question.

14          Q.   I have not requested --

15          A.   Let me answer it.  Steve, don't

16     play with my head.

17          Q.   Mark, I am not playing with your

18     head.

19          A.   You are playing with my head.  I am

20     trying to break down why I said what I said

21     over there.

22          Listen to me then, you might rephrase

23     your question.

24          This particular sentence over here was

25     about that we are partnering together, 50/50

116

1                          M. Srour

2      between us.  And whatever it costs them to

3      come to this line over here, I will share the

4      costs over there with them.

5           Q.   Are you finished?

6           A.   Go ahead, sir.

7           Q.   You write, "If it costs you a

8      million dollars to do the legwork," do you

9      see that part?

10          A.   Yes.

11          Q.   What legwork had they done?

12          A.   Whatever money they spend to come

13     to this point.

14          Q.   When you say spend, spend money on

15     what?

16          A.   On people, whatever it cost them in

17     money.  I know they were working for a while

18     over there.

19          Q.   You knew that Go Global was

20     devoting resources to developing a bid, is

21     that right?

22          A.   Correct.

23          Q.   And you knew that Go Global had

24     spent money in developing a bid, is that

25     right?

1                          M. Srour

2          A.   Go ahead.

3          Q.   Is that right?

4          A.   Go ahead.

5          Q.   Yes or no?

6          A.   Yes.

7          Q.   You offered to pay them for that

8    work, is that right?

9          A.   That's on the condition that we are

10   partnering into the whole -- into the whole

11   model under a 50/50.  Do you understand that?

12   That the two percent that they're looking to

13   charge the other investors, I told them I

14   don't care if you increase it to four percent

15   or six percent over there, that whatever

16   you're making, I'm making.

17         Q.   Do you know what legwork Go Global

18   did --

19         A.   Whatever work they did.  If they

20   hire people --

21         Q.   Mark.  Mark.

22              MR. SKOFF:  Let him finish the

23         question, Mark.

24              MR. BERLOWITZ:  Thank you.

25         Appreciate that.

118

1                              M. Srour

2          Q.    Mark, do you know what legwork Go

3    Global had done up to this point?

4          A.    No, I do not.

5          Q.    You mentioned someone named Patty a

6    little while ago.  Do you recall that?

7          A.    Yes.

8          Q.    Who is Patty?

9          A.    Patty was the CEO of the buybuy

10   BABY at that time.

11         Q.    And you had conversations with

12   Patty?

13         A.    Yes, I did.

14         Q.    Did you have a meeting with Patty

15   about --

16         A.    I did, yes.

17         Q.    What did you discuss at that

18   meeting?

19         A.    We discussed the going forward with

20   the, what you call it, with the auction.

21         Q.    Did you discuss the model that Go

22   Global developed?

23         A.    It's not Go Global's model.  Stop

24   mentioning that.  She laughed at me when we

25   showed her the model.  They told us this is

119

1                          M. Srour

2     our model.  Stop saying Go Global model.

3          Q.   When was your meeting with Patty?

4          A.   Prior to our meetings, I believe.

5          Q.   Sorry, I didn't catch that.

6          A.   Prior to our meetings with Go

7     Global.  Perhaps before or after.  I am not

8     sure which.

9          Q.   I'm a little confused.  Is it your

10    testimony that you don't know?

11         A.   I don't know.  Could be before the

12    Go Global meetings or after the Go Global

13    meetings.  I'm not sure when was exactly.

14         Q.   Mark, I'm sharing a document with

15    you.  It is an email from you to Steve

16    Goodman on June 19.  It bears Bates number

17    DOM 11080.  Do you see this document?

18              (Whereupon, at this time, an

19              exhibit was displayed via Zoom.)

20              (Whereupon, at this time, a

21              document was marked as Plaintiff's

22              Exhibit 14, as of this date.)

23         A.   Yes.

24         Q.   Do you recognize this document?

25         A.   I don't -- I do not recall who is

120

M. Srour

1

2   Steve Goodman over there.  I think he was an

3   investor or something like that that we

4   needed to share information with them.  And

5   we were told that we -- any information that

6   we sharing with, it needs to have a DNA on

7   there.

8       Q.   He wrote this email, correct?

9       A.   Correct.  It's not NDA.  I see DNA.

10      Q.   You wrote DNA.  Did you mean NDA?

11      A.   I believe so, yes.

12      Q.   And NDA stands for nondisclosure

13  agreement?

14      A.   Yes.

15      Q.   NDA is an acronym that stands for

16  nondisclosure agreement?

17      A.   Correct.

18      Q.   You write here, "Don't worry about

19  the NDA," is that right?

20      A.   Yes.

21      Q.   Do you not worry about NDA's?

22          MR. SKOFF:  Objection to form, but

23      you can answer.

24      A.   What is your question?

25      Q.   Do you worry about NDA's?

1                    M. Srour

2              MR. SKOFF:  Same objection, but you

3         can answer Mark.

4         A.    Yeah, of course, I worry about an

5    NDA.

6         Q.    What do you mean by that?

7         A.    What I mean by that?  That if you

8    are sending information that needs to have an

9    NDA signed.

10        Q.    No, when I said what do you mean by

11   that, I was referring to your statement that

12   you said, of course, I worry about NDA's and

13   I'm asking you to expand on that.

14        A.    They wanted -- if I'm not mistaken,

15   to send them the information, Avish came to

16   me and told me that we need an NDA from him

17   and I told him don't worry, just send it.

18        Q.    Why did you say that?

19        A.    Because this guy was an investor

20   and again, we need -- I need investors coming

21   in.

22        Q.    Do you know what documents you sent

23   to Steve Goodman?

24        A.    The Lazard model.

25        Q.    And any other documents?

122

1                          M. Srour

2          A.    I'm not sure.

3          Q.    Did you send the documents that

4     Dream On Me downloaded from the Go Global

5     data room?

6          A.    Whatever was downloaded from Lazard

7     was sent out.

8          Q.    What about from the Go Global data

9     room?

10         A.    I don't have no idea what it was.

11         Q.    So you don't know what was sent?

12         A.    As far as I'm concerned, I'm going

13    to repeat it again, whatever information was

14    at the Go Global data room, they took it from

15    Lazard and they just put their name on it and

16    that's what -- that was their model.

17         Q.    Avish writes below, "Hi Steven.

18    Attached is a high level BBB presentation

19    about the opportunity.  Again, this is

20    confidential information and we'll need the

21    receiving party to sign NDA with Lazard."  Do

22    you see that sentence?

23         A.    Go ahead.

24         Q.    Do you see that sentence?

25         A.    Yes, I do.

123

1                           M. Srour

2           Q.    Thank you.

3           In light of that sentence, why are you

4      telling -- why are you writing not to worry

5      about the NDA?

6           A.    I didn't want to complicate it for

7      him to wait to sign the NDA.  I just wanted

8      to send him the information.

9           Q.    Do you or Dream On Me sign a lot of

10     NDA's?

11          A.    Whenever we need to, we do.

12          Q.    Does that happen to be a lot?  Can

13     you estimate?

14          A.    I cannot recall that.

15          Q.    Do you recall the last NDA you

16     signed?

17          A.    I cannot recall the last one.  I

18     think the one that we did with the buybuy

19     BABY.

20          Q.    Do you think NDA's are binding?

21          A.    They should.

22          Q.    They're contracts, right?

23          A.    If a lawyer read it and advised you

24     on it, it will bind.

25          Q.    Is it your testimony that a

124

M. Srour

1    contract is not valid unless a lawyer reads

2    it and advises you on it first?

3            MR. SKOFF:  Objection.  It calls

4            for a legal conclusion, but Mark, you

5            can answer.

6        A.   You do need a lawyer to advise you

7    on it.

8        Q.   If a lawyer doesn't advise you on

9    the NDA, does mean that the NDA is invalid?

10           MR. SKOFF:  Same objection.  Legal

11           conclusion, but Mark, you can answer.

12       A.   I'm refusing to answer that

13   question.

14       Q.   Why?

15       A.   Because I don't want to answer it.

16       Q.   I'm going to direct you to answer

17   the question unless Judah --

18           MR. SKOFF:  Mark, you can answer

19           the question.  If you don't know, you

20           don't know.

21       A.   I don't know.

22       Q.   I'm sharing with you, Mark, another

23   email.  This email is from Patty Wu to

24   Brendan Shay and Avish.  It is dated June 19

125

1                          M. Srour

2     and it bears Bates number DOM 10877.

3                   (Whereupon, at this time, a

4          document was marked as Plaintiff's

5          Exhibit 15, as of this date.)

6          Q.   Do you see this email in front of

7     you?

8          A.   Go ahead.

9          Q.   I realize you're not on this email,

10     but the email is from Patty to Avish and

11     Brendan says, "Hi Brendan.  DOM will be

12     starting the due diligence project."  Do you

13     see that?

14          A.   Go ahead.

15          Q.   Do you see that?

16          A.   Yes, I do.

17          Q.   At this point on June 19, had DOM

18     done due diligence in relation to the buybuy

19     BABY auction?

20          A.   We've been doing due diligence

21     since we knew that they were -- that they

22     went under.  That was back in April or March

23     of '23.

24          Q.   What due diligence did Dream On Me

25     do?

126

1                          M. Srour

2          A.   You have to ask Avish that

3     question.

4          Q.   You don't know the answer?

5          A.   No.

6          Q.   Other than Avish, would anyone else

7     know the answer to that question?

8          A.   No, basically Avish.

9          Q.   Just Avish, okay.  Are you aware

10    whether any due diligence had been done prior

11    to June 19 by Dream On Me?

12         A.   I know that we spent lots of time

13    working on the whole project.

14         Q.   Who was working on the project?

15         A.   Avish, Milan.

16         Q.   Anyone else?

17         A.   No.

18         Q.   So Avish and Milan would know about

19    the due diligence?

20         A.   Yes.

21         Q.   What work was Avish doing on the

22    due diligence project?

23         A.   You need to ask him that.

24         Q.   What work was Milan doing on the

25    due diligence project?

127

M. Srour

1

2      A.   You need to ask him that.  I know

3    that Milan was involved with Lazard.  He knew

4    some people over there.  He was getting

5    information from them besides whatever was

6    already shared on the data room.

7      Q.   The date of this email is June 19,

8    correct?

9      A.   That's what it's showing.

10      Q.   This email was sent after you had

11    your June 15 meeting with Go Global, is that

12    right?

13      A.   That's what it's saying there.

14      Q.   And it was after your June 12

15    meeting with Go Global?

16      A.   That's what it's saying on the

17    email.

18      Q.   And this email was sent after Dream

19    On Me had downloaded Go Global's -- the

20    documents contained in Go Global's data room,

21    is that right?

22      A.   That's what it's saying there.

23      Q.   Okay.

24          MR. BERLOWITZ:  I'm sharing another

25      email.

128

1                    M. Srour

2              (Whereupon, at this time, a

3         document was marked as Plaintiff's

4         Exhibit 16, as of this date.)

5              (Whereupon, at this time, an

6         exhibit was displayed via Zoom.)

7         Q.   This email is from Avish to Mark.

8    It is dated June 23, 2023.  It bears Bates

9    number DOM 11644.

10        Mark, do you see the email I placed in

11   front of you?

12        A.   All right.  Go ahead.

13        Q.   Avish writes to you, "They should

14   not use Go Global data.  Scrap that."  Do you

15   see that?

16        A.   Go ahead.

17        Q.   Do you see that?

18        A.   Yes.

19        Q.   Do you know why he's telling you

20   this?

21        A.   No, I don't.

22        Q.   Do you know why he is saying scrap

23   that?

24        A.   I don't.

25        Q.   Do you know if you had, by this

129

1                                M. Srour

2      time, shared Go Global data with anybody?

3              A.   What was shared was in the Lazard

4      data room.

5              Q.   Did you share the documents that

6      Dream On Me downloaded from the Go Global

7      data room as well?

8              A.   I don't know what was shared.

9              Q.   I'm saying in general.

10             A.   I don't know.

11             Q.   Have you shared those documents?

12             A.   You have to ask those questions to

13     Avish.

14             Q.   Will you agree with me that you

15     previously testified that you sent the Go

16     Global model to Scott Englander, is that

17     right?

18             A.   Correct.

19             Q.   And you sent it to Yussy Friedland?

20             A.   To everybody.

21             Q.   To everybody.  You sent it to

22     everybody?

23             A.   Again, yes -- that model, as far as

24     I know, came from Lazard that was shared by

25     the buybuy BABY originally and by

130

1                           M. Srour

2       Alixpartners.

3              Q.   Did you speak to Avish about this

4       email after he wrote it?

5              A.   No.

6              Q.   You didn't ask him about why they

7       shouldn't use Go Global data?

8              A.   No.

9              Q.   You didn't ask him about what he

10      means when he writes after that, when he

11      writes scrap that?

12             A.   No, I didn't.

13             Q.   Did you approach Yussy or Scott

14      Englander about the Go Global data you sent

15      them after Avish sent you this email?

16             A.   Again?

17             Q.   Sorry?

18             A.   Can you ask it again.

19             Q.   Sure.  Did you approach Yussy

20      and/or Scott Englander after Avish wrote you

21      this email about scrapping the Go Global

22      data?

23             A.   I do not recall that.

24             Q.   Did you try to tell Yussy or Scott

25      Englander not to use the Go Global data?

131

                               M. Srour

1        A.    What do you mean not use?

2        Q.    Well, you sent them the Go Global

3    data, correct?

4        A.    Go ahead.

5        Q.    I'm asking now, after you sent that

6    information to them and after you received

7    this email from Avish, did you reach out to

8    Yussy or Scott Englander and tell them not to

9    use the Go Global data?

10       A.    I do not recall that, doing so, but

11   I know they were many models that went back

12   and forth.  Which model you are referring to

13   over here, I really don't remember.

14       Q.    I'm more interested in whether you

15   spoke to them and said something to the

16   effect of don't use Go Global's data, did you

17   say anything to that effect to Scott and

18   Yussy?

19       A.    I do not recall that.

20            MR. BERLOWITZ:  We're at 12:52.  I

21        think this is good stopping point for

22        lunch.  I'm mean 45 minutes, an hour,

23        whatever you want.

24            MR. SKOFF:  Let's just go off the

132

M. Srour

1

2          record.

3                 (Whereupon, at this time, there was

4          a pause in the proceeding.)

5                 MR. SKOFF:  Let's come back at 1:45

6          and we'll finish up.

7                 MR. BERLOWITZ:  Sound good.

8                 (Whereupon, at this time, there was

9          a luncheon recess.)

10         A-F-T-E-R-N-O-O-N    S-E-S-S-I-O-N

11     CONTINUED EXAMINATION BY

12     STEVEN BERLOWITZ, ESQ.:

13         Q.    Mark, are you ready?

14         A.    Yes.

15         Q.    Mark, do you know what entity owns

16     the assets that were purchased at the buybuy

17     BABY bankruptcy auction?

18         A.    I think we bought it at that time

19     under Dream 545 Canal, something like that.

20         Q.    Are you familiar with a company

21     called BBBY Acquisition Co., LLC?

22         A.    Correct.

23         Q.    Is that the company that owns the

24     assets you purchased in the auction?

25         A.    I believe so.

133

1                          M. Srour

2          Q.   Does that company own BBB's

3     intellectual property assets?

4          A.   I don't know the way we structured

5     it at that time.  I'm not sure about that.

6          Q.   Do you know whether that entity

7     owns the buybuy BABY store leases?

8          A.   The leases, yes.

9          Q.   It does own the leases?

10         A.   The leases, yes.

11         Q.   What store leases were purchased?

12         A.   We purchased 11 leases at that

13    time.

14         Q.   Have you purchased anymore leases?

15         A.   No.

16         Q.   So you just own the 11 you

17    purchased at the time of the auction?

18         A.   Correct.

19         Q.   Are you in the process of

20    purchasing anymore store leases?

21         A.   Not at the moment.

22         Q.   Mark, I'm sharing a document with

23    you.

24              (Whereupon, at this time, an

25              exhibit was displayed via Zoom.)

134

1                       M. Srour

2                   (Whereupon, at this time, a

3           document was marked as Plaintiff's

4           Exhibit 17, as of this date.)

5                   MR. BERLOWITZ:  This document, for

6           the purposes of the record, please note

7           this document is marked attorney's eyes

8           only.  It is bearing Bates stamp BBBY

9           005 on the first page.  And the title of

10          this document is Amended and Restated

11          Limited Liability Company Agreement of

12          BBBY Acquisition Co., LLC.

13          Q.   Do you see this document, Mark?

14          A.   I'm looking at it.

15          Q.   Mark, let me know when you're

16      ready.  Mark, do you see in the first

17      sentence also in the title of the agreement,

18      it says Amended and Restated Limited

19      Liability Co. agreement?

20          A.   What.

21          Q.   Do you know if there was an

22      original agreement that predated this one?

23          A.   No, I do not.  I do not recall.

24          Q.   If there was a document that

25      predated this one, would you have it in your

1                          M. Srour

2       possession?

3            A.   I should have it somewhere if there

4       was.

5            Q.   What do you understand BBBY

6       Acquisition Co., LLC to be?

7            A.   Yes, the company whose operating

8       the buybuy BABY.

9            Q.   Okay.  Are you involved in this

10      company?

11           A.   Yes.

12           Q.   What is your role?

13           A.   Well, the last three months or so,

14      I took control over the company.

15           Q.   Just the last three months?

16           A.   Yes.

17           Q.   What about prior, who was in

18      control then?

19           A.   I was watching what is happening

20      and things got bad.  That's when I got

21      involved.

22           Q.   So who was in control -- who was in

23      control then?

24           A.   The buybuy BABY team.  Could be

25      more than three months.  Could be four to

136

1                          M. Srour

2        five months that me myself got involved.

3            Q.    You said that you noticed some bad

4        things.  What did you mean by that, what bad

5        things?  I don't mean things got bad, I want

6        to know what you mean by that?

7            A.    The way they were running

8        operations was extremely not the way we

9        wanted to run it.

10           Q.    Can you be specific about the way

11       in which the company was being run which you

12       thought was not correct?

13           A.    Merchandise that was purchased,

14       quantity that was purchased, dead items that

15       were purchased.  A lot of purchasing that was

16       extremely very -- they were not supposed to

17       be there, but they are there.

18           Q.    And any other reasons?

19           A.    That's the main thing.  Everything

20       have to do with the purchasing.

21           Q.    Before you took over, who was in

22       charge?

23           A.    On the stores, I had Glen who was

24       in charge.  Then I had the CEO Pete.

25           Q.    Who is Glen?

137

M. Srour

1

2     A.   Glen is an ex-employee of the

3   buybuy BABY.

4     Q.   What is Glen's full name?

5     A.   I don't know -- I don't recall his

6   last name.

7     Q.   And you also mentioned another

8   person.  I believe you said his name is Pete?

9     A.   Yes.

10    Q.   Is that right?

11    A.   Yes.

12    Q.   Do you know Pete's full name?  Are

13   you on your computer right now?  Are you

14   looking at something?

15    A.   Yes, I'm trying to get you the last

16   name.

17    Q.   Okay.

18    A.   Pete Daleiden.

19    Q.   Can you spell that?

20    A.   D-A-L-E-I-D-E-N.

21    Q.   Okay.  And what --

22    A.   You want Glen's last name.

23    Q.   Yes, please.

24    A.   C-A-R-Y.

25    Q.   Cary, okay.  And what were their

138

1                           M. Srour

2       roles at BBBY Acquisition Co.?

3           A.   Glen is in charge of the stores and

4       Pete was the CEO.

5           Q.   Is Glen still in charge of the

6       stores?

7           A.   Yes.

8           Q.   Is Pete still CEO?

9           A.   Yes.

10          Q.   What is your role at BBBY

11      Acquisition Company?

12          A.   I'm controlling right now all the

13      buying.  I implemented a lot of direct import

14      products into the system and I'm controlling

15      the finance.

16          Q.   You are in charge of purchasing the

17      inventory for the company, is that right?

18          A.   Not -- whatever we are bringing

19      under direct import, I'm in charge of it,

20      yes.

21          Q.   Who does BBBY Acquisition Company

22      import from?

23          A.   From factories in China.

24          Q.   Are those Dream On Me factories?

25          A.   Dream On Me factories -- Dream On

139

1                          M. Srour

2       Me vendors that we use in China.

3            Q.   Are those your -- the factories

4       that you testified about earlier in this

5       deposition?

6            A.   I do not recall what exactly I

7       said.

8            Q.   I believe you said that you have

9       factories in China and other places abroad.

10      Do you recall that?

11           A.   Correct, yes.

12           Q.   Are you importing from those

13      factories?

14           A.   Yes, I do.

15           Q.   To BBBY Acquisition Company?

16           A.   Yes.

17           Q.   Does Dream On Me make money when it

18      sells products or services to BBBY

19      Acquisition Company?

20           A.   Yes.

21           Q.   Do you know how much money?

22           A.   It depends.

23           Q.   What about last year?

24           A.   Whatever we are selling them

25      domestically we are averaging over there

140

1                              M. Srour

2      between 30 to 35 percent margin.  Whatever we

3      are doing on the import side, it's

4      ten percent.

5           Q.   Do you know what the gross revenue

6      was from that?

7           A.   I don't have the numbers with me.

8           Q.   Are you able to approximate?

9           A.   In total sales, maybe somewhere

10     around ███████████ so far.

11          Q.   And what year would that be for?

12          A.   That's from the beginning.

13          Q.   So from 2023 to date, the middle --

14     why don't you tell me.

15          A.   Well, we started the operations

16     back, I believe, in October/November of '23

17     up to date.

18          Q.   Okay.  Thank you.  That's helpful.

19     What are your responsibilities in your role

20     in regards to BBBY Acquisition Company?

21          A.   I just advised you of that before.

22     That I'm watching the buying and I'm doing --

23     and I'm watching the finance.

24          Q.   Are you compensated for the work

25     that you do?

141

1                              M. Srour

2          A.    Yes.

3          Q.    How are you compensated?

4          A.    I have a salary.

5          Q.    Do you know what your salary is?

6          A.    It's a million dollars a year.

7          Q.    Did you get paid a million dollars

8     this past year for your work?

9          A.    Actually, I did not.  I did not get

10    paid, but it was considered as money that was

11    invested, that I had to put it in the

12    company, part of it.

13         Q.    You haven't received any

14    compensation to date?

15         A.    No.

16         Q.    One second.  Do you know what a DI

17    Fee?

18         A.    D-I-B?

19         Q.    DI Fee.

20         A.    I have to do something with the

21    bankruptcy, the DIV --

22         Q.    If I told you that DI stands for

23    direct import, would that make sense to you?

24         A.    What does the B stand for?

25         Q.    F-E-E, direct import fee.

142

1                                M. Srour

2          A.    First time I hear about it, DIF.

3          Q.    I'm saying D as in dog, I as in

4     Ingrid and then I'm saying a word, fee,

5     F-E-E.  F as in Frank, E as in Edward, E as

6     in Edward.

7          A.    No, first time I hear about it.

8          Q.    Do you know what a direct import

9     fee is?

10         A.    That's the first I hear about it,

11    Steve.

12         Q.    No, I'm just clarifying because I

13    was first using the acronym and I want to

14    make sure if I said the acronym fully whether

15    you knew.

16         Mark, I would like to direct your

17    attention to section 5.1.2.  Do you see that?

18         A.    Yes.

19         Q.    Could you read that for a second

20    and let me know when you're done.

21         A.    Okay.

22         Q.    I just want to clarify that it says

23    at the very beginning, "For as long as he

24    serves as manager of the company, the company

25    shall share Srour or his designees an annual

143

1                           M. Srour

2      management fee of $1 million."

3              It goes on.  I want to confirm, is the

4      Srour indicated in this paragraph, does that

5      refer to you?

6              A.   If I'm not mistaken, I think also

7      my son Jack is included there with it.

8              Q.   Okay.

9              A.   So as long as we are there, yes,

10     correct.

11             Q.   And you mentioned before that you

12     received compensation of a million dollars?

13             A.   Yes.

14             Q.   Is that what this is talking about

15     here?

16             A.   Correct.

17             Q.   I would like you to read 5.1.4,

18     please, and let me know when you're done.

19                 (Whereupon, at this time, there was

20             a pause in the proceeding.)

21             A.   Okay.

22             Q.   This paragraph mentions a DI fee,

23     is that correct?

24             A.   Correct, yes.  Now I -- now I

25     understand where you come up with the DI

144

1                          M. Srour

2        fee.

3              Q.   It's okay.

4              A.   It's the first really that I heard

5        about it.  I know that I signed those

6        documents over there.

7              Q.   It's okay.  I understand.  When I

8        was saying the words DI fee, it came out of

9        my mouth like marbles.

10             Do you receive a DI fee in your role

11       related to BBBY Acquisition Company?

12             A.   Now this thing was not implemented,

13       but in the future, yes, but just -- I want

14       you just to understand what those fees are

15       coming from.

16             Q.   Sure.

17             A.   Now, as was mentioned prior, if you

18       go back to the, what they call, the Go Global

19       model, they had over there a 2/20.  Where I

20       mentioned before that there is two percent

21       that they were going to get upfront based on

22       the total, whatever is getting, they're

23       raising, and 20 percent is that when they go

24       public or the sell the company, if whatever

25       is it above the original EBITDA, if the

1                            M. Srour

2    EBITDA, it's ███████████ on the day you are

3    selling the company, you selling it at ███████

4    ████████ on the EBITDA, so you have right now

5    █████████████████████n that you make, so the

6    ██████████████ kicks in, will kick in after from

7    the ████ and you reduce the original

8    investment, that ███████████, you have ██████.

9          Out of the ██████, you will take

10   ██████ percent out of that.  Then whatever is

11   left, get distributed between the investors.

12   That's why they call it 2/20.

13         What I did with my investors, I did not

14   do that.  I took a fee of the direct import

15   and the million dollars because I did not

16   charge them anything.

17         Usually when you organize, what you call

18   it, a venture like that, you always take

19   money upfront.  I did not.  I just took it as

20   a salary and as a DI fee.

21         Q.   Your DI fee in section 5.1.4 is

22   listed as ten percent of the purchase price

23   of all direct imports purchased by the

24   company, the company being BBBY Acquisition

25   Company, is that right?

146

1                           M. Srour

2           A.    Yes.

3           Q.    And they're importing products from

4    Dream On Me factories, is that right?

5           A.    What I'm saying Dream On Me

6    factories, that means they are Dream On Me

7    vendors that we use oversees.

8           Q.    You don't own them?

9           A.    Not my factories.

10          Q.    Those aren't your factories?

11          A.    They are not.  One of the factories

12   that we are buying from it is, I do have a

13   joint venture in it.

14          Q.    Which factory is that?

15          A.    That's a factory in China.

16          Q.    Do you know the name of it?

17          A.    BN something over there.

18          Q.    Do you know who owns that factory?

19          A.    I own 50 percent out of that

20   factory.

21          Q.    Who owns the other 50 percent?

22          A.    A Chinese partner of mine.

23          Q.    What is the Chinese partner's name?

24          A.    Don't ask me for the last name, but

25   the first name it's Tony.

147

1                         M. Srour

2          Q.   Do you not know the last name?

3          A.   I have to dig in the papers just to

4     get you the last name.

5          Q.   Are there any other factories or

6     companies that are -- that BBBY Acquisition

7     Company takes direct imports from that you

8     own?

9          A.   No.

10         Q.   Just that one factory.  It's just

11    that one factory?

12         A.   Yes.  Yes, only.

13         Q.   Sorry.  Okay.

14         A.   Yes.

15         Q.   Do you know if there are any

16    limitations on your compensation?

17         A.   No, there is no limitation.

18         Q.   No limitation?

19         A.   There is a ten percent fee.

20         Q.   I would like you to read 5.1.5 and

21    let me know when you're done.

22         A.   5.1.5?

23         Q.   Yes.

24              (Whereupon, at this time, there was

25              a pause in the proceeding.)

148

1                           M. Srour

2          Q.   Have you read it, 5.1.5, Mark?

3          A.   I'm reading it.

4          Q.   Sorry.

5               (Whereupon, at this time, there was

6          a pause in the proceeding.)

7          A.   It's the first time I see it.

8          Q.   So this says, "For the avoidance of

9     doubt, Srour should not be entitled to any

10    management fee, capital event bonus for DI

11    fee in the event that the company fails to

12    purchase and acquire not less than 40 buybuy

13    BABY store leases from the debtors."  Do you

14    see that?

15         A.   Yes.

16         Q.   Do you see that?

17         A.   Yes, I do.

18         Q.   How many stores were you interested

19    in buying when you made a bid for store

20    leases?

21         A.   Originally we were looking to go in

22    for somewhere between 50 to 70 stores.

23         Q.   You said originally.  When were you

24    originally thinking about going for 50 to 70

25    stores?

149

M. Srour

1

2       A.    Before getting into the auction.

3       Q.    I'm asking you tell me around what

4    time you were thinking that?

5       A.    Originally we wanted all the

6    stores, whatever was there, 150, 120 stores,

7    that were still left.  We were looking to

8    acquire as much as we could.  It's all based

9    on how much money are we raising.

10      Q.    Why do you want more stores?

11      A.    Because to open a new store will

12   cost you somewhere between two to $3 million.

13      Q.    Does the number of store leases you

14   purchase, would that have an impact with your

15   compensation with BBBY Acquisition Company?

16      A.    No.

17      Q.    I believe the copy we have is

18   unsigned.  This is a schedule.  I'm trying to

19   find the signature page.  Do you have happen

20   to have a signed copy of this document?

21      A.    Yes, I have it somewhere.

22            MR. BERLOWITZ:  We would like to

23         call for the production of that

24         document.

25      Q.    Do you know if there are other

150

M. Srour

1    versions of this document?

2         A.    I know that every investor signed

3    it.

4         Q.    Okay.

5              MR. BERLOWITZ:  I'm calling for the

6         production of an executed copy of this

7         document as well as all versions of this

8         document.

9              MR. SKOFF:  Just after the

10        deposition let's followup in writing.

11             MR. BERLOWITZ:  That's fine.  I'm

12        just trying to get it on the record.

13             MR. SKOFF:  I understand.

14        A.    Can you go back to the header of

15   that?

16        Q.    Sure, the first page?

17        A.    Yes.

18             (Whereupon, at this time, the

19        attorney scrolled through the exhibit as

20        requested.)

21        A.    Is this an operating agreement?  Is

22   that what it is stamped for?

23        Q.    It says it's the Amended and

24   Restated Limited Liability Company Agreement.

151

                              M. Srour

1

2      I'm asking you.  I don't know.

3          Let me go back to that provision real

4      quick.  Do you know if there's a separate

5      operating agreement that's independent of

6      this agreement that we're looking at right

7      now?

8          A.    There are agreements around.

9          Q.    What agreements are those?

10         A.    There is an operating agreement

11     that was signed with the investors.

12             MR. BERLOWITZ:  I'll also call for

13             the production of that document.

14         Q.    Going back to 5.1.5.

15         A.    Hold on one second, 5.1.5?

16         Q.    It's at the top of the page.  Do

17     you see it?

18         A.    Okay.

19             (Whereupon, at this time, there was

20             a pause in the proceeding.)

21         Q.    It's the provision we looked at a

22     couple of minutes ago.  Do you see it?

23         A.    Yes.  Yes.

24         Q.    Do you know why compensation is

25     times the the acquisition of purchases of

152

1                              M. Srour

2      store leases?

3              A.   I don't.

4              Q.   Do you know who would know that?

5      Did you hear my question?

6              A.   I'm trying to thing how to answer

7      you.

8              Q.   Okay.

9                   (Whereupon, at this time, there was

10             a pause in the proceeding.)

11             A.   It seems to me that the idea over

12     here was to open up more and more stores.

13     That's why this thing is there.

14             Q.   Why would you want to do that?

15             A.   Because we want to expand on the

16     operation.

17             Q.   Do you know who the members of BBBY

18     Acquisition Company are?

19             A.   Sorry?

20             Q.   Do you know who the members of BBBY

21     Acquisition Company are?

22             A.   Yes, you have the three investors

23     and me.

24             Q.   Who are those three investors?

25             A.   Joseph Friedland, Charles Fern and

153

1                              M. Srour

2        Jack Azot.

3              Q.   I'm looking now at schedule A.  Do

4        you see that?

5              A.   Go ahead.

6              Q.   I see Joseph Friedland.  Do you see

7        his name?

8              A.   Yes.

9              Q.   I see Charles Fern.  Do you see his

10       name?

11             A.   Yes.

12             Q.   I don't see Jack Azot.  Is he

13       represented somewhere else?

14             A.   No, he's -- he put it under the

15       Mazer Partnership, LLC.

16             Q.   Mazer partnership is Jack Azot?

17             A.   Yes.

18             Q.   Do you know what BBBY MS Investor,

19       LLC is?

20             A.   That's me.

21             Q.   Do you know whether BBBY

22       Acquisition Company files taxes?

23             A.   As far as I know, they do.

24             Q.   Have they filed taxes in 2023?

25             A.   I believe so.

154

1                              M. Srour

2              MR. BERLOWITZ:  I will call for the

3         production of those documents.

4         Q.    Does BBBY Acquisition Company have

5    financial documents prepared regularly?

6         A.    Yes.

7         Q.    Do you know what kind of documents?

8         A.    The P&L.

9              MR. BERLOWITZ:  I will call for the

10        production of the P&L as well.

11        Q.    Any other documents?

12        A.    That's basically what it is.

13        Q.    Okay.

14        A.    I'm going to make it easier for

15   you.

16             MR. SKOFF:  Just leave it.

17        A.    In '23 we showed a loss of

18   somewhere around ███████████ if I'm not

19   mistaken.  Up to today we have losses close

20   to ██ to ████████████ above it.

21        Q.    Did you say that's how much you

22   lost?

23        A.    Yes.

24        Q.    Okay.

25        A.    Correct.

155

1                              M. Srour

2         Q.   I'll take this down and let's

3    switch topics.  We discussed Jack Srour,

4    correct.  Do you know who that is?

5         A.   Yes, my son.

6         Q.   That's your son?

7         A.   Yes.

8         Q.   Does Jack work for Dream On Me?

9         A.   Used to.

10        Q.   What does he do now?

11        A.   Right now he's in the Yeshiva.

12        Q.   He's not employed right now, he's

13   in school?

14        A.   Yes.

15        Q.   How old is Jack?

16        A.   33.

17        Q.   Was Jack employed by Dream On Me in

18   2023 when Dream On Me was looking to make a

19   bid for buybuy BABY'S Bankruptcy auction?

20        A.   Yes.

21        Q.   What did Jack do for Dream On Me at

22   that time?

23        A.   Jack was involved in my real estate

24   business.  That was his main business.

25        Q.   Did he do anything else?

156

M. Srour

2      A.   And we did use him in -- we tried

3  to teach him the operation -- tried to teach

4  him the Dream On Me business at the same

5  time.

6      Q.   Did Jack work on the team that was

7  looking to make a bid in the BBBY bankruptcy

8  auction for Dream On Me?

9      A.   If I'm not mistaken, if I'm not

10  mistaken, I think he was with me at the

11  auction.

12      Q.   So did he work with you and others

13  at Dream On Me with regard to the bid?

14      A.   I'm not sure about that.

15      Q.   Do you know if Jack attended the

16  meeting on June 15?

17      A.   Yes, he was there and also on the

18  12th.

19      Q.   So is it safe to say he was working

20  with you and other Dream On Me members on

21  this bid?

22      A.   Yes.

23      Q.   Do you know what Jack's view on Go

24  Global was before the June 12 meeting?

25      A.   I believe that he met them for the

157

M. Srour

1    first time on June 12 and he told me stay

2    away from them.

4    Q.  He said to you to stay away from Go

5    Global?

6    A.  Yes.

7    Q.  What did you say in response to

8    that?

9    A.  I kept it in my back brain.

10    Q.  Did you say anything to him when he

11    said that to you?

12    A.  No, I did not discuss -- I don't

13    think I went into deep discussion with it

14    because I felt the same thing also.

15    Q.  So you didn't ask him why he felt

16    that way?

17    A.  No, I believe I did and he told me

18    he doesn't like -- he doesn't like -- he

19    didn't like the people first.  He knew that

20    that they were slick and they were up to

21    something.

22    Q.  That's what he said to you?

23    A.  Yes.

24    Q.  And he said that following the

25    June 12 meeting?

1                           M. Srour

2          A.   As soon as we left the June 12

3     meeting, he was mentioning it.  Exactly,

4     because as we left, I think we hang out for a

5     few minutes outside.  Avish was with us also

6     there and also Avish did not like them.

7          Q.   Did anyone else tell you from Dream

8     On Me that they didn't like Go Global?

9          A.   I know about Avish and Jack besides

10    myself.

11         Q.   So is it your testimony that Avish

12    told you that Avish did not like Dream On Me?

13         A.   He knew that something was funny.

14         Q.   He thought something was funny?

15         A.   He did not feel comfortable with

16    them.

17         Q.   Did he say anything else to you

18    about Go Global?

19         A.   I think that's enough.

20         Q.   They said this to you on June 12 or

21    after the June 12 meeting?

22         A.   Correct.

23         Q.   But then you had a meeting between

24    Dream On Me and Go Global at Dream On Me's

25    offices on June 15, is that right?

159

```
 1                         M. Srour
 2          A.    Yes.
 3          Q.    Why did you have that meeting in
 4     light of what Jack and Avish told you?
 5          A.    Because I wanted to talk to the
 6     main guy.
 7          Q.    That makes sense.
 8          A.    He was mentioned before.
 9          Q.    Do you recall Jack telling you that
10     Dream On Me does not have the logistics set
11     up to handle the execution of BBBY assets?
12          A.    The logistics?
13          Q.    Logistics set up.
14          A.    It's possible.
15          Q.    After you won the bid for the
16     intellectual property assets and you won the
17     bid for the store leases, how did you extract
18     the technology from Bed Bath & Beyond?
19          A.    Zero.
20          Q.    What do you mean by that?
21          A.    For us to run the technology that
22     was there, if I'm not mistaken, based on the
23     cost, will be somewhere around ██████ a
24     year.  They had all -- they had over there
25     old leases that we didn't use, Oracle,
```

160

1                         M. Srour

2         Microsoft, so we had -- we had a meeting over

3         here that he is an expert, Amit in the IT, we

4         did it ourself and we pay much, much less

5         than that.

6              Q.   So you used Amit?

7              A.   He was the head of the IT.

8              Q.   Did Dream On Me have a deal making

9         and funding team in relation to the bid they

10        were making for BBBY's assets?

11             A.   Sorry, again?

12             Q.   Did Dream On Me have a dealmaking

13        and funding team in relation to its bid for

14        BBBY assets?

15             A.   What do you mean by a team?

16             Q.   Did you have anyone at Dream On Me

17        whose focus was dealmaking and funding?

18             A.   I was the one who was funding it.

19             Q.   Did you have anyone whose expertise

20        was dealmaking and funding?

21             A.   No.

22             Q.   Did you have anyone at Dream On Me

23        whose expertise was legal?

24             A.   We had the lawyer that was

25        representing us on the legal aspects of it.

161

1                        M. Srour

2          Q.   Did you have anyone at Dream On Me

3    whose expertise concerned leases for retail

4    stores?

5          A.   Can you ask that question again.

6          Q.   Sure.  Did you have anyone at Dream

7    On Me whose expertise involved leases for

8    retail stores?

9          A.   What are you trying to ask by that?

10         Q.   Are you asking for a clarification?

11         A.   Yes.  Clarification, yes.

12         Q.   Did anyone at Dream On Me have

13   expertise in store leases?

14         A.   I need to say no.

15         Q.   Did Dream On Me --

16         A.   But, but, we had spoken at that

17   time to that guy who was running the show of

18   the stores at the bankruptcy prior to the

19   auction.  And my main concern was to know

20   what is the rent, what is the market value,

21   and I knew that I was getting stores below

22   market value per square foot.

23         The leases that was purchased were old

24   leases so you cannot compare it to today's

25   market value to what those leases were

1                              M. Srour

2      originated for and they were long leases.

3          Q.   The person who was helping you with

4      this was not employed by Dream On Me, is that

5      right?

6          A.   No, he was not.  He was an

7      outsider.

8          Q.   Does Dream On Me have a financial

9      team?

10         A.   I'm the financial team.

11         Q.   Just you?

12         A.   Yes.

13         Q.   In terms of or with regard to Dream

14     On Me's bid for the BBBY assets, you were the

15     financial expert?

16         A.   Yes, correct.

17         Q.   Does Dream On Me have an HR team?

18         A.   A what?

19         Q.   Human Resources team.

20         A.   I believe we do.

21         Q.   I believe you testified that Amit

22     is your technology IT expert, is that right?

23         A.   Correct.

24         Q.   And he was the one on the Dream On

25     Me team who was looking at technology with

163

1                          M. Srour

2        regard to the BBBY bankruptcy?

3            A.   Correct.

4            Q.   Who at Dream On Me would have been

5        involved with logistics or supply chain in

6        relation to Dream On Me for BBBY's assets?

7            A.   That question doesn't make sense.

8            Q.   Why?

9            A.   Because what does logistics have to

10       do with the bid?

11           Q.   You don't think there's an issue

12       with logistics with regard to BBBY's assets?

13           A.   Nothing to do with it.

14           Q.   You don't think there's an issue

15       with supply chain?

16           A.   Supply chain, again, we are -- we,

17       under Dream On Me, we ship through the whole

18       country so logistics, we know who to use and

19       we know how to bargain.

20           Q.   Before you placed the bid for

21       either the BBBY, the intellectual property

22       assets or store leases, did you tell Go

23       Global that you were going to bid without

24       them?

25           A.   I'm not -- I cannot recall that.

164

1                          M. Srour

2       They knew that what was our intention from

3       the beginning, that we are bidding on the

4       buybuy BABY.

5            My understanding now that the NDA that

6       they made us sign, it's like preventing us to

7       go without them.  So they tricked us to sign

8       the NDA under rush over there to prevent us

9       going in by ourself, not just supplying --

10           Q.   You just said that Go Global made

11      you sign the NDA.  How did they make you sign

12      it?

13           A.   They rush Avish to sign the NDA

14      that day on the Saturday to be able to talk

15      to them.

16           Q.   Did you speak to Avish about the

17      events surrounding his execution of the NDA?

18           A.   He knows I'm upset at him.

19           Q.   Sorry, did you say you're upset

20      with him?

21           A.   Yes.

22           Q.   He knows that?

23           A.   And he knows that he did a mistake

24      by not showing it to a lawyer because a

25      lawyer immediately will rip it up and cross

165

1                          M. Srour

2      out half of what all the restrictions that's

3      on it.

4          Q.   No one made him sign it though,

5      right?

6          A.   Listen, we were all excited to be

7      in the bid of the buybuy BABY.  So if we --

8      if he did a mistake and signed it without

9      consulting a lawyer, he did a mistake and

10     he's admitting that he did a mistake.

11         Q.   Do you recall what the timeline was

12     to submit a bid?

13         A.   They were putting us under such a

14     big rush that every week they kept delaying

15     it and delaying it and delaying it trying to

16     get more investors to bid -- to bid on it at

17     the auction.

18         Q.   What you refer to they, you're not

19     talking about Go Global?

20         A.   Lazard, and also Go Global.

21         Q.   Go Global was putting pressure on

22     you?

23         A.   In the meeting on the 15th they

24     wanted us to sign to give them money on the

25     same day.  What a joke.

166

1                           M. Srour

2          Q.   Would you agree that the amount

3     of -- would you agree that the timeline was

4     fairly expedited to make a bid here, it was a

5     short amount of time?

6          A.   Yes, we were all under pressure.

7          Q.   You were all under pressure.  Did

8     Dream On Me obtain consent from Go Global for

9     Dream On Me to bid without Go Global?

10         A.   Again, I don't know what happened

11    between them when they were talking on the

12    phone or what happened after, but I know that

13    Go Global knew that we are there collecting

14    information to go to the auction.

15         Q.   Did they know that you were going

16    to bid without them?

17         A.   If prior to June 10, yes because

18    they were recommended -- I know that Lazard

19    had introduced us, Go Global to us, and they

20    recommended that we get together and to

21    enjoin together to go into the auction.

22         Now what did Lazard had the benefit of?

23    I don't know.  I won't be surprised that

24    Lazard had some kind of a deal with Go Global

25    that they might get a kickback if they are

167

1                          M. Srour

2      in, if they would win the bid.

3          Q.   What makes you say that you

4      wouldn't be surprised that Go Global would

5      get a kickback?

6          A.   Because they were pushing and

7      pushing and pushing for us to get together

8      and to do it together.

9          Q.   Do you have any --

10         A.   Even if I'm not mistaken, even at

11     the auction over there or at the day of the

12     auction, couple of days before the auction,

13     they were also still asking how come we're

14     not together with Go Global.

15         Q.   Do you have any other basis to

16     believe that Go Global was getting kickbacks?

17         A.   Lazard was pushing it.

18         Q.   Did anyone tell you that Go Global

19     was getting kickbacks?

20         A.   Again, it's a feeling.

21         Q.   Just a feeling?

22         A.   When somebody -- if you are the

23     auctioneer right now, and the more -- and the

24     more investors are there, technically the

25     price will only go up.  By you reducing it by

168

1                              M. Srour

2          one, the price will go down.

3                So there is a reason why they want us to

4          join because, I believe, that there was some

5          kind of a kickback that they will be getting.

6                Q.   I know I asked this, we got a

7          little sidetracked, did you obtain consent

8          from Go Global so that DOM could bid without

9          Go Global?

10               A.   We did not -- again, the NDA over

11         there we did not -- I don't even think Avish

12         read the NDA at that time because if he read

13         it he would not sign it.

14               Q.   Did he tell you that?

15               A.   I believe it was mentioned a few

16         weeks ago, he mentioned that to me.

17               Q.   He said that to you?

18               A.   Yes, I believe -- I think we find

19         out about it back in July when we first

20         received the demand for the $900,000 at that

21         time.

22               Q.   But I just want to clarify, you do

23         not have anything in writing from Go Global

24         that gives you permission to bid without

25         them?

1                           M. Srour

2          A.   We did not know that we are not

3     allowed to bid without them.

4          Q.   I'm asking you, do you have

5     anything in writing from them?

6          A.   We do not.

7          Q.   Did you speak to them and get oral

8     permission from them?

9          A.   We did not because we didn't know

10    that we're not allowed to bid there without

11    them.

12         Q.   I will share with you an email is

13    from Avish to Milan Gandhi and to you, Mark.

14    It is dated June 23.  The subject is BBBY

15    cash flow model.

16              (Whereupon, at this time, an

17              exhibit was displayed via Zoom.)

18              (Whereupon, at this time, a

19              document was marked as Plaintiff's

20              Exhibit 18, as of this date.)

21         Q.   I can let you read this if you want

22    and let me know when you're finished.  It is

23    a couple of pages so I will have to scroll

24    down and let me know when you're ready.

25              (Whereupon, at this time, there was

170

1                          M. Srour

2           a pause in the proceeding.)

3           A.   Is that before the auction for the

4     stores or after?

5           Q.   This, I believe, is before, but I'm

6     not certain.  I will represent to you that I

7     believe this is before the auction for the

8     store leases.

9                (Whereupon, at this time, there was

10          a pause in the proceeding.)

11          A.   Can you scroll down, please.

12          Q.   Of course.

13               (Whereupon, at this time, the

14          attorney scrolled through the exhibit as

15          requested.)

16          A.   Okay.

17          Q.   This is the only portion of the

18    email I want to show you.  I will ask you

19    some questions about it now.

20          So this email was sent from Avish, is

21    that right?

22          A.   That's what it says.

23          Q.   And you received this email,

24    correct?

25          A.   Go ahead.

171

1                          M. Srour

2          Q.   Do you remember this email?

3          A.   No.

4          Q.   In the second sentence Avish writes

5     to you, "They are," they being Lazard, "are

6     indirectly telling us to do our own work."

7     Do you see that sentence?

8          A.   Second paragraph?

9          Q.   No.  I'll highlight it.  This

10    sentence.  Do you see that sentence?

11              (Indicating.)

12         A.   Go ahead.

13         Q.   At this point, had Dream On Me not

14    done its own internal due diligence work?

15         A.   Of course we did.

16         Q.   What work had you done?

17         A.   Whatever we needed to do.

18         Q.   What does that entail?

19         A.   I don't recall.  You have to ask

20    Avish.

21         Q.   Do you know why he's telling you

22    that Lazard is telling them that Dream On Me

23    doesn't do their own work?

24         A.   Because I know that on the deal

25    like that, you have to have many, many people

172

M. Srour

1    that are working on it.  And we had only two

2    or three people working on this deal.

3        Q.    Who was working on the deal who

4    were?

5        A.    Avish, Amit and Milan.

6        Q.    This was a big deal, right?

7        A.    It is.

8        Q.    Should you have had more people

9    working on it?

10       A.    Let me get it first and then I'll

11   add the people that I need.

12       Q.    I'm saying, should you have people

13   working to prepare the due diligence in order

14   to get the assets in the first place?

15       A.    No.

16       Q.    You thought your team was

17   sufficient to accomplish the deal?

18       A.    No, I was depending on my direct

19   import expertise that that was going to make

20   us money in this deal.

21       Q.    You said I believe that you were

22   the financial expert on the team, is that

23   right?

24       A.    Go ahead.

25

173

1                          M. Srour

2          Q.   Is that right?

3          A.   I did not say an expert, but I was

4     the one who was doing the financials.

5          Q.   What work did you specifically do

6     with regard to due diligence on this bid?

7          A.   Very simple.  I have money to do

8     it, yes or no.

9          Q.   Is your role just to provide the

10    money for the bid?

11         A.   Yes.

12         Q.   You didn't provide any other

13    expertise?

14         A.   No.

15         Q.   No financial expertise?

16         A.   No.

17         Q.   The next sentence reads, "This also

18    shows our inability to do certain due

19    diligence internally."  Do you see that

20    sentence?

21         A.   Yes.

22         Q.   What difficulties was DOM having

23    with regard to due diligence?

24         A.   I have no idea.  You have to ask

25    someone else.

174

1                        M. Srour

2          Q.   You don't think Dream On Me was

3     having any difficulties?

4          A.   Listen, the timing, the pressure,

5     the -- it was difficult.  We were working

6     around the clock with this thing.

7          Q.   The next sentence reads, "Every

8     other bidder has done more extensive work."

9     Do you agree with that sentence?

10         A.   No.

11         Q.   Why not?

12         A.   Because I don't know what they did.

13         Q.   How much work had Dream On Me done

14    up to this point?  And just for context, this

15    email was sent on June 23.

16         A.   I don't know.  I cannot answer

17    that.  That's not my email.

18         Q.   Correct, but you are here in your

19    capacity representing Dream On Me so I'm

20    asking you if you know how much work Dream On

21    Me had done to this point and whether other

22    bidders had done more extensive work?

23         A.   I cannot answer for other bidders.

24    I know we did whatever we were able to do.

25         Q.   And what were you able to do?

175

M. Srour

2        A.   At that time, we already had the

3    IP?

4        Q.   I don't know.  What were able to do

5    at that point?

6        A.   We were gathering information from

7    the data room.  And based on that, we went

8    ahead and purchased the IP.

9        Q.   The next sentence in the following

10   paragraph reads, "We have to develop this

11   ourselves based on what has been already

12   shared."  Do you see that sentence?

13       A.   Yes.

14       Q.   What had already been shared?

15       A.   Don't know.

16       Q.   Had Go Global's model been shared

17   with you up to this point?

18       A.   This email is already showing the

19   June 19 over there, was it?  Obviously it was

20   shared, June 23.

21       Q.   So you had the Go Global model at

22   this point, correct?

23       A.   Obviously.  Again, it's not the Go

24   Global model.  That's what was produced by

25   the buybuy BABY and we had it from the Lazard

176

1                              M. Srour

2        data room.

3            Q.    Avish writes, "We have to develop

4        this ourselves."  Did you develop any due

5        diligence or any documents based on what had

6        already been shared with you?

7            A.    You'll have to ask him that.

8            Q.    You don't know the answer to that?

9            A.    I cannot answer you, no.

10           Q.    He writes, "Milan, can you help?

11       Can we even do this?"  Do you see that?

12           A.    Yes.  If I'm not mistaken, they

13       wanted to see a model from us.

14           Q.    I'm just asking if you see -- ?

15           A.    Well --

16           Q.    Mark.  Mark.

17           A.    He did not -- I cannot answer you.

18       Lazard wanted to make sure before us going

19       into the bid that we are able, we have the

20       financials to do so, do we have the capacity

21       over here to continue the process.  If

22       that's -- if this is what it's referring to

23       over there, I don't know.

24           Q.    Mark, I'm just asking do you see

25       the sentence that I've highlighted in the

177

1                           M. Srour

2        document in front of you that says, "Milan

3        can you help, can we even do this," do you

4        see that sentence?

5            A.   Yes, I see it there.

6            Q.   Do you know why Avish is asking

7        these questions?

8            A.   Maybe Avish was overwhelmed by

9        then.

10           Q.   Do you know that Avish was

11       overwhelmed?

12           A.   I know he was working around the

13       clock.

14           Q.   He was working around the clock on

15       this deal?

16           A.   Yes.

17           Q.   Who else was working around the

18       clock on this deal?

19           A.   Milan.

20           Q.   Anybody else?

21           A.   And me.

22           Q.   Anybody else?

23           A.   That's it from our end.  You had

24       also Amit.

25           Q.   That's four.  Anybody else?

178

M. Srour

1   A.   And I had also my lawyers, whatever

2   they were working on getting information from

3   the Lazard.

4   Q.   Avish writes, "Can we even do

5   this?"  Do you agree that there was a

6   question about whether you could accomplish

7   this deal?

8   A.   I don't know what he's even

9   referring to so I cannot answer on his

10   behalf.

11   Q.   In the middle of the same paragraph

12   Avish writes "Today they," they being Lazard,

13   "challenged our due diligence and

14   understanding of running this business by

15   asking us if we really know what it will take

16   to run the business, cash flow, positively

17   and if our numbers were matching the ask."

18   Do you see that sentence?

19   A.   Would Lazard -- we were in talks

20   with 6th Street.  6th Street was controlling

21   the whole what happens at Lazard at that time

22   because they were the main, what you call

23   that, the main guy over there of the money

24   that was owed to them.  We were working at

179

1                        M. Srour

2      the same time with 6th Street to bring them

3      in as an investor into the deal.

4           We spoke -- I know that we spoke to

5      many -- we had many conversations with them.

6      And I won't be surprised if that information

7      was shared between 6th Street and Lazard.

8           So if you are putting the two together,

9      it makes sense what they are, what is the

10     asking over here.

11          Q.   The beginning of this sentence that

12     I'm referring to today, they, they being

13     Lazard, challenged our due diligence.  Do you

14     see that on the screen, Mark?

15          A.   Yes, I do.

16          Q.   Do you know why they were

17     challenging your due diligence?

18          A.   Again Steve, you asked me that four

19     times already.  You have to ask those

20     questions to Avish.  He wrote that email over

21     there.  He will be able to answer you.  I

22     can't answer on his behalf.

23          Q.   That's why I'm asking --

24          A.   I don't know.

25          Q.   -- whether you know.

180

M. Srour

1       A.   You need to ask him those

2   questions.  I'm sure he will have an answer

3   for you on that.

4       Q.   Do you agree that at this time your

5   due diligence was deficient?

6       A.   No.

7       Q.   Why not?

8       A.   Because again, the whole process

9   over here of getting the buybuy BABY depended

10  on my direct importability.  By me getting

11  additional margin, it's going to make the

12  difference.

13      Q.   In the next paragraph, Avish

14  writes, "Lack of proper internal teams,

15  professionals to work on this project, we are

16  all shooting in the dark with no internal

17  capabilities to help."  Do you see that

18  sentence?

19      A.   Yes, I do.

20      Q.   Do you know why Avish is writing --

21      A.   You need to ask him.

22      Q.   Excuse me, please let me finish the

23  question.

24          Do you know why Avish is writing that

181
M. Srour

1

2      there are a lack of proper internal teams and

3      professionals at Go Global to work on this

4      deal?

5          A.   Where are you getting Go Global in

6      the middle of this?

7          Q.   I may have misspoken.  Do you know

8      why Avish is writing that there is a lack of

9      proper internal teams and professionals at

10      Dream On Me who are working on this deal?

11          A.   I don't think he's referring to

12      Dream On Me over here.

13          Q.   Why do you say that?

14          A.   I don't know.  Again, you have

15      to --

16          Q.   You don't know why you just said

17      that?

18          A.   You need to ask him that question.

19      He will answer you.  I'm not here to -- I'm

20      not going to answer on his behalf.

21          Q.   I'm asking you to answer on his

22      behalf.

23          A.   I do not know, Steve.

24          Q.   He writes in the next part of that

25      sentence, "We are all shooting in the dark

182

1                              M. Srour

2        with no internal capabilities to help."  Do

3        you see that part of the sentence?

4              A.   Go ahead.

5              Q.   Would you agree with me that when

6        he says we, he is referring to Dream On Me?

7              A.   I believe so.

8              Q.   And he is saying that you're

9        shooting in the dark with no internal

10       capabilities, is that right?

11             A.   That's what he's saying there.

12             Q.   Do you know whether he's saying

13       that?

14             A.   No, you would need to ask him.

15             Q.   Is it your opinion that Dream On Me

16       was shooting in the dark with no internal

17       capabilities to help?

18             A.   No.

19             Q.   Why do you say that?

20             A.   Because.

21             Q.   Because why?

22             A.   Because depends on the direct

23       import that would make up the difference.

24             Q.   You realize that -- do you realize

25       that Avish is referring to the due diligence

183

1                         M. Srour

2      and the efforts that Dream On Me would need

3      to put in to win the bid?

4           A.   I don't know what he was referring

5      to.

6           Q.   Okay.  He next writes, "While we

7      were trying to do deals, there should have

8      been a team of ours with legal, financial and

9      technology capabilities working in the

10     background on due diligence and working with

11     their operating teams."  Do you see that

12     sentence?

13          A.   Yes.

14          Q.   Did Dream On Me up to this point

15     have a team, a legal team working on due

16     diligence?

17          A.   Yes, the legal team was working

18     with us.

19          Q.   Who was on that legal team?

20          A.   My lawyer at that time.

21          Q.   Who is your lawyer?

22          A.   Ian.

23          Q.   Ian, is that Ian Winters?

24          A.   Yes.

25          Q.   Anyone else?

184

M. Srour

1

2      A.   He had, I think, two or three

3    lawyers also at the same time there.

4    Stephanie, Brendan, Brad.  I forgot -- I know

5    Brendan and I know about Stephanie.

6      Q.   Did Dream On Me have a financial

7    team working on due diligence at this point?

8      A.   I was the financial team that was

9    working on it.

10     Q.   And what did you do in terms of due

11   diligence?

12     A.   If I had the money, I'll go ahead

13   and buy it.  If I do not have the money, I

14   would stay away from it.

15     Q.   You were just providing the

16   funding?

17     A.   Yes.

18     Q.   You provided no other input as far

19   as due diligence?

20         MR. SKOFF:  I object.  I think this

21       question has been asked ten times

22       already.

23     A.   I don't understand what he's trying

24   to --

25         MR. SKOFF:  You can answer again.

185

M. Srour

1

2      Q.    Sorry, what is your answer?

3      A.    I forgot the question.

4            (Whereupon, at this time, the record was

5      read as requested.)

6      A.    Correct, yes.

7      Q.    I believe we discussed that

8      technology was Amit's sphere?

9      A.    Correct.

10     Q.    In the middle, the paragraph that

11     says we have one expert, Avish writes, "This

12     is a large investment."  Do you agree that

13     this was a large investment?

14     A.    Yes, it is.

15     Q.    In the next sentence he writes, "We

16     do not know much about other areas to

17     validate transition and validation of

18     information."  Do you see that sentence?

19     A.    Yes.

20     Q.    Do you agree with that sentence?

21     A.    No.  Because what we did, we hired

22     the buybuy BABY team and the transition was

23     very smooth.

24     Q.    At the time that Avish wrote this

25     email, had you hired the buybuy BABY team?

186

M. Srour

1

2          A.   If I'm not mistaken, the last day

3     of the buybuy Baby was July 31 and we hired

4     the team the day after.

5          We were not allowed to talk to the team

6     because any time that we spoke, I remember

7     with Patty she needed to report it to Lazard.

8          Q.   So you didn't speak with a team

9     about the transition?

10         A.   We knew that -- they knew that

11    we -- we knew that we were going to hire

12    them.

13         Q.   My question is, you didn't speak

14    with them until you hired them, correct?

15         A.   We were not allowed to talk to

16    them.

17         Q.   And when did you hire them, was it

18    August 1?

19         A.   I believe so.

20         Q.   Before you hired -- you hired them

21    after Avish wrote this email, correct?

22         A.   Yes.

23         Q.   That team, until August 1, was

24    unable to assist you, is that right?

25         A.   Correct.

187

                          M. Srour

1

2        Q.    Did you have anyone else assist you

3   in this regard?

4        A.    Patty.  She was only one who was

5   assisting us.  Alixpartners.

6        Q.    The next sentence, the paragraph

7   that begins, "Like Go Global which had a team

8   of eight working on BBB, we should have, by

9   now, made a team of experts who would have

10  been looking at all aspects of this business

11  and have a plan of execution during

12  transition time."  Do you see that sentence?

13       A.    Yes.

14       Q.    He goes on to list dealmaking and

15  funding, legal and retail lease team,

16  financial team, HR team, operation's team,

17  store and corporate, technology and IT team,

18  and finally logistics, supply chain and

19  sourcing team.  Do you see that?

20       A.    Yes, I do.

21       Q.    At the time --

22       A.    We hired what all what he's asking

23  for over here as soon as we got the IP and we

24  got the stores, we hired those people.

25       Q.    So at the time that Avish wrote

188

1                          M. Srour

2      this email, you had not -- you didn't have

3      experts, either internally at Dream On Me or

4      experts that you had hired to do this work,

5      is that right?

6          A.   We didn't -- I didn't feel that we

7      needed it.

8          Q.   You didn't have people working on

9      those items, is that right?

10         A.   I did not feel that we needed it

11     and when we had the IP in our hand, then we

12     will go and do whatever we needed to do.

13         Q.   In the next paragraph, the second

14     sentence, "Our partners need information and

15     we needed to build the terms and investment

16     models/deal sheet that we could have

17     presented including NDA's."  Do you see that

18     sentence?

19         A.   Yes.

20         Q.   At this point, had Dream On Me

21     built its own independent model?

22         A.   I believe we did.

23         Q.   What was that model called?

24         A.   I'm not sure.

25         Q.   Did you work on that model?

189

1                         M. Srour

2          A.    My people worked on it.

3          Q.    Who were your people that worked on

4     it?

5          A.    We hired people at that time to

6     work on it.

7          Q.    Who were those people?

8          A.    A guy by the name Joseph, Joseph

9     Moskowitz I think.

10         Q.    Do you know when you hired Joseph

11    Moskowitz to work on this?

12         A.    Somewhere in July.

13         Q.    This email was sent on June 23.  At

14    this point, did Dream On Me have a model that

15    it independently developed?

16         A.    I believe we did.

17         Q.    And who developed that model?

18         A.    Again, whoever was working on it.

19         Q.    I'm asking if you know who that

20    person is?

21         A.    I don't.  I know that we hired --

22    we hired that guy Joseph at that time and --

23         Q.    The final sentence --

24         A.    You have to understand something,

25    we knew that we were getting the team.  So

190

M. Srour

1    that transition team that's going to get

2    hired is going to fulfill all what you are

3    asking over here.  And that's basically what

4    we did.

5    

6         Logistics from technology, logistics

7    from whatever sourcing, that was the buybuy

8    BABY team.  I don't even remember how many

9    people we hired.  50, 60, 70 people.  I don't

10   even remember how many people we hired.

11        Q.   You hired those people?

12        A.   As soon as the shutdown.

13        Q.   Sometime in July, is that right?

14        A.   I know we were not allowed to talk

15   to them or to hire them prior to the shutting

16   down of the buybuy Baby.

17        Q.   I believe you testified that you

18   hired the BBBY team to help, is that right?

19        A.   Correct.

20        Q.   Why did you decide to hire them as

21   opposed to other individuals?

22        A.   Because they knew the operation.

23   They worked there.  They knew it inside out.

24   And it was the best team for us to do it at

25   that time.

191

1                          M. Srour

2          We picked and choose who from the people

3     that were there, who to hire and that's what

4     we did.

5          Q.    The final sentence of this

6     paragraph says, "We have been sharing

7     information across all and exposing ourselves

8     in the process."  Do you see that sentence?

9          A.    Can you highlight it?

10         Q.    Of course.

11               (Indicating.)

12         A.    Okay.  The question?

13         Q.    My question is, what information

14    were you sharing?

15         A.    You would need to ask him.

16         Q.    Do you know whether you were

17    sharing Go Global information at this time?

18         A.    I do not have no idea.

19         Q.    He also writes that Dream On Me was

20    exposing itself in the process.  Do you know

21    why he's writing that?

22         A.    No, I don't.

23         Q.    I apologize if you answered this

24    question, did you speak with Avish about this

25    email after you read it?

192

                                    M. Srour

1

2          A.   I don't think I did.

3          Q.   Do you know why?

4          A.   We were working hand-to-hand

5     together.  Avish's office is exactly like

6     20 feet from my office.  So we were back and

7     forth, back and forth.  A lot of this thing,

8     we -- if that's the way he feels, if he

9     wanted to summarize the whole thing into one

10    email, that's what he did.  You would need to

11    ask him those questions.

12         Q.   Would you agree that Avish is

13    highlighting a number of concerns he has in

14    this email?

15         A.   Avish is the one who pushed me to

16    go for the -- for this adventure.

17         Q.   My question is, would you agree

18    that Avish is highlighting a number of

19    concerns he has in this email?

20         A.   It's possible.  I cannot get into

21    what -- into his mind at the time that he

22    wrote email.

23         Q.   No, but you can read what he wrote.

24         A.   Correct, but everything was there

25    when we got the IP and the stores.

193

1                           M. Srour

2          Q.   Do you remember reading this email

3      when you received it?

4          A.   No, I do not.

5          Q.   Okay.

6          A.   I receive close to a thousand

7      emails everyday so a lot of emails I skip.

8          Q.   I know that game.

9          A.   That's beside the emails that go

10     into spam all the time.

11         Q.   I will go -- that was the email

12     that Avish wrote.  This is the email that

13     Brendan Shay wrote from Lazard.  I will let

14     you read this email and I believe it's

15     just -- it's pretty short, but it bleeds onto

16     a second page.  I think I can capture all of

17     it and please read it and let me know when

18     you're done.

19              (Whereupon, at this time, there was

20         a pause in the proceeding.)

21         A.   You see this is the model that Go

22     Global went ahead and used that -- that's

23     indicating that the model, where the model is

24     coming from.

25         Q.   Have you read this email just now?

194

1                          M. Srour

2          A.   Yes, I read it.

3          Q.   I want to direct your attention to

4     the final paragraph.  This email was written

5     by Brendan.  It is dated June 23.  It is to

6     Avish and Milan.  Christian is also cc'd.

7          Final paragraph I will direct your

8     attention to, "We understand that in order to

9     secure financing you are looking to

10    incorporate transaction sources and uses and

11    we have in the impact of the capital

12    structure on cash flow, but that portion of

13    the model should be built and supported by

14    you, the buyer."  Do you see that sentence?

15         A.   Yes.

16         Q.   Did Dream On Me build and support

17    that model?

18         A.   I believe we did.

19         Q.   What is the name of the document

20    that contains Dream On Me's independent

21    model?

22         A.   You'll -- you will need to ask

23    Avish of that.

24         Q.   You don't know the answer to that?

25         A.   No.

195

1                           M. Srour

2          Q.   But you are sure that you made a

3    document?

4          A.   I believe we did.

5          Q.   And you're sure that that document

6    existed on June 23?

7          A.   I'm not sure -- I don't know when,

8    but I know it was built after actually.

9          Q.   Do you know --

10         A.   You see the model that was shared

11   from Lazard that was prepared by the buybuy

12   BABY and the Alixpartners had different

13   mini-models.  It was a model for 95 stores.

14   There was a model for 70 stores, 50 stores.

15   Then we built a model for 11 stores also

16   there when we took the stores before getting

17   into the auction.

18         Q.   You said that you reviewed Go

19   Global's model previously.  Do you recall

20   that?

21         A.   Go ahead.

22         Q.   Do you recall that?

23         A.   Yes.

24         Q.   Do you know whether Go Global's

25   model provided transaction sources?

196

M. Srour

2      A.    I'm not sure.

3      Q.    Do you know whether it provided a

4   capital structure?

5      A.    I believe it did.

6      Q.    Do you know whether it provided

7   cash flow?

8      A.    I believe it did.

9      Q.    And they provided that information

10   to you, is that right?

11      A.    That information came in from the

12   Lazard data room.

13      Q.    Go Global provided you access to

14   their data room, is that right?

15      A.    That information, they took that

16   information from the Lazard room, put their

17   name on it and they shared it.  So it's not

18   something that they built on their own.  They

19   used the buybuy BABY and the Alixpartners

20   model that they were sharing with their

21   investors.  It was not their own model.

22      Q.    You know that for a fact?

23      A.    Hundred percent.

24      Q.    No doubt in your mind?

25      A.    Hundred percent.

197

1                          M. Srour

2          Q.   You're okay sharing that

3      information as a result?

4          A.   What do you mean by sharing this

5      information?

6          Q.   Well, we saw that you emailed Go

7      Global's model to Scott Englander, Yussi,

8      Joseph Friedland, Jacob Sod and you also

9      testified that you emailed it or presented

10     that information to many other people?

11         A.   Correct.

12         Q.   You have no problem sharing that

13     information?

14         A.   Again, that model that was shared,

15     that's the model that came in from Lazard.

16     Understand, for the 50th time that was

17     mentioned during this, this model was created

18     by the buybuy BABY team and the Alixpartners

19     who was at the Lazard data center.

20          They took it, they put their name on it

21     and they make believe that this is their own

22     model there.

23              MR. BERLOWITZ:  We've been going

24          for maybe an hour.  I don't think I have

25          that much more left.  Is now a good time

198

1                             M. Srour

2          to break?

3                    MR. SKOFF:  If you don't have much

4          more left, we can wrap it up.

5                    MR. BERLOWITZ:  I want to take a

6          break to figure out my brief wrap up.

7                    MR. SKOFF:  Okay.  That's fine.

8                    MR. BERLOWITZ:  15 minutes.

9                    MR. SKOFF:  All right.  Back at

10          3:30.

11                    (Whereupon, at this time, there was

12          a pause in the proceeding.)

13          A.   I would like to add to the

14     previous --

15                    MR. SKOFF:  Wait.  Mark, there's no

16          question on the table right now.

17                    THE WITNESS:  I want to go back to

18          the prior question over there regarding

19          Avish's email there.

20          Q.   What do you want to say, Mark?

21          A.   Prior to the email of Avish on

22     June 23, the due diligence that we did, we

23     had spoken to approximately 25 top vendors

24     that we knew that they are coming onboard

25     with us into this venture.  I'm talking about

199

1                          M. Srour

2        we talked to Greco, Bright Tap, Kiko, Chico,

3        whoever the top vendors of buybuy BABY.

4            We did have meetings with the buyers

5        prior to that June 23 email of Avish.  So we

6        knew that we are -- who we are hiring and

7        whose going to do the transition to continue

8        running the operation.

9            We also had HR meetings that we knew

10       that we had -- whoever is going to handle

11       that.

12           The IT, I know that there was a lot of

13       talk regarding the IT and there was a whole

14       team that we put together also.

15           Regarding we also had many talks with

16       Helco regarding the whole process where they

17       were also trying to help us over here with

18       the bringing in investors.

19           And regarding the financial, we kept

20       changing the model with Alixpartners so

21       whatever -- whatever the due diligence that

22       we were doing, we were doing it from the data

23       room from inside Lazard.  So we were using

24       their sources to get the information that we

25       need.

1                           M. Srour

2           Q.   Is it your testimony that you were

3     speaking to a number of vendors before the

4     June 23 email that Avish sent?

5           A.   I believe so.  I believe so.

6           Q.   Is it --

7           A.   No --

8           Q.   Excuse me.  Excuse me, Mark.

9           A.   One second.  I'm trying to say.  We

10    spoke to the vendors.  I'm not sure if it was

11    before getting the IP or after getting the IP

12    so whatever was the date of the IP, but I

13    know that we spoke to the top vendors that

14    they knew for them to know what's going on.

15    I believe it was after the IP purchase.

16          Q.   Did you speak with those vendors

17    before the intellectual property purchase?

18          A.   I believe it was after.

19          Q.   Okay.

20          A.   I believe it was after because, if

21    I'm not mistaken, I know that the market was

22    surprised that we went ahead and purchased

23    the IP so I believe it was after.

24          Q.   Are you aware that there was a IP

25    auction and separately an auction for the

201

```
 1                        M. Srour
 2     going concern?
 3          A.   Go ahead.
 4          Q.   Are you aware of that?
 5          A.   Yes.
 6          Q.   Dream On Me only bid for the IP
 7     assets and not the going concern, is that
 8     right?
 9          A.   First you get the IP, then you do
10     the going concern.
11          Q.   Did Dream On Me bid for the going
12     concern?
13          A.   I'm not sure what we did at that
14     time.
15          Q.   You're not sure whether Dream On Me
16     placed a bid for the going concern?
17          A.   Not sure.
18          Q.   Do you know whether --
19          A.   First there was the IP.
20          Q.   I realize this is probably a little
21     self-evident, but do you know whether you won
22     the bid for the going concern?
23          A.   No, I don't because I don't think
24     we ever -- because our bid over there was
25     going -- was not based on the going concern.
```

202

1                         M. Srour

2                  MR. BERLOWITZ:  One moment, please.

3                  (Whereupon, at this time, there was

4           a pause in the proceeding.)

5           Q.    Do you know how much Dream On Me

6      bid for the intellectual property assets?

7           A.    15 and a half million.

8           Q.    Why that amount?

9           A.    Because I needed to -- because

10     that's the number that we reached.

11          Q.    How did you reach that number?

12          A.    We were bidding at the auction.

13          Q.    How did you determine that that was

14     the number that you wanted to bid?

15          A.    I didn't have no number with me.

16          Q.    Sorry, can you repeat that?

17          A.    I did not have a number with me or

18     a max to get the IP.  I wanted it and I was

19     willing to pay higher than that.

20          So for me the 15 and a half million

21     dollars was a bargain.

22          Q.    Other than Go Global, did you know

23     what anyone else was bidding before you

24     placed a bid for the intellectual property

25     assets?

1                           M. Srour

2           A.    No.

3           Q.    I believe you previously testified

4       about a two and 20 financial structure.  Do

5       you recall that?

6           A.    Yes.

7           Q.    Is it your testimony that Go Global

8       wanted a two and 20 financial structure?

9           A.    Yes.

10          Q.    And you didn't want that, right?

11          A.    No, I wanted to share it with them.

12          Q.    Prior to your discussions with Go

13      Global, had you considered a two and 20

14      financial structure?

15          A.    No.

16          Q.    Why not?

17          A.    Because it's not something that --

18      it's not my model.

19          Q.    And just going back to your bid for

20      the intellectual property, why were you

21      willing to bid an unlimited amount?

22          A.    Because I wanted the IP.

23          Q.    So you would have bid anything?

24          A.    Yes, I will.

25          Q.    Did you want the stores too?

1                          M. Srour

2          A.    Yes.

3          Q.    You wanted it all?

4          A.    Yes.

5          Q.    Was there a limit to how much you

6     were willing to bid?

7          A.    You have to look at the package

8     together and you have to see how many

9     investors are coming in, how much money you

10    will have, so you are putting it together.

11         So based on stores, based on how many

12    people coming in with you, you'll do whatever

13    you need to do.

14         Because we had the option at the auction

15    of the stores that you -- putting a deal

16    together for certain stores.  And you are

17    making inside deals over there at the

18    auction.

19         Q.    When you bid for the intellectual

20    property assets, how much money did you have

21    from investors?

22         A.    Zero at that time.

23         Q.    And you were still willing --

24         A.    Yes.

25         Q.    You were still willing to pay as

205

1                          M. Srour

2        much as it took to win the bid?

3             A.   Then I'm able to use the name for

4        myself.  I can just add it into the Dream On

5        Me, what you call it, umbrella and create a

6        line for the buybuy BABY.

7             It's the same thing that happened right

8        now with Toys "R" Us or Babies "R" Us.  They

9        shut down for the last five or six years and

10       now they are back.  It is a name that is

11       getting recognized in the market, yes.

12            So we were doing the same thing.  We had

13       the name that's been out for the last 30

14       years and people knew the name.  People

15       trusted the name.  So we wanted to take

16       advantage of the name.

17            Q.   I believe you said a moment ago

18       that you had, before the IP auction, you had

19       no investors, is that right?  Did I hear you

20       correctly?

21            A.   Sorry?

22            Q.   I believe you testified a moment

23       ago that before you made the bid for the

24       intellectual property assets, you had no

25       investors, is that correct?

206

1                          M. Srour

2          A.   I did have investors coming with me

3     into the auction that I was representing.

4     That was Jacob Sod, whatever, he was there.

5     He was coming in with ██████████.

6          Q.   Was Scott Englander coming in with

7     money, was he an investor?

8          A.   He was coming in, I think, with

9     ████████.

10         Q.   And what about Joseph Friedland,

11    was he an investor?

12         A.   I'm not sure if at that time he was

13    already in.  I'm not sure.  I know he was

14    coming in.

15             MR. BERLOWITZ:  I think I have no

16         further questions.  However, I would

17         like to, for the record, that I believe

18         the witness was inadequately prepared to

19         discuss topics four, five, seven, 12, 13

20         and 14.  I believe he directed me

21         primarily to speak to Avish or Amit

22         about this.  I know that --

23             MR. SKOFF:  Just give me those

24         again.

25             MR. BERLOWITZ:  Topics four, five,

207

1                        M. Srour

2          seven, 12, 13 and 14.  I'm also going to

3          add six on it there.  I think I missed

4          that before.  I believe that the witness

5          directed me to speak to either Avish or

6          Amit.

7               I know that we have the depositions

8          for both of those witnesses scheduled.

9          So I would like to make those also dual

10         and individual 30(b)(6) depositions so

11         we can take care of that.

12              I think that's it.  That's all I

13         have.

14              MR. SKOFF:  All right.  I have no

15         questions.

16              (Whereupon, at this time, the

17         examination of this witness concluded at

18         3:45 p.m.)

19

20

21

22

23

24

25

208

1

2                   A C K N O W L E D G M E N T

3

4       STATE OF NEW YORK          )
                                   :ss
5       COUNTY OF                  )

6

7              I, MARK SROUR, hereby certify

8       that I have read the transcript of my

9       testimony taken under oath in my deposition

10      of October 1, 2024; that the transcript is a

11      true, complete and correct record of my

12      testimony, and that the answers on the record

13      as given by me are true and correct.

14

15

16             _____

17                        MARK SROUR

18

19      Signed and subscribed to before
        me, this _____ day
20      of _____, 2024

21

22      _____
        Notary Public, State of New York
23

24

25

209

1

2                            I N D E X

3

4    WITNESS                 EXAMINATION BY          PAGE

5    M. Srour              Mr. Berlowitz              5

6

7                          E X H I B I T S

8    PLAINTIFF'S      DESCRIPTION               FOR ID

9    Exhibit 1      EBT Notice                    14

10   Exhibit 2      Email - DOM 10726             19

11   Exhibit 3      Email                         27

12   Exhibit 4      Email - DOM 8791-8794         27

13   Exhibit 5      Email - DOM 2770-2771         33

14   Exhibit 6      Email - DOM 2943              48

15   Exhibit 7      Email - DOM 2969              53

16   Exhibit 8      Email - DOM 2995              57

17   Exhibit 9      Email - DOM 3028              63

18   Exhibit 10     Email - DOM 3039              69

19   Exhibit 11     Email - DOM 2800              77

20   Exhibit 12     Email - DOM 10869             80

21   Exhibit 13     Transcript                    86

22   Exhibit 14     Email - DOM 11080            119

23   Exhibit 15     Email - DOM 10877            125

24   Exhibit 16     Email - DOM 11644            128

25

210

1

2                    E X H I B I T S (Cont'd)

3   PLAINTIFF'S        DESCRIPTION              PAGE

4   Exhibit 17        Confidential document      134

5   Exhibit 18        Email - DOM  11714         169

6

7

8                    REQUESTS/PRODUCTION

9   DESCRIPTION                                 PAGE

10  Native email of DOM 10868                    82

11  Notes from Avish during meeting              93

12  M. Srour notations on notepad                93

13  Signed amended LTD LLC agreement            149

14  Operating Agreement                         151

15  BBBY Acquisition tax returns                154

16  P&L documents                               154

17

18

19

20

21

22

23

24

25

211

1

2                C E R T I F I C A T E

3

4            I, JENNIE FANTASIA, a Notary

5       Public in and for the State of New York, do

6       hereby certify:

7            THAT the witness whose deposition

8       is hereinbefore set forth, was duly sworn by

9       me and;

10            THAT the within transcript is a

11       true record of the testimony given by such

12       witness.

13            I further certify that I am not

14       related either by blood or marriage; to any

15       of the parties to this action; and

16            THAT I am in no way interested in

17       the outcome of this matter.

18            IN WITNESS WHEREOF, I have

19       hereunto set my hand this 14th day of

20       October, 2024.

21

22       _____
         Jennie Fantasia Kilgallen

23

24

25

**A**

**A-F-T-E-R-N-O-O-N** 132:10
**a.m** 1:12
**ability** 9:19,22 10:8
**able** 10:2 15:16 21:23 22:6,18
    25:21 36:5,13 39:21 44:5 45:6
    61:14 84:17,19 94:23 99:4,11
    105:2,25 106:19 112:15 140:8
    164:14 174:24,25 175:4 176:19
    179:21 205:3
**abroad** 139:9
**abscess** 46:22
**Absolutely** 83:9
**access** 23:20 44:18,20,22 45:5 46:3
    46:22 51:20 73:9 81:19 196:13
**accomplish** 172:18 178:7
**accurate** 22:25 36:17 68:13 99:10
**acquire** 148:12 149:8
**acquisition** 132:21 134:12 135:6
    138:2,11,21 139:15,19 140:20
    144:11 145:24 147:6 149:15
    151:25 152:18,21 153:22 154:4
    210:15
**acronym** 120:15 142:13,14
**action** 6:15 11:6 211:15
**actively** 37:14,15
**add** 20:23 36:13,16 172:12 198:13
    205:4 207:3
**added** 99:6
**additional** 112:8 180:12
**address** 6:2
**addresses** 49:21
**admitting** 165:10
**advantage** 205:16
**adventure** 192:16
**advise** 124:7,9
**advised** 94:22 115:3 123:23 140:21
**advisement** 82:25
**adviser** 20:5,8,13 22:10
**advises** 22:11 124:3
**advising** 20:21
**affect** 9:17 10:8
**affirmation** 55:15
**affirmed** 5:19
**afterward** 82:22
**against-** 1:6
**age** 11:16
**agency** 4:10
**agent** 63:19 72:17
**aggressive** 40:5
**ago** 6:13 10:14 118:6 151:22
    168:16 205:17,23
**agree** 38:18 40:24 41:2 129:14
    166:2,3 174:9 178:6 180:5 182:5
    185:12,20 192:12,17
**agreed** 3:5,10,14 4:2 41:11
**agreement** 28:2 31:3 47:2 120:13
    120:16 134:11,17,19,22 150:22

**150:25 151:5,6,10 210:13,14
**agreements** 30:10 151:8,9
**ahead** 20:2 24:16 25:13 26:3 33:24
    34:17 45:4 50:17 53:23 55:13,14
    57:23 62:6 69:14,19 77:21 80:12
    80:22 82:12 111:11 116:6 117:2,4
    122:23 125:8,14 128:12,16 131:5
    153:5 170:25 171:12 172:25
    175:8 182:4 184:12 193:22
    195:21 200:22 201:3
**Alixpartners** 48:13 108:11,12
    130:2 187:5 195:12 196:19
    197:18 199:20
**Aliz** 108:9
**Alizpartners** 79:20
**allow** 89:12
**allowed** 169:3,10 186:5,15 190:14
**amended** 134:10,18 150:24 210:13
**Amit** 96:23 160:3,6 162:21 172:6
    177:24 206:21 207:6
**Amit's** 185:8
**amount** 39:18 166:2,5 202:8
    203:21
**and/or** 130:20
**annual** 142:25
**answer** 7:2,10,21 22:14 23:9 59:3,9
    67:21 77:23 78:2 84:6 89:12 96:6
    96:9 98:19 115:15 120:23 121:3
    124:6,12,13,16,17,19 126:4,7
    152:6 174:16,23 176:8,9,17
    178:10 179:21,22 180:3 181:19
    181:20,21 184:25 185:2 194:24
**answered** 94:17 191:23
**answering** 38:9 91:5
**answers** 7:6 208:12
**anybody** 14:3 16:3 73:5 129:2
    177:20,22,25
**anymore** 12:18 52:24 106:15
    133:14,20
**apart** 106:2
**apologize** 26:22 31:8 44:10 63:23
    89:19 191:23
**appear** 22:24
**appearing** 5:10 91:21
**appears** 27:9 68:10 69:17 81:2
**appreciate** 44:15 69:20 77:22
    117:25
**appreciated** 78:3
**approach** 130:13,19
**approximate** 140:8
**approximately** 39:14 198:23
**April** 23:16,16,24 125:22
**area** 25:3
**areas** 185:16
**arranging** 22:24
**arrested** 9:13
**Ashland** 54:14,15
**asked** 7:23 31:8 41:11 65:5,5,7
    89:20 99:7 168:6 179:18 184:21

**asking** 6:17 7:9 13:10,11 15:3
    37:20 41:2,24 51:18 64:25 65:3
    77:12 80:15 100:6,7 104:9 111:10
    115:12 121:13 131:6 149:3 151:2
    161:10 167:13 169:4 174:20
    176:14,24 177:6 178:16 179:10
    179:23 181:21 187:22 189:19
    190:4
**aspects** 160:25 187:10
**assets** 17:10,19 18:2 62:3 92:21
    132:16,24 133:3 159:11,16
    160:10,14 162:14 163:6,12,22
    172:15 201:7 202:6,25 204:20
    205:24
**assist** 85:4 186:24 187:2
**assisting** 187:5
**assume** 7:22 10:23 14:2 92:9
**attached** 50:18 68:15 122:18
**attaches** 49:5
**attachment** 27:9
**attachments** 68:11,11
**attend** 10:17,21,23 103:4
**attended** 34:22 35:5,8 93:5 156:15
**attention** 100:15 142:17 194:3,8
**attorney** 1:16 33:16,22 34:3 150:20
    170:14
**attorney's** 134:7
**attorneys** 2:4,9 5:3
**auction** 17:10,18,21 18:10,13 23:14
    31:7,14,18 55:6 78:16 81:20,24
    92:10 118:20 125:19 132:17,24
    133:17 149:2 155:19 156:8,11
    161:19 165:17 166:14,21 167:11
    167:12,12 170:3,7 195:17 200:25
    200:25 202:12 204:14,18 205:18
    206:3
**auctioned** 60:22
**auctioneer** 167:23
**audio** 93:15
**August** 186:18,23
**authorization** 32:6,22
**authorize** 47:3
**authorized** 29:13,19,20 47:4
**Avenue** 2:10
**averaging** 139:25
**Avish** 16:14,15 19:4 27:6 28:21
    29:13,18,22,23 31:19 32:5,12
    35:9 45:24 46:5,15,17,19,23
    47:14 50:15 64:24,25 72:9 76:24
    78:20 79:11 80:2,20 81:9,25 82:5
    82:6 90:3 93:19 95:11 121:15
    122:17 124:25 125:10 126:2,6,8,9
    126:15,18,21 128:7,13 129:13
    130:3,15,20 131:8 158:5,6,9,11
    158:12 159:4 164:13,16 168:11
    169:13 170:20 171:4,20 172:6
    176:3 177:6,8,10 178:5,13 179:20
    180:14,21,25 181:8 182:25
    185:11,24 186:21 187:25 191:24

192:12,15,18 193:12 194:6,23
198:21 199:5 200:4 206:21 207:5
210:11
**Avish's** 192:5 198:19
**avoidance** 148:8
**aware** 18:10 23:3 31:10 32:5 75:7
77:25 90:21 91:13,16,24 93:6
94:9,14 96:11,17,18 97:9 126:9
200:24 201:4
**Azot** 108:17 109:18 110:13,14
112:20 153:2,12,16

**B**

**B** 96:2 141:24 209:7 210:2
**Babies** 205:8
**baby** 17:10,19 20:25 21:10,16 22:7
23:17 24:14 39:11,12,17 43:2
44:5 45:10,19 48:12 49:6,6 53:6
54:22 55:5 56:14 58:13 59:15
61:12,23,23 62:4 67:16 68:12
70:19 78:16 79:7,19 81:20 92:10
92:22 105:11,16,22 107:2 108:3
111:3,3,17 112:3 118:10 123:19
125:19 129:25 132:17 133:7
135:8,24 137:3 148:13 164:4
165:7 175:25 180:10 185:22,25
186:3 190:8,16 195:12 196:19
197:18 199:3 205:6
**BABY'S** 155:19
**back** 7:14 9:8 12:15 17:16 18:7
21:12 22:2,21 23:16,24 26:10
38:9 40:8 58:22 75:21 77:14,15
79:5 85:16 89:19 100:5 105:11,13
106:8 114:16 125:22 131:12
132:5 140:16 144:18 150:15
151:3,14 157:9 168:19 192:6,7
198:9,17 203:19 205:10
**background** 39:8 183:10
**bad** 135:20 136:3,4,5
**bankruptcy** 17:10 23:6,18 31:18
55:6 92:10 132:17 141:21 155:19
156:7 161:18 163:2
**bargain** 163:19 202:21
**based** 113:18 144:21 149:8 159:22
175:7,11 176:5 201:25 204:11,11
**basically** 42:6 46:2 67:22 76:11
126:8 154:12 190:4
**basis** 79:11 167:15
**Bates** 19:2 26:18 28:2 33:10 49:7
53:10 57:16 62:24 69:17 77:2
80:9 87:14 119:16 125:2 128:8
134:8
**Bath** 21:11 22:7 105:19 108:8
159:18
**BBB** 49:4 50:19 76:25 122:18
187:8
**BBB's** 133:2
**BBBY** 40:20 132:21 134:8,12 135:5
138:2,10,21 139:15,18 140:20

144:11 145:24 147:6 149:15
152:17,20 153:18,21 154:4 156:7
159:11 160:14 162:14 163:2,21
169:14 190:18 210:15
**BBBY's** 160:10 163:6,12
**bearing** 33:10 134:8
**bears** 19:2 26:18 28:2 53:9 57:15
69:16 77:2 119:16 125:2 128:8
**Bed** 21:11 22:7 105:19 108:7
159:18
**bedrails** 44:4
**Bee** 88:6,21
**beginning** 40:11 104:23 140:12
142:23 164:3 179:11
**begins** 52:2 187:7
**behalf** 28:19,23 32:13 178:11
179:22 181:20,22
**belief** 5:9,13
**believe** 13:22 15:17,23 16:14 18:9
24:15 43:6 44:7,24 56:4,8 60:17
64:18,23 65:13,20 68:5 70:6 76:7
77:10,11,17 78:13 79:10,17 81:21
83:13 88:6,20 92:25 93:8,19,21
110:17 119:4 120:11 132:25
137:8 139:8 140:16 149:17
153:25 156:25 157:17 162:20,21
167:16 168:4,15,18 170:5,7
172:22 182:7 185:7 186:19
188:22 189:16 190:17 193:14
194:18 195:4 196:5,8 197:21
200:5,5,15,18,20,23 203:3 205:17
205:22 206:17,20 207:4
**believed** 110:21,23
**belonged** 108:2
**benefit** 166:22
**Berkman** 2:4,15 6:9
**Berlowitz** 2:6 5:5 6:6,8 14:11 18:6
26:6,20 27:3,22 44:7 48:22 53:9
57:12 69:4 80:9 82:19 83:2,5
85:16 87:16,25 88:5,9,17,20,24
89:17 90:11 93:21 99:22 114:16
117:24 127:24 131:21 132:7,12
134:5 149:22 150:6,12 151:12
154:2,9 197:23 198:5,8 202:2
206:15,25 209:5
**best** 5:8,12 70:7 190:24
**better** 99:11
**beyond** 18:4 21:12 22:7 105:19
108:8 159:18
**bid** 17:25 38:24 40:5 41:6 92:20
104:15,16,20 105:6,14,15 106:4
116:20,24 148:19 155:19 156:7
156:13,21 159:15,17 160:9,13
162:14 163:10,20,23 165:7,12,16
165:16 166:4,9,16 167:2 168:8,24
169:3,10 173:6,10 176:19 183:3
201:6,11,16,22,24 202:6,14,24
203:19,21,23 204:6,19 205:2,23
**bidder** 174:8

**bidders** 174:22,23
**bidding** 50:22 51:4,5 61:21 164:3
202:12,23
**big** 104:24,24 165:14 172:7
**bind** 30:9 123:24
**binding** 123:20
**bit** 59:12
**bleeds** 193:15
**blood** 211:14
**BN** 146:17
**board** 101:4 103:9
**body** 11:7
**bonus** 148:10
**Bookstores** 11:21
**bottom** 19:12 20:18 68:10 82:9
98:25 100:16
**bought** 132:18
**box** 77:20
**boy** 11:20
**Brad** 184:4
**brain** 157:9
**brand** 38:17
**break** 8:2,3 24:8 26:11 83:7 94:21
96:18 115:20 198:2,6
**Brendan** 124:25 125:11,11 184:4,5
193:13 194:5
**brief** 198:6
**Bright** 199:2
**bring** 14:11 55:2 58:22 60:25 61:3
61:3 71:6 72:2,4 84:23 96:3
103:14 106:6 107:14 112:15
179:2
**bringing** 71:8 85:20 138:18 199:18
**broker** 109:10
**Brooklyn** 6:4
**BS** 101:24 102:5,6,10
**build** 110:5 188:15 194:16
**building** 108:21
**built** 188:21 194:13 195:8,15
196:18
**bullet** 52:3,14
**bullshit** 102:6,12,17
**business** 8:15 9:9 12:17 37:2,4,16
37:25 38:8 39:9,10,13,16,23 42:5
50:24 60:2,11,11,14 64:3,12 65:6
65:10 66:19,23 110:9,10 155:24
155:24 156:4 178:15,17 187:10
**businessman** 21:22
**buy** 21:15 60:12 71:12 105:21
184:13
**buybuy** 17:10,19 21:10,16 22:7
23:17 24:14 39:17 45:9,19 48:12
55:5 56:14 58:13 59:15 61:12,23
61:23 62:3 67:16 70:19 78:16
79:7,19 81:20 92:10,22 105:11,16
105:22 107:2 108:3 111:2,3,17
112:3 118:9 123:18 125:18
129:25 132:16 133:7 135:8,24
137:3 148:12 155:19 164:4 165:7

175:25 180:10 185:22,25 186:3
190:7,16 195:11 196:19 197:18
199:3 205:6
**buyer** 194:14
**buyers** 199:4
**buying** 13:16,17 61:11 62:10 112:6
112:8 138:13 140:22 146:12
148:19

**C**

**C** 2:2 208:2 211:2,2
**C-A-R-Y** 137:24
**California** 102:25 107:11,15
**call** 37:6 44:13,14 56:7 57:4 70:2,4
70:4,8,21 75:9,16 76:17,21 85:6
85:12,12 93:22,23 98:22 99:23
106:10 110:3,4 113:24 118:20
144:18 145:12,17 149:23 151:12
154:2,9 178:23 205:5
**called** 11:20 27:10 113:16 132:21
188:23
**calling** 111:13 112:10 150:6
**calls** 124:4
**camera** 26:9
**Canal** 132:19
**capabilities** 180:18 182:2,10,17
183:9
**capacity** 8:21 174:19 176:20
**capital** 40:16 41:23 50:24 51:9
59:11 148:10 194:11 196:4
**caption** 98:23,25
**captions** 98:21,22 99:2,6
**capture** 193:16
**care** 112:13 117:14 207:11
**carry** 25:8
**Cary** 137:25
**cases** 8:16
**cash** 169:15 178:17 194:12 196:7
**catch** 119:5
**cc'd** 27:7 80:18 194:6
**cc'g** 19:4
**censure** 11:6
**center** 197:19
**Centre** 2:5
**CEO** 13:12 48:12 57:2 79:19
105:20 118:9 136:24 138:4,8
**certain** 30:10 170:6 173:18 204:16
**certificates** 11:3
**certification** 3:7 88:23
**certified** 88:18
**certify** 208:7 211:6,13
**CFO** 49:17 50:7,10
**chain** 40:15 41:4,23 42:17,18,22
43:10 82:11,15 163:5,15,16
187:18
**challenged** 178:14 179:13
**challenging** 179:17
**change** 44:9 62:22 106:5
**changed** 14:6 45:8 46:7

**changes** 12:17
**changing** 199:20
**character** 25:17,19
**charge** 13:13 60:8 117:13 136:22
136:24 138:3,5,16,19 145:16
**Charles** 49:4,13,16,23 109:7,12,15
112:20 152:25 153:9
**Charles'** 49:24
**Chico** 199:2
**children's** 12:6,8,9
**China** 43:3,11 138:23 139:2,9
146:15
**Chinese** 146:22,23
**choose** 191:2
**Chris** 19:4
**Christian** 2:17 20:19 27:7 35:14
47:21 90:3 101:20 102:2,2 194:6
**Civil** 1:18
**claim** 86:6
**claimed** 86:10
**clarification** 161:10,11
**clarify** 19:23 53:5 61:25 68:9 73:12
94:12 142:22 168:22
**clarifying** 38:13 142:12
**clarity** 78:5
**clean** 78:2
**clearly** 10:3
**client** 20:23
**clock** 174:6 177:13,14,18
**close** 43:5 154:19 193:6
**closed** 98:25
**clothing** 12:6,22 39:11
**CMO** 29:23
**collaborate** 40:19
**collect** 113:19
**collecting** 17:2,6 166:13
**collection** 29:4
**collectively** 40:19
**college** 10:21
**come** 32:12,17 56:15 59:18,20,21
64:13 66:4 71:5 85:23 101:22
104:22 110:10 112:6 116:3,12
132:5 143:25 167:13
**comfortable** 25:12 84:9 102:13
158:15
**coming** 36:6 43:10 48:10 53:2
59:11 84:20 85:3,22 96:4 101:13
101:13,15,19 102:25 103:8,15,16
106:11 115:4 121:20 144:15
193:24 198:24 204:9,12 206:2,5,6
206:8,14
**commissioned** 88:15
**common** 112:23
**companies** 29:5 43:13,18,19 106:2
147:6
**company** 12:25 22:17 24:9,10 29:7
29:23 54:10,13,16 91:19 101:23
132:20,23 133:2 134:11 135:7,10
135:14 136:11 138:11,17,21

139:15,19 140:20 141:12 142:24
142:24 144:11,24 145:3,24,24,25
147:7 148:11 149:15 150:25
152:18,21 153:22 154:4
**compare** 161:24
**compensated** 140:24 141:3
**compensation** 141:14 143:12
147:16 149:15 151:24
**complete** 7:9 208:11
**complicate** 123:6
**computer** 137:13
**concern** 20:25 62:4 161:19 201:2,7
201:10,12,16,22,25
**concerned** 25:24 45:16 122:12
161:3
**concerns** 192:13,19
**concluded** 207:17
**conclusion** 102:16 124:5,12
**condition** 117:9
**conducted** 4:4 55:4 81:23
**conference** 1:18 4:5,9,12 5:10
**confidential** 122:20 210:4
**confirm** 143:3
**confused** 119:9
**connect** 19:6 27:8
**connected** 96:21
**consent** 4:14 166:8 168:7
**considered** 4:15 141:10 203:13
**consult** 97:22
**consulting** 165:9
**consumers** 40:21
**Cont'd** 210:2
**contact** 23:3,13,16
**contained** 127:20
**contains** 194:20
**contents** 45:2
**context** 174:14
**continue** 106:14 176:21 199:7
**CONTINUED** 132:11
**continues** 77:19
**contours** 59:13
**contract** 124:2
**contracts** 123:22
**contribute** 106:4
**control** 4:10 101:4 103:9 135:14,18
135:22,23
**controlling** 138:12,14 178:21
**conversation** 20:20 56:10 57:7
61:16,20 62:18,19 64:22 65:16,19
68:19 78:4 95:21 114:25
**conversations** 21:11,14 118:11
179:5
**convert** 112:7
**convicted** 9:14
**convince** 67:18
**copied** 45:17 46:6
**copy** 90:10 149:17,20 150:7
**corporate** 187:17
**correct** 8:8 13:3,23,25 16:11 18:2

18:14 20:17 22:4 27:16 28:22
29:8,20 31:3,15 38:19 39:2,5,22
40:3 43:23 46:9 47:5,18 49:11
52:8 53:22,24,25 54:3,4,20,24
55:16,22 56:20,21 58:6 60:6,19
62:5 63:17,20,24 64:5,15 68:16
71:16 77:20 79:13 80:18 83:15,16
83:18,22 84:13 85:20 86:3 87:11
88:17 89:23 93:9,10 95:4 99:13
102:4 103:25 105:8,15 109:20
116:22 120:8,9,17 127:8 129:18
131:4 132:22 133:18 136:12
139:11 143:10,16,23,24 154:25
155:4 158:22 162:16,23 163:3
170:24 174:18 175:22 185:6,9
186:14,21,25 190:19 192:24
197:11 205:25 208:11,13

**correctly** 205:20
**cost** 113:5 116:16 149:12 159:23
**costs** 115:8 116:2,4,7
**counsel** 3:7 4:3,7,20 5:7 16:4,8
**country** 163:18
**COUNTY** 208:5
**couple** 6:22 19:4 52:2 151:22
167:12 169:23
**course** 32:14 59:5 113:8 121:4,12
170:12 171:15 191:10
**court** 1:2 3:18 4:1,6,10,21 5:7,22
5:25 7:5,13
**create** 78:2 205:5
**created** 79:21 108:8 111:18 114:4,7
197:17
**creating** 111:4
**credentials** 11:3
**crime** 9:14
**cross** 164:25
**current** 27:3
**currently** 22:10
**cut** 61:7 113:20,25

---

**D**

**D** 142:3 208:2 209:2
**D-A-L-E-I-D-E-N** 137:20
**D-I-B** 141:18
**D-O-M** 29:3
**Dahiya** 27:6 28:21
**Daleiden** 137:18
**Danny** 107:10
**dark** 180:17 181:25 182:9,16
**data** 23:21 26:3 44:18,21 45:2,5,7
47:25 51:20 73:9,17 75:25 76:3
80:20 108:4 111:15 122:5,8,14
127:6,20 128:14 129:2,4,7 130:7
130:14,22,25 131:4,10,17 175:7
176:2 196:12,14 197:19 199:22
**date** 1:19 5:2 14:15 18:24 27:2,21
33:7 48:21 53:16 57:20 63:5
69:13 77:8 80:8 86:25 119:22
125:5 127:7 128:4 134:4 140:13

140:17 141:14 169:20 200:12
**dated** 33:10 50:15 53:12,24 57:15
62:23 69:16 76:25 80:3 124:25
128:8 169:14 194:5
**dates** 22:2
**DAVIS** 2:9
**day** 18:17 20:9 30:25 74:21 76:5
103:2 145:2 164:14 165:25
167:11 186:2,4 208:19 211:19
**day-to-day** 36:25 37:16,25 38:8
60:2
**days** 167:12
**dead** 136:14
**deal** 55:3 62:15 64:17 66:4 71:10
71:13,15 110:11 160:8 166:24
171:24 172:3,4,7,18,21 177:15,18
178:8 179:3 181:4,10 204:15
**dealmaking** 160:12,17,20 187:14
**deals** 183:7 204:17
**debtors** 148:13
**decide** 103:6 190:20
**decided** 24:16 102:18 104:6
**deep** 157:13
**defendant** 1:15 2:9 8:11
**Defendants** 1:10
**deficient** 180:6
**delaying** 165:14,15,15
**demand** 168:20
**depend** 60:13
**depended** 180:10
**depending** 42:18 172:19
**depends** 60:9 101:4 139:22 182:22
**deposed** 6:12,15
**deposition** 1:14 4:4 6:23,24 15:25
16:10,17,20,23 82:24 139:5
150:11 208:9 211:7
**depositions** 207:7,10
**describe** 10:12 11:9
**DESCRIPTION** 209:8 210:3,9
**designees** 142:25
**details** 59:13
**determine** 202:13
**develop** 45:15 60:13 175:10 176:3
176:4
**developed** 118:22 189:15,17
**developer** 54:11,19 60:11,18
**developing** 116:20,24
**devoting** 116:20
**DI** 141:16,19,22 143:22,25 144:8
144:10 145:20,21 148:10
**DIF** 142:2
**difference** 62:2 180:13 182:23
**different** 27:23 29:5 60:24 70:12
107:18 195:12
**difficult** 174:5
**difficulties** 173:22 174:3
**dig** 147:3
**diligence** 31:16,20 55:5,9 81:23
125:12,18,20,24 126:10,19,22,25

171:14 172:14 173:6,19,23 176:5
178:14 179:1,17 180:6 182:25
183:10,16 184:7,11,19 198:22
199:21
**dinner** 34:14,18,20,23,25 35:7,17
**direct** 20:20 40:13 112:8,16 113:3
124:17 138:13,19 141:23,25
142:8,16 145:14,23 147:7 172:19
180:11 182:22 194:3,7
**directed** 206:20 207:5
**directly** 20:24
**disappeared** 52:23
**disciplinary** 11:6
**discuss** 35:16,21 56:2 65:14,24
70:17,23 72:25 82:21 118:17,21
157:12 206:19
**discussed** 18:5 30:5 35:18,19,25
36:3,12,15 56:11,12,16,18 66:6
68:18,22 70:18 71:3 107:3 118:19
155:3 185:7
**discussing** 68:24 78:23 105:10
106:20,25
**discussion** 37:21,22 52:25 65:25
157:13
**discussions** 17:24 105:19 109:17
203:12
**displayed** 14:17 18:21 27:18 32:25
48:18 53:18 57:11 58:19 63:2
69:10 77:5 80:5 86:19 119:19
128:6 133:25 169:17
**displaying** 14:19 33:3 48:25 62:21
86:20 100:14 112:25
**distinct** 62:4
**distributed** 145:11
**distribution** 113:20
**DISTRICT** 1:2,2
**DIV** 141:21
**DNA** 120:6,9,10
**document** 14:14,21 18:23 26:15,16
26:18,25 27:4,11,20,23 28:5,6,9
28:20,20 30:14,21 32:13,21 33:2
33:6 34:5 48:15,20,24 49:6,8
53:15 55:20 57:13,19,22 58:22
63:4 69:5,12,18 77:2,7,9 80:7
86:20,24 87:24,25 100:8 108:13
119:14,17,21,24 125:4 128:3
133:22 134:3,5,7,10,13,24 149:20
149:24 150:2,8,9 151:13 169:19
177:2 194:19 195:3,5 210:4
**documents** 9:22 10:2,9 16:16 17:3
17:6 29:9 31:23 32:3 45:15 46:6
46:21 47:25 48:5 49:5 67:19
68:15,22 78:12 81:4,19 109:16
121:22,25 122:3 127:20 129:5,11
144:6 154:3,5,7,11 176:5 210:16
**dog** 142:3
**doing** 11:19 31:20 36:5 37:22 39:21
40:8 56:13 104:16 125:20 126:21
126:24 131:11 140:3,22 173:4

199:22,22 205:12
**dollars** 113:5 114:3,6 115:9 116:8
141:6,7 143:12 145:15 202:21
**DOM** 19:2,18 21:9 22:10,24 26:19
29:2,4 31:16,21,25 32:13 33:10
36:16 41:5,14 49:4,7,13,16,18
53:10 57:16 62:24 69:17 77:2
80:10,21 81:23 87:20 91:16
119:17 125:2,11,17 128:9 168:8
173:22 209:10,12,13,14,15,16,17
209:18,19,20,22,23,24 210:5,10
**domestically** 139:25
**doubt** 148:9 196:24
**download** 44:25
**downloaded** 46:6 47:25 122:4,6
127:19 129:6
**draft** 89:7
**dragging** 102:23
**draw** 100:15
**Dream** 1:9,9 6:11 8:18,24 12:25
13:2,7 14:6 17:23 20:5,7,10,12,21
28:20,23 29:3,24 30:9,20,22 32:2
36:24 37:8,10,15 39:14 41:17,24
42:3 43:14,21,22 44:17,22,25
47:12 48:2 50:10 54:7 55:4 63:17
63:19 64:21 66:24 72:15,17,20
76:12 78:6,11,14,25 81:4,18
83:14 84:2,19 93:4,17 94:6 96:3
97:5,7,15,18 122:4 123:9 125:24
126:11 127:18 129:6 132:19
138:24,25,25 139:17 146:4,5,6
155:8,17,18,21 156:4,8,13,20
158:7,12,24,24 159:10 160:8,12
160:16,22 161:2,6,12,15 162:4,8
162:13,17,24 163:4,6,17 166:8,9
171:13,22 174:2,13,19,20 181:10
181:12 182:6,15 183:2,14 184:6
188:3,20 189:14 191:19 194:16
194:20 201:6,11,15 202:5 205:4
**driver's** 5:16
**drop** 77:19
**Dropbox** 78:6,8,14 79:2 81:5
**dual** 207:9
**due** 31:16,20 55:4,9 81:23 125:12
125:18,20,24 126:10,19,22,25
171:14 172:14 173:6,18,23 176:4
178:14 179:13,17 180:6 182:25
183:10,15 184:7,10,19 198:22
199:21
**duly** 5:18 211:8
**duplicated** 26:4

**E**

**E** 2:2,2 142:5,5 208:2,2 209:2,7
210:2 211:2,2
**earlier** 139:4
**easier** 154:14
**East** 6:3
**easy** 78:4

**EBITDA** 144:25 145:2,4
**EBT** 209:9
**edit** 99:4
**education** 10:12,14
**Edward** 142:5,6
**effect** 3:17 131:17,18
**efforts** 183:2
**eight** 187:8
**either** 90:15 163:21 188:3 207:5
211:14
**EI** 107:10
**electronically** 19:25
**email** 18:25 19:2,3,8,11,25 20:3,18
22:21,22 26:20 27:6,14 33:9,13
33:18 34:10,13 40:10 49:3,10
50:6,9,14,15 51:3,7 53:8,9,10,19
53:21 54:21 56:19 57:13 58:20,25
59:7 61:10 62:21 63:6,8 68:10,13
69:15 70:3 74:17 75:5 76:23
77:13,19 78:18,21 80:2,11,13,16
80:17,18 81:15 82:9,14,21 90:10
90:12,13 119:15 120:8 124:24,24
125:6,9,10 127:7,10,17,18,25
128:7,10 130:4,15,21 131:8
169:12 170:18,20,23 171:2
174:15,17 175:18 179:20 185:25
186:21 188:2 189:13 191:25
192:10,14,19,22 193:2,11,12,14
193:25 194:4 198:19,21 199:5
200:4 209:10,11,12,13,14,15,16
209:17,18,19,20,22,23,24 210:5
210:10
**emailed** 30:15,19,21 197:6,9
**emails** 197:7,7,9
**employ** 43:5
**employed** 155:12,17 162:4
**employee** 20:14
**employees** 16:6 43:20 84:2
**encourage** 20:24
**ended** 72:5,5
**engaged** 17:24
**Englander** 62:23 63:8,9,16 65:12
66:7 68:7,14 69:16 70:3,9 80:3
81:16 82:10 106:24 112:21
129:16 130:14,20,25 131:9 197:7
206:6
**enjoin** 166:21
**entail** 171:18
**entitled** 148:9
**entity** 132:15 133:6
**envision** 37:15 59:22,25
**envisioned** 38:7
**especially** 61:6 112:6
**ESQ** 2:6,11,15 6:6 132:12
**establish** 46:14
**estate** 54:6,11,18 60:18,24 63:10,11
63:13 64:3 109:10 155:23
**estimate** 123:13
**event** 148:10,11

**events** 164:17
**everybody** 67:22 129:20,21,22
**everyday** 193:7
**ex-employee** 137:2
**exactly** 49:22 77:16 84:17 88:13
115:10 119:13 139:6 158:3 192:5
**examination** 3:8,15 6:5 132:11
207:17 209:4
**examined** 5:20
**example** 32:20
**excited** 38:23 165:6
**excuse** 62:13 79:25 180:23 200:8,8
**executed** 150:7
**execution** 159:11 164:17 187:11
**exhibit** 14:12,15,17 18:8,21,24
26:22 27:2,5,18,21,24 32:25 33:7
33:16,22 34:3 44:8 48:18,21
53:13,16,18 57:11,20 58:19 63:2
63:5 69:10,13 77:5,8 80:5,8 86:19
86:25 87:14 119:19,22 125:5
128:4,6 133:25 134:4 150:20
169:17,20 170:14 209:9,10,11,12
209:13,14,15,16,17,18,19,20,21
209:22,23,24 210:4,5
**existed** 195:6
**existence** 94:10,15
**expand** 114:5 121:13 152:15
**expect** 50:23
**expected** 51:8
**expedited** 166:4
**experience** 11:10,12 41:14,17,25
42:3,8,14,20,21,24,25
**expert** 160:3 162:15,22 172:23
173:3 185:11
**expertise** 25:2,4 160:19,23 161:3,7
161:13 172:20 173:13,15
**experts** 187:9 188:3,4
**explain** 77:12 101:8
**explained** 25:18
**exposing** 191:7,20
**express** 4:14
**extensive** 174:8,22
**extract** 159:17
**extremely** 136:8,16
**eyes** 134:7

**F**

**F** 142:5 211:2
**F-E-E** 141:25 142:5
**fact** 5:11 39:3 196:22
**factories** 138:23,24,25 139:3,9,13
146:4,6,9,10,11 147:5
**factory** 43:11 146:14,15,18,20
147:10,11
**fails** 148:11
**fair** 61:3,3
**fairly** 166:4
**Falcon** 2:4,15 6:9
**familiar** 17:9,11,20,23 28:8 34:19

132:20
**family** 28:24 29:2,4 43:15
**Fantasia** 211:4,22
**far** 22:2 25:24 45:16 83:3 122:12
  129:23 140:10 153:23 184:18
**Federal** 1:17 3:3
**fee** 141:17,19,25 142:4,9 143:2,22
  144:2,8,10 145:14,20,21 147:19
  148:10,11
**feel** 25:11 102:13 158:15 188:6,10
**feeling** 167:20,21
**feels** 192:8
**fees** 144:14
**feet** 192:6
**fell** 106:2
**felt** 157:14,15
**Fern** 109:7,12,15 112:20 152:25
  153:9
**Feuer** 2:17 19:4 27:7 102:2
**figure** 198:6
**filed** 23:17 153:24
**files** 153:22
**filing** 3:8
**fill** 42:13
**final** 58:21 189:23 191:5 194:4,7
**finally** 187:18
**finance** 13:16,17 138:15 140:23
**financial** 20:5,8,13 22:9 50:20
  154:5 162:8,10,15 172:23 173:15
  183:8 184:6,8 187:16 199:19
  203:4,8,14
**financials** 173:4 176:20
**financing** 194:9
**find** 101:6,20 103:3 149:19 168:18
**fine** 44:12 74:13 89:17,18 150:12
  198:7
**finish** 62:13 96:6 115:12 117:22
  132:6 180:23
**finished** 23:8 61:8 96:9 116:5
  169:22
**fire** 6:16,20,20,21,21
**firm** 6:8
**first** 5:18 11:19 12:2 18:17 23:13
  25:10 26:13 27:13,15 28:7 29:11
  31:9 35:18 52:10 75:5 87:9 91:8
  91:20 101:12 102:9 124:3 134:9
  134:16 142:2,7,10,13 144:4
  146:25 148:7 150:17 157:2,19
  168:19 172:11,15 201:9,19
**fit** 24:15
**five** 12:16,16 59:21 136:2 140:10
  205:9 206:19,25
**fixed** 22:18
**flier** 6:18
**flow** 169:15 178:17 194:12 196:7
**focus** 160:17
**follow** 101:9
**followed** 82:14
**following** 157:24 175:9

**follows** 5:21
**followup** 150:11
**foot** 161:22
**force** 3:16
**Forget** 73:25
**forgot** 98:14 184:4 185:3
**form** 3:11 10:5 59:2 67:20 84:4,5
  120:22
**forth** 9:8 131:13 192:7,7 211:8
**forward** 54:25 89:13 118:19
**forwarded** 112:22
**forwarding** 50:15 54:22
**found** 106:3
**four** 117:14 135:25 177:25 179:18
  206:19,25
**Frank** 142:5
**Friedland** 64:4 107:16 129:19
  152:25 153:6 197:8 206:10
**friend** 72:14
**front** 16:22 90:16 106:8 125:6
  128:11 177:2
**fulfill** 190:3
**full** 52:14 102:17 137:4,12
**fully** 142:14
**functions** 40:16 41:23
**funding** 40:15 41:18,19,22 42:4
  160:9,13,17,18,20 184:16 187:15
**funny** 158:13,14
**furniture** 39:11 43:12 44:2
**further** 3:10,14 4:11 101:8 206:16
  211:13
**future** 5:2 144:13

<hr>

**G**

**G** 208:2
**game** 193:8
**Gandhi** 19:3 20:4 33:9 41:22
  169:13
**gaps** 42:14
**Gary** 53:11 56:19,22,24 57:3,7,14
**gathering** 175:6
**gear** 39:11
**general** 36:20,21 65:9 67:14,19
  129:9
**gentleman** 90:7,8 108:16
**getting** 23:18 46:3 94:22 96:20
  127:4 144:22 149:2 161:21
  167:16,19 168:5 178:3 180:10,11
  181:5 189:25 195:16 200:11,11
  205:11
**GG** 27:10 28:3 49:6
**give** 19:7 25:22,23 30:8 33:12
  114:14 165:24 206:23
**given** 208:13 211:11
**gives** 168:24
**Glen** 136:23,25 137:2 138:3,5
**Glen's** 137:4,22
**Glickman** 49:25 50:2
**Global** 1:3 6:10,10 17:24 18:16

19:18 22:23 23:11 24:3,11,19,23
27:25 35:13 36:19,24,25 37:10,14
38:7 44:20 45:4,10,11,14 46:4,5
46:22 47:17,19,23,24 48:4 49:4
50:19 51:5,13,19 52:12,16 53:5
54:22 56:2 63:18 65:7,9,12,15,24
66:6 68:2,3,6,12,25 70:24 71:3,18
71:23 72:23,25 73:5,13,17,21,22
74:9,14 75:3,15,17,19,25 76:16
76:17,18,25 79:6,8 83:14,23 84:3
84:15,19,23 85:25 86:14 91:22
97:11,15,19 101:12 102:3,16
103:7 104:7,17,17,18 105:6 106:3
106:5 107:24 108:2,6,14,22,23
109:5,11 111:5,13 114:20 116:19
116:23 117:17 118:3,22 119:2,7
119:12,12 122:4,8,14 127:11,15
128:14 129:2,6,16 130:7,14,21,25
131:3,10 144:18 156:24 157:5
158:8,18,24 163:23 164:10
165:19,20,21 166:8,9,13,19,24
167:4,14,16,18 168:8,9,23 175:21
175:24 181:3,5 187:7 191:17
193:22 196:13 202:22 203:7,13
**Global's** 25:2 44:18 52:6 55:11
  75:23 78:15 79:24 118:23 127:19
  127:20 131:17 175:16 195:19,24
  197:7
**go** 1:3 6:10,10,22 17:24 18:16
  19:18 20:2 22:23 23:11 24:2,11
  24:12,16,19,23 25:2 27:25 33:24
  33:24 34:17 35:13 36:19,24,25
  37:5,10,14 38:7 40:20 44:18,20
  45:3,10,11,14 46:4,5,15,22 47:17
  47:19,23,24 48:4 49:4 50:17,19
  51:4,13,19 52:6,12,16 53:5,23
  54:22 55:11,13,14 56:2 57:23
  62:6 65:7,9,12,14,23 66:6 68:2,3
  68:6,12,24 69:14,19 70:23 71:3
  71:18,23 72:5,22,25 73:4,13,17
  73:21,22 74:8,14 75:3,15,16,19
  75:23,24 76:16,17,18,25 77:14,21
  78:15 79:5,5,8,23 80:12,22 82:12
  83:14,23 84:3,15,18,23 85:25
  86:14 89:13,21 91:22 97:11,15,19
  101:12 102:3,16 103:7 104:6,17
  104:17,18 105:6 106:3,5 107:24
  107:25 108:6,13,22,23 109:4,11
  111:5,13 114:3,20 116:6,19,23
  117:2,4,17 118:2,21,23 119:2,6
  119:12,12 122:4,8,14,23 125:8,14
  127:11,15,19,20 128:12,14,16
  129:2,6,15 130:7,14,21,25 131:3
  131:5,10,17,25 144:18,18,23
  148:21 150:15 151:3 153:5
  156:23 157:4 158:8,18,24 163:22
  164:7,10 165:19,20,21 166:8,9,13
  166:14,19,21,24 167:4,14,16,18
  167:25 168:2,8,9,23 170:25

171:12 172:25 175:16,21,23
181:3,5 182:4 184:12 187:7
188:12 191:17 192:16 193:9,11
193:21 195:18,21,24 196:13
197:6 198:17 201:3 202:22 203:7
203:12
**goes** 143:3 187:14
**going** 6:21 9:8,25 14:23 20:25
22:22 26:22 31:7 39:25 40:4,17
41:5,10 48:15 62:4 64:11 67:3
83:5 87:2 89:11,13 93:23 94:24
95:2 96:4 99:13 102:10 103:4
104:14 106:4 113:24,24 114:3,7
115:2 118:19 122:12 124:17
144:21 148:24 151:14 154:14
163:23 164:9 166:15 172:20
176:18 180:12 181:20 186:11
190:2,3 197:23 199:7,10 200:14
201:2,7,10,11,16,22,25,25 203:19
207:2
**good** 59:10 61:2 67:3,6,7 71:5,10
71:13,15 105:23 110:2,13 111:6,8
111:20,24,25 112:9,10 131:22
132:7 197:25
**Goodman** 119:16 120:2 121:23
**graduate** 10:19,23
**graphic** 51:25 52:4,6 53:4,5
**great** 58:4,8
**Greco** 199:2
**GREENBAUM** 2:9
**gross** 140:5
**Group** 96:4 103:14
**guess** 15:21 51:24 59:12 82:20
**guide** 6:22
**guy** 72:4 97:2 102:14,14,20 107:9
121:19 159:6 161:17 178:24
189:8,22
**guys** 37:2 38:23

**H**

**H** 209:7 210:2
**half** 11:16,18 83:6 87:6 88:12,13,14
113:7 165:2 202:7,20
**hand** 188:11 211:19
**hand-to-hand** 192:4
**handle** 159:11 199:10
**hang** 158:4
**happen** 9:9 22:5 47:11 123:12
149:19
**happened** 18:18 65:19 98:6,10
104:10 166:10,12 205:7
**happening** 22:17 135:19
**happens** 178:22
**happy** 113:7
**head** 102:20 115:16,18,19 160:7
**header** 150:15
**healthy** 21:17,24 105:22
**hear** 28:16 142:2,7,10 152:5 205:19
**heard** 28:14 106:13 144:4

**heavy** 64:11
**Helco** 199:16
**held** 1:18 87:4
**help** 6:22 25:5 176:10 177:3 180:18
182:2,17 190:18 199:17
**helpful** 140:18
**helping** 59:25 162:3
**helps** 58:23
**hereinbefore** 211:8
**hereto** 3:6
**hereunto** 211:19
**Hi** 122:17 125:11
**high** 10:17 122:18
**higher** 202:19
**highlight** 171:9 191:9
**highlighted** 176:25
**highlighting** 192:13,18
**Highway** 2:5
**hire** 42:5 117:20 186:11,17 190:15
190:20 191:3
**hired** 42:11,13 185:21,25 186:3,14
186:20,20 187:22,24 188:4 189:5
189:10,21,22 190:3,9,10,11,18
**hiring** 199:6
**Hold** 84:5 151:15
**hope** 10:17
**hoping** 24:18 86:9
**hour** 83:6 131:23 197:24
**HR** 162:17 187:16 199:9
**Human** 40:15 41:23 162:19
**hundred** 30:11 40:7 47:15 99:10,15
196:23,25

**I**

**Ian** 183:22,23,23
**iconic** 38:17
**ID** 209:8
**idea** 24:5 36:19,23 44:19 84:18
111:3 122:10 152:11 173:24
191:18
**Identification** 14:14
**immediately** 164:25
**impact** 149:14 194:11
**implemented** 138:13 144:12
**import** 112:8,16 138:13,19,22
140:3 141:23,25 142:8 145:14
172:20 182:23
**importability** 180:11
**importing** 139:12 146:3
**imports** 145:23 147:7
**inability** 173:18
**inadequately** 206:18
**Inc./DOM** 28:24
**include** 75:23
**included** 143:7
**including** 48:7 112:20 188:17
**incomplete** 88:7,10 89:9
**incorporate** 194:10
**increase** 117:14

**independent** 57:6 151:5 188:21
194:20
**independently** 189:15
**Index** 1:6
**India** 43:7
**indicated** 143:4
**indicating** 171:11 191:11 193:23
**indirectly** 171:6
**individual** 8:21 207:10
**individually** 24:9
**individuals** 190:21
**Industries** 1:9 43:22
**information** 5:13 15:18 23:11,19
26:4 45:17,18 51:12,19,23 63:14
74:21,24 75:21,24 76:5,6,9 78:9
78:10 79:22,24 120:4,5 121:8,15
122:13,20 123:8 127:5 131:7
166:14 175:6 178:3 179:6 185:18
188:14 191:7,13,17 196:9,11,15
196:16 197:3,5,10,13 199:24
**Ingrid** 142:4
**inherent** 40:16 41:24
**input** 184:18
**inside** 39:20 79:23 105:21 190:23
199:23 204:17
**instance** 67:25
**intellectual** 17:19 21:5,10 61:12
62:3 92:21 133:3 159:16 163:21
200:17 202:6,24 203:20 204:19
205:24
**intention** 38:4 40:8 104:19 105:5
105:13 164:2
**interested** 21:9,19,20 39:3 60:21
85:24 86:11,14 131:15 148:18
211:16
**internal** 55:9 171:14 180:15,17
181:2,9 182:2,9,16
**internally** 173:19 188:3
**introduced** 18:16 19:18,23 35:19
166:19
**introduction** 22:24 36:3
**invalid** 124:10
**inventory** 138:17
**invest** 37:8 55:21,23 58:9,13 60:3
60:15 66:9,11,15 71:7 72:3
110:18
**invested** 60:23 66:17,21 67:8
110:19,21 141:11
**investing** 56:13 59:15 101:6
**investment** 38:15 49:5 50:19 52:2
57:8 58:4,8,12,24 59:6,10,14
64:12,24 67:3,6 107:2 111:24
112:2 145:8 185:12,13 188:15
**investments** 60:4
**investor** 72:13 96:5 100:18,19
106:17,22 108:18 109:8 110:11
115:3 120:3 121:19 150:3 153:18
179:3 206:7,11
**investors** 61:14 67:12,13,15 76:16

78:24 85:22 86:2 100:19 104:22
106:11 107:4,5,12 112:19 113:21
117:13 121:20 145:11,13 151:11
152:22,24 165:16 167:24 196:21
199:18 204:9,21 205:19,25 206:2
**involved** 8:20,24 43:2 47:21 48:11
48:14 49:23 50:2,3,4,8 63:11
127:3 135:9,21 136:2 155:23
161:7 163:5
**IP** 17:14 31:12 62:14 175:3,8
187:23 188:11 192:25 200:11,11
200:12,15,23,24 201:6,9,19
202:18 203:22 205:18
**IPS** 18:13
**Israel** 107:10
**issue** 105:11 163:11,14
**items** 43:2 136:14 188:9

_____

**J**

**jack** 33:9 35:10 36:11 37:19 72:10
90:4 95:16,17 143:7 153:2,12,16
155:3,8,15,17,21,23 156:6,15
158:9 159:4,9
**Jack's** 156:23
**Jacob** 72:8,12,13,15,17,19,23 73:2
73:4,9,16 74:6,6,7,10,14 80:2
81:15,18 106:24 197:8 206:4
**Jacoba** 108:17
**Jeff** 47:21 90:6 102:20
**Jen** 36:11
**Jennie** 1:19 211:4,22
**Jersey** 2:10
**Jessica** 2:15 90:11
**JFR** 63:11,12,18 64:2
**job** 11:23 12:20 14:5
**join** 67:18 168:4
**joined** 105:7
**joint** 17:25 37:2 146:13
**joke** 165:25
**Joseph** 64:4 107:15 152:25 153:6
189:8,8,10,22 197:8 206:10
**jskoff@greenbaumlaw.com** 2:12
**Judah** 2:11 87:19 124:18
**July** 28:7,13 31:12 92:23,24,25
93:3 168:19 186:3 189:12 190:13
**jump** 18:6
**June** 18:19 19:19,20 29:25 31:17
33:10 34:19 38:6 50:16 52:11,23
53:12,24 57:15 62:24 64:11 65:21
69:16 74:18 75:6 76:25 80:3
81:22 83:15,18,20,24 84:12,15
87:4,10,21 89:22 91:10 92:14,17
92:19 93:3,5,9,18 94:2,6,16,18
96:12 97:16,23,23 98:2,2,17
101:15 103:24 104:5,13 113:2
119:16 124:25 125:17 126:11
127:7,11,14 128:8 156:16,24
157:2,25 158:2,20,21,25 166:17
169:14 174:15 175:19,20 189:13

194:5 195:6 198:22 199:5 200:4
**juvenile** 39:11

_____

**K**

**K** 5:17 208:2
**keep** 44:10,10 81:4 107:25 111:12
**kept** 157:9 165:14 199:19
**kick** 145:6
**kickback** 166:25 167:5 168:5
**kickbacks** 167:16,19
**kicks** 145:6
**Kiko** 199:2
**Kilgallen** 1:20 211:22
**kind** 84:21,25 154:7 166:24 168:5
**kinds** 41:25
**knew** 23:7 35:9 39:19,20,21 51:18
61:22 104:2 116:19,23 125:21
127:3 142:15 157:19 158:13
161:21 164:2 166:13 186:10,10
186:11 189:25 190:22,23 198:24
199:6,9 200:14 205:14
**know** 6:14,24 7:13,17,25 9:24
17:12,13,20 18:15 19:8,12,24
22:14,16,19 23:22 24:9 25:6,12
26:9,12 28:10 30:17,20 31:5,21
31:25 33:14 35:14 36:6 42:5
44:17 45:14,17 46:19 47:22 48:9
49:22 50:13 51:4,8,10,12 54:12
56:24 58:14 59:12 61:2 65:11,18
66:17 71:9 72:22 73:4,7,8,12,15
73:16 74:8,11,11 75:13,18 76:2,9
78:4,17,18 79:15 81:6,7,9,13 82:2
82:4,13,16,17 83:3,25 84:7 88:13
89:8 90:2,3 92:3,19,20 93:2,4
94:5 95:9,11,14,23 97:14,17,18
97:21 98:3,18,20,25 99:5 104:23
105:11 107:9,13 108:16,19,25
109:4,6,7,9 110:8,8 111:8 112:12
116:17 117:17 118:2 119:10,11
121:22 122:11 124:20,21,22
126:4,7,12,18 127:2 128:19,22,25
129:8,10,24 131:12 132:15 133:4
133:6 134:15,21 136:6 137:5,12
139:21 140:5 141:5,16 142:8,20
143:18 144:5 146:16,18 147:2,15
147:21 149:25 150:3 151:2,4,24
152:4,4,17,20 153:18,21,23 154:7
155:4 156:15,23 158:9 161:19
163:18,19 166:10,12,15,18,23
168:6 169:2,9,22,24 171:21,24
174:12,16,20,24 175:4,15 176:8
176:23 177:6,10,12 178:9,16
179:4,16,24,25 180:21,25 181:7
181:14,16,23 182:12 183:4 184:4
184:5 185:16 189:10,19,21
190:14 191:16,20 192:3 193:8,17
194:24 195:7,8,9,24 196:3,6,22
199:12 200:13,14,21 201:18,21
202:5,22 206:13,22 207:7

**knowing** 51:22
**knowledge** 5:9,13 91:9 103:11
**knows** 66:18 164:18,22,23

_____

**L**

**L** 208:2
**lack** 180:15 181:2,8
**ladies** 35:15 90:7
**landlord** 108:20
**large** 39:18 185:12,13
**laughed** 118:24
**law** 4:16 6:8
**lawsuit** 8:11,21,23 9:5
**lawsuits** 8:13 9:8,11
**lawyer** 29:17 30:13 47:10,13
123:23 124:2,7,9 160:24 164:24
164:25 165:9 183:20,21
**lawyers** 178:2 184:3
**Lazard** 23:4,5,6,14,21 26:3 45:5,18
46:6,22 48:10 62:18 73:9,20 79:8
108:3 111:15 114:19 122:4 122:6
122:15,21 127:3 129:3,24 165:20
166:18,22,24 167:17 171:5,22
175:25 176:18 178:4,13,20,22
179:7,13 186:7 193:13 195:11
196:12,16 197:15,19 199:23
**learn** 98:16 103:17,19
**learned** 10:15 46:19 103:23
**lease** 187:15
**leases** 60:22 133:7,8,9,10,11,12,14
133:20 148:13,20 149:13 152:2
159:17,25 161:3,7,13,23,24,25
162:2 163:22 170:8
**leave** 154:16
**left** 145:11 149:7 158:2,4 197:25
198:4
**legal** 124:5,11 160:23,25 183:8,15
183:17,19 187:15
**legwork** 113:6 115:9 116:8,11
117:17 118:2
**let's** 70:3 84:16 131:25 132:5
150:11 155:2
**letting** 72:5
**level** 122:18
**Liability** 134:11,19 150:25
**license** 5:16
**licenses** 11:3
**licensing** 11:6
**lifetime** 38:16,20
**light** 123:3 159:4
**liked** 71:22,23
**limit** 204:5
**limitation** 147:17,18
**limitations** 147:16
**limited** 37:11,12 106:17,18,21
134:11,18 150:25
**line** 19:5 113:3 116:3 205:6
**link** 77:2,20 80:20,25
**list** 15:13,15 187:14

**listed** 15:6 145:22
**listen** 61:22 94:23 95:2 115:22
165:6 174:4
**listening** 86:12 92:8 95:5,6,19,20
96:22
**litigation** 4:18 17:3,7 85:14
**little** 59:12 114:6 118:6 119:9 168:7
201:20
**Livingston** 2:10
**LLC** 1:3 132:21 134:12 135:6
153:15,19 210:13
**LLP** 2:9
**locations** 4:7
**logistics** 159:10,12,13 163:5,9,12
163:18 187:18 190:6,6
**long** 8:14,18 10:14 142:23 143:9
162:2
**look** 32:17 58:3,24 59:6 77:15
112:18 204:7
**looked** 15:9 58:14,16 151:21
**looking** 21:15 24:12 48:8 51:16
55:2 58:9 60:12 61:13 62:14
67:22,24,25 71:7 90:17,18,20
91:7 101:4,21 104:22 113:19,22
117:12 134:14 137:14 148:21
149:7 151:6 153:3 155:18 156:7
162:25 187:10 194:9
**lose** 96:4
**loss** 154:17
**losses** 154:19
**lost** 154:22
**lot** 102:10 106:19 112:4 123:9,12
136:15 138:13 192:7 193:7
199:12
**lots** 126:12
**LRP** 49:6 53:6 54:22 68:12 108:14
108:23 111:5
**lunch** 131:23
**luncheon** 132:9

---

**M**

**M** 5:17 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1

112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1
137:1 138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1 151:1
152:1 153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1 166:1
167:1 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1 176:1
177:1 178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1
192:1 193:1 194:1 195:1 196:1
197:1 198:1 199:1 200:1 201:1
202:1 203:1 204:1 205:1 206:1
207:1 208:2 209:5 210:12
**mailbox** 49:21
**main** 41:3 136:19 155:24 159:6
161:19 178:23,24
**making** 43:24 117:16,16 160:8,10
204:17
**management** 40:18 143:2 148:10
**manager** 11:24 13:12 142:24
**managing** 41:25 42:4
**manner** 4:13
**manufacture** 12:22 44:3,6
**manufacturing** 43:25
**marbles** 144:9
**March** 125:22
**margin** 140:2 180:12
**mark** 1:14 5:11,14,24 27:4,7,23
44:13,15,17 48:22,25 49:3 53:11
57:14,21 62:23 69:7,15,20 83:13
85:12 86:20 87:13 89:21 90:15
93:24 96:7 110:23 113:4 114:13
114:13 115:11,11,17 117:21,21
117:23 118:2 119:14 121:3 124:5
124:12,19,23 128:7,10 132:13,15
133:22 134:13,15,16 142:16
148:2 169:13 176:16,16,24
179:14 198:15,20 200:8 208:7,17
**marked** 14:14 18:8,23 26:25 27:20
33:6 48:20 53:15 57:19 63:4
69:12 77:7 80:7 86:24 119:21
125:4 128:3 134:3,7 169:19
**market** 39:16 44:6 161:20,22,25
200:21 205:11
**marriage** 211:14
**married** 100:20
**Mason** 53:12 56:20,22,24 57:3,7,15
**matching** 178:18
**materials** 68:17 75:9,12 107:22
**matter** 6:10 56:17 211:17
**max** 202:18
**Mazer** 153:15,16

**Me's** 158:24 162:14 194:20
**mean** 11:11 17:11,16 19:24,24 25:9
25:15 34:6 36:21 37:12 41:7,19
47:17 59:24 61:7 67:2 86:8,9
92:12 100:25 113:14 120:10
121:6,7,10 124:10 131:2,23 136:4
136:5,6 159:20 160:15 197:4
**means** 41:13 130:10 146:6
**meant** 26:2
**medication** 9:16 10:8,11
**meet** 16:3,5 24:2,10,16 102:19
**meeting** 4:9 18:3,17 25:10 37:9,18
37:20 38:2,6,11 64:23 70:8,10,11
72:7 73:3 83:14,17,20,24 84:8,11
84:12,15 87:3,10,21 89:22 90:2
91:10,13,17,23,25 92:16 93:5,6,8
93:11,18,20 94:3,7,16,21,22,24
95:3 96:11 97:10,11,15,19,20,23
98:2,7,10 100:11,23 101:15 102:9
102:21,22,23,24 103:2,5 104:11
104:12,13 105:4 106:14 113:12
118:14,18 119:3 127:11,15
156:16,24 157:25 158:3,21,23
159:3 160:2 165:23 210:11
**meetings** 70:12 90:21 103:3 111:16
119:4,6,12,13 199:4,9
**members** 152:17,20 156:20
**memory** 9:17
**mentioned** 21:6 45:3 63:22 101:5
101:10 103:20,21 118:5 137:7
143:11 144:17,20 159:8 168:15
168:16 197:17
**mentioning** 43:14 107:25 118:24
158:3
**mentions** 143:22
**merchandise** 39:12 136:13
**met** 16:4,8,9 25:10,13 72:19 156:25
**Michael** 53:11 54:2,5 55:8 56:23,25
57:4,14 59:7 60:17 61:11 62:9
106:23
**Microsoft** 160:2
**middle** 40:10 51:25 140:13 178:12
181:6 185:10
**Mike** 58:3,14 60:23 63:15 66:2
**Milan** 19:3 20:4,20,23 22:9 31:19
33:9 34:10,11,12 35:10 38:14
41:10 50:12 72:9 76:24 82:6 90:4
95:13 126:15,18,24 127:3 169:13
172:6 176:10 177:2,19 194:6
**Milan's** 34:13
**million** 36:7 50:23,23 51:5,9,17
52:13 53:3 59:21 66:16 101:14,16
103:15 113:5,23 114:2,2,6 115:9
116:8 140:10 141:6,7 143:2,12
145:2,4,5,8,15 149:12 154:18,20
159:23 202:7,20 206:5,9
**mind** 192:21 196:24
**mine** 63:12 146:22
**mini-models** 195:13

**minutes** 83:10 131:23 151:22 158:5
   198:8
**mispronounce** 63:23 108:17
**mispronouncing** 44:11
**missed** 207:3
**misspoken** 181:7
**mistake** 164:23 165:8,9,10
**mistaken** 18:18 23:15 31:11 35:15
   47:20 79:18 99:3 101:14 103:20
   121:14 143:6 154:19 156:9,10
   159:22 167:10 176:12 186:2
   200:21
**mistakes** 39:20 112:5
**model** 48:7,9,10 50:20 51:11,11,15
   53:6 54:22 56:2 65:6,8,12,15,24
   66:6 67:23,24 68:2,4,6,12,25
   70:24 71:4,18,22,23 72:23,25
   73:5,13 74:9,15 75:3,14,15,19
   76:11,18 77:10,12,17,18 78:22
   79:6,7 83:4 101:12,18 108:2,6,7,8
   108:23,24,25 109:2,5,11,13,14
   110:2,13,22,25 111:6,6,8,13,14
   111:14,17,18,19,20 112:9,10,11
   112:14,17,21,22,24 113:15 114:4
   114:8,9 117:11 118:21,23,25
   119:2,2 121:24 122:16 129:16,23
   131:13 144:19 169:15 175:16,21
   175:24 176:13 188:21,23,25
   189:14,17 193:21,23,23 194:13
   194:17,21 195:10,13,14,15,19,25
   196:20,21 197:7,14,15,17,22
   199:20 203:18
**models** 76:15,21 79:21 101:11
   107:24 111:8 131:12
**models/deal** 188:16
**modified** 111:11,12
**MOISHE** 2:18
**moment** 19:7 33:12 74:3 133:21
   202:2 205:17,22
**Monday** 25:11 75:10 81:22
**money** 22:19 36:24 52:24 55:24
   56:14 60:3,5,15 61:6,13 62:20
   71:9 85:21,23,25 101:7,13,19,21
   103:9 104:23,25 105:3 106:4,8
   107:14 113:17 116:12,14,17,24
   139:17,21 141:10 145:19 149:9
   165:24 172:21 173:7,10 178:24
   184:12,13 204:9,20 206:7
**month** 76:8
**months** 135:13,15,25 136:2
**MOORE** 2:15 90:13
**morning** 6:7 88:2
**Moskowitz** 189:9,11
**mouth** 144:9
**moved** 91:19,20
**movement** 7:4

**N**

**N** 2:2 208:2,2 209:2

**name** 5:23 6:7 12:7 24:14 34:8 35:4
   44:4,11 45:8 48:13 49:18,24
   52:23 53:20 54:12 72:8 79:8 97:2
   97:3 107:5,9,11,20,21 108:5,17
   111:2 122:15 137:4,6,8,12,16,22
   146:16,23,24,25 147:2,4 153:7,10
   189:8 194:19 196:17 197:20
   205:3,10,13,14,15,16
**named** 63:22 102:2 118:5
**names** 43:17 90:23 91:2 107:8
**native** 82:20 210:10
**nature** 6:14 21:13
**NDA** 23:4,23 27:10 28:11,13,14
   29:14,15,19 30:5,24 31:10 32:6,9
   44:19 47:10,13,16 73:10,17,19
   80:21 120:9,10,12,15,19 121:5,9
   121:16 122:21 123:5,7,15 124:10
   124:10 164:5,8,11,13,17 168:10
   168:12
**NDA's** 120:21,25 121:12 123:10,20
   188:17
**necessarily** 104:21
**necessary** 34:14 58:23
**need** 7:12,18 8:2 17:17 22:18 26:11
   29:16 32:18 33:14 39:7 44:12
   50:9 61:6 104:25 106:22 121:16
   121:20,20 122:20 123:11 124:7
   126:23 127:2 161:14 172:12
   180:2,22 181:18 182:14 183:2
   188:14 191:15 192:10 194:22
   199:25 204:13
**needed** 23:5 32:5 62:20 73:10
   120:4 171:17 186:7 188:7,10,12
   188:15 202:9
**needs** 13:9 22:16,20 32:10,16 120:6
   121:8
**never** 30:5 37:24 38:5 79:4
**new** 1:2,21 2:5,10 5:20 6:4 23:7,10
   35:2 46:11 57:13 91:18 149:11
   208:4,22 211:5
**Newco** 40:18
**nicely** 40:20
**night** 25:11
**No.1:23-cv-07987** 1:6
**nod** 7:4
**noncertified** 89:8
**nondisclosure** 28:2 120:12,16
**north** 43:3
**Notary** 1:20 3:16 5:19 208:22
   211:4
**notations** 210:12
**note** 8:2 90:22,24 91:4 101:22
   134:6
**notepad** 210:12
**notes** 16:19,22 93:18,20 94:2,6
   210:11
**notice** 18:7 21:5 209:9
**noticed** 136:3
**number** 19:2 26:18 28:3 53:10

   57:16 62:24 69:17 77:2 80:9
   87:15 112:13 119:16 125:2 128:9
   149:13 192:13,18 200:3 202:10
   202:11,14,15,17
**numbers** 33:10 140:7 178:18
**NY** 5:16

**O**

**O** 5:17 208:2
**oath** 8:7 208:9
**object** 89:3 184:20
**objection** 4:24 5:2,4,5,6 10:5 59:2,8
   67:20 84:4,5 87:13 89:5,14
   120:22 121:2 124:4,11
**objections** 3:11
**obtain** 166:8 168:7
**obtained** 75:24
**Obviously** 31:4 34:8 75:20 175:19
   175:23
**occurred** 34:19 97:20
**October** 1:12 208:10 211:20
**October/November** 140:16
**offer** 84:17,19 106:19
**offered** 117:7
**offering** 114:11
**office** 43:6,8,9 83:21 91:19,21
   192:5,6
**offices** 43:3 158:25
**okay** 6:21 14:23 15:20 19:16 20:22
   22:15 26:12 35:8 46:10 51:25
   55:17 62:16 64:8 69:3 74:13 83:8
   88:3 94:19 100:3 114:15 126:9
   127:23 135:9 137:17,21,25
   140:18 142:21 143:8,21 144:3,7
   147:13 150:5 151:18 152:8
   154:13,24 170:16 183:6 191:12
   193:5 197:2 198:7 200:19
**old** 155:15 159:25 161:23
**onboard** 198:24
**once** 6:13 20:9,12 38:16,20
**open** 149:11 152:12
**opened** 12:2
**operating** 41:14 135:7 150:22
   151:5,10 183:11 210:14
**operation** 21:16,23 35:20,23 39:19
   51:17 66:24 103:11 104:24,24
   105:23 106:11 152:16 156:3
   190:22 199:8
**operation's** 187:16
**operations** 13:21 136:8 140:15
**opinion** 106:5 182:15
**opportunity** 24:22 38:15,16,21
   40:2 44:5 70:19 71:5 110:3
   122:19
**opposed** 190:21
**option** 113:16 204:14
**Oracle** 159:25
**oral** 169:7
**order** 26:23 30:9 89:21 172:14

194:8
**organization** 105:21
**organize** 145:17
**original** 111:15 134:22 144:25
  145:7
**originally** 129:25 148:21,23,24
  149:5
**originated** 162:2
**ourself** 160:4 164:9
**outcome** 211:17
**outside** 48:2 158:5
**outsider** 105:2 162:7
**overlook** 13:21
**overseas** 75:7 107:7
**oversees** 146:7
**overwhelmed** 177:8,11
**owed** 178:25
**owner** 64:2
**owners** 38:17 47:22
**owns** 54:17 132:15,23 133:7 146:18
  146:21

---

**P**

**P** 2:2,2
**P&L** 154:8,10 210:16
**p.m** 207:18
**package** 62:15 204:7
**pad** 90:15,22,24 91:4 93:24
**page** 14:24 28:18,10 40:9 69:18
  100:13 134:9 149:19 150:17
  151:16 193:16 209:4 210:3,9
**pages** 169:23
**paid** 34:23 35:7 141:7,10
**papers** 147:3
**paragraph** 38:15 40:10,14 143:4
  143:22 171:8 175:10 178:12
  180:14 185:10 187:6 188:13
  191:6 194:4,7
**Pardon** 31:24
**part** 43:14 52:6 98:3 112:25 116:9
  141:12 181:24 182:3
**partial** 89:15
**participate** 57:3 64:21 70:20 72:6
**participated** 87:10 89:22,25 90:20
**participating** 4:8
**particular** 65:23 66:5 90:21 91:21
  98:8 108:2 114:12,24 115:24
**parties** 3:6 4:3,15 34:15 211:15
**partner** 24:24 36:20,22 37:5,11
  54:6 63:12 103:7 106:17,18 115:4
  146:22
**partner's** 146:23
**partnering** 115:25 117:10
**partners** 113:21 115:6 188:14
**partnership** 21:2 24:20 36:14,16
  37:2,8 53:3 84:21,23 153:15,16
**party** 122:21
**Patty** 48:13 79:19 111:16 118:5,8,9
  118:12,14 119:3 124:24 125:10

186:7 187:4
**pause** 19:10,15 74:5 83:12 85:9
  89:2 132:4 143:20 147:25 148:6
  151:20 152:10 170:2,10 193:20
  198:12 202:4
**pay** 113:7,8 114:10,20 117:7 160:4
  202:19 204:25
**PELTZ** 2:18
**penalty** 8:7
**pending** 8:3
**people** 19:5 23:15 24:5,10,12,16
  42:6,11,11,13 43:6 45:22 55:7
  60:7 64:20 71:6,8 95:9,15 105:20
  105:20,21 106:6 107:7 110:7,8
  116:16 117:20 127:4 157:19
  171:25 172:3,9,12,13 187:24
  188:8 189:2,3,5,7 190:9,9,10,11
  191:2 197:10 204:12 205:14,14
**percent** 30:11 40:7 47:15 99:10,15
  112:7,9 113:25 117:12,14,15
  140:2,4 144:20,23 145:6,10,22
  146:19,21 147:19 196:23,25
**perjury** 8:8
**permission** 30:8 73:17 168:24
  169:8
**person** 19:24 60:10 61:4 72:8 94:21
  96:19,23,25 99:4,5 107:11 108:19
  137:8 162:3 189:20
**person's** 107:20
**personal** 91:9
**personnel** 22:23,23 43:7
**Pete** 136:24 137:8,18 138:4,8
**Pete's** 137:12
**phone** 37:19 64:25 85:12 96:21
  166:12
**physical** 7:4,4
**physically** 4:23
**picked** 191:2
**piece** 52:3,17 114:6
**place** 40:20 89:5 172:15
**placed** 92:20 128:10 163:20 201:16
  202:24
**places** 139:9
**plaintiff** 1:5,16 2:4 8:10,16
**Plaintiff's** 14:15 18:8,23 26:21,25
  27:4,20,24 33:6 44:8 48:20 53:13
  53:15 57:17,19 63:4 69:12 77:7
  80:7 86:24 119:21 125:4 128:3
  134:3 169:19 209:8 210:3
**plan** 96:2 187:11
**platform** 4:9
**play** 115:16
**player** 102:14
**playing** 115:17,19
**please** 7:2,8,13,17,25 8:2 10:13
  11:10 56:10 57:24 62:13 74:3
  85:7 114:13 134:6 137:23 143:18
  170:11 180:23 193:17 202:2
**PLLC** 2:4,15

**plus** 50:25
**point** 52:14 55:3 81:22 102:15,17
  103:6 104:5 106:18 116:13 118:3
  125:17 131:22 171:13 174:14,21
  175:5,17,22 183:14 184:7 188:20
  189:14
**pointing** 52:20
**points** 52:3
**policy** 31:22 32:2
**Por** 96:4 103:14
**portion** 170:17 194:12
**portions** 66:5 87:7
**position** 13:23 14:9
**positively** 178:17
**possession** 99:20 135:2
**possible** 31:6 75:14 159:14 192:20
**potential** 17:25 20:25 24:20 57:8
  106:25
**potentially** 38:24
**predated** 134:22,25
**preface** 9:24
**prefer** 78:5
**preparation** 16:13
**prepare** 15:24 16:10,17,19 172:14
**prepared** 15:10 75:19 76:13 154:5
  195:11 206:18
**presence** 4:23
**present** 2:14 4:3 10:9 16:12
**presentation** 50:19 52:7,10,11,21
  122:18
**presented** 5:15 26:21 46:7 188:17
  197:9
**pressure** 30:24 31:6 47:16 165:21
  166:6,7 174:4
**pretty** 193:15
**prevent** 164:8
**preventing** 164:6
**previous** 58:21 198:14
**previously** 69:25 93:25 129:15
  195:19 203:3
**price** 145:22 167:25 168:2
**primarily** 206:21
**prior** 119:4,6 126:10 135:17 144:17
  161:18 166:17 190:15 198:18,21
  199:5 203:12
**probably** 201:20
**problem** 26:14 77:24 197:12
**Procedure** 1:18
**proceeding** 19:10,15 74:5 83:12
  85:9 89:2 132:4 143:20 147:25
  148:6 151:20 152:10 170:2,10
  193:20 198:12 202:4
**process** 6:23 133:19 176:21 180:9
  191:8,20 199:16
**produced** 17:3,6 87:17,20 89:10
  175:24
**production** 82:20 93:22,24 99:23
  149:23 150:7 151:13 154:3,10
**products** 138:14 139:18 146:3

professional 11:2
professionals 180:16 181:3,9
profit 60:16
project 125:12 126:13,14,22,25
    180:16
projects 60:25 67:9,13
proper 180:15 181:2,9
properties 21:6
property 17:19 21:10 60:12 61:12
    62:3 92:21 133:3 159:16 163:21
    200:17 202:6,24 203:20 204:20
    205:24
provide 36:24 173:9,12
provided 25:25 45:19 46:12 51:13
    51:19 184:18 195:25 196:3,6,9,13
providing 81:18 184:15
provision 151:3,21
public 1:21 3:16 5:19 144:24
    208:22 211:5
pulling 41:20
purchase 105:16 145:22 148:12
    149:14 200:15,17
purchased 17:14 93:2 132:16,24
    133:11,12,14,17 136:13,14,15
    145:23 161:23 175:8 200:22
purchases 151:25
purchasing 62:2 133:20 136:15,20
    138:16
purpose 4:17
purposes 134:6
pursuant 1:17
pushed 192:15
pushing 101:3 167:6,7,7,17
put 30:11 45:10 47:15 49:20 79:8
    89:14 107:13 108:4 122:15
    141:11 153:14 183:3 196:16
    197:20 199:14
putting 24:13 52:24 165:13,21
    179:8 204:10,15

**Q**

quality 110:24
quantity 136:14
question 3:12 7:9,12,18,21,22 8:3
    10:6,7 17:17 31:9 38:5 42:16
    58:21 59:4 67:7 75:5 85:17 89:20
    94:13 97:24 103:18 106:12
    109:18,21 114:14,17 115:13,23
    117:23 120:24 124:14,18,20
    126:3,7 152:5 161:5 163:7 178:7
    180:24 181:18 184:21 185:3
    186:13 191:12,13,24 192:17
    198:16,18
questioning 89:4,13
questions 6:17 7:3 57:25 65:2,3,4
    69:23 74:14 89:12,15 91:5 129:12
    170:19 177:7 179:20 180:3
    192:11 206:16 207:15
quick 83:7 151:4

**R**

R 2:2 5:17,17,17 205:8,8 211:2
raise 113:23
raised 114:2
raising 113:18 144:23 149:9
Rappaport 2:4,15 6:9
reach 131:8 202:11
reached 202:10
read 7:14 9:22 10:2,9 19:7,12 30:14
    30:21 33:12,18 41:21 85:16,18
    114:16,18 123:23 142:19 143:17
    147:20 148:2 168:12,12 169:21
    185:5 191:25 192:23 193:14,17
    193:25 194:2 208:8
reading 41:9 148:3 193:2
reads 100:17 124:2 173:17 174:7
    175:10
ready 132:13 134:16 169:24
real 54:6,11,18 60:18,24 63:10,11
    63:12 64:3 109:10 151:3 155:23
realize 125:9 182:24,24 201:20
really 16:21 35:24 79:3 95:10
    112:12 131:14 144:4 178:16
reason 22:5 25:20 79:16 85:24 86:4
    86:13 104:8,9 106:14 168:3
reasons 86:15,16 89:16 136:18
recall 9:2,4,6 28:17 32:20,23 35:4,5
    35:24 36:2 48:3 51:6,21,22 55:10
    55:18 57:5 65:4 68:20,21,24 71:2
    74:16 76:14 79:10 81:14 91:18
    92:18 93:7 95:10,25 96:14 100:22
    108:15 109:13 111:21 113:11
    118:6 119:25 123:14,15,17
    130:23 131:11,20 134:23 137:5
    139:6,10 159:9 163:25 165:11
    171:19 195:19,22 203:5
receive 144:10 193:6
received 51:3,7 74:20 131:7 141:13
    143:12 168:20 170:23 193:3
receiving 122:21
recess 132:9
recognize 14:21 27:10 34:5,6 49:8
    52:4 53:19,20 57:21 63:6 69:18
    77:9,13 80:11,13 119:24
recognized 205:11
recollection 19:17 70:7
recommended 24:5 166:18,20
record 4:21 5:23 6:2 26:6,7 78:2,5
    85:11,18 89:6 94:12 114:18 132:2
    134:6 150:13 185:4 206:17
    208:11,12 211:11
recorded 4:12 6:25 91:14,17,23
    93:6,11 94:23 96:12,20 97:10,12
    97:16,20
recording 4:13 87:21 91:25 92:4
    93:13,15 94:10,15 97:22,25 98:17
    99:2,17 103:24
reduce 145:7

reducing 167:25
refer 143:5 165:18
referred 101:25
referring 8:18 17:18 34:18 52:17
    70:5 73:23 74:24 75:13,18,20
    84:11 91:4 93:25 108:10 121:11
    131:13 176:22 178:10 179:12
    181:11 182:6,25 183:4
reflect 26:7 85:11
reflected 90:22
reflecting 114:11
reflects 113:17 114:25
refresh 19:17
refusing 124:13
regard 31:22 32:2 42:4 81:19
    156:13 162:13 163:2,12 173:6,23
    187:3
regarding 17:25 23:6 56:17 64:24
    79:5 198:18 199:13,15,16,19
regardless 104:17 105:6
regards 140:20
regularly 154:5
related 89:15 144:11 211:14
relation 23:14 31:17 55:5 78:15
    81:24 125:18 160:9,13 163:6
relied 46:17
remained 14:8
remember 80:15,17 95:18 131:14
    171:2 186:6 190:8,10 193:2
remote 4:7
remotely 4:5 5:19
removed 45:9 101:18
rent 161:20
repeat 17:4,15 122:13 202:16
repeated 7:13
repeating 105:24
rephrase 7:19 36:23 115:22
reply 34:9
replying 34:12
report 14:2,4 186:7
reporter 1:20 4:1,6,21 5:7,22,25
    7:5,14
reporting 4:10 88:6,22
represent 5:8 6:9 27:25 33:8 87:2
    87:19 170:6
represented 153:13
representing 88:9 160:25 174:19
    206:3
request 7:2 26:12 82:20
requested 33:17,23 34:4 44:18
    85:19 114:19 115:14 150:21
    170:15 185:5
requesting 32:21
requests 32:13 82:23
REQUESTS/PRODUCTION
    210:8
reserved 3:12
resources 116:20 162:19
respective 3:7

**respond** 74:20 114:14
**response** 38:13 110:16 157:7
**responsibilities** 13:15,20 14:5
  140:19
**Restated** 134:10,18 150:25
**restaurant** 35:2,3 83:15 84:8,11
  93:9
**restrictions** 165:2
**result** 197:3
**retail** 1:3 6:10,11 12:4 38:17 41:15
  41:18 161:3,8 187:15
**retailer** 36:11
**returns** 210:15
**revenue** 140:5
**review** 15:8 16:16 29:17 47:10,13
  48:4 75:8 92:9,17 112:17
**reviewed** 92:4 112:11,21,23 195:18
**reviewing** 92:12
**right** 11:18 13:5 16:23 18:10,13
  21:4,8 34:11 38:25 39:4 40:2,6
  42:9,14 44:23 49:14 51:14,23
  52:4,7,15 53:6 54:23 55:12 58:5
  60:5 61:17 68:2,7 71:11,15,24
  73:14 76:19 77:15 81:20 83:21
  86:2,5 90:14 91:5,7,11 92:11
  96:14 101:17 103:24 109:19
  110:25 113:6 116:21,25 117:3,8
  120:19 123:22 127:12,21 128:12
  129:17 137:10,13 138:12,17
  145:4,25 146:4 151:6 155:11,12
  158:25 162:5,22 165:5 167:23
  170:21 172:7,24 173:2 182:10
  186:24 188:5,9 190:13,18 196:10
  196:14 198:9,16 201:8 203:10
  205:7,19 207:14
**rip** 164:25
**risk** 42:4
**risks** 40:17 41:24 42:2
**Rockville** 2:5
**role** 17:2,5 59:22,24 135:12 138:10
  140:19 144:10 173:9
**roles** 138:2
**room** 23:21 26:3 44:18,21 45:2,5,7
  47:25 51:20 73:10,18 75:25 76:3
  80:21 108:4 111:15 122:5,9,14
  127:6,20 129:4,7 175:7 176:2
  196:12,14,16 199:23
**Roseland** 2:10
**rough** 89:7,8 113:2
**ROWE** 2:9
**Rule** 1:17 14:24 15:4
**rules** 1:17 6:22
**run** 30:12 36:25 50:24 51:17 60:2
  61:15 103:10 106:7,9 115:5 136:9
  136:11 159:21 178:17
**running** 12:20 37:15,25 38:7 66:24
  136:7 161:17 178:15 199:8
**rush** 164:8,13 165:14

**S**

**S** 2:2 5:17 209:7 210:2
**S-E-S-S-I-O-N** 132:10
**safe** 156:19
**salary** 141:4,5 145:20
**sales** 39:18 140:9
**Saturday** 164:14
**save** 22:19
**saw** 14:22 19:21 28:6 197:6
**saying** 23:10 95:24 99:25 100:6,15
  100:22 109:19 111:7,21 113:11
  119:2 127:13,16,22 128:22 129:9
  142:3,4 144:8 146:5 172:13 182:8
  182:11,12
**says** 14:24 20:19 40:14 41:10 50:18
  52:12,16 53:7 75:8,12 125:11
  134:18 142:22 148:8 150:24
  170:22 177:2 182:6 185:11 191:6
**sberlowitz@frblaw.com** 2:7
**schedule** 70:4 149:18 153:3
**scheduled** 207:8
**scheduling** 70:2
**school** 10:17,24 11:14 155:13
**Scott** 62:23 63:8,9,16 64:6,7,8
  65:11 66:7,11,12 68:6,14 69:15
  70:9,11,14,23 71:7,8,14,18 72:2,7
  72:13,22 74:8,13,17 75:6 76:10
  76:13 80:3 81:16,19 82:10 106:24
  112:20 129:16 130:13,20,24
  131:9,18 197:7 206:6
**Scott's** 72:14
**scrap** 128:14,22 130:11
**scrapping** 130:21
**screen** 10:3,10 26:16 48:25 62:22
  69:6 86:21 179:14
**scroll** 14:23 15:14 33:13,14,19,24
  169:23 170:11
**scrolled** 33:16,22 34:3 150:20
  170:14
**sealing** 3:8
**second** 29:13 38:2,10,14 40:9 73:8
  73:8 85:7 88:12 94:20,20 141:16
  142:19 151:15 171:4,8 188:13
  193:16 200:9
**section** 142:17 145:21
**secure** 194:9
**see** 14:18,25 15:3,6 19:20 21:2,3,7
  25:4 26:16 28:19,21,24 33:2,20
  34:16 40:22,23 44:4 48:24 50:16
  50:20,25 52:12,20 64:14 67:19
  69:6 74:22 75:10 79:22 80:21,23
  81:16 82:11 84:17 86:21 90:15
  100:18 101:10 113:8 116:9
  119:17 120:9 122:22,24 125:6,13
  125:15 128:10,15,17 134:13,16
  142:17 148:7,14,16 151:17,22
  153:4,6,6,9,9,12 171:7,10 173:19
  175:12 176:11,13,14,24 177:4,5

  178:19 179:14 180:18 182:3
  183:11 185:18 187:12,19 188:17
  191:8 193:21 194:14 195:10
  204:8
**seeing** 27:12,14 80:14 100:17
**seek** 60:4
**seen** 28:4 34:7 46:21
**self-evident** 201:21
**sell** 12:5,6 39:15 44:5 144:24
**selling** 139:24 145:3,3
**sells** 39:13 139:18
**send** 29:16 50:6 55:8,11,20 68:6
  76:12 78:10 82:23 107:22,24
  108:13,22 109:2,11 121:15,17
  122:3 123:8
**sending** 55:18 121:8
**sense** 21:2 112:23 141:23 159:7
  163:7 179:9
**sent** 48:5 49:10,13 50:11 54:2 56:3
  56:6,19 57:13 58:25 59:7 61:10
  63:14,15 65:11 68:13 74:18,21
  75:21 76:4,10 78:18 81:8,10,15
  108:24,25 109:4,13,14,16 121:22
  122:7,11 127:10,18 129:15,19,21
  130:14,15 131:3,6 170:20 174:15
  189:13 200:4
**sentence** 20:19 40:14,22,24 41:9,21
  50:22 82:14 113:9 114:24 115:24
  122:22,24 123:3 134:17 171:4,7
  171:10,10 173:17,20 174:7,9
  175:9,12 176:25 177:4 178:19
  179:11 180:19 181:25 182:3
  183:12 185:15,18,20 187:6,12
  188:14,18 189:23 191:5,8 194:14
**separate** 4:7 22:6 105:25 151:4
**separately** 200:25
**serves** 142:24
**services** 139:18
**set** 159:10,13 211:8,19
**seven** 206:19 207:2
**share** 47:24 48:15 60:15 76:18
  116:3 120:4 129:5 142:25 169:12
  203:11
**shared** 52:22 72:22 73:4,13 74:8
  75:14 76:15,21 77:18 83:4 101:11
  111:9 127:6 129:2,3,8,11,24
  175:12,14,16,20 176:6 179:7
  195:10 196:17 197:14
**sharing** 18:25 26:15 27:22 57:12
  69:4 119:14 120:6 124:23 127:24
  133:22 191:6,14,17 196:20 197:2
  197:4,12
**Shay** 124:25 193:13
**sheet** 188:16
**ship** 163:17
**shooting** 180:17 181:25 182:9,16
**short** 166:5 193:15
**show** 9:23 32:17 71:18 106:7,9
  115:5 161:17 170:18

**showed** 111:17 118:25 154:17
**showing** 9:25 16:24 53:8 58:20
   76:23 79:25 80:2 112:14 127:9
   164:24 175:18
**shows** 173:18
**shrug** 7:5
**shut** 205:9
**shutdown** 190:12
**shutting** 190:15
**side** 35:9,11,13 52:15 63:13 140:3
**sidetracked** 168:7
**sign** 29:9,13,16,19,21 30:24 31:6
   32:6,13,18,19,19,22 47:2,3,4,16
   73:10,19 122:21 123:7,9 164:6,7
   164:11,11,13 165:4,24 168:13
**signature** 28:19 29:12 30:12 31:5
   88:22 149:19
**signed** 3:15,17 23:4,24 28:11,15,20
   29:17 31:3,4 32:9,10,11,16 44:20
   47:10,14 121:9 123:16 144:5
   149:20 150:3 151:11 165:8
   208:19 210:13
**signing** 31:22 32:3
**signs** 28:23
**silent** 106:17
**Similar** 75:5
**simple** 173:7
**sir** 6:2 116:6
**sit** 84:16
**six** 12:16 48:23 117:15 205:9 207:3
**skip** 193:7
**SKOFF** 2:11 5:6,12 10:5 59:2,8
   67:20 82:23 83:9 84:4 87:13,23
   88:3,7,15,18,21 89:3 90:9 117:22
   120:22 121:2 124:4,11,19 131:25
   132:5 150:10,14 154:16 184:20
   184:25 198:3,7,9,15 206:23
   207:14
**SKU's** 39:15
**slick** 157:20
**slip** 40:2
**SMITH** 2:9
**smooth** 185:23
**Sod** 74:6,7,10 80:2 81:15 106:24
   197:8 206:4
**sold** 12:14
**sole** 106:9
**solo** 104:15,16,20 105:14,15
**somebody** 167:22
**Somerset** 108:20
**son** 35:10 72:10 90:4 95:16 143:7
   155:5,6
**soon** 23:17,22 31:6 158:2 187:23
   190:12
**sooner** 74:19
**sorry** 9:3 12:9 17:15 23:8 26:10
   38:5 66:13 73:24 85:10 90:9 96:8
   114:5 119:5 130:17 147:13 148:4
   152:19 160:11 164:19 185:2

   202:16 205:21
**sought** 59:14
**Sound** 132:7
**sources** 194:10 195:25 199:24
**sourcing** 187:19 190:7
**south** 43:4
**SOUTHERN** 1:2
**spam** 193:10
**speak** 20:24 62:10 64:16,19 70:14
   78:20 109:15,25 130:3 164:16
   169:7 186:8,13 191:24 200:16
   206:21 207:5
**speaking** 60:20 86:14 98:24 200:3
**specialized** 85:2
**specific** 22:12 32:20,23 47:19 98:12
   98:13,15 113:3 136:10
**specifically** 24:19 71:2 173:5
**spell** 137:19
**spend** 116:12,14,14
**spent** 116:24 126:12
**sphere** 185:8
**spoke** 24:22 56:9 61:19 62:9 67:17
   69:25 109:23 110:12 131:16
   179:4,4 186:6 200:10,13
**spoken** 161:16 198:23
**spot** 39:22
**square** 161:22
**Srour** 1:14 5:11,14,24 6:1,7 7:1 8:1
   9:1 10:1 11:1 12:1 13:1 14:1,18
   15:1 16:1 17:1 18:1,25 19:1 20:1
   21:1 22:1 23:1 24:1 25:1 26:1
   27:1 28:1,4 29:1 30:1 31:1 32:1
   33:1,9 34:1 35:1 36:1 37:1 38:1
   39:1 40:1 41:1 42:1 43:1 44:1,9
   45:1 46:1 47:1 48:1 49:1 50:1
   51:1 52:1 53:1 54:1 55:1 56:1
   57:1 58:1 59:1 60:1 61:1 62:1
   63:1 64:1 65:1 66:1 67:1 68:1
   69:1 70:1 71:1 72:1 73:1 74:1
   75:1 76:1 77:1 78:1 79:1 80:1
   81:1 82:1 83:1 84:1 85:1 86:1
   87:1 88:1 89:1 90:1 91:1 92:1
   93:1 94:1 95:1 96:1 97:1 98:1
   99:1 100:1 101:1 102:1 103:1
   104:1 105:1 106:1 107:1 108:1
   109:1 110:1 111:1 112:1 113:1
   114:1 115:1 116:1 117:1 118:1
   119:1 120:1 121:1 122:1 123:1
   124:1 125:1 126:1 127:1 128:1
   129:1 130:1 131:1 132:1 133:1
   134:1 135:1 136:1 137:1 138:1
   139:1 140:1 141:1 142:1,25 143:1
   143:4 144:1 145:1 146:1 147:1
   148:1,9 149:1 150:1 151:1 152:1
   153:1 154:1 155:1,3 156:1 157:1
   158:1 159:1 160:1 161:1 162:1
   163:1 164:1 165:1 166:1 167:1
   168:1 169:1 170:1 171:1 172:1
   173:1 174:1 175:1 176:1 177:1

   178:1 179:1 180:1 181:1 182:1
   183:1 184:1 185:1 186:1 187:1
   188:1 189:1 190:1 191:1 192:1
   193:1 194:1 195:1 196:1 197:1
   198:1 199:1 200:1 201:1 202:1
   203:1 204:1 205:1 206:1 207:1
   208:7,17 209:5 210:12
**ss** 208:4
**stamp** 134:8
**stamped** 49:7 150:23
**stand** 141:24
**standing** 89:5,14
**stands** 29:3 120:12,15 141:22
**start** 31:2 108:5 110:4
**started** 12:23,25 13:2,22 14:6
   140:15
**starting** 125:12
**state** 1:21 5:3,16,19 208:4,22 211:5
**stated** 89:16
**statement** 71:17 101:2 121:11
**States** 1:2 11:15
**stay** 157:2,4 184:14
**stenographically** 6:24
**Stenotype** 1:20
**Stephanie** 184:4,5
**stepped** 26:8
**Steve** 44:14 97:2 115:15 119:15
   120:2 121:23 142:11 179:18
   181:23
**Steven** 2:6 6:6,8 122:17 132:12
**stipulate** 4:20
**stipulated** 3:5,10,14 4:2,11 5:4
**STIPULATIONS** 3:3
**stock** 11:20
**stop** 89:4 118:23 119:2
**stopped** 11:13
**stopping** 131:22
**store** 6:16,19 11:20 12:2,3,4,7,12
   39:13 60:22 78:12,15 133:7,11,20
   148:13,19 149:11,13 152:2
   159:17 161:13 163:22 170:8
   187:17
**stored** 78:9
**stores** 12:16,17,18,20 21:17 36:11
   41:15,18 50:25 60:21 61:15 62:11
   62:15 136:23 138:3,6 148:18,22
   148:25 149:6,6,10 152:12 161:4,8
   161:18,21 170:4 187:24 192:25
   195:13,14,14,15,16 203:25
   204:11,15,16
**Street** 6:4 62:20 178:21,21 179:2,7
**strollers** 44:3
**structure** 194:12 196:4 203:4,8,14
**structured** 133:4
**subject** 11:5 19:5 27:8 36:4 49:4
   76:25 169:14
**submit** 165:12
**subscribed** 208:19
**substantiate** 46:13 71:17

**succeed** 104:25
**sudden** 101:17 103:3
**sufficient** 172:18
**Suite** 2:5
**summarize** 22:22 192:9
**summary** 40:11
**Sunday** 70:4,15
**Sunrise** 2:5
**supply** 40:15 41:3,23 42:16,18,21
   42:21 43:10 163:5,15,16 187:18
**supplying** 164:9
**support** 194:16
**supported** 194:13
**supposed** 102:21 136:16
**sure** 6:23 9:7 17:5 23:23,25 26:14
   32:4 44:16 58:17 59:5 75:2 77:24
   92:18 93:3 94:8 95:7,12,14 97:4
   98:18 101:9 119:8,13 122:2
   130:19 133:5 142:14 144:16
   150:17 156:14 161:6 176:18
   180:3 188:24 195:2,5,7 196:2
   200:10 201:13,15,17 206:12,13
**surprised** 166:23 167:4 179:6
   200:22
**surrounding** 164:17
**swear** 4:19,22
**switch** 155:3
**sworn** 3:17 211:8
**system** 138:14

_____

**T**

**T** 208:2 209:7 210:2 211:2,2
**table** 36:7 85:21 96:3 112:15
   198:16
**take** 7:5 8:3 16:19 21:15,23 24:13
   26:11 60:14 82:25 83:7 85:6
   93:18 94:2 110:4 145:9,18 155:2
   178:16 198:5 205:15 207:11
**taken** 1:16 79:7 208:9
**takes** 147:7
**talk** 24:17 50:13 84:16 159:5
   164:14 186:5,15 190:14 199:13
**talked** 199:2
**talking** 31:2 79:19 95:21,25 103:21
   110:7 143:14 165:19 166:11
   198:25
**talks** 178:20 199:15
**Tap** 199:2
**tax** 210:15
**taxes** 153:22,24
**teach** 156:3,3
**team** 40:19 45:19 135:24 156:6
   160:9,13,15 162:9,10,17,19,25
   172:17,23 183:8,15,15,17,19
   184:7,8 185:22,25 186:4,5,8,23
   187:7,9,15,16,16,16,17,19 189:25
   190:2,8,18,24 197:18 199:14
**teams** 180:15 181:2,9 183:11
**technically** 37:7 100:20 167:24

**technology** 40:15 41:4,15,22
   159:18,21 162:22,25 183:9 185:8
   187:17 190:6
**telephone** 56:7
**tell** 36:8 45:21 56:10 61:19 77:16
   79:14 89:11 91:22 92:2 97:11
   102:11 104:2 107:8 112:19
   130:24 131:9 140:14 149:3 158:7
   163:22 167:18 168:14
**telling** 46:16 123:4 128:19 159:9
   171:6,21,22
**ten** 10:15 140:4 145:22 147:19
   184:21
**Tennyson** 53:11 54:2,5 55:8 56:23
   56:25 57:4,14 58:25 59:7 60:18
   60:24 61:11,17 62:10 63:15 66:2
   106:24
**tenth** 19:22
**terms** 25:19 35:21 41:21 162:13
   184:10 188:15
**territory** 40:18 41:6,8,11
**testified** 5:20 9:10 18:9,12 29:18
   68:5 83:13 129:15 139:4 162:21
   190:17 197:9 203:3 205:22
**testify** 9:19 15:10,16
**testifying** 8:7
**testimony** 22:3 28:12 47:12 85:5
   96:13 119:10 123:25 158:11
   200:2 203:7 208:9,12 211:11
**thank** 5:14 20:3 38:13 58:3 69:25
   80:25 89:18 104:12 105:9 117:24
   123:2 140:18
**thanks** 34:11
**thing** 22:5 41:3 48:8 56:18 90:9
   93:2 96:20 101:5 106:2,21 107:13
   115:7 136:19 144:12 152:6,13
   157:14 174:6 192:7,9 205:7,12
**things** 9:9 22:18 47:11 67:11
   135:20 136:4,5,5
**think** 12:22 14:7,22 25:18 30:18
   31:8 44:10 46:2 57:9 58:7,23
   59:19 71:13 72:10 84:3 87:6 90:8
   91:20 92:15 94:4 98:3 102:7
   111:5,23,25 120:2 123:18,20
   131:22 132:18 143:6 156:10
   157:13 158:4,19 163:11,14
   168:11,18 174:2 181:11 184:2,20
   189:9 192:2 193:16 197:24
   201:23 206:8,15 207:3,12
**thinking** 61:11 148:24 149:4
**third** 29:15
**thought** 71:10,14 73:25 85:4 102:5
   102:12,16 104:14 136:12 158:14
   172:17
**thousand** 193:6
**three** 135:13,15,25 152:22,24 172:3
   184:2
**Thursday** 25:14 37:18 38:11
**time** 1:19 3:12 4:25 7:25 12:16,21

   14:13,16 16:9 18:20,22 19:9,14
   21:18 24:25 26:24 27:13,15,17,19
   28:7 32:24 33:5,15,21 34:2 45:20
   47:21 48:9,12,17,19 53:14,17
   55:25 57:10,18 58:18,25 59:6
   61:5,10 62:25 63:3 67:11 69:9,11
   72:19 74:4 76:22 77:4,6,18 80:4,6
   83:11 85:8 86:18,23 88:25 91:8
   91:20 92:14 104:14 113:22
   114:14 118:10 119:18,20 125:3
   126:12 128:2,5 129:2 132:3,8,18
   133:5,13,17,24 134:2 142:2,7
   143:19 147:24 148:5,7 149:4
   150:19 151:19 152:9 155:22
   156:5 157:2 161:17 166:5 168:12
   168:21 169:16,18,25 170:9,13
   175:2 178:22 179:2 180:5 183:20
   184:3 185:4,24 186:6 187:12,21
   187:25 189:5,22 190:25 191:17
   192:21 193:10,19 197:16,25
   198:11 201:14 202:3 204:22
   206:12 207:16
**timeline** 165:11 166:3
**times** 111:12 151:25 179:19 184:21
**timing** 174:4
**title** 13:7,8,11 15:3 134:9,17
**titled** 108:13
**today** 5:10 9:16 15:25 92:5 154:19
   178:13 179:12
**today's** 161:24
**told** 32:8 37:24 38:6 45:22,23 46:5
   56:12 71:14 79:12 84:7 96:19
   97:15,19 102:24 117:13 118:25
   120:5 121:16,17 141:22 157:2,17
   158:12 159:4
**Tony** 146:25
**top** 88:14 151:16 198:23 199:3
   200:13
**topic** 38:10
**topics** 14:24 15:4,6,8,11,13,15 36:2
   44:9 62:22 155:3 206:19,25
**total** 51:16 103:10 140:9 144:22
**Toys** 205:8
**transaction** 20:25 194:10 195:25
**transcribed** 88:12
**transcribes** 100:10
**transcript** 87:3,5,6,22 88:8,11,19
   89:6,9,16 99:14,16,19,24,25
   100:2,6,7,13 113:2,2 208:8,10
   209:21 211:10
**transferred** 45:6
**transition** 185:17,22 186:9 187:12
   190:2 199:7
**trial** 3:13
**tricked** 164:7
**tried** 107:13 156:2,3
**true** 46:14 208:11,13 211:11
**trust** 46:23,25 47:6
**trusted** 66:18 112:15 205:15

**truthfully** 9:20
**try** 61:14 67:17 84:20 105:21
    130:24
**trying** 70:15 89:21 98:16 104:10
    115:20 137:15 149:18 150:13
    152:6 161:9 165:15 183:7 184:23
    199:17 200:9
**Turkey** 43:9
**two** 10:18 35:15 43:3 49:5 67:15
    75:8 90:7 105:25 113:25 117:12
    144:20 149:12 172:2 179:8 184:2
    203:4,8,13
**type** 59:14

──────── **U** ────────

**U** 5:17
**U.S** 40:21
**umbrella** 205:5
**unable** 186:24
**unauthorized** 4:16
**unaware** 28:13
**unchartered** 40:17 41:5,7,10
**understand** 7:6,10,15,18,19,22,23
    8:4,6 17:17 34:13,15 37:10,13
    38:12 39:7 41:12 61:25 77:15
    86:7 98:6,9,16 99:12 104:10
    110:6 117:11 135:5 143:25 144:7
    144:14 150:14 184:23 189:24
    194:8 197:16
**understanding** 79:11 84:24 164:5
    178:15
**understands** 66:22
**understood** 22:21 30:23 37:17 38:3
    38:12 79:6 83:2
**unfinished** 114:17
**unfortunately** 87:5 88:10
**United** 1:2 11:15
**Universe** 12:8,10
**unlimited** 203:21
**unsigned** 149:18
**upfront** 144:21 145:19
**upset** 47:9 164:18,19
**use** 78:6,8,11,14 89:4,6 108:6
    128:14 130:7,25 131:2,10,17
    139:2 146:7 156:2 159:25 163:18
    205:3
**uses** 78:11 194:10
**usually** 29:15 32:10 145:17

──────── **V** ────────

**valid** 124:2
**validate** 185:17
**validation** 185:17
**value** 161:20,22,25
**vendor** 39:17
**vendors** 139:2 146:7 198:23 199:3
    200:3,10,13,16
**venture** 145:18 146:13 198:25
**verbally** 7:3

**versions** 150:2,8
**versus** 6:11
**video** 4:5,12 87:20 92:13 93:13
    94:15 98:20 99:2,6,9 100:2,4
**Vietnam** 43:8
**view** 73:17 83:23 84:22 156:23
**views** 34:15,16
**violation** 4:16
**virtual** 9:25
**virtually** 19:25
**vouched** 110:24 111:2

──────── **W** ────────

**W** 208:2
**W-2** 20:14
**wait** 7:8 123:7 198:15
**waiting** 88:11
**waived** 3:9
**walkers** 44:3
**want** 15:14 17:20 18:6 23:2 24:2
    25:2 26:7 37:13 53:4 59:12,16
    60:5,7,7 67:18 68:9 75:16,18
    77:14,25 85:11 94:12 98:8 103:7
    103:9,10 104:6,25 106:7,16 113:3
    123:6 124:16 131:24 136:5
    137:22 142:13,22 143:3 144:13
    149:10 152:14,15 168:3,22
    169:21 170:18 194:3 198:5,17,20
    203:10,25
**wanted** 20:20 24:10,23,24 26:5
    37:10 55:21 84:23 99:11 102:19
    103:13,13 106:6 121:14 123:7
    136:9 149:5 159:5 165:24 176:13
    176:18 192:9 202:14,18 203:8,11
    203:22 204:3 205:15
**wasn't** 25:21 76:16 102:22 111:7
**watch** 92:13 97:25
**watched** 98:17
**watching** 103:23 135:19 140:22,23
**way** 12:23 49:20 133:4 136:7,8,10
    157:16 192:8 211:16
**we'll** 27:24 48:22 60:15 82:24
    122:20 132:6
**we're** 9:24 44:5 99:25 131:21 151:6
    167:13 169:10
**we've** 8:14,17 83:5 105:10 125:20
    197:23
**web** 1:18 4:8 5:10
**week** 14:22 16:4,9 20:9,9,13 64:18
    65:20,21 165:14
**weekend** 75:9
**weeks** 75:8 168:16
**welcome** 105:3
**went** 12:24,24 17:16 25:13 26:3
    45:4 111:11 125:22 131:12
    157:13 175:7 193:22 200:22
**weren't** 39:25
**WHEREOF** 211:18
**willing** 114:10 202:19 203:21 204:6

    204:23,25
**win** 167:2 183:3 205:2
**win/win** 21:25 39:24 66:25 67:2
**winning** 38:24 40:5
**Winters** 183:23
**wish** 74:18
**withdraw** 94:13
**witness** 1:15 4:6,19,22,24 5:9,14,15
    5:18,24 6:3 26:8,10 198:17
    206:18 207:4,17 209:4 211:7,12
    211:18
**witnesses** 207:8
**won** 18:12 31:13 41:6 159:15,16
    201:21
**word** 40:11 142:4
**words** 98:24 144:8
**work** 11:9,11,14 13:4 20:10 43:21
    45:11 50:12 54:7,9,15 63:16 64:6
    72:15,20 78:15 97:5,7 102:18
    104:6 114:20 117:8,19 126:21,24
    140:24 141:8 155:8 156:6,12
    171:6,14,16,23 173:5 174:8,13,20
    174:22 180:16 181:3 188:4,25
    189:6,11
**worked** 29:24 189:2,3 190:23
**working** 11:17 43:7 50:24 51:9
    67:10 71:8 100:19 110:9 116:17
    126:13,14 156:19 172:2,3,4,10,14
    174:5 177:12,14,17 178:3,25
    181:10 183:9,10,15,17 184:7,9
    187:8 188:8 189:18 192:4
**works** 20:7,9,12 30:3 40:18 56:23
    63:11,18 64:7,8
**worry** 120:18,21,25 121:4,12,17
    123:4
**wouldn't** 22:13 46:24 74:11 98:18
    167:4
**wrap** 198:4,6
**write** 34:11 58:3 64:10 70:3 116:7
    120:18
**writes** 34:14 38:14 41:22 74:17
    75:6 80:20 82:10 122:17 128:13
    130:10,11 171:4 176:3,10 178:5
    178:13 180:15 181:24 183:6
    185:11,15 191:19
**writing** 82:24 123:4 150:11 168:23
    169:5 180:21,25 181:8 191:21
**written** 4:14 31:21 32:2 53:21
    98:24 100:8 194:4
**wrong** 13:24
**wrote** 34:10 76:4 120:8,10 130:4,20
    179:20 185:24 186:21 187:25
    192:22,23 193:12,13
**Wu** 124:24

──────── **X** ────────

**X** 1:3,11 209:2,7 210:2

──────── **Y** ────────

**yeah** 55:7 121:4
**year** 77:14 113:25 139:23 140:11
   141:6,8 159:24
**years** 6:13 10:15,18 39:9,19 42:23
   42:25 61:24 64:13 66:23 112:4,5
   205:9,14
**Yeshiva** 155:11
**yesterday** 92:8
**Yesterday's** 34:14
**York** 1:2,21 2:5 5:20 6:4 35:2
   208:4,22 211:5
**Yosi** 107:11,15,18,21
**Young** 11:21
**Yussi** 63:15 197:7
**Yussy** 63:23,25 64:2,4,6,7,8,10,11
   64:16,24,25 65:12 66:7,9,15 67:4
   67:8,25 68:7,14,18 70:2,9,10,20
   75:7 76:10,13 129:19 130:13,19
   130:24 131:9,19

**Z**

**Z-A-M-I-R** 107:21
**Zamir** 107:21
**Zero** 159:19 204:22
**Zoom** 4:8 14:17 18:21 27:18 32:25
   48:18 53:18 57:11 58:19 63:2
   69:10 77:5 80:5 86:19 90:6 103:4
   119:19 128:6 133:25 169:17

**0**

**005** 134:9
**07068** 2:10

**1**

**1** 1:12 14:15 18:8 143:2 186:18,23
   208:10 209:9
**1.6.1** 49:6
**1.6.2** 49:6
**1:45** 132:5
**10** 19:19,20 29:25 31:17 59:21
   69:13 166:17 209:18
**10:00** 1:12
**10726** 19:3 209:10
**10868** 80:10 210:10
**10869** 209:20
**10877** 125:2 209:23
**1099** 20:16
**10th** 30:25
**11** 50:16 77:8 133:12,16 195:15
   209:19
**11080** 119:17 209:22
**112** 100:13
**11229** 6:4
**11570** 2:5
**11644** 128:9 209:24
**11714** 210:5
**119** 209:22
**12** 34:19 38:6 83:15,24 84:12,15
   93:9,18 101:15 127:14 156:24

**157**:2,25 158:2,20,21 159:23
   206:19 207:2 209:20
**12:52** 131:21
**120** 21:17 149:6
**125** 209:23
**128** 209:24
**12th** 52:25 102:9 156:18
**13** 33:10 86:25 206:19 207:2
   209:21
**134** 210:4
**135** 21:17
**13th** 52:12,22 75:22 76:7,7
**14** 52:11 53:24 57:15 64:11 65:21
   76:25 119:22 206:20 207:2 209:9
   209:22
**149** 210:13
**14th** 6:3 52:23 75:22 211:19
**15** 52:13 62:24 75:6 83:9,18,20
   87:4,10,21 89:22 91:10 93:5 94:2
   94:6,16 96:12 97:16,23,23 98:2,2
   98:17 103:24 104:5,13 113:2
   125:5 127:11 156:16 158:25
   198:8 202:7,20 209:23
**150** 51:16 149:6
**151** 210:14
**154** 210:15,16
**15th** 102:21,22,24 165:23
**16** 11:16,18 69:16 74:18 128:4
   209:24
**160** 51:17
**169** 210:5
**16th** 70:16 75:22
**17** 134:4 210:4
**17037** 26:19
**18** 154:20 169:20 210:5
**18th** 70:16
**19** 80:3 81:22 119:16 124:25
   125:17 126:11 127:7 175:19
   209:10
**1969** 6:3
**1995** 13:2,23 14:9

**2**

**2** 18:24 26:22 206:9 209:10
**2,000** 39:15
**2/20** 113:16,17,18 144:19 145:12
**20** 53:2 101:14,16 144:23 145:6
   154:20 192:6 203:4,8,13 206:5
**2021** 21:12 22:2 39:4 105:13
**2022** 21:12 105:17
**2023** 28:13 29:25 31:17 33:10
   34:19 50:16 53:12 57:15 128:8
   140:13 153:24 155:18
**2024** 1:12 208:10,20 211:20
**21** 22:4 40:8 105:12,18,18
**22** 22:4 40:8 105:12
**23** 17:16 125:23 128:8 140:16
   154:17 169:14 174:15 175:20
   189:13 194:5 195:6 198:22 199:5

**200**:4
**24** 53:12
**25** 36:7 53:3 101:16 112:7 198:23
**250** 145:5,5,8,9,10
**265** 2:5
**27** 209:11,12
**2770** 33:11
**2770-2771** 209:13
**2771** 33:11
**2800** 77:3 209:19
**2943** 49:7 209:14
**2969** 53:10 209:15
**2995** 57:16 209:16

**3**

**3** 27:2,5 149:12 209:11
**3:30** 198:10
**3:45** 207:18
**30** 61:24 103:15 112:4,7 140:2
   205:13
**30(b)(6)** 1:17 14:24 15:4 18:7
   207:10
**300** 145:3,7
**3028** 62:24 209:17
**3039** 69:17 209:18
**31** 186:3
**33** 155:16 209:13
**35** 43:6 112:7,9 140:2

**4**

**4** 27:21,24 209:12
**40** 43:6 103:15 112:9 148:12
**43** 64:13 66:23
**45** 39:9 42:23,25 131:23
**48** 209:14

**5**

**5** 33:7 154:18 209:5,13
**5.1.2** 142:17
**5.1.4** 143:17 145:21
**5.1.5** 147:20,22 148:2 151:14,15
**50** 2:5 103:15 113:23 114:2 145:2,8
   146:19,21 148:22,24 190:9
   195:14
**50/50** 115:6,25 117:11
**50th** 197:16
**53** 209:15
**545** 132:19
**57** 209:16

**6**

**6** 44:8 48:21 140:10 209:14
**60** 190:9
**63** 209:17
**69** 209:18
**6th** 62:19 178:21,21 179:2,7

**7**

**7** 53:13,16 209:15

**70** 50:23 51:5 148:22,24 190:9
　195:14
**75** 2:10
**77** 209:19

**8**

**8** 57:17,20 66:16 209:16
**80** 43:7 209:20
**80's** 12:15
**82** 210:10
**83** 12:2
**86** 209:21
**8791** 28:3
**8791-8794** 209:12
**8794** 28:3
**88** 12:22

**9**

**9** 63:5 209:17
**90** 50:23,24 51:8
**900,000** 168:20
**93** 210:11,12
**95** 12:23,24,24 195:13