1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X
GO GLOBAL RETAIL, LLC,


                         Plaintiff,

     -against-
                              Index No.1:23-cv-07987



DREAM ON ME, INC. and DREAM ON ME INDUSTRIES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

                              October 17, 2024
                              10:00 a.m.


                    DEPOSITION of MILAN

     GANDHI, a witness for the Defendant herein,

     taken by the attorney for the Plaintiff,

     pursuant to Notice, held via web conference,

     on the above date and time, before Jennie

     Kilgallen, a Stenotype Reporter and Notary

     Public within and for the State of New York.

2

1

2    A P P E A R A N C E S :

3


4    FALCON, RAPPAPORT & BERKMAN, PLLC
           Attorneys for the Plaintiff
5          265 Sunrise Highway - Suite 50
           Rockville Centre, New York 11570
6
     BY:  STEVEN BERLOWITZ, ESQ.
7          sberlowitz@frblaw.com

8


9    GREENBAUM, ROWE, SMITH & DAVIS, LLP
           Attorneys for the Defendant
10         75 Livingston Avenue
           Roseland, New Jersey  07068
11
     BY:   THOMAS MURPHY, ESQ.
12         tmurphy@greenbaumlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2                        FEDERAL STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5      and between the parties hereto, through their

6      respective Counsel, that the certification,

7      sealing and filing of the within examination

8      will be and the same hereby waived;

9          IT IS FURTHER STIPULATED AND AGREED that

10     all objections, except as to the form of the

11     question, will be reserved to the time of the

12     trial;

13         IT IS FURTHER STIPULATED AND AGREED that

14     the within examination may be signed before

15     any Notary Public with the same force and

16     effect as if signed and sworn before the

17     Court.

18

19

20

21

22

23

24

25

4

1

2              THE COURT REPORTER:  It is hereby

3         stipulated and agreed to by and between

4         counsel for all parties present that

5         this deposition is being conducted

6         remotely by video conference, and that

7         the court reporter, witness and all

8         counsel are in separate remote locations

9         and participating via Zoom or any web

10        conference meeting platform under the

11        control of the court reporting agency.

12             It is further stipulated that this

13        video conference will not be recorded in

14        any manner and that any recording

15        without the express written consent of

16        all parties shall be considered

17        unauthorized, in violation of law and

18        shall not be used for any purpose in

19        this litigation or otherwise.

20             Before I swear in the witness, I

21        will ask each counsel to stipulate on

22        the record that I, the court reporter,

23        may swear in the witness even though I

24        am not physically in the presence of the

25        witness and that there is no objection

5

1

2          to that at this time nor will there be

3          any objection at a future date.

4               All attorneys state they have no

5          objection or so stipulated?

6               MR. BERLOWITZ:  I consent.

7               MR. MURPHY:  I consent as well for

8          defendants.

9               THE COURT REPORTER:  Counsel, can

10          you represent to the best of your

11          knowledge and belief, that the witness

12          appearing today via web conference is,

13          in fact, Milan Gandhi?

14               MR. MURPHY:  Yes.

15               (Whereupon, the Witness presented a

16          NJ State driver's license.)

17     M I L A N   G A N D H I,

18          The witness herein, having been first duly

19     sworn remotely by a Notary Public of the State of

20     New York, was examined and testified as follows:

21               THE COURT REPORTER:  May we have

22          your name for the record.

23               THE WITNESS:  Milan Ghandi.

24               THE COURT REPORTER:  And your

25          address for the record.

6

1                        M. Gandhi

2              THE WITNESS:  70-25 Yellowstone

3         Boulevard, apartment 19C, Forest Hills

4         New York.  11375.

5    EXAMINATION BY

6    STEVEN BERLOWITZ, ESQ.:

7         Q.   Good morning, Milan.  My name --

8         A.   Good morning.

9         Q.   -- is Steven Berlowitz and I am

10        with the law firm of Falcon, Rappaport &

11        Berkman and I represent the plaintiff in the

12        case Go Global Retail, Inc. versus Dream On

13        Me.  Have you ever been deposed before?

14             A.   No.

15             Q.   I'm going go over a few ground

16        rules.  This deposition is being

17        stenographically recorded, but is not being

18        video recorded.  So, my request to you is

19        that you please answer all of my questions

20        verbally and not with physical movements like

21        a nod of the head or a shrug of the shoulder

22        so the court reporter can take down your

23        responses.  Do you understand that?

24             A.   Yes.

25             Q.   Thank you.  I also ask that you

7

1                           M. Gandhi

2      please wait until I've completed asking my

3      question and I will wait for you to respond,

4      that way the court reporter can get

5      everything down.  If we are speaking over

6      each other, it's very difficult for her to

7      take down what we are saying.  Do you

8      understand that?

9          A.   Yes.

10         Q.   If you need to have any question

11     repeated for any reason, I'm happy to do so

12     or happy to have the court reporter read it

13     back to you.  Do you understand that?

14         A.   Yes.

15         Q.   Please let me know if you do not

16     understand a question or if you need me to

17     rephrase.  If you answer a question, I'm

18     going to assume that you understood the

19     question I'm asking.  Do you understand that?

20         A.   Yes.

21         Q.   Please also let me know if you need

22     a break at any time.  That's completely fine.

23     But just we cannot a take break while a

24     question is pending.  Do you understand that?

25         A.   Yes.

8

1                              M. Gandhi

2          Q.   Do you understand that you are

3     testifying under oath and under the penalty

4     of perjury?

5          A.   Yes.

6          Q.   Have you ever been a plaintiff or a

7     defendant in another lawsuit before?

8          A.   No.

9          Q.   Have you ever been a witness in

10    another lawsuit before?

11         A.   No.

12         Q.   Have you ever been arrested or

13    convicted of a crime?

14         A.   No.

15         Q.   Are you taking any medication that

16    might affect your memory or ability to

17    testify truthfully today?

18         A.   No.

19         Q.   Can you please discuss your

20    education history?

21         A.   I've done my Bachelor of Commerce

22    and Masters in Commerce.

23         Q.   So your Bachelor in Commerce, is

24    that a college degree?

25         A.   Yes, college degree.

9

1                    M. Gandhi

2          Q.    Where did you attend college?

3          A.    India.

4          Q.    Did you say Yale?

5          A.    No, India.

6          Q.    India, sorry.  Maybe I thought you

7     said Yale.  My apologies.  Which school did

8     you attend?

9          A.    So there is a college called H L

10     College of Commerce in the State of

11     Ahmedabad.

12          Q.    And you said you got a bachelor's

13     at that school.

14          A.    I got the bachelor's there and I

15     did post-graduate in accounting.

16          Q.    And what schools did you attend for

17     graduate school?

18          A.    So that is not a school, it's an

19     organization called Institute of Chartered

20     Accountants of India.

21          Q.    Did you attend any other graduate

22     programs?

23          A.    No.  I did my certificate -- what

24     do you call, Certified Information System

25     Auditor here.

10

1                           M. Gandhi

2          Q.   You anticipated my question.   Do

3    you have any professional certificates or

4    licenses?

5          A.   Yes, that's the one that I got it

6    here.

7          Q.   Do you have any others?

8          A.   No.

9          Q.   Have you ever been the subject of

10   any disciplinary action or censure by a

11   licensing body?

12         A.   No.

13         Q.   Have you ever been the subject of

14   any disciplinary action or censure by a court

15   or tribunal?

16         A.   No.

17         Q.   Can you please describe your work

18   history starting with your first job after

19   college?

20         A.   So I worked for a company in India

21   for six years.   In 1991, I started.   And then

22   I came here and I'm here since 1996.

23         Q.   What was the name of that company,

24   that first company in India?

25         A.   Ervin Mills, Ltd.

1                    M. Gandhi

2        Q.   And what was your role there?

3        A.   Accounting.

4        Q.   And when you came to the United

5    States, where were you working?

6        A.   I was worked for the subsidiary of

7    the same company for a few years and then

8    with different companies.

9        Q.   And which companies were those?

10        A.   So the first Ervin Worldwide.  Then

11    there was in 2001 there was another diamond

12    company.  There was Prestige and then there

13    was Fabriaant-Tara.

14        Then there was a license -- another

15    company called Natori, the brand name.  We

16    have a license of that company.

17        Q.   Are you finished describing your --

18        A.   And then two more companies.  There

19    was a licensee of Nicole Miller.  And there

20    was a home furnishing company, Welspun, a few

21    months after that.  That was the last one.

22        Q.   Welspun?

23        A.   That was in 2020.  After that I've

24    been doing my own consulting and working with

25    smaller clients.

12

1                          M. Gandhi

2          Q.   And what were your roles in these

3     past jobs, if you could describe that

4     briefly.

5          A.   Mainly accounting.  Everything was

6     to do with accounting.

7          Q.   Did you ever work with a company

8     called Dream On Me?

9          A.   They were one of my clients.

10         Q.   And when did they become a client

11    of yours?

12         A.   I think '22 or something.  I don't

13    remember exactly, but I think around '21, '22

14    I guess.

15         Q.   This is when you were out on your

16    own?

17         A.   Yes, when I started my own

18    consulting.

19         Q.   What is the name of your consulting

20    company?

21         A.   I don't have a name.  I just put it

22    in my personal name.

23         Q.   What did you do to prepare for this

24    deposition today?

25         A.   Nothing.  I was just told that I

13

1                          M. Gandhi

2       have to tell them whatever I remember from

3       those days and I just like to refresh my

4       memory of those days, those couple of weeks

5       that they were going -- when we went to the

6       court and we had meetings and everything.

7            Q.   Did you speak with anyone in

8       preparation for today's meeting?

9            A.   Just the lawyer advised me that you

10      have a deposition.

11           Q.   Sorry, hold on.  I don't want to

12      know what you said to your attorney or what

13      your attorney said to your attorney.  It's

14      okay for you to tell you that you spoke to

15      him, but I don't know want to know about the

16      conversation.  Did you speak with anybody

17      else?

18           A.   Not really.

19           Q.   You didn't speak with Mark Srour?

20           A.   No.

21           Q.   You didn't speak with Avish Dahiya?

22           A.   They know that I had the

23      deposition.

24           Q.   Did you review any documents in

25      preparation for today's deposition?

14

1                          M. Gandhi

2          A.   Yeah, a few emails that I got I

3     knew about.

4          Q.   Anything else?

5          A.   No.

6          Q.   Did you take any notes in

7     preparation for today's deposition?

8          A.   Generally, whatever I remember, I

9     know it so I don't need to take any notes

10    like that.

11         Q.   I assume you don't have any notes

12    in front of you right now?

13         A.   Not at all.

14         Q.   Did you have a role in collecting

15    documents in this litigation?

16         A.   No.

17         Q.   We talked about Dream On Me, do you

18    know what Dream On Me is?

19         A.   Yes, a furniture company.

20         Q.   It's a furniture company?

21         A.   Yes.

22         Q.   And it's a company you did work

23    for, is that right?

24         A.   Yes, their accounting.

25         Q.   And I believe you said you started

1                           M. Gandhi

2      around '21 or '22?

3           A.   Yes.

4           Q.   What specifically -- what kind of

5      work did you do for Dream On Me?

6           A.   So I was helping with their

7      accounting department, looking at the

8      accounts, creating new reports, looking at

9      the sales deductions, the amount that gets

10     deducted when you get the money from your

11     customer and then how to reduce those kind of

12     expenses or the deductions.

13          Q.   So you were a consultant, you're

14     not a W-2 employee with Dream On Me?

15          A.   No.

16          Q.   Are you aware --

17               MR. MURPHY:  You meant -- you need

18          to reask the question, the way he

19          answered no --

20               MR. BERLOWITZ:  Fair enough.

21               (Whereupon, the record was read as

22          requested.)

23          A.   Correct.

24          Q.   That's been the case for your

25     entire relationship with Dream On Me?

16

1                          M. Gandhi

2          A.    Yes.

3          Q.    Are you aware that Dream On Me

4     participated in a bankruptcy auction to

5     acquire buybuy BABY assets in 2023?

6          A.    Yes.

7          Q.    Did you work on that with Dream On

8     Me?

9          A.    I was a facilitator of that

10    process.

11         Q.    What did you do in relation to that

12    project?

13         A.    So I got them the lawyer.  I spoke

14    with, you know, Lazard Capital, like

15    communicated back to them and got the

16    information back from them so I passed it

17    onto them.  I was facilitating the whole

18    process of what they want to do.

19         Q.    Just backing up for a second, can

20    you tell me a little bit more about what

21    Dream On Me does?

22         A.    They're furniture manufacturers.

23         Q.    Pardon me?

24         A.    Manufacturing and wholesale.

25         Q.    Anything else?

17

1                            M. Gandhi

2          A.    No, Dream On Me is in furniture.

3      That's what I worked on.

4          Q.    Do you know whether Dream On Me has

5      experience with retail?

6          A.    Dream On Me never had retail

7      stores.

8          Q.    Okay.

9          A.    They work with retailers, but they

10     don't have their own retail stores.

11         Q.    Understood.  Is Dream On Me a

12     manufacturer?

13         A.    No, they're wholesalers.  They get

14     their furniture from outside.

15         Q.    Just switching back now to the

16     buybuy BABY bankruptcy, did you become aware

17     of this bankruptcy at a certain point in

18     time?

19         A.    Yes, I think there was a public

20     information that came out about them filing.

21         Q.    And when did you become aware of

22     this?

23         A.    I think after filing we came to

24     know about it because we had a call with them

25     and they let us know that, you know, they are

18

1                          M. Gandhi

2      filing the bankruptcy and everything.

3              Q.   You had a call with buybuy BABY?

4              A.   No, we had a call with Lazard that

5      informed us about that.  I think -- no, there

6      was a call with the representative from Bed,

7      Bath & Beyond.

8              Q.   When did you learn about this

9      bankruptcy auction?

10             A.   Auction was when Lazard came out

11     and told us about the different dates,

12     targeting about the dates.

13             Q.   I want to know when that was if you

14     can tell me the date?

15             A.   I don't remember the date exactly.

16             Q.   Are you able to approximate?

17             A.   June/July.

18             MR. MURPHY:  Just to clarify, are

19          you asking about the bankruptcy auction

20          or the bankruptcy filing?

21             Q.   I'm talking about -- I guess I'm

22     asking about both.

23             Milan, do you to want to clarify if

24     there's a distinction in your mind whether

25     you learned about the bankruptcy auction at

19

1                          M. Gandhi

2      one point versus the bankruptcy filing?

3           A.   So the filing was prior to the

4      auction.  So filing came earlier to us, known

5      to us, and then it became the auction and

6      then when I was talking to Lazard that

7      different dates were happening about the

8      auctions and everything.

9           Q.   When did you learn about the

10     bankruptcy filing?

11          A.   Should be June.

12          Q.   When you learned about the auction,

13     do you know whether Dream On Me began to work

14     to prepare and submit a bid?

15          A.   They asked me to hire a lawyer to

16     look into what they can do.  And then they

17     started working on looking at options whether

18     they could get a partner into that process.

19          Q.   And that was some time in June of

20     '23?

21          A.   I think a little bit before the

22     auction date.  I think probably two or three

23     weeks before the auction date they were

24     looking into that option because I remember

25     that part, they were talking about they

1                         M. Gandhi

2    should try to buy the buybuy BABY.

3         Q.   What was your role in relation to

4    Dream On Me's preparation and submission of a

5    bid?

6         A.   I was coordinating the whole

7    exercise.  I was talking to Lazard.  I was

8    talking to internal people and talking to

9    lawyers.  I was kind of translating

10   everything what was happening and what they

11   should take care of because it's a big

12   company versus you are a small wholesaler.

13        So I just was getting the piece of

14   advice that you be careful because this is a

15   very big company that you're dealing with

16   now.

17        Q.   Do you know why Dream On Me was

18   interested in buybuy BABY's assets?

19        A.   I think because the furniture

20   synergy, buybuy BABY had a lot of furniture

21   and they were selling to buybuy BABY before

22   they filed for bankruptcy.  They stopped

23   selling because there was no credit

24   insurance, like everything stopped.  So they

25   also had stopped selling to them because

1                         M. Gandhi

2      there was no credit insurance available on

3      buybuy BABY.

4           When this happened I think they were

5      looking into it, you know it's a good synergy

6      because we have furniture, their furniture.

7           Q.   Have you heard of a company called

8      Go Global before?

9           A.   No.

10          Q.   Let me verify, have you now heard

11     of a company called Go Global?

12          A.   Of course.

13          Q.   And --

14          A.   I was in the meeting with Go

15     Global.

16          Q.   When did you first learn about the

17     existence of Go Global?

18          A.   When these people called me for the

19     dinner.

20          Q.   Which people?

21          A.   Mark and Avish called me to attend

22     a dinner with Go Global.

23          Q.   Do you know whether Lazard

24     introduced you to Go Global?

25          A.   I think so, yes.  Lazard asked

22

1                           M. Gandhi

2      Avish or someone to get in touch with Go

3      Global because they are also interested in

4      putting a bid and I think that is how they

5      connected each other.

6           Q.   Before you spoke with Go Global,

7      what was your view on the potential

8      partnership that Dream On Me could form with

9      Go Global in relation to this bid?

10          A.   I had no view at that point because

11     I did not know what Go Global is.

12          Q.   At that point Dream On Me was

13     looking for a partner, is that right?

14          A.   Yes -- you know one thing I make

15     them clear was that you are a small company.

16     Buybuy BABY is a very big company so can you

17     do it yourself?  That was the question I

18     raised and that may be the reason they may be

19     looking for partners to go in with them.

20          Q.   Were there other reasons that Dream

21     On Me was looking for a partner, if you know?

22          A.   Maybe capital because they do not

23     have the -- buybuy BABY required more than a

24     hundred million dollars to buy.

25          Q.   Did anyone else at Dream On Me

23

1                          M. Gandhi

2      express to you their thoughts about why they

3      would want to potentially partner with Go

4      Global?

5           A.   There was no specific thought.  Go

6      Global had a retail company that they were

7      successfully managing and they were

8      recommended by Lazard Capital.  So it was

9      good for them to meet each other and explore

10     synergy.

11          Q.   Do you know why Lazard recommended

12     Go Global in particular?

13          A.   No.

14          Q.   Did you have a conversation with

15     Lazard about what Dream On Me's needs were

16     for a partner?

17          A.   I don't think so.

18          Q.   At the time you began speaking with

19     Lazard in search of partners, what work had

20     Dream On Me done in relation to this bid?

21          A.   There was no specific work that I

22     recollect that they were doing at that point,

23     just to explore whether that could be a good

24     fit for them.

25          Q.   Had they done any due diligence

```
 1                    M. Gandhi
 2    work?
 3         A.   I think they're in the same
 4    industry, so they may be talking, but I will
 5    not know anything about that.
 6         As I said, my role was just to
 7    facilitate the meetings and the calls.  I was
 8    not participating into those strategy
 9    conversations if they had any.
10         Q.   Do you know if they had begun
11    preparing a financial model at that point?
12         A.   I think David is not preparing, but
13    the buybuy BABY's financial consultants were
14    preparing and giving it to them.
15         Q.   Did you tell Lazard that you were
16    looking for investors?
17         A.   I would not have said investors, I
18    would have said they will need capital.
19         Q.   Did you tell Lazard that you were
20    looking for a partner who knew how to operate
21    the business?
22         A.   No, I don't think so.
23         Q.   Did you tell Lazard that you were
24    behind on the work you needed to do to
25    prepare and submit a bid?
```

                          M. Gandhi

1

2          A.    I don't recollect, but there was no

3     preparation done so I don't know.

4          Q.    When you say no preparation done,

5     there was no preparation done, can you give

6     me a timetable?

7          A.    I was not told about any specific

8     preparation that they had to do to acquire

9     this asset.

10         Q.    To be clear, just to put a fine

11    point on this, you're not aware of the work

12    Dream On Me had performed at this point in

13    relation to the bid, and at this point refers

14    to sometime in early June?

15         A.    Correct.

16              (Whereupon, at this time, an

17         exhibit was displayed via Zoom.)

18              MR. BERLOWITZ:  I will be sharing

19         documents with you, Milan.  I'm sharing

20         a document with you right now which I

21         would like to mark as Exhibit 1.

22              (Whereupon, at this time, a

23         document was marked as Plaintiff's

24         Exhibit 1, as of this date.)

25         Q.    This is an email that you sent.  It

26

1                          M. Gandhi

2      is dated June 10.  The first page bears Bates

3      number DOM10791.  Do you recognize this

4      email?

5            A.    Yes.

6            Q.    You write to Kathleen Lauster and

7      you said, "It was a pleasure meeting you all

8      virtually today and share respective

9      interests."  Do you see that?

10           A.    Yes.

11           Q.    The other people cc'd on this email

12     are Matthew Lapish, Mark Srour, Avish Dahiya,

13     Christian Feuer and Abhishek Pathania.  Do

14     you see that?

15           A.    Yes.

16           Q.    Do you recall having a virtual

17     meeting with these people?

18           A.    Yes, we had a virtual as well we

19     met for dinner so there were two meetings, I

20     remember.

21           Q.    Okay.  I know the dinner that

22     you're referring to and I'll get to that, but

23     I want to first focus on this virtual

24     meeting.

25                 It appears this meeting happened on

```
 1                      M. Gandhi
 2      June 10, is that accurate?
 3           A.   My email says June 10.  I don't
 4      know whether we met on June 10 or before
 5      that.
 6           Q.   Okay.  I believe, based on the fact
 7      that there is a Zoom link here, this was a
 8      Zoom meeting?
 9           A.   Right.
10           Q.   Do you remember that?
11           A.   No, I don't remember it, but I'm
12      sure it would have happened.
13           Q.   Do you recall what you discussed at
14      this meeting?
15           A.   No, I don't.
16           Q.   Do you recall who attended this
17      meeting?
18           A.   Virtual meeting, I don't know who
19      else were on the call, but since I copied
20      these people, I believe these people should
21      have been on the call.
22           Q.   Do you recall any conversation with
23      Kathleen Lauster at this time?
24           A.   Kathleen was representing Go
25      Global, if I remember correctly.  And she was
```

28

1                          M. Gandhi

2      also trying to facilitate the process between

3      the two parties.

4          Q.   Do you recall having a conversation

5      with her on or around June 10?

6          A.   I may have done a couple of times,

7      but I don't recall any specific conversation.

8          Q.   Do you recall whether you told

9      Kathleen that Dream On Me was behind on the

10     work and it needed to do it to prepare and

11     submit a bid?

12         A.   Yeah, because there was no clarity

13     when that's going to happen so I said

14     somebody has to put a bid, that a lot of

15     things need to be done.

16         Q.   Did you tell Kathleen that Dream On

17     Me did not have retail store experience?

18         A.   I don't recall that, but that's the

19     reality, that Dream On Me never had retail

20     stores.

21         Q.   In your opinion, was Dream On Me

22     behind on its preparation to prepare and

23     submit a bid at this time?

24         A.   There was no clarity about when

25     events were going to unfold in terms of all

29

1                        M. Gandhi

2      this court proceedings and the auction.

3          It was all a moving target in that

4      particular period, one or two weeks, where

5      things were happening everyday and I was

6      coming to know that this is happening.

7          So for me to say they were behind or not

8      behind, it's not clear because there was no

9      specific requirements that were known to

10     anybody at that point except that you need a

11     lot of capital.

12         Q.   Are you aware of the work Dream On

13     Me had performed up to this -- at this point

14     in time in preparation for a bid?

15         A.   No.

16         Q.   You don't know the amount of work

17     that Dream On Me performed?

18         A.   No.

19         Q.   Okay.

20             (Whereupon, at this time, an

21             exhibit was displayed via Zoom.)

22         Q.   I'm sharing another document with

23     you.  I'll mark this as Exhibit 2.

24             (Whereupon, at this time, a

25             document was marked as Plaintiff's

30

1                        M. Gandhi

2          Exhibit 2, as of this date.)

3          Q.   This is an email from Abhishek

4     Pathania dated June 10.  You are one of the

5     recipients and this document Bates number

6     GG9434.  Do you recognize this document,

7     Milan?

8          A.   Let's open this.

9          Q.   I'm focusing on the top email for

10    now.

11         A.   This email could have come from

12    them.

13         Q.   I'm asking if you recognize it?

14         A.   I don't remember it.

15         Q.   Okay.  Abhishek writes, "Hi Avish,

16    PFA.  Fully signed NDA.  I have granted you,

17    Milan and Mark the data room access."  Do you

18    see that?

19         A.   Yes.

20         Q.   Did you access the data, the Go

21    Global data room?

22         A.   No.

23         Q.   Do you know if anyone at Dream On

24    Me did access the Go Global data room?

25         A.   I'm sure they might have done that.

1                          M. Gandhi

2          Q.   This email talks about an NDA.

3     Have you seen this NDA before?

4          A.   No.

5          Q.   Have you read it before?

6          A.   No.

7          Q.   Do you know if anyone at Dream On

8     Me read it?

9          A.   I don't know about other people.  I

10    did not read it.  The date looks like June 10

11    which was a Saturday because we -- if it was

12    on Saturday, I don't know.

13         Q.   I'm not trying to beat a dead

14    horse, but I will show you the NDA and just

15    make sure if you can confirm whether you

16    recognize it or not.

17              (Whereupon, at this time, an

18              exhibit was displayed via Zoom.)

19         Q.   This is a copy of the NDA that was

20    attached to the prior email.  I will label

21    this as Exhibit 3.

22              (Whereupon, at this time, a

23              document was marked as Plaintiff's

24              Exhibit 3, as of this date.)

25         Q.   This document bears Bates numbers

32

M. Gandhi

1

2      GG8791.  Do you recognize this document?

3           A.    No.

4           Q.    You've never read this document

5      before?

6           A.    Never read this document.

7           Q.    Okay.

8                 (Whereupon, at this time, an

9                 exhibit was displayed via Zoom.)

10                (Whereupon, at this time, a

11                document was marked as Plaintiff's 4 as

12                of this date.)

13           Q.   I'm sharing another document with

14      you.  This is Exhibit 4.  This an email from

15      Mark to Milan and Jack Srour.  It is dated

16      June 13.  The first page bears Bates numbers

17      DOM2770.

18           The top email is an email from Mark

19      saying, "Thanks Milan."  The bottom is an

20      email, Milan, that you wrote.  Do you

21      recognize this document?

22           A.   Can I read it?

23           Q.   I can scroll for you and take your

24      time and please read it.

25                (Whereupon, at this time, the

33

                        M. Gandhi

1

2          attorney scrolled through the exhibit as

3          requested.)

4          A.   Yes, I remember I had written this

5     document.

6          Q.   I want to ask you some questions

7     about this.

8          A.   Sure.

9          Q.   So the first line you wrote, "Hi

10    Mark.  Yesterday's dinner was necessary to

11    understand views and ask of both parties and

12    here are my views."  Do you see that line?

13         A.   Right.

14         Q.   You are referring to a dinner that

15    occurred.  Do you remember that dinner?

16         A.   Yes.

17         Q.   You attended that dinner?

18         A.   Yes.

19         Q.   That dinner was on June 12, 2023,

20    is that right?

21         A.   Date I don't remember, but I was at

22    the dinner.

23         Q.   This email was sent on June 13

24    so --

25         A.   Yes.

1                        M. Gandhi

2          Q.    Fair?

3          A.    Yes.

4          Q.    Do you recall who attended that

5     dinner?

6          A.    There were two people from Go

7     Global.  There were two people from Ankura.

8     And I think we were three from our side.

9          Q.    Do you recall the names of those

10    people who attended?

11         A.    Not the Ankura, I believe this lady

12    and one of her colleagues.  Go Global was

13    Christian -- I don't know the name exactly.

14         Q.    Is his name Christian Feuer?  Would

15    that refresh your recollection?

16         A.    Yes.  Yes.  And there was another

17    lady with him.  And then there was Mark,

18    Avish -- Mark -- was Mark's son there also?

19    I don't remember.  Yes, I think he was also

20    there.

21         Q.    You mentioned a lady.  Are you

22    referring to Kathleen Lauster from Ankura?

23         A.    Kathleen came with one of her

24    colleagues.  Christian came with one of his

25    colleagues.  And then there was three or four

1                          M. Gandhi

2        from our side.

3              Q.   Do you know if Christian's

4        colleague's name was Deborah Garguilo?

5              A.   I really don't remember.

6              Q.   Okay.

7              A.   If I see the face I would remember,

8        but not by the name.

9              Q.   Fair enough.  It's not a memory

10       test, I'm just trying to ascertain some

11       information.  Do you recall what you

12       discussed at this meeting?

13             A.   So that was briefly a meeting about

14       both parties introducing each other as to

15       what they've been doing and what are their

16       strengths in the business.

17             Q.   What did Dream On Me express with

18       regard to what it had been doing and its

19       strengths in the business at that meeting?

20             A.   So Dream On Me basically, because

21       of their experience for the last whatever 25

22       or 30 years that they were in this furniture

23       business and being a supplier to buybuy BABY,

24       they knew the categories that buybuy BABY was

25       selling and what they were supplying and

36

M. Gandhi

1

2      different various -- they felt strongly they

3      know this furniture business of buybuy BABY.

4          Q.    Anything else?

5          A.    They expressed what else they were

6      doing with other retailers.

7          Q.    What else had they been doing with

8      other retailers?

9          A.    They've been selling to other

10     companies also, Amazon and Walmart and Target

11     and everything else.

12         They spoke about all of those retailers

13     that they have a very good experience working

14     with the retail world in their category of

15     furniture.

16         Q.    Did Dream On Me express why it

17     wanted to make a bid in this auction during

18     this meeting?

19         A.    During this meeting I don't know

20     whether they covered that in that meeting or

21     the meeting afterward, but they did say that

22     in 2020 they were also trying to buy buybuy

23     BABY and now when they've gone bankrupt it

24     would be a good opportunity for them to, you

25     know, to do that again, try it again.

37

M. Gandhi

2    Q.    Did you say that Dream On Me had

3    previously attempted to buy buybuy BABY in

4    2020?

5    A.    They were wanting to buy it.

6    Q.    They were interested in buying it?

7    A.    They were interested in buying it.

8    Q.    So they were looking into it, is

9    that right?

10    A.    I don't know.  I was not working

11    for them so I had no idea.

12    Q.    And at this point on June 12 during

13    the meeting, do you know what work Dream On

14    Me had done in order to prepare and submit a

15    bid at the bankruptcy auction?

16    A.    No, I did not know about anything.

17    Q.    You don't know about any of the

18    work Dream On Me had started or completed at

19    that point?

20    A.    No, they were doing their internal

21    due diligence about, you know, what can be

22    done and how.  There was strategy conferences

23    that were going on, but I was not party to

24    these transactions or meetings.

25    Q.    Do you know what sort of due

38

1                          M. Gandhi

2     diligence Dream On Me was performing at that

3     time?

4          A.   I think it was more strategic due

5     diligence.

6          Q.   It was strategic; is that what you

7     said?

8          A.   Yes.

9          Q.   Would you say it was high level

10    conversations?

11         A.   I believe so.

12         Q.   And who do you know at Dream On Me

13    was working on the due diligence?

14         A.   I don't know any specific people.

15    I only know that Mark and Avish were involved

16    into that process.

17         Q.   You don't know anyone else other

18    than Mark and Avish?

19         A.   I never used to ask those questions

20    because I was hardly talking about these

21    things.

22         Q.   On June 12, what was your view

23    about Dream On Me's ability to prepare and

24    submit a bid for the bankruptcy auction?

25         A.   I did not know any requirement or

39

1                          M. Gandhi

2      prerequisites for submitting a bid.

3           Q.   And, in your opinion, did you feel

4      that Dream On Me had performed adequate work

5      to that point to submit a bid?

6           A.   I don't know that.

7           Q.   Did you discuss at this June 12

8      meeting whether Dream On Me was considering

9      submitting a bid without Go Global?

10          A.   I doubt that there was a

11     conversation about that at that point.

12          Q.   Why do you say that?

13          A.   Because we talked more about how

14     the parties were talking to each other, how

15     they can compliment each other and what are

16     their strengths and, you know, experience in

17     the business.

18          I don't know whether there was any

19     specific conversation about a bid.

20          Q.   Well, the piece that I'm interested

21     is actually is whether someone from Dream On

22     Me or yourself communicated to Go Global that

23     Dream On Me would bid without Go Global?

24          A.   I don't recall that.

25          Q.   You don't recall telling Kathleen

40

1                          M. Gandhi

2      that Dream On Me was not considering a solo

3      bid?

4           A.   I don't remember that.  If there

5      was some communication that I had to do it, I

6      might have done it, but I specifically --

7      because, as I said, I was just communicating

8      the messages both ways.

9           Q.   I want to turn back to this email.

10     The second paragraph you write, "Investment

11     opportunity.  This is a once in a lifetime

12     opportunity to be one of the owners of such

13     an iconic retail brand."  Do you see that

14     sentence?

15          A.   Yes.

16          Q.   I want to focus in on the phrasing

17     you used "once in a lifetime opportunity."

18     Why did you think this?

19          A.   Because there are only two brands

20     buybuy BABY and Babies "R" Us that are

21     specific for the baby categories and Babies

22     "R" Us had been acquired by another company

23     so this was the only brand left in U.S.

24          Q.   You wrote that it's an iconic

25     retail brand, is that right?

41

1                          M. Gandhi

2          A.   Yes, because everybody talks about

3     buybuy BABY in those days.

4          Q.   In the next sentence you say,

5     "There is no one like BBBY and B and M and

6     there will not be one for a long time."  What

7     is B and M?

8          A.   Bricks and mortars.  Bricks and

9     mortars.  Nobody, no retailer in the buybuy

10    BABY category had the retail stores.  There

11    are only two as far as I knew, one was Babies

12    "R" Us and one was buybuy BABY.

13         Q.   Would you agree that I'm

14    summarizing here, you're expressing this is a

15    great opportunity for Dream On Me to pursue?

16         A.   It's -- I told them not with any

17    retail experience I had, I was simply saying

18    such names are rare to get from my personal

19    opinion, nothing to do with any knowledge or

20    any experience I had.

21         Q.   Going down a little bit further,

22    the last full paragraph before the page

23    break, you write, "Our position, DOM needs to

24    have strong caveats for investment.  As I

25    said, controlling our category of supply

42

1                          M. Gandhi

2       chain for next year, one year will get us

3       returns more than our investment."  Do you

4       see that sentence?

5            A.   Yes.

6            Q.   What do you mean by strong caveats

7       for investment?

8            A.   Meaning the roles, responsibilities

9       and rewards all be lined up properly before

10      you seek any investment.

11           Q.   And what does that mean

12      specifically with regard to this kind of

13      investment?

14           A.   If you are getting an investment

15      from another party, you should know what the

16      role and the rewards of the other party is

17      getting for the investment.

18           My point to them was that make it very

19      clear about the role that each one is going

20      to play.  We're five people.  Then all five

21      should have a clear role and responsibility

22      identified.

23           Q.   Did you think there was a potential

24      good reward if Dream On Me was successful in

25      this bid?

43

1                         M. Gandhi

2         A.    Nobody does an acquisition without

3    having that thought in mind, right.  If

4    somebody's looking to buy something, they're

5    looking for a good return on their

6    investment.

7         Q.    At the very bottom of the email you

8    write, "If we do not participate, there is a

9    risk that one of our competitors may join and

10   we lose."  Do you see at that sentence?

11        A.    Yes.

12        Q.    What do you mean by this?

13        A.    If you do not engage into this bid,

14   there are tons of others wholesalers, one of

15   them may go and get the bid.  And then you

16   will lose selling to buybuy BABY then because

17   the company will not allow you to sell to

18   your competition.

19        Q.    Did you advise Dream On Me that

20   they should participate in this auction?

21        A.    My advice is more of relevance of

22   what they had to do.  My advice was a bit on

23   the general understanding of the business, if

24   you want to participate because you feel

25   strongly about your furniture experience and

44

1                          M. Gandhi

2       supply chain with the buybuy BABY that you

3       were doing in the past years, then you should

4       participate.

5            Not my place to advise them

6       strategically what they should do.  It's

7       their decision.

8            Q.   It was their decision, but you were

9       a consultant for Dream On Me, is that

10      correct?

11           A.   Yes, but I was consulting only for

12      the accounting side of it.  I was only

13      helping them to, you know, clear some mindset

14      so they understand how people look at it.

15           Q.   Was it your role as a consultant,

16      did you advise Dream On Me about their

17      participation in this auction?

18           A.   I did.  I did.  Because I thought

19      that -- I would help to do something better

20      in the business side of it.

21           Q.   And your advice was that if you

22      don't participate, there is a risk that one

23      of our competitors may join and Dream On Me

24      loses, is that right?

25           A.   Yes.  So somebody had to buy it.

45

1                          M. Gandhi

2       If Dream On Me doesn't buy, then a hundred

3       other Dream On Me kind of companies, one of

4       them will buy that.

5            Q.   Did you talk to Mark about this

6       email that you wrote?

7            A.   No, I wrote this email.

8            Q.   I'm saying did you speak to Mark

9       about it?

10           A.   I don't recall any specific

11      conversation about this.

12           Q.   Did you speak to anyone at Dream On

13      Me about the contents of this email?

14           A.   No, I don't think so.

15           Q.   Did you speak to anyone at Dream On

16      Me about whether Dream On Me was going to

17      participate in the auction?

18           A.   They're only two people that I was

19      talking to, Mark and Avish.  I don't

20      recollect that anyone else was in the

21      conversation.

22           Q.   Do you know if anyone else at Dream

23      On Me was working on this project?

24           A.   I don't know because I was not

25      aware of that.

46

1                           M. Gandhi

2           Q.   So you're only aware of Mark and

3      Avish working on it, is that right?

4           A.   Yes.

5           Q.   No one else?

6           A.   No.

7           Q.   At the very top you write, "Also,

8      if we participate, we need a team of a few

9      people getting involved in daily activities

10     of Newco and monitor progress constantly."

11     Do you see that sentence?

12          A.   Yes.

13          Q.   Why did you write this?

14          A.   Because Dream On Me is a

15     wholesaler.  If you want to go and buy a

16     retailer, you need to have a management team

17     that can work with you to check each and

18     every step and progress that they are making.

19     Because philosophical advice -- you need

20     philosophical advice.

21          Q.   Do you know whether Dream On Me at

22     that point had the capability or team to do

23     this kind of monitoring?

24          A.   I did not review it from that

25     perspective because it is for them to decide

47

1                          M. Gandhi

2      because there are a lot of other people in

3      the company.

4           Q.   I will direct your attention to the

5      paragraph that begins with summary, "Summary.

6      This is a relativity high risk direct

7      opportunity as reputation is eroding everyday

8      and for buyers insufficient time available to

9      make decision.  All will shoot in the dark

10     for a few issues and all will assume certain

11     risks and cover the down risk through daily

12     involvement in the Newco.  Technology,

13     funding, supply chain, human capital

14     functions, they are all have inherent risks

15     and we can be going into unchartered terrain,

16     but in new management work collectively as a

17     team and collaborate nicely, BBBY can again

18     be go to place for U.S. consumers."  Do you

19     see that paragraph?

20          A.   Yes.

21          Q.   You start off by saying this is a

22     relativity high risk driven opportunity.  Do

23     you see that?

24          A.   Yes.

25          Q.   What makes you say that?

48

1                          M. Gandhi

2          A.    Because of the following lines.

3          Q.    Sorry, the what?

4          A.    Because of the following lines that

5     I return, advice of a high risk.  There was

6     no time for due diligence.  They did not

7     have -- actually know what was happening

8     there.  I believe that Oracle was asking for

9     millions of dollars to disintegrate the

10    operations so there were a lot of unknowns in

11    that specific transaction that nobody knew

12    about it.

13         Q.    That was the case for everyone who

14    was participating in this bid, correct?

15         A.    Of course.

16         Q.    Are you aware of a data room that

17    was set up?

18         A.    Can you repeat the question.

19         Q.    Are you aware of a data room that

20    Lazard set up for this bankruptcy auction?

21         A.    Yes.

22         Q.    At this time, and you sent this

23    email on June 13, had you gone into the

24    Lazard data room?

25         A.    I said it earlier, no.

49

```
 1                        M. Gandhi
 2          Q.   Let me clarify because I did ask
 3     you a question about a data room but I asked
 4     you about the Go Global data room.  I want to
 5     make sure we're clear.  I'm talking about two
 6     different data rooms.
 7          A.   Yes.  No.
 8          Q.   You didn't go into the Lazard data
 9     room?
10          A.   No.
11          Q.   Do you know if anyone at this point
12     from Dream On Me had gone into the Lazard
13     data room?
14          A.   I'm sure they would have done
15     something.  I don't know.  I can't speak for
16     others.
17               (Whereupon, at this time, an
18          exhibit was displayed via Zoom.)
19               (Whereupon, at this time, a
20          document was marked as Plaintiff's
21          Exhibit 5, as of this date.)
22          Q.   I'm showing you another email and I
23     will mark this as Exhibit 5.  This is an
24     email sent on June 14.  You sent it to Mark
25     Srour and also his son Jack and Avish Dahiya
```

50

1                        M. Gandhi

2      and it's Bates stamped DOM2783 on the first

3      page.  Do you recognize this document?

4            A.   Yes.

5            Q.   I want go through the agenda items

6      that you wrote here.

7            First item that you list is total

8      investment proposed and details of each

9      investor with percent ownership and amount.

10     Do you see that?

11           A.   Yes.

12           Q.   Let me back up.  What is this an

13     agenda for?

14           A.   I don't know whether this was

15     before we met Go Global or after we met Go

16     Global.

17           Q.   I can represent to you that you met

18     Go Global on June 12 and that you had a

19     second meeting on June 15.  This is the day

20     before the June 15 meeting.  Is this an

21     agenda for that meeting?

22           A.   This is what I suggested to them,

23     that if you are preparing an agenda you

24     should put all these points for you to be

25     clear about everything.

51

M. Gandhi

1

2      Q.   Was this created specifically for

3      the Go Global June 15 meeting?

4          A.   I believe so because the meeting

5      was on the 15th.  They had to clear all these

6      things so they are -- they know each other

7      very well.  That what will be the rights and

8      obligations of each party if they work

9      together.

10         Q.   So this information request that

11     you list here, this is information you would

12     want to get from Go Global?

13         A.   Not necessarily.

14         Q.   But in this case, yes, right?

15         A.   To clear their own list of what

16     they have and what they need from other

17     parties.

18         Q.   Sorry, say that again.

19         A.   They would have many of these

20     things with them and if they don't have it,

21     then they would include it in their own

22     proposal or their own agenda.

23         Q.   When you say they, who are you

24     referring?

25         A.   Mark and Avish.

52

M. Gandhi

1

2      Q.   Did you prepare this for the Go

3      Global June 15 meeting?

4      A.   I don't remember, but if the

5      meeting was after this, it may be for them.

6      Q.   The first item says total

7      investment proposed and details of each

8      investor with percent ownership and

9      assessment.  Do you see that?

10     A.   Yes.

11     Q.   Why do you want to know this

12     information?

13     A.   I don't need to know any of this

14     information.  They should know if there are

15     more than one company planning to buy, then

16     they should know how much each one is going

17     to bring in, how much is their participation

18     and what would be their role.

19     Q.   The second piece is details -- let

20     me back up.  Why would this information be

21     useful to Dream On Me?

22     When I say this information, I'm just

23     referring to that first point about total

24     investment and everything listed there.

25     A.   If you looking for an investment,

53

M. Gandhi

1

2      wouldn't you like to know what and how much

3      somebody's proposing and how much say they

4      will get in the ownership of the company once

5      they do?

6          Q.   Do you know whether Dream On Me

7      asked Go Global for this information?

8          A.   I don't know that.

9          Q.   Do you know whether Dream On Me had

10     started its own financial analysis as of the

11     date of this email with regard to the

12     bankruptcy auction?

13         A.   There was some data room

14     information that they had received from

15     Lazard that they were checking.

16         Q.   Do you know if Dream On Me had an

17     idea of the total investment that they would

18     need for this bid?

19         A.   I don't know that.

20         Q.   The second point is details of

21     assets and amounts under the deal.  Do you

22     see that?

23         A.   Yes.

24         Q.   Why are you telling Dream On Me

25     that they should ascertain this information

54

1                          M. Gandhi

2      from Go Global?

3           A.   This is not for Go Global.  This is

4      for if you're buying a company you should

5      know what you are paying for.  So if you are

6      getting the IP, if you are getting some

7      equipment, if you are getting some furniture,

8      they should know what they're going to buy

9      and with what money.

10          Q.   Do you know whether Go Global

11     provided this information to Dream On Me?

12          A.   I don't know about that.

13          Q.   Item number five, budgeted

14     financial review and underlying assumptions.

15     Do you see that?

16          A.   Yes.

17          Q.   Why are you telling Dream On Me to

18     ascertain this kind of information?

19          A.   If you are planning to buy a

20     company you would like to know what is going

21     to be the next five, ten years looking like

22     and this is what Lazard had already done,

23     that exercise.  So it was for them to review

24     it internally that, you know, this is going

25     to help them.

1                    M. Gandhi

2        Q.   Do you know whether as of this date

3    Dream On Me had internally reviewed that

4    information from Lazard?

5        A.   There was some data I acquired.  I

6    don't know whether they already done a total

7    analysis of that, but yes, they had the

8    access so they had done some data digging.

9        Q.   Scrolling down, this is within the

10   email chain at the bottom of the same page,

11   you're writing about caveats and you list

12   three of them.

13       A.   Yes.

14       Q.   Let me first ask, do you recognize

15   this portion of this email?

16       A.   Yes.

17       Q.   The first caveat category, sourcing

18   as exclusivity including consolidation in

19   Asia, price negotiations and storage points.

20   Do you see that?

21       A.   Yes.

22       Q.   Why are you advising DOM about this

23   particular caveat?

24       A.   Because it is important if you are

25   the source of all the furniture and, as you

1                         M. Gandhi

2      can imagine, the freight rate from China to

3      U.S., buybuy BABY had suffered huge losses

4      because their containers were coming half

5      full because it was not properly consolidated

6      at the origin.

7           So I told them to make sure that, you

8      know, they do that properly so that when

9      you're paying five, seven, in those days

10     rates had gone to $20,000 if you remember, so

11     I told them, you are going to be very sorry

12     if you don't plan your consolidation properly

13     in this year.  So you can get the maximum

14     product in storage covered in 20 feet or

15     40 feet containers, because the products are

16     big and there are not very many that you get

17     in one container, if you bring your container

18     in half or not properly filled in, then your

19     cost goes up exponentially.

20          Q.   Did you communicate this caveat to

21     Go Global?

22          A.   I did not communicate to them.

23          Q.   Do you know whether someone at

24     Dream On Me communicated this to Go Global?

25          A.   I don't know about it.

57

1                          M. Gandhi

2          Q.   The second point is same

3    administrative, financial and legal rights as

4    Go Global.  Do you see that?

5          A.   Yes.

6          Q.   Just to go back up, the first

7    email, I believe, you previously testified

8    that this was just -- this was something that

9    wasn't specific to Go Global, but the second

10   point down here says same legal rights as to

11   Go Global.

12         Does this refresh your recollection that

13   the agenda you wrote with seven points up

14   here was specifically with regard to Go

15   Global?

16         A.   No, that's what I said.  The

17   meeting was on the 15th, then I would have

18   done this for that meeting.

19         Q.   Okay.  I misunderstood.  I wanted

20   to clarify.  Thank you.

21         For this second point, again this says

22   same administrative, financial and legal

23   rights as Go Global.  Why are you telling

24   Dream On Me about this particular caveat?

25         A.   If you are entering as a partner of

58

                              M. Gandhi

1

2      any company and there are two or three or

3      four partners, you should all be on the same

4      footing if you've done the same kind of

5      investment.

6           Q.   Do you know if you communicated

7      this to Go Global?

8           A.   It was not my role to communicate

9      to them directly.  That's what I was

10     communicating to the team.

11          Q.   Do you know if someone at Dream On

12     Me communicated this to Go Global?  You did

13     not communicate this to them on the June 12

14     meeting, is that right?

15          A.   I don't remember that right now.

16          Q.   And also same question but for the

17     Zoom meeting you had on June 10, did you

18     communicate this caveat or information to the

19     Go Global people?

20          A.   The June 10 meeting was only

21     introducing each other.

22          Q.   I understand, but I want to know if

23     this came up in the conversation.

24          A.   I don't think so.  If you're asking

25     me what happened 18 months back, I probably

59

1                      M. Gandhi

2      don't remember exact conversations then, but

3      logically it would not have happened at that

4      point.

5          Q.   The third point is support team

6      from DOM to be involved in all functions,

7      business strategy, merchandising, sourcing,

8      finance, technology and so on.

9          I think you know the pattern here, why

10     are you advising DOM about this caveat?

11         A.   Same thing like point two.  Point

12     two, we should have the same rights and

13     things to be managing and what is going to be

14     the team from DOM that should be preparing

15     for this afterwards.

16         Q.   Do you know if you communicated

17     this caveat to Go Global?

18         A.   I don't remember that.

19         Q.   Do you know if anyone from Dream On

20     Me communicated this caveat to Go Global?

21         A.   I don't recall that, but obviously

22     there was a meeting and they discussed this

23     briefly, you know, what would be our role,

24     each company.

25         Q.   Is that at the 15th meeting or

60

1                         M. Gandhi

2      another meeting?

3           A.   I don't remember -- that was the

4      meeting that was held in the office, that's

5      the meeting I'm talking about.

6                 (Whereupon, at this time, an

7           exhibit was displayed via Zoom.)

8                 (Whereupon, at this time, a

9           document was marked as Plaintiff's

10          Exhibit 6, as of this date.)

11          Q.   I'm sharing another document with

12     you.  This will be Exhibit 6.  This is an

13     email sent from Avish to you, Milan, as well

14     as to Mark.  The subject is Go Global BBB

15     document link.  It is dated June 14.  It

16     bears Bates number DOM2800.  Do you recognize

17     this document, Milan?

18          A.   Yes, that may be an email -- if it

19     was an email -- that should be an email.

20          Q.   Do you know why Avish sent this

21     email?

22          A.   I don't know.

23          Q.   This email attaches a document

24     labeled 1.6.1 GG baby LRP model version 9.

25     Do you see that?

61

1                          M. Gandhi

2          A.   Yes.

3          Q.   Do you need to --

4          A.   I can open it.  I can see it clear.

5     Yes, I read that.

6          Q.   Did you open that document?

7          A.   No.

8          Q.   The contents of this email is just

9     a Dropbox link.  Do you see that?

10         A.   Yes.

11         Q.   Dropbox link.  Sorry.

12         A.   Yes.

13         Q.   Do you know how Dream On Me shares

14    and stores documents and information?

15         A.   I don't know that.  That should be

16    a tech question, not for me.

17         Q.   Do you know if they use Dropbox?

18         A.   I don't remember.  I never had to

19    use it so I don't know.

20         Q.   You've never opened up a Dropbox

21    link for Dream On Me?

22         A.   No.

23         Q.   No.

24              (Whereupon, at this time, an

25              exhibit was displayed via Zoom.)

62

1                         M. Gandhi

2              (Whereupon, at this time, a

3         document was marked as Plaintiff's

4         Exhibit 7, as of this date.)

5         Q.   I'm now sharing another document

6    with you.  This will be Exhibit 7.  This is

7    an email from Avish.  It is dated Monday

8    June 19.  It is sent to Jacob Sod, Scott

9    Englander, Milan Gandhi and Mark Srour.

10   Subject, buybuy BABY.  And the document bears

11   Bates number DOM 10868.  Do you recognize

12   this document, Milan?

13        A.   I see it.

14        Q.   Do you recall it though is what I'm

15   asking.

16        A.   No, I don't recall this, but I see

17   it and I remember that.

18        Q.   Do you see that this email was sent

19   to Jacob Sod?

20        A.   Yes.

21        Q.   Do you know who Jacob Sod is?

22        A.   I don't know him personally.  I met

23   him, but I don't know who he is.

24        Q.   You met him?

25        A.   Yes.

63

1                         M. Gandhi

2          Q.   When did you meet him?

3          A.   I don't recall the date, but I did

4     meet him and Scott.

5          Q.   Do you know if you met him in

6     relation to the bankruptcy auction that is

7     subject of this lawsuit?

8          A.   No, that was about the same auction

9     that they were exploring if they wanted to

10    participate.

11         Q.   When you met Jacob, you discussed

12    whether he would participate in the auction

13    for buybuy BABY's assets?

14         A.   I didn't discuss anything with him.

15    It was Mark and Avish who were discussing.

16         Q.   Were you present for that

17    conversation?

18         A.   Yes.

19         Q.   What did they discuss?

20         A.   They discussed about the

21    opportunity and what they have been doing for

22    the last ten years supplying to this company.

23         Q.   When you say they, are you

24    referring to Dream On Me?

25         A.   Dream On Me, yes.

64

                              M. Gandhi

1

2      Q.   And what did Jacob Sod say in

3   response to that?

4      A.   Now I don't know what exactly he

5   said.  He was initially interested in

6   exploring it further, whether he would like

7   to get into this auction or not, I think.

8        They were on the dining table in a busy

9   restaurant so I don't remember having heard

10   everything that they were talking.

11      Q.   Is it fair to say that Jacob Sod

12   was interested in this opportunity?

13      A.   He was listening to this.  I don't

14   know whether he was actually going for it or

15   not, but he was listening to it.

16      Q.   Did Jacob Sod have any questions at

17   that meeting?

18      A.   They were talking to each other and

19   I was sitting on the other side so I don't

20   remember what questioning they were doing to

21   each other.

22      Q.   Do you know if they discussed any

23   documents at that meeting?

24      A.   I don't recall anything because I

25   did not hear much.

65

1                    M. Gandhi

2        Q.   Were you not in the same booth as

3    them?

4        A.   It was a big table in a busy

5    restaurant.  I was sitting on one side and

6    they were sitting on the other side because I

7    am a vegetarian and they are not so I had to

8    keep myself away from them.

9        Q.   What else do you remember at this

10   meeting?

11       A.   It was a good meeting, that they

12   were talking and I think it was just talking.

13       Q.   Was Scott Englander at this

14   meeting?

15       A.   Yes.

16       Q.   Do you recall what Scott Englander

17   said at this meeting?

18       A.   They were all on one side and I was

19   on the other side of it so I didn't hear many

20   of the things they were talking about.  And I

21   didn't speak the same language.  Sometimes

22   they would have spoken the language that I

23   didn't understand also, possible.

24       Q.   They were speaking in a different

25   language?

66

1                          M. Gandhi

2          A.   They would have spoken in English,

3     but since I was sitting away I would not have

4     heard them properly when they were talking.

5          Q.   Okay.  Sorry, I misunderstood.  I

6     realize this person's name isn't on this

7     email, do you know who Joseph Friedland is?

8          A.   I believe that he's one of the

9     investors if I remember correctly.

10          Q.   Do you know if Jacob Sod is an

11     investor?

12          A.   No, I don't know.

13          Q.   What about Scott Englander?

14          A.   I think he is a property manager if

15     I remember correctly.

16          Q.   What I want to know, is Scott

17     Englander an investor in the new company that

18     Dream On Me set up to -- when it purchased

19     the bankruptcy assets?

20          A.   I doubt -- I'm not sure, but I

21     doubt because he was only a manager of the

22     property.

23          Q.   Just circling back to Joseph

24     Friedland, did Joseph Friedland attend this

25     meeting that you and Mark had with Scott

67

1                             M. Gandhi

2        Englander and Jacob Sod?

3             A.   No.

4             Q.   Do you know when that meeting

5        occurred?

6             A.   I don't remember the date, but it

7        should be around the same time.

8             Q.   The same time as this email?

9             A.   No.  No, around when the activities

10       were happening.

11            Q.   Are you able to approximate it for

12       me?

13            A.   It should have been prior to the

14       auction.

15            Q.   Do you know if it happened after

16       June 15?

17            A.   What was the auction date?

18            Q.   There were -- actually that's a

19       difficult question because there were

20       multiple dates?

21            A.   There was so many moving targets in

22       those days.  Nobody exactly knew what was

23       going on.  Every hour there was some rumors

24       about the company in the market.  People were

25       talking different things.  Nobody knew

68

1                         M. Gandhi

2      anything.

3           Q.   Do you know whether that meeting

4      happened after Dream On Me had its in-person

5      meeting with Go Global?

6           A.   I remember it was prior to the

7      final auction.  I don't know whether it was

8      before or after this meeting or not.  That I

9      don't know.

10          Q.   So in this email Avish is sending a

11     link to the data room.  Do you see that?

12          A.   Yes.

13          Q.   And at the bottom there's a Dropbox

14     link.  Do you see that?

15          A.   Yes.

16          Q.   Do you know why Avish sent this

17     email?

18          A.   I have no idea.  They must have

19     been having some conversation and I was not

20     party to any such conversations.

21          Q.   You're on this email?

22          A.   Yes.  There were thousands of

23     emails that are coming and going everyday.  I

24     don't read most of the emails because it

25     doesn't concern me.

69

1                        M. Gandhi

2          Q.   Did you click on the Dropbox --

3          A.   No.

4          Q.   -- link in this email?

5          A.   No.

6          Q.   You have no idea what was in there?

7          A.   No.

8               MR. BERLOWITZ:  I think I'm moving

9          pretty quickly here.  I don't think this

10         is going to -- I'll see what happens.  I

11         don't think it's going to go that much

12         longer.  Do you want to take a five

13         minute break?

14              MR. MURPHY:  Yes.

15              (Whereupon, at this time, there was

16         a pause in the proceeding.)

17              (Whereupon, at this time, an

18         exhibit was displayed via Zoom.)

19         Q.   I want to double back to a document

20    I have shown you previously.  This is exhibit

21    2.  I want to scroll to the second page.

22    There's an email down here from Christian

23    Tempke.  Do you know who Christian Tempke is?

24         A.   He is from Lazard, right?

25         Q.   Do you remember having

70

1                        M. Gandhi

2      conversations with him about the buybuy BABY

3      bankruptcy auction?

4          A.   Yes.  As I said, I was facilitating

5      the calls between them and Dream On Me and

6      sometime sending the messages for them also.

7          Q.   What were the nature of your

8      conversations with Christian Tempke?

9          A.   I would have outlined some

10     processes to how it is going to happen,

11     what -- he would have outlined the process,

12     how the client should look at it and how this

13     would proceed if they are interested.

14         Q.   Do you remember anything that you

15     said to Mr. Tempke?

16         A.   No.  I was talking on behalf of

17     Dream On Me so I would have told him -- I

18     would relayed the message and talked to them,

19     that is what you are suggesting.

20         Q.   Did you ever relay a message to

21     Mr. Tempke on behalf of Dream On Me?

22         A.   Difficult question to answer.  I

23     don't know.  There was so many phone calls in

24     those five or seven days.  I would have said

25     something to both parties based on whatever

1                          M. Gandhi

2       they were talking to me.

3            Q.   What would you have said?

4            A.   Only about this transaction, yes,

5       they will be coming to the auction, what time

6       the auction would be, what they're supposed

7       to be doing, how they should be coming up

8       into the auction, everything.

9            Q.   In this email Mr. Tempke writes,

10      "Christian, per our conversation I wanted to

11      connect you to Milan who is advising Dream On

12      Me.  Milan will add his client.  I would

13      encourage you to speak directly about a

14      potential baby going concern transaction and

15      see whether a partnership makes sense."  Do

16      you see that?

17           A.   Yes.

18           Q.   Do you know who the Christian that

19      Mr. Tempke is referring to in this email is?

20           A.   That's a Go Global person.

21           Q.   Is that Christian Feuer?

22           A.   I think that's the only Christian I

23      know.  Isn't this -- yes, it is right on top.

24      It says they're going to connect me and he is

25      connecting me.

72

1                        M. Gandhi

2          Q.   Okay.  At the end of the

3     penultimate sentence, see whether a

4     partnership makes sense, do you see that?

5          A.   Yes.

6          Q.   Do you know why Mr. Tempke made

7     this suggestion?

8          A.   No, I don't know that, why he made

9     that suggestion to them and Dream On Me.

10    Maybe because he might have seem some sort of

11    synergy.

12         Q.   Did you ask him why he made this

13    suggestion?

14         A.   I'm just asking myself that.  Isn't

15    it in the interest of Lazard that they find a

16    buyer so they can get paid properly, I

17    believe?

18         Q.   I'm asking whether you asked

19    Mr. Tempke about this.

20         A.   No, I did not.

21              (Whereupon, at this time, an

22         exhibit was displayed via Zoom.)

23              (Whereupon, at this time, a

24         document was marked as Plaintiff's

25         Exhibit 8, as of this date.)

73

1                          M. Gandhi

2          Q.   I'm sharing another document with

3     you.  I believe this is Exhibit 8.  I will

4     mark it as Exhibit 8.

5          This is an email from Christian Tempke

6     dated June 17 and it is sent to Milan.  And

7     it bears Bates number DOM 2920.  Do you

8     recognize this document?

9          A.   I'm seeing it now, so yes.

10         Q.   Actually I will show you a slightly

11    different document, but it's the same email

12    chain but with more content.  One moment.

13              (Whereupon, at this time, there was

14         a pause in the proceeding.)

15              (Whereupon, at this time, an

16         exhibit was displayed via Zoom.)

17              (Whereupon, at this time, a

18         document was marked as Plaintiff's

19         Exhibit 9, as of this date.)

20         Q.   We're marking this Exhibit 9.  I

21    will go back between these two a little bit.

22    I want to make sure you have the full picture

23    here.  Do you recognize this document?

24         A.   Yes, I read this now.

25         Q.   Christian Tempke is writing, "I

74

1                              M. Gandhi

2        think, but I continue to think that you will

3        need to cut a deal with Go Global to preserve

4        a going concern of the business."  Do you see

5        that?

6              A.    Yes.

7              Q.    Do you know why Christian wrote

8        that?

9              A.    They must have seen the kind of

10       synergy because they are the people who know

11       how to operate.  They would have seen that

12       Mark is somebody that can supply the

13       furniture properly, but he must be encouraged

14       by that conversation and the meeting.

15             Q.    Did you have a conversation with

16       Mr. Tempke about this?

17             A.    Yes, I did speak to him and he

18       explained to me why it would be better for

19       both the parties.

20             Q.    What else did he tell you about --

21             A.    I don't recall anything more, but

22       the essence that I should go back and talk to

23       Dream On Me and tell them that if they want

24       to make a deal, they can talk to Go Global.

25             Q.    Did you do that?

75

1                    M. Gandhi

2         A.   I informed them.

3         Q.   Who did you inform?

4         A.   Mark.

5         Q.   And how did you inform Mark?

6         A.   I told him that we had the

7    conversation and he was encouraged by the

8    meeting, but since you both were not agreeing

9    to the terms, he's still saying there is a

10   chance that it can work out better.

11        Q.   This was an in-person conversation

12   you had with Mark?

13        A.   Maybe on the phone.

14        Q.   Okay.  Did he say anything else?

15        A.   No.  I keep repeating myself that I

16   am a facilitator, so I kept talking to so

17   many things to so many people in those seven

18   or ten days.  I don't even remember most of

19   those things now.

20        Q.   Is that because that was a long

21   time ago?

22        A.   Both long time ago as well as, you

23   know, I had my other assignments.  I was

24   working on my own things also, right.

25        Q.   You were working on other

1                        M. Gandhi

2      projects --

3           A.   Yes.

4           Q.   -- while you were working on this

5      project for Dream On Me?

6           A.   Right.

7           Q.   Was this a particularly difficult

8      project for Dream On Me?

9           A.   I don't know about that past

10     history so I can't comment on that.

11          Q.   What about your own experience

12     working on this project, was it difficult?

13          A.   I think the size was humungous.  If

14     it was difficult or not I don't know, but it

15     was humungous because they were more than a

16     billion dollar company at some point so it

17     was a lot of discipline if you want to do

18     something.

19          Q.   Do you know if you were working

20     long hours on this project at the time?

21          A.   No.

22          Q.   You weren't working long hours?

23          A.   Not at all.

24          Q.   Do you know if other people at

25     Dream On Me were?

77

1                    M. Gandhi

2          A.    I don't know about them.

3               (Whereupon, at this time, an

4          exhibit was displayed via Zoom.)

5          Q.    I'm going back to a different

6     version of this email.  I'm, for the record,

7     I'm on document bearing Bates number DOM

8     2920.  And I'm looking at the email portion

9     of this chain, Milan, where you send an email

10    and you write, "Hi Christian.  Just want to

11    know if anyone submitted bid."  Do you see

12    that portion?

13         A.    Yes.

14         Q.    Do you know who else was submitting

15    a bid at this point?

16         A.    No.

17         Q.    Do you know who was -- did you have

18    an idea of your potential competitors at this

19    point in the auction?

20         A.    No, we knew the competition when we

21    went to the bidding, but before that, I don't

22    know who were the parties.

23         Q.    Did you have an idea --

24         A.    No.

25         Q.    -- about people, about entities

78

1                              M. Gandhi

2      that might be bidding?

3           A.   I did not know.

4           Q.   What about Go Global?

5           A.   Go Global only came into the

6      picture on those specific dates, but after

7      that I don't know about it.

8           Q.   Do you know whether you would have

9      considered them a potential competitor in the

10     bidding process?

11          A.   I don't know whether they were

12     participating or not.

13          Q.   I understand that you don't know.

14     What I'm asking is, would you have, at that

15     time, considered them a potential bidder?

16          A.   Yeah, if they were interested, they

17     would have also considered how to go about

18     it.  So they could have been a potential

19     bidder at that point.

20          Q.   Do you know whether there were

21     other entities who were considering competing

22     or submitting a bid?

23          A.   No.

24          Q.   You don't know any other company?

25          A.   No.

79

M. Gandhi

1

2      Q.   Do you know if you spoke about

3      other potential bidders with people from

4      Dream On Me?

5      A.   I told them that any company that

6      is in the same line of business could

7      potentially become a bidder.  And it could be

8      a retailer themselves or it could be

9      wholesalers like them.  Everybody would be

10     interested because it's an iconic name.

11              (Whereupon, at this time, an

12          exhibit was displayed via Zoom.)

13              (Whereupon, at this time, a

14          document was marked as Plaintiff's

15          Exhibit 10, as of this date.)

16     Q.   I'm sharing this another document.

17     We will mark this as Exhibit 10.  This is an

18     email from Brendan Shay to Mark Srour,

19     Avish Dahiya And Milan Gandhi.  Christian

20     Tempke is cc'd.  It's Bates stamped DOM

21     11301.

22          Milan, do you recognize this document?

23     A.   Yes.

24     Q.   And do you know who Brendan Shay

25     is?

80

                          M. Gandhi

1

2          A.   He works at Lazard.  I think he is

3     an associate or something over there.

4          Q.   He writes, "I had a good

5     conversation with Milan last night regarding

6     next steps for the baby sale process."  The

7     sentence goes on.  Do you see that sentence?

8          A.   Yes.

9          Q.   What did you discuss with Brendan?

10         A.   I asked him about what specific

11    steps are required to submit a bid.

12         Q.   At that point you didn't know what

13    specific steps were required?

14         A.   No.  Nobody knew it.  Because there

15    were no announcements about what we need to

16    do or anybody needs to do for that.

17         Q.   At Dream On Me, in relation to this

18    bankruptcy auction, were you in charge of

19    putting together the logistics of how this

20    bid would be submitted?

21         A.   No.

22         Q.   Who was?

23         A.   I don't know.  It could be Avish or

24    Mark or someone else that they would have

25    appointed.

1                          M. Gandhi

2          Q.   If you weren't in charge of that,

3     why were you having this conversation with

4     Brendan Shay?

5          A.   Because Brendan recognized that I

6     can communicate better with these people so

7     he called me and then I communicated to them.

8     Listen, this is what they are confused about

9     as to what they need to do if they want to

10    qualify for the bid and that is what he told

11    me, because there are steps that need to be

12    taken.  I was communicating between both the

13    parties.

14         Q.   And at this point in time on

15    June 22, do you know whether Dream On Me knew

16    how to submit a bid?

17         A.   After this email they would have

18    known it, right?

19         Q.   I'm asking if they knew before this

20    email.

21         A.   No.

22         Q.   They didn't know?

23         A.   I don't think so because there was

24    no official exchange of information before

25    this date.

82

1                          M. Gandhi

2          Q.   The next paragraph begins with the

3     sentence, "The formal deadline to receive

4     your completed bid package so you could

5     participate in the auction was last Friday,

6     June 16."  Do you see that sentence?

7          A.   Yes.

8          Q.   This email is dated June 22, is

9     that correct?

10         A.   Right.

11         Q.   Dream On Me missed that June 16

12    deadline?

13         A.   From this email it looks like they

14    did not put anything there.

15         Q.   Do you know why Dream On Me missed

16    the deadline?

17         A.   I don't know that.

18              (Whereupon, at this time, an

19         exhibit was displayed via Zoom.)

20              (Whereupon, at this time, a

21         document was marked as Plaintiff's

22         Exhibit 11, as of this date.)

23         Q.   And this is another document that I

24    will mark as Exhibit 11.  This is an email

25    from Avish Dahiya.  It is sent to Milan as

83

1                         M. Gandhi

2      well as Mark Srour.  The subject is BBBY cash

3      flow model.  The first page is Bates stamped

4      DOM 11714.  This is a somewhat dense and

5      lengthy email.  I want you to read it and

6      then tell me when you're done reading it.

7           Also tell me when I can scroll down for

8      you.

9           A.   Okay.

10               (Whereupon, at this time, the

11          attorney scrolled through the exhibit as

12          requested.)

13          A.   Can you scroll it?

14               MR. BERLOWITZ:  Of course.

15               (Whereupon, at this time, the

16          attorney scrolled through the exhibit as

17          requested.)

18          A.   Okay, I read it.

19          Q.   Do you recognize this email?

20          A.   Yes, now I recollect this.

21          Q.   In the first paragraph Avish

22      writes, "Hi Mark and Milan.  Check the email

23      from Lazard.  They are indirectly telling us

24      to do our own work.  This also shows our

25      inability to do certain due diligence

84

1                         M. Gandhi

2      internally.  Every other bidder has done more

3      extensive work."  Do you see that?

4           A.   Yes.

5           Q.   Do you agree that as of the date of

6      this email every other bidder had done more

7      extensive work?

8           A.   I don't know because I never went

9      into it.  I don't participate -- I don't know

10     because I did not go into the data room, but

11     based on what he has said below where there

12     is more information coming into the data

13     room, so I think he presumed that other

14     people asked for more information and that is

15     where he's seeing more data and he's saying

16     that we haven't done that kind of due

17     diligence.

18          Q.   Do you know whether Dream On Me had

19     done that kind of due diligence at this

20     point?

21          A.   I don't know that.

22          Q.   Okay.

23          A.   But he's clearly saying that other

24     people have done more so there was some done,

25     not done everything.

85

                          M. Gandhi

1

2          Q.   Do you know what due diligence

3     Dream On Me had done up to this point?

4          A.   No, I don't.  As I said earlier,

5     strategy, due diligence was done by those

6     people.  But besides they would have done

7     some understanding of the technology, the

8     numbers, the requirement of people.

9          Q.   Did you speak with Avish about this

10    email at any point?

11         A.   Not specifically about this, but,

12    in general, and if this is something similar

13    to what I had written in one of my emails

14    that, you know, you need a team to work on

15    such a project.  You cannot be doing this by

16    your own people in your company.  You need to

17    hire a due diligence firm who can do it on

18    your behalf.

19         Q.   Did you speak with Avish about the

20    amount of work Dream On Me had performed up

21    to this point on June 23?

22         A.   I did not ask specific questions,

23    but he said that, you know, they have done a

24    good amount of understanding where the

25    business stands today so I believe that based

86

1                         M. Gandhi

2    on whatever he has done along with the other

3    people, he would have got some good idea

4    about the business moving forward.

5         Q.   When did he tell you about that?

6         A.   I don't remember the date, but it

7    was one of those conversations that I had

8    with him.

9         Q.   Do you know if that was before or

10   after this email?

11        A.   No, I don't remember that.

12        Q.   Do you recall having conversations

13   with Avish about the contents of this email?

14        A.   Not specifically about this

15   content, but it is similar to what I had said

16   earlier, you need exposure in all different

17   fields as part of a team who can then start

18   working on any project.

19        So he laid out this in detail for Mark

20   to know about these things.  You need an

21   expert tech was one big ask because

22   everything was related to tech.  You know,

23   the data, how to move the data, how to

24   disintegrate the entire function, where to

25   take it on a different level, who will manage

87

                              M. Gandhi

1

2      it, who will control it.

3           Q.   The next paragraph says, "We have

4      to develop this ourselves based on what has

5      been already shared.  Milan, can you help?

6      Can we even do this?"  Do you see that?

7           A.   Yes.

8           Q.   Do you know what kind of help Avish

9      is asking you for here?

10          A.   I think it was a mindset kind of

11     discussion where, you know, he wanted to

12     emphasize that you need a dedicated team to

13     work on all these things and he was just

14     saying that Milan, you should also tell Mark

15     that we need a dedicated team.

16          Q.   Did Dream On Me have a dedicated

17     team to work on these issues?

18          A.   I don't know about it.  Avish was

19     definitely working very much on this.  And he

20     must have taken help from other people.

21          Q.   But you don't know if there was a

22     team at Dream On Me?

23          A.   There was no assigned team that I

24     am aware of.

25          Q.   He's asking can we even do this?

88

1                          M. Gandhi

2      Do you see that part?

3          A.   Yes.

4          Q.   Did you talk to Avish about this?

5          A.   No, as I said, there was no

6      specific conversation, but it was questioning

7      that if we had to do all this work, can we do

8      it or not.

9          Q.   The next paragraph begins with,

10     "Lack of proper internal teams, professionals

11     to work on this project, we are all shooting

12     in the dark with no internal capabilities to

13     help."  Do you see that?

14         A.   Yes.

15         Q.   Do you agree that Dream On Me had a

16     lack of proper internal teams and

17     professionals to work on this project?

18         A.   He's saying it.  I don't agree or

19     disagree with that.

20         Q.   I understand that he's saying that,

21     I'm asking if you agree with that statement.

22         A.   I don't know about it because if he

23     was working on it and if he did not get full

24     support from other people, he might have made

25     this statement that, you know, we don't have

1                          M. Gandhi

2      proper professionals to work on this project.

3           Q.   When you spoke to Avish, did Avish

4      express that was from a lack of internal

5      teams or professionals to work on this

6      project?

7           A.   I think he expressed about the

8      timing concerns, very little time to do so

9      much.

10          Q.   What else did he say about the

11     timing concerns?

12          A.   Yeah, because there were deadlines

13     happening every week and he says Milan, every

14     week the numbers are changing.  We don't know

15     which number to shoot for and by the time we

16     reached to one thing, something else happens.

17          So it was more worried about the timing.

18     Because it was not according to what he

19     wanted.  He wanted, you know, proper three to

20     six months to properly analyze and evaluate

21     things.

22          Q.   Would you agree that the timeline

23     was very compressed to work on this project?

24          A.   Yes.

25          Q.   Would you agree that there was a

90

M. Gandhi

1
2      lot of information to process in this

3      project?

4           A.   Yes.

5           Q.   Would you agree that Dream On Me

6      had not reviewed enough information as of

7      June 23?

8           A.   I don't know.  I don't know that.

9           Q.   Did you review any information?

10          A.   No.

11          Q.   The bottom, I'll try and highlight

12     this for you, this sentence here, "We are

13     just going with BBB team data and did not do

14     any due diligence on data in the data room."

15     Do you see that sentence?

16          A.   Yes.

17          Q.   Do you know whether Dream On Me did

18     its own analysis of the data in the Lazard

19     data room as of the date of this email?

20          A.   I don't know specifically, but

21     there were data I seen that were downloaded

22     from the Lazard data room that is what he's

23     referring to here.  They were relying on the

24     data that Lazard or probably that other

25     financial form that had been prepared for all

91

1                              M. Gandhi

2      potential bidders to look at.

3              Q.   The next sentence reads, "A lot of

4      information is in the data room that we

5      should have looked at regarding HR, legal,

6      leases, stores, financial and budgets,

7      planning."  Do you see that sentence?

8              A.   Yes.

9              Q.   Do you agree that there was a lot

10     of information concerning those categories

11     that Dream On Me did not look at?

12             A.   I did not go into that data room,

13     but looking at what he is saying, there must

14     be a lot of information available there.

15             Q.   Did you speak to Avish about this

16     particular concern that he had?

17             A.   No.  This is similar to what I said

18     earlier so I didn't have to speak with him.

19     I was generally telling them that you have

20     to -- need to have a dedicated team and he is

21     detailing what a dedicated teams means.  This

22     is for Mark to review then anybody else.

23             Q.   Understood.  But today, to the best

24     of your knowledge, do you know whether Dream

25     On Me did look at the data room with regard

92

1                          M. Gandhi

2        to HR, legal, lease, stores, financials --

3        financial and budgets and planning?

4            A.   Except for the numbers, I don't

5        know anything else they had because I did not

6        see any data with me.

7            Q.   What do you mean except for the

8        numbers?

9            A.   The financial numbers.  They were

10       doing $1.4 billion and they had $120 or

11       something.

12           Q.   So you were looking at financial

13       numbers as part of your role in this deal?

14           A.   No.  No.  No.  He had mentioned

15       that when they were at their high they were

16       doing $1.4 billion is sales.

17           Q.   Avish told that to you?

18           A.   Yes.

19           Q.   You weren't looking at finance,

20       financial numbers in this, as part of this

21       project?

22           A.   It wasn't my due diligence role to

23       look into any numbers.  I was just advising

24       them what they should do and that is why in

25       the following paragraph it talks about

1                          M. Gandhi

2    different kinds of people that should be

3    doing different roles.

4         Q.   I understand that wasn't your role.

5    My question is, did you look at any documents

6    that were -- that had data, had financial

7    data in relation to that project?

8         A.   There was one spread sheet I looked

9    at.  I don't remember what specific spread

10   sheet was.

11        Q.   Do you know where it came from?

12        A.   No, I got it from Avish.

13        Q.   Did he email it to you?

14        A.   Not sure if I got the printout for

15   the email.

16        Q.   Do you recall what the document

17   said?

18        A.   It was about the -- historical

19   financial performance of buybuy BABY.

20        Q.   It wasn't future looking, is that

21   accurate?

22        A.   I think there was another one that

23   was showing if you continue with the 95

24   stores, then this will happen or something

25   like that.  Because they had 120 stores and

94

```
 1                        M. Gandhi
 2      by the time data was being stored, I think
 3      they closed down, you know, some stores so
 4      there was another conversation about 95
 5      stores.
 6           Q.   The next paragraph reads, "Like Go
 7      Global, which had a team of eight working on
 8      BBB, we should have by now made a team of
 9      experts who would have been looking at all
10      aspects of this business and have a plan of
11      execution during transition time."  Do you
12      see that sentence?
13           A.   Yes.
14           Q.   Do you agree that Dream On Me did
15      not have a team of experts working on this
16      matter?
17           A.   I don't know who were working on
18      it, but as I always say, you need to have a
19      dedicated team.  You might have people that
20      might be doing their own job and also doing
21      this and not providing enough incite on the
22      reality.  A dedicated teams always helps and
23      that's what I told them also.
24           Q.   But you don't know whether Dream On
25      Me had a dedicated team, is that accurate?
```

1                           M. Gandhi

2          A.   Yes, I don't know if they had a

3     dedicated team other than Avish was spending

4     a lot of time on this.

5          Q.   And your main communications was

6     with Avish and Mark, is that accurate?

7          A.   Yes.

8          Q.   The next paragraph starts with, "It

9     is so critical and urgent for us to have this

10    team in place who are fully focused on this

11    transaction.  Our partners need information

12    and we needed to build the terms and

13    investment models/deal sheet that we could

14    have presented including NDA's.  We have been

15    sharing information across all and exposing

16    ourselves in the process."  Do you see that

17    paragraph?

18         A.   Yes.

19         Q.   Do you know whether as of the date

20    of this email, which is June 23, whether

21    Dream On Me had prepared a model or deal

22    sheet?

23         A.   I don't recall having seen that.

24         Q.   Do you know whether Dream On Me was

25    sharing information with other parties?

96

                              M. Gandhi

1

2          A.    I don't know that.

3          Q.    Did you speak with Avish about this

4     concerns?

5          A.    No.

6          Q.    Avish never told you he was

7     concerned about the fact that Dream On Me was

8     sharing information and exposing themselves

9     in the process?

10         A.    I was not even meeting Avish.  It

11    was more phone conversations all the time and

12    many times, as I said, I was not even reading

13    all these emails in detail because that was

14    not something I was supposed to be doing.

15         Q.    The conversations that you had with

16    Avish on the phone, are you distinguishing

17    the conversation with the ones you had in

18    person?

19         A.    There were conversations both

20    in-person and on the phone.

21         Q.    Okay.  I wanted to make sure that

22    when I say when you spoke with Milan, I'm

23    talking --

24         A.    I'm Milan.

25              MR. MURPHY:  Avish.

97

                              M. Gandhi

1

2          Q.   When you spoke with Avish, I

3     apologize, when you spoke with Avish, when I

4     say when you spoke with Avish, I'm referring

5     to in-person conversations and I am referring

6     to a phone call, I'm referring to video

7     calls, do you understand that?

8          A.   Yes.

9          Q.   Do you know whether when you spoke

10    to Avish about what's in this email, whether

11    this was a phone call?

12         A.   No, I don't remember it.

13         Q.   You don't remember if it was in

14    person either or a video call?

15         A.   As I told you, there were a number

16    of conversations.  There was no specific

17    conversation about this specific

18    conversation, but concerns were laid out

19    that, you know, what other people are doing

20    and what we should be doing.

21         Q.   Do you know who at Dream On Me

22    would have been responsible for developing a

23    financial model in relation to this

24    bankruptcy auction?

25         A.   They had hired an outside person

1                         M. Gandhi

2      and I don't remember him, but there was an

3      outside person that I was passing the data

4      to.

5           Q.   Do you know who that person is?

6           A.   I don't recollect the name, but it

7      was an outside person.  I don't know what his

8      name was.

9           Q.   Do you recall when you sent that

10     information?

11          A.   No, I don't remember those things.

12          Q.   Do you know if it was after you

13     were introduced to Go Global?

14          A.   No, I don't know about those

15     specific timelines, but he was doing some

16     work developing their own model or something.

17          Q.   But you don't recall who that was?

18          A.   I don't remember the name.  I know

19     the person, but I don't remember the name

20     right now.

21          Q.   You know the person, but you don't

22     remember his name, is that what you're

23     saying?

24          A.   Yes.  Yes.

25          Q.   It's just one person?

99

1                          M. Gandhi

2          A.    Yes, it was one person doing work.

3          Q.    This was someone outside of Dream

4    On Me?

5          A.    Yes.

6          Q.    Do you know when this person gave

7    Dream On Me work product?

8          A.    I don't recollect that exact

9    timing.

10         Q.    Do you know if it was in July?

11         A.    I don't when was that.

12         Q.    Do you know if it was after the

13   bankruptcy auction for the BBB intellectual

14   property?

15         A.    It should have been before.  I

16   don't know.  Why would they do it after?  I

17   don't recollect that.

18         Q.    That's fine.

19               (Whereupon, at this time, an

20         exhibit was displayed via Zoom.)

21         Q.    I'm sharing with you another

22   document.  This will be Exhibit 12.

23               (Whereupon, at this time, a

24         document was marked as Plaintiff's

25         Exhibit 12, as of this date.)

1                          M. Gandhi

2          Q.   This an email from Milan.  It is

3     sent to Avish as well as Ian Winters, Effie

4     Belhassen, Jacob Sod, Mark Srour, Gregory

5     Preis, Stephanie Sweeney and Brendan Scott.

6     It is dated June 28.  First page is Bates

7     number DOM 14065.

8          Let's start at the top here.  This is a

9     somewhat lengthy chain.  I'll try to do this

10    in bits and pieces.  Let's look at the first

11    email that you sent here on June 28.  Do you

12    recognize this email?

13         A.   Yes, I'm reading it now.

14         Q.   I'll let you read it and then tell

15    me when you're done, please.

16              (Whereupon, at this time, there was

17         a pause in the proceeding.)

18         A.   Yes, I read this now.

19         Q.   Do you recognize this email?

20         A.   Yes, now.

21         Q.   Point number two says, "Financial

22    model.  He said they can make their people

23    available as needed, but they cannot be

24    responsible for any work and so he suggested

25    we hire an outside firm to prepare a

101

1                        M. Gandhi

2    comprehensive financial model with business

3    assumptions and plan.  All data are in data

4    room."  Do you see that?

5         A.   Yes.

6         Q.   When you say he said, who are you

7    referring to?

8         A.   Christian.

9         Q.   Is that Christian Tempke?

10        A.   Good question.  I believe it should

11   be Christian Tempke because he only knows

12   about the realistic numbers.

13        Q.   And he's telling you that --

14   Christian Tempke works for Lazard, is that

15   right?

16        A.   Yes.

17        Q.   He's telling you that Lazard cannot

18   be responsible for any work, is that right?

19        A.   Right.

20        Q.   So he's telling you to hire an

21   outside firm, is that accurate?

22        A.   Correct.

23        Q.   And he's telling you to do that in

24   order to prepare a comprehensive financial

25   model, is that right?

1                    M. Gandhi

2        A.    Right.

3        Q.    Is this what you were referring to

4    previously when we were discussing the hiring

5    of an outside consultant to prepare a

6    financial model?

7        A.    This is the same thing that we kept

8    talking about that we needed to do, have a

9    legal expert, financial expert.  We need to

10   have an HR expert.  We need to have a real

11   estate expert for different functions.  And

12   this is what Christian suggested.  That we

13   should have their own people do these things.

14       Q.    Okay.  This email is dated June 28,

15   is that right?

16       A.    Yes.

17       Q.    Does this refresh your recollection

18   as to when Dream On Me hired this outside

19   consultant to prepare a financial model?

20       A.    I don't recollect.  It must have

21   been done because there are so many people on

22   this email.  I don't know the names of a few

23   of them right now.

24       Q.    Is it fair and accurate to say that

25   this hadn't been done as of June 28 though?

1                          M. Gandhi

2          A.   Yes, because that's the email date,

3     right?

4          Q.   Of course.  Is it fair to say that

5     Dream On Me did not have a comprehensive

6     financial model with business assumptions and

7     plans as of the date of this email?

8          A.   They had it from the data room.

9     They wanted to -- they had the data room

10    model and the numbers of those were getting

11    changed everyday.  They had to redo

12    everything to understand what is happening.

13         Q.   When you say the data room, which

14    data room are you referring to?

15         A.   Lazard.

16         Q.   So they had the Lazard data room --

17         A.   Yes.

18         Q.   -- data?

19         A.   Yes.

20         Q.   Do you know whether other entities

21    had access to the Lazard data room?

22         A.   I think everybody who would have

23    signed an NDA would have access to that,

24    right.

25         Q.   Did you ever go into the Lazard

104

1                          M. Gandhi

2    data room?

3          A.    No.

4          Q.    Do you know what was in the Lazard

5    data room?

6          A.    No.

7          Q.    Do you know how many documents were

8    in the Lazard data room?

9          A.    No.

10          Q.    Did anyone, in particular Avish or

11    Mark, talk to you about the Lazard data room?

12          A.    About what?

13          Q.    Right now I'm just asking did you

14    have a conversation with anyone about the

15    Lazard data room?

16          A.    They were always talking.  They

17    were always saying that Lazard's data room is

18    putting data -- putting up data and they were

19    accessing it.

20          Q.    Do you know whether the Lazard data

21    room was being populated with new information

22    on a continual basis?

23          A.    That is what Avish said in the

24    earlier email.

25          Q.    Do you know who at Dream On Me was

105

                          M. Gandhi

1

2    responsible for reviewing that information?

3         A.   No.  I don't know.

4         Q.   Do you know whether Dream On Me did

5    review that information?

6         A.   Yes, that is how this conversation

7    started and he looked at the data and then he

8    realized new data was coming up and changing

9    everything.

10        Q.   When you say he, who are you

11   referring to?

12        A.   Avish.

13        Q.   Avish, okay.  And what did he tell

14   you about new data coming in?

15        A.   In this email?  An earlier email he

16   said that they are gradually adding the new

17   data.

18        Q.   Can you point where he said that in

19   this email?

20        A.   Not in this email, the earlier long

21   email that you saw.

22        Q.   I understand.

23        A.   He was -- they were adding the new

24   data continually.

25        Q.   I wanted to direct your attention

1                         M. Gandhi

2       to this email from Jacob Sod sent on June 28.

3       This is part of the larger email chain within

4       this exhibit.  Milan, you're cc'd.

5           He writes, "Making sure we're 50/50 on

6       management, et cetera.  Mark gets his salary

7       plus performance fee.  Best records, Jacob."

8       Do you see email?

9           A.   Yes.

10          Q.   Do you know what Jacob is referring

11      to when he says make sure we're 50/50 on

12      management?

13          A.   This must be something to do with

14      that previous meeting.  If you see there are

15      lawyers on this email.  It must have been

16      between the lawyers and them.

17          Q.   You see --

18          A.   You see there are lawyers on this,

19      so lawyers would have worked with him

20      directly on this.

21          Q.   You don't know what he means by

22      this?

23          A.   No.

24          Q.   The second sentence, "Mark gets --"

25          A.   I'm saying you can see from this

107

                              M. Gandhi

1

2      email that he must have spoken about setting

3      the management built on the investment that

4      he was planning to bring in or do.

5          And this is something that, you know,

6      the lawyers would have worked out with him

7      directly.

8          Q.   The second sentence reads, "Mark

9      gets his salary plus performance fee."  Do

10     you see that?

11         A.   Yes.

12         Q.   Do you know whether Mark is getting

13     a salary from the company that owns the

14     buybuy BABY assets?

15         A.   I'm not privy to that information.

16         Q.   Do you know which company Dream On

17     Me used to house the buybuy BABY assets?

18         A.   There was a separate company

19     created as far as I remember, but that's

20     about it.

21         Q.   Do you know what the company's

22     called?

23         A.   BBBY Acquisition, something like

24     that.

25         Q.   BBBY Acquisition Company, does that

108

<pre>
 1                        M. Gandhi
 2      sound accurate?
 3           A.   That looks like the name.
 4           Q.   Are you involved with BBBY
 5      Acquisition Company?
 6           A.   No.
 7           Q.   You have never done any work for
 8      them?
 9           A.   No.
10           Q.   Do you know what Mark's salary is
11      at BBBY Acquisition Company?
12           A.   No.
13           Q.   Do you know what his performance
14      fee is?
15           A.   No.
16           Q.   This is all part of the email
17      chain?
18           A.   You can see the name of the lawyers
19      there so it is something lawyers would have
20      worked with them, not anybody else.
21           Q.   So here he is saying, "Do we have
22      authority to bid to 10.2 at next round?  And
23      by he, he is referring to Ian Winters.  Do
24      you see the sentence?
25           A.   Yes.
</pre>

109

1                          M. Gandhi

2          Q.    Were you involved in determining or

3    advising on how much Dream On Me should bid?

4          A.    This is my first learning

5    experience so that's why we hire the lawyer

6    who was very much into this and he was

7    advising Mark.

8          Q.    Were you also advising Mark and

9    Dream On Me on that?

10         A.    No, it was not my role to play

11   there.

12         Q.    Did you participate in discussing

13   about how much Dream On Me would bid?

14         A.    No, that all happened at the

15   auction.

16         Q.    Did you go to the auction?

17         A.    Yes.

18         Q.    What happened at the auction?

19         A.    Every time, there was -- there were

20   a few parties sitting and a few parties on

21   the phone and then they were going around the

22   table asking what everybody wants to bid and

23   then somebody would say I need some time and

24   they will take a break and they will go back

25   in.

1                              M. Gandhi

2          Q.   What was the first bid that Dream

3     On Me put in at the auction?

4          A.   I don't remember.  There were six,

5     seven parties sitting there and there were a

6     few on the phone.  So it was going like a

7     round table and everybody was -- I think they

8     made it mandatory they should put a hundred

9     thousand more bidding, not 10,000, 20,000 or

10    something.  If somebody says 2 million, the

11    next person has to be 2.1, something like

12    that, which I don't remember exact amount,

13    but that is how it went.

14         Q.   To clarify, what you're saying is

15    that in order to submit a higher bid, the

16    minimum bid would have to be $100,000 more

17    than the last one?

18         A.   I think a hundred or 200.

19    Something like that.

20         Q.   Okay.

21         A.   They specified that you cannot bid

22    10,000, you have to bid a specific number

23    more than the previous bidder.

24         Q.   I know I asked this, I want to make

25    sure, you don't recall what Dream On Me's

1                            M. Gandhi

2      opening bid was, is that right?

3          A.   Yes.

4          Q.   Do you know how many rounds there

5      were at the auction?

6          A.   I think the process went on for

7      three, four hours and there were a few breaks

8      taken in between and they asked people to get

9      out of the bid.  So I don't know if there was

10     ever any count of the rounds.

11         It was -- they would go in a circle.  If

12     somebody doesn't want to bid, they would go

13     out of the process.  Next person bids

14     something.  Then the other person, I need

15     time.  Then you get a break.

16         So there were a few breaks in between.

17     Nobody counted the number of turns or

18     anything.

19         Q.   Do you know how many times Dream On

20     Me submitted a bid at this auction?

21         A.   No, I don't remember.

22         Q.   Do you know if it was more than

23     once?

24         A.   Yes.

25         Q.   Do you know if it was more than

112

                              M. Gandhi

1

2      twice?

3           A.   Yes.

4           Q.   Do you know if it was more than

5      three times?

6           A.   There were six bidders.  Yes, it

7      should be more than three times.

8           Q.   Do you know if it was more than

9      four times?

10          A.   It was a few times.  I don't

11     remember four or ten or 15, but it wasn't --

12     as I said, the process was going around and

13     then everybody will call or bid more and then

14     you continue bidding.  It could have been

15     multiple times also.

16          Q.   Do you recall having any

17     discussions with anyone at Dream On Me about

18     the amount Dream On Me was willing to bid to

19     win the auction?

20          A.   That was Mark's decision and he was

21     working directly with Ian on that.  We were

22     just there.

23          Q.   You're referring to Ian Winters.

24          A.   Yes, he is the lawyer who

25     represented them.

113

1                          M. Gandhi

2          Q.   So here we have Ian saying do we

3     have authority to bid to 10.2 the next go

4     around.  Do you see that?

5          A.   Yes.

6          Q.   And then in response Jacob Sod

7     replies, "Yes, that's max."  Do you see that?

8          A.   Yes.

9          Q.   Do you know why that was the max?

10         A.   No, I don't know why that is the

11    max.  Because that must be Jacob's decision.

12         Q.   I understand that.  What I'm

13    asking, do you know why that is the case?

14         A.   No, I don't know the case because

15    he must have had his own financial things,

16    right, and he would have decided that is what

17    I have, money.  I don't know why he is saying

18    that.

19         Q.   Do you know if Dream On Me bid more

20    than 10.2 ultimately?

21         A.   Yes.

22         Q.   Do you know why Dream On Me was

23    willing to go above that 10.2 number?

24         A.   No.

25         Q.   Here's another email from Ian dated

114

1                          M. Gandhi

2      Wednesday June 28 that follows the email from

3      Jacob Sod.

4           Ian writes, "Based on our call, we have

5      submitted additional and confirm a bid

6      threshold of ███████████.  We submitted the

7      last bid of ███.  Baby List has dropped out.

8      It's just us and Everyday Health."  Do you

9      see that?

10          A.   Yes.

11          Q.   Do you recall that at a certain

12     point the threshold increased to ████████████?

13          A.   No.  It was sold at 15 and a half.

14     How did it go to 20?

15          Q.   The amount they would be willing to

16     bid went up to ████████████.  Do you recall

17     that?

18          A.   No.

19          Q.   There was no conversation about

20     that at Dream On Me?

21          A.   The bid was 15.5 so I don't know

22     what that 20 is.

23          Q.   Here in the next sentence he

24     writes, "We submitted the last bid of ███."

25     Do you know if that means ████████████

1                           M. Gandhi

2          A.   Yes, everything was in millions at

3     that point.

4          Q.   That's more than ████, right?

5          A.   Correct.

6          Q.   Do you know why that increase was

7     made?

8          A.   I have -- we were all sitting

9     together.  Mark was advising Ian to put up

10    the bid as the process was going on.  And

11    that is what I think he is mentioning in this

12    email, that now we have put the bid of 11.

13         Q.   Do you know what the basis for

14    these bid amounts was?

15         A.   No.

16         Q.   Do you know whether there was a

17    basis for these bid amounts?

18         A.   They're not required to be because

19    the stalking horse was the company that

20    was -- I think there was ████████ or

21    something they were owed.  They were the

22    stalking --

23         Q.   I'm not asking if there's required

24    to be a basis.  I'm asking if there was one.

25         A.   No, I don't know about that.

116

1                         M. Gandhi

2          Q.   This is another email within the

3      email chain, Ian winters is writing, "We

4      submitted the last bid of 15.5.  Everyday

5      Health is conferencing."  Do you see that?

6          A.   Yes.

7          Q.   He is saying here that they

8      submitted that -- Dream On Me submitted a bid

9      of $15.5 million?

10         A.   Correct.

11         Q.   Do you know if it was the winning

12     bid?

13         A.   Yes.

14         Q.   That was the bid that had increased

15     over time throughout this auction, correct?

16         A.   Yes.  I think the auction started

17     around 10:00 o'clock or something.

18         Q.   Do you know how high Dream On Me

19     was willing to go to win the auction?

20         A.   No.

21         Q.   Do you know if it was at least

22     $20 million?

23         A.   No.

24         Q.   You just don't know?

25         A.   No, I don't know about it.

117

M. Gandhi

1

2          Q.   As of the date of the auction, do

3     you know whether Dream On Me had a financial

4     model?

5          A.   They had the Lazard model.

6          Q.   Did they have a model that they

7     developed themselves?

8          A.   I don't know that because being

9     outsourced, but whether they had it ready or

10    not, I don't know that.

11               MR. BERLOWITZ:  It's 12:25.  I want

12          to take -- I want to take lunch.  I

13          don't think I have that much left to go,

14          but I want make sure.  I might have a

15          few straggler questions.

16               THE WITNESS:  I can continue.  I'm

17          okay.

18               MR. BERLOWITZ:  I'm saying I need a

19          break.

20               (Whereupon, at this time, there was

21          a pause in the proceeding.)

22               MR. BERLOWITZ:  Let's come back at

23          one.

24               (Whereupon, at this time, a

25          luncheon recess was taken.)

118

1                        M. Gandhi

2          A-F-T-E-R-N-O-O-N    S-E-S-S-I-O-N

3    CONTINUED EXAMINATION BY

4    STEVEN BERLOWITZ, ESQ.:

5          Q.   I'm going to share another document

6    with you.

7                   (Whereupon, at this time, an

8             exhibit was displayed via Zoom.)

9                   (Whereupon, at this time, a

10            document was marked as Plaintiff's

11            Exhibit 13, as of this date.)

12         Q.   I believe this is going to be

13    Exhibit 13.  The top email is an email from

14    Avish to Milan cc'g Mark.  The first page is

15    Bates number DOM 11729.

16         Avish says, my comments below -- you'll

17    see that, Milan, you wrote an email which I

18    believe Avish then commented on.

19         Let's first have you read this since

20    there's a lot here and tell me when you're

21    finished and let me know when I should scroll

22    down for you.

23                   (Whereupon, at this time, there was

24            a pause in the proceeding.)

25         A.   You can scroll.

119

1                          M. Gandhi

2              (Whereupon, at this time, the

3          attorney scrolled through the exhibit as

4          requested.)

5          A.   I read it.

6          Q.   Do you recognize this email?

7          A.   Honestly, this is the first time

8    I'm reading it now in this detail.

9          Q.   Okay.

10         A.   But my email -- we walked through

11   this.  My email that I told them to prepare

12   all this and this is exactly what he's saying

13   that he created in the second point that's

14   directing more container space that I spoke

15   about earlier.

16         Q.   You wrote this email, correct?

17         A.   Yes.

18         Q.   My understanding, based on this

19   email above, is that Avish has comments

20   within the email you wrote.  Is that your

21   understanding?

22         A.   Yes.

23         Q.   Are you able to distinguish between

24   the portion that you wrote and what Avish

25   wrote?

1                      M. Gandhi

2          A.   Yes, I think my -- my email is only

3     the points.  Everything that is returned

4     after is what he said.

5          So my point number one, vision

6     statement.  Point number two is turnaround

7     strategy.  Three, marketing strategy.  Mine

8     was the point and he detailed what he is

9     planning.

10         Q.   Let's take point number one, vision

11    statement.  Is the only portion of what you

12    wrote just vision statement and everything

13    else under that is Avish?

14         A.   Yes.

15         Q.   Do you know whether Dream On Me had

16    worked on or developed the vision statement

17    as of June 24?

18         A.   I believe whatever he is saying

19    here, I think it was my advice to them what

20    they should do and it was their decision what

21    and how.

22         Q.   I'm asking do you know whether they

23    had worked on developing a vision statement

24    as of June 24?

25         A.   I have not seen it.  They must have

121

1                          M. Gandhi

2        done it.  That's what he's mentioning it.

3            Q.   They must have done it after you

4        recommended it, correct?

5            A.   No, he's saying it's already there,

6        part of the BBB presentation.  So he already

7        had it in the presentation.

8            Q.   I want to distinguish between

9        information that would have been provided to

10       you either by BBB or anyone else and

11       information and analysis that Dream On Me

12       independently developed as work product.

13           So my question isn't whether Dream On Me

14       had that information, it's whether Dream On

15       Me developed its own independent vision

16       statement as of June 24?

17           A.   The way I read this past comment,

18       he would have developed it.  That is why he's

19       saying part of it from the BBB presentation

20       and some from being a traditional retailer.

21       That is something he would have developed,

22       that this is what it is.

23           Q.   Do you know that for a fact?

24           A.   I did not see it.

25           Q.   Okay.  I want to move to the second

122

1                        M. Gandhi

2      point, turnaround strategy.

3            This says direct import, container space

4      usage, strategic sourcing, extended terms, et

5      cetera.  Is that the extent of the points

6      that you wrote?

7            A.    No.

8            Q.    No?

9            A.    Turnaround strategy, that was my

10     point.

11           Q.    Say that again?

12           A.    Only the turnaround strategy was

13     what I had mentioned.  Everything else is

14     what he came up with.

15           Q.    Do you know whether Dream On Me was

16     working on or had developed a turnaround

17     strategy as of June 24?

18           A.    So container space I spoke to you

19     already.  They looked at that with their own

20     sources.  Direct importing is what they're

21     doing.  It is not new for them.  It's their

22     own business, they are doing it.

23           Strategy sourcing, that I don't know

24     what does that mean.  They must be talking of

25     buying from specific companies and

123

1                          M. Gandhi

2      everything.

3            And then extended terms is what he's

4      saying we should be offering to get the

5      merchandise, new merchandise.

6            The next line, we are developing the

7      latest presentation.  That presentation that

8      was already prepped, they already had it.

9            Q.   Do you know that DOM prepared that

10     presentation?

11           A.   It says here.  I don't recollect,

12     pretty much what he is --

13           Q.   What it says, partly available in

14     the latest presentation?

15           A.   That is --

16           Q.   Do you know whether that is a

17     presentation that DOM created?

18           A.   I believe so.  I know -- I'm not

19     going into detail about that, but he is

20     definitely saying that this is -- they

21     already done it in their latest presentation.

22           Q.   What is your basis for believing

23     that DOM prepared the presentation?

24           A.   The way he's mentioning, partly

25     available in the latest presentation.

124

1                            M. Gandhi

2          Q.   Do you have any other basis for

3     believing that DOM created that presentation

4     other than this, what you are reading in this

5     email?

6          A.   If you read the next line, "DOM

7     will sweeten it further with its value

8     addition."  So this was the presentation

9     created by DOM and you wanted to further

10    sweeten it.

11         Q.   Does it state here that DOM created

12    the presentation?

13         A.   It does not say -- it's implicit in

14    the way he has mentioned this.

15         Q.   It just says DOM will sweeten it

16    further --

17         A.   Right.

18         Q.   -- with value addition.  It doesn't

19    mention DOM's work on the presentation, is

20    that right?

21         A.   I do not interpret it that way.

22    When you say DOM --

23         Q.   Okay.

24         A.   It means the latest presentation

25    that they have.

                        M. Gandhi

1

2          Q.   And just a final point on this, do

3     you have any other basis other than what you

4     are reading in this email to know that DOM

5     created a turnaround strategy document?

6          A.   I'm not aware of those.

7          Q.   Have you seen any turnaround

8     strategy document from Dream On Me?

9          A.   It would be a part of the

10    presentation that he's talking, but I don't

11    recollect.

12         Q.   I'm asking if you have seen it.

13         A.   No, I don't recollect having seen

14    it.  It may be there and I might have glanced

15    it, but I don't recollect right now.

16         Q.   Third point is marketing strategy.

17    Is the only portion of this that you wrote

18    just the words, two words marketing strategy?

19         A.   Yes.

20         Q.   Do you know whether Dream On Me had

21    a marketing strategy as of June 24, 2023?

22         A.   Avish is the chief marketing

23    officer of the company so I'm pretty

24    confident that he would have done this well

25    in advance.

126

1                        M. Gandhi

2          Q.    I don't want you to speculate.  I

3     want you to tell me if you know whether there

4     was a marketing strategy?

5          A.    No, I cannot say that, but I'm

6     pretty confident.

7          Q.    Did Avish ever show you a marketing

8     strategy?

9          A.    I did not ask for it.

10         Q.    Did he show you one even if you

11    didn't ask for it?

12         A.    No.

13         Q.    Have you seen one?

14         A.    No.

15         Q.    Point number one, technology

16    transfer and operating plan.  Which portion

17    of this did you write?

18         A.    Up to that much.

19         Q.    Okay.  Do you know whether Dream On

20    Me had a technology transfer and operating

21    plan as of June 24?

22         A.    I believe that gentleman Amit who

23    is the -- was hired, he was constantly in

24    touch with the BBB team on these things.

25         Q.    Do you know whether Dream On Me had

1                          M. Gandhi

2       a technology transfer and operating plan as

3       of the date of this email?

4            A.   I would not know and I would not

5       even ask them.

6            Q.   Did you see a document?

7            A.   No.

8            Q.   That would have been a technology

9       transfer and operating plan?

10           A.   I don't recollect.

11           Q.   Did you say you don't remember?

12           A.   Yes, I don't recall that.

13           Q.   Point number five, financial.

14      Which part of this point did you write?

15           A.   Up to that.

16           Q.   Do you know whether as of this date

17      Dream On Me had a financial plan?

18           A.   They had asked this company Alix to

19      create a couple of plans and then they had

20      reviewed that.

21           Q.   Do you know that at this point they

22      had an operating plan or a financial plan?

23           A.   They had received from Alix, based

24      on assumptions, they had asked for and they

25      had received it.

128

M. Gandhi

1

2      Q.   You know this for a fact?

3      A.   Pretty much I remember that plan

4   that was given to us.

5      Q.   How do you know this?

6      A.   Because if you remember in one of

7   the earlier emails, Christian had said from

8   Lazard that we will do it, but we will not be

9   backing that because that is for you to

10   review it.  So it was already done by those

11   people when they asked for it.

12      Q.   Did you see the financial plan that

13   you received?

14      A.   I've seen one where they were

15   showing the historical performance and moving

16   forward.

17      Q.   What document is that?

18      A.   I don't remember, but there was a

19   financial plan created by Alix showing the

20   past three, four years performance and the

21   future, whatever those performance that they

22   can do.

23      Q.   To be clear, that wasn't a document

24   created by Dream On Me, is that correct?

25      A.   It was a document by Dream On Me

1                          M. Gandhi

2       based on their assumption they gave to Alix

3       to prepare.

4           Q.   I want to know if Dream On Me

5       developed that document itself.  Do you know

6       whether it did so?

7           A.   There was an outside person who was

8       doing that for them.

9           Q.   Someone outside of Dream On Me?

10          A.   Yes, that they had hired.

11          Q.   Do you know when they hired them?

12          A.   No, I don't remember exactly.

13          Q.   I realize this is one of Avish's

14      points, but he writes, "Looking at cash flow,

15      it looks as if we need to be prepared with █

16      to █████████ operating the business in the

17      first six months."  Do you see that?

18          A.   Yes, I see it now.

19          Q.   Do you know what the basis for

20      those numbers are?

21          A.   No.  I think that was a working

22      capital requirement that came up in one of

23      those plans.  If you want to operate a

24      billion dollar business, then you will need

25      this much of cash for the, you know, retail

130

                              M. Gandhi

1

2    locations, number of people, marketing, IT

3    everything.

4         Q.   Did you see these numbers in a

5    document?

6         A.   There was one plan that I seen it

7    that had it.

8         Q.   Do you know which plan that was?

9         A.   No, I don't remember which plan was

10   that, but it was something that they looked

11   at.

12        Q.   Something what?

13        A.   Something that was -- they looked

14   for, Dream On Me.

15        Q.   Do you know if Dream On Me

16   developed it itself?

17        A.   I think they asked them to develop

18   it and their outside person worked on with

19   the changes.

20        Q.   But you don't know where this

21   information came from?

22        A.   I think that came from Alix.

23        Q.   Do you know that?

24        A.   Yes.

25        Q.   You looked at the document?

131

M. Gandhi

1

2      A.   I looked at the document.  I don't

3   know whether it came from Alix, but I

4   remember Alix and Lazard said that we can

5   provide the people to create it, but we do

6   not take responsibility for that.

7      Q.   I want to know how you know where

8   these numbers come from.  Do you understand

9   what I'm asking you?

10     A.   Yes.

11          MR. MURPHY:  Milan, don't

12      speculate.  Whatever you know.

13     A.   I believe that -- I don't know.  I

14   don't know.

15     Q.   To be clear, you don't know where

16   these numbers came from?

17     A.   Yes.

18     Q.   Okay.  Point six, cap table.  Did

19   you only write the two words cap table?

20     A.   Yes.

21     Q.   Do you know whether Dream On Me had

22   developed or was working on a cap table as of

23   June 24?

24     A.   I don't know about it.

25     Q.   What is a cap table?

132

1                          M. Gandhi

2          A.    Basically who is putting how much

3     capital and what the percentage of the share

4     of the ownership that each one would get.

5          Q.    Point number seven is due diligence

6     report.  The only points in this point number

7     seven you wrote were due diligence report?

8          A.    Yes.

9          Q.    Do you know whether Dream On Me was

10    working on or had developed a due diligence

11    report as of June 24?

12         A.    They were working on it.  I don't

13    know whether they developed the fully backed

14    plan, but they were working on it.

15         Q.    How do you know that they were

16    working on it?

17         A.    Because whenever I spoke to Avish

18    and Mark they were always talking about it

19    all.  This is what we have done, this is what

20    we need to do or should do.

21         Q.    Okay, as of June 24 --

22         A.    The date I don't remember so I

23    don't want to say that.

24         Q.    Please let me finish my question so

25    the court reporter can get my question and

133

1                        M. Gandhi

2    your response down cleanly.

3          My question is, as of June 24 what work

4    had Mark and Avish completed on a due

5    diligence report?

6          A.   I don't remember what work was

7    completed.  I can only tell you that there

8    were conversations always going on between

9    the two of them and there were doing a lot

10   of research and analysis themselves.

11         Q.   You were present for those

12   conversations --

13         A.   No.

14         Q.   -- between -- you were not?

15         A.   No, I was only told that they are

16   working on it.

17         Q.   Who told you they were working on

18   it?

19         A.   Avish.

20         Q.   Avish did?

21         A.   Yes.  Yes.

22         Q.   Anybody else?

23         A.   I was not talking to anybody there.

24         Q.   Did you see a due diligence report?

25         A.   No.

134

1                          M. Gandhi

2          Q.   So the only reason you know that

3     this is happening is because Avish told you?

4          A.   Yes.

5          Q.   Okay.  Point number eight, go

6     forward team.  Is that the only part of this

7     point that you wrote?

8          A.   Yes.

9          Q.   As of June 24, 2023, what work had

10    Dream On Me done with regard to a go forward

11    team?

12         A.   I don't know anything about it.  I

13    believe all the hiring happened in end June

14    or July end, something like that.

15         Q.   Did you see any work product with

16    regard to a go forward team from Dream On Me?

17         A.   No.  No. I was not -- I was not

18    part of it.

19         Q.   I want to jump back now.  Do you

20    recall telling me that there was an in-person

21    meeting between Dream On Me and Go Global on

22    June 15, 2023?

23         A.   The date I don't remember, but yes,

24    there was an in-person meeting at the Dream

25    On Me office.

135

1                        M. Gandhi

2          Q.   And I will represent to you that

3     that did occur on June 15?

4          A.   Okay.

5          Q.   Did you attend that meeting?

6          A.   Yes.

7          Q.   Who else attended that meeting?

8     Let's start with just Dream On Me.

9          A.   I think Mark, Avish, Amit, maybe

10    Mark's brother.  I don't remember exactly.

11    And maybe Mark's son.

12         Q.   What is Mark's brother's name?

13         A.   Joey.

14         Q.   Joey Srour?

15         A.   Yes.

16         Q.   Is Mark's son's name Jack?

17         A.   Yes.

18         Q.   Who do you know attended from the

19    Go Global side?

20         A.   Same two people who were at the

21    dinner.

22         Q.   Do you know if that's Christian

23    Feuer?

24         A.   Yes.

25         Q.   And Deborah Garguilo?

136

1                        M. Gandhi

2          A.    Same person who was there at the

3     dinner.

4          Q.    They were at the in-person meeting?

5          A.    In-person and then someone was on

6     the video also.

7          Q.    Do you know who Jeff Streider is?

8          A.    Yes, that's the gentleman who was

9     on the video.

10         Q.    Do you know another person named

11    Yuen Chow?

12         A.    That doesn't ring the bell.

13         Q.    Do you know if he attended that

14    meeting?

15         A.    No, I don't know who that person

16    is.

17         Q.    Fair enough.  Do you know if anyone

18    else attended that meeting?

19         A.    You know that lady who was

20    presenting them.

21         Q.    Are you referring to Kathleen

22    Lauster?

23         A.    Yes.

24         Q.    From Ankura?

25         A.    Kathleen and her colleague.

137

1                            M. Gandhi

2          Q.   I believe you're referring to

3     Matthew Lapish, does that sound right?

4          A.   Yes.

5          Q.   At the time of the meeting, were

6     you aware that the meeting was being

7     recorded?

8          A.   Recorded?

9          Q.   Yes.

10         A.   No.   There were cameras there which

11    is in the company.

12         Q.   My question isn't whether there

13    were cameras.  My question is, did you know

14    the meeting was being recorded?

15         A.   No.

16         Q.   Did anyone tell you that the

17    meeting was being recorded at any point?

18         A.   Recording -- I don't recollect

19    that.  I don't recollect that.

20         Q.   Do you recall during the meeting

21    leaving the meeting room with other Dream On

22    Me personnel so that Dream On Me could have a

23    conversation privately and Go Global can have

24    a conversation privately?

25         A.   I was, in fact, standing with the

138

1                          M. Gandhi

2     Go Global team at that point and I was just

3     checking about it.  Maybe after I went back

4     out and came back in.

5          Q.  At which point are you referring?

6     I'm speaking about the whole meeting.

7          A.  Yes, that's what I am saying.

8     There was a break taken in between and then I

9     gone to my place and then I came back and I

10    was talking to Christian and those people

11    again.

12         Q.  So to be clear, there was a time

13    during the meeting when Dream On Me left the

14    meeting and left Go Global alone in the

15    conference room, is that right?

16         A.  Yes.

17         Q.  Do you recall being pulled into a

18    meeting, a separate room, and being shown a

19    live feed of that meeting?

20         A.  Live feed?  I don't recall a live

21    feed.  They were talking about what would

22    they be thinking if -- if this option versus

23    this option because there were differences in

24    the offer that could be made by both the

25    parties.  They were talking about that at

139

1                          M. Gandhi

2        that point.

3            Q.   Were you in the room when Go Global

4        was talking about that?

5            A.   I was with Go Global.

6            Q.   All right.  Do you recall being

7        with Mark Srour and watching on a video

8        screen during June 15 a live feed of Go

9        Global having a discussion about this meeting

10       and the bankruptcy auction?

11           A.   I had gone to the room, but then I

12       went back to my office doing my work.

13           Q.   What do you mean the room?

14           A.   When they went out, they were all

15       sitting in one room.  Go Global was sitting

16       in their room and they were talking about it.

17       So I came back to Go Global saying, you know,

18       how do we strike the deal and I was talking

19       to them.

20           Q.   Okay.  Okay.  Did you ever learn

21       before today that that meeting was recorded?

22           A.   I know that there are cameras.

23       Whether they were recording it or it was just

24       the cameras, I don't know that much.  What

25       you are telling me today --

140

                              M. Gandhi

1

2        Q.   Is today the first day, the first

3    time that you learned that there is a

4    recording of this meeting?

5        A.   I know about the cameras, whether

6    they were recording everything or not,

7    that --

8        Q.   I'm not asking whether you know

9    there were cameras there.  I know that you

10   know it.

11       I'm asking whether you know that they

12   were using the cameras to record the meeting?

13       A.   That cameras work 24/7 recording

14   everything for all people there.  Even in the

15   warehouse we have 24/7 cameras.

16       So if there is a backup happening, then

17   everything gets recorded everywhere in the

18   company.  And that was the new office that

19   was just given -- just came into existence.

20       Q.   Is it fair to say --

21       A.   I come from a jewelry background.

22           MR. MURPHY:  He just wants to know

23       if you knew about the recording.

24       Q.   Did you know on June 15 that that

25   meeting was being recorded?

141

1                          M. Gandhi

2          A.   Again, I am saying that everything

3     is getting recorded in -- there are cameras

4     in all the company.

5          Q.   Okay.  Did you tell anyone from Go

6     Global that the meeting might be recorded?

7          A.   No, I never had that conversation

8     with anybody.

9          Q.   Did you point out to anyone at Go

10    Global the video cameras in the meeting room?

11         A.   I did not have to specifically tell

12    them that there are cameras that everybody

13    would see.

14         Q.   I'm asking if you told them, not if

15    they could see them.

16         A.   No.  No.

17         Q.   Thank you.  What was the purpose of

18    the June 15 meeting?

19         A.   That was to discuss how that can be

20    achieved, the goal of buying the buybuy BABY.

21         Q.   And what specific issues or topics

22    do you recall discussing at that meeting?

23         A.   There were two, three points that

24    were specifically discussed.  One was the

25    role of each company, the Go Global and Dream

142

                              M. Gandhi

1

2       On Me.

3           Second was about the capital that it

4       required to do this.

5           Third was the at what point they would

6       like to exit and who would take what money.

7           Q.   Tell me more about the role that

8       each company was going to play.  What was

9       that discussion like at this meeting?

10          A.   So if I remember correctly Go

11      Global said that it held the retail

12      operations and that is why they feel

13      comfortable in running the retail from the

14      front end.  Dream On Me said they would use

15      supply chain and product experience so they

16      will run the back end.  And then in the

17      management they will all be participating

18      together.

19          Q.   Dream On Me wanted to participate

20      in the management of the future company, is

21      that right?

22          A.   If I remember correctly, Dream On

23      Me was putting the capital and Go Global was

24      not putting the capital.

25          Q.   So what was Go Global's

143

1                         M. Gandhi

2    contribution?

3         A.   The managing of the company, more

4    like a sweat capital.

5         Q.   Was that a sticking point in the

6    meeting?

7         A.   I think there were two sticking

8    points.  One that originally they were

9    supposed to put in capital.  That changed.

10        And then secondly, on the exit, they

11   asked for some money and I think Mark said I

12   should also get the same money what you are

13   getting so they were talking about the deal

14   being equal to both the companies.

15        Q.   Is this what the two and 20 model

16   is?

17        A.   I heard that, the 2/20, that --

18   that was the first time I heard it.  The

19   first time you do the two percent and exit

20   you take the 20 percent or something like

21   that.

22        Q.   Something like that?

23        A.   Yeah.

24        Q.   That was the first time in that

25   meeting that you had ever heard of that

144

1                          M. Gandhi

2       model?

3              A.   Yes.

4              Q.   Had anyone else at Dream On Me

5       heard of that model?

6              A.   I don't know about the other

7       people.

8              Q.   How do you think that meeting went?

9              A.   It started on a very good note, but

10      once they got the differences, I believe that

11      they decided that, you know, we'll continue

12      to think about it and see if we can come

13      together on some of this.

14             Q.   Did they come together?

15             A.   No, then there was just verbal

16      conversations, if there is something that can

17      be done, but I think both the parties were

18      sticking to their grounds.

19             Q.   Do you know whether you had a

20      conversation with Mark and Avish and Jack

21      after Go Global left the meeting?

22             A.   Yes.

23             Q.   And what did you discuss?

24             A.   Same thing, if there is anyway that

25      we can provide some alternative options so we

145

1                              M. Gandhi

2       can still get the money, but we don't have to

3       be equally in this way.

4            Q.   Do you know who the ultimate

5       decision maker at Dream On Me is?

6            A.   Mark.

7            Q.   He is the only one, right?

8            A.   Yes.

9            Q.   Do you know whether Mark was happy

10      with the potential arrangement being proposed

11      between Go Global and Dream On Me as of the

12      date of this meeting?

13           A.   At the end of the meeting they did

14      not agree so it was not agreeable to him.

15           Q.   Do you remember Mark saying fuck

16      these guys?

17           A.   I don't use those words so I don't

18      want to hear those, please.

19           Q.   I apologize, but I'm asking if you

20      heard Mark use those words?

21           A.   Even if he would have used it, I

22      don't want to hear that and I'm staying out

23      of all this.

24           Q.   I'm asking if you heard Mark say

25      those words; yes or no?

146

1                          M. Gandhi

2          A.    No.

3          Q.    No?

4          A.    No.

5          Q.    Do you know whether Dream On Me had

6      any other meetings in that conference room or

7      building with regard to the buybuy BABY

8      auction?

9          A.    No, not that I was part of any of

10     them.

11         Q.    After the meeting ended, during

12     your conversation with Mark and Jack and

13     Avish, did you discuss Dream On Me's

14     submitting a bid without Go Global?

15         A.    No, I did not discuss anything with

16     them.

17         Q.    Well, you had a conversation with

18     them, didn't you?

19         A.    Yes, but that conversation was how

20     to make it work for both the parties, for Go

21     Global and Dream On Me to work together.

22         Q.    Mark didn't indicate to you that he

23     didn't want to work with Go Global?

24         A.    No, he said they don't agree to my

25     terms, then there is no point of working

147

1                          M. Gandhi

2      together because, you know, I need to be

3      equal as to what they do.

4           Q.   And Mark is the decision maker,

5      right?

6           A.   Yes.

7           Q.   So was Mark communicating that he

8      didn't want to work with Go Global?

9           A.   No, he said that I laid out my

10     terms, if they don't want to agree to those

11     terms then we can't do anything.

12          Q.   He didn't -- the parties didn't

13     ultimately agree to those terms or come to an

14     agreement, correct?

15          A.   Correct.

16          Q.   During the meeting, was Mark -- do

17     you know whether Mark was considering

18     pursuing a bid without Go Global?

19          A.   I think at that point the focus was

20     only to work with Go Global so there was no

21     consideration at that meeting.

22          After that meeting, what happened and it

23     didn't work out, that was different, but at

24     that meeting the focus was how the parties

25     can work together.

148

1                    M. Gandhi

2        Q.   But I'm talking about after the

3    meeting and after it was determined that

4    there wasn't going to be a deal.

5        A.   Yes, they were looking at different

6    options, what they should do to get the

7    business.

8        Q.   Dream On Me was looking at

9    different options?

10       A.   Yes.

11       Q.   What were those other options?

12       A.   The options was to buy only the IP

13   or get some other investors who can put in

14   more money for us.

15       Q.   Those options didn't include Go

16   Global, correct?

17       A.   Yes, I think so because at that

18   point Go Global had said no to Mark's offer.

19       Q.   Do you have a consulting agreement

20   with Dream On Me?

21       A.   No.

22       Q.   Do you have any kind of agreement

23   that formalizes your relationship with Dream

24   On Me?

25       A.   No.  As I said, I'm a one person

149

1                          M. Gandhi

2        company myself and I just go to companies, I

3        do the work and that's it.

4              Q.   How are you compensated?

5              A.   Number of hours that I do for them.

6              Q.   Do you know whether you have a

7        Dream On Me email address?

8              A.   Yes.

9              Q.   Why do you have that if you don't

10       work for Dream On Me?

11             A.   Because when I was looking at that

12       charge backs and I had to log into the retail

13       websites of Amazon and Walmart and everybody,

14       without having an official email I could not

15       get entry so I had gotten the email and I

16       could release to myself to download the

17       charge backs and policies and materials.

18             Q.   I know I think we covered this, I

19       want to double back real quick.  Did you do

20       work with Dream On Me before 2020?

21             A.   No.

22             Q.   No work at all?

23             A.   No.

24             MR. BERLOWITZ:  That's all the

25             questions I have.  Thank you very much.

1                        M. Gandhi

2            MR. MURPHY:  I don't have any

3        questions.

4            MR. BERLOWITZ:  Thank you all.

5        Milan, thank you for your time.  Thank

6        you for answering the questions.

7            THE WITNESS:  Thank you.

8            MR. BERLOWITZ:  Take care everyone.

9            THE WITNESS:  You too.

10            (Whereupon, at this time, the

11        examination of this witness concluded at

12        1:40 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

151

1

2                 A C K N O W L E D G M E N T

3

4      STATE OF NEW YORK        )
                                 :ss
5      COUNTY OF                )

6

7              I, MILAN GHANDI, hereby certify

8      that I have read the transcript of my

9      testimony taken under oath in my deposition

10     of October 17, 2024; that the transcript is a

11     true, complete and correct record of my

12     testimony, and that the answers on the record

13     as given by me are true and correct.

14

15

16            _____

17                     MILAN GHANDI

18

19     Signed and subscribed to before
       me, this _____ day
20     of _____, 2024

21

22     _____
       Notary Public, State of New York
23

24

25

152

<pre>
 1
 2                    I N D E X
 3
 4    WITNESS              EXAMINATION BY        PAGE
 5    M. Ghandi          Mr. Berlowitz            7
 6
 7                  E X H I B I T S
 8    PLAINTIFF'S      DESCRIPTION            FOR ID
 9    Exhibit 1      Email - DOM 10791           25
10    Exhibit 2      Email - GG 9434             30
11    Exhibit 3      NDA - GG 8791              31
12    Exhibit 4      Email - DOM 2770            32
13    Exhibit 5      Email - DOM 2783            49
14    Exhibit 6      Email - DOM 2800            60
15    Exhibit 7      Email - DOM 10868           62
16    Exhibit 8      Email - DOM 2920            73
17    Exhibit 9      Email - DOM 2921            73
18    Exhibit 10     Email - DOM 11301           79
19    Exhibit 11     Email - DOM 11714           82
20    Exhibit 12     Email - DOM 14065           99
21    Exhibit 13     Email - DOM 11729          118
22
23                  REQUESTS/PRODUCTION
24                   (None this date.)
25
</pre>

153

```
 1
 2                    C E R T I F I C A T E
 3
 4              I, JENNIE FANTASIA, a Notary
 5       Public in and for the State of New York, do
 6       hereby certify:
 7              THAT the witness whose deposition
 8       is hereinbefore set forth, was duly sworn by
 9       me and;
10              THAT the within transcript is a
11       true record of the testimony given by such
12       witness.
13              I further certify that I am not
14       related either by blood or marriage; to any
15       of the parties to this action; and
16              THAT I am in no way interested in
17       the outcome of this matter.
18              IN WITNESS WHEREOF, I have
19       hereunto set my hand this 1st day of
20       November, 2024.
21
22       _____
                  Jennie Fantasia Kilgallen
23
24
25
```

# ERRATA SHEET

NAME OF CASE:_____

DATE OF DEPOSITION:_____

NAME OF DEPONENT:_____

The following corrections, additions or deletions are noted for the following reasons:

**PAGE   LINE             CHANGE                              REASON**

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

Subscribed and Sworn to Before Me
This _____ day of _____, 20__.

_____
WITNESS' SIGNATURE

_____   _____
NOTARY PUBLIC          Commission Expires:

**A**

**A-F-T-E-R-N-O-O-N** 118:2
**a.m** 1:12
**Abhishek** 26:13 30:3,15
**ability** 8:16 38:23
**able** 18:16 67:11 119:23
**access** 30:17,20,24 55:8 103:21,23
**accessing** 104:19
**Accountants** 9:20
**accounting** 9:15 11:3 12:5,6 14:24
  15:7 44:12
**accounts** 15:8
**accurate** 27:2 93:21 94:25 95:6
  101:21 102:24 108:2
**achieved** 141:20
**acquire** 16:5 25:8
**acquired** 40:22 55:5
**acquisition** 43:2 107:23,25 108:5
  108:11
**action** 10:10,14 153:15
**activities** 46:9 67:9
**add** 71:12
**adding** 105:16,23
**addition** 124:8,18
**additional** 114:5
**address** 5:25 149:7
**adequate** 39:4
**administrative** 57:3,22
**advance** 125:25
**advice** 20:14 43:21,22 44:21 46:19
  46:20 48:5 120:19
**advise** 43:19 44:5,16
**advised** 13:9
**advising** 55:22 59:10 71:11 92:23
  109:3,7,8 115:9
**affect** 8:16
**afterward** 36:21
**against-** 1:6
**agency** 4:11
**agenda** 50:5,13,21,23 51:22 57:13
**ago** 75:21,22
**agree** 41:13 84:5 88:15,18,21 89:22
  89:25 90:5 91:9 94:14 145:14
  146:24 147:10,13
**agreeable** 145:14
**agreed** 3:4,9,13 4:3
**agreeing** 75:8
**agreement** 147:14 148:19,22
**Ahmedabad** 9:11
**Alix** 127:18,23 128:19 129:2
  130:22 131:3,4
**allow** 43:17
**alternative** 144:25
**Amazon** 36:10 149:13
**Amit** 126:22 135:9
**amount** 15:9 29:16 50:9 85:20,24
  110:12 112:18 114:15
**amounts** 53:21 115:14,17

**analysis** 53:10 55:7 90:18 121:11
  133:10
**analyze** 89:20
**Ankura** 34:7,11,22 136:24
**announcements** 80:15
**answer** 6:19 7:17 70:22
**answered** 15:19
**answering** 150:6
**answers** 151:12
**anticipated** 10:2
**anybody** 13:16 29:10 80:16 91:22
  108:20 133:22,23 141:8
**anyway** 144:24
**apartment** 6:3
**apologies** 9:7
**apologize** 97:3 145:19
**appearing** 5:12
**appears** 26:25
**appointed** 80:25
**approximate** 18:16 67:11
**arrangement** 145:10
**arrested** 8:12
**ascertain** 35:10 53:25 54:18
**Asia** 55:19
**asked** 19:15 21:25 49:3 53:7 72:18
  80:10 84:14 110:24 111:8 127:18
  127:24 128:11 130:17 143:11
**asking** 7:2,19 18:19,22 30:13 48:8
  58:24 62:15 72:14,18 78:14 81:19
  87:9,25 88:21 104:13 109:22
  113:13 115:23,24 120:22 125:12
  131:9 140:8,11 141:14 145:19,24
**aspects** 94:10
**assessment** 52:9
**asset** 25:9
**assets** 16:5 20:18 53:21 63:13 66:19
  107:14,17
**assigned** 87:23
**assignments** 75:23
**associate** 80:3
**assume** 7:18 14:11 47:10
**assumption** 129:2
**assumptions** 54:14 101:3 103:6
  127:24
**attached** 31:20
**attaches** 60:23
**attempted** 37:3
**attend** 9:2,8,16,21 21:21 66:24
  135:5
**attended** 27:16 33:17 34:4,10 135:7
  135:18 136:13,18
**attention** 47:4 105:25
**attorney** 1:16 13:12,13,13 33:2
  83:11,16 119:3
**attorneys** 2:4,9 5:4
**auction** 16:4 18:9,10,19,25 19:4,5
  19:12,22,23 29:2 36:17 37:15
  38:24 43:20 44:17 45:17 48:20
  53:12 63:6,8,12 64:7 67:14,17

68:7 70:3 71:5,6,8 77:19 80:18
  82:5 97:24 99:13 109:15,16,18
  110:3 111:5,20 112:19 116:15,16
  116:19 117:2 139:10 146:8
**auctions** 19:8
**Auditor** 9:25
**authority** 108:22 113:3
**available** 21:2 47:8 91:14 100:23
  123:13,25
**Avenue** 2:10
**Avish** 13:21 21:21 22:2 26:12 30:15
  34:18 38:15,18 45:19 46:3 49:25
  51:25 60:13,20 62:7 63:15 68:10
  68:16 79:19 80:23 82:25 83:21
  85:9,19 86:13 87:8,18 88:4 89:3,3
  91:15 92:17 93:12 95:3,6 96:3,6
  96:10,16,25 97:2,3,4,10 100:3
  104:10,23 105:12,13 118:14,16
  118:18 119:19,24 120:13 125:22
  126:7 132:17 133:4,19,20 134:3
  135:9 144:20 146:13
**Avish's** 129:13
**aware** 15:16 16:3 17:16,21 25:11
  29:12 45:25 46:2 48:16,19 87:24
  125:6 137:6

**B**

**B** 41:5,7 152:7
**Babies** 40:20,21 41:11
**baby** 16:5 17:16 18:3 20:2,20,21
  21:3 22:16,23 35:23,24 36:3,23
  37:3 40:20,21 41:3,10,12 43:16
  44:2 56:3 60:24 62:10 70:2 71:14
  80:6 93:19 107:14,17 114:7
  141:20 146:7
**BABY's** 20:18 24:13 63:13
**Bachelor** 8:21,23
**bachelor's** 9:12,14
**back** 7:13 16:15,16 17:15 40:9
  50:12 52:20 57:6 58:25 66:23
  69:19 73:21 74:22 77:5 109:24
  117:22 134:19 138:3,4,9 139:12
  139:17 142:16 149:19
**backed** 132:13
**background** 140:21
**backing** 16:19 128:9
**backs** 149:12,17
**backup** 140:16
**bankrupt** 36:23
**bankruptcy** 16:4 17:16,17 18:2,9
  18:19,20,25 19:2,10 20:22 37:15
  38:24 48:20 53:12 63:6 66:19
  70:3 80:18 97:24 99:13 139:10
**based** 27:6 70:25 84:11 85:25 87:4
  114:4 119:18 127:23 129:2
**basically** 35:20 132:2
**basis** 104:22 115:13,17,24 123:22
  124:2 125:3 129:19
**Bates** 26:2 30:5 31:25 32:16 50:2

60:16 62:11 73:7 77:7 79:20 83:3 100:6 118:15
**Bath** 18:7
**BBB** 60:14 90:13 94:8 99:13 121:6 121:10,19 126:24
**BBBY** 41:5 47:17 83:2 107:23,25 108:4,11
**bearing** 77:7
**bears** 26:2 31:25 32:16 60:16 62:10 73:7
**beat** 31:13
**Bed** 18:6
**began** 19:13 23:18
**begins** 47:5 82:2 88:9
**begun** 24:10
**behalf** 70:16,21 85:18
**Belhassen** 100:4
**belief** 5:11
**believe** 14:25 27:6,20 34:11 38:11 48:8 51:4 57:7 66:8 72:17 73:3 85:25 101:10 118:12,18 120:18 123:18 126:22 131:13 134:13 137:2 144:10
**believing** 123:22 124:3
**bell** 136:12
**Berkman** 2:4 6:11
**Berlowitz** 2:6 5:6 6:6,9 15:20 25:18 69:8 83:14 117:11,18,22 118:4 149:24 150:4,8 152:5
**best** 5:10 91:23 106:7
**better** 44:19 74:18 75:10 81:6
**Beyond** 18:7
**bid** 19:14 20:5 22:4,9 23:20 24:25 25:13 28:11,14,23 29:14 36:17 37:15 38:24 39:2,5,9,19,23 40:3 42:25 43:13,15 48:14 53:18 77:11 77:15 78:22 80:11,20 81:10,16 82:4 108:22 109:3,13,22 110:2,15 110:16,21,22 111:2,9,12,20 112:13,18 113:3,19 114:5,7,16,21 114:24 115:10,12,14,17 116:4,8 116:12,14 146:14 147:18
**bidder** 78:15,19 79:7 84:2,6 110:23
**bidders** 79:3 91:2 112:6
**bidding** 77:21 78:2,10 110:9 112:14
**bids** 111:13
**big** 20:11,15 22:16 56:16 65:4 86:21
**billion** 76:16 92:10,16 129:24
**bit** 16:20 19:21 41:21 43:22 73:21
**bits** 100:10
**blood** 153:14
**body** 10:11
**booth** 65:2
**bottom** 32:19 43:7 55:10 68:13 90:11
**Boulevard** 6:3
**brand** 11:15 40:13,23,25

**brands** 40:19
**break** 7:22,23 41:23 69:13 109:24 111:15 117:19 138:8
**breaks** 111:7,16
**Brendan** 79:18,24 80:9 81:4,5 100:5
**Bricks** 41:8,8
**briefly** 12:4 35:13 59:23
**bring** 52:17 56:17 107:4
**brother** 135:10
**brother's** 135:12
**budgeted** 54:13
**budgets** 91:6 92:3
**build** 95:12
**building** 146:7
**built** 107:3
**business** 24:21 35:16,19,23 36:3 39:17 43:23 44:20 59:7 74:4 79:6 85:25 86:4 94:10 101:2 103:6 122:22 129:16,24 148:7
**busy** 64:8 65:4
**buy** 20:2 22:24 36:22 37:3,5 43:4 44:25 45:2,4 46:15 52:15 54:8,19 148:12
**buybuy** 16:5 17:16 18:3 20:2,18,20 20:21 21:3 22:16,23 24:13 35:23 35:24 36:3,22 37:3 40:20 41:3,9 41:12 43:16 44:2 56:3 62:10 63:13 70:2 93:19 107:14,17 141:20 146:7
**buyer** 72:16
**buyers** 47:8
**buying** 37:6,7 54:4 122:25 141:20

**C**

**C** 2:2 151:2 153:2,2
**call** 9:24 17:24 18:3,4,6 27:19,21 97:6,11,14 112:13 114:4
**called** 9:9,19 11:15 12:8 21:7,11,18 21:21 81:7 107:22
**calls** 24:7 70:5,23 97:7
**cameras** 17:10,13 139:22,24 140:5,9,12,13,15 141:3,10,12
**cap** 131:18,19,22,25
**capabilities** 88:12
**capability** 46:22
**capital** 16:14 22:22 23:8 24:18 29:11 47:13 129:22 132:3 142:3 142:23,24 143:4,9
**care** 20:11 150:8
**careful** 20:14
**case** 6:12 15:24 48:13 51:14 113:13 113:14
**cash** 83:2 129:14,25
**categories** 35:24 40:21 91:10
**category** 36:14 41:10,25 55:17
**caveat** 55:17,23 56:20 57:24 58:18 59:10,17,20
**caveats** 41:24 42:6 55:11

**cc'd** 26:11 79:20 106:4
**cc'g** 118:14
**censure** 10:10,14
**Centre** 2:5
**certain** 17:17 47:10 83:25 114:11
**certificate** 9:23
**certificates** 10:3
**certification** 3:6
**Certified** 9:24
**certify** 151:7 153:6,13
**cetera** 106:6 122:5
**chain** 42:2 44:2 47:13 55:10 73:12 77:9 100:9 106:3 108:17 116:3 142:15
**chance** 75:10
**changed** 103:11 143:9
**changes** 130:19
**changing** 89:14 105:8
**charge** 80:18 81:2 149:12,17
**Chartered** 9:19
**check** 46:17 83:22
**checking** 53:15 138:3
**chief** 125:22
**China** 56:2
**Chow** 136:11
**Christian** 26:13 34:13,14,24 69:22 69:23 70:8 71:10,18,21,22 73:5 73:25 74:7 77:10 79:19 101:8,9 101:11,14 102:12 128:7 135:22 138:10
**Christian's** 35:3
**circle** 111:11
**circling** 66:23
**clarify** 18:18,23 49:2 57:20 110:14
**clarity** 28:12,24
**cleanly** 133:2
**clear** 22:15 25:10 29:8 42:19,21 44:13 49:5 50:25 51:5,15 61:4 128:23 131:15 138:12
**clearly** 84:23
**click** 69:2
**client** 12:10 70:12 71:12
**clients** 11:25 12:9
**closed** 94:3
**collaborate** 47:17
**colleague** 136:25
**colleague's** 35:4
**colleagues** 34:12,24,25
**collecting** 14:14
**collectively** 47:16
**college** 8:24,25 9:2,9,10 10:19
**come** 30:11 117:22 131:8 140:21 144:12,14 147:13
**comfortable** 142:13
**coming** 29:6 56:4 68:23 71:5,7 84:12 105:8,14
**comment** 76:10 121:17
**commented** 118:18
**comments** 118:16 119:19

**Commerce** 8:21,22,23 9:10
**communicate** 56:20,22 58:8,13,18 81:6
**communicated** 16:15 39:22 56:24 58:6,12 59:16,20 81:7
**communicating** 40:7 58:10 81:12 147:7
**communication** 40:5
**communications** 95:5
**companies** 11:8,9,18 36:10 45:3 122:25 143:14 149:2
**company** 10:20,23,24 11:7,12,15 11:16,20 12:7,20 14:19,20,22 20:12,15 21:7,11 22:15,16 23:6 40:22 43:17 47:3 52:15 53:4 54:4 54:20 58:2 59:24 63:22 66:17 67:24 76:16 78:24 79:5 85:16 107:13,16,18,25 108:5,11 115:19 125:23 127:18 137:11 140:18 141:4,25 142:8,20 143:3 149:2
**company's** 107:21
**compensated** 149:4
**competing** 78:21
**competition** 43:18 77:20
**competitor** 78:9
**competitors** 43:9 44:23 77:18
**complete** 151:11
**completed** 7:2 37:18 82:4 133:4,7
**completely** 7:22
**compliment** 39:15
**comprehensive** 101:2,24 103:5
**compressed** 89:23
**concern** 68:25 71:14 74:4 91:16
**concerned** 96:7
**concerning** 91:10
**concerns** 89:8,11 96:4 97:18
**concluded** 150:11
**conducted** 4:5
**conference** 11:17 4:6,10,13 5:12 138:15 146:6
**conferences** 37:22
**conferencing** 116:5
**confident** 125:24 126:6
**confirm** 31:15 114:5
**confused** 81:8
**connect** 71:11,24
**connected** 22:5
**connecting** 71:25
**consent** 4:15 5:6,7
**consideration** 147:21
**considered** 4:16 78:9,15,17
**considering** 39:8 40:2 78:21 147:17
**consolidated** 56:5
**consolidation** 55:18 56:12
**constantly** 46:10 126:23
**consultant** 15:13 44:9,15 102:5,19
**consultants** 24:13
**consulting** 11:24 12:18,19 44:11 148:19

**consumers** 47:18
**container** 56:17,17 119:14 122:3 122:18
**containers** 56:4,15
**content** 73:12 86:15
**contents** 45:13 61:8 86:13
**continual** 104:22
**continually** 105:24
**continue** 74:2 93:23 112:14 117:16 144:11
**CONTINUED** 118:3
**contribution** 143:2
**control** 4:11 87:2
**controlling** 41:25
**conversation** 13:16 23:14 27:22 28:4,7 39:11,19 45:11,21 58:23 63:17 68:19 71:10 74:14,15 75:7 75:11 80:5 81:3 88:6 94:4 96:17 97:17,18 104:14 105:6 114:19 137:23,24 141:7 144:20 146:12 146:17,19
**conversations** 24:9 38:10 59:2 68:20 70:2,8 86:7,12 96:11,15,19 97:5,16 133:8,12 144:16
**convicted** 8:13
**coordinating** 20:6
**copied** 27:19
**copy** 31:19
**correct** 15:23 25:15 44:10 48:14 82:9 101:22 115:5 116:10,15 119:16 121:4 128:24 147:14,15 148:16 151:11,13
**correctly** 27:25 66:9,15 142:10,22
**cost** 56:19
**counsel** 3:6 4:4,8,21 5:9
**count** 111:10
**counted** 111:17
**COUNTY** 151:5
**couple** 13:4 28:6 127:19
**course** 21:12 48:15 83:14 103:4
**court** 1:2 3:17 4:2,7,11,22 5:9,21 5:24 6:22 7:4,12 10:14 13:6 29:2 132:25
**cover** 47:11
**covered** 36:20 56:14 149:18
**create** 127:19 131:5
**created** 51:2 107:19 119:13 123:17 124:3,9,11 125:5 128:19,24
**creating** 15:8
**credit** 20:23 21:2
**crime** 8:13
**critical** 95:9
**customer** 15:11
**cut** 74:3

**D**

**D** 5:17 151:2 152:2
**Dahiya** 13:21 26:12 49:25 79:19 82:25

**daily** 46:9 47:11
**dark** 47:9 88:12
**data** 30:17,20,21,24 48:16,19,24 49:3,4,6,8,13 53:13 55:5,8 68:11 84:10,12,15 86:23,23 90:13,14,14 90:18,19,21,22,24 91:4,12,25 92:6 93:6,7 94:2 98:3 101:3,3 103:8,9,13,14,16,18,21 104:2,5,8 104:11,15,17,18,18,20 105:7,8,14 105:18
**date** 1:18 5:3 18:14,15 19:22,23 25:24 30:2 31:10,24 32:12 33:21 49:21 53:11 55:2 60:10 62:4 63:3 67:6,17 72:25 73:19 79:15 81:25 82:22 84:5 86:6 90:19 95:19 99:25 103:2,7 117:2 118:11 127:3 127:16 132:22 134:23 145:12 152:24
**dated** 26:2 30:4 32:15 60:15 62:7 73:6 82:8 100:6 102:14 113:25
**dates** 18:11,12 19:7 67:20 78:6
**David** 24:12
**DAVIS** 2:9
**day** 50:19 140:2 151:19 153:19
**days** 13:3,4 41:3 56:9 67:22 70:24 75:18
**dead** 31:13
**deadline** 82:3,12,16
**deadlines** 89:12
**deal** 53:21 74:3,24 92:13 95:21 139:18 143:13 148:4
**dealing** 20:15
**Deborah** 35:4 135:25
**decide** 46:25
**decided** 113:16 144:11
**decision** 44:7,8 47:9 112:20 113:11 120:20 145:5 147:4
**dedicated** 87:12,15,16 91:20,21 94:19,22,25 95:3
**deducted** 15:10
**deductions** 15:9,12
**defendant** 1:15 2:9 8:7
**defendants** 1:10 5:8
**definitely** 87:19 123:20
**degree** 8:24,25
**dense** 83:4
**department** 15:7
**deposed** 6:13
**deposition** 1:14 4:5 6:16 12:24 13:10,23,25 14:7 151:9 153:7
**describe** 10:17 12:3
**describing** 11:17
**DESCRIPTION** 152:8
**detail** 86:19 96:13 119:8 123:19
**detailed** 120:8
**detailing** 91:21
**details** 50:8 52:7,19 53:20
**determined** 148:3
**determining** 109:2

develop 87:4 130:17
developed 117:7 120:16 121:12,15
  121:18,21 122:16 129:5 130:16
  131:22 132:10,13
developing 97:22 98:16 120:23
  123:6
diamond 11:11
differences 138:23 144:10
different 11:8 18:11 19:7 36:2 49:6
  65:24 67:25 73:11 77:5 86:16,25
  93:2,3 102:11 147:23 148:5,9
difficult 7:6 67:19 70:22 76:7,12,14
digging 55:8
diligence 23:25 37:21 38:2,5,13
  48:6 83:25 84:17,19 85:2,5,17
  90:14 92:22 132:5,7,10 133:5,24
dining 64:8
dinner 21:19,22 26:19,21 33:10,14
  33:15,17,19,22 34:5 135:21 136:3
direct 47:4,6 105:25 122:3,20
directing 119:14
directly 58:9 71:13 106:20 107:7
  112:21
disagree 88:19
disciplinary 10:10,14
discipline 76:17
discuss 8:19 39:7 63:14,19 80:9
  141:19 144:23 146:13,15
discussed 27:13 35:12 59:22 63:11
  63:20 64:22 141:24
discussing 63:15 102:4 109:12
  141:22
discussion 87:11 139:9 142:9
discussions 112:17
disintegrate 48:9 86:24
displayed 25:17 29:21 31:18 32:9
  49:18 60:7 61:25 69:18 72:22
  73:16 77:4 79:12 82:19 99:20
  118:8
distinction 18:24
distinguish 119:23 121:8
distinguishing 96:16
DISTRICT 1:2,2
document 25:20,23 29:22,25 30:5,6
  31:23,25 32:2,4,6,11,13,21 33:5
  49:20 50:3 60:9,11,15,17,23 61:6
  62:3,5,10,12 69:19 72:24 73:2,8
  73:11,18,23 77:7 79:14,16,22
  82:21,23 93:16 99:22,24 118:5,10
  125:5,8 127:6 128:17,23,25 129:5
  130:5,25 131:2
documents 13:24 14:15 25:19
  61:14 64:23 93:5 104:7
doing 11:24 23:22 35:15,18 36:6,7
  37:20 44:3 63:21 64:20 71:7
  85:15 92:10,16 93:3 94:20,20
  96:14 97:19,20 98:15 99:2 122:21
  122:22 129:8 133:9 139:12
dollar 76:16 129:24

dollars 22:24 48:9
DOM 41:23 55:22 59:6,10,14 62:11
  73:7 77:7 79:20 83:4 100:7
  118:15 123:9,17,23 124:3,6,9,11
  124:15,22 125:4 152:9,12,13,14
  152:15,16,17,18,19,20,21
DOM's 124:19
DOM10791 26:3
DOM2770 32:17
DOM2783 50:2
DOM2800 60:16
double 69:19 149:19
doubt 39:10 66:20,21
download 149:16
downloaded 90:21
Dream 1:9,9 6:12 12:8 14:17,18
  15:5,14,25 16:3,7,21 17:2,4,6,11
  19:13 20:4,17 22:8,12,20,25
  23:15,20 25:12 28:9,16,19,21
  29:12,17 30:23 31:7 35:17,20
  36:16 37:2,13,18 38:2,12,23 39:4
  39:8,21,23 40:2 41:15 42:24
  43:19 44:9,16,23 45:2,3,12,15,16
  45:22 46:14,21 49:12 52:21 53:6
  53:9,16,24 54:11,17 55:3 56:24
  57:24 58:11 59:19 61:13,21 63:24
  63:25 66:18 68:4 70:5,17,21
  71:11 72:9 74:23 76:5,8,25 79:4
  80:17 81:15 82:11,15 84:18 85:3
  85:20 87:16,22 88:15 90:5,17
  91:11,24 94:14,24 95:21,24 96:7
  97:21 99:3,7 102:18 103:5 104:25
  105:4 107:16 109:3,9,13 110:2,25
  111:19 112:17,18 113:19,22
  114:20 116:8,18 117:3 120:15
  121:11,13,14 122:15 125:8,20
  126:19,25 127:17 128:24,25
  129:4,9 130:14,15 131:21 132:9
  134:10,16,21,24 135:8 137:21,22
  138:13 141:25 142:14,19,22
  144:4 145:5,11 146:5,13,21 148:8
  148:20,23 149:7,10,20
driven 47:22
driver's 5:16
Dropbox 61:9,11,17,20 68:13 69:2
dropped 114:7
due 23:25 37:21,25 38:4,13 48:6
  83:25 84:16,19 85:2,5,17 90:14
  92:22 132:5,7,10 133:4,24
duly 5:18 153:8

—————————
E
—————————

E 2:2,2 151:2,2 152:2,7 153:2,2
earlier 19:4 48:25 85:4 86:16 91:18
  104:24 105:15,20 119:15 128:7
early 25:14
education 8:20
effect 3:16
Effie 100:3

eight 94:7 134:5
either 97:14 121:10 153:14
email 25:25 26:4,11 27:3 30:3,9,11
  31:2,20 32:14,18,20 33:23
  40:9 43:7 45:6,7,13 48:23 49:22
  49:24 53:11 55:10,15 57:7 60:13
  60:18,19,19,21,23 61:8 62:7,18
  66:7 67:8 68:10,17,21 69:4,22
  71:9,19 73:5,11 77:6,8,9 79:18
  81:17,20 82:8,13,24 83:5,19,22
  84:6 85:10 86:10,13 90:19 93:13
  93:15 95:20 97:10 100:2,11,12,19
  102:14,22 103:5,7 104:24 105:15
  105:15,19,20,21 106:2,3,8,15
  107:2 108:16 113:25 114:2
  115:12 116:2,3 118:13,13,17
  119:6,10,11,16,19,20 120:2 124:5
  125:4 127:3 149:7,14,15 152:9,10
  152:12,13,14,15,16,17,18,19,20
  152:21
emails 14:2 68:23,24 85:13 96:13
  128:7
emphasize 87:12
employee 15:14
encourage 71:13
encouraged 74:13 75:7
ended 146:11
engage 43:13
Englander 62:9 65:13,16 66:13,17
  67:2
English 66:2
entering 57:25
entire 15:25 86:24
entities 77:25 78:21 103:20
entry 149:15
equal 143:14 147:3
equally 145:3
equipment 54:7
eroding 47:7
Ervin 10:25 11:10
ESQ 2:6,11 6:6 118:4
essence 74:22
estate 102:11
et 106:6 122:4
evaluate 89:20
events 28:25
everybody 41:2 79:9 103:22 109:22
  110:7 112:13 141:12 149:13
everyday 29:5 47:7 68:23 103:11
  114:8 116:4
exact 59:2 99:8 110:12
exactly 12:13 18:15 34:13 64:4
  67:22 119:12 129:12 135:10
examination 3:7,14 6:5 118:3
  150:11 152:4
examined 5:20
exchange 81:24
exclusivity 55:18
execution 94:11

**exercise** 20:7 54:23
**exhibit** 25:17,21,24 29:21,23 30:2
  31:18,21,24 32:9,14 33:2 49:18
  49:21,23 60:7,10,12 61:25 62:4,6
  69:18,20 72:22,25 73:3,4,16,19
  73:20 77:4 79:12,15,17 82:19,22
  82:24 83:11,16 99:20,22,25 106:4
  118:8,11,13 119:3 152:9,10,11,12
  152:13,14,15,16,17,18,19,20,21
**existence** 21:17 140:19
**exit** 142:6 143:10,19
**expenses** 15:12
**experience** 17:5 28:17 35:21 36:13
  39:16 41:17,20 43:25 76:11 109:5
  142:15
**expert** 86:21 102:9,9,10,11
**experts** 94:9,15
**explained** 74:18
**explore** 23:9,23
**exploring** 63:9 64:6
**exponentially** 56:19
**exposing** 95:15 96:8
**exposure** 86:16
**express** 4:15 23:2 35:17 36:16 89:4
**expressed** 36:5 89:7
**expressing** 41:14
**extended** 122:4 123:3
**extensive** 84:3,7
**extent** 122:5

### F

**F** 153:2
**Fabriaant-Tara** 11:13
**face** 35:7
**facilitate** 24:7 28:2
**facilitating** 16:17 70:4
**facilitator** 16:9 75:16
**fact** 5:13 27:6 96:7 121:23 128:2
  137:25
**fair** 15:20 34:2 35:9 64:11 102:24
  103:4 136:17 140:20
**Falcon** 2:4 6:10
**Fantasia** 153:4,22
**far** 41:11 107:19
**FEDERAL** 3:2
**fee** 106:7 107:9 108:14
**feed** 138:19,20,21 139:8
**feel** 39:3 43:24 142:12
**feet** 56:14,15
**felt** 36:2
**Feuer** 26:13 34:14 71:21 135:23
**fields** 86:17
**filed** 20:22
**filing** 3:7 17:20,23 18:2,20 19:2,3,4
  19:10
**filled** 56:18
**final** 68:7 125:2
**finance** 59:8 92:19
**financial** 24:11,13 53:10 54:14 57:3

57:22 90:25 91:6 92:3,9,12,20
  93:6,19 97:23 100:21 101:2,24
  102:6,9,19 103:6 113:15 117:3
  127:13,17,22 128:12,19
**financials** 92:2
**find** 72:15
**fine** 7:22 25:10 99:18
**finish** 132:24
**finished** 11:17 118:21
**firm** 6:10 85:17 100:25 101:21
**first** 5:18 10:18,24 11:10 21:16
  26:2,23 32:16 33:9 50:2,7 52:6,23
  55:14,17 57:6 83:3,21 100:6,10
  109:4 110:2 118:14,19 119:7
  129:17 140:2,2 143:18,19,24
**fit** 23:24
**five** 42:20,20 54:13,21 56:9 69:12
  70:24 127:13
**flow** 83:3 129:14
**focus** 26:23 40:16 147:19,24
**focused** 95:10
**focusing** 30:9
**following** 48:2,4 92:25
**follows** 5:20 114:2
**footing** 58:4
**force** 3:15
**Forest** 6:3
**form** 3:10 22:8 90:25
**formal** 82:3
**formalizes** 148:23
**forth** 153:8
**forward** 86:4 128:16 134:6,10,16
**four** 34:25 58:3 111:7 112:9,11
  128:20
**freight** 56:2
**Friday** 82:5
**Friedland** 66:7,24,24
**front** 14:12 142:14
**fuck** 145:15
**full** 41:22 56:5 73:22 88:23
**fully** 30:16 95:10 132:13
**function** 86:24
**functions** 47:14 59:6 102:11
**funding** 47:13
**furnishing** 11:20
**furniture** 14:19,20 16:22 17:2,14
  20:19,20 21:6,6 35:22 36:3,15
  43:25 54:7 55:25 74:13
**further** 3:9,13 4:12 41:21 64:6
  124:7,9,16 153:13
**future** 5:3 93:20 128:21 142:20

### G

**G** 5:17 151:2
**Gandhi** 1:15 5:13 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1 33:1

34:1 35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1,9 63:1
  64:1 65:1 66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1,19 80:1 81:1
  82:1 83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1 109:1
  110:1 111:1 112:1 113:1 114:1
  115:1 116:1 117:1 118:1 119:1
  120:1 121:1 122:1 123:1 124:1
  125:1 126:1 127:1 128:1 129:1
  130:1 131:1 132:1 133:1 134:1
  135:1 136:1 137:1 138:1 139:1
  140:1 141:1 142:1 143:1 144:1
  145:1 146:1 147:1 148:1 149:1
  150:1
**Garguilo** 35:4 135:25
**general** 43:23 85:12
**generally** 14:8 91:19
**gentleman** 126:22 136:8
**getting** 20:13 42:14,17 46:9 54:6,6
  54:7 103:10 107:12 141:3 143:13
**GG** 60:24 152:10,11
**GG8791** 32:2
**GG9434** 30:8
**Ghandi** 5:23 151:7,17 152:5
**give** 25:5
**given** 128:4 140:19 151:13 153:11
**giving** 24:14
**glanced** 125:14
**Global** 1:3 6:12 21:8,11,15,17,22
  21:24 22:3,6,9,11 23:4,6,12 27:25
  30:21,24 34:7,12 39:9,22,23 49:4
  50:15,16,18 51:3,12 52:3 53:7
  54:2,3,10 56:21,24 57:4,9,11,15
  57:23 58:7,12,19 59:17,20 60:14
  68:5 71:20 74:3,24 78:4,5 94:7
  98:13 134:21 135:19 137:23
  138:2,14 139:3,5,9,15,17 141:6
  141:10,25 142:11,23 144:21
  145:11 146:14,21,23 147:8,18,20
  148:16,18
**Global's** 142:25
**go** 1:3 6:12,15 21:8,11,14,17,22,24
  22:2,6,9,11,19 23:3,5,12 27:24
  30:20,24 34:6,12 39:9,22,23
  43:15 46:15 47:18 49:4,8 50:5,15
  50:15,18 51:3,12 52:2 53:7 54:2,3
  54:10 56:21,24 57:4,6,9,11,14,23
  58:7,12,19 59:17,20 60:14 68:5
  69:11 71:20 73:21 74:3,22,24
  78:4,5,17 84:10 91:12 94:6 98:13
  103:25 109:16,24 111:11,12

113:3,23 114:14 116:19 117:13
  134:5,10,16,21 135:19 137:23
  138:2,14 139:3,5,8,15,17 141:5,9
  141:25 142:10,23,25 144:21
  145:11 146:14,20,23 147:8,18,20
  148:15,18 149:2
**goal** 141:20
**goes** 56:19 80:7
**going** 6:15 7:18 13:5 28:13,25
  37:23 41:21 42:19 45:16 47:15
  52:16 54:8,20,24 56:11 59:13
  64:14 67:23 68:23 69:10,11 70:10
  71:14,24 74:4 77:5 90:13 109:21
  110:6 112:12 115:10 118:5,12
  123:19 133:8 142:8 148:4
**good** 6:7,8 21:5 23:9,23 36:13,24
  42:24 43:5 65:11 80:4 85:24 86:3
  101:10 144:9
**gotten** 149:15
**gradually** 105:16
**graduate** 9:17,21
**granted** 30:16
**great** 41:15
**GREENBAUM** 2:9
**Gregory** 100:4
**ground** 6:15
**grounds** 144:18
**guess** 12:14 18:21
**guys** 145:16

**H**

**H** 5:17 9:9 152:7
**half** 56:4,18 114:13
**hand** 153:19
**happen** 28:13 70:10 93:24
**happened** 21:4 26:25 27:12 58:25
  59:3 67:15 68:4 109:14,18 134:13
  147:22
**happening** 19:7 20:10 29:5,6 48:7
  67:10 89:13 103:12 134:3 140:16
**happens** 69:10 89:16
**happy** 7:11,12 145:9
**head** 6:21
**Health** 114:8 116:5
**hear** 64:25 65:19 145:18,22
**heard** 21:7,10 64:9 66:4 143:17,18
  143:25 144:5 145:20,24
**held** 1:17 60:4 142:11
**help** 44:19 54:25 87:5,8,20 88:13
**helping** 15:6 44:13
**helps** 94:22
**hereinbefore** 153:8
**hereto** 3:5
**hereunto** 153:19
**Hi** 30:15 33:9 77:10 83:22
**high** 38:9 47:6,22 48:5 92:15
  116:18
**higher** 110:15
**highlight** 90:11

**Highway** 2:5
**Hills** 6:3
**hire** 19:15 85:17 100:25 101:20
  109:5
**hired** 97:25 102:18 126:23 129:10
  129:11
**hiring** 102:4 134:13
**historical** 93:18 128:15
**history** 8:20 10:18 76:10
**hold** 13:11
**home** 11:20
**Honestly** 119:7
**horse** 114:3 115:19
**hour** 67:23
**hours** 76:20,22 111:7 149:5
**house** 107:17
**HR** 91:5 92:2 102:10
**huge** 56:3
**human** 47:13
**humungous** 76:13,15
**hundred** 22:24 45:2 110:8,18

**I**

**Ian** 100:3 108:23 112:21,23 113:2
  113:25 114:4 115:9 116:3
**iconic** 40:13,24 79:10
**ID** 152:8
**idea** 37:11 53:17 68:18 69:6 77:18
  77:23 86:3
**identified** 42:22
**imagine** 56:2
**implicit** 124:13
**import** 122:3
**important** 55:24
**importing** 122:20
**in-person** 68:4 75:11 96:20 97:5
  134:20,24 136:4,5
**inability** 83:25
**incite** 94:21
**include** 51:21 148:15
**including** 55:18 95:14
**increase** 115:6
**increased** 114:12 116:14
**independent** 121:15
**independently** 121:12
**Index** 1:6
**India** 9:3,5,6,20 10:20,24
**indicate** 146:22
**indirectly** 83:23
**INDUSTRIES** 1:9
**industry** 24:4
**inform** 75:3,5
**information** 9:24 16:16 17:20
  35:11 51:10,11 52:12,14,20,22
  53:7,14,25 54:11,18 55:4 58:18
  61:14 81:24 84:12,14 90:2,6,9
  91:4,10,14 95:11,15,25 96:8
  98:10 104:21 105:2,5 107:15
  121:9,11,14 130:21

**informed** 18:5 75:2
**inherent** 47:14
**initially** 64:5
**Institute** 9:19
**insufficient** 47:8
**insurance** 20:24 21:2
**intellectual** 99:13
**interest** 72:15
**interested** 20:18 22:3 37:6,7 39:20
  64:5,12 70:13 78:16 79:10 153:16
**interests** 26:9
**internal** 20:8 37:20 88:10,12,16
  89:4
**internally** 54:24 55:3 84:2
**interpret** 124:21
**introduced** 21:24 98:13
**introducing** 35:14 58:21
**investment** 40:10 41:24 42:3,7,10
  42:13,14,17 43:6 50:8 52:7,24,25
  53:17 58:5 95:13 107:3
**investor** 50:9 52:8 66:11,17
**investors** 24:16,17 66:9 148:13
**involved** 38:15 46:9 59:6 108:4
  109:2
**involvement** 47:12
**IP** 54:6 148:12
**issues** 47:10 87:17 141:21
**item** 50:7 52:6 54:13
**items** 50:5

**J**

**Jack** 32:15 49:25 135:16 144:20
  146:12
**Jacob** 62:8,19,21 63:11 64:2,11,16
  66:10 67:2 100:4 106:2,7,10
  113:6 114:3
**Jacob's** 113:11
**Jeff** 136:7
**Jennie** 1:18 153:4,22
**Jersey** 2:10
**jewelry** 140:21
**job** 10:18 94:20
**jobs** 12:3
**Joey** 135:13,14
**join** 43:9 44:23
**Joseph** 66:7,23,24
**July** 99:10 134:14
**jump** 134:19
**June** 19:11,19 25:14 26:2 27:2,3,4
  28:5 30:4 31:10 32:16 33:19,23
  37:12 38:22 39:7 48:23 49:24
  50:18,19,20 51:3 52:3 58:13,17
  58:20 60:15 62:8 67:16 73:6
  81:15 82:6,8,11 85:21 90:7 95:20
  100:6,11 102:14,25 106:2 114:2
  120:17,24 121:16 122:17 125:21
  126:21 131:23 132:11,21 133:3
  134:9,13,22 135:3 139:8 140:24
  141:18

**June/July** 18:17

**K**

**K** 151:2
**Kathleen** 26:6 27:23,24 28:9,16
34:22,23 39:25 136:21,25
**keep** 65:8 75:15
**kept** 75:16 102:7
**Kilgallen** 1:19 153:22
**kind** 15:4,11 20:9 42:12 45:3 46:23
54:18 58:4 74:9 84:16,19 87:8,10
148:22
**kinds** 93:2
**knew** 14:3 24:20 35:24 41:11 48:11
67:22,25 77:20 80:14 81:15,19
140:23
**know** 7:15,21 13:12,15,15,22 14:9
14:18 16:14 17:4,24,25,25 18:13
19:13 20:17 21:5,23 22:11,14,21
23:11 24:5,10 25:3 26:21 27:4,18
29:6,16 30:23 31:7,9,12 34:13
35:3 36:3,19,25 37:10,13,16,17
37:21,25 38:12,14,15,17,25 39:6
39:16,18 42:15 44:13 45:22,24
46:21 48:7 49:11,15 50:14 51:6
52:11,13,14,16 53:2,6,8,9,16,19
54:5,8,10,12,20,24 55:2,6 56:8,23
56:25 58:6,11,22 59:9,16,19,23
60:20,22 61:13,15,17,19 62:21,22
62:23 63:5 64:4,14,22 66:7,10,12
66:16 67:4,15 68:3,7,9,16 69:23
70:23 71:18,23 72:6,8 74:7,10
75:23 76:9,14,19,24 77:2,11,14
77:17,22 78:3,7,8,11,13,20,24
79:2,24 80:12,23 81:15,22 82:15
82:17 84:8,9,18,21 85:2,14,23
86:9,20,22 87:8,11,18,21 88:22
88:25 89:14,19 90:8,8,17,20
91:24 92:5 93:11 94:3,17,24 95:2
95:19,24 96:2 97:9,19,21 98:5,7
98:12,14,18,21 99:6,10,12,16
102:22 103:20 104:4,7,20,25
105:3,4 106:10,21 107:5,12,16,21
108:10,13 110:24 111:4,9,19,22
111:25 112:4,8 113:9,10,13,14,17
113:19,22 114:21,25 115:6,13,16
115:25 116:11,18,21,24,25 117:3
117:8,10 118:21 120:15,22
121:23 122:15,23 123:9,16,18
125:4,20 126:3,19,25 127:4,16,21
128:2,5 129:4,5,11,19,25 130:8
130:15,20,23 131:3,7,7,12,13,14
131:15,21,24 132:9,13,15 134:2
134:12 135:18,22 136:7,10,13,15
136:17,19 137:13 139:17,22,24
140:5,8,9,10,11,22,24 144:6,11
144:19 145:4,9 146:5 147:2,17
149:6,18
**knowledge** 5:11 41:19 91:24

**L**

**known** 19:4 29:9 81:18
**knows** 101:11

**L**

**L** 5:17 9:9 151:2
**label** 31:20
**labeled** 60:24
**lack** 88:10,16 89:4
**lady** 34:11,17,21 136:19
**laid** 86:19 97:18 147:9
**language** 65:21,22,25
**Lapish** 26:12 137:3
**larger** 106:3
**latest** 123:7,14,21,25 124:24
**Lauster** 26:6 27:23 34:22 136:22
**law** 4:17 6:10
**lawsuit** 8:7,10 63:7
**lawyer** 13:9 16:13 19:15 109:5
112:24
**lawyers** 20:9 106:15,16,18,19
107:6 108:18,19
**Lazard** 16:14 18:4,10 19:6 20:7
21:23,25 23:8,11,15,19 24:15,19
24:23 48:20,24 49:8,12 53:15
54:22 55:4 69:24 72:15 80:2
83:23 90:18,22,24 101:14,17
103:15,16,21,25 104:4,8,11,15,20
117:5 128:8 131:4
**Lazard's** 104:17
**learn** 18:8 19:9 21:16 139:20
**learned** 18:25 19:12 140:3
**learning** 109:4
**lease** 92:2
**leases** 91:6
**leaving** 137:21
**left** 40:23 117:13 138:13,14 144:21
**legal** 57:3,10,22 91:5 92:2 102:9
**lengthy** 83:5 100:9
**Let's** 30:8 100:8,10 117:22 118:19
120:10 135:8
**level** 38:9 86:25
**license** 5:16 11:14,16
**licensee** 11:19
**licenses** 10:4
**licensing** 10:11
**lifetime** 40:11,17
**line** 33:9,12 79:6 123:6 124:6
**lined** 42:9
**lines** 48:2,4
**link** 27:7 60:15 61:9,11,21 68:11,14
69:4
**list** 50:7 51:11,15 55:11 114:7
**listed** 52:24
**Listen** 81:8
**listening** 64:13,15
**litigation** 4:19 14:15
**little** 16:20 19:21 41:21 73:21 89:8
**live** 138:19,20,20 139:8
**Livingston** 2:10

**M**

**LLC** 1:3
**LLP** 2:9
**locations** 4:8 130:2
**log** 149:12
**logically** 59:3
**logistics** 80:19
**long** 41:6 75:20,22 76:20,22 105:20
**longer** 69:12
**look** 19:16 44:14 70:12 91:2,11,25
92:23 93:5 100:10
**looked** 91:5 93:8 105:7 122:19
130:10,13,25 131:2
**looking** 15:7,8 19:17,24 21:5 22:13
22:19,21 24:16,20 37:8 43:4,5
52:25 54:21 77:8 91:13 92:12,19
93:20 94:9 129:14 148:5,8 149:11
**looks** 31:10 82:13 108:3 129:15
**lose** 43:10,16
**loses** 44:24
**losses** 56:3
**lot** 20:20 28:14 29:11 47:2 48:10
76:17 90:2 91:3,9,14 95:4 118:20
133:9
**LRP** 60:24
**lunch** 117:12
**luncheon** 117:25

**M**

**M** 5:17 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1,5,7
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1
137:1 138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1 151:2
152:5
**main** 95:5
**maker** 145:5 147:4
**making** 46:18 106:5
**manage** 86:25

management 46:16 47:16 106:6,12
107:3 142:17,20
manager 66:14,21
managing 23:7 59:13 143:3
mandatory 110:8
manner 4:14
manufacturer 17:12
manufacturers 16:22
Manufacturing 16:24
mark 13:19 21:21 25:21 26:12
29:23 30:17 32:15,18 33:10 34:17
34:18 38:15,18 45:5,8,19 46:2
49:23,24 51:25 60:14 62:9 63:15
66:25 73:4 74:12 75:4,5,12 79:17
79:18 80:24 82:24 83:2,22 86:19
87:14 91:22 95:6 100:4 104:11
106:6,24 107:8,12 109:7,8 115:9
118:14 132:18 133:4 135:9 139:7
143:11 144:20 145:6,9,15,20,24
146:12,22 147:4,7,16,17
Mark's 34:18 108:10 112:20
135:10,11,12,16 148:18
marked 25:23 29:25 31:23 32:11
49:20 60:9 62:3 72:24 73:18
79:14 82:21 99:24 118:10
market 67:24
marketing 120:7 125:16,18,21,22
126:4,7 130:2
marking 73:20
marriage 153:14
Masters 8:22
materials 149:17
matter 94:16 153:17
Matthew 26:12 137:3
max 113:7,9,11
maximum 56:13
Me's 20:4 23:15 38:23 110:25
146:13
mean 42:6,11 43:12 92:7 122:24
139:13
Meaning 42:8
means 91:21 106:21 114:25 124:24
meant 15:17
medication 8:15
meet 23:9 63:2,4
meeting 4:10 13:8 21:14 26:7,17,24
26:25 27:8,14,17,18 35:12,13,19
36:18,19,20,21 37:13 39:8 50:19
50:20,21 51:3,4 52:3,5 57:17,18
58:14,17,20 59:22,25 60:2,4,5
64:17,23 65:10,11,14,17 66:25
67:4 68:3,5,8 74:14 75:8 96:10
106:14 134:21,24 135:5,7 136:4
136:14,18 137:5,6,14,17,20,21
138:6,13,14,18,19 139:9,21 140:4
140:12,25 141:6,10,18,22 142:9
143:6,25 144:8,21 145:12,13
146:11 147:16,21,22,24 148:3
meetings 13:6 24:7 26:19 37:24

146:6
memory 8:16 13:4 35:9
mention 124:19
mentioned 34:21 92:14 122:13
124:14
mentioning 115:11 121:2 123:24
merchandise 123:5,5
merchandising 59:7
message 70:18,20
messages 40:8 70:6
met 26:19 27:4 50:15,15,17 62:22
62:24 63:5,11
Milan 1:14 5:13,23 6:7 18:23 25:19
30:7,17 32:15,19,20 60:13,17
62:9,12 71:11,12 73:6 77:9 79:19
79:22 80:5 82:25 83:22 87:5,14
89:13 96:22,24 100:2 106:4
118:14,17 131:11 150:5 151:7,17
Miller 11:19
million 22:24 110:10 114:6,12,16
114:25 115:20 116:9,22 129:16
millions 48:9 115:2
Mills 10:25
mind 18:24 43:3
mindset 44:13 87:10
Mine 120:7
minimum 110:16
minute 69:13
missed 82:11,15
misunderstood 57:19 66:5
model 24:11 60:24 83:3 95:21
97:23 98:16 100:22 101:2,25
102:6,19 103:6,10 117:4,5,6
143:15 144:2,5
models/deal 95:13
moment 73:12
Monday 62:7
money 15:10 54:9 113:17 142:6
143:11,12 145:2 148:14
monitor 46:10
monitoring 46:23
months 11:21 58:25 89:20 129:17
morning 6:7,8
mortars 41:8,9
move 86:23 121:25
movements 6:20
moving 29:3 67:21 69:8 86:4
128:15
multiple 67:20 112:15
MURPHY 2:11 5:7,14 15:17 18:18
69:14 96:25 131:11 140:22 150:2

N

N 2:2 5:17,17 151:2,2 152:2
name 5:22 6:7 10:23 11:15 12:19
12:21,22 34:13,14 35:4,8 66:6
79:10 98:6,8,18,19,22 108:3,18
135:12,16
named 136:10

names 34:9 41:18 102:22
Natori 11:15
nature 70:7
NDA 30:16 31:2,3,14,19 103:23
152:11
NDA's 95:14
necessarily 51:13
necessary 33:10
need 7:10,16,21 14:9 15:17 24:18
28:15 29:10 46:8,16,19 51:16
52:13 53:18 61:3 74:3 80:15 81:9
81:11 85:14,16 86:16,20 87:12,15
91:20 94:18 95:11 102:9,10
109:23 111:14 117:18 129:15,24
132:20 147:2
needed 24:24 28:10 95:12 100:23
102:8
needs 23:15 41:23 80:16
negotiations 55:19
never 17:6 28:19 32:4,6 38:19
61:18,20 84:8 96:6 108:7 141:7
new 1:2,20 2:5,10 5:20 6:4 15:8
47:16 66:17 104:21 105:8,14,16
105:23 122:21 123:5 140:18
151:4,22 153:5
Newco 46:10 47:12
nicely 47:17
Nicole 11:19
night 80:5
NJ 5:16
No.1:23-cv-07987 1:6
nod 6:21
Notary 1:19 3:15 5:19 151:22
153:4
note 144:9
notes 14:6,9,11
Notice 1:17
November 153:20
number 26:3 30:5 54:13 60:16
62:11 73:7 77:7 89:15 97:15
100:7,21 110:22 111:17 113:23
118:15 120:5,6,10 126:15 127:13
130:2 132:5,6 134:5 149:5
numbers 31:25 32:16 85:8 89:14
92:4,8,9,13,20,23 101:12 103:10
129:20 130:4 131:8,16

O

O 151:2
o'clock 116:17
oath 8:3 151:9
objection 4:25 5:3,5
objections 3:10
obligations 51:8
obviously 59:21
occur 135:3
occurred 33:15 67:5
October 1:12 151:10
offer 138:24 148:18

**offering** 123:4
**office** 60:4 134:25 139:12 140:18
**officer** 125:23
**official** 81:24 149:14
**okay** 13:14 17:8 26:21 27:6 29:19
    30:15 32:7 35:6 57:19 66:5 72:2
    75:14 83:9,18 84:22 96:21 102:14
    105:13 110:20 117:17 119:9
    121:25 124:23 126:19 131:18
    132:21 134:5 135:4 139:20,20
    141:5
**once** 40:11,17 53:4 111:23 144:10
**ones** 96:17
**open** 30:8 61:4,6
**opened** 61:20
**opening** 111:2
**operate** 24:20 74:11 129:23
**operating** 126:16,20 127:2,9,22
    129:16
**operations** 48:10 142:12
**opinion** 28:21 39:3 41:19
**opportunity** 36:24 40:11,12,17
    41:15 47:7,22 63:21 64:12
**option** 19:24 138:22,23
**options** 19:17 144:25 148:6,9,11,12
    148:15
**Oracle** 48:8
**order** 37:14 101:24 110:15
**organization** 9:19
**origin** 56:6
**originally** 143:8
**outcome** 153:17
**outlined** 70:9,11
**outside** 17:14 97:25 98:3,7 99:3
    100:25 101:21 102:5,18 129:7,9
    130:18
**outsourced** 117:9
**owed** 115:21
**owners** 40:12
**ownership** 50:9 52:8 53:4 132:4
**owns** 107:13

—————————————————
                  P
**P** 2:2,2
**p.m** 150:12
**package** 82:4
**page** 26:2 32:16 41:22 50:3 55:10
    69:21 83:3 100:6 118:14 152:4
**paid** 72:16
**paragraph** 40:10 41:22 47:5,19
    82:2 83:21 87:3 88:9 92:25 94:6
    95:8,17
**Pardon** 16:23
**part** 19:25 86:17 88:2 92:13,20
    106:3 108:16 121:6,19 125:9
    127:14 134:6,18 146:9
**participate** 43:8,20,24 44:4,22
    45:17 46:8 63:10,12 82:5 84:9
    109:12 142:19

**participated** 16:4
**participating** 4:9 24:8 48:14 78:12
    142:17
**participation** 44:17 52:17
**particular** 23:12 29:4 55:23 57:24
    91:16 104:10
**particularly** 76:7
**parties** 3:5 4:4,16 28:3 33:11 35:14
    39:14 51:17 70:25 74:19 77:22
    81:13 95:25 109:20,20 110:5
    138:25 144:17 146:20 147:12,24
    153:15
**partly** 123:13,24
**partner** 19:18 22:13,21 23:3,16
    24:20 57:25
**partners** 22:19 23:19 58:3 95:11
**partnership** 22:8 71:15 72:4
**party** 37:23 42:15,16 51:8 68:20
**passed** 16:16
**passing** 98:3
**Pathania** 26:13 30:4
**pattern** 59:9
**pause** 69:16 73:14 100:17 117:21
    118:24
**paying** 54:5 56:9
**penalty** 8:3
**pending** 7:24
**penultimate** 72:3
**people** 20:8 21:18,20 26:11,17
    27:20,20 31:9 34:6,7,10 38:14
    42:20 44:14 45:18 46:9 47:2
    58:19 67:24 74:10 75:17 76:24
    77:25 79:3 81:6 84:14,24 85:6,8
    85:16 86:3 87:20 88:24 93:2
    94:19 97:19 100:22 102:13,21
    111:8 128:11 130:2 131:5 135:20
    138:10 140:14 144:7
**percent** 50:9 52:8 143:19,20
**percentage** 132:3
**performance** 93:19 106:7 107:9
    108:13 128:15,20,21
**performed** 25:12 29:13,17 39:4
    85:20
**performing** 38:2
**period** 29:4
**perjury** 8:4
**person** 71:20 96:18 97:14,25 98:3,5
    98:7,19,21,25 99:2,6 110:11
    111:13,14 129:7 130:18 136:2,10
    136:15 148:25
**person's** 66:6
**personal** 12:22 41:18
**personally** 62:22
**personnel** 137:22
**perspective** 46:25
**PFA** 30:16
**philosophical** 46:19,20
**phone** 70:23 75:13 96:11,16,20
    97:6,11 109:21 110:6

**phrasing** 40:16
**physical** 6:20
**physically** 4:24
**picture** 73:22 78:6
**piece** 20:13 39:20 52:19
**pieces** 100:10
**place** 44:5 47:18 95:10 138:9
**plaintiff** 1:5,16 2:4 6:11 8:6
**Plaintiff's** 25:23 29:25 31:23 32:11
    49:20 60:9 62:3 72:24 73:18
    79:14 82:21 99:24 118:10 152:8
**plan** 56:12 94:10 101:3 126:16,21
    127:2,9,17,22,22 128:3,12,19
    130:6,8,9 132:14
**planning** 52:15 54:19 91:7 92:3
    107:4 120:9
**plans** 103:7 127:19 129:23
**platform** 4:10
**play** 42:20 109:10 142:8
**please** 6:19 7:2,15,21 8:19 10:17
    32:24 100:15 132:24 145:18
**pleasure** 26:7
**PLLC** 2:4
**plus** 106:7 107:9
**point** 17:17 19:2 22:10,12 23:22
    24:11 25:11,12,13 29:10,13 37:12
    37:19 39:5,11 42:18 46:22 49:11
    52:23 53:20 57:2,10,21 59:4,5,11
    59:11 76:16 77:15,19 78:19 80:12
    81:14 84:20 85:3,10,21 100:21
    105:18 114:12 115:3 119:13
    120:5,6,8,10 122:2,10 125:2,16
    126:15 127:13,14,21 131:18
    132:5,6 134:5,7 137:17 138:2,5
    139:2 141:9 142:5 143:5 146:25
    147:19 148:18
**points** 50:24 55:19 57:13 120:3
    122:5 129:14 132:6 141:23 143:8
**policies** 149:17
**populated** 104:21
**portion** 55:15 77:8,12 119:24
    120:11 125:17 126:16
**position** 41:23
**possible** 65:23
**post-graduate** 9:15
**potential** 22:7 42:23 71:14 77:18
    78:9,15,18 79:3 91:2 145:10
**potentially** 23:3 79:7
**Preis** 100:5
**preparation** 13:8,25 14:7 20:4 25:3
    25:4,5,8 28:22 29:14
**prepare** 12:23 19:14 24:25 28:10
    28:22 37:14 38:23 52:2 100:25
    101:24 102:5,19 119:11 129:3
**prepared** 90:25 95:21 123:9,23
    129:15
**preparing** 24:11,12,14 50:23 59:14
**prepped** 123:8
**prerequisites** 39:2

**presence** 4:24
**present** 4:4 63:16 133:11
**presentation** 121:6,7,19 123:7,7,10
  123:14,17,21,23,25 124:3,8,12,19
  124:24 125:10
**presented** 5:15 95:14
**presenting** 136:20
**preserve** 74:3
**Prestige** 11:12
**presumed** 84:13
**pretty** 69:9 123:12 125:23 126:6
  128:3
**previous** 106:14 110:23
**previously** 37:3 57:7 69:20 102:4
**price** 55:19
**printout** 93:14
**prior** 19:3 31:20 67:13 68:6
**privately** 137:23,24
**privy** 107:15
**probably** 19:22 58:25 90:24
**proceed** 70:13
**proceeding** 69:16 73:14 100:17
  117:21 118:24
**proceedings** 29:2
**process** 16:10,18 19:18 28:2 38:16
  70:11 78:10 80:6 90:2 95:16 96:9
  111:6,13 112:12 115:10
**processes** 70:10
**product** 56:14 99:7 121:12 134:15
  142:15
**products** 56:15
**professional** 10:3
**professionals** 88:10,17 89:2,5
**programs** 9:22
**progress** 46:10,18
**project** 16:12 45:23 76:5,8,12,20
  85:15 86:18 88:11,17 89:2,6,23
  90:3 92:21 93:7
**projects** 76:2
**proper** 88:10,16 89:2,19
**properly** 42:9 56:5,8,12,18 66:4
  72:16 74:13 89:20
**property** 66:14,22 99:14
**proposal** 51:22
**proposed** 50:8 52:7 145:10
**proposing** 53:3
**provide** 131:5 144:25
**provided** 54:11 121:9
**providing** 94:21
**public** 1:20 3:15 5:19 17:19 151:22
  153:5
**pulled** 138:17
**purchased** 66:18
**purpose** 4:18 141:17
**pursuant** 1:17
**pursue** 41:15
**pursuing** 147:18
**put** 12:21 25:10 28:14 50:24 82:14
  110:3,8 115:9,12 143:9 148:13

**putting** 22:4 80:19 104:18,18 132:2
  142:23,24

**Q**

**qualify** 81:10
**question** 3:11 7:3,10,16,17,19,24
  10:2 15:18 22:17 48:18 49:3
  58:16 61:16 67:19 70:22 93:5
  101:10 121:13 132:24,25 133:3
  137:12,13
**questioning** 64:20 88:6
**questions** 6:19 33:6 38:19 64:16
  85:22 117:15 149:25 150:3,6
**quick** 149:19
**quickly** 69:9

**R**

**R** 2:2 40:20,22 41:12 153:2
**raised** 22:18
**Rappaport** 2:4 6:10
**rare** 41:18
**rate** 56:2
**rates** 56:10
**reached** 89:16
**read** 7:12 15:21 31:5,8,10 32:4,6,22
  32:24 61:5 68:24 73:24 83:5,18
  100:14,18 118:19 119:5 121:17
  124:6 151:8
**reading** 83:6 96:12 100:13 119:8
  124:4 125:4
**reads** 91:3 94:6 107:8
**ready** 117:9
**real** 102:10 149:19
**realistic** 101:12
**reality** 28:19 94:22
**realize** 66:6 129:13
**realized** 105:8
**really** 13:18 35:5
**reask** 15:18
**reason** 7:11 22:18 134:2
**reasons** 22:20
**recall** 26:16 27:13,16,22 28:4,7,8
  28:18 34:4,9 35:11 39:24,25
  45:10 59:21 62:14,16 63:3 64:24
  65:16 74:21 86:12 93:16 95:23
  98:9,17 110:25 112:16 114:11,16
  127:12 134:20 137:20 138:17,20
  139:6 141:22
**receive** 82:3
**received** 53:14 127:23,25 128:13
**recess** 117:25
**recipients** 30:5
**recognize** 26:3 30:6,13 31:16 32:2
  32:21 50:3 55:14 60:16 62:11
  73:8,23 79:22 83:19 100:12,19
  119:6
**recognized** 81:5
**recollect** 23:22 25:2 45:20 83:20
  98:6 99:8,17 102:20 123:11

  125:11,13,15 127:10 137:18,19
**recollection** 34:15 57:12 102:17
**recommended** 23:8,11 121:4
**record** 4:22 5:22,25 15:21 77:6
  140:12 151:11,12 153:11
**recorded** 4:13 6:17,18 137:7,8,14
  137:17 139:21 140:17,25 141:3,6
**recording** 4:14 137:18 139:23
  140:4,6,13,23
**records** 106:7
**redo** 103:11
**reduce** 15:11
**referring** 26:22 33:14 34:22 51:24
  52:23 63:24 71:19 90:23 97:4,5,6
  101:7 102:3 103:14 105:11
  106:10 108:23 112:23 136:21
  137:2 138:5
**refers** 25:13
**refresh** 13:3 34:15 57:12 102:17
**regard** 35:18 42:12 53:11 57:14
  91:25 134:10,16 146:7
**regarding** 80:5 91:5
**related** 86:22 153:14
**relation** 16:11 20:3 22:9 23:20
  25:13 63:6 80:17 93:7 97:23
**relationship** 15:25 148:23
**relativity** 47:6,22
**relay** 70:20
**relayed** 70:18
**release** 149:16
**relevance** 43:21
**relying** 90:23
**remember** 12:13 13:2 14:8 18:15
  19:24 26:20 27:10,11,25 30:14
  33:4,15,21 34:19 35:5,7 40:4 52:4
  56:10 58:15 59:2,18 60:3 61:18
  62:17 64:9,20 65:9 66:9,15 67:6
  68:6 69:25 70:14 75:18 86:6,11
  93:9 97:12,13 98:2,11,18,19,22
  107:19 110:4,12 111:21 112:11
  127:11 128:3,6,18 129:12 130:9
  131:4 132:22 133:6 134:23
  135:10 142:10,22 145:15
**remote** 4:8
**remotely** 4:6 5:19
**repeat** 48:18
**repeated** 7:11
**repeating** 75:15
**rephrase** 7:17
**replies** 113:7
**report** 132:6,7,11 133:5,24
**reporter** 1:19 4:2,7,22 5:9,21,24
  6:22 7:4,12 132:25
**reporting** 4:11
**reports** 15:8
**represent** 5:10 6:11 50:17 135:2
**representative** 18:6
**represented** 112:25
**representing** 27:24

**reputation** 47:7
**request** 6:18 51:10
**requested** 15:22 33:3 83:12,17
    119:4
**REQUESTS/PRODUCTION**
    152:23
**required** 22:23 80:11,13 115:18,23
    142:4
**requirement** 38:25 85:8 129:22
**requirements** 29:9
**research** 133:10
**reserved** 3:11
**respective** 3:6 26:8
**respond** 7:3
**response** 64:3 113:6 133:2
**responses** 6:23
**responsibilities** 42:8
**responsibility** 42:21 131:6
**responsible** 97:22 100:24 101:18
    105:2
**restaurant** 64:9 65:5
**retail** 1:3 6:12 17:5,6,10 23:6 28:17
    28:19 36:14 40:13,25 41:10,17
    129:25 142:11,13 149:12
**retailer** 41:9 46:16 79:8 121:20
**retailers** 17:9 36:6,8,12
**return** 43:5 48:5
**returned** 120:3
**returns** 42:3
**review** 13:24 46:24 54:14,23 90:9
    91:22 105:5 128:10
**reviewed** 55:3 90:6 127:20
**reviewing** 105:2
**reward** 42:24
**rewards** 42:9,16
**right** 14:12,23 22:13 25:20 27:9
    33:13,20 37:9 40:25 43:3 44:24
    46:3 51:14 58:14,15 69:24 71:23
    75:24 76:6 81:18 82:10 98:20
    101:15,18,19,25 102:2,15,23
    103:3,24 104:13 111:2 113:16
    115:4 124:17,20 125:15 137:3
    138:15 139:6 142:21 145:7 147:5
**rights** 51:7 57:3,10,23 59:12
**ring** 136:12
**risk** 43:9 44:22 47:6,11,22 48:5
**risks** 47:11,14
**Rockville** 2:5
**role** 11:2 14:14 20:3 24:6 42:16,19
    42:21 44:15 52:18 58:8 59:23
    92:13,22 93:4 109:10 141:25
    142:7
**roles** 12:2 42:8 93:3
**room** 30:17,21,24 48:16,19,24 49:3
    49:4,9,13 53:13 68:11 84:10,13
    90:14,19,22 91:4,12,25 101:4
    103:8,9,13,14,16,21 104:2,5,8,11
    104:15,17,21 137:21 138:15,18
    139:3,11,13,15,16 141:10 146:6

**rooms** 49:6
**Roseland** 2:10
**round** 108:22 110:7
**rounds** 111:4,10
**ROWE** 2:9
**rules** 6:16
**rumors** 67:23
**run** 142:16
**running** 142:13

─────────── **S** ───────────

**S** 2:2 152:7
**S-E-S-S-I-O-N** 118:2
**salary** 106:6 107:9,13 108:10
**sale** 80:6
**sales** 15:9 92:16
**Saturday** 31:11,12
**saw** 105:21
**saying** 7:7 32:19 41:17 45:8 47:21
    75:9 84:15,23 87:14 88:18,20
    91:13 98:23 104:17 106:25
    108:21 110:14 113:2,17 116:7
    117:18 119:12 120:18 121:5,19
    123:4,20 138:7 139:17 141:2
    145:15
**says** 27:3 52:6 57:10,21 71:24 87:3
    89:13 100:21 106:11 110:10
    118:16 122:3 123:11,13 124:15
**sberlowitz@frblaw.com** 2:7
**school** 9:7,13,17,18
**schools** 9:16
**Scott** 62:8 63:4 65:13,16 66:13,16
    66:25 100:5
**screen** 139:8
**scroll** 32:23 69:21 83:7,13 118:21
    118:25
**scrolled** 33:2 83:11,16 119:3
**Scrolling** 55:9
**sealing** 17:8
**search** 23:19
**second** 16:19 40:10 50:19 52:19
    53:20 57:2,9,21 69:21 106:24
    107:8 119:13 121:25 142:3
**secondly** 143:10
**see** 26:9,14 30:18 33:12 35:7 40:13
    42:4 43:10 46:11 47:19,23 50:10
    52:9 53:22 54:15 55:20 57:4
    60:25 61:4,9 62:13,16,18 68:11
    68:14 69:10 71:15,16 72:3,4 74:4
    77:11 80:7 82:6 84:3 87:6 88:2,13
    90:15 91:7 92:6 94:12 95:16
    101:4 106:8,14,17,18,25 107:10
    108:18,24 113:4,7 114:9 116:5
    118:17 121:24 127:6 128:12
    129:17,18 130:4 133:24 134:15
    141:13,15 144:12
**seeing** 73:9 84:15
**seek** 42:10
**seen** 31:3 74:9,11 90:21 95:23

    120:25 125:7,12,13 126:13
    128:14 130:6
**sell** 43:17
**selling** 20:21,23,25 35:25 36:9
    43:16
**send** 77:9
**sending** 68:10 70:6
**sense** 71:15 72:4
**sent** 25:25 33:23 48:22 49:24,24
    60:13,20 62:8,18 68:16 73:6
    82:25 98:9 100:3,11 106:2
**sentence** 40:14 41:4 42:4 43:10
    46:11 72:3 80:7,7 82:3,6 90:12,15
    91:3,7 94:12 106:24 107:8 108:24
    114:23
**separate** 4:8 107:18 138:18
**set** 48:17,20 66:18 153:8,19
**setting** 107:2
**seven** 56:9 57:13 70:24 75:17 110:5
    132:5,7
**share** 26:8 118:5 132:3
**shared** 87:5
**shares** 61:13
**sharing** 25:18,19 29:22 32:13 60:11
    62:5 73:2 79:16 95:15,25 96:8
    99:21
**Shay** 79:18,24 81:4
**sheet** 93:8,10 95:13,22
**shoot** 47:9 89:15
**shooting** 88:11
**shoulder** 6:21
**show** 31:14 73:10 126:7,10
**showing** 49:22 93:23 128:15,19
**shown** 69:20 138:18
**shows** 83:24
**shrug** 6:21
**side** 34:8 35:2 44:12,20 64:19 65:5
    65:6,18,19 135:19
**signed** 3:14,16 30:16 103:23 151:19
**similar** 85:12 86:15 91:17
**simply** 41:17
**sitting** 64:19 65:5,6 66:3 109:20
    110:5 115:8 139:15,15
**six** 10:21 89:20 110:4 112:6 129:17
    131:18
**size** 76:13
**slightly** 73:10
**small** 20:12 22:15
**smaller** 11:25
**SMITH** 2:9
**Sod** 62:8,19,21 64:2,11,16 66:10
    67:2 100:4 106:2 113:6 114:3
**sold** 114:13
**solo** 40:2
**somebody** 28:14 44:25 74:12
    109:23 110:10 111:12
**somebody's** 43:4 53:3
**somewhat** 83:4 100:9
**son** 34:18 49:25 135:11

**son's** 135:16
**sorry** 9:6 13:11 48:3 51:18 56:11
   61:11 66:5
**sort** 37:25 72:10
**sound** 108:2 137:3
**source** 55:25
**sources** 122:20
**sourcing** 55:17 59:7 122:4,23
**SOUTHERN** 1:2
**space** 119:14 122:3,18
**speak** 13:7,16,19,21 45:8,12,15
   49:15 65:21 71:13 74:17 85:9,19
   91:15,18 96:3
**speaking** 7:5 23:18 65:24 138:6
**specific** 23:5,21 25:7 28:7 29:9
   38:14 39:19 40:21 45:10 48:11
   57:9 78:6 80:10,13 85:22 88:6
   93:9 97:16,17 98:15 110:22
   122:25 141:21
**specifically** 15:4 40:6 42:12 51:2
   57:14 85:11 86:14 90:20 141:11
   141:24
**specified** 110:21
**speculate** 126:2 131:12
**spending** 95:3
**spoke** 13:14 16:13 22:6 36:12 79:2
   89:3 96:22 97:2,3,4,9 119:14
   122:18 132:17
**spoken** 65:22 66:2 107:2
**spread** 93:8,9
**Srour** 13:19 26:12 32:15 49:25
   62:9 79:18 83:2 100:4 135:14
   139:7
**ss** 151:4
**stalking** 115:19,22
**stamped** 50:2 79:20 83:3
**standing** 137:25
**stands** 85:25
**start** 47:21 86:17 100:8 135:8
**started** 10:21 12:17 14:25 19:17
   37:18 53:10 105:7 116:16 144:9
**starting** 10:18
**starts** 95:8
**state** 1:20 5:4,16,19 9:10 124:11
   151:4,22 153:5
**statement** 88:21,25 120:6,11,12,16
   120:23 121:16
**States** 1:2 11:5
**staying** 145:22
**stenographically** 6:17
**Stenotype** 1:19
**step** 46:18
**Stephanie** 100:5
**steps** 80:6,11,13 81:11
**Steven** 2:6 6:6,9 118:4
**sticking** 143:5,7 144:18
**stipulate** 4:21
**stipulated** 3:4,9,13 4:3,12 5:5
**STIPULATIONS** 3:2

**stopped** 20:22,24,25
**storage** 55:19 56:14
**store** 28:17
**stored** 94:2
**stores** 17:7,10 28:20 41:10 61:14
   91:6 92:2 93:24,25 94:3,5
**straggler** 117:15
**strategic** 38:4,6 122:4
**strategically** 44:6
**strategy** 24:8 37:22 59:7 85:5 120:7
   120:7 122:2,9,12,17,23 125:5,8
   125:16,18,21 126:4,8
**Streider** 136:7
**strengths** 35:16,19 39:16
**strike** 139:18
**strong** 41:24 42:6
**strongly** 36:2 43:25
**subject** 10:9,13 60:14 62:10 63:7
   83:2
**submission** 20:4
**submit** 19:14 24:25 28:11,23 37:14
   38:24 39:5 80:11 81:16 110:15
**submitted** 77:11 80:20 111:20
   114:5,6,24 116:4,8,8
**submitting** 39:2,9 77:14 78:22
   146:14
**subscribed** 151:19
**subsidiary** 11:6
**successful** 42:24
**successfully** 23:7
**suffered** 56:3
**suggested** 50:22 100:24 102:12
**suggesting** 70:19
**suggestion** 72:7,9,13
**Suite** 2:5
**summarizing** 41:14
**summary** 47:5,5
**Sunrise** 2:5
**supplier** 35:23
**supply** 41:25 44:2 47:13 74:12
   142:15
**supplying** 35:25 63:22
**support** 59:5 88:24
**supposed** 71:6 96:14 143:9
**sure** 27:12 30:25 31:15 33:8 49:5
   49:14 56:7 66:20 73:22 93:14
   96:21 106:5,11 110:25 117:14
**swear** 4:20,23
**sweat** 143:4
**Sweeney** 100:5
**sweeten** 124:7,10,15
**switching** 17:15
**sworn** 3:16 5:19 153:8
**synergy** 20:20 21:5 23:10 72:11
   74:10
**System** 9:24

---
                          **T**
---

**T** 151:2 152:7 153:2,2

**table** 64:8 65:4 109:22 110:7
   131:18,19,22,25
**take** 6:22 7:7,23 14:6,9 20:11 32:23
   69:12 86:25 109:24 117:12,12
   120:10 131:6 142:6 143:20 150:8
**taken** 1:16 81:12 87:20 111:8
   117:25 138:8 151:9
**talk** 45:5 74:22,24 88:4 104:11
**talked** 14:17 39:13 70:18
**talking** 18:21 19:6,25 20:7,8,8 24:4
   38:20 39:14 45:19 49:5 60:5
   64:10,18 65:12,12,20 66:4 67:25
   70:16 71:2 75:16 96:23 102:8
   104:16 122:24 125:10 132:18
   133:23 138:10,21,25 139:4,16,18
   143:13 148:2
**talks** 31:2 41:2 92:25
**target** 29:3 36:10
**targeting** 18:12
**targets** 67:21
**team** 46:8,16,22 47:17 58:10 59:5
   59:14 85:14 86:17 87:12,15,17,22
   87:23 90:13 91:20 94:7,8,15,19
   94:25 95:3,10 126:24 134:6,11,16
   138:2
**teams** 88:10,16 89:5 91:21 94:22
**tech** 61:16 86:21,22
**technology** 47:12 59:8 85:7 126:15
   126:20 127:2,8
**tell** 13:2,14 16:20 18:14 24:15,19
   24:23 28:16 74:20,23 83:6,7 86:5
   87:14 100:14 105:13 118:20
   126:3 133:7 137:16 141:5,11
   142:7
**telling** 39:25 53:24 54:17 57:23
   83:23 91:19 101:13,17,20,23
   134:20 139:25
**Tempke** 69:23,23 70:8,15,21 71:9
   71:19 72:6,19 73:5,25 74:16
   79:20 101:9,11,14
**ten** 54:21 63:22 75:18 112:11
**terms** 28:25 75:9 95:12 122:4 123:3
   146:25 147:10,11,13
**terrain** 47:15
**test** 35:10
**testified** 5:20 57:7
**testify** 8:17
**testifying** 8:3
**testimony** 151:9,12 153:11
**thank** 6:25 57:20 141:17 149:25
   150:4,5,5,7
**Thanks** 32:19
**thing** 22:14 59:11 89:16 102:7
   144:24
**things** 28:15 29:5 38:21 51:6,20
   59:13 65:20 67:25 75:17,19,24
   86:20 87:13 89:21 98:11 102:13
   113:15 126:24
**think** 12:12,13 17:19,23 18:5 19:21

19:22 20:19 21:4,25 22:4 23:17
24:3,12,22 34:8,19 38:4 40:18
42:23 45:14 58:24 59:9 64:7
65:12 66:14 69:8,9,11 71:22 74:2
74:2 76:13 80:2 81:23 84:13
87:10 89:7 93:22 94:2 103:22
110:7,18 111:6 115:11,20 116:16
117:13 120:2,19 129:21 130:17
130:22 135:9 143:7,11 144:8,12
144:17 147:19 148:17 149:18
**thinking** 138:22
**third** 59:5 125:16 142:5
**THOMAS** 2:11
**thought** 9:6 23:5 43:3 44:18
**thoughts** 23:2
**thousand** 110:9
**thousands** 68:22
**three** 19:22 34:8,25 55:12 58:2
89:19 111:7 112:5,7 120:7 128:20
141:23
**threshold** 114:6,12
**time** 1:18 3:11 5:2 7:22 17:18 19:19
23:18 25:16,22 27:23 28:23 29:14
29:20,24 31:17,22 32:8,10,24,25
38:3 41:6 47:8 48:6,22 49:17,19
60:6,8 61:24 62:2 67:7,8 69:15,17
71:5 72:21,23 73:13,15,17 75:21
75:22 76:20 77:3 78:15 79:11,13
81:14 82:18,20 83:10,15 89:8,15
94:2,11 95:4 96:11 99:19,23
100:16 109:19,23 111:15 116:15
117:20,24 118:7,9,23 119:2,7
137:5 138:12 140:3 143:18,19,24
150:5,10
**timeline** 89:22
**timelines** 98:15
**times** 28:6 96:12 111:19 112:5,7,9
112:10,15
**timetable** 25:6
**timing** 89:8,11,17 99:9
**tmurphy@greenbaumlaw.com**
2:12
**today** 5:12 8:17 12:24 26:8 85:25
91:23 139:21,25 140:2
**today's** 13:8,25 14:7
**told** 12:25 18:11 25:7 28:8 41:16
56:7,11 70:17 75:6 79:5 81:10
92:17 94:23 96:6 97:15 119:11
133:15,17 134:3 141:14
**tons** 43:14
**top** 30:9 32:18 46:7 71:23 100:8
118:13
**topics** 141:21
**total** 50:7 52:6,23 53:17 55:6
**touch** 22:2 126:24
**traditional** 121:20
**transaction** 48:11 71:4,14 95:11
**transactions** 37:24
**transcript** 151:8,10 153:10

**transfer** 126:16,20 127:2,9
**transition** 94:11
**translating** 20:9
**trial** 3:12
**tribunal** 10:15
**true** 151:11,13 153:11
**truthfully** 8:17
**try** 20:2 36:25 90:11 100:9
**trying** 28:2 31:13 35:10 36:22
**turn** 40:9
**turnaround** 120:6 122:2,9,12,16
125:5,7
**turns** 111:17
**twice** 112:2
**two** 11:18 19:22 26:19 28:3 29:4
34:6,7 40:19 41:11 45:18 49:5
58:2 59:11,12 73:21 100:21 120:6
125:18 131:19 133:9 135:20
141:23 143:7,15,19

**U**

**U.S** 40:23 47:18 56:3
**ultimate** 145:4
**ultimately** 113:20 147:13
**unauthorized** 4:17
**unchartered** 47:15
**underlying** 54:14
**understand** 6:23 7:8,13,16,19,24
8:2 33:11 44:14 58:22 65:23
78:13 88:20 93:4 97:7 103:12
105:22 113:12 131:8
**understanding** 43:23 85:7,24
119:18,21
**understood** 7:18 17:11 91:23
**unfold** 28:25
**United** 1:2 11:4
**unknowns** 48:10
**urgent** 95:9
**usage** 122:4
**use** 61:17,19 142:14 145:17,20
**useful** 52:21

**V**

**value** 124:7,18
**various** 36:2
**vegetarian** 65:7
**verbal** 144:15
**verbally** 6:20
**verify** 21:10
**version** 60:24 77:6
**versus** 6:12 19:2 20:12 138:22
**video** 4:6,13 6:18 97:6,14 136:6,9
139:7 141:10
**view** 22:7,10 38:22
**views** 33:11,12
**violation** 4:17
**virtual** 26:16,18,23 27:18
**virtually** 26:8
**vision** 120:5,10,12,16,23 121:15

**W**

**W** 151:2
**W-2** 15:14
**wait** 7:2,3
**waived** 3:8
**walked** 119:10
**Walmart** 36:10 149:13
**want** 13:11,15 16:18 18:13,23 23:3
26:23 33:6 40:9,16 43:24 46:15
49:4 50:5 51:12 52:11 58:22
66:16 69:12,19,21 73:22 74:23
76:17 77:10 81:9 83:5 110:24
111:12 117:11,12,14 121:8,25
126:2,3 129:4,23 131:7 132:23
134:19 145:18,22 146:23 147:8
147:10 149:19
**wanted** 36:17 57:19 63:9 71:10
87:11 89:19,19 96:21 103:9
105:25 124:9 142:19
**wanting** 37:5
**wants** 109:22 140:22
**warehouse** 140:15
**wasn't** 57:9 92:22 93:4,20 112:11
128:23 148:4
**watching** 139:7
**way** 7:4 15:18 121:17 123:24
124:14,21 145:3 153:16
**ways** 40:8
**we'll** 144:11
**we're** 42:20 49:5 73:20 106:5,11
**web** 1:17 4:9 5:12
**websites** 149:13
**Wednesday** 114:2
**week** 89:13,14
**weeks** 13:4 19:23 29:4
**Welspun** 11:20,22
**went** 13:5 77:21 84:8 110:13 111:6
114:16 138:3 139:12,14 144:8
**weren't** 76:22 81:2 92:19
**WHEREOF** 153:18
**wholesale** 16:24
**wholesaler** 20:12 46:15
**wholesalers** 17:13 43:14 79:9
**willing** 112:18 113:23 114:15
116:19
**win** 112:19 116:19
**winning** 116:11
**winters** 100:3 108:23 112:23 116:3
**witness** 1:15 4:7,20,23,25 5:11,15
5:18,23 6:2 8:9 117:16 150:7,9,11
152:4 153:7,12,18
**words** 125:18,18 131:19 145:17,20
145:25
**work** 10:17 12:7 14:22 15:5 16:7
17:9 19:13 23:19,21 24:2,24
25:11 28:10 29:12,16 37:13,18
39:4 46:17 47:16 51:8 75:10
83:24 84:3,7 85:14,20 87:13,17

88:7,11,17 89:2,5,23 98:16 99:2,7
    100:24 101:18 108:7 121:12
    124:19 133:3,6 134:9,15 139:12
    140:13 146:20,21,23 147:8,20,23
    147:25 149:3,10,20,22
**worked** 10:20 11:6 17:3 106:19
    107:6 108:20 120:16,23 130:18
**working** 11:5,24 19:17 36:13 37:10
    38:13 45:23 46:3 75:24,25 76:4
    76:12,19,22 86:18 87:19 88:23
    94:7,15,17 112:21 122:16 129:21
    131:22 132:10,12,14,16 133:16
    133:17 146:25
**works** 80:2 101:14
**world** 36:14
**Worldwide** 11:10
**worried** 89:17
**wouldn't** 53:2
**write** 26:6 40:10 41:23 43:8 46:7
    46:13 77:10 126:17 127:14
    131:19
**writes** 30:15 71:9 80:4 83:22 106:5
    114:4,24 129:14
**writing** 55:11 73:25 116:3
**written** 4:15 33:4 85:13
**wrote** 32:20 33:9 40:24 45:6,7 50:6
    57:13 74:7 118:17 119:16,20,24
    119:25 120:12 122:6 125:17
    132:7 134:7

---

**X**

**X** 1:3,11 152:2,7

---

**Y**

**Yale** 9:4,7
**Yeah** 14:2 28:12 78:16 89:12
    143:23
**year** 42:2,2 56:13
**years** 10:21 11:7 35:22 44:3 54:21
    63:22 128:20
**Yellowstone** 6:2
**Yesterday's** 33:10
**York** 1:2,20 2:5 5:20 6:4 151:4,22
    153:5
**Yuen** 136:11

---

**Z**

**Zoom** 4:9 25:17 27:7,8 29:21 31:18
    32:9 49:18 58:17 60:7 61:25
    69:18 72:22 73:16 77:4 79:12
    82:19 99:20 118:8

---

**0**

**07068** 2:10

---

**1**

**1** 25:21,24 152:9
**1.4** 92:10,16
**1.6.1** 60:24

**1:40** 150:12
**10** 26:2 27:2,3,4 28:5 30:4 31:10
    58:17,20 79:15,17 152:18
**10,000** 110:9,22
**10.2** 108:22 113:3,20,23 115:4
**10:00** 1:12 116:17
**100** 129:16
**100,000** 110:16
**10791** 152:9
**10868** 62:11 152:15
**11** 82:22,24 114:7,24,25 115:12
    152:19
**11301** 79:21 152:18
**11375** 6:4
**11570** 2:5
**11714** 83:4 152:19
**11729** 118:15 152:21
**118** 152:21
**12** 33:19 37:12 38:22 39:7 50:18
    58:13 99:22,25 152:20
**12:25** 117:11
**120** 92:10 93:25
**13** 32:16 33:23 48:23 118:11,13
    152:21
**14** 49:24 60:15
**14065** 100:7 152:20
**15** 50:19,20 51:3 52:3 67:16 112:11
    114:13 134:22 135:3 139:8
    140:24 141:18
**15.5** 114:21 116:4,9
**15th** 51:5 57:17 59:25
**16** 82:6,11
**17** 1:12 73:6 151:10
**18** 58:25
**19** 62:8
**1991** 10:21
**1996** 10:22
**19C** 6:3
**1st** 153:19

---

**2**

**2** 29:23 30:2 69:21 110:10 152:10
**2.1** 110:11
**2/20** 143:17
**20** 56:14 114:6,12,14,16,22 116:22
    143:15,20
**20,000** 56:10 110:9
**200** 110:18
**2001** 11:11
**2020** 11:23 36:22 37:4 149:20
**2023** 16:5 33:19 125:21 134:9,22
**2024** 1:12 151:10,20 153:20
**21** 12:13 15:2
**22** 12:12,13 15:2 81:15 82:8
**23** 19:20 85:21 90:7 95:20
**24** 120:17,24 121:16 122:17 125:21
    126:21 131:23 132:11,21 133:3
    134:9
**24/7** 140:13,15

**25** 35:21 152:9
**265** 2:5
**2770** 152:12
**2783** 152:13
**28** 100:6,11 102:14,25 106:2 114:2
**2800** 152:14
**2920** 73:7 77:8 152:16
**2921** 152:17

---

**3**

**3** 31:21,24 152:11
**30** 35:22 152:10
**31** 152:11
**32** 152:12

---

**4**

**4** 32:11,14 152:12
**40** 56:15
**49** 152:13

---

**5**

**5** 49:21,23 152:13
**50** 2:5
**50/50** 106:5,11

---

**6**

**6** 60:10,12 152:14
**60** 115:20 152:14
**62** 152:15

---

**7**

**7** 62:4,6 152:5,15
**70-25** 6:2
**73** 152:16,17
**75** 2:10
**79** 152:18

---

**8**

**8** 72:25 73:3,4 152:16
**82** 152:19
**8791** 152:11

---

**9**

**9** 60:24 73:19,20 152:17
**90** 129:15
**9434** 152:10
**95** 93:23 94:4
**99** 152:20