Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   -------------------------------------------
 3   GO GLOBAL RETAIL LLC,
 4                   Plaintiff,
 5        -v-      Index No. 1:23-cv-07987-AS
 6   DREAM ON ME INDUSTRIES, INC., and DREAM ON ME,
     INC.,
 7
                 Defendants.
 8
     -------------------------------------------
 9
10
11        REMOTE VIDEOCONFERENCE DEPOSITION OF
12   KATHLEEN LAUSTER, a Witness herein, taken by the
13   Defendant, on Thursday, October 10, 2024, at
14   10:00 a.m., before Jeffrey Shapiro, a
15   Stenographic Reporter and Notary Public, within
16   and for the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1   A P P E A R A N C E S :
 2   GREENBAUM ROWE SMITH & DAVIS LLP
 3     Attorneys for the Defendants
 4     99 Wood Avenue South
 5     Iselin, New Jersey 08830
 6   BY:  THOMAS MURPHY, ESQ.
 7
 8
     FALCON RAPPAPORT & BERKMAN LLP
 9
       Attorneys for the Plaintiff
10
       265 Sunrise Highway, Suite 50
11
       Rockville Centre, New York 11570
12
     BY:  STEVEN BERLOWITZ, ESQ.
13
14
15   Also Present:
16   Leah Edwards, Assistant General Counsel, Ankura
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2
 3
 4
 5
 6        IT IS HEREBY STIPULATED AND AGREED by
 7   and between the attorneys for the respective
 8   parties hereto, that the filing, sealing and
 9   certification be, and the same are hereby
10   waived;
11
12        IT IS FURTHER STIPULATED AND AGREED
13   that all objections, except as to the form of
14   the questions, shall be reserved to the time of
15   the trial;
16
17        IT IS FURTHER STIPULATED AND AGREED
18   that the within examination may be subscribed
19   and sworn to before any notary public with the
20   same force and effect as though subscribed and
21   sworn to before this Court.
22
23
24
25
```

Page 4

```
 1   Whereupon,
 2            KATHLEEN LAUSTER,
 3   after having been first duly sworn, was examined
 4   and testified as follows:
 5            DIRECT EXAMINATION
 6   BY MR. MURPHY:
 7       Q.   State your name for the record.
 8       A.   Kathleen Lauster.
 9       A.   My home address is 3 West 63rd
10   Street, Apartment 9L, New York, New York 10023.
11       Q.   Good morning, Ms. Lauster.  My name
12   is Tom Murphy, I'm a lawyer with Greenbaum Rowe
13   Smith & Davis, we represent Dream On Me, Inc.,
14   and Dream On Me Industries, Inc. in a lawsuit
15   brought against it by Go Global Retail LLC.
16       Do you understand that you're here
17   today to have your deposition taken in
18   connection with that case on behalf of Ankura
19   Capital Advisors LLC?
20       A.   Yes.
21       Q.   Have you ever had your deposition
22   taken before?
23       A.   No.
24       Q.   I'm going to go through some brief
25   instructions before we begin.  I understand
```



Page 5

Lauster

that you're a -- Ankura is a non-party, so I'll try to -- as much as I can. You are under oath here today, the same way you'll be if you're testifying in court.

The court reporter, Jeff, which you can see on your screen, is going to be taking down everything that is said while we're on the record today. Therefore, he needs a verbal response, he can't transcribe nods or other gestures.

It's also important that we don't talk over one another, so even if you know where I'm going with my question, let me finish, I'll do the same with your answer. If you don't understand a question, let me know and I will rephrase it.

If you answer, I'm going to assume you understood the question. If you do not know an answer, that's an acceptable response. We do not want you to guess. You may approximate, but let us know that you are approximating. And if you need a break for any reason, just let us know that, as well. We just can't take a break while a question is pending.

Page 6

Lauster

Do you understand these instructions?

A. Yes.

Q. Did you do anything to prepare for today's deposition?

A. I looked through previous e-mails in my calendar, and spoke to Steve.

Q. In your conversations -- and as I understand it, Mr. Berlowitz and his firm are representing you and Ankura in connection with the deposition today; is that correct?

A. Yes.

Q. And I don't want to know about the content of any of your conversations with Steve, those would be privileged, as well as any other conversations with your in-house counsel.

Besides the lawyer, did you speak to anybody else in preparation for today's deposition?

A. My team.

Q. And who makes up your team?

A. The people that were relevant to this situation were Matthew Lapish, Abhishek.

Q. Do you remember anything

Page 7

Lauster

specifically that you discussed with Mr. Lapish and Abhishek?

A. He was with me in pretty much every meeting, every call. So, you know, some reminiscing with what happened a long time ago.

(Laughter.)

Q. Unfortunately, I butchered the other gentleman's name. Can you say it one more time?

A. Abhishek.

Q. Abhishek. Okay. And am I correct that Abhishek was responsible for providing people with access to the data room?

A. Yes.

Q. What were his other responsibilities?

A. He's the junior resource on the deal. So, he managed the NDA process in terms of executing, populated the data room, and just did other -- he wasn't in meetings, but he did other tasks that we asked him to do, you know, related to this deal.

Q. And am I correct that you are the CEO of Ankura?

Page 8

Lauster

A. Yes.

Q. Could you just briefly walk me through your career history.

A. My career, it's been about roughly 25 years. I primarily started in commercial banking, I have an MBA, I got a CFA. I've done investment banking most of my post-business school period. I'm a registered rep, I guess that's worth mentioning, too. FINRA registered.

Q. Had Ankura ever worked on a deal with Go Global before?

A. Our parent company has. So, we are a subsidiary. Ankura Consulting Group had, Ankura Capital Advisors had not.

Q. Do you know what prior dealings Ankura Consulting Group had with Go Global?

A. Not in any detail.

Q. Do you know if they ever closed a deal together?

A. Well, they're not bankers, they're consultants. So, they wouldn't be closing deals.

Q. Were you involved in the retention



Page 9

Lauster

1
2  by Go Global of Ankura in this matter?
3     A.   Yes.
4     Q.   And how did that come to be?
5     A.   My consulting colleagues introduced
6  us to Jeff Streader.  And we had an initial
7  meeting where Jeff laid out his strategy for
8  acquiring buybuy Baby, and had a few
9  conversations, put together a proposal, and
10 then we were engaged.
11    Q.   Do you know approximately when that
12 first meeting with Jeff was?
13    A.   I don't recall exactly.  I'm going
14 to say it was probably in early May, roughly,
15 but I can't recall exactly.
16    Q.   During the deposition today, at
17 various times, I'm going to share my screen and
18 put up documents that I'm going to mark as
19 exhibits that we're going to speak about.
20       I'm going to do the first one now.
21       MR. MURPHY:  Can everybody see my
22 screen?
23       MR. BERLOWITZ:  Yes.
24       THE WITNESS:  Yes.
25       MR. MURPHY:  I'm going to mark as

Page 10

Lauster

1
2     Exhibit 1, it's a letter on Ankura
3     letterhead that is dated May 12th, 2023.
4     It is 14 pages.  It starts at Bates
5     number GG-0013368.
6        (Exhibit 1 was so marked for
7     identification.)
8  BY MR. MURPHY:
9     Q.   This copy is not signed, but the
10 letter is -- there's line for a signature by
11 Ms. Lauster.  Do you recognize this document?
12 And do you need me to scroll through it any
13 slower for you to be able to do that?
14    A.   I recognize the document.  I have
15 no idea, since it's not executed, whether this
16 is a final version.
17    Q.   What do you recognize the document
18 to be?
19    A.   It's our engagement letter.
20    Q.   And this would be consistent with
21 your recollection that you first met with
22 Mr. Streader sometime in early May of last
23 year?
24    A.   Yes.
25    Q.   And back to your preparation for

Page 11

Lauster

1
2  the deposition today, did you see the
3  deposition notice that was served on Ankura?
4     A.   Yes.
5       MR. MURPHY:  I'm going to mark as
6     Exhibit 2, it's a notice pursuant to
7     Federal Civil Procedure Rule 30(b)(6) of
8     the deposition of Ankura Capital Advisors
9     LLC, it's eight pages.
10       (Exhibit 2 was so marked for
11    identification.)
12       THE WITNESS:  I'm not sure I saw
13    this document.  I saw the notice that we
14    were served initially.  I don't know that
15    I've seen this particular document.
16 BY MR. MURPHY:
17    Q.   Okay.  This practitioner document,
18 I will represent to you was served on your
19 counsel, it's a deposition notice, which lists
20 various topics to be covered in the deposition
21 today.  The federal court rules permit us to
22 seek a corporate representative to be deposed
23 on topics related to the case, which are
24 identified in the notice.  And that's the page,
25 I have scrolled through to the last page of the

Page 12

Lauster

1
2  notice.
3       Looking at this now, do you believe
4  you've seen this before?
5     A.   I've seen this list, yes.
6     Q.   And in looking at this list, are
7  there any of these topics that you are not
8  knowledgeable about?
9     A.   No.  I'm sorry, let me just quickly
10 read it.  Can you make it just a little bit
11 bigger?
12    Q.   Yeah, sure, of course.  And that
13 goes for anything I put in the screen, if
14 there's anything you want me to --
15    A.   Data room, yes.  Data logs, yes.
16       (Reading.)
17       Yes.
18    Q.   Can you briefly summarize for me
19 Ankura's role in this potential transaction?
20    A.   We were engaged by Go Global to
21 assist them in their pursuit of the acquisition
22 of the buybuy Baby assets through the 363
23 process, the bankruptcy process.  So, to help
24 them source the funding and to structure their
25 bid, strategize on how to best position



KATHLEEN LAUSTER                                    October 10, 2024
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES                    13–16

Page 13

1          Lauster
2    themselves to win.
3        Q.   So, once you were engaged in the
4    middle of May of 2023, can you walk me through
5    what was done in the following weeks?
6        A.   Well, we would collect all
7    information that we could regarding the target
8    asset and, you know, regarding Go Global's work
9    and analysis, we needed to know more about
10   their background, their history.  And introduce
11   ourselves to all the relevant players that were
12   involved in the process, Lazard and Kirkland
13   and whatnot.  And then you prepare materials
14   and start -- prepare the data room and start
15   our outreach to seek financial sponsors to
16   support the bid.
17        MR. MURPHY:  I'm going to mark as
18   Exhibit 3, it's an e-mail chain that is
19   four pages.  It starts with Bates number
20   ANK0036256.  The top e-mail that was sent
21   by Christian Feuer on May 21st.  I'm
22   going to scroll down to an e-mail in the
23   chain on May 19th, from Abhishek.
24        (Exhibit 3 was so marked for
25   identification.)

Page 14

1          Lauster
2    BY MR. MURPHY:
3        Q.   Ms. Lauster, I don't believe any of
4    the e-mails in the chain were directed to you,
5    but I believe you were copied on all of them.
6    This e-mail seems to me to be a kind of summary
7    of investor outreach to date as of May 19th of
8    last year; is that a fair summary?
9        A.   Yes.
10        Q.   And as of that time, it appears
11   there's 347 potential investors had been
12   contacted?
13        A.   Yes.
14        Q.   And the 19 would have explicitly
15   passed on getting involved; is that correct?
16        A.   Yes.
17        Q.   And am I correct that the others
18   were either considering or you had not heard
19   back from?
20        A.   Yes.  Well, I mean, there was eight
21   that had signed an NDA, so.
22        Q.   Oh, yeah.  I kind of went out of
23   order there.  So, there's 19, and then there
24   were eight -- the additional eight had signed
25   the NDA, which makes that up to 27 you had a

Page 15

1          Lauster
2    firm response from; was that correct?
3        A.   Yes.
4        Q.   And then seven had data room
5    access, according to this e-mail.  Do you know
6    as of that date why some of them signed an NDA,
7    but didn't have data room access?
8        A.   I don't know exactly why.  We don't
9    always give it automatically.
10        Q.   Do you know approximately how many
11   NDAs were ultimately signed?
12        A.   I can't recall.
13        Q.   Here on the May 20th e-mail from
14   you, you mentioned a meeting with Maicki.  Do
15   you know if there's ever a meeting with Maicki?
16        A.   Yes.
17        Q.   How far did Maicki go in the
18   process?
19        A.   We had several meetings with her.
20   So, we had a dialogue going for a few weeks, at
21   least.
22        Q.   Ultimately, were there any written
23   commitments to invest money?
24        A.   Yes.  We did procure a term sheet.
25        Q.   From who?

Page 16

1          Lauster
2        A.   I can't recall.
3        Q.   Was it just one?
4        A.   To my recollection, I recall one in
5    particular.  There may have been others.  I
6    don't recall.
7        Q.   The one in particular that you
8    remember, you don't remember who that was with,
9    though?
10        A.   Not off the top of my head.  If I
11   thought about it long enough, I probably could.
12        Q.   As you're going through this today,
13   we -- you may see a document that refreshes
14   your recollection about that --
15        A.   Mm-hmm.
16        Q.   -- if you do, please let me know.
17        A.   Mm-hmm.
18        Q.   What was Alix Partners relationship
19   to this potential transaction?
20        A.   We had limited interaction with
21   them.  I believe they were representing the
22   debtor.  But again, it's a little fuzzy.
23        MR. MURPHY:  I'm going to mark
24   Exhibit 4, it's an e-mail chain that is
25   five pages.  It starts an e-mail from

Page 17

Lauster

1
2    Ms. Lauster on May 29th of 2023.  And it
3    starts with Bates number ANK-0035627.
4        (Exhibit 4 was so marked for
5    identification.)
6  BY MR. MURPHY:
7        Q.    Ms. Lauster, it appears you sent
8    this e-mail May 29th, does that look correct to
9    you?
10       A.    Yes.
11       Q.    Can you explain to me why you did
12   not see Sixth Street agreeing to be subordinate
13   sellers under note and equity?
14       A.    Well, because they would be -- had
15   a claim that they would be subordinating.  Why
16   would they want to?  They're senior right now.
17       MR. MURPHY:  I'm going to mark as
18   Exhibit 5, it's a six-page e-mail chain.
19   The top e-mail is also from Ms. Lauster
20   on May 29th of last year.  It starts with
21   Bates number ANK-0048730.
22       (Exhibit 5 was so marked for
23   identification.)
24  BY MR. MURPHY:
25       Q.    Ms. Lauster, I'd like for you to

Page 18

Lauster

1
2  just take a look at this top e-mail, and tell
3  me if I'm correct you also sent this e-mail?
4       A.    Yes.
5       Q.    The e-mail references a possibility
6  of Perot or Queens Court entering the equation.
7       Did that happen with regard to either
8  one of those entities?
9       A.    No.
10      Q.    And how extensive were the
11  discussions with Perot?
12      A.    Extensive.
13      Q.    But I'm correct that ultimately
14  they did not commit to getting involved in the
15  deal?
16      A.    Correct.
17      Q.    And how extensive were the
18  discussions with Queens Court?
19      A.    Also -- not as extensive as Perot,
20  but there was a number of conversations back
21  and forth with Queens Court.
22      Q.    I think I mostly understand it, but
23  can you just run me through the differences
24  between option A and option B?
25      A.    Option A is bringing in outside

Page 19

Lauster

1
2  debt, and so new lender into the equation.
3  Option B is taking the existing creditor on the
4  claims on the estate -- and asking them to
5  basically roll over their claim and
6  co-participate in this way in the bid.
7       Q.    And ultimately, was Sixth Street
8  ever willing to do that?
9       A.    They were open.  We had a lot of
10  conversations, there was a lot of permutations
11  over the course of this.  And, you know, they
12  had expressed willingness to consider.
13      Q.    And I'm correct that there was a
14  willingness to consider, but no ultimate
15  agreement; right?
16      A.    Nothing ever was put in writing.
17      Q.    There was an agreement that was not
18  in writing?
19      A.    No.  I mean, we had a lot of
20  scenarios and possibilities, but it just -- the
21  pieces never came together.  I do believe, to
22  answer your previous question, Mid-Cap was
23  the -- it's my recollection the party that did
24  produce a term sheet.
25      Q.    Thank you.  Ultimately, what do you

Page 20

Lauster

1
2  believe prevented the deal being reached with
3  Sixth Street?
4       A.    The challenges in getting the rest
5  of the cash stack filled out.
6       Q.    Essentially that there wasn't
7  enough funding; is that right?
8       A.    Correct.
9       MR. MURPHY:  I'm going to mark as
10  Exhibit 6, it's a two-page e-mail chain.
11  It starts with another e-mail from
12  Ms. Lauster.  This one is from May 30th
13  of 2023, and it's Bates number
14  ANK-0048851.
15      (Exhibit 6 was so marked for
16  identification.)
17  BY MR. MURPHY:
18      Q.    Ms. Lauster, this e-mail references
19  Corbel.  Can you tell me what happened with
20  them?
21      A.    They were interested in putting
22  together an offer.  Obviously that didn't end
23  up happening.  I can't recall why exactly that
24  fell apart.
25      Q.    And they would have been a debt



Page 21

1              Lauster
2    investor, rather than an equity investor; is
3    that right?
4        A.    They -- no, they would have been
5    like mezz equity -- and equity.
6            MR. MURPHY:  I'm going to mark
7        Exhibit 7, it's another e-mail chain,
8        it's six pages.  It starts at ANK0049356.
9        The top e-mail is from Matthew Lapish on
10       May 31st, 2023.
11           (Exhibit 7 was so marked for
12       identification.)
13   BY MR. MURPHY:
14       Q.    A couple of questions about this.
15   You received this e-mail along with Jeff
16   Streader and Christian Feuer.  Would I be
17   correct that this chart reflects the summary of
18   the status of the current potential investors
19   as of May 31st?
20       A.    Yes.
21       Q.    Right above the chart, Mr. Lapish
22   wrote, "Sixth Street is in a position to try to
23   attract onerous terms -- partner with them and
24   their partnership.  But the partnership gives
25   us the greatest leverage -- the stalking horse

Page 22

1              Lauster
2    definitely winning the bid."
3            Is that a sentence you agree with?
4        A.    Yes.
5        Q.    And why would they -- those terms?
6        A.    Well, I mean, just nature of their
7    role in this.  They're already in and they're
8    wanting to get out.  Every other party in this
9    list is looking to get in, so that's why.
10       Q.    The written commitment you had with
11   Mid-Cap, do you remember how much that was for?
12       A.    No.
13           MR. MURPHY:  I'm going to mark
14       Exhibit 8, it's another e-mail chain,
15       it's three pages.  The top e-mail is from
16       Jed -- it's Bates number ANK-0041294.
17           (Exhibit 8 was so marked for
18       identification.)
19   BY MR. MURPHY:
20       Q.    The e-mail was sent to Jeff
21   Streader and Ms. Lauster, and copied some other
22   people.  Who is Jed -- do you know?
23       A.    He was Go Global's placement agent.
24       Q.    And he was like their glass
25   capital?

Page 23

1              Lauster
2        A.    Yes.
3        Q.    So, I'm correct that Ankura had a
4    data room that it maintained for Go Global, and
5    then separately, Lazard had a data room that it
6    maintained for buybuy Baby; is that right?
7        A.    Yes.
8        Q.    Were there any other data rooms
9    that you're aware of?
10       A.    Lazard had two data rooms.  They
11   managed them both.  One was a clean room that
12   was subject to additional provisions, and then
13   one was the general data room.  It might have
14   been Kirkland that was managing the clean room,
15   I don't recall.
16       Q.    Is the clean room what would
17   contain information when potential investors
18   ask questions for additional documents or
19   information?
20       A.    I certainly never went in either
21   data room.  That's not my role.  My
22   understanding was that the clean room was set
23   up to have like documents that were -- that
24   could have been -- they were worried about
25   trade secrets and things that competitors if

Page 24

1              Lauster
2    they got ahold of it, buybuy Baby might be, you
3    know -- be problematic.  But most -- to be
4    clear, most of the documents, relevant
5    documents were in the main data room.
6        Q.    Do you know if in this e-mail, Jed
7    is referring to your data room or one of the
8    Lazard data rooms?
9        A.    I'm not 100 percent certain, but
10   I'm fairly certain that it would have been our
11   data room.  I don't believe Jed was ever in
12   any, or any of his people.  And certainly
13   things, you know -- looking at this again, like
14   the baby model, that would never have been in
15   Lazard's data room.
16       Q.    Got it.  What's the JJ case study?
17       A.    Jackie and Jane, or Jane and
18   Jackie.
19       Q.    Jane and Jackie?
20       A.    Yes.
21       Q.    Do you know what the IOI dock is?
22       A.    I don't exactly, but I would
23   imagine that it was just a template draft of
24   the indication of interest for putting in a
25   bid.



Page 25

1                  Lauster
2          MR. MURPHY:  I'm going to mark
3   Exhibit 9, it's another e-mail chain,
4   it's three pages.  The first Bates number
5   is ANK-0042631.  The top e-mail is from
6   Ms. Lauster on June 7th of 2023.  I will
7   make it bigger (indicating).
8          (Exhibit 9 was so marked for
9   identification.)
10  BY MR. MURPHY:
11       Q.   Ms. Lauster, so am I correct that
12  at this time, Go Global was looking to get ███
13  ███ to purchase the assets?
14       A.   It would appear so based on this
15  e-mail.  The situation was very dynamic, and
16  the bid evolved, it changed many times, so it
17  seems like it was ███████ at this time.
18       Q.   It's my understanding that the
19  value of the assets was decreasing as more time
20  passed; am I right about that?
21       A.   Correct.
22       Q.   And that was due in part to the
23  inventory that was being sold off; right?
24       A.   Yes.
25       Q.   Anything else attributed to that?

Page 26

1                  Lauster
2       A.   Well, going out of business, sales,
3   the media, just passage of time in general, not
4   paying attention, sitting in bankruptcy.
5       Q.   In your opinion, did the buybuy
6   Baby brand sustain damage during that time?
7       A.   Yes.
8       Q.   Now, the last sentence of your
9   e-mail says, "The family office spoke with
10  has no interest in debt, would be concerned
11  about over-leveraging the transaction."
12          Do you know which family office you
13  were speaking of?
14       A.   I can't recall.
15       Q.   At this point in early June, was it
16  contemplated that Go Global would be
17  contributing its own equity to the deal?
18       A.   That point, I can't recall.  I
19  mean, there was a lot of permutations on how
20  the cap stack would be played out.  And there
21  were periods of time when Go Global was
22  contributing, there are other periods where
23  they weren't.  It evolved.  And I certainly
24  couldn't remember where it was at that point in
25  June.

Page 27

1                  Lauster
2          MR. MURPHY:  I'm going to mark as
3   Exhibit 10 -- actually, one second.  We
4   can actually go back to Exhibit 9, the
5   e-mail, I'm just going to refer to part
6   of that chain (indicating).  I had
7   scrolled down, this is the top, just so
8   everyone can see this is the top of
9   Exhibit 9 that we were looking at.  And
10  then down here (indicating), there's an
11  e-mail chain from June 7th from
12  Ms. Lauster.
13          Is that big enough for everybody or
14  do you want me to make it bigger?
15          MR. BERLOWITZ:  I can see it.
16  BY MR. MURPHY:
17       Q.   And so, kind of right now in the
18  chronology of things, we're at June 7th.
19  Looking at this e-mail, does this refresh your
20  recollection if it was anticipated as of that
21  time that Go Global was going to contribute
22  equity?
23       A.   Yes.
24       Q.   And as of that time, it was
25  anticipated they would contribute ██████

Page 28

1                  Lauster
2   is that right?
3       A.   It seems so.
4       Q.   At some point did that change?
5       A.   As I said, it changed a lot.  Every
6   day it changed.  There were times they were in,
7   they were out.  Parties changed, structure
8   changed, purchase price changed.  It was
9   evolving.
10       Q.   Do you know if Go Global had the
11  ███████ to contribute available?
12       A.   I don't know for sure.
13       Q.   Who was your main contact at Go
14  Global?  Was it Jeff?
15       A.   Jeff, but I worked with Christian
16  and Yuen significantly, as well.
17       Q.   I'm looking at an e-mail that
18  references Intralinks, do you know what that
19  is?
20       A.   That's a data room.
21       Q.   Is that the same thing as the data
22  room that you were hosting for Go Global?
23       A.   No.
24          MR. MURPHY:  I'm going to mark
25  Exhibit 10, it's a one page e-mail, it's



Page 29

Lauster

1  number ANK-0035071, it's from June 8th,
2  from Ms. Lauster.
3      (Exhibit 10 was so marked for
4  identification.)
5  BY MR. MURPHY:
6      Q.   I'm actually not familiar with
7  Intralinks. Can you just explain to me what
8  that was in relation to everything else going
9  on?
10     A.   It's a data room provider.
11 Intralinks was the data room that Lazard was
12 using.
13     Q.   So, then am I correct that when you
14 say you were seeing a lot of baby uploads on
15 Intralinks, you're referring to one of Lazard's
16 data rooms?
17     A.   Yes.
18     Q.   Did there come a point where you
19 became aware of an entity called Dream On Me?
20     A.   Yes.
21     Q.   And how did that come to be?
22     A.   Lazard introduced Christian to
23 Dream On Me, and they CCed us on the
24 introduction.

Page 30

Lauster

1      Q.   Do you remember about when that
2  was?
3      A.   Early June.
4      Q.   My understanding is that occurred
5  on or around June 10th.
6          Does that sound right to you?
7      A.   Yes.
8      Q.   When did you personally have any
9  interaction with Dream On Me?
10     A.   Well, there was the e-mail
11 introduction on Friday, whatever that Friday
12 was, maybe it was June 10th. And then we had
13 an initial, a couple of e-mail interactions and
14 an initial introductory call on Saturday, that
15 following Saturday.
16     Q.   The 10th was actually Saturday --
17     A.   Oh. So, it would have been the 9th
18 when we were introduced, the 10th is when we
19 had our first call.
20     Q.   And were you on that initial call
21 on the 10th?
22     A.   Yes.
23     Q.   Do you remember anything about that
24 call?

Page 31

Lauster

1      A.   Yes, it was an introductory call,
2  trying to figure out what Dream On Me's angle
3  was and what they were trying to accomplish.
4  They had executed an NDA in advance of the
5  call, but we -- before giving any information
6  and granting data room access or anything, we
7  wanted to make sure that they were not
8  potentially going to be issuing -- submitting
9  their own bid and -- separate from Go Global
10 competing with them in an auction.
11     Q.   Was Ankura involved in the -- in
12 having the NDA signed by Dream On Me, or was
13 that handled entirely by Go Global?
14     A.   As I recall, Christian sent Go
15 Global the NDA. It was a template that, to the
16 best of my knowledge, was identical to the
17 template that we were using for everybody else
18 to sign an NDA. It would have been -- Go
19 Global executed it, we would have
20 counter-executed it on behalf of Jeff, as we
21 did for any NDAs that didn't have substantial
22 red lining, and we kept a record of it.
23     Q.   Did most of the NDAs related to
24 this transaction have red lining from the

Page 32

Lauster

1  template?
2      A.   I don't remember exactly how many
3  did and didn't, but I'm sure there was a number
4  that did, quite a number.
5          MR. MURPHY: I'm going to mark as
6  Exhibit 11, it's a nondisclosure
7  agreement. It has Go Global's logo on
8  the top of. It's four pages. It starts
9  on page number DOM000031.
10         (Exhibit 11 was so marked for
11 identification.)
12 BY MR. MURPHY:
13     Q.   Ms. Lauster, does this appear to be
14 the NDA related to Dream On Me that we were
15 just speaking about?
16     A.   Yes.
17     Q.   I think you said that Ankura would
18 have handled and executed this on behalf of
19 Jeff; is that correct?
20     A.   Correct.
21     Q.   Is this template nondisclosure
22 agreement something prepared by Go Global or
23 prepared by Ankura?
24     A.   Go Global. It would be Go Global.



Page 33

Lauster

1  We might have given some feedback or input, but
2  it's ultimately their NDA, not ours.
3      Q.   And if there were any negotiations
4  regarding the terms or red line changes, would
5  that be handled by Go Global or Ankura?
6      A.   The way we handle it is we have
7  certain parameters in which certain changes we
8  can agree to without wasting the time of going
9  back to Go Global, and if there were more
10 significant changes, then we go back to Go
11 Global.
12     Q.   Was Ankura authorized to make any
13 revisions to the non-circumvention provision?
14     A.   No.
15     Q.   Do you know if there were any NDAs
16 in connection with this potential transaction
17 that Go Global executed, which provided that
18 the non-circumvention provision was not
19 applicable if they did not submit a bid?
20     A.   I don't recall any, and I would
21 imagine it would have been unlikely.
22     Q.   Back to the NDA for a second.
23 Would you have -- were you personally involved
24 in that process at all, with Dream On Me?

Page 34

Lauster

1      A.   No.  I mean, the person -- Abhishek
2  managed this process for NDAs.  And I -- he
3  reports to me, and I was aware of what was
4  going on and who was executing and, you know,
5  if there are situations where there's a lot of
6  red lines, I was aware of that, too.  This was
7  not the case.  I knew it had been executed,
8  though.
9      Q.   Am I correct that after your
10 initial call with Dream On Me, they were
11 granted access to the Go Global data room?
12     A.   Yes.
13     Q.   Am I correct that there was an
14 in-person meeting that occurred with Dream On
15 Me on that Monday, which I understand to be the
16 12th, I think it occurred at a steak house in
17 New York?
18     A.   Yes.
19     Q.   Were you present at that meeting?
20     A.   Yes.
21     Q.   Do you remember who else was
22 present?
23     A.   Christian and Deborah on our side
24 Milan, Mark -- that's who I recall being

Page 35

Lauster

1  present.  There might have been one or two
2  other folks.
3      Q.   Was Avish present?
4      A.   Yes.
5      Q.   And I am correct that Jeff Streader
6  was not present?
7      A.   Correct, he was not there.
8      Q.   And what do you remember about that
9  meeting?
10     A.   It was, you know, social that we
11 were having dinner together and getting to know
12 one another.  But also making a plan to put
13 together a bid, and strategizing about that,
14 and what could be done with buybuy Baby and
15 whatnot.
16     Q.   Prior to June 9th, did you have any
17 knowledge about Dream On Me?
18     A.   June 9th was --
19     Q.   The Friday when you first heard --
20 when Lazard brought them up.  I guess my
21 question is, before that date --
22     A.   No.
23     Q.   -- did you know they existed?
24     A.   No.

Page 36

Lauster

1      Q.   During that initial meeting, was
2  the intention that Dream On Me would be a
3  limited partner that was just going to invest
4  funds, or they're going to be a general partner
5  that was involved in the operation?
6      A.   I'm sorry.  Which initial meeting
7  are you talking -- the dinner --
8      Q.   Fair distinction.  I guess let's
9  start with the call on Sunday.
10     A.   It was our understanding, and this
11 was the way in which Lazard made the
12 introduction, is that Go Global, you know, had
13 done all the work and whatnot, and put forth a
14 bid and was struggling to find the capital to
15 support that bid.  Dream On Me was very late to
16 the game and didn't have the retail knowledge
17 and/or understanding even of the bankruptcy
18 process or anything, but they had the capital.
19 So, that was Lazard's thought process behind
20 making that introduction, and Dream On Me was
21 going to be considered more of an LP.
22     Q.   And was that true during the dinner
23 meeting, as well?
24     A.   Yes.



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
37–40

Page 37

Lauster

2      Q.   Were there ever any discussions
3  about them being a general partner?
4      A.   I think that everything hadn't been
5  fleshed out at that dinner, it was the initial
6  meeting.  And so, there was all sorts of
7  scenarios thrown out there and whatnot.  I
8  don't think it was -- it wasn't fully fleshed
9  out.
10      Q.   At least initially, do you remember
11  how much capital was being discussed as far as
12  the contribution from Dream On Me?
13      A.   I mean, I want to say ▮▮▮▮▮▮
14  but I don't know if that's correct.  I want to
15  say that's what it was, but I'm not sure.
16      Q.   And that was 50, 5-0?
17      A.   Yes.
18      Q.   What was your initial impression of
19  Dream On Me?
20      A.   They seemed, you know, obviously
21  successful as a vendor for buybuy Baby.  They
22  had a real reason to want to see buybuy Baby
23  continue to exist, because this is a big
24  distribution channel for them.  And -- but, as
25  Lazard had presented them, they admitted

Page 38

Lauster

2  themselves they had no retail experience, and
3  they were kind of a little unsophisticated
4  regarding bankruptcy and how this process
5  works, setting up retail and whatnot.
6      Q.   Then am I correct following that
7  dinner meeting, there was a subsequent meeting
8  that was set up at the Dream On Me offices in
9  New Jersey?
10      A.   Correct.
11      Q.   And my understanding is that that
12  occurred on June 15th, which would have been
13  the Thursday of that week.
14      Does that sound right?
15      A.   Yes.
16      Q.   And my understanding also was at
17  that point, that there was a deadline to submit
18  a bid, I think that was the following day,
19  Friday, the 16th.
20      Does that sound correct?
21      A.   Is sounds right.  The deadline --
22  the bid deadline changed multiple times, and it
23  was always a day or two away.
24      Q.   And I'm correct that the bid
25  deadline was pushed back on multiple occasions;

Page 39

Lauster

2  right?
3      A.   Correct.
4      Q.   And I'm also correct that that
5  would often not happen until pretty close to
6  the last minute; right?
7      A.   Yes.
8      Q.   I'm correct that you attended the
9  June 15th in-person meeting; right?
10      A.   Yes.
11      Q.   Was everyone who was at the dinner
12  meeting also at the meeting at the office?
13      A.   As I recall, yes.
14      Q.   Was there anyone else additional at
15  that meeting in New Jersey that was not at the
16  dinner meeting?
17      A.   Yes.  Matthew and Jeff Streader.
18      Q.   And what can you tell me about the
19  meeting that occurred that day?
20      A.   We were -- the intention was that
21  we were meeting to flesh out the details and
22  come up with a bid strategy, you know, the
23  deadline was the next day, we're under the gun
24  to get that hammered out.
25      Q.   How did you feel the meeting went

Page 40

Lauster

2  that day?
3      A.   It didn't -- it ultimately didn't
4  go well.  We didn't come to an agreement.
5      Q.   Do you remember the main reasons
6  why an agreement could not be reached?
7      A.   Yeah.  I mean, I think that Mark
8  and Jeff couldn't agree to who would be running
9  the show and managing the company and -- yeah.
10      Q.   Do you remember at any point during
11  the process Mark indicating that he would be
12  willing to invest the money if he was not
13  involved in the management of the company?
14      A.   I don't recall that specifically.
15      Q.   Do you know if Go Global
16  specifically withheld any information from
17  Dream On Me?
18      A.   Not that I recall.
19      MR. MURPHY:  I'm going to mark as
20  Exhibit 13, it's a three-page e-mail.
21  The top e-mail is from Jeff Streader on
22  June 13th, which would have been between
23  the two in-person meetings.
24      (Exhibit 13 was so marked for
25  identification.)



Page 41

1                Lauster
2    BY MR. MURPHY:
3        Q.    This is an e-mail that you were not
4    on, so you may have never seen it.  Take a
5    second -- or take a minute to review it.  The
6    subject of the e-mail is "Dream On Me."
7        A.    Yes.
8        Q.    Do you know what the secret sauce
9    is that Jeff would have been referring to in
10   this e-mail?
11       A.    It's just the years of industry
12   knowledge and experience that they've had,
13   extracting other -- like Janie and Jack retail
14   companies from, you know, a parent, in that
15   case, Gap.  Just, yeah, technical knowledge and
16   whatnot.  Plus keep in mind, once meeting with
17   buybuy Baby management to formulate a strategy.
18       Q.    Do you know if this e-mail would
19   have had anything to do with the IT plans for
20   buybuy Baby?
21       A.    That was part of it, because that
22   was the tricky part of spinning off buybuy
23   Baby, the IT was enmeshed with Bed Bath &
24   Beyond, and apparently why they acknowledged to
25   be very, very difficult to extract.

Page 42

1                Lauster
2        Q.    Do you know if Go Global's IT plans
3    were shared with other potential investors?
4        A.    Yes.  I mean, it would have been in
5    the data room.  At least in a high level.  It
6    might not have been detail, detail, I don't
7    know.
8        Q.    Did the data room that Ankura
9    hosted have different levels of access or if
10   you had access, you had access to everything in
11   the data room?
12       A.    We had the capability of offering
13   different levels of access.  I don't recall
14   whether we ever did that, though.  I don't
15   think we did, but I can't recall.
16       Q.    Did you leave the meeting on June
17   15th thinking that there was any chance of a
18   deal with Dream On Me?
19       A.    The Thursday meeting?
20       Q.    Yes.
21       A.    I thought it was unlikely at that
22   point.
23       Q.    After that meeting, did Ankura have
24   any further contact with Dream On Me?
25       A.    Yes.  Let me clarify that.  I

Page 43

1                Lauster
2    believe the interaction was mainly with Milan,
3    who was acting as a representative.
4        Q.    As of that Thursday meeting on the
5    15th, do you know if Go Global was going to be
6    contributing any of their own funds to the
7    potential deal?
8        A.    I don't recall where they were on
9    that at that moment.
10       Q.    Do you remember if the issue of
11   whether Go Global was contributing funds, if
12   that was a sticking point for Dream On Me?
13       A.    Yes, in that, you know, Dream On
14   Me's perspective was if we're cutting the
15   biggest check, then we're the ones that are
16   calling the shots.  And Go Global's perspective
17   was we're bringing the knowledge of the, you
18   know, this is our deal that we've put together,
19   the experience, we've worked on this for a long
20   time, we're calling the shots, they're turning
21   in more of like an LP.
22       Q.    Do you remember if Go Global
23   submitted a continued bid the next day on the
24   16th?
25       A.    I don't recall.

Page 44

1                Lauster
2        MR. MURPHY:  I'm going to mark as
3    Exhibit 14, it's an e-mail from Matthew
4    Lapish on Saturday, June 17th, to Jeffrey
5    Streader, copied several individuals from
6    Go Global and Ankura, including
7    Ms. Lauster.  It's a two-page e-mail
8    chain, it starts with ANK-0047856.
9        (Exhibit 14 was so marked for
10   identification.)
11   BY MR. MURPHY:
12       Q.    Ms. Lauster, you were copied on
13   this top e-mail.  If you could take a second
14   and look at it for me, please.
15       A.    Okay.
16       Q.    Based on this e-mail on Saturday,
17   June 17th, it appears that some sort of bid had
18   been submitted by Go Global at that point; is
19   that right?
20       A.    Yes.
21       Q.    And do you remember Lazard having
22   issues with the bids that Go Global submitted?
23       A.    I mean, I think they -- yes, they
24   were concerned that there wasn't the capital to
25   support the bid.



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
45–48

Page 45

Lauster

2    Q.    At that point, did you believe
3  there was capital to support the bid?
4    A.    I was unsure.
5    Q.    When you say you weren't sure, does
6  that mean as of June 17th, they didn't have it,
7  but you thought they might be able get it?
8    A.    Yes, there was still a few parties
9  and prospects that were at play, you know,
10  there was still the hope that it could be
11  pulled together.
12    Q.    Mr. Lapish says he refers to the
13  chaotic and scattershot approach to this bid.
14  Is that a statement you would have agreed with
15  at that time?
16    A.    Yes.  The whole process, not just
17  Go Global, everything about this was chaotic,
18  starting with the moving deadlines that were
19  set by Lazard and whatnot, so yes.
20    Q.    And what made it a scattershot
21  approach?
22    A.    I don't recall the details of the
23  bid itself, but it sounded like -- it sounds
24  like what Matthew was saying that it's not
25  fully fleshed out, the details are kind of not

Page 46

Lauster

2  all there.
3    Q.    Up above that, it says the bid
4  procedures have been clearly laid out and they
5  have not been followed.
6      Do you remember that being an issue?
7    A.    Yes.  I mean, at that moment, at
8  that time, yes.  Again, it was a moving
9  target, though.  And it was just the dates were
10  changing, the process was evolving, and most of
11  that was coming from Lazard.
12    Q.    Did Go Global ever submit any other
13  bids related to buybuy Baby or was it just that
14  one?
15    A.    I don't recall.
16      MR. MURPHY:  I'm going to mark
17    Exhibit 15, it's an eight-page document
18    that starts with GG-0030208.  It's dated
19    June 16th of 2023 from Christian Feuer at
20    Go Global Retail LLC to Lazard, attention
21    Christian Tempke.
22      (Exhibit 15 was so marked for
23    identification.)
24  BY MR. MURPHY:
25    Q.    It says "drafted," but do you have

Page 47

Lauster

2  a recollection that this was essentially the
3  terms that Go Global bid on, or rather the
4  terms of the bid that Go Global submitted on
5  June 16th?
6    A.    Yes.
7    Q.    At that time, it indicates that
8  they were contributing ████████ of the
9  intellectual property as outlined below.
10      Do you see that?
11    A.    Yes.
12    Q.    As of that date, is that evaluation
13  of the intellectual property that Ankura would
14  have agreed with?
15    A.    We -- I mean, it was not our role
16  to value the IP.  It seems reasonable, but it
17  wasn't our role.
18    Q.    Did you provide any opinions on
19  valuation?
20    A.    Not -- maybe some guidance or views
21  or whatnot, but that was not our role.
22    Q.    I'm correct that your main role was
23  to raise capital; correct?
24    A.    To raise capital and assist Go
25  Global in negotiating and winning the bid;

Page 48

Lauster

2  right?  So, we were interacting with not only
3  the capital providers, but the creditors,
4  Lazard and whatnot.  I mean, you know, value is
5  whatever a willing buyer is willing to pay for
6  it, and we as bankers in an auction scenario
7  are trying to find the lowest bid possible that
8  is going to win the auction, and that's the
9  value.
10      MR. MURPHY:  I'm going to mark as
11    Exhibit 16 this Excel spreadsheet, it's
12    Bates number DOM00075.
13      (Exhibit 16 was so marked for
14    identification.)
15  BY MR. MURPHY:
16    Q.    Ms. Lauster, is this a spreadsheet
17  that looks familiar to you?
18    A.    Yes.
19    Q.    What is this spreadsheet?
20    A.    I mean, this is the model.
21    Q.    If I refer to it as the Go Global
22  model; is that a fair --
23    A.    Yes, yes.
24    Q.    Was Ankura involved in creating the
25  model?



Page 49

Lauster

1
2      A.    No.
3      Q.    Am I correct that the model is
4    something that Ankura would use when speaking
5    to potential investors?
6      A.    Correct.  We would have reviewed
7    it, might have provided some feedback and
8    checked for errors and links and whatnot, but
9    we didn't create it.  We did use it, it was in
10   the data room, and we referenced it in calls
11   and whatnot.
12     Q.    I'm correct that Go Global never
13   submitted a stalking horse bid; right?
14     A.    I don't recall whether I believe
15   that's correct.  The bid that you showed me
16   previously, I don't recall whether they were
17   still calling that stalking horse at that time.
18   Again, the process was evolving and it was
19   changing.  At one point, some point, they moved
20   away from the idea of having any stalking horse
21   bids.  I don't know where that bid was and
22   vis-a-vis that decision.
23     Q.    Do you know with regards to the
24   going concern of auction, was there ever a
25   successful stalking horse bid submitted by --

Page 50

Lauster

1
2      A.    No.
3      Q.    No, there was not; right?
4      A.    Right.
5      Q.    Am I correct that as a result,
6    then, there was an auction for the IP only and
7    not as as a going concern?
8      A.    Correct.
9      Q.    Do you know who won that auction?
10     A.    Dream On Me.
11     Q.    Do you know what they bid?
12     A.    No.
13     Q.    If I told you they bid $15 and a
14   half million, does that sound right?
15     A.    Yes.
16     Q.    Do you have any opinion about the
17   amount that Dream On Me paid for the IP at that
18   time?
19     A.    No.
20     Q.    The Go Global model that we just
21   looked at, would that have been relevant to
22   Dream On Me's purchase price for the IP only?
23     A.    Yes.
24     Q.    How so?
25     A.    I mean, it would show what the

Page 51

Lauster

1
2    potential is, that model did envision
3    maintaining bricks and mortar stores, but also
4    I believe there was like -- it would have shown
5    what the potential of the IP could be.
6      Q.    Was Ankura involved in any
7    recommendations related to the number of stores
8    that may or may not be kept open?
9      A.    No.
10     Q.    Did you know that Dream On Me was
11   going to participate in the IP auction before
12   it occurred?
13     A.    No.
14     Q.    Did Go Global participate in the IP
15   auction?
16     A.    No.
17     Q.    Did they consider participating in
18   the IP auction?
19     A.    Probably.  I can't recall, but I'm
20   sure they probably did.
21     Q.    But were there any discussions you
22   were involved in related to that?
23     A.    I don't remember specific
24   conversations about it.
25        (Recess taken.)

Page 52

Lauster

1
2        MR. MURPHY:  I'm going to mark as
3      Exhibit 17, it's a one-page e-mail, it's
4      number ANK-0038812.  It's a June 19th
5      e-mail from Matthew Lapish that
6      Ms. Lauster is copied on.
7          (Exhibit 17 was so marked for
8      identification.)
9    BY MR. MURPHY:
10     Q.    If you could take a look at this
11   e-mail and let me know if it refreshes your
12   recollection of whether you knew that Dream On
13   Me intended to bid on the IP before they did.
14     A.    When was the bid on the IP, I guess
15   it was after June 19th.
16     Q.    I'll represent to you it was, yes.
17     A.    Then, yes, we did.  It seems like
18   we had an indication that that would happen.
19        MR. MURPHY:  I'm going to mark as
20     Exhibit 18, it's a one-page e-mail,
21     number ANK-0040219.  It's an e-mail from
22     Matthew Lapish on June 19, Ms. Lauster is
23     CCed.
24         (Exhibit 18 was so marked for
25     identification.)



Page 53

1                    Lauster
2    BY MR. MURPHY:
3        Q.    In the last line of the e-mail,
4    Mr. Lapish says that, "I'm sure given the more
5    modest bid you've assembled, we're not as clear
6    -- as we could be."
7            As of June 19th, did you consider Go
8    Global to be a favorite to acquire buybuy Baby?
9        A.    Reading this e-mail, it's hard for
10   me to recall exactly what was happening on June
11   19th, but it looks like we still -- there was
12   still a bid in place for buybuy Baby and, you
13   know, there had been -- from the get-go, Lazard
14   had given indications that Go Global was a
15   preferred bidder if they could get their
16   financing together.
17       Q.    So, I'm correct that -- I will be
18   correct to say that Lazard preferred that Go
19   Global be involved in the purchase?
20       A.    Yes.  That was how it seemed, we
21   had every indication of that.
22       Q.    Are you aware of any other entities
23   that Lazard appeared to prefer during this
24   process?
25       A.    I'm not aware of any.

Page 54

1                    Lauster
2        Q.    He mentions that the bid is more
3    modest.  Do you know what he's comparing that
4    to?
5        A.    Well, by this point, the number of
6    stores that were going to be remaining in place
7    had been pared down substantially.
8        Q.    And I'm correct that Go Global's
9    ultimate bid was less than what had been
10   discussed when the process started?
11       A.    Correct.
12       MR. MURPHY:  I'm going to mark as
13   Exhibit 19, it's a 23-page document that is --
14   the first number is DOM000052.  It's got a
15   buybuy Baby logo on it, it says "Opposition and
16   Turnaround Strategy" and "June 2023" on the
17   first page.
18       (Exhibit 19 was so marked for
19   identification.)
20   BY MR. MURPHY:
21       Q.    Ms. Lauster, is this a document
22   that you've seen before?
23       A.    Yes.
24       Q.    What do you understand this
25   document to be?

Page 55

1                    Lauster
2        A.    This is their business plan for
3    acquisition.
4        Q.    Is this something you would have
5    used in connection with potential investors?
6        A.    I don't recall exactly, but I would
7    say it's likely, yes.
8        Q.    Besides the model in this plan,
9    were there other Go Global documents that you
10   would share, that you would use in connection
11   with your discussions with potential investors?
12       A.    Yes, we had substantial data room.
13   So, that data room consisted of largely a
14   replication of Lazard's data room, but quite
15   ordered and organized in a way that was in our
16   view more user-friendly for prospective
17   investors.  And it also included quite a bit of
18   Go Global's IP, their models, their transition
19   services agreement drafts, case studies,
20   information about how they had successfully
21   done this previously with Janie and Jack, maybe
22   some general market information, whatnot.
23       MR. MURPHY:  I'm going to mark as
24   Exhibit 20, it's an e-mail chain that
25   starts at ANK-0041287.  Top e-mail is

Page 56

1                    Lauster
2    from Christian Feuer --
3        THE WITNESS:  Am I looking at the
4    wrong --
5        (Exhibit 20 was so marked for
6    identification.)
7        MR. BERLOWITZ:  I think you're
8    displaying something different, Tom,
9    you're displaying a website --
10       MR. MURPHY:  Oh.  One second
11   (indicating).  Sorry, guys.
12       MR. BERLOWITZ:  No problem.
13       MR. MURPHY:  That better?
14       MR. BERLOWITZ:  Yes.
15       THE WITNESS:  Yes.
16   BY MR. MURPHY:
17       Q.    The top e-mail is from Christian
18   Feuer on June 19th.  I'm actually going to
19   scroll down to an e-mail from Kathleen on June
20   18th (indicating).  At the top of this second
21   page, it says, "Lazard's debtors and their
22   advisors are frustrated and disappointed with
23   where we are three days before the auction."
24       Why were they frustrated and
25   disappointed?



KATHLEEN LAUSTER                                    October 10, 2024
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES              57–60

Page 57

1            Lauster
2       A.   I mean, the whole process was
3   frustrating and disappointing.  That is why it
4   kept -- the deadline kept changing; right?  I
5   mean, they -- Go Global, to the best of our
6   knowledge, was the only serious bidder out
7   there that really had a plan in place to keep
8   the bricks and mortar stores, and keep buybuy
9   Baby as a going concern.  And, you know, people
10  would rather see that scenario play out, that
11  way it saves jobs.  You know, it serves a
12  purpose in the community, you know.
13      Q.   Okay.  Were they frustrated and
14  disappointed with Go Global's funding
15  situation?
16      A.   At this point, probably.
17      Q.   Was Go Global ever able to raise
18  enough money to acquire buybuy Baby?
19      A.   They didn't raise enough money to
20  win the bid.
21      Q.   Was there ever an auction conducted
22  related to the going concern?
23      A.   I don't recall that there was.
24      Q.   Do you believe there would have
25  been if Go Global made a qualified bid for the

Page 58

1            Lauster
2   going concern?
3       MR. BERLOWITZ:  Objection.
4       You can answer.
5       THE WITNESS:  Do I believe -- sorry,
6   can you repeat the question?
7   BY MR. MURPHY:
8       Q.   Yeah.  The question was, do you
9   believe there would have been a going concern
10  auction if Go Global had submitted a qualified
11  bid?
12      MR. BERLOWITZ:  Same objection.
13      You can answer.
14      THE WITNESS:  Yes.
15  BY MR. MURPHY:
16      Q.   So, once Dream On Me prevailed at
17  the IP auction, then what happened?
18      A.   I don't know.  By that point, once
19  Dream On Me won, our focus was not -- we
20  weren't following this closely any longer.
21      Q.   But I'm correct that there were
22  still attempts following Dream On Me's win at
23  the IP auction for Go Global to assemble a bid
24  for the going concern; right?
25      A.   I believe so.  I don't recall the

Page 59

1            Lauster
2   specifics of it.
3       MR. MURPHY:  I'm going to mark as
4   Exhibit 21, it's a two-page e-mail chain
5   that starts at ANK-0037921.  It's an
6   e-mail from Jeff Streader to you and
7   Matthew Lapish and a couple of other
8   people at Ankura.
9       (Exhibit 21 was so marked for
10      identification.)
11  BY MR. MURPHY:
12      Q.   I'd like you to take a minute and
13  review this e-mail.  Do you remember receiving
14  this e-mail?
15      A.   Yes, kind of.
16      Q.   I'm correct that in this e-mail,
17  Mr. Streader is presenting two potential models
18  to put in together a bid?
19      A.   Yes.
20      Q.   And one is entitled "Low Model" and
21  one is entitled "Realistic Model"; is that
22  right?
23      A.   Yes.
24      Q.   Would you agree that his realistic
25  model was at that point realistic?

Page 60

1            Lauster
2       A.   In what sense?
3       Q.   Well, a significant chance of
4   coming together?
5       MR. BERLOWITZ:  Objection.
6       You can answer.
7       THE WITNESS:  Yes.  I think that it
8   was contingent -- yeah, it had a chance
9   of coming together, absolutely.  A lot of
10  it was contingent upon Axar coming to the
11  table, and we still thought that that
12  could happen.
13  BY MR. MURPHY:
14      Q.   I'm correct that that did not
15  happen; right?
16      A.   Correct.
17      Q.   Did you believe the low model would
18  be sufficient to acquire buybuy Baby?
19      A.   I'm -- I didn't -- I didn't know.
20      MR. MURPHY:  I'm going to mark as
21  Exhibit 22, it's a three-page e-mail
22  chain that starts at ANK-0040997.  The
23  top e-mail is from Matthew Lapish to
24  several people at Go Global and Ankura
25  and the Falcon law firm, including -- and

KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
61–64

Page 61

Lauster

1    Kathleen is on this e-mail.
2        (Exhibit 22 was so marked for
3    identification.)
4    BY MR. MURPHY:
5        Q.    The e-mail indicates that the IP
6    auction was an apparent success today, an
7    e-mail dated June 28th.  So, does that refresh
8    your recollection that the IP auction occurred
9    on June 28th of last year?
10       A.    Yes.
11       Q.    After that occurred, do you
12   remember if you continued to work with Go
13   Global to attempt to put together a going
14   concern bid?
15       A.    I don't recall the specifics, but
16   it seems like we were -- obviously Matthew sent
17   out that message after the auction, so at least
18   as of then, yes.
19       Q.    The last line of Matthew's e-mail
20   says that you were given July 6th as the
21   drop-dead date to pull this together --
22       (Talking over each other.)
23       Do you see that e-mail?
24       A.    Yes.

Page 62

Lauster

1    Q.    Does that refresh your recollection
2    as to the timing of anything?
3        A.    Yes, sort of, yes.  I mean, that's
4    what we were doing at that time.
5        Q.    Did Ankura have anything to do with
6    the TSA that Go Global put together?
7        A.    Yes.
8        Q.    What was your role in that process?
9        A.    We were reviewing it, sharing it,
10   we were on some of the calls negotiating for
11   negotiations.
12       Q.    Would the drafts of the TSA be in
13   the Go Global data room?
14       A.    I don't recall.
15       Q.    Do you know if a version of the Go
16   Global TSA ever made it into the Lazard data
17   room?
18       A.    Definitely not.
19       Q.    Were you involved in any of the
20   negotiations with Ziff Davis?
21       A.    I don't recall that.  Who is Ziff
22   Davis?  Who are they representing?
23       Q.    They were a potential partner.
24   They're also called Everyday Health.

Page 63

Lauster

1        A.    I don't recall that.
2        MR. MURPHY:  I'm going to mark as
3    Exhibit 23, it's an e-mail chain that
4    starts with an e-mail from Rick Maicki on
5    July 7th.  The Bates number is
6    ANK-0039366, it's two pages.
7        (Exhibit 23 was so marked for
8    identification.)
9    BY MR. MURPHY:
10       Q.    First, who is Rick Maicki?  That's
11   someone I'm unfamiliar with.
12       A.    He is our consultant in Ankura, our
13   parent company, he has -- as I mentioned
14   earlier on, he's got a much longer relationship
15   with Jeff, he's the one who introduced Jeff to
16   us.
17       Q.    In the e-mail below from Jeff that
18   was forwarded to you by Rick, it says -- Jeff
19   says, "It appears there was a problem with the
20   IP auction winner."
21       A.    Mm-hmm.
22       Q.    Do you know anything about that?
23       A.    I don't recall, no.
24       Q.    Do you know if at this point on

Page 64

Lauster

1    July 7th if you were still actively working on
2    this, or was this over from Ankura's
3    perspective?
4        A.    I don't -- I mean, we were winding
5    down at that point.
6        Q.    Is Ankura currently working with Go
7    Global on anything?
8        A.    No.  I -- Ankura Capital.  I don't
9    know what the consulting team is doing.  I
10   don't believe they are, but I'm not sure.
11       Q.    Understood.  In your view,
12   ultimately how close was Go Global to being
13   able to raise sufficient funds to make a bid?
14       A.    They were close.
15       Q.    Do you know how far short they
16   were?
17       A.    I mean, that's a hard question to
18   answer, because the bids changed, the time
19   evolved, what we were bidding on changed.  I
20   mean, you know, it's hard to answer that
21   question.
22       Q.    For the bid that they did submit on
23   June 16th, do you know how far short they were
24   in having the actual funding?



KATHLEEN LAUSTER                                    October 10, 2024
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES          65–68

Page 65

Lauster

2   A.   That was the e-mail that you showed
3 me; right?  Can you show me that bid again?
4   Q.   Yeah, I can show it to you
5 (indicating).  You wanted to see the bid
6 itself?  Or do you want to see the e-mail?
7   A.   The e-mail, that would be better,
8 because that had the -- who the money was
9 coming from (indicating).
10   Q.   I'm going to put up the e-mail I
11 think you're thinking of that I showed you
12 (indicating).
13       (Talking over each other.)
14   A.   Yeah.  So, those two family
15 offices, they were dancing around the -- first
16 of all, it was kind of like each was waiting
17 for the other one to make a decision and, you
18 know, it got to be a bit binary, really.
19 Either they were both in and they were both
20 going to do this, or one of them is going to do
21 it without the other.  And, you know, it was a
22 bit binary, really, and it didn't -- it looked
23 promising, but nobody knew for sure.
24   Q.   And which two family offices were
25 those?

Page 66

Lauster

2   A.   That was Andrew Axel, I think --
3   Q.   Axer, I think?
4   A.   Axer, yeah.  And then the Perot
5 family.
6   Q.   And do you know who would have been
7 the 40 and who would have been the 20?
8   A.   Andrew would have been the 40.
9   Q.   And I'm correct that at one point,
10 Dream On Me was a potential alternative for
11 those spots?
12   A.   Yes.  I mean, they were for one
13 week considered one of those --
14   Q.   So, your interaction with Dream On
15 Me was really limited to one week in time; is
16 that right?
17   A.   Yes, I may have had a few follow-up
18 conversations with Milan subsequently, but
19 mostly it was confined to that one week.
20   Q.   Do you know when Dream On Me would
21 have ceased to have access to the data room?
22   A.   No.
23   Q.   At some point, would their access
24 have been rescinded --
25   A.   Certainly.  However, it's worth

Page 67

Lauster

2 noting they had already downloaded a bunch of
3 crap -- stuff, so it wasn't -- (Laughter.)
4   Q.   Right, I understand.  Obviously
5 there was a time period where they had access
6 -- a time period they were able to download
7 things?
8   A.   Correct, a lot.
9   Q.   At some point, likely before June
10 19th or on or around June 19th when it was
11 clear that they were bidding for the IP on
12 their own --
13   A.   For sure, I'm sure they would have
14 shut it off before then.
15   Q.   Let me just finish.  We saw an
16 e-mail earlier, where it said on June 19th that
17 Dream On Me was bidding on -- expected to bid
18 on their own.  Would their access to the data
19 room have been turned off by that time?
20   A.   It should have been, for sure.  I
21 don't know exactly when it was shut off, but we
22 would have certainly shut it off.  But again,
23 like I said, though, we have no control over
24 what they had already downloaded, and they had
25 already done a significant amount of

Page 68

Lauster

2 downloading, so, you know.
3   Q.   But I'm also correct that between
4 June 19th and the next -- July 6th, in those
5 few weeks, the model and projections and
6 numbers and potential bid would have been
7 changing; is that correct?
8   A.   Correct.
9   Q.   Do you know what due diligence
10 Dream On Me had performed?
11   A.   At what point?
12   Q.   At the point you first met with
13 them.
14   A.   Very, very limited.
15   Q.   And do you know what they had done
16 at the time that they bid on the IP?
17   A.   Well, I mean, I know that they
18 would have been far more, you know -- I only
19 know to the extent what their interaction with
20 us and the information that they extracted from
21 us.  And, you know, I don't know what they did
22 apart from that, but they would have been much
23 more educated about the process, about the
24 company, how everything worked and whatnot.
25   Q.   Did Dream On Me's bid on the IP



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
69–72

Page 69

Lauster

1
2  preclude Go Global from bidding to acquire the
3  going concern?
4      A.   No, except -- when?  Before or
5  after they won the bid?  Just the act of
6  bidding or winning the bid?
7      Q.   Winning the bid.
8      A.   I mean, if they were successfully
9  winning the IP, it would have really damaged
10  the model, the business plan that Go Global was
11  preparing.
12      Q.   How so?
13      A.   I mean, owning the IP was a
14  critical part of owning the going concern.
15      Q.   So, if Go Global had been able to
16  -- a going concern auction following the IP
17  auction, they would have owned the going
18  concern, but not the IP?
19      A.   To be honest, I don't recall how
20  they were looking at that.  Their business
21  model was considered the IP.  So, I don't
22  recall a scenario and all the permutations of
23  that model and bids and strategies and whatnot.
24  I don't recall one that did not envision --
25  there was talk about doing something without

Page 70

Lauster

1
2  the IP, but it was discarded.
3      Q.   Am I correct that if there had been
4  any qualified bids for the going concern, there
5  would not have been an IPO?
6      A.   I don't understand.
7      Q.   You mentioned you thought you had
8  some communications with Milan after the
9  in-person meeting.  What do you remember about
10  that?
11      A.   We had some phone calls, maybe a
12  little bit of a debrief after the meeting
13  (audio glitch) --
14          And, you know, just some general
15  business not related to this, but like what
16  else are you working on, is there anything
17  else?  You know, unrelated to this.
18          (Discussion off the record.)
19      MR. BERLOWITZ:  Kathleen, do you
20  want to just say again what that was?
21      THE WITNESS:  Yeah.  We had a couple
22  of follow-up calls, and trying to put
23  together the -- trying to put the pieces
24  back together on a potential transaction
25  with Dream On Me and Go Global.  And then

Page 71

Lauster

1
2      just a general call, you know, talking
3      about things unrelated to this, other --
4      what Milan does besides Dream On Me.
5  BY MR. MURPHY:
6      Q.   Do you know how long Dream On Me
7  had been considering purchasing buybuy Baby?
8      A.   I don't know exactly.
9      MR. MURPHY:  I don't have any
10  further questions.  I'm all done.  Thank
11  you.
12      MR. MURPHY:  Thank you.
13      (Whereupon, at 12:36 p.m. the matter
14  was concluded.)
15
16

17          _____
                  KATHLEEN LAUSTER
18
19  Subscribed and sworn to before me
       this _____ day of _____, 20___.
20     _____
          NOTARY PUBLIC
21
22
23
24
25

Page 72

1
2              I N D E X
3
   WITNESS       EXAMINATION BY        PAGE
4
   MS. LAUSTER   MURPHY / DIRECT         4
5
6
7              EXHIBITS
8
   DEFENDANT'S   DESCRIPTION            PAGE
9
   Exhibit 1     May 12, 2023 letter     10
10
   Exhibit 2     Notice of deposition    11
11
   Exhibit 3     May 21 e-mail chain     13
12
   Exhibit 4     May 29 e-mail chain     17
13
   Exhibit 5     May 29 e-mail chain     17
14
   Exhibit 6     May 30 e-mail chain     20
15
   Exhibit 7     May 31 e-mail chain     21
16
   Exhibit 8     E-mails Bates ANK-0041294  22
17
   Exhibit 9     June 7, 2023 e-mail     25
18
   Exhibit 10    June 8 e-mail           29
19
   Exhibit 11    Nondisclosure agreement 32
20
   Exhibit 13    June 13 e-mail          40
21
   Exhibit 14    June 17 e-mail          44
22
   Exhibit 15    Bates GG-0030208        46
23
   Exhibit 16    Excel spreadsheet       48
24
   Exhibit 17    Bates ANK-0038812       52
25
   Exhibit 18    Bates ANK-0040219       52



Page 73

| | DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|---|
| 2 | Exhibit 19 | Bates DOM000052 | 54 |
| 3 | Exhibit 20 | Bates ANK-0041287 | 56 |
| 4 | Exhibit 21 | Bates ANK-0037921 | 59 |
| 5 | Exhibit 22 | Bates ANK-0040997 | 61 |
| 6 | Exhibit 23 | Bates ANK-0039366 | 63 |

7 (Electronic copies of the exhibits were retained
by the reporter.)

Page 74

1                    C E R T I F I C A T I O N

2              I, Jeffrey Shapiro, a Stenographic
3 Reporter and Notary Public, within and for the
4 State of New York, do hereby certify:
5              That KATHLEEN LAUSTER, the witness
6 whose examination is hereinbefore set forth, was
7 first duly sworn by me, and that transcript of
8 said testimony is a true record of the testimony
9 given by said witness.
10              I further certify that I am not
11 related to any of the parties to this action by
12 blood or marriage, and that I am in no way
13 interested in the outcome of this matter.

14              IN WITNESS WHEREOF, I have hereunto
15 set my hand this 22nd day of October, 2024.

21                              JEFFREY SHAPIRO

Page 75

1         DEPOSITION ERRATA SHEET

3 Our Assignment No. J11871510
4 Case Caption:  Go Global vs. Dream On Me

6 DECLARATION UNDER PENALTY OF PERJURY
7              I declare under penalty of perjury
8         that I have read the entire transcript of
9         my Deposition taken in the captioned
10         matter or the same has been read to me,
11         and the same is true and accurate, save
12         and except for changes and/or
13         corrections, if any, as indicated by me
14         on the DEPOSITION ERRATA SHEET hereof,
15         with the understanding that I offer these
16         changes as if still under oath.

19         _____
20         Kathleen Lauster

22 Subscribed and sworn to on the _____ day of
_____, 20_____ before me,
23 _____
24 Notary Public,
In and for the State of _____

Page 76

1         DEPOSITION ERRATA SHEET

3 Page No._____Line No._____Change to: _____
4 _____
5 Reason for change: _____
6 Page No._____Line No._____Change to: _____
7 _____
8 Reason for change: _____
9 Page No._____Line No._____Change to: _____
10 _____
11 Reason for change: _____
12 Page No._____Line No._____Change to: _____
13 _____
14 Reason for change: _____
15 Page No._____Line No._____Change to: _____
16 _____
17 Reason for change: _____
18 Page No._____Line No._____Change to: _____
19 _____
20 Reason for change: _____
21 Page No._____Line No._____Change to: _____
22 _____
23 Reason for change: _____
24 SIGNATURE:_____DATE:_____
25         Kathleen Lauster



Page 77

```
 1        DEPOSITION ERRATA SHEET

 2

 3    Page No._____Line No._____Change to: _____

 4    _____

 5    Reason for change: _____

 6    Page No._____Line No._____Change to: _____

 7    _____

 8    Reason for change: _____

 9    Page No._____Line No._____Change to: _____

10    _____

11    Reason for change: _____

12    Page No._____Line No._____Change to: _____

13    _____

14    Reason for change: _____

15    Page No._____Line No._____Change to: _____

16    _____

17    Reason for change: _____

18    Page No._____Line No._____Change to: _____

19    _____

20    Reason for change: _____

21    Page No._____Line No._____Change to: _____

22    _____

23    Reason for change: _____

24    SIGNATURE:_____DATE:_____

25            Kathleen Lauster
```



                        21:7,11
───────────────         72:14
  Exhibits
                        11871510 Ka
                        thleen.
11871510 Ka             Lauster.
thleen.                 EXHIBIT8
Lauster.                  22:14,17
EXHIBIT1                  72:15
  10:2,6
  72:8                  11871510 Ka
                        thleen.
11871510 Ka             Lauster.
thleen.                 EXHIBIT9
Lauster.                  25:3,8
EXHIBIT2                  27:4,9
  11:6,10                 72:16
  72:9
                        11871510 Ka
11871510 Ka             thleen.
thleen.                 Lauster.
Lauster.                EXHIBIT10
EXHIBIT3                  27:3
  13:18,24                28:25
  72:10                   29:4
                          72:17
11871510 Ka
thleen.                 11871510 Ka
Lauster.                thleen.
EXHIBIT4                Lauster.
  16:24                 EXHIBIT11
  17:4                    32:7,11
  72:11                   72:18

11871510 Ka             11871510 Ka
thleen.                 thleen.
Lauster.                Lauster.
EXHIBIT5                EXHIBIT13
  17:18,22                40:20,24
  72:12                   72:19

11871510 Ka             11871510 Ka
thleen.                 thleen.
Lauster.                Lauster.
EXHIBIT6                EXHIBIT14
  20:10,15                44:3,9
  72:13                   72:20

11871510 Ka
thleen.
Lauster.
EXHIBIT7

11871510 Ka
thleen.
Lauster.
EXHIBIT15
  46:17,22
  72:21

11871510 Ka
thleen.
Lauster.
EXHIBIT16
  48:11,13
  72:22

11871510 Ka
thleen.
Lauster.
EXHIBIT17
  52:3,7
  72:23

11871510 Ka
thleen.
Lauster.
EXHIBIT18
  52:20,24
  72:24

11871510 Ka
thleen.
Lauster.
EXHIBIT19
  54:13,18
  73:2

11871510 Ka
thleen.
Lauster.
EXHIBIT20
  55:24
  56:5 73:3

11871510 Ka
thleen.
Lauster.
EXHIBIT21
  59:4,9
  73:4

11871510 Ka
thleen.
Lauster.
EXHIBIT22
  60:21
  61:3 73:5

11871510 Ka
thleen.
Lauster.
EXHIBIT23
  63:4,8
  73:6

───────────────
      $
───────────────

$15
  27:25
  28:11
  50:13

$18.7
  47:8

$50
  37:13

$70
  25:12,17

───────────────
      1
───────────────

1
  10:2,6

10
  27:3
  28:25
  29:4

100
  24:9

10023
  4:10

10th
  30:6,13,
  17,19,22

11
  32:7,11

12th
  10:3
  34:17

13
  40:20,24

13th
  40:22

14
  10:4
  44:3,9

15
  46:17,22

15th
  38:12
  39:9
  42:17
  43:5

16
  48:11,13

16th
  38:19
  43:24
  46:19
  47:5
  64:24

17
  52:3,7

17th
  44:4,17
  45:6

18
  52:20,24

18th
  56:20

19
  14:14,23
  52:22
  54:13,18



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
Index: 19th..amount

**19th**
13:23
14:7
52:4,15
53:7,11
56:18
67:10,16
68:4

---

**2**

**2**
11:6,10

**20**
55:24
56:5 66:7

**2023**
10:3 13:4
17:2
20:13
21:10
25:6
46:19
54:16

**20th**
15:13

**21**
59:4,9

**21st**
13:21

**22**
60:21
61:3

**23**
63:4,8

**23-page**
54:13

**25**
8:6

**27**
14:25

**28th**
61:8,10

**29th**
17:2,8,20

---

**3**

**3**
4:9
13:18,24

**30(b)(6)**
11:7

**30th**
20:12

**31st**
21:10,19

**347**
14:11

**363**
12:22

---

**4**

**4**
16:24
17:4

**40**
66:7,8

---

**5**

**5**
17:18,22

**5-0**
37:16

**50**
37:16

---

**6**

**6**
20:10,15

**63rd**
4:9

**6th**
61:21
68:4

---

**7**

**7**
21:7,11

**7th**
25:6
27:11,18
63:6 64:2

---

**8**

**8**
22:14,17

**8th**
29:2

---

**9**

**9**
25:3,8
27:4,9

**9L**
4:10

**9th**
30:18
35:17,19

---

**A**

**Abhishek**
6:24 7:3,
11,12,13
13:23
34:2

**absolutely**
60:9

**acceptable**
5:20

**access**
7:14
15:5,7
31:7
34:12
42:9,10,
13 66:21,
23 67:5,
18

**accomplish**
31:4

**acknowledged**
41:24

**acquire**
53:8
57:18
60:18
69:2

**acquiring**
9:8

**acquisition**
12:21
55:3

**act**
69:5

**acting**
43:3

**actively**

64:2

**actual**
64:25

**additional**
14:24
23:12,18
39:14

**address**
4:9

**admitted**
37:25

**advance**
31:5

**advisors**
4:19 8:16
11:8
56:22

**agent**
22:23

**agree**
22:3 33:9
40:8
59:24

**agreed**
45:14
47:14

**agreeing**
17:12

**agreement**
19:15,17
32:8,23
40:4,6
55:19

**ahold**
24:2

**Alix**
16:18

**alternative**
66:10

**amount**



50:17
67:25

**analysis**
13:9

**and/or**
36:18

**Andrew**
66:2,8

**angle**
31:3

**ANK-0035071**
29:2

**ANK-0035627**
17:3

**ANK-0037921**
59:5

**ANK-0038812**
52:4

**ANK-0039366**
63:7

**ANK-0040219**
52:21

**ANK-0040997**
60:22

**ANK-0041287**
55:25

**ANK-0041294**
22:16

**ANK-0042631**
25:5

**ANK-0047856**
44:8

**ANK-0048730**
17:21

**ANK-0048851**
20:14

**ANK0036256**
13:20

**ANK0049356**
21:8

**Ankura**
4:18 5:2
6:10 7:25
8:12,15,
16,18 9:2
10:2
11:3,8
23:3
31:12
32:18,24
33:6,13
42:8,23
44:6
47:13
48:24
49:4 51:6
59:8
60:24
62:6
63:13
64:7,9

**Ankura's**
12:19
64:3

**anticipated**
27:20,25

**Apartment**
4:10

**apparent**
61:7

**apparently**
41:24

**appeared**
53:23

**appears**
14:10
17:7
44:17
63:20

**applicable**
33:20

**approach**
45:13,21

**approximate**
5:21

**approximate
ly**
9:11
15:10

**approximati
ng**
5:22

**assemble**
58:23

**assembled**
53:5

**asset**
13:8

**assets**
12:22
25:13,19

**assist**
12:21
47:24

**assume**
5:18

**attempt**
61:14

**attempts**
58:22

**attended**
39:8

**attention**
26:4
46:20

**attract**
21:23

**attributed**
25:25

**auction**
31:11

48:6,8
49:24
50:6,9
51:11,15,
18 56:23
57:21
58:10,17,
23 61:7,
9,18
63:21
69:16,17

**audio**
70:13

**authorized**
33:13

**automatical
ly**
15:9

**Avish**
35:4

**aware**
23:9
29:20
34:4,7
53:22,25

**Axar**
60:10

**Axel**
66:2

**Axer**
66:3,4

─────────

───── B ─────

**baby**
9:8 12:22
23:6
24:2,14
26:6
29:15
35:15
37:21,22

41:17,20,
23 46:13
53:8,12
54:15
57:9,18
60:18
71:7

**back**
10:25
14:19
18:20
27:4
33:10,11,
23 38:25
70:24

**background**
13:10

**bankers**
8:22 48:6

**banking**
8:7,8

**bankruptcy**
12:23
26:4
36:18
38:4

**based**
25:14
44:16

**basically**
19:5

**Bates**
10:4
13:19
17:3,21
20:13
22:16
25:4
48:12
63:6

**Bath**
41:23



**Bed**
41:23

**begin**
4:25

**behalf**
4:18
31:21
32:19

**Berlowitz**
6:9 9:23
27:15
56:7,12,
14 58:3,
12 60:5
70:19

**bid**
12:25
13:16
19:6 22:2
24:25
25:16
31:10
33:20
35:14
36:15,16
38:18,22,
24 39:22
43:23
44:17,25
45:3,13,
23 46:3
47:3,4,25
48:7
49:13,15,
21,25
50:11,13
52:13,14
53:5,12
54:2,9
57:20,25
58:11,23
59:18
61:15
64:14,23
65:3,5

67:17
68:6,16,
25 69:5,
6,7

**bidder**
53:15
57:6

**bidding**
64:20
67:11,17
69:2,6

**bids**
44:22
46:13
49:21
64:19
69:23
70:4

**big**
27:13
37:23

**bigger**
12:11
25:7
27:14

**biggest**
43:15

**binary**
65:18,22

**bit**
12:10
55:17
65:18,22
70:12

**brand**
26:6

**break**
5:23,25

**bricks**
51:3 57:8

**briefly**

8:3 12:18

**bringing**
18:25
43:17

**brought**
4:15
35:21

**bunch**
67:2

**business**
26:2 55:2
69:10,20
70:15

**butchered**
7:8

**buybuy**
9:8 12:22
23:6 24:2
26:5
35:15
37:21,22
41:17,20,
22 46:13
53:8,12
54:15
57:8,18
60:18
71:7

**buyer**
48:5

_____

_____

**C**

**calendar**
6:7

**call**
7:5
30:15,20,
21,25
31:2,6
34:11
36:10

71:2

**called**
29:20
62:25

**calling**
43:16,20
49:17

**calls**
49:10
62:11
70:11,22

**cap**
26:20

**capability**
42:12

**capital**
4:19 8:16
11:8
22:25
36:15,19
37:11
44:24
45:3
47:23,24
48:3 64:9

**career**
8:4,5

**case**
4:18
11:23
24:16
34:8
41:15
55:19

**cash**
20:5

**CCED**
29:24
52:23

**ceased**
66:21

**CEO**
7:25

**CFA**
8:7

**chain**
13:18,23
14:4
16:24
17:18
20:10
21:7
22:14
25:3
27:6,11
44:8
55:24
59:4
60:22
63:4

**challenges**
20:4

**chance**
42:17
60:3,8

**change**
28:4

**changed**
25:16
28:5,6,7,
8 38:22
64:19,20

**changing**
46:10
49:19
57:4 68:7

**channel**
37:24

**chaotic**
45:13,17

**chart**
21:17,21



check
    43:15

checked
    49:8

Christian
    13:21
    21:16
    28:15
    29:23
    31:15
    34:24
    46:19,21
    56:2,17

chronology
    27:18

Civil
    11:7

claim
    17:15
    19:5

claims
    19:4

clarify
    42:25

clean
    23:11,14,
    16,22

clear
    24:4  53:5
    67:11

close
    39:5
    64:13,15

closed
    8:20

closely
    58:20

closing
    8:23

co-
participate
    19:6

colleagues
    9:5

collect
    13:6

commercial
    8:6

commit
    18:14

commitment
    22:10

commitments
    15:23

communicati
ons
    70:8

community
    57:12

companies
    41:14

company
    8:14
    40:9,13
    63:14
    68:24

comparing
    54:3

competing
    31:11

competitors
    23:25

concern
    49:24
    50:7
    57:9,22
    58:2,9,24
    61:15
    69:3,14,

16,18
    70:4

concerned
    26:10
    44:24

conducted
    57:21

confined
    66:19

connection
    4:18  6:10
    33:17
    55:5,10

considered
    36:22
    66:13
    69:21

consisted
    55:13

consistent
    10:20

consultant
    63:13

consultants
    8:23

consulting
    8:15,18
    9:5  64:10

contact
    28:13
    42:24

contacted
    14:12

contemplate
d
    26:16

content
    6:14

contingent
    60:8,10

continue
    37:23

continued
    43:23
    61:13

contribute
    27:21,25
    28:11

contributi
ng
    26:17,22
    43:6,11
    47:8

contributio
n
    37:12

control
    67:23

conversatio
ns
    6:8,14,16
    9:9  18:20
    19:10
    51:24
    66:18

copied
    14:5
    22:21
    44:5,12
    52:6

copy
    10:9

Corbel
    20:19

corporate
    11:22

correct
    6:11
    7:12,24
    14:15,17
    15:2  17:8
    18:3,13,

16  19:13
    20:8
    21:17
    23:3
    25:11,21
    29:14
    32:20,21
    34:10,14
    35:6,8
    37:14
    38:6,10,
    20,24
    39:3,4,8
    47:22,23
    49:3,6,
    12,15
    50:5,8
    53:17,18
    54:8,11
    58:21
    59:16
    60:14,16
    66:9  67:8
    68:3,7,8
    70:3

counsel
    6:17
    11:19

counter-
executed
    31:21

couple
    21:14
    30:14
    59:7
    70:21

court
    5:5,6
    11:21
    18:6,18,
    21

covered
    11:20

crap



67:3

create
49:9

creating
48:24

creditor
19:3

creditors
48:3

critical
69:14

current
21:18

cutting
43:14

_____

D
_____

damage
26:6

damaged
69:9

dancing
65:15

data
7:14,20
12:15
13:14
15:4,7
23:4,5,8,
10,13,21
24:5,7,8,
11,15
28:20,21
29:11,12,
17 31:7
34:12
42:5,8,11
49:10
55:12,13,
14 62:14,

17 66:21
67:18

date
14:7 15:6
35:22
47:12
61:22

dated
10:3
46:18
61:8

dates
46:9

Davis
4:13
62:21,23

day
28:6
38:18,23
39:19,23
40:2
43:23

days
56:23

deadline
38:17,21,
22,25
39:23
57:4

deadlines
45:18

deal
7:19,23
8:12,21
18:15
20:2
26:17
42:18
43:7,18

dealings
8:17

deals
8:24

Deborah
34:24

debrief
70:12

debt
19:2
20:25
26:10

debtor
16:22

debtors
56:21

decision
49:22
65:17

decreasing
25:19

deposed
11:22

deposition
4:17,21
6:5,11,20
9:16
11:2,3,8,
19,20

detail
8:19 42:6

details
39:21
45:22,25

dialogue
15:20

differences
18:23

difficult
41:25

diligence
68:9

dinner
35:12
36:8,23
37:5 38:7
39:11,16

directed
14:4

disappointe
d
56:22,25
57:14

disappointi
ng
57:3

discarded
70:2

discussed
7:2 37:11
54:10

discussion
70:18

discussions
18:11,18
37:2
51:21
55:11

displaying
56:8,9

distinction
36:9

distributio
n
37:24

dock
24:21

document
10:11,14,
17 11:13,
15,17
16:13
46:17

54:13,21,
25

documents
9:18
23:18,23
24:4,5
55:9

DOM000031
32:10

DOM000052
54:14

DOM00075
48:12

download
67:6

downloaded
67:2,24

downloading
68:2

draft
24:23

drafted
46:25

drafts
55:19
62:13

Dream
4:13,14
29:20,24
30:10
31:3,13
32:15
33:25
34:11,15
35:18
36:3,16,
21 37:12,
19 38:8
40:17
41:6
42:18,24
43:12,13



50:10,17,
22 51:10
52:12
58:16,19,
22 66:10,
14,20
67:17
68:10,25
70:25
71:4,6

drop-dead
61:22

due
25:22
68:9

dynamic
25:15

─────────

E

─────────

e-mail
13:18,20,
22 14:6
15:5,13
16:24,25
17:8,18,
19 18:2,
3,5
20:10,11,
18 21:7,
9,15
22:14,15,
20 24:6
25:3,5,15
26:9
27:5,11,
19 28:17,
25 30:11,
14 40:20,
21 41:3,
6,10,18
44:3,7,
13,16
52:3,5,

11,20,21
53:3,9
55:24,25
56:17,19
59:4,6,
13,14,16
60:21,23
61:2,6,8,
20,24
63:4,5,18
65:2,6,7,
10 67:16

e-mails
6:6 14:4

earlier
63:15
67:16

early
9:14
10:22
26:15
30:4

educated
68:23

eight-page
46:17

end
20:22

engaged
9:10
12:20
13:3

engagement
10:19

enmeshed
41:23

entering
18:6

entities
18:8
53:22

entitled
59:20,21

entity
29:20

envision
51:2
69:24

equation
18:6 19:2

equity
17:13
21:2,5
26:17
27:22

errors
49:8

essentially
20:6 47:2

estate
19:4

evaluation
47:12

Everyday
62:25

evolved
25:16
26:23
64:20

evolving
28:9
46:10
49:18

Excel
48:11

executed
10:15
31:5,20
32:19
33:18
34:8

executing
7:20 34:5

exhibit
10:2,6
11:6,10
13:18,24
16:24
17:4,18,
22 20:10,
15 21:7,
11 22:14,
17 25:3,8
27:3,4,9
28:25
29:4
32:7,11
40:20,24
44:3,9
46:17,22
48:11,13
52:3,7,
20,24
54:13,18
55:24
56:5
59:4,9
60:21
61:3
63:4,8

exhibits
9:19

exist
37:23

existed
35:24

existing
19:3

expected
67:17

experience
38:2
41:12
43:19

explain
17:11
29:8

explicitly
14:14

expressed
19:12

extensive
18:10,12,
17,19

extent
68:19

extract
41:25

extracted
68:20

extracting
41:13

─────────

F

─────────

fair
14:8 36:9
48:22

fairly
24:10

Falcon
60:25

familiar
29:7
48:17

family
26:9,12
65:14,24
66:5

favorite
53:8

federal
11:7,21



**feedback**
  33:2 49:7

**feel**
  39:25

**fell**
  20:24

**Feuer**
  13:21
  21:16
  46:19
  56:2,18

**figure**
  31:3

**filled**
  20:5

**final**
  10:16

**financial**
  13:15

**financing**
  53:16

**find**
  36:15
  48:7

**finish**
  5:14
  67:15

**FINRA**
  8:10

**firm**
  6:9 15:2
  60:25

**flesh**
  39:21

**fleshed**
  37:5,8
  45:25

**focus**
  58:19

**folks**
  35:3

**follow-up**
  66:17
  70:22

**formulate**
  41:17

**forwarded**
  63:19

**Friday**
  30:12
  35:20
  38:19

**frustrated**
  56:22,24
  57:13

**frustrating**
  57:3

**fully**
  37:8
  45:25

**funding**
  12:24
  20:7
  57:14
  64:25

**funds**
  36:5
  43:6,11
  64:14

**fuzzy**
  16:22

---

**G**

---

**game**
  36:17

**Gap**
  41:15

**general**

23:13
26:3 36:5
37:3
55:22
70:14
71:2

**gentleman's**
  7:9

**gestures**
  5:11

**get-go**
  53:13

**GG-0013368**
  10:5

**GG-0030208**
  46:18

**give**
  15:9

**giving**
  31:6

**glass**
  22:24

**glitch**
  70:13

**Global**
  4:15
  8:13,18
  9:2 12:20
  23:4
  25:12
  26:16,21
  27:21
  28:10,14,
  22 31:10,
  14,16,20
  32:23,25
  33:6,10,
  12,18
  34:12
  36:13
  40:15
  43:5,11,

22 44:6,
18,22
45:17
46:12,20
47:3,4,25
48:21
49:12
50:20
51:14
53:8,14,
19 55:9
57:5,17,
25 58:10,
23 60:24
61:14
62:7,14,
17 64:8,
13 69:2,
10,15
70:25

**Global's**
  13:8
  22:23
  32:8 42:2
  43:16
  54:8
  55:18
  57:14

**Good**
  4:11

**granted**
  34:12

**granting**
  31:7

**greatest**
  21:25

**Greenbaum**
  4:12

**Group**
  8:15,18

**guess**
  5:21 8:9
  35:21

36:9
52:14

**guidance**
  47:20

**gun**
  39:23

**guys**
  56:11

---

**H**

---

**half**
  50:14

**hammered**
  39:24

**handle**
  33:7

**handled**
  31:14
  32:19
  33:6

**happen**
  18:7 39:5
  52:18
  60:12,15

**happened**
  7:6 20:19
  58:17

**happening**
  20:23
  53:10

**hard**
  53:9
  64:18,21

**head**
  16:10

**Health**
  62:25

**heard**
  14:18



35:20

high
  42:5

history
  8:4 13:10

home
  4:9

honest
  69:19

hope
  45:10

horse
  21:25
  49:13,17,
  20,25

hosted
  42:9

hosting
  28:22

house
  34:17

        ———————
            I
        ———————

idea
  10:15
  49:20

identical
  31:17

identificat
ion
  10:7
  11:11
  13:25
  17:5,23
  20:16
  21:12
  22:18
  25:9 29:5
  32:12
  40:25

44:10
46:23
48:14
52:8,25
54:19
56:6
59:10
61:4 63:9

identified
  11:24

imagine
  24:23
  33:22

important
  5:12

impression
  37:18

in-house
  6:16

in-person
  34:15
  39:9
  40:23
  70:9

included
  55:17

including
  44:6
  60:25

indicating
  25:7
  27:6,10
  40:11
  56:11,20
  65:5,9,12

indication
  24:24
  52:18
  53:21

indications
  53:14

individuals
  44:5

Industries
  4:14

industry
  41:11

information
  13:7
  23:17,19
  31:6
  40:16
  55:20,22
  68:20

initial
  9:6
  30:14,15,
  21 34:11
  36:2,7
  37:5,18

initially
  11:14
  37:10

input
  33:2

instructions
  4:25 6:2

intellectua
l
  47:9,13

intended
  52:13

intention
  36:3
  39:20

interacting
  48:2

interaction
  16:20
  30:10
  43:2

66:14
68:19

interaction
s
  30:14

interest
  24:24
  26:10

interested
  20:21

Intralinks
  28:18
  29:8,12,
  16

introduce
  13:10

introduced
  9:5 29:23
  30:19
  63:16

introductio
n
  29:25
  30:12
  36:13,21

introductor
y
  30:15
  31:2

inventory
  25:23

invest
  15:23
  36:4
  40:12

investment
  8:8

investor
  14:7 21:2

investors
  14:11

21:18
23:17
42:3 49:5
55:5,11,
17

involved
  8:25
  13:12
  14:15
  18:14
  31:12
  33:24
  36:6
  40:13
  48:24
  51:6,22
  53:19
  62:20

IOI
  24:21

IP
  47:16
  50:6,17,
  22 51:5,
  11,14,18
  52:13,14
  55:18
  58:17,23
  61:6,9
  63:21
  67:11
  68:16,25
  69:9,13,
  16,18,21
  70:2

IPO
  70:5

issue
  43:10
  46:6

issues
  44:22

issuing
  31:9



---

**J**

---

**Jack**
  41:13
  55:21

**Jackie**
  24:17,18,
  19

**Jane**
  24:17,19

**Janie**
  41:13
  55:21

**Jed**
  22:16,22
  24:6,11

**Jeff**
  5:6 9:6,
  7,12
  21:15
  22:20
  28:14,15
  31:21
  32:20
  35:6
  39:17
  40:8,21
  41:9 59:6
  63:16,18,
  19

**Jeffrey**
  44:4

**Jersey**
  38:9
  39:15

**JJ**
  24:16

**jobs**
  57:11

**July**
  61:21

63:6 64:2
68:4

**June**
  25:6
  26:15,25
  27:11,18
  29:2
  30:4,6,13
  35:17,19
  38:12
  39:9
  40:22
  42:16
  44:4,17
  45:6
  46:19
  47:5
  52:4,15,
  22 53:7,
  10 54:16
  56:18,19
  61:8,10
  64:24
  67:9,10,
  16 68:4

**junior**
  7:18

---

**K**

---

**Kathleen**
  4:8 56:19
  61:2
  70:19

**kind**
  14:6,22
  27:17
  38:3
  45:25
  59:15
  65:16

**Kirkland**
  13:12
  23:14

**knew**
  34:8
  52:12
  65:23

**knowledge**
  31:17
  35:18
  36:17
  41:12,15
  43:17
  57:6

**knowledgeab
le**
  12:8

---

**L**

---

**laid**
  9:7 46:4

**Lapish**
  6:24 7:2
  21:9,21
  44:4
  45:12
  52:5,22
  53:4 59:7
  60:23

**largely**
  55:13

**late**
  36:16

**Laughter**
  7:7 67:3

**Lauster**
  4:8,11
  5:1 6:1
  7:1 8:1
  9:1 10:1,
  11 11:1
  12:1 13:1
  14:1,3
  15:1 16:1
  17:1,2,7,

19,25
18:1 19:1
20:1,12,
18 21:1
22:1,21
23:1 24:1
25:1,6,11
26:1
27:1,12
28:1
29:1,3
30:1 31:1
32:1,14
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1
44:1,7,12
45:1 46:1
47:1
48:1,16
49:1 50:1
51:1
52:1,6,22
53:1
54:1,21
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1 70:1
71:1

**law**
  60:25

**lawsuit**
  4:14

**lawyer**
  4:12 6:18

**Lazard**
  13:12

23:5,10
24:8
29:12,23
35:21
36:12
37:25
44:21
45:19
46:11,20
48:4
53:13,18,
23 62:17

**Lazard's**
  24:15
  29:16
  36:20
  55:14
  56:21

**leave**
  42:16

**lender**
  19:2

**letter**
  10:2,10,
  19

**letterhead**
  10:3

**level**
  42:5

**levels**
  42:9,13

**leverage**
  21:25

**limited**
  16:20
  36:4
  66:15
  68:14

**lines**
  34:7

**lining**
  31:23,25



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
Index: links..model

links
49:8

list
12:5,6
22:9

lists
11:19

LLC
4:15,19
11:9
46:20

logo
32:8
54:15

logs
12:15

long
7:6 16:11
43:19
71:6

longer
58:20
63:15

looked
6:6 50:21
65:22

lot
19:9,10,
19 26:19
28:5
29:15
34:6 60:9
67:8

low
59:20
60:17

lowest
48:7

LP
36:22
43:21

——————
M
——————

made
36:12
45:20
57:25
62:17

Maicki
15:14,15,
17 63:5,
11

main
24:5
28:13
40:5
47:22

maintained
23:4,6

maintaining
51:3

make
12:10
25:7
27:14
31:8
33:13
64:14
65:17

makes
6:22
14:25

making
35:13
36:21

managed
7:19
23:11
34:3

management
40:13
41:17

managing
23:14
40:9

mark
9:18,25
11:5
13:17
16:23
17:17
20:9 21:6
22:13
25:2 27:2
28:24
32:6
34:25
40:7,11,
19 44:2
46:16
48:10
52:2,19
54:12
55:23
59:3
60:20
63:3

marked
10:6
11:10
13:24
17:4,22
20:15
21:11
22:17
25:8 29:4
32:11
40:24
44:9
46:22
48:13
52:7,24
54:18
56:5 59:9
61:3 63:8

market
55:22

materials
13:13

matter
9:2

Matthew
6:24 21:9
39:17
44:3
45:24
52:5,22
59:7
60:23
61:17

Matthew's
61:20

MBA
8:7

Me's
31:3
43:14
50:22
58:22
68:25

media
26:3

meeting
7:5 9:7,
12 15:14,
15 34:15,
20 35:10
36:2,7,24
37:6 38:7
39:9,12,
15,16,19,
21,25
41:16
42:16,19,
23 43:4
70:9,12

meetings
7:21
15:19
40:23

mentioned
15:14
63:14
70:7

mentioning
8:10

mentions
54:2

message
61:18

met
10:21
68:12

mezz
21:5

Mid-cap
19:22
22:11

middle
13:4

Milan
34:25
43:2
66:18
70:8 71:4

million
25:13,17
27:25
28:11
37:13
47:8
50:14

mind
41:16

minute
39:6 41:5
59:12

Mm-hmm
16:15,17
63:22

model



24:14
48:20,22,
25 49:3
50:20
51:2 55:8
59:20,21,
25 60:17
68:5
69:10,21,
23

**models**
55:18
59:17

**modest**
53:5 54:3

**moment**
43:9 46:7

**Monday**
34:16

**money**
15:23
40:12
57:18,19
65:8

**morning**
4:11

**mortar**
51:3 57:8

**moved**
49:19

**moving**
45:18
46:8

**multiple**
38:22,25

**Murphy**
4:12
9:21,25
10:8
11:5,16
13:17
14:2

16:23
17:6,17,
24 20:9,
17 21:6,
13 22:13,
19 25:2,
10 27:2,
16 28:24
29:6
32:6,13
40:19
41:2
44:2,11
46:16,24
48:10,15
52:2,9,19
53:2
54:12,20
55:23
56:10,13,
16 58:7,
15 59:3,
11 60:13,
20 61:5
63:3,10
71:5,9,12

—————————

**N**

—————————

**nature**
22:6

**NDA**
7:19
14:21,25
15:6
31:5,13,
16,19
32:15
33:3,23

**NDAS**
15:11
31:22,24
33:16
34:3

**needed**
13:9

**negotiating**
47:25
62:11

**negotiations**
33:4
62:12,21

**nods**
5:10

**non-circumvention**
33:14,19

**non-party**
5:2

**nondisclosure**
32:7,22

**note**
17:13

**notice**
11:3,6,
13,19,24
12:2

**noting**
67:2

**number**
10:5
13:19
17:3,21
18:20
20:13
22:16
25:4 29:2
32:4,5,10
48:12
51:7
52:4,21
54:5,14
63:6

**numbers**
68:6

—————————

**O**

—————————

**oath**
5:3

**objection**
58:3,12
60:5

**occasions**
38:25

**occurred**
30:5
34:15,17
38:12
39:19
51:12
61:9,12

**offer**
20:22

**offering**
42:12

**office**
26:9,12
39:12

**offices**
38:8
65:15,24

**one-page**
52:3,20

**onerous**
21:23

**open**
19:9 51:8

**operation**
36:6

**opinion**
26:5
50:16

**opinions**
47:18

**Opposition**
54:15

**option**
18:24,25
19:3

**order**
14:23

**ordered**
55:15

**organized**
55:15

**outlined**
47:9

**outreach**
13:15
14:7

**over-leveraging**
26:11

**owned**
69:17

**owning**
69:13,14

—————————

**P**

—————————

**pages**
10:4 11:9
13:19
16:25
21:8
22:15
25:4 32:9
63:7

**paid**
50:17

**parameters**
33:8



pared
   54:7

parent
   8:14
   41:14
   63:14

part
   25:22
   27:5
   41:21,22
   69:14

participate
   51:11,14

participati
ng
   51:17

parties
   28:7 45:8

partner
   21:23
   36:4,5
   37:3
   62:24

Partners
   16:18

partnership
   21:24

party
   19:23
   22:8

passage
   26:3

passed
   14:15
   25:20

pay
   48:5

paying
   26:4

pending

5:25

people
   6:23 7:14
   22:22
   24:12
   57:9 59:8
   60:24

percent
   24:9

performed
   68:10

period
   8:9 67:5,
   6

periods
   26:21,22

permit
   11:21

permutation
s
   19:10
   26:19
   69:22

Perot
   18:6,11,
   19 66:4

person
   34:2

personally
   30:9
   33:24

perspective
   43:14,16
   64:4

phone
   70:11

pieces
   19:21
   70:23

place

53:12
   54:6 57:7

placement
   22:23

plan
   35:13
   55:2,8
   57:7
   69:10

plans
   41:19
   42:2

play
   45:9
   57:10

played
   26:20

players
   13:11

point
   26:15,18,
   24 28:4
   29:19
   38:17
   40:10
   42:22
   43:12
   44:18
   45:2
   49:19
   54:5
   57:16
   58:18
   59:25
   63:25
   64:6
   66:9,23
   67:9
   68:11,12

populated
   7:20

position
   12:25

21:22

possibiliti
es
   19:20

possibility
   18:5

post-
business
   8:8

potential
   12:19
   14:11
   16:19
   21:18
   23:17
   33:17
   42:3 43:7
   49:5
   51:2,5
   55:5,11
   59:17
   62:24
   66:10
   68:6
   70:24

potentially
   31:9

practitione
r
   11:17

preclude
   69:2

prefer
   53:23

preferred
   53:15,18

preparation
   6:19
   10:25

prepare
   6:4
   13:13,14

prepared
   32:23,24

preparing
   69:11

present
   34:20,23
   35:2,4,7

presented
   37:25

presenting
   59:17

pretty
   7:4 39:5

prevailed
   58:16

prevented
   20:2

previous
   6:6 19:22

previously
   49:16
   55:21

price
   28:8
   50:22

primarily
   8:6

prior
   8:17
   35:17

privileged
   6:15

problem
   56:12
   63:20

problematic
   24:3

Procedure
   11:7



procedures
    46:4

process
    7:19
    12:23
    13:12
    15:18
    33:25
    34:3
    36:19,20
    38:4
    40:11
    45:16
    46:10
    49:18
    53:24
    54:10
    57:2 62:9
    68:23

procure
    15:24

produce
    19:24

projections
    68:5

promising
    65:23

property
    47:9,13

proposal
    9:9

prospective
    55:16

prospects
    45:9

provide
    47:18

provided
    33:18
    49:7

provider

29:11

providers
    48:3

providing
    7:13

provision
    33:14,19

provisions
    23:12

pull
    61:22

pulled
    45:11

purchase
    25:13
    28:8
    50:22
    53:19

purchasing
    71:7

purpose
    57:12

pursuant
    11:6

pursuit
    12:21

pushed
    38:25

put
    9:9,18
    12:13
    19:16
    35:13
    36:14
    43:18
    59:18
    61:14
    62:7
    65:10
    70:22,23

putting
    20:21
    24:24

—————————

Q

—————————

qualified
    57:25
    58:10
    70:4

Queens
    18:6,18,
    21

question
    5:14,16,
    19,25
    19:22
    35:22
    58:6,8
    64:18,22

questions
    21:14
    23:18
    71:10

quickly
    12:9

—————————

R

—————————

raise
    47:23,24
    57:17,19
    64:14

reached
    20:2 40:6

read
    12:10

Reading
    12:16
    53:9

real

37:22

realistic
    59:21,24,
    25

reason
    5:23
    37:22

reasonable
    47:16

reasons
    40:5

recall
    9:13,15
    15:12
    16:2,4,6
    20:23
    23:15
    26:14,18
    31:15
    33:21
    34:25
    39:13
    40:14,18
    42:13,15
    43:8,25
    45:22
    46:15
    49:14,16
    51:19
    53:10
    55:6
    57:23
    58:25
    61:16
    62:15,22
    63:2,24
    69:19,22,
    24

received
    21:15

receiving
    59:13

recess

51:25

recognize
    10:11,14,
    17

recollectio
n
    10:21
    16:4,14
    19:23
    27:20
    47:2
    52:12
    61:9 62:2

recommendat
ions
    51:7

record
    4:7 5:9
    31:23
    70:18

red
    31:23,25
    33:5 34:7

refer
    27:5
    48:21

referenced
    49:10

references
    18:5
    20:18
    28:18

referring
    24:7
    29:16
    41:9

refers
    45:12

reflects
    21:17

refresh



27:19
61:8 62:2

**refreshes**
16:13
52:11

**regard**
18:7

**registered**
8:9,11

**related**
7:23
11:23
31:24
32:15
46:13
51:7,22
57:22
70:15

**relation**
29:9

**relationship**
16:18
63:15

**relevant**
6:23
13:11
24:4
50:21

**remaining**
54:6

**remember**
6:25 16:8
22:11
26:24
30:2,24
32:3
34:22
35:9
37:10
40:5,10
43:10,22
44:21

46:6
51:23
59:13
61:13
70:9

**reminiscing**
7:6

**rep**
8:9

**repeat**
58:6

**rephrase**
5:17

**replication**
55:14

**reporter**
5:6

**reports**
34:4

**represent**
4:13
11:18
52:16

**representative**
11:22
43:3

**representing**
6:10
16:21
62:23

**rescinded**
66:24

**resource**
7:18

**response**
5:10,20
15:2

**responsibilities**
7:17

**responsible**
7:13

**rest**
20:4

**result**
50:5

**retail**
4:15
36:17
38:2,5
41:13
46:20

**retention**
8:25

**review**
41:5
59:13

**reviewed**
49:6

**reviewing**
62:10

**revisions**
33:14

**Rick**
63:5,11,
19

**role**
12:19
22:7
23:21
47:15,17,
21,22
62:9

**roll**
19:5

**room**
7:14,20
12:15

13:14
15:4,7
23:4,5,
11,13,14,
16,21,22
24:5,7,
11,15
28:20,22
29:11,12
31:7
34:12
42:5,8,11
49:10
55:12,13,
14 62:14,
18 66:21
67:19

**rooms**
23:8,10
24:8
29:17

**roughly**
8:5 9:14

**Rowe**
4:12

**Rule**
11:7

**rules**
11:21

**run**
18:23

**running**
40:8

———————

**S**

———————

**sales**
26:2

**Saturday**
30:15,16,
17 44:4,
16

**sauce**
41:8

**saves**
57:11

**scattershot**
45:13,20

**scenario**
48:6
57:10
69:22

**scenarios**
19:20
37:7

**school**
8:9

**screen**
5:7 9:17,
22 12:13

**scroll**
10:12
13:22
56:19

**scrolled**
11:25
27:7

**secret**
41:8

**secrets**
23:25

**seek**
11:22
13:15

**sellers**
17:13

**senior**
17:16

**sense**
60:2

**sentence**
22:3 26:8



separate
    31:10

separately
    23:5

served
    11:3,14,
    18

serves
    57:11

services
    55:19

set
    23:22
    38:8
    45:19

setting
    38:5

share
    9:17
    55:10

shared
    42:3

sharing
    62:10

sheet
    15:24
    19:24

short
    64:16,24

shots
    43:16,20

show
    40:9
    50:25
    65:3,4

showed
    49:15
    65:2,11

shown
    51:4

shut
    67:14,21,
    22

side
    34:24

sign
    31:19

signature
    10:10

signed
    10:9
    14:21,24
    15:6,11
    31:13

significant
    33:11
    60:3
    67:25

significantly
    28:16

sitting
    26:4

situation
    6:24
    25:15
    57:15

situations
    34:6

six-page
    17:18

Sixth
    17:12
    19:7 20:3
    21:22

slower
    10:13

Smith
    4:13

social

35:11

sold
    25:23

sort
    44:17
    62:4

sorts
    37:6

sound
    30:7
    38:14,20
    50:14

sounded
    45:23

sounds
    38:21
    45:23

source
    12:24

speak
    6:18 9:19

speaking
    26:13
    32:16
    49:4

specific
    51:23

specifically
    7:2
    40:14,16

specifics
    59:2
    61:16

spinning
    41:22

spoke
    6:7 26:9

sponsors
    13:15

spots
    66:11

spreadsheet
    48:11,16,
    19

stack
    20:5
    26:20

stalking
    21:25
    49:13,17,
    20,25

start
    13:14
    36:10

started
    8:6 54:10

starting
    45:18

starts
    10:4
    13:19
    16:25
    17:3,20
    20:11
    21:8 32:9
    44:8
    46:18
    55:25
    59:5
    60:22
    63:5

State
    4:7

statement
    45:14

status
    21:18

steak
    34:17

Steve

6:7,15

sticking
    43:12

stores
    51:3,7
    54:6 57:8

strategies
    69:23

strategize
    12:25

strategizing
    35:14

strategy
    9:7 39:22
    41:17
    54:16

Streader
    9:6 10:22
    21:16
    22:21
    35:6
    39:17
    40:21
    44:5
    59:6,17

Street
    4:10
    17:12
    19:7 20:3
    21:22

structure
    12:24
    28:7

struggling
    36:15

studies
    55:19

study
    24:16

stuff



67:3

**subject**
23:12
41:6

**submit**
33:20
38:17
46:12
64:23

**submitted**
43:23
44:18,22
47:4
49:13,25
58:10

**submitting**
31:9

**subordinate**
17:12

**subordinating**
17:15

**subsequent**
38:7

**subsequently**
66:18

**subsidiary**
8:15

**substantial**
31:22
55:12

**substantially**
54:7

**success**
61:7

**successful**
37:21
49:25

**successfully**
55:20
69:8

**sufficient**
60:18
64:14

**summarize**
12:18

**summary**
14:6,8
21:17

**Sunday**
36:10

**support**
13:16
36:16
44:25
45:3

**sustain**
26:6

─────────────

**T**
─────────────

**table**
60:11

**taking**
5:7 19:3

**talk**
5:12
69:25

**talking**
36:8
61:23
65:13
71:2

**target**
13:7 46:9

**tasks**
7:22

**team**
6:21,22
64:10

**technical**
41:15

**Tempke**
46:21

**template**
24:23
31:16,18
32:2,22

**term**
15:24
19:24

**terms**
7:19
21:23
22:5 33:5
47:3,4

**testifying**
5:5

**thing**
28:21

**things**
23:25
24:13
27:18
67:7 71:3

**thinking**
42:17
65:11

**thought**
16:11
36:20
42:21
45:7
60:11
70:7

**three-page**
40:20
60:21

**thrown**
37:7

**Thursday**
38:13
42:19
43:4

**time**
7:6,10
14:10
25:12,17,
19 26:3,
6,21
27:21,24
33:9
43:20
45:15
46:8 47:7
49:17
50:18
62:5
64:19
66:15
67:5,6,19
68:16

**times**
9:17
25:16
28:6
38:22

**timing**
62:3

**today**
4:17 5:4,
9 6:11
9:16
11:2,21
16:12
61:7

**today's**
6:5,19

**told**
50:13

**Tom**

4:12 56:8

**top**
13:20
16:10
17:19
18:2 21:9
22:15
25:5
27:7,8
32:9
40:21
44:13
55:25
56:17,20
60:23

**topics**
11:20,23
12:7

**trade**
23:25

**transaction**
12:19
16:19
26:11
31:25
33:17
70:24

**transcribe**
5:10

**transition**
55:18

**tricky**
41:22

**true**
36:23

**TSA**
62:7,13,
17

**Turnaround**
54:16

**turned**
67:19



KATHLEEN LAUSTER
GO GLOBAL RETAIL vs DREAM ON ME INDUSTRIES

October 10, 2024
Index: turning..Ziff

turning
   43:20

two-page
   20:10
   44:7 59:4

――――――――――

U

ultimate
   19:14
   54:9

ultimately
   15:11,22
   18:13
   19:7,25
   33:3 40:3
   64:13

understand
   4:16,25
   5:16 6:2,
   9 18:22
   34:16
   54:24
   67:4 70:6

understanding
   23:22
   25:18
   30:5
   36:11,18
   38:11,16

understood
   5:19
   64:12

unfamiliar
   63:12

unrelated
   70:17
   71:3

unsophisticated
   38:3

unsure
   45:4

uploads
   29:15

user-friendly
   55:16

――――――――――

V

valuation
   47:19

vendor
   37:21

verbal
   5:9

version
   10:16
   62:16

view
   55:16
   64:12

views
   47:20

vis-a-vis
   49:22

――――――――――

W

waiting
   65:16

walk
   8:3 13:4

wanted
   31:8 65:5

wanting
   22:8

wasting
   33:9

website
   56:9

week
   38:13
   66:13,15,
   19

weeks
   13:5
   15:20
   68:5

West
   4:9

whatnot
   13:13
   35:16
   36:14
   37:7 38:5
   41:16
   45:19
   47:21
   48:4
   49:8,11
   55:22
   68:24
   69:23

willingness
   19:12,14

win
   13:2 48:8
   57:20
   58:22

winding
   64:5

winner
   63:21

winning
   22:2
   47:25
   69:6,7,9

withheld
   40:16

won
   50:9
   58:19
   69:5

work
   13:8
   36:14
   61:13

worked
   8:12
   28:15
   43:19
   68:24

working
   64:2,7
   70:16

works
   38:5

worried
   23:24

worth
   8:10
   66:25

writing
   19:16,18

written
   15:22
   22:10

wrong
   56:4

wrote
   21:22

――――――――――

Y

year
   10:23
   14:8
   17:20
   61:10

years
   8:6 41:11

York
   4:10
   34:18

Yuen
   28:16

――――――――――

Z

Ziff
   62:21,22

