**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Thursday, April 27, 2023 8:01 AM EDT
**To:** Jason Wooten <jason.wooten@lazard.com>
**CC:** Yuen Chau <yuen.chau@goglobalretail.com>; Chris Schreiber <chris@goglobalretail.com>; Christian Tempke <christian.tempke@lazard.com>; Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** Bed Bath & Beyond call with Go Global
**Attachment(s):** "Go Global x Buy Buy Baby 4.27.2023 V2.pdf","ATT00002.bin","ATT00004.bin"

Good morning Jason.  Shortened the agenda to 1st round talking points -

The main message from Go Global -  we believe management has developed a plan to extract Buy Buy Baby into a free-standing company.

Our original agenda captured some (not all) of the functional areas that are critical to us for NewCo.  Yes, understood that the data room holds some of these answers.

A meeting with Susan Gove and a few members of her ELT would be helpful to understand their plan - as it exists today - for the separation and stand up.

Can this shortened agenda work for a quick cal this afternoon?

Jeff

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GG-0013660