# DOM0000075 Filed Under Seal