| | |
|---|---|
| **From:** | Mark Srour |
| **Sent:** | Wed, 14 Jun 2023 08:22:15 -0400 |
| **To:** | Charles DOM |
| **Subject:** | Fwd: Go Global - BBB Investment |
| **Attachments:** | 1.6.2 Baby Investor Presentation V1.pdf, 1.6.1 GG Baby LRP Model v9.-8 - updated.6.7.v2.xlsx |

---------- Forwarded message ---------
From: **Avish Dahiya** <avish@dreamonme.com>
Date: Sun, Jun 11, 2023, 7:32 AM
Subject: Go Global - BBB Investment
To: Mark Srour <marks@dreamonme.com>, Milan Gandhi <milan@dreamonme.com>

Attached is the Investment Presentation by Go Global on BBB and the Financial model.

They are bidding ▮▮▮ and expect another ▮▮▮ as working capital to run the business with ▮▮▮ Stores.



DOM0002943

**Go Global assumes a 6x return**
- **Estimated EBITDA in year** ▮▮▮ or ▮ **of sales**
- **All debt will be paid down**

Exit
EBITDA at Exit
Exit Multiple
Valuation at closing
Debt
Cash on balance sheet
Total To be distributed

| Cap Table | Inv. Capital | Shares | Dilution A | Dilution B | Step 1 | Step 2 | Distribution Waterfall Step 3 | Step 4 | Coupon | Seller Note | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Family Office | $ | | | | $ | | $ | $ | | | $ |
| Family Office 2 | $ | | | | $ | | $ | $ | | | $ |
| Go Global Equity | $ | | | | $ | $ - | $ | $ | | | $ |
| Management | $ | | | | | | $ | $ | | | $ |
| Go Global (20% Carry) | | | | | | | $ | $ | | | $ |
| Other | $ | | | | | | $ | $ | | | $ |
| **Total** | $ | | | | | | | | | | |
| Distributed | | | | | $ | $ - | $ | $ | $ - | $ - | $ |
| **Remaining to be distributed** | $ | | | | $ | $ | $ | $ | | | |
| | | | | | | | | | | | |
| **Hurdle 2.5x** | $ | | | | | | | | | | |

DOM0002944