| | |
|---|---|
| **From:** | Milan Gandhi |
| **Sent:** | Sat, 10 Jun 2023 10:26:15 -0400 |
| **To:** | Christian Feuer; Mark Srour; Avish Dahiya |
| **Cc:** | Tempke, Christian; Shea, Brendan; mlapish@ankuracapitaladvisors.com |
| **Subject:** | Re: Connect |

Thanks Christian. Appreciate your introduction.

Hi Christian

It is pleasure to connect.

We are very happy to speak either later today or tomorrow. We are also on East coast time.

I have copied DOM owner, Mark Srour and CMO, Avish Dahiya on this email to check their availability.

Hopeful to speak over the weekend.

Regards
Milan Gandhi


Sent from my iPhone

> On Jun 9, 2023, at 11:37 PM, Christian Feuer <christian.feuer@goglobalretail.com> wrote:
>
> Christian,
>
> Thanks for the introduction.
>
> Milan, very nice to meet you. Please let me know some times when you are available tomorrow. I am on East coast time.
>
> Best,
>
> Christian
>
> Christian Feuer
> Go Global Retail
> Managing Director
> Cell: (630) 915 6152
>
>> On Jun 9, 2023, at 17:51, Tempke, Christian <christian.tempke@lazard.com> wrote:
>>
>> Christian - per our conversation, I wanted to connect you to Milan who is advising Dream on Me. Milan will add his client and I would encourage you to speak directly about a potential Baby going concern transaction and see whether a partnership makes sense. I'll leave it to you to connect directly.
>>
>> Christian Tempke
>> Managing Director
>> Lazard
>> 30 Rockefeller Plaza
>> New York, NY 10112

DOM0010726

\>> Office: +1-212-632-6102
\>> Mobile: +1-917-605-0131

DOM0010727