**From:** Abhishek Pathania - ACA
**Sent:** Saturday, June 10, 2023 3:31 PM EDT
**To:** avish@dreamonme.com <avish@dreamonme.com>; milan@dreamonme.com <milan@dreamonme.com>; marks@dreamonme.com <marks@dreamonme.com>
**CC:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Christian Feuer <christian.feuer@goglobalretail.com>
**Subject:** RE: [EXT] Re: Connect
**Attachment(s):** "Go Global NDA(DOM).pdf"

Hi Avish,

PFA the fully Signed NDA.
I have granted you, Milan, and Mark the Data Room access. Please look for emails from Smart Room in your inbox.

Let me know if anybody else on the team needs access.

Regards,

**Abhishek Pathania**
Senior Associate, Ankura Capital Advisors
(508) 651-6447
apathania@ankuracapitaladvisors.com

485 Lexington Ave, 10th Floor
New York, NY 10017
www.ankura.com



---

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Saturday, June 10, 2023 1:48 PM
**To:** Christian Feuer <christian.feuer@goglobalretail.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Mark Srour <marks@dreamonme.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>
**Subject:** [EXT] Re: Connect

Please find attached the Signed NDA. Thank you, Avish

On Sat, Jun 10, 2023 at 1:16 PM Avish Dahiya <avish@dreamonme.com> wrote:

> Hi Christian,
> Nice to e-meet you.
> Mark is not available today. If needed Milan and I can talk today. Else we can schedule something for tomorrow.
> I will be sending you the NDA soon.
> thank you
> Avish
>
>
> On Sat, Jun 10, 2023 at 10:59 AM Christian Feuer <christian.feuer@goglobalretail.com> wrote:
>
>> Milan,
>>
>> I am available early afternoon today. How would that work for you?
>>
>> I am attaching our NDA as well.
>>
>> Best,
>>
>> Christian
>>
>>
>> Christian Feuer, Managing Director
>> Go Global Brand Investment Platform
>> Mobile: 1.630.915.6152
>> https://www.goglobalretail.com
>>
>>> On Jun 10, 2023, at 10:26 AM, Milan Gandhi <milan@dreamonme.com> wrote:
>>>
>>> Thanks Christian. Appreciate your introduction.

GG-0009434

Hi Christian

It is pleasure to connect.

We are very happy to speak either later today or tomorrow. We are also on East coast time.

I have copied DOM owner, Mark Srour and CMO, Avish Dahiya on this email to check their availability.

Hopeful to speak over the weekend.

Regards
Milan Gandhi

Sent from my iPhone

> On Jun 9, 2023, at 11:37 PM, Christian Feuer <christian.feuer@goglobalretail.com> wrote:
>
> Christian,
>
> Thanks for the introduction.
>
> Milan, very nice to meet you. Please let me know some times when you are available tomorrow. I am on East coast time.
>
> Best,
>
> Christian
>
> Christian Feuer
> Go Global Retail
> Managing Director
> Cell: (630) 915 6152
>
>> On Jun 9, 2023, at 17:51, Tempke, Christian <christian.tempke@lazard.com> wrote:
>>
>> Christian - per our conversation, I wanted to connect you to Milan who is advising Dream on Me. Milan will add his client and I would encourage you to speak directly about a potential Baby going concern transaction and see whether a partnership makes sense. I'll leave it to you to connect directly.
>>
>> Christian Tempke
>> Managing Director
>> Lazard
>> 30 Rockefeller Plaza
>> New York, NY 10112
>> Office: +1-212-632-6102
>> Mobile: +1-917-605-0131

GG-0009435