**From:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>
**Sent:** Saturday, June 10, 2023 5:38 PM EDT
**To:** Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Milan Gandhi <milan@dreamonme.com>; Mark Srour <marks@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>; Christian Feuer <christian.feuer@goglobalretail.com>
**CC:** Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>
**Subject:** RE: Dream on Me - GoGlobal

Gentlemen,

Nice meeting you today. You should have received access to the data room.

If you have any trouble accessing, or any questions once you have reviewed – don't hesitate to reach out.

We look forward to working with you on this.

Best
Kathleen

**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor
New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com



Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

-----Original Appointment-----
**From:** Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>
**Sent:** Saturday, June 10, 2023 3:21 PM
**To:** Matthew Lapish - ACA; Kathleen Lauster - ACA; Milan Gandhi; Mark Srour; Avish Dahiya; Christian Feuer
**Subject:** Dream on Me - GoGlobal
**When:** Saturday, June 10, 2023 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://ankura.zoom.us/j/86520285778?pwd=MTM1N0FTeUxZamp0Qi9GeDQ2RUhMZz09

Matthew Lapish is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://ankura.zoom.us/j/86520285778?pwd=MTM1N0FTeUxZamp0Qi9GeDQ2RUhMZz09

Meeting ID: 865 2028 5778
Passcode: 727184

---

One tap mobile
+16465189805,,86520285778# US (New York)
+16468769923,,86520285778# US (New York)

---

Dial by your location
• +1 646 518 9805 US (New York)
• +1 646 876 9923 US (New York)
• +1 651 372 8299 US (Minnesota)
• +1 786 635 1003 US (Miami)
• +1 267 831 0333 US (Philadelphia)
• +1 301 715 8592 US (Washington DC)
• +1 312 626 6799 US (Chicago)
• +1 470 250 9358 US (Atlanta)
• +1 470 381 2552 US (Atlanta)
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 408 638 0968 US (San Jose)
• +1 602 753 0140 US (Phoenix)
• +1 669 219 2599 US (San Jose)
• +1 669 900 6833 US (San Jose)
• +1 720 928 9299 US (Denver)

- +1 971 247 1195 US (Portland)
- +1 206 337 9723 US (Seattle)
- +1 213 338 8477 US (Los Angeles)
- +61 7 3185 3730 Australia
- +61 8 6119 3900 Australia
- +61 8 7150 1149 Australia
- +61 2 8015 6011 Australia
- +61 3 7018 2005 Australia
- +1 647 374 4685 Canada
- +1 647 558 0588 Canada
- +1 778 907 2071 Canada
- +1 204 272 7920 Canada
- +1 438 809 7799 Canada
- +1 587 328 1099 Canada
- +1 613 209 3054 Canada
- +852 5808 6088 Hong Kong SAR
- +852 5803 3730 Hong Kong SAR
- +852 5803 3731 Hong Kong SAR
- +44 203 481 5240 United Kingdom
- +44 203 901 7895 United Kingdom
- +44 131 460 1196 United Kingdom
- +44 203 481 5237 United Kingdom
- +65 3158 7288 Singapore
- +65 3165 1065 Singapore

Meeting ID: 865 2028 5778

Find your local number:https://ankura.zoom.us/u/kqGEqfHpo

**Confidentiality Notice:**

This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

GG-0009423