**From:** Christian Feuer <christian.feuer@goglobalretail.com>
**Sent:** Wednesday, June 14, 2023 6:02 PM EDT
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>
**CC:** Jeff Streader <jeff.streader@goglobalretail.com>; Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>; Chris Schreiber <chris@goglobalretail.com>; Thoryn Stephens <thoryn.stephens@goglobalretail.com>; Jeff Berkman <jberkman@frblaw.com>
**Subject:** Re: [EXT] Tomorrow's Agenda

They clearly stated that they are not bidding without us.


Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152
https://www.goglobalretail.com



On Jun 14, 2023, at 5:49 PM, Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com> wrote:

Hi Jeff,

We point blank asked the DOM team on Saturday if they were still considering a separate bid and they said no, and part of the reason was that they did not have enough retail experience. Christian - please chime in if your recollection of this call is different.

Technically they are not "out of the process" because they are still in the Lazard data room doing their own diligence for the joint bid with you. I can't imagine Lazard taking any liability of their own by sending an email stating otherwise.

I'm not sure what to ask from DOM beyond the NDA they already signed.

Kathleen



**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor
New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com

<image001.png>

Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

---

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Wednesday, June 14, 2023 4:58 PM
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>; Christian Feuer <christian.feuer@goglobalretail.com>
**Cc:** Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>; Jeffery Streader <jeff.streader@goglobalretail.com>; Chris Schreiber <chris@goglobalretail.com>; Thoryn Stephens <thoryn.stephens@goglobalretail.com>; Jeffrey Berkman <jberkman@frblaw.com>
**Subject:** [EXT] Tomorrow's Agenda

Thank you Kathleen - your comments are helpful -

However, our perspective is based upon a conversation delivered by Lazard.  I would ask that they give us assurance, comfort - something.
Can they write an email that Dream on Me has dropped from the process and their intent is to join either Go Global or another investor for the acquisition of Buy Buy Baby.

==We are not alarmist but everyone on this email has worked too hard to give away all of our knowledge and==

**CONFIDENTIAL**                                                                                                                    **GG-0013000**

==blueprint so Mark & Co can decide to run themselves after Baby.==

They are investing into us - joining us.  Let's remember this.

Kathleen and / or CF - do you want to call Lazard Christian on our concerns?

Streader


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com


<image002.png>


On Jun 14, 2023, at 1:47 PM, Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com> wrote:

Hi,

That is not our understanding – they told us they had dropped out of the process because they did not feel as if they had sufficient retail experience. Also, my understanding from Lazard was that DOM was too far behind in their diligence, and therefore needed to "piggy-back" off Go Global's efforts, hence the combined bid.

We were very careful in our initial call to suss out whether they were still considering a separate bid. They signed the NDA with absolutely no red-lining, so if they try to submit an independent bid this would violate terms in that agreement.

Anything is possible, but we certainly did not get the impression they were still "in the process" – if we had that sense, we would have advised a more cautious approach.

Kathleen


**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor
New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com

<image001.png>

Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

---

**From:** Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>
**Sent:** Wednesday, June 14, 2023 4:39 PM
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Cc:** Christian Feuer <christian.feuer@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>
**Subject:** Re: [EXT] Re: Tomorrow's Agenda

Jeff
DOM at dinner claimed to have inquired about buying the business 2 other times, but Bed Bath wouldn't sell. They are currently in the process - I do not think they dropped.
Best
Deborah

Deborah Gargiulo
Partner, Global Finance
Go Global Retail
Mobile: 1(914) 450-7090
www.goglobalretail.com


On Wed, Jun 14, 2023 at 2:34 PM Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com> wrote:

> Yes, exactly.

Good feedback – thanks Jeff.

Kathleen

**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor
New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com

<image001.png>

Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

---

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Wednesday, June 14, 2023 2:16 PM
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>
**Cc:** Christian Feuer <christian.feuer@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>;
Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>; Matthew Lapish - ACA
<mlapish@ankuracapitaladvisors.com>; Abhishek Pathania - ACA
<apathania@ankuracapitaladvisors.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** [EXT] Re: Tomorrow's Agenda

Kathleen - this is super helpful - thank you.

We need to also add to the agenda.

Dream on Me is a vendor for Baby.  They have been inside as a producer for years, maybe longer.

In addition, they were granted access to the data room and have been in diligence themselves.

We want to know -

1.  Why did DOM enter the process?
2.  Did DOM complete your due diligence on
     • Supply chain - vendor base for hard and soft goods
     • Logistics
     • Ecommerce
     • Digital Marketing and Customer Acquisition Strategy
     • Retail Stores
     • Technology
3.  What were your key conclusions?    Discuss by functional area.
4.  Why did DOM drop from the process?
5.  What role would you envision in a Go Global partnership?
6.  How will your investment into Go Global for Baby impact your current  customer base unbend business with Amazon?

This has ot be a 2-way conversation.  We want to share our model.  We want to hear from them.

SUPER important.

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

> On Jun 14, 2023, at 11:06 AM, Kathleen Lauster - ACA
> <klauster@ankuracapitaladvisors.com> wrote:
>
> Go Global team,
>
> To make our time tomorrow as productive as possible, we are assembling a list of agenda
> items and diligence questions from the DOM team as well as yourselves.

**GG-0013002**

We encourage you to be as inquisitive with the Dream on Me team as they will most assuredly be with you. To that end, we have attached the following recommended diligence questions. Please feel free to edit / add to as you see fit.

From a Go Global presentation perspective – we would imagine DOM would benefit from covering the following:
- Model Review
- Investor Presentation
- Janie and Jack White Paper

We have asked DOM to provide any other questions or topics they would like to cover in advance. Please provide feedback on this email / attachment and any other items you would like to see covered tomorrow. We will send out a consolidated agenda later today.

Best
Kathleen

**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor
New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com

<image001.png>

Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

 **GG-0013003**