UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
GO GLOBAL RETAIL, LLC,

                                              Case 1:23-cv-07987

                     Plaintiff,

        - against -

DREAM ON ME, INDUSTRIES INC.

                     Defendants.
-----------------------------------x

Digitally Recorded Proceeding by:.
Transcribed by:  Sinead Curran
BEE REPORTING AGENCY, INC.
55 MAPLE AVENUE
ROCKVILLE CENTRE, NEW YORK 11570

1              MS. GARGIULO:  This side, that side?

2              MR. FEUER:  Yeah, I always like to have the

3    light behind me, if that's okay. Or just like, or you guy

4    -- we sit here? Okay.

5              MR. GANDHI:  No, it's okay, man. Wherever you

6    prefer to sit --

7              MS. GARGIULO:  You can sit here -- you want the

8    light behind you?

9              MR. FEUER:  Yeah. I like mixing it up.

10             MR. GANDHI:  If that makes you more positive,

11   then choose it.

12             MR. DAHIYA:  Yeah, the customer has already

13   decided what side he wants.

14             MS. GARGIULO:  Yeah, that's fine.

15             MS. LAUSTER:  That's good to mix it up. We

16   should not be on the same side

17             MS. GARGIULO:  You guys coming this way?

18             MR. GANDHI:  Yes

19             (Crosstalk)

20             MR. GANDHI:  I came here for a second or third

21   time here.

22             MS. LAUSTER:  Oh, really.

23             MR. GANDHI:  (inaudible).

1           MS. LAUSTER:  Oh. I was telling Matthew – so he

2     assured me you guys had just moved -- probably just to be

3     aware –

4           MR. GANDHI:  Yeah.

5           MS. LAUSTER:  -- and I'm a vivid dreamer. I had

6     a dream last night, and we got here, and you guys already

7     knew who we were --

8           MR. GANDHI:  Oh, my God.

9           MS. LAUSTER:  -- and Im like, I don't know that

10    they can do this deal.

11          MR. GANDHI:  I don't know --

12          MS. LAUSTER:  It was such a vivid dream.

13          MR. GANDHI:  Well, now, I think you are --

14          MS. LAUSTER:  Yeah.

15          MR. GANDHI:  -- rest assured it's better than

16    that.

17          MS. LAUSTER:  So funny. It was such a vivid

18    dream.

19          MR. GANDHI:  So, what is Matthew's role? Is --

20          MS. LAUSTER:  He's -- he works with me.

21          MR. GANDHI:  He works with you?

22          MS. LAUSTER:  Yeah. He's like my right-hand man.

23          MR. GANDHI:  Matthew or Matt, or --

24          MS. LAUSTER:  Matthew.

25          MR. GANDHI:  Matthew --

```
1              MS. LAUSTER:  Yeah. Yeah.

2              MR. DAHIYA:  Yesterday, Steve was able to --

3              MR. GANDHI:  Yeah, I was able to --

4              MS. LAUSTER:  That's great --

5              MR. GANDHI:  Like in 12 hours, he was able to

6       put up for us, you know --

7              MS. LAUSTER:  That's great, yeah -- that was

8              MR. DAHIYA:  That's the one thing I said --

9              MS. LAUSTER:  -- when I was having the dream

10      last night --- oh, you can dial it in on the phone.

11             MR. GANDHI:  I learned that the other reason is

12      that they could be so far away the internet could be a

13      problem.

14             MS. LAUSTER:  Ah, Well, yeah.

15             (Inaudible)

16             MR. GANDHI:  It's a nice day outside. It will be

17      80 degrees, I heard.

18             MS. LAUSTER:  Oh, wow --

19             MR. DAHIYA:  (inaudible).

20             MS. LAUSTER:  -- just drive.

21             MR. GANDHI:  Yeah, but you are in the city

22      anyways, so.

23             MS. LAUSTER:  Yeah, yeah.

24             MR. GANDHI:  You are in a small apartment -

25             MS. LAUSTER:  Yeah, yeah. Exactly.
```

1              (Crosstalk)

2              MS. LAUSTER:  How far is the old office from

3      here?

4              MR. GANDHI:  Twenty minutes.

5              (Crosstalk)

6              MS. LAUSTER:  He's not locked outside, is he?

7              MS. GARGIULO:  He was on the phone.

8              MR. FEUER:  He tried to get in.

9              MS. GARGIULO:  We locked him out?

10             MR. DAHIYA:  And then we see him there, let me

11     in.

12             MR. FEUER:  If you're late, you're out.

13             MR. DAHIYA:  How are you?

14             MR: LAPISH:  Pleasure to meet you.

15             MS. GARGIULO:  Did you get locked out? Oh, you

16     know. Im going to have to launch this, right?

17             MR: LAPISH:  Eh, probably.

18             (Inaudible)

19             MR. DAHIYA:  I need to shut it down and spend

20     time with her.

21             MS. GARGIULO:  What does she do?

22             MR. DAHIYA:  She's in 12 – she's 12 years, and

23     my other daughter is 16.

24             MR. FEUER:  Ah, okay.

6

1           MR. FEUER:  So, my youngest daughter, many years

2       ago, made a little -- such like this, patched mouse pad,

3       it like little child's drawing and then my wife turns it

4       into a mouse pad - and I still use it in my office. The

5       artistic relevance is pretty significant. It's nice. It

6       looks pretty raggedy now because I use it for 15 years.

7           (Inaudible)

8           MS. LAUSTER:  Handouts for everybody.

9           MR. DAHIYA:  What do you think, after speaking

10      to Lazard, do you -- they are more likely to come back? We

11      worry about it kind of situation. There's no need to push

12      the date, as of now, but once you have your thing worked

13      out, then we can. Do you think that's --

14          MR. FEUER:  I think that to some degree.

15          MR. DAHIYA:  We are not so openly saying that

16      we'll -- we'll move it.

17          MR. GANDHI:  It's not in their hands also.

18          MR. DAHIYA:  Yeah, I know.

19          MR. FEUER:  To some degree, the issuer has said

20      this was not the first time they got the call from us.

21          (Crosstalk)

22          MR. FEUER:  This was number three, so therefore,

23      you can't ask for so many favors and so --

24          MR. DAHIYA:  I get it.

1          MR. FEUER:  -- In other words, what they said

2     was, hey guys, we can make it work to some degree, but we

3     also need you to show us something, right?

4          (Crosstalk)

5          MR. DAHIYA:  That's what it seemed. Like, show

6     us something. Some progress on that, right?

7          MR. FEUER:  Yeah.

8          MR: SROUR-SERURE:  Did you drive here?

9          MR. FEUER:  Easy, but long.

10         MR: SROUR-SERURE:  How long did it take you to

11    get here from Connecticut?

12         MR. FEUER:  It was two hours and maybe ten

13    minutes. But there was, I mean, I was driving with the

14    traffic, not -- not against the traffic.

15         (Crosstalk)

16         MR. FEUER:  So, from there -- from where I live,

17    driving towards New York, there is some traffic, but then

18    --

19         MS. LAUSTER:  Do you guys -- What's your --

20         MR. GANDHI:  Wi-Fi?

21         MS. LAUSTER:  Yeah.

22         MR. GANDHI:  There's a QR Code outside, right?

23    That'll give you access.

1          MR: SROUR-SERURE:  It is the first official

2      meeting here. We are not even here yet. We are in

3      transition of working --

4          MR: SERURE:  917 --

5          MS. GARGIULO:  So, they are in the waiting room,

6      waiting to be let in.

7          MS. LAUSTER:  Yeah, I know. I'm trying to figure

8      out --

9          MR: SERURE:  917 259 --

10         MS. LAUSTER:  295 --

11         MR: SERURE:  -- 4635 --

12         MS. LAUSTER:  Is that Dream on Me or Dream on Me

13      guest?

14         MR: SERURE:  Guest, guest.

15         MR. FEUER:  So, no big deal, it just takes some

16      time --

17         MS. GARGIULO:  Are we doing it on here, though?

18         MS. LAUSTER:  I'm trying to -- I got to let them

19      in, but I'm having difficulty getting on the Wi-Fi.

20         MS. GARGIULO:  No, no, I know, but is it going

21      to be on screen?

22         MR: SERURE:  Yes.

23         MS. GARGIULO:  Okay.

24         MR. FEUER:  Now, why did you choose this

25      location?

1              MR: SROUR-SERURE:  Square footage. We were not

2      able to get a large building, and from where we are, it's

3      almost like a ten-minute drive, so we still have The

4      Police and the health --

5              MR. FEUER:  In the location --

6              MS. LAUSTER:  So, I think we need to rejoin --

7              MR: SROUR-SERURE:  Not only that, but to

8      Philadelphia or anywhere like that where it's cheaper --

9              MS. GARGIULO:  So, what do you mean rejoin?

10             MS. LAUSTER:  Up there.

11             MR: SERURE:  So, you know who you have right

12     now.

13             MS. GARGIULO:  So, I know Yuen is in the waiting

14     room --

15             MS. LAUSTER:  He's on --

16             MR: SROUR-SERURE:  -- so, we cannot just --

17             MS. GARGIULO:  Yeah, and then we're just waiting

18     for Jeff. I see Yuen and --

19             MR. FEUER:  Okay, makes total sense that. I mean

20     it's not the cheapest, but it's not always the cheapest

21     that is the best.

22             MR: SROUR-SERURE:  It's convenient. It's still

23     in, like, driving vicinity for us.

24             MR. FEUER:  Yeah.

1          MR: SROUR-SERURE:  We are 50, 55 minutes from

2     home.

3          MR. FEUER:  It takes you only 55 minutes for

4     everything?

5          MR: SROUR-SERURE:  Can be. Usually -- I mean, it

6     also depends on traffic.

7          MR. FEUER:  Yeah, yeah.

8          MR: SROUR-SERURE:  The other (inaudible) was 40,

9     45 minutes.

10          MR. FEUER:  Fourty-five -- whoever lives in the

11     New York area, if our commute is not (inaudible).

12          MR: LAPISH:  Whereabouts in Connecticut are you?

13          MR. FEUER:  In Litchfield County, It's --

14          MR: LAPISH:  I know where it is. We're on the

15     other side of Hartford.

16          MR. FEUER:  It's Jeff and Yuen.

17          MS. GARGIULO:  Oh. Can they --

18          MR. DAHIYA:  Are you guys able to hear us? Can

19     you hear us?

20          MS. GARGIULO:  They can see you, though, because

21     --

22          MS. LAUSTER:  Device settings -- Team can't hear

23     you; check device settings.

24          MS. GARGIULO:  And also, I think our camera is

25     off.

```
1              MS. LAUSTER:  Yeah, cameras off.

2              MR. DAHIYA:  Would you check with Stuart

3         (Phonetic)?

4              MR: SROUR-SERURE:  It's only you because there

5         is no camera there.

6              MR. DAHIYA:  Oh, there is no --

7              MR. FEUER:  So, maybe we put your laptop over

8         there?

9              MR. DAHIYA:  Yeah, yeah.

10             MR. FEUER:  So, do you have an outlet over

11        there?

12             MR. DAHIYA:  That would be a good idea.

13             MR. FEUER:  You probably -- you need an

14        extension cord. Ah, like, here?  Or maybe put it -- I

15        think it's better if you put it here.

16             MS. GARGIULO:  Ah, that's better. You can see

17        the conference room now. I don't know if they can hear us

18        yet.

19             MR: SROUR-SERURE:  It's good to come here and -

20             MR: SERURE:  Steve --

21             MS. GARGIULO:  I could - I could put in on my

22        computer for sound, if you want, for now?

23             MR. FEUER:  I have sound.

24             MS. GARGIULO:  I will have sound if I connect.

25        Until -- until it's --
```

12

```
1              MS. LAUSTER:  It's that blue button up there,
2         device settings, right?  You should check your device
3         settings. See that message?
4              MR: STUART:  Can you not hear them, or can they
5         not hear us?
6              MS. GARGIULO:  They cannot hear us.
7              MR: STUART:  Click device settings up on top.
8              MR. DAHIYA:  On there.
9              MS. GARGIULO:  It's on this computer.
10             MR: STUART:  Can you hear us? How about now? Can
11        you hear us?
12             MS. GARGIULO:  We can't hear them yet, but --
13             MR: STREADER:  (inaudible).
14             MS. GARGIULO:  Ah. Can you here us too?
15             MR: STREADER:  Yes, I can hear.
16             MS. LAUSTER:   Oh, fantastic.
17             MS. GARGIULO:  Okay.
18             MS. LAUSTER:   So, we sent out an agenda in the
19        invite last night, you know, we're not married to this
20        order necessarily. The things that we thought that we
21        needed to cover -- to discuss the bid procedures and the
22        overall process. We gave each of you guys a copy of the
23        timeline and everything, so we -- so everyone knows what
24        needs to be done. And then the timing and the status of
25        the TSA and APA.
```

1                  The Go Global team has been working really

2        hard with their counsel and Matthew's assistance to put

3        together the TSA and APA so they can give an update on

4        that.  Go Global, we've got some questions for you guys,

5        and I'm sure you guys have some questions for Go Global.

6        And then we could talk about, you know, what the structure

7        of the transaction would look like and then open

8        discussion. So, that's what we are thinking in terms of

9        agenda. If that's agreeable to everybody?

10                  MS. GARGIULO:  So, I just want to stop for one

11        second.  Jeff, could you hear Kathleen speaking? I just

12        want to make sure it's loud enough.

13                  MR: STREADER:  Yes. Can hear Kathleen very

14        clearly. I just cannot -- cannot see anyone. It's just --

15        I see three water bottles in the middle and Kathleen

16        leaning in and that's it. There's no optics for us.

17                  MS. GARGIULO:  Okay.

18                  MR. FEUER:  That's me.

19                  MR: SROUR-SERURE:  Maybe you want to move -- to

20        move the laptop further down?

21                  MR. GANDHI:   Further down, yeah.

22                  MS. GARGIULO:  Yeah. Or honestly, why don't you

23        turn it -- why don't you turn it this way a little bit?

24        Because Jeff doesn't need to see me or --

25                  MS. LAUSTER:  Or me.

1             MS. GARGIULO:  -- he knows what we look like.

2             MR. FEUER:  Is that better?

3             MR: STREADER:  Yes, thank you.

4             MS. GARGIULO:  Okay. Yeah, you don't need to see

5      Deb and, Kathleen and Matthew, so that's fine.

6             MR: STREADER:  That's a -- that's a much better

7      view.

8             MS. LAUSTER:  So. Before we dig into this

9      agenda, did you want to -- I mean, we've all met each

10     other already. We had the, you know, the nice dinner the

11     other night. We had our call on Sunday or Monday. All the

12     days blur together now. But is there -- Jeff, is there

13     anything you wanted to say to kick this off or anything

14     before we get into this agenda -- the meat of this agenda?

15            MR: STREADER:  I -- listen, I -- we know that

16     you have been in the data room. We know that you have been

17     a partner to Buy Buy Baby for a long time. We know that

18     you bring relevant experience to this potential

19     partnership with us.

20            We've been in the data room working really hard.

21     We've been working with lenders and non-lenders. We've

22     been working with management -- don't know them as

23     intimately as you do -- we've been conducting diligence on

24     the brand, product assortment, the competitive landscape

25     and working with the professionals, such as real estate

1    professionals, such as technology companies that we would

2    migrate to, such as new 3PL partners and we put together

3    our thesis.

4         It is not a lay-up -- using a basketball term --

5    where we are just driving in for a quick two-point basket.

6    We know that this is a -- there is some risk behind this

7    investment opportunity. We think it's phenomenal. We

8    really do, and are excited about this potential to restore

9    a billion-dollar, relevant, E go-to destination for young

10   parents -- parents.

11        And the prospect of partnering with you is quite

12   exciting for us because most of the other people we're

13   speaking with, investor partner potential, are more

14   passive or have less of an understanding of the pain

15   points and the upside. Not saying they're just -- they're

16   all Excel jockeys, but they don't have the experience, the

17   sweat equity that we have put in the industry, and that

18   you have.

19        And, because of that, this meeting today is

20   super exciting for us. It's -- we're really excited about

21   learning more about what you've accomplished in your

22   diligence and in your relationship and sharing more about

23   what we learned, and then Christian will lean in and

24   provide you our insights on valuation and where we think

25   this could potentially go.

1              This is going to be a great meeting. I know

2       already going in, and I apologize -- Yuen and I apologize

3       for not being there. We have a board meeting -- a Janie +

4       Jack board meeting in five hours, and as the Chairman of

5       the company, I need to be here. There's a lot of really

6       good things going on for Janie + Jack as we open new

7       stores and invest into digital technology.

8              So, we will meet again soon if this meeting goes

9       as planned. I'd love to meet you in person early next

10      week.

11             MR. DAHIYA:  Thank you, Jeff.

12             MR: STREADER:  So, Kathleen, back to you.

13             MS. LAUSTER:  Okay. So, the first thing we

14      wanted to talk about, just to kind of frame the context of

15      this meeting, is the bidding procedures. I gave you guys

16      all copies of it. And just so everybody is clear --

17             MR. DAHIYA:  It's a single page, right?

18             MS. LAUSTER:  Yup. Yeah.

19             MR. DAHIYA:  We already have too many pages.

20             MS. LAUSTER:  Oh, God, it's true.

21             MR. DAHIYA:  Did anybody else --

22             MS. LAUSTER:  Yeah, I mean - it's just, you

23      know, I mean, we're up against a really tight deadline

24      here, we all know that.  You know this disbandment, close-

25      cut pact with Lazard, who's running this process to

1    understand what needs to be done to make sure that we've

2    got a seat at the table for the auction. And, the bottom

3    line is, is that there needs to be an equity commitment

4    letter by Friday.

5            Lazard is willing to be -- to allow for certain

6    contingencies with that commitment letter. So, there can

7    be some outs on it, but they need to see something to

8    qualify as a qualified bidder for the auction.

9            The second thing is -- is, there has to be a

10   good faith deposit of 10 percent of the value of the bid,

11   and this absolutely has to be by Friday. We're -- we'll be

12   going into the weekend and Monday is a federal holiday.

13   So, quite literally, the wire has to happen Friday.

14   Otherwise, it wouldn't happen until Tuesday, and Tuesdays

15   too late.

16           So, you know, that's the Immediate deadlines

17   that we have in front of us. In terms of full funding,

18   that's after the sale hearing, so it would be -- they're

19   scheduling that for June 27th or as soon thereafter so as

20   the debtors maybe heard.

21           So, those are the key -- and the auction also, I

22   should mention, is on June 21st. So, you know, we might

23   come in with our bid, and the idea being is that we might

24   have to raise it in order to win it during the auction

1    process. So, does anybody have any questions about these

2    timelines or the procedures or anything along those lines?

3         MR: STREADER:  I think you should also mention

4    how you have been in constant contact with Lazard. Avish,

5    I think you maybe spoke with Lazard recently about a -- an

6    extension, just a slight extension, and Christian has

7    developed an intimate relationship with them about giving

8    us a little bit more time. I think we should just talk

9    about that because we -- at least this is what I've

10   gathered from the soundbites from everyone – that there is

11   no more time. And, Christian, could you go first on that?

12        MR. FEUER:  Yeah, so, I mean, eh,

13   straightforward. We were on the call with Lazard, and

14   technically, by tomorrow, all bids would have to be

15   delivered with no out. But, based on our relationship,

16   maybe, but probably more, because they want somebody to

17   take over the business. They allow us to have maybe -- or

18   not maybe – provided a bid with outs. But that's really

19   where it comes down to. Which then has to be qualified

20   with no out by no later than Monday or, the worst, on

21   Tuesday.

22        But that's basically the best they could give us

23   so far. The golden opportunity to ask for more time, but

24   under that circumstance, we would probably have to give

1     them an attractive outcome of the way. And so, whatever

2     that would take.

3            MS. LAUSTER:  To answer your question, I mean,

4     the way this has been, I mean, they've had four extensions

5     already, right? And they'd always come at the 11th hour.

6     But it's less likely there's going to be

7     another because what was driving the other extensions was

8     that the bidders on Bed Bath & Beyond were not ready

9     either. Now that they have their stocking parts bid for

10    Bed Bath & Beyond, you know, I don't see them extending

11    this much longer, you know.

12           MR: SROUR-SERURE:  But as far as we know, there

13    are no bidders on the Buy Buy side. So, they can go ahead

14    if there is no bidder?

15           MS. LAUSTER:  Well, if there is no bidder, the

16    lenders can always credit -- they'll just bid for the

17    assets. Rick, I don't know that we're certain there's no

18    bidder?

19           MR. FEUER:  I'm sure that specific comment was

20    that there were others who were interested in -- in buying

21    the IP, but because the intention is to find a buyer for

22    the entire business, they didn't accept an IP stocking

23    cost. So, so they -- so they didn't have -- that's what

24    they said.

1          MR. GANDHI:  You've got to believe what they are

2     saying right now, anyway.

3          MR. FEUER:  Yeah, I mean, we know and have heard

4     that others were interested in the IP for Buy Buy Baby. We

5     were able to read it.

6          MS. LAUSTER:  It was on CNBC.

7          MR. FEUER:  So, I mean, you never know. I mean,

8     there is always a big difference between interested and

9     making a qualified offer. But it is probably fair to

10    assume that there is interest.

11         MR. DAHIYA:  And what's the -- you're talking

12    about the -- do we know what the Braincube guys are

13    looking at now?

14         MR. FEUER:  Okay, so -- because we are in

15    person, on the bid. So, the -- just give me an idea. I

16    mean, this is strategy; on the one side, and then on the

17    other side, we have to compare it. Either that they're --

18    we are finding two opposing opportunities. One is another

19    data, so we all don't know, but the one we can qualify to

20    some degree is the liquidation value.

21         So, what Kathleen mentioned, there's always the

22    opportunity that the -- goes to auction, somebody bids one

23    million, and that's the highest bid, but then the creditor

24    will say, hey, you know what, I bid 20, 30, 40 or whatever

1    million because I know I can get more out of the

2    liquidation of the asset.

3              MR. DAHIYA:  (Inaudible)

4              MR. FEUER:  Yeah. And so, since there are some

5    estimates in regards to what the inventory value will be -

6    - we all don't know what the IP value is -- the

7    indication-based Bed Bath & Beyond was able to achieve.

8    Now, the question is whether it's apples to apples, but

9    it's not as high as what some people might have hoped. So,

10   these are the two things we are up against.

11             The question is what our strategy is. So, there

12   are two elements: where do we start, and how far are we

13   prepared to go? And, if we want to discuss this right now,

14   happy to share our thoughts.

15             MR: SROUR-SERURE:  Please.

16             MR. FEUER:  Okay. Because, I mean, this goes to

17   the heart, right? I mean, how much do we --

18             MR. DAHIYA:  Yeah, yeah, yeah.

19             MR. FEUER:  How much money do we need to play?

20   And, then, is it worthwhile?

21             MR. GANDHI:  How much you give me?

22             MR. FEUER:  Yeah. So. Okay, so, what we have

23   done is we have a strategy to make sure in order to win

24   the bid, and under the assumption that the IP had higher

25   values than it might have right now, we provided a bid

1    where we offered the estate ████████████. That was

2    constructed of ███████████ of equity that we would

3    provide, plus ████████████ of equity that 6th Street

4    and potential partners would provide, and a ██████████

5    ██████ seller note which would qualify, or which would be

6    like, whenever we want to pay it.

7         So, that was what we suggested originally. And

8    there was interest on the 6th Street side but ultimately,

9    they decided not to go forward with this.

10        Now, we are later, we know what the IP best bid

11   so far is -- ██████████ for Bed Bath & Beyond.

12        MR. GANDHI:  (inaudible).

13        MR. FEUER:  It's over the liquidation value,

14   false liquidation value of the assumed ███████████

15   dollars. So, we built the relationship. It's like 1/6th or

16   less, █████████ or so. And there was no stalking horse

17   bidder for Bed Bath and, therefore Buy Buy Baby. And we

18   still get the message: we are the preferred buyer, and

19   there is nobody competing with us. We are thinking of --

20        MR: LAPISH:  You are thinking of this as a

21   growing concern?

22        MR. FEUER:  As a growing concern, right? Yeah,

23   so for the IP -- so we have a few thoughts. So, the two

24   assets that are there is, on the one side, the IP - we all

25   don't know necessarily what the value will be, but the

1    inventory, which will remain, at the time -- at the end of

2    June when we would take over the business, there is an

3    estimate -- and Kathleen and Matthew has some information

4    -- ████████████████ and they believe if they liquidate

5    it, they will get ████████████, based on the trend,

6    how they have been liquidating and still go -- and people

7    have very good ideas how. If I'm starting here, I'm here

8    now; what variable end?

9         So, I think that sounds sort of fair, and so, if

10   we would offer substantially less than ████████████████

11   for the inventory, they would decide probably, hey, let's

12   still go through the options. So, yeah.

13        On the other side, then, there's the IP, and the

14   IP, again, we all don't know; I think we all believe,

15   probably, that the Bed Bath & Beyond is really -- I don't

16   know what anybody really wants to do with this.

17   Overstock.com, I sort of get an idea, but Buy Buy Baby, as

18   we discussed earlier, has a real place in the market and,

19   therefore, has probably, at least in relationship to the

20   original false liquidation value -- has a higher value.

21        And, then there is the thought of, we probably

22   don't want to offer too much because we want to have the

23   ability to (inaudible). And, so, if you take all this, at

24   one time, we said ██ -- of which ██████████████, by

25   the way, came from 6th Street -- so, it wasn't really ██ in

1    real money. It was finding money to a large degree from 6th

2    Street, and where are we now? And our thinking is that we

3    probably offer an amount of, for sure, less than ███

4    █████████████. And so, we are thinking, well --

5              MR: SERURE:  That's just for the IP?

6              MR. FEUER:  No. For everything.

7              MR: SERURE:  For everything.

8              MR. FEUER:  I mean, so, okay, so, I mean even

9    prior, so, and yeah, I don't want to talk the entire time,

10   but I can give you our thoughts, how and where to

11   potentially get it. And there is no perfect answer, right?

12             MR: SERURE:  That's true.

13             MR. FEUER:  Because collectively, we would come

14   to an answer and say, well this is, so, another aspect is

15   -- so we want to make an offer which is attractive enough

16   that they want to entertain us.

17             There's also the thought that maybe what we want

18   to do is to have a low offer but still try to get 6th

19   Street to participate. So, every dollar 6th Street

20   participates is a dollar we have more to turn the business

21   around or payout as a dividend later on or whatever we

22   want to do, right? So, then that is and -- this is fine

23   line where to walk.  So, we know it has to be for sure

24   over 30 because otherwise, why would they sell us the

1    business. The equity the IP has a value -- to be discussed

2    what this really is.

3         Im sure there is somebody like Babylist, I can

4    easily imagine that they offer ███████████████ to the

5    business, but nobody knows, right? And then there is also

6    the other element which we have not qualified: If we take

7    over the business as a growing concern, we also take over

8    all the associates, and so there are lower costs of the

9    wind down.

10        There is also, the one question where I do not

11   have the answer. Is we can consider to take on the post-

12   petition liabilities, which we can continue this? Doesn't

13   really cost us money at the beginning, but it is from the

14   estate perspective, dollar for dollar, so if we take on 10

15   million dollars of liabilities that are post-petition of

16   our offer, 10 million would go against this liability. So,

17   I'm trying to find out what this is.

18        MS. LAUSTER:  You're talking about the cure

19   costs.

20        MR. FEUER:  It's not necessarily cure -- I mean,

21   whatever, so that --

22        MS. LAUSTER:  Yeah.

23        MR: SROUR-SERURE:  What do you mean by

24   liability?

1          MR. FEUER:  So, if there is any payables for

2     right now.

3          MR: SROUR-SERURE:  Okay, right.

4          MR. FEUER:  So, because they are post the

5     Chapter 11, every payable which is created post the

6     Chapter 11 has priority over the creditors getting money.

7          So, by assuming this, and I have no idea, its

8     only five hundred thousand dollars, it's not relevant,

9     maybe it's a few million dollars? If this is liabilities

10    with existing vendors, it is not costing us any cash

11    because we could continue to invest our utilities, for

12    example, or that they would go into a normal AP cycle.

13    It's a minor point, I don't know.  Just sorting this out.

14         MR. GANDHI:  So, I'll add some value to what you

15    said about the liability side. When we did it when I did

16    one of those interactions, what we did was we selected a

17    few vendors who are good for -- who are best for us,

18    right, in the normal course of business. And, then --

19    rightly as you said -- you take it dollar for dollar, but

20    you talk to them, and you make it out 50 cents to a

21    dollar, immediate for them to get it.

22         The balance by committing them the future

23    business. So, you gain whatever, you know, whatever the

24    difference between the dollar and 50 cents or whatever we

25    can negotiate with. So that is the one thing we have done.

1           The second thing that we did was we put the

2      estate in command of the situation in such a way we told

3      the estate that, listen, you are saying that the inventory

4      is for ███████, and you will be realizing ███████.

5      So, we put a caveat there. That, you know, if we don't

6      get, let's say, ███████ or ███████ or whatever this

7      come to, then for every dollar we receive less, you will

8      also be participating into that loss, so to say. That was

9      another thing that we did.

10          The third thing we did was when we did this,

11     entire, you know, calculations -- and let's say the value

12     came to ███████. We told estate, that listen,

13     on day one, we told you that that it's a ███████

14     value and all these things are fine, but we are only going

15     to give you ███████, For example. The balance, ██

16     ███████ill come to you as we start selling as we start

17     operating the stores.

18          So, we provided a window of another three years

19     such a way that that ███████ could also become ██

20     ███████ also for them. So, if it's, let's say, three

21     percent of the sales, so, if you are doing, let's say,

22     half a billion dollar in sales, then ███████ per

23     year that they can get for the next one or two years.

24          So, we deferred that payment. We reduced our

25     case requirements, and then we forced them to make sure

1    that we continue to perform with their support. So, that

2    the three-months window that they are talking about right

3    now. We have other situations, but we could extend those

4    things because now they are party to what we are doing.

5              MR. FEUER:  I think its key for us to somehow

6    make the entity that's calling the shots vested in our

7    success

8              MR. GANDHI:  Absolutely.

9              MR. FEUER:  Because we need them.

10             MR. GANDHI:  Exactly, exactly.

11             MR. FEUER:  We will need them in the near

12   future. And I like this. All this, that makes a lot of

13   sense. It's like stretching, somehow, the same way that's

14   helping the money we pay them into the future, in some

15   shape or form, and ultimately get them vested in our

16   success.

17             MS. LAUSTER:  So, they back off from the credit

18   bid, I think, largely because they are recovering. They're

19   getting on Bath so much less than they expected. So, they

20   are just prioritizing cash.

21             They did offer -- their last offer to us was no

22   credit bid but at ████████ (inaudible)on the back end.

23   So, once we --

24             MR: LAPISH:  Term --

25             MS. LAUSTER:  Yeah, term --

1        MR: LAPISH:  Term secured by the IP –

2        MS. LAUSTER:  Correct, yeah. So, once we get

3   this capital stack agreed to, we're going to we're going

4   to go back to them because we think that they would be

5   willing to pay a smaller dollar amount.

6        MR. GANDHI:  So, what is the structure looking

7   like today? Let's say if it is –– or how you're proposing

8   that it will be likely ███████, ███████.

9        MR. FEUER:  No, so we will bring more. So, I

10  mean, okay, so, again, so, from the capital required,

11  there are two main components: one is to buy the business,

12  and the other is to operate the business. And, so, under

13  the assumption that the money to operate the business, to

14  stand it up, is not changing. The only number that is

15  changing is really the purchase price.

16        Originally, I would think it was where we

17  started out, and so, I think the model shared with you was

18  basically ███████████ to buy the business and ██

19  ███████████ to operate ––

20        MR. DAHIYA:  Operate.

21        MR. FEUER:  –– operate it and start it up. If

22  the first ██ goes into ██, I personally would probably

23  feel safer, if we have ███████████ to operate the

24  business because we want to capitalize the business. I

25  mean, in the end, we would be fully in control and maybe

1       can structure it in a way that we have it, I reserve, in

2       our control, not that the lenders get involved into this,

3       whether we maybe pay it back or paid out. However we do

4       it, we will be able to figure it out.

5              But, so, in other words, I would prefer,

6       altogether, we raise the same amount of money but have a

7       better, stronger safety net.

8              MR: SROUR-SERURE:  From my understanding of the

9       other night meeting, a 70 over there plus a 70 on the

10      night of the meeting, or whatever, that's called -- that

11      you were called to propose over there, 90 days with the

12      stores, with the leases over there. That's going to

13      continue operating and you won't be able to negotiate. The

14      better terms over there; is this still on the table?

15             MR. FEUER: Okay. This is part of our request, so

16      the point is we don't know whether they will accept that.

17      But we will have, I think, good reasons to request this.

18      That's clearly our request. Ninety days for --

19             MR: SROUR-SERURE:  Is no one on the situation

20      like that?

21             MR. FEUER:  In the past, it was, and so, I'm

22      maybe not the biggest expert, but in the past, it was

23      totally normal to do that, that you could reject

24      agreements post-closing out of Chapter 11. That is not as

1    much the as the case anymore, but it's still, I mean, I
2    don't know.
3              MS. LAUSTER:   Yeah, we do need to, and I don't
4    know; maybe this has been done if we confirm with legal
5    counsel how long we are allowed to reject leases.
6              MR: LAPISH:  We can get optionality on some, but
7    during that time, the estate doesn't carry any of the
8    costs, so, wrench, (inaudible) everything else has to be
9    caried by us.
10             MR: SROUR-SERURE:  I thought that you mentioned
11    that that's carried by the State, by the court?
12             MR. FEUER:  So, and I think --
13             MR: SROUR-SERURE:  It was also that, whatever
14    bar by operational, was also getting paid by the court?
15    That the way we understood it on the other night.
16             MR. FEUER:  Okay, so, I think what is the case
17    is that the, if you --
18             MR. DAHIYA:  It should be under what? The
19    transition agreement right now.
20             MR. FEUER:  Yeah. So, we have the transition
21    services agreement, and they technically pay it, but we
22    have to reimburse them for these costs.
23             MR: SROUR-SERURE:  That was mentioned the other
24    night. Are you trying to embarrassment, to embarrass the -
25    -

1           MS. GARGIULO:  The transition service agreement

2     would be what we're outlining to them about all the

3     services that they need to help provide to us during the

4     period of time of the 90 days because they can only give

5     us a transition servicing room for 90 days.

6           MR: SROUR-SERURE:   Okay

7           MS. GARGIULO:  Of that, they would cover some of

8     the cost, but then we would also be charged. So, --

9           MR: SROUR-SERURE:   What do you call some of –

10     what does that mean? Some of the costs?

11           MS. GARGIULO:  So, I believe that there was a

12     document right now in the data room, which they're trying

13     to refine, that there was a cost of ███████ per --

14           MR: LAPISH:  So, right now –

15           MS. LAUSTER:  And they're covering the other █

16     ████████

17           MR: LAPISH:  The agreement is in order for them

18     to operate their capital; their technology stack; it's

19     roughly ███████ dollars a month. They've slimmed it

20     down to ████████████ a month of absolute need, and

21     through 9/30, they are willing to split that cost with is

22     because they need it on the Bed Bath and Beyond side as

23     well. And then we're using it. So, that's going to be

24     split 3 million each; anything beyond 9/30 with Bed Bath

25     and Beyond no longer exists. We would then be responsible

1    for all 6 million of it and the running of it if we

2    haven't transitioned onto a new platform.

3              MR. DAHIYA:  So, for three months they're

4    estimating 6 million?

5              MR. GANDHI:  ███████████████████ a month

6              MS. GARGIULO:  But ████████ would be --

7              MR. GANDHI:  Only ████████ for Buy Buy and

8    ████████████ for Bed Bath. So, ████████████ --

9              MS. GARGIULO:  I don't know about on the Bed --

10             MR. GANDHI:  That's what you said --

11             MR: LAPISH:  Yeah, that is.

12             MR: STREADER:  Yes.

13             MR. FEUER:  And, Jeff, you can talk about the

14    leases, the fact whether we need to pay the lease cost

15    during the first three months or not, right.

16             MR: STREADER:  We have, in addition to retail

17    store lease consultants outside advisors that specialize

18    in lease negotiations. We're teed up and ready to go with

19    many external people that become part of the Go Global

20    team. The execution team, the extraction.

21             One of these is a leader in the industry. Their

22    name has been listed in the data room. If you spent time

23    in there, you have seen A&G, and we've had half a dozen

24    meetings with them and have a proposal from them for day

1    one that they would come in and represent us in the

2    negotiation.

3          They have told us that they believe that those

4    costs, which we will bear, on day one for the rent of the

5    stores and utilities and any related costs. That they will

6    be able to get these reversed for at least a two-month,

7    perhaps a three month period.

8          On day one, perhaps week one, it will be on our

9    shoulders, our burden, to pay those while it's negotiated

10   for that to be reversed during the negotiation period. In

11   that negotiation period, that A&G leads, with the 95

12   different locations. Maybe it's 50 landlords, maybe it's

13   40 landlords, they will lead that negation and come back

14   to us. We will decide, yes, we want to keep this location

15   at the new term, or no, we do not, and we're terminating

16   it now, during this period. And we feel good about this

17   plan, having an expert in this space partnering with us.

18         MR. FEUER:  That's it, Jeff. I think, in other

19   words, what will happen is, on day one, we send all the

20   landlords a letter saying, guys, we would love to work

21   with you; condition number one is we get the next three

22   months rent-free. Condition number two is, then, whatever

23   all kinds of detail. And the landlords, which will say,

24   hey, I don't want to, we will reject.

1          MR: SROUR-SERURE:  And I can mention that this

2     is coming from the court, that the court are able to force

3     them to give out -- to give you the 90 days.

4          MR. FEUER:  The 90 days --

5          MR: STREADER:  No.

6          MR. FEUER:  -- the ability to reject, but not

7     the --

8          MR: SROUR-SERURE:   That's why it was mentioned

9     the other night.

10         MR. FEUER:  So, you -- I think that's what you

11    understood, correct?

12         (Crosstalk)

13         MS. GARGIULO:  I think --

14         MR: SROUR-SERURE:  -- over there or am I? I

15    mentioned over there that I, the way it was brought up to

16    us --

17         MR: SERURE:  I understood that we didn't have to

18    pay any rent during that period.

19         MR: SROUR-SERURE:  Correct. Ninety days. They

20    have it operational that we were --

21         MR. FEUER:  So, the way how to get to this point

22    is the way how I just described --

23         MR: SERURE:  Meaning, how he told you that

24    there's a whole system behind him, this is the method to

25    get that done. So, in that first week, you send out the --

1      what's it called -- the letters, and first condition, like

2      your saying --

3               MR. FEUER:  Yeah, it gives us free rent.

4               MR: SERURE:  -- give us free rent for the next

5      three months.

6               MS. LAUSTER:  Yeah.

7               MS. GARGIULO:  So, we --

8               MR: SROUR-SERURE:  That's not the way it was

9      mentioned out there. That's not the way I understood it.

10              MR: SERURE:  He didn't imply that there was

11     method behind it.

12              MR: SROUR-SERURE:  I understood that there was -

13     - it's going to be done from court. The courts would force

14     them over there to continue for three months free. Now,

15     you need to go and negotiate so we get those three months

16     --

17              MR. FEUER:  Yeah

18              MR: SROUR-SERURE:  -- there's a difference.

19              MR. FEUER:  Definitely different --

20              MR: STREADER:  Tell you this if I can, is that -

21     - so there losing some pretty big stores, hundreds of

22     stores in Bed Bath and Beyond, and many of those

23     landlords, it's a duel location. There's maybe no

24     cohabitation adjacent, but its in the area. The landlords

25     are going to be hurting. A&G said to me on several

1       locations, they do not want to lose you a 25 thousand

2       square foot box. It's not easy to fill anymore.

3              Let's think about retailers or brands that are

4       taking 25 thousand square feet. There's not that many.

5       Nordstrom Racks around there. They want you because if you

6       leave, it will take them a year to clean it up, paint it,

7       and find somebody. They lose a whole year. You are in a

8       good spot for negotiations. I believe it will be fine with

9       the stores. If we decide to keep a location because it's

10      not crime-ridden, and we like the halo of e-commerce, and

11      we like the demographic, we'll be fine.

12             MR: SROUR-SERURE:  What kind of a discount are

13      you --

14             MR. DAHIYA:  Estimating.

15             MR: SROUR-SERURE:  -- estimating to lower on the

16      rent size?

17             MR: STREADER:  So management, through

18      conversations with them, previously had given an

19      indication of a 7.5 percent decrease. I think that that is

20      just a placeholder that's out there, and I'll tell you,

21      within a week after us winning this asset, and diving in

22      with the team over at A&G, we'll have better indication.

23      If I had any guess right now, we should just use 7.5

24      percent and know that there is so much upside of rent

25      reduction opportunity.

1              MR: SROUR-SERURE:  What is there fee, A&G?

2              MR: STREADER:  I don't know how many basis

3     points they work on right now; I don't know. I don't know.

4     I'll -- I don't have the proposal open in front of me.

5     It's a percentage, as many of these are, It's a percentage

6     of the rent reduction. They work. They are success-based.

7              MR: SERURE:  And how are they paid?

8              MR. DAHIYA:  Are you able to define the success

9     or it's --

10             MR. FEUER:  Open.

11             (Crosstalk)

12             MR: STREADER:  So, if they save this 10 percent

13    -- I'm making this up -- if they save this 10 percent,

14    they take 1.5 percent. I'm making it up.

15             MR. DAHIYA:  Okay.

16             MR: STREADER:  But it's success based.

17             MS. GARGIULO:  Right. I think it's also

18    important --

19             MR: SROUR-SERURE:  As based on the new lease,

20    they will be taking one and a half percent of the total

21    lease per store?

22             MS. GARGIULO:  No, on the same lease --

23             MR. FEUER:  On the same --

24             MR: SROUR-SERURE:  I understand, but for the

25    entire new lease that, we hope that we will have.

1               MR. FEUER:  You mean for the period of the

2      lease?

3               MR: SROUR-SERURE:  For the period of the lease.

4               MR. FEUER:  Okay. So, That. Jeff, I'm not sure –

5      –

6               MR. DAHIYA:  Is it one year, is it two years, is

7      it ten years --

8               (Crosstalk)

9               MR: SROUR-SERURE:  Exactly, I don't understand

10     it.

11              MS. GARGIULO:  I think one of the important

12     things, also to understand, we're requesting for them to

13     give us the 90 days. If they come back and say no, they

14     won't give us the 90 days to reject the lease; as Jeff put

15     it, the letter will go out, that might change the view a

16     little bit.

17              MR: STREADER:  They are going to reject it. They

18     already said they're going to reject it. The estate is

19     going to reject it. They don't want to have that burden of

20     leases. They're going to reject it, and that is why we're

21     engaged with A&G, day one.

22              MS. GARGIULO:  Right.

23              MR: STREADER:  We hit the ground running.

24              MR. GANDHI:  So, technically --

1            MR: STREADER:  They're not going to accept the

2       leases.

3            MR. GANDHI:  So, technically, since we are still

4       under that -- the company is still under Chapter 11 when

5       A&G reaches out to this landlords, or the owners --

6            MR: STREADER:  Yes.

7            MR. GANDHI:  -- how long -- they have a time to

8       decide and let us know before we have to decide our own

9       way? That we need or we don't need.

10            MR: STREADER:  It's during, it's during that

11       two-plus month period. We're going to be able to make a

12       decision pretty -- very quickly. We already know rev per

13       store. We already know the e-commerce multiplier is at

14       least 2x. We're working on a heat map right now to look at

15       e-commerce revenue driven by a store, and we'll be able to

16       evaluate that and then look at other demographic

17       information that'll help us determine whether we want to

18       be there or not. Including looking at crime. Looking at

19       the competitive landscape. Looking at patterns of real

20       estate in that area.

21            MR. FEUER:  I think your question was, just

22       like, we send out the letter, how long -- time - do we

23       give them until they say, hey, Im giving you the next week

24       three months free or not, right?

1                    So, and I think this will be a very short -- I

2           can't talk -- but it will be most likely a very short time

3           frame. It's not just like, hey (crosstalk), we want your

4           answer by the end of the week or -- Im not sure whether

5           that realistic -- but, something shorter.

6                    MR. GANDHI:  And, if we say no to it, then we

7           are not obligated for that lease at all?

8                    MR. FEUER:  That is our request. That we have

9           the ability to reject leases --

10                   MR. GANDHI:  Ninety days.

11                   MR. FEUER:  -- within the first 90 days, yeah.

12                   MR: SROUR-SERURE:  I think that, right now, the

13          whole structure has changed. The way it was brought out --

14          brought to -- was mentioned to us the other night.

15                   MR: STREADER:  Also, --

16                   MR. DAHIYA:  Milan, maybe it would be a good to

17          go over the, how about -- how they are trying to structure

18          the equity and all that and maybe go over it may --

19                   MR. GANDHI:  Yeah. I think we got a little side-

20          legged.

21                   MR. DAHIYA:  Yeah.

22                   MR. GANDHI:  We started talking about the real

23          estate right now. And, you know --

24                   MR. DAHIYA:  It's also, so, so --

1              MR. GANDHI:  -- and Mr. Feuer is already talking

2        about the structure --

3              MR. DAHIYA:  -- no, no, so, so far from this.

4        So, correct me if I'm wrong, looks like 50 is the number

5        that, well, let's say, as of now, I don't know --

6              MR. FEUER:  Yeah. That's the strategy --

7              MR. DAHIYA:  -- is to be somewhere around --

8              MR. GANDHI:  Start at 50 and then 60, 65,

9        whatever we are saying right now.

10             MR. DAHIYA:  But still -- what Christian was

11       saying -- it's still good to raise 70. Okay, we're not

12       time-bound, but yeah.

13             MR. FEUER:  Yeah, Yeah.

14             MR. DAHIYA:  You know, we'll, between us, well,

15       manage that somehow, right?

16             MR. FEUER:  Yeah.

17             MR. DAHIYA:  But, okay. So, how does the

18       structure look like, even if you keep 70? How -- were the

19       --

20             MR. GANDHI:  So, I think the board discussion we

21       had the other day about this, we proposed that, to the

22       equity that, you are participating with your money, right?

23             So, let's say if it is a ██████████████ deal,

24       and we put ██████████, for example, you are ██████████ of

1    the total. And, that is how the entire structure will come

2    out to be.

3              But, again, with that, you know, there will be a

4    rule specification as to who's going to focus on what

5    because not everybody's going in one direction. You know,

6    whoever is the specialty having different direction, the

7    board will, you know, work out on their own decision

8    making.

9              So, we take the sourcing side, they take the

10   marketing side, the operation side is still there, and

11   there is a technology side to it. So, those are the

12   decisions I think that will be all happening as we get

13   further into the --

14             MR. FEUER:  Yeah, process. I mean, so, from the

15   participation of the one side, I mean, it's accepted we

16   work together. You have the clear capabilities to -- how

17   to improve the business on the sourcing side.

18             So, I think from the other equity investors'

19   perspective, we would expect for only one other partner,

20   that would be the distribution partner, to have or be

21   involved in the operating side. The other investors would

22   be basically silent investors, that would be, for example,

23   Perot, would have a representation on the board but --

24             MR. GANDHI:  Yeah.

25             MR: STREADER:  -- the detail --

1              MR. GANDHI:  Right, right.

2              MR: STREADER:  -- the detail of whatever, which

3      software --

4              MR. GANDHI:  Exactly.

5              MR: STREADER:  The other areas, from the

6      business perspective of whether it is marketing, IT,

7      finance, and so on. That's where we, as the general

8      partner, would supervise the execution of the business.

9              MR. GANDHI:  So, when you say you will be a

10     general managing partner, the way things are going to

11     work. So, how would your role be different than the rest

12     of the investors? Are we talking about some veto power, or

13     are we talking about the collaborative way of making the

14     call?

15             MR. FEUER: Jeff, if you want to talk about that?

16     The role of the general partner?

17             MR: STREADER:  So, so there is a board. There's

18     a board that puts together -- the CEO of the company, and

19     the executive leadership team reports to the board. The

20     board approves major items, annual CapEx, the annual

21     budget, hiring and firing of key executives, the strategic

22     plan, the company, the CEO or president, Patty, assuming

23     she stays with us, reports to the board.

24             Go Global, and the investors all participate on

25     the board. That is the super veto power on the board. The

1      composition of that board depends upon all of the

2      different people that lean in.

3            Go -- put that aside. That management of the

4      major initiatives of the company, OpEx, and CapEx, hiring

5      and firing, strategic direction. Go Global is the, is the

6      general partner; Go Global drives strategy,

7      transformation, and key initiatives that happen during

8      this period of cut and stand up from a a company that's a

9      part of a larger corporation to a stand-alone special

10     purpose vehicle.

11           Go Global and the team of investors in digital,

12     in e-commerce, in operations, in finance, and technology

13     all lean in, evaluate management -- we evaluate

14     managements skill sets, their work processes, their tools

15     and drive that transformative change. At that point, Go

16     Global manages it from the board level with all of the

17     other board members.

18           It is our role to protect the investors' capital

19     and to make sure that this asset delivers a return on

20     investment that we have in our thesis and as we have done

21     with Janie + Jack and will on this one. That's what our

22     role is as a general partner.

23           MR. FEUER:  So, maybe this --

24           MR. DAHIYA:  Is there a fee for being general

25     partner?

1            MR: STREADER:  It's a Two and Twenty -- it's a

2      Two and Twenty format, which is an industry standard. Its

3      what, the way that the industry works, a Two and Twenty.

4            MR: SROUR-SERURE:  Can you elaborate on the Two

5      and Twenty? What does that mean?

6            MR: STREADER:  So, there is a 2 percent

7      administrative fee, management fee, administrative fee.

8      It's charged to the company every month, and the 20

9      percent is the carry.  The carry that in a post-sale,

10     payback of the principle, of any interest pick (phonetic),

11     and then you have the net proceeds after paying down any

12     debts and any fees related to an exit in 3, 5, 20 years.

13     And then those profits, we buy it for 10 dollars, and we

14     sell it for 20 dollars, and after paying picking

15     (phonetic) principle and everything, there's 7 dollars

16     left over, we take 20 percent of the 7 dollars net profit.

17            After the investors get their money back, get

18     their interest back, we pay for all expenses, we take the

19     ups, the appreciation that we drove, and the LPs --

20            MR. GANDHI:  And the LP credit, also.

21            MR: STREADER:  -- get 80 percent.

22            MR. DAHIYA:  On the net profit?

23            MR. FEUER:  On the net profit, yeah, right.

24     That's exactly --

25            (Crosstalk)

1              MS. GARGIULO:  After all the investors are paid.

2              MR. GANDHI:  Yeah

3              MR. DAHIYA:  Right.

4              MR: STREADER:  The investors, the limited

5       partners, take 80 percent of the profit. We take 20

6       percent of the profit after you get your interest from

7       your principal. That is not it's not something we

8       developed. I'd like to take credit for that. It's been in

9       the industry forever. It's called a Two and Twenty Model

10      and you could research it.

11             MR. DAHIYA:  And there's a fee for the whole

12      bidding process, right? That you guys are charging.

13             MR: STREADER:  So, there will be, okay, so there

14      will be transaction costs --

15             MR. DAHIYA:  Yes.

16             MR: STREADER:  -- and the transaction cost is a

17      whole group of people getting paid. Lawyers and Cora --

18             MR: STREADER:  Finical advisors for the lenders

19             MR. FEUER:  -- lenders who have a whole host,

20      and we will get some fees as well.

21             MR: STREADER:  And the fee that we get are

22      diligence fees for technology, diligence fees for finance,

23      diligence fees for -- its really normal fees to be able to

24      dive into the process, evaluate the process, put together

1    the thesis, and go forward with it. It's, again, its

2    standard.

3          MR. GANDHI:  And all those are estimated as a

4    part of move-forward finances, right?

5          MR. FEUER:  Yeah, exactly. Yeah. And, probably,

6    the estimate is --

7          MR. DAHIYA:  Somewhere, I saw there is a █

8    ████████ --

9          MR. FEUER:  ████████, yeah, and so we, I

10   mean, so, with an auction, you never know. There might be

11   more legal costs than you expect. So, we don't expect that

12   we need the ████████, but it's much better to have a

13   higher estimation --

14         MR. GANDHI:  Yeah, okay, it's a placeholder.

15         MR. FEUER:  It's a placeholder.

16         MR. DAHIYA:  And then there will be the

17   specific?

18         MR. FEUER:  Oh, totally. So, you will clearly

19   see –

20         MR. DAHIYA:  (inaudible).

21         MR. FEUER:  -- in the data, right. So, there

22   will be, at the end, there's something called the flow of

23   funds, and that's exactly spelled out where all the money

24   is going.

1           MR: SERURE:  At 20 percent, is anything above

2       that hurdle rate or like a benchmark that we identify as a

3       service? Where we can actually quantify how much

4       additional performance that was brought from you guys?

5           MR. FEUER:  Yeah, so, there's one hurdle. And

6       the hurdle is that be fore we participate in any upside,

7       is that the investors get all their money back, plus an

8       interest rate that we need to discuss. And, then,

9       everything post that, we participate in the upside.

10          MS. GARGIULO:  That's your hurdle rate, your

11      interest rate.

12          MR. DAHIYA:  Yeah, but still, there will be some

13      success, right? EBITDA or something that we have to hit?

14          MR. FEUER:  Okay, so --

15          MR. DAHIYA:  To target --

16          MR. FEUER:  So, the point is --

17          MR. DAHIYA:  Like we got brought 2X versus --

18          MR. FEUER:  Okay, yeah, the point is, we only

19      have profits to distribute when we are successful.

20          MR. DAHIYA:  Right.

21          MR. FEUER: If we are not successful, there is no

22      money, right? So, it's just, yeah.

23          MR. DAHIYA: Less money profit; more money

24      profit.

50

1          MR. FEUER: Yeah, right. I mean, so, I think,

2     the, so, from an investor perspective, you get the

3     invested money plus an interest, so that you're doing

4     better as when you would have invested in the capital

5     market. So, you're already, from that perspective –

6          MR. DAHIYA:   So, whats the interest on the

7     (inaudible)

8          MR. FEUER:  We assume that it will be an 8

9     percent interest rate and that is paid in kind. So, it's

10    not paid in cash. But it's paid out at the exit.

11         MR: SERURE:  So, is this true for all partners,

12    that any partners who are bringing more value or

13    generating more profit, at the end of the day for the

14    company, they are entitled to a percentage of that? Is

15    that the way that this is going to be structured?

16         MR. FEUER:  No, so, okay, so the way how it is

17    structured, so, if you ask us, hey, we are adding all

18    value and --

19         MR: SERURE:  No, Im saying, let's say we have

20    our way of adding value --

21         MR. FEUER:  Yeah, yeah.

22         MR: SERURE:  -- let's say, and we're able to

23    quantify exactly how much value, let's say. Would we be

24    also entitled to the same structure?

1              MR. FEUER:  So, the way how it generally works,

2    and I can't talk about exceptions, also, but the situation

3    -- you're as an investor -- is different than generally

4    how it works in the capital market. The underlying

5    assumption is that, you add value without any doubt, but

6    on the other side, you also generate a benefit for

7    yourself by being a supplier to the business and having

8    the ability to play a much bigger role than you have right

9    now. So, there will be an indirect benefit.

10             To be quite honest, there's a little bit of a

11   conflict in this situation. Because the other investor is

12   saying, oh, okay, so whatever, so, it's like, we're

13   sitting here and how do we make sure that our partners,

14   from an equity perspective, are not up charging us, and

15   therefore we're making less money so that they can make

16   more money. So, this -- that is sort of the challenge on

17   the other side.

18             There is the opportunity that you are, provide

19   the benefit, and, so my expectation would be that the

20   value you had and the value you receive as a supplier for

21   your own product should hopefully make up for that and be

22   worthwhile. Your investment on top of ultimately, I mean,

23   if you are, what we discussed, ███████ or whatever the

24   number of the total is, you would be the largest

52

1    beneficiary of the investment. So, that's the way how its

2    structured.

3            MR. GANDHI:  Right now, the way that the

4    financials have been done, right, I think 21 percent gross

5    margin, what is the number?

6            MS. GARGIULO:  (inaudible).

7            MR: LAPISH:  Yeah, it's been --

8            MR. GANDHI:  ████, roughly. So, what I think

9    is tomorrow, with Mark's ability, this will become like a

10   ████████  instead of ██████.

11           MR: SERURE:  So, our profit margin is going to

12   increase drastically.

13           MR. GANDHI:  Yeah. So, what he's saying that,

14   you know, you could also be one of the beneficiaries –

15           MR: SERURE:  What we're benefiting --

16           MR. GANDHI:    -- what you're saying --

17           MR: SERURE:  What I was saying is what we're

18   benefiting on this half will be constant whether or not we

19   can implement those things in to the company. Do you

20   understand?

21           MR: SROUR-SERURE:  Of course.

22           MR: SERURE:  We're selling X amount of goods

23   into the company. We're making whatever it is on the sale

24   on the Dream on Me side, but we're doing everything with

```
1          direct import and running costs and all that

2          implementation, that's a separate –

3                    MR. GANDHI:  So, that is what I am telling you.

4          They know that 22 number becomes like 42 number –

5                    MR: SERURE:  Changes.

6                    MR. GANDHI:  So, how would that impact, you know

7          --

8                    MR: SROUR-SERURE:  How would that be implemented

9          to us? What are we benefitting out of it? You are looking

10         right now at a 20 percent gross. All of a sudden, with the

11         way we operate, you are in the 40 percent. What are we

12         benefitting out of it?

13                   MR. FEUER:  I mean, so --

14                   MR: LAPISH: In that case, as an investor, you're

15         going to see the benefits of that in terms of the cash

16         flow coming out of the business, and at the end of the

17         day, the valuation that you're able to the derive as

18         growing your investment alongside other investors.

19                   MR: SROUR-SERURE:  If you're putting yourself on

20         the Two and Twenty, don't you think we should put

21         ourselves on the Two and Twenty? Imagine like that if we

22         are meeting those targets.

23                   MR: SERURE:  Especially if it's quantifiable.

24         From my understanding, I'm not saying that -- of course,

25         there's going to be dependent value, and that's being
```

1    added (inaudible), but it's just that, okay, everybody's

2    paid, we have this excess, we get X amount of it. It's not

3    like there's a benchmark of what we're expecting to hit

4    before we did anything, and now we came in and what we

5    exceed; this is what we get, so, I'm not really --

6           MR. FEUER:  Yeah, so, so I, okay, this is --

7    first, I have to say I have not been part of this

8    situation where you would participate the same way. The

9    underlying assumption is that your benefit, it's other

10    than the investment, the ability to do business that's

11    potentially, substantially larger business than what you

12    would otherwise do, and therefore you have, I mean, yeah.

13    I think it would --

14           MR: SROUR-SERURE:  (inaudible) might cancel, I

15    can tell you right now. I'm afraid that when the markets

16    were going to know that I'm behind, that I'm from the

17    inside, that I'm going to lose my account. If I'm losing

18    my accounts, I'm losing the whole three-month business.

19    What happened then?

20           MR: STREADER:  It's one of the questions I have.

21    There was a whole section where we would -- wanted to be

22    able to ask some questions of you and, not only your

23    earnings, and how to best partner with you based upon the

24    skill sets in your company, and that's one of the

25    questions that I have, is, you have a business with Amazon

1        and, I'm not sure if you sell to both Walmart and Target,

2        and you have a reasonable business, and your Buy Buy Baby

3        business, what does it represent? Does it represent 25

4        percent of your total revenue?

5                MR: SROUR-SERURE:  No, it was nothing there, 10

6        percent --

7                MR: STREADER:  Okay.

8                MR: SROUR-SERURE:  And 8 -- 7, 8 percent --

9                MR: STREADER:  Okay, so 5 -- okay, thank you. I

10       didn't -- I wasn't aware or sure of that. So, Buy Buy Baby

11       represents 10 percent of your revenue, and the question

12       is, is now you have 90 percent of your business in the

13       market. So, how will this impact your business? That was a

14       question that we had and what we would want to do is we

15       would to position you as a strategic partner providing the

16       same value that you provide to Amazon and to Walmart.

17                We -- Go Global, as the operating partner, is

18       driving strategy, a good, better, best strategy, product

19       differentiation, customer engagement as the -- as the

20       partner, you're a trusted partner, but you're not in

21       front. We're not counting. Dream on Me is at Buy Buy Baby.

22       You are a quiet, effective, and super-important partner,

23       but we're not promoting you. We don't want to hurt your

24       business. That's where Go Global comes in.

1          MR: SROUR-SERURE:  We are dealing with a very,

2     very small partner. Okay, then the news is going to come

3     out immediately that we are behind. Is it from the US? Is

4     it from overseas over there? It's a matter of time that

5     everyone is going to know that I'm behind this whole

6     project.

7          MR: STREADER:  You're a partner, Mark. Correct,

8     that's correct. And people will know, and that

9     communication is important. How we -- how we -- the

10     narrative

11          MR: SROUR-SERURE:   Correct. I'm afraid, and I

12     really don't know how the market is going to react to

13     this. What would happen if Amazon or Walmart just decided

14     to close the door? Okay, we understand right now you are

15     direct -- you are a direct competitor to us over there.

16     We're not here, we cannot, you know, we need to shut the

17     door. What happen then?

18          MR: STREADER:  So, What happens then, and that's

19     the important narrative, that I believe, that needs to be

20     scripted together, for you, in speaking with them, is that

21     we decided that this was a tremendous opportunity to

22     continue our relationship with Buy Buy Baby, in an ongoing

23     concern, Go Global is from industry, they're focused on

24     the digital side of the business, and we joined them as an

25     investor producing what we have produced over the last

57

1      decade, and it will be nonconflicting or non competing

2      with you. I won't share their financials; I won't tell

3      them your stuff.

4              MR: SROUR-SERURE:  Do you think they're going to

5      go for it? Not at all.

6              MR. FEUER:  So, there is a view in the past --

7              MR: SROUR-SERURE:  Yeah. I'll put it to you this

8      way: ██████████ for us, we did ████████████████. This

9      year, we're going to close -- the market itself is going

10     to be, going to be doing somewhere between ████ to ████. In

11     three years, our project is going to be a ████████████-

12     dollar company --

13            MR: STREADER:  It's exciting.

14            MR: SROUR-SERURE:  Now, what do I do with this

15     business if Amazon or those other decide, you know what,

16     Mark, we understand you are behind it, you are today --

17     you come to be a direct competition over here right now

18     us, and you are affecting our business. And I know I'm

19     going to affect their business.

20            MR. FEUER:  So, there is an answer to this

21     because all brands we're selling through retail ten years

22     ago, were just brands. Today, they're all retailers. Every

23     brand has their own website today. Every brand, not every,

24     but better brands have their own stores, and I think from

25     that perspective that they all compete with their biggest

1   customers, as they are trying to drive their online sales

2   substantially. Ten years ago, 20 years ago, it would have

3   been unimaginable. Today, it is, the way how I look at it,

4   the standard procedure.

5        I don't know any brand really that doesn't sell,

6   directly doesn't sell, but therefore competes with the

7   other retailers.

8        MR: SERURE:  So, you're a vendor account, you

9   know, just selling your own stuff on your website; you're

10  becoming a vendor in the entire market.

11       MR. FEUER:  Yeah. And a lot of wholesalers do

12  that

13       MR: SERURE: Yeah.

14       MR. FEUER:  Because its just, I mean, this is

15  where the market -- I totally understand your concern,

16  Mark, without any doubt. But, on the other side, they can

17  say, hey, 20 years ago, you were 100 percent right. Today,

18  it is just, that's what happens across the board,

19  everywhere.

20       MR: SROUR-SERURE:  I'll give you an example.

21  Take Amazon. Amazon, to me today is a ██████████████

22  account a year. They would not allow us to sell our own

23  products on their platform. We are two important of a

24  vendor to them to allow the Dream on Me product sold

25  under, what is it called --

1          MR. DAHIYA: Seller Central

2          MR: SROUR-SERURE: Seller Central. See, they're

3     already putting restrictions on us.

4          MR. FEUER:   I mean --

5          MR: SROUR-SERURE:  Now, we have it, we have it

6     right now, except for Walmart; we have it with Target, but

7     they are watching us. They come and tell us, you know

8     what, remove your products.

9          MR. FEUER:  I mean, what --

10         MR: SROUR-SERURE:   You see, there is issues

11    over here.

12         MR. FEUER:  I one hundred percent agree. I mean,

13    so, one of the ways of getting around it, is what is what

14    others do, especially for you as a wholesale, you sell

15    under different brand names. I mean, your still the same

16    wholesale, but it's a different name. I mean, that's one

17    of the reasons why you created Avalor (phonetic), right?

18    It's in order to distinguish yourself.

19         MR: SROUR-SERURE:  A crib, it's a crib. A

20    stroller is a stroller. When you retailer competing head

21    to head with them and you are impacting, you are actually

22    impacting their business. They are today -- they need to

23    match your price point. You don't need to match their

24    price. They need to match your price and your price.  By

1    them matching your price, their margin are shrinking. They

2    are analyzing what the heck is going on over here.

3                MR. FEUER:  Okay.

4                MR: SROUR-SERURE:   See, its just a matter of

5    time before it is going to go up.

6                MR: STREADER:  Hey, Mark, if I could share with

7    you just a point of view that we've had for a long, long

8    time, and this is something we actually looked at VF

9    Corporation, where I worked for five years at Vanity Fair,

10   VF, and it was called customer concentration risk. And at

11   one time, VF had an enormous business with Walmart, and we

12   looked at that and that business was approaching 40

13   percent between Lee and Wrangler, a couple of the big

14   brands.

15               When I worked at VF from 2001 to 2006 and, the

16   corporation made a really strategic move to reduce

17   customer concentration risk to balance out our portfolio

18   because if one day Walmart said, sorry, we don't want the

19   Lee brand anymore, we were hurt.

20               Im just suggesting that I think that this move

21   for you, for your company, is a good move because your

22   customer concentration risk with Amazon; although it may

23   continue, you may continue to have a business for the next

24   ten years, there is risk if Amazon changed their point of

25   view.

1                    Buy Buy Baby, and this investment with us

2         somehow gives you a way to begin to balance that. I would

3         just ask that you consider it in that way.

4                    MR: SROUR-SERURE:  Can you repeat that, Im

5         sorry.

6                    MR: SERURE:  He's basically saying you're not

7         having -- you're dividing your eggs amongst investments --

8                    MR. DAHIYA:  Think of it in that Buy Buy Baby

9         becomes a viable channel to safeguard your risk --

10                   MR: SERURE:  Risk. (inaudible) too much on one

11        customer, so.

12                   MS. LAUSTER:  That's the whole --

13                   MR: STREADER:  Thank you. Thank you for that.

14        That was helpful, and that was correct. And it's a way to

15        mitigate risk by balancing your portfolio of customers.

16        You balance it.

17                   MR: SROUR-SERURE:   You know, if there were more

18        customers out there, we would sell them. The problem is

19        that --

20                   MR. DAHIYA:  That's what we are here -- that

21        unfortunately --

22                   MR: SROUR-SERURE: See, I'm looking at Amazon,

23        Amazon today; they are taking us globally. They put it

24        there – we are already in Canada, we're in Mexico, we are

25        in New --

1              MR. DAHIYA:  Asia, Austrailia.

2              MR: SROUR-SERURE:  Austrailia. New Zealand over

3       there, Emirate, they are taking us, it's not that we want

4       to, they just taking our products worldwide. So, yeah,

5       there's a risk over here that --

6              MS. LAUSTER:  What was your revenue at Baby?

7              MR: SROUR-SERURE:  Pardon.

8              MS. LAUSTER:  What kind of revenue did you have

9       at Baby? Buy Buy Baby.

10             MR: SROUR-SERURE:  What do you mean by revenue?

11             MS. LAUSTER:  What were your sales?

12             MR: STREADER:  Ten percent. He said 10 percent.

13      10 percent, he said.

14             MR: SROUR-SERURE:  No, it did not

15      (inaudible)for you. Somewhere around 7 percent. 7 to 8

16      percent at the highest.

17             MS. LAUSTER: Got it.

18             MR: STREADER:  So, were --

19             MR: SROUR-SERURE:  We're able to do more

20      business with them but because of the credit issue, we

21      slowed down. We were holding back. Because we were getting

22      credit, for example, I think it was ██████████████ a

23      month. We were extending ████████████████ a month, ███

        ████████████████████████████ a month. So, it give us a

25      cap on how much business we we're able to do with them.

```
 1                  MS. LAUSTER:  Got it.

 2                  MR: SROUR-SERURE:  And especially after what

 3      happened with Toys R Us; Babies R Us we lost over there

 4      ████████████████████ dollars, we don't want to go into

 5      another issue like that

 6                  MS. LAUSTER:  Yeah.

 7                  MR: STREADER:  That's interesting. So, Toys R

 8      Us, you took a hit from Toys R Us?

 9                  MR: SROUR-SERURE:  Yeah, of course, yeah.

10                  MR. DAHIYA:  Yeah

11                  MS. GARGIULO:  Babies R Us, yeah.

12                  MR. DAHIYA:  I don't think that anybody who took

13      (inaudible).

14                  MS. LAUSTER:  Yeah, I mean, the vendors are

15      going to be a little skittish about this.

16                  MR. DAHIYA:  Whereas I'm pretty impressed that

17      the Buy Buy Baby situation, the numbers are not that high

18      yet.

19                  MR: SROUR-SERURE:  We hold back, the whole year

20      we just everything --

21                  MR. DAHIYA:  To everyone --

22                  MS. LAUSTER:  What were you doing before the

23      credit issues at Baby? Like in a more normalized -- couple

24      of years ago?

25                  MR. DAHIYA:  Probably 15, 20.
```

1              MS. LAUSTER:  So, that's.

2              MR: SROUR-SERURE:  It's still, its not a gain.

3    There is so much we were able to grow with the Buy Buy.

4    The focus wasn't outside, the focus was on Amazon. That is

5    where they were able to make real growth. That's where Im

6    able to sell merchandise, where I'm able to sell. They

7    have everything under direct import without even touching

8    anything. Everything is out; there is only paperwork.

9              MS. LAUSTER: Right.

10            MR: SROUR-SERURE:  I don't need to bring the

11    merchandise in, I don't have to store it, I don't have to

12    ship it, there is a lot of factors in there.

13           MR: STREADER:  So, Mark, I've been – and

14    everybody in their room – we're not ready to announce yet,

15    but we've been in conversations for Buy Buy Baby with an

16    Asian distribution company. They're based in Singapore.

17    They're currently a partner for Toys R Us. They have the

18    distribution channel for Toys R Us and Baby R Us in Asia.

19    We're in advanced conversations with them. We will go

20    global with Buy Buy Baby with our distribution partner.

21    And we will, by virtue of that, Dream on Me will go global

22    through this relationship and not just Amazon.

23        We're not just thinking USA. Our plan initially,

24    the finicial model you see, initially, is USA. We're in

25    advanced international expansion conversations right now.

1    But we just weren't going to go there. We wanted, we got

2    to get this, we got to take care of the front burner

3    today. And, forge our partnership with Perot, with the

4    others, with you, and get this deal done, then let's talk

5    about strategy.

6        MR: CHEN: I want to make a quick suggestion. If

7    the concern is the Dream on Me brand going out there, and

8    this announcement, initially, may make others skittish,

9    like the other retailers, is there a holding company,

10   investment group company, or family office of yours that

11   you would want to put this investment through, in terms of

12   title? This way we can roll out your strategy about

13   letting people know that Dream on Me is involved. Over

14   time, later on, as you develop the different market

15   segments.

16        But initially, for the first year or two, people

17   won't know or or it'll go through a family office

18   situation. Is that a feasible possibility?

19        MR: SROUR-SERURE:   For sure its going to be

20   under a different, under a different net. We have to put

21   the Dream on Me there and hold it there. But, from

22   purchasing -- and, you're starting to affect the market,

23   they want to know it immediately, immediately.

24        MR: CHEN: I mean, how would you affect the

25   market in the sense of -- the investor when they read the

1        announcement, the investment group will be very different.

2        They won't immediately know it's Dream on Me.

3                MR: SROUR-SERURE: They're going to understand

4        that we are behind it. Understand what I'm trying to tell

5        you. You see Asia, as big as Asia is, it's a very, very

6        small market, especially in our industry. You can count on

7        your, what do you call it, on your two hands, how many

8        factories are able to manufacture to the US market. We

9        know them all

10               MR. DAHIYA:  And have the capacity too.

11               MR: SROUR-SERURE:  And the capacity.

12               MR: SERURE:  But, they believe that you became a

13       buyer for them.

14               MR: SROUR-SERURE:  To who?

15               MR: SERURE:  To Buy Buy Baby.

16               MR. GANDHI:  To become like a sourcing agent for

17  them

18               MR: SERURE:  Yeah, something like that, but

19       that's why they came to you for --

20               MR. DAHIYA:  Yeah.

21               MR: SROUR-SERURE: Listen. It's a risk over here

22       that you also need to consider. It's not a small risk,

23       it's a whole risk, its your whole business. Where are we

24       over here?

25               MR. DAHIYA:  Yeah, we got distracted.

1           MR: SERURE:  We were talking about (inaudible).

2           MR: SROUR-SERURE:  So, basically, as I mentioned

3     before, regarding the --

4           MR. GANDHI:  Two and Twenty.

5           MR: SROUR-SERURE:   The Two and Twenty over here

6     that you guys are looking to bring it to yourself. Where

7     are we coming in? Are we going to get additional margin?

8     Additional gross margin?

9           MR. FEUER: So, I mean, Milan, we are not

10    familiar with that concept or have not been part of that.

11          MR: SROUR-SERURE:  You're coming up with that

12    concept because you put it on the table, and Im trying to

13    understand where do we fit in over here on that.

14          MR: SERURE:  My understanding, the way it works

15    is if we're doing something else, you're doing something

16    else that extra and the business is benefitting from,

17    there is a system in place for you to be compensated. So,

18    I'm saying, all things being equal, why would that be

19    isolated, this specific interest instead of that --

20          MR: STREADER:  Yeah, so --

21          MR: SERURE:   -- that's really the question.

22          MR: STREADER:  Okay, so --

23          (Crosstalk)

24          MR. GANDHI: Is this a quantifiable objective

25    here? If we have a financial in place to go forward

1    whatever X percentage, we are talking X plus X. I mean,

2    that helped the entire company, yes. All the shareholders

3    will be benefited. But, to achieve that X plus X, the

4    entire DUM team will be like China for one year to do

5    everything, organize --

6         MR. DAHIYA:  Or whatever, whatever --

7         MR. GANDHI:   -- and make it happen, right? So,

8    for all those efforts and everything that happens over

9    there to make this company a resounding success, than what

10   we are even targeting today, how would those efforts be

11   benefitting, you know, because of the ability, and because

12   of the reason, and because, you know, something that we

13   know better than most of the other people in the industry.

14        MR. FEUER:  Yeah, again, repeating to some

15   degree, this is like, I have sales for you, benefitting in

16   the overall profit that we generate, the increased value.

17   I think --

18        MR: SERURE:  The higher sales for us is assuming

19   our business with their other bank, other retailers is not

20   affected.

21        MR. FEUER:  Right.

22        MR: SERURE:  So, I'm saying, that's an

23   assumption that we're taking on.

24        MR. FEUER: Right. I mean. Ultimately it makes

25   sense for you if you believe that the net gain is positive

1      for you. Otherwise, you wouldn't want to do that. So, I

2      personally, because of the industry changed so much, I

3      understand the concern, but - Amazon, I can't Imagine that

4      Amazon would kick you out because if you're offering the

5      best for the highest sale, and now, Amazon tries to sell

6      what's selling best, and if you're the best seller, then

7      they kick you out --

8              MR: SERURE:  But that's also, that's our other

9      side of the -- We know, they know, they need us.

10             MR. FEUER:  Right. So, I --

11             MR: SERURE:  I mean, there were times when we

12     closed our entire business with them because they were

13     making commands that we weren't okay with. We just closed

14     down the entire account then come back.

15             MR. FEUER:  Yeah. Yes.

16             MR: SERURE:  So, we understand that your --

17             MR: STREADER:  I think -- your comments are

18     noted --

19             MR: SERURE:  -- retailer, its not going to be

20     different than you just being the vendor.

21             MR: STREADER:  We absolutely agree with your

22     point of view and cannot guarantee that you won't see

23     erosion from Amazon. Cannot. And if that's a risk that's

24     too big for you, that if you invest in this project, that

25     perhaps in the future, Amazon is going to cut you, if

1       that's too big of a risk, then this deal, this project is
2       not for you. That's the sum of it. If you want to, the sum
3       of 1 plus 1 equals 3, where you can maintain and continue
4       to show your value at Amazon, as you have, as a valued
5       partner, and now you invest in Buy Buy Baby, 1 plus 1
6       equals 3.
7               We're saying that we are going to grow this
8       business into a billion-plus. We would love to have you in
9       the boat with us because we're going to drive global
10      digital strategy, and we would like you with us, but we
11      can't guarantee that Amazon won't reduce your business,
12      and you don't know either. We are asking you to join us.
13              MR: SERURE:  Correct. We understand there are no
14      guarantees.  But, what we are saying is our business with
15      Amazon does erode -- so, Christian is bringing up the
16      point that we're going to be benefitting on this end,
17      right, so; therefore, that'll, like, balance things out
18      for us. But, if we are affected, so that would essentially
19      mitigate all the benefits, and we'd be left with nothing,
20      and we -- if we are going forward would be taking that
21      risk. But for our entire compensation to be on the other
22      end where its in the air, you know what I mean? I don't
23      think that's --
24              MR: SROUR-SERURE: That's fair to us.
25              MR. FEUER:  So, part of the --

1            MR. DAHIYA:  Yeah, I think so too. There's a gap

2      that is there. Is that you took from (inaudible) -- what

3      Mark is sitting or where you are sitting, is that we are

4      also, in all honesty, operating partners, right? So what

5      we are saying is we want to be in that similar position as

6      you guys are, right.

7            MR. FEUER:  Yeah. I mean --

8            MR. DAHIYA:  You guys have done a lot of work

9      now, and of course, you'll have a very important role to

10     play going forward --

11           MR. FEUER:  Yes.

12           MR. DAHIYA:  We didn't start at zero, but again,

13     we all have targets, and as your partner is meeting those

14     targets, everyone will benefit, then there is a, there is

15     a value.

16           MS. LAUSTER:   Maybe before we talk about the

17     numbers, we should talk about the scope? What role do you

18     envision having, and you know, how could you add value? I

19     mean, you talked about, you know, improving margin; how

20     exactly are you going to do that, and how measurable and

21     discreet would that activity be? And then we can talk

22     about the numbers that makes sense, right? Because I don't

23     think we can fully flush that out.

24           MR. FEUER:  I mean, so, to some degree, in order

25     for everything to work, it has to work for everybody, and

1          everybody is not just us here. Other investors have to

2          also say, wow, that makes sense, because I --

3                    MR. DAHIYA:  You have 6th Street corners to join

4          you, as they should.

5                    MR. FEUER:  So, that's -- in the end when we

6          talk about the Two and Twenty, that is a model which is

7          established in the industry, so this is this. So, we are

8          not coming up with something that's --

9                    MR: SERURE: Also, for Two and Twenty, it is

10         established when there's a benchmark, and then that 20

11         percent is based on what exceeds the benchmark. From my

12         understanding from you, you're not looking to identify a

13         benchmark and just base them after everybody is paid.

14                   MR. FEUER:  Yeah.

15                   MR: SERURE:  So, I'm saying that's different

16         from the standard.

17                   MR. FEUER:  I mean, so, this is for how we have

18         done our other deals.

19                   MR: SERURE:  And I'm saying it's not, it's not

20         necessarily the standard. It's about quantifying this

21         additional value that you're bringing, isolating that, and

22         then getting paid, right?

23                   MS. LAUSTER:  So --

24                   MR. DAHIYA:  Yeah, so, their also getting paid,

25         right?

1            MR: SERURE:  No, yes. But I'm saying they're

2     getting paid on the gross, not on the isolated additional

3     value that they're bringing, which is the standard.

4            MR. FEUER:  The underlying assumption is that we

5     are obviously not getting all the benefits. We participate

6     in the benefits for the value that has been created. Your

7     point, your saying is there has to be a top-up. Just

8     getting the money, plus an interest bank, an additional

9     hurdles, so, -- and that's, you know --

10           MR: SROUR-SERURE:   See you have to look at it

11    from a, you need to put -- look at it from a different

12    perspective over there. You cannot just look at it as

13    global; how is globalists benefitting out of it?

14           MR. FEUER:  Well, we don't --

15           MR: SROUR-SERURE: How are we going? We are

16    coming in over here right now with you as a partner.

17           MR. FEUER:  Yeah.

18           MR: SROUR-SERURE:  How are we benefitting with

19    you at the same time? That's how you have to look at it.

20           MR: SERURE: So, you want us to be incentivized

21    to be -- the same way that we would want you to, also. You

22    know what I'm saying.

23           MS. LAUSTER: I mean, to go back to my question,

24    now. Like, what is, what extra value would you be brining

1    in? How would you be doing that? How would you quantify

2    that?

3              MR: SROUR-SERURE:  I thought it was mentioned

4    the other night  --

5              MS. LAUSTER:  Right, but let's, not everybody in

6    this room --

7              MR: SROUR-SERURE:   -- also, on the Zoom call,

8    that we are, what do you call it, -- you guys know how you

9    put it in (inaudible).

10             MR. GANDHI: No. I said it, remember, what we are

11   saying is that if the projections are made for X

12   percentage gross profit, right, which is like six minus,

13   you know, purchasing through UGS, and if Mark's ability is

14   to make it double X, right, so let's saying bringing

15   everybody to 40 --

16             MR: SERURE:  We're bringing everybody to the

17   benchmark, and now we're exceeding the benchmark.

18             MR. GANDHI:  Exactly. So, then, at this

19   additional 20 percent that we are generating as a new

20   goal, what part of the benefit will go to the people who

21   are making it happen for the company?

22             MR. DAHIYA:  Because (inaudible) was already

23   there.

1            MR. GANDHI:  Your entire financials are made on

2       an X right now, right. Now, if that X becomes a double X,

3       whatever.

4            MR: SROUR-SERURE:  It's much, much less than

5       that.

6            MR. GANDHI:  And it's a quantifier. See, one of

7       the reasons I.m asking is because it is a quantifier. It.s

8       not an abstract thing --

9            MR. DAHIYA:  It's a number that you can -- so,

10      Deborah would be the person who would know the number.

11           MR. FEUER: So, taking it maybe one step further,

12      maybe it's easier, you make a specific proposal where you

13      say, hey, this is part of the distant plan if this and

14      this and then -- because it's difficult to talk about

15      something so, -- but there's something concrete. What I'm

16      trying was trying to say, also, is we have to make sure

17      that the other investors don't suddenly think, because, I

18      mean, whatever you get, I mean to say, whatever we get, we

19      take away from you, and all the other one. Whatever you

20      get in addition, you take away

21           MR: SERURE:  I'm saying we're happy with you

22      getting compensated because everybody benefitting around

23      additionally. I mean, being an investor as, say, if I was

24      a third party, I would want another investor to be able to

25      bring in that additional value, and okay, yeah, Im not

1          going to get all of it, but Im going to be making more

2          than if they weren't in play

3                    MR. FEUER:  So, that's what I'm saying. It might

4          be better in order to move on to the next point that you

5          make a proposal, and we will look at it and make sure that

6          other investors feel, well, this works. Because it has to

7          work for everybody. I mean, so –

8                    MR: SROUR-SERURE:  You know yesterday we had, we

9          had a meeting with Patty --

10                   MR. FEUER:  Yeah.

11                   MR: SROUR-SERURE:  -- and she is the right

12         person.

13                   MR. FEUER:  Okay, good.

14                   MR: SROUR-SERURE:   I like her very much.

15                   MR. FEUER:  Okay, good.

16                   MR: SROUR-SERURE:  Very, very open-minded over

17         there.

18                   MR. DAHIYA:  If that didn't go well, let me tell

19         you --

20                   MR. FEUER:  Okay, good, good, yeah.

21                   MR: SROUR-SERURE:  We had a very good meeting.

22         What was that she mentioned in the end? There is a lot

23         that she needs to learn from me. She mentioned that three

24         different times in our conversation. So, for her, in her

25         position, with what she knows, she telling me that there

1    is a lot that she needs to learn, she -- there is to learn

2    from me, it'll mean something, you understand me?

3            MR. FEUER:  And we all believe that. I mean, I

4    just have to look at this building, and there is something

5    I should learn from you. So, but for her, specifically,

6    really, I'm very happy that you like her as well.

7            MR: SROUR-SERURE:  She is very, very young. I

8    mentioned when we spoke I told you the Asian lady she is

9    working together with them.

10           MR. FEUER:  Right, yeah. Firstly expressed it --

11           MR: SROUR-SERURE:  I didn't know who --

12           MR. FEUER:  Yeah, right, yeah --

13           MR: SERURE:  It mention the age on the title,

14    that's why.

15           MR: SROUR-SERURE:  What?

16           MR: SERURE:  We made an assumption based on the

17    title. They said if they were good, would the company be

18    in a better position? And, then, when we found out who

19    that individual was, no.

20           MR. FEUER:  Okay, so, why don't we make a, just

21    put this, this very simple -- and then we will see whether

22    we can figure this out. I mean, in the end, that's what it

23    is; we need to figure stuff out, right, so.

24           MR. GANDHI:  Do we want to take a break for 15

25    minutes to talk about it?

1          MR: SERURE:  Yeah, we can take a break and

2     stretch.

3          MR. FEUER:  We can take a walk through the

4     warehouse and admire it.

5          MR. GANDHI:  You can start selecting the

6     products.

7          MR. FEUER:  And you don't have to be concerned

8     that I walk out with one of your boxes.

9          MS. GARGIULO:  That's funny

10         MR. GANDHI:  Baby shower. Who said that, baby

11    shower? You are going for the baby shower, right?

12         MS. GARGIULO:  Yeah, Im going for a baby shower.

13         MR. GANDHI:  So, she will be selecting the

14    products.

15         MS. GARGIULO:  (inaudible) registered at Buy Buy

16    Baby, and I said, Im going to select your product when I

17    go to give the gifts.

18              (Crosstalk)

19         MS. GARGIULO:  I'll go to the store.

20         MR. FEUER:  Okay, I have to carry it to the car

21    and then.

22         MR. DAHIYA: But the product is so big, you can't

23    go anywhere. That's very, very confident. Very confident,

24    you know.

1              MR. GANDHI:  You might need to take a container

2      with you.

3              MR. FEUER: I have to make sure I step into the

4      right car because it's actually looking exactly the same -

5      -

6              MR. GANDHI:  They took measurements for it, then

7      go inside.

8              MR. DAHIYA:  There was once, I remember, our

9      product won the WB Center award, and the lady had come

10     down to our warehouse to pick up the product, and I told

11     her, it's big, you know, it's not going to fit. You know,

12     I have an SUV, so she comes in, and is like, how the hell

13     is this going to fit into this? So, finally, we had to

14     strap it on the top of the SUV.

15             MR. FEUER:  Oh my God.

16             MR. DAHIYA:  Yeah, and she went to New York.

17             MR. GANDHI:  Can you join them first? They are

18     waiting for you first man.

19             MR. DAHIYA:  Yeah, okay.

20             MR. FEUER:  So, Milan, tell us --

21             MR. GANDHI:  What should I tell you, tell me?

22             MR. FEUER:  So, how do we overcome that?

23             MR. GANDHI: I think,  you know, this is more

24     like a (inaudible) content for us. You go, whatever you

25     decide to do -- a part of it, if it is allowed to them, as

1       a fees or something, especially after hearing the Two and

2       Twenty which is -- that said he is an entrepreneur, he

3       doesn't understand the corporate world, the way that we

4       all understand it, right.

5               MS. GARGIULO: Right, exactly.

6               MR. GANDHI:  Because we go through this quite

7       often in our life cycle. So, and yes, I do agree that, you

8       know, he has that ability to do. Not only that, but he was

9       also telling me yesterday about the increase being paid up

10      from 30 to 60 to 90 or so for vendors. So that, you know,

11      we can conserve the cash or preserve the cash for, you

12      know, activities that we want to do with it.

13              MR. FEUER:  Yeah

14              MR. GANDHI: Right. So, he feels very confident

15      in brining these things for the company, for the people.

16      But he feels that if I make all this effort, you know,

17      doing everything that we are talking about from 20 percent

18      to 30 percent to 40 percent or whatever the numbers are,

19      how do I participate in that? And it's a logical question.

20      On the other side of it, we are worried he's also wrried

21      about losing some business to the competition.

22              That is also one way of looking at it, that, you

23      know, if the new cost shuts him down somewhere else, which

24      is, in my mind, it is unlikely, that that can happen that

25      way. But today, you know, you never know, you never know

1          when the retailers think something and your relationship

2          suddenly goes sour, right?

3                    MS. LAUSTER:  Sure

4                    MR. GANDHI:  And they start talking to you like,

5          whether you want to hear about it. And, you know, If

6          you're a start-up or a 50 million-dollar company, yeah, I

7          can understand, it's not that big a problem. Somebody

8          between 200, 250 million dollar businesses is definitely

9          concerned about this and what might go wrong.

10                   MR. FEUER:  Yeah

11                   MR. GANDHI:  And maybe at some point, you know -

12         - and, you know, the industry is small, right? Like, you

13         know, in every industry, there are only ten big players.

14         So, everybody knows everybody else. When you do, or try to

15         do something, you know, behind somebody's back, you can't

16         keep it for long there.

17                   MR. FEUER:  Yeah, yeah, right.

18                   (Crosstalk)

19                   MR. GANDHI:  Somebody will say you are doing

20         this and then you get exposed, right?

21                   MS. LAUSTER:  The other side of the equation is,

22         is it going to be hard to bring the other vendors back if

23         you guys are known as the owners, right?

24                   MR. GANDHI:  I don't think the other vendors --

25                   MS. GARGIULO:  That's another issue

1          MR. GANDHI:  You see, what happens is that -- we

2     are strong. These people are strong and dominant in

3     certain categories, not all categories, right?

4          MS. GARGIULO:  True. But, what about other crib

5     manufacturers? Are they going to be --

6          MR. GANDHI:  See, they should be open to all

7     these things because, see, we are only dealing with ten

8     different cribs, and there are 30 in the market, then the

9     other 20 have to be sourced somewhere, right. Whether it

10    be manufactured or somebody else manufactured. But,

11    because you know who to negotiate to people with the

12    pricing and you and you know exactly how much it should

13    cost, they cannot charge you what they're expecting to

14    charge otherwise.

15         MS. GARGIULO:  Yeah.

16         MR: CHEN: Let me ask you a question. I mean, it

17    probably would have considered it in your earlier stage to

18    even consider buying Buy Buy Baby, so why is it a concern

19    now if it wasn't a concern earlier when you were looking

20    at the business alone?

21         MR. GANDHI:  Well, that's a question Mark can

22    answer you because this is something that he thought about

23    it today, or maybe yesterday, when you were talking about

24    all these things and It's people. So, you can ask that

25    question to Mark when he's back here. The other thing in

1    my mind was that probably we can be thinking out of the

2    box, you know, DOM can start as a supplier, but with a

3    fixed pricing -- for entering as an investor a few months

4    down the line.

5        MR. FEUER:  I mean, there is actually, so,

6    there's a -- we need cash now, right.

7        MR. GANDHI:  Right.

8        MR. FEUER:  So, there is -- so, this is

9    something, while you're saying this, its always good

10    talking about it, there's a way saying qualifying this,

11    this is the loan --

12        MR. GANDHI:  Yeah, that, so --

13        MR. FEUER:  -- It's a loan --

14        MR. GANDHI:  -- it's a different way you can do

15    it

16        MR. FEUER:  Yeah.

17        MR. GANDHI:  Let's say, for example, they

18    supply, first time, 5 million dollars of inventory, right

19    --

20        MR. FEUER:  Yeah.

21        MR. GANDHI:  And then normal pay turn is 30, he

22    will say, you know what, for 120 days, don't even --

23        MR. FEUER:  I mean, there's a difference, so,

24    there's a 25 million dollar contribution, and we call them

25        MR. GANDHI:  Income, so, products and then --

1          MR. FEUER:  No, No, right, in cash. So you could

2     provide 25 million dollars of cash, and this is because

3     Buy Buy Baby is an important business. They believe in it.

4     They want to keep the sales channel going, and therefore,

5     they support this business and provide the room to the

6     business, and that loan maybe has clauses, so, where

7     you're not an owner of the business --

8          MR. GANDHI:  Exactly.

9          MR. FEUER:  But we treat you --

10          MR. GANDHI:  We do all that, yes.

11          MR. FEUER:  -- but we treat you as one, so

12     therefore, it's more like, hey, I mean, I'm just, et

13     cetera, and I do a service to the retail business and all

14     your other guys so that you can keep this sales channel

15     going.

16          MR. GANDHI:  Like, you know, you can, you know,

17     look at the water in a few months as to how these things

18     are happening also at the same time, right? So, yesterday

19     I was talking to Sue about it for the venture on the Bed

20     Bath --

21          MR. FEUER:  Yeah, Yeah

22          MR. GANDHI:  And she told me the same thing, but

23     she said that now the consensus advisors is also getting

24     into it.

25          MR. FEUER:  Who?

1              MR. GANDHI:  Consensus advisors from Boston.

2              MR. FEUER:  Oh, yeah, I know them very well.

3              MR. GANDHI:  Yeah, I know Michael O'Hara.

4              MR. FEUER:  Michael O'Hara, yeah.

5              MR. GANDHI: So, she told me to get in touch with

6       hIm also, now, about the Bed Bath side, not for our

7       purpose, but for the Bed Bath side.

8              MR. FEUER:  Ah, okay.

9              MR. GANDHI:  They are trying to bring in

10      something from the consensus.

11             MR. FEUER:  Okay.

12             MR. GANDHI:  But I'll show you.

13             MR. FEUER:  Yeah, okay.

14             MR. GANDHI:  If you, definitely you can visit

15      the warehouse if you want to.

16             MR. FEUER:  We're hanging here, so.

17             MR. GANDHI:  Yeah

18             MS. LAUSTER:  I mean, this -- I'm not surprised,

19      I knew they were going to push back.

20             MS. GARGIULO:  I think they just don't

21      understand the problem. They don't understand --

22             MR. FEUER:  No, they, they're big fish they

23      totally, it's very simple, they --

24             MR: CHEN:  You're on mute, Jeff.

25             MS. LAUSTER:  We didn't touch anything

1          MR: STREADER:  Is (inaudible) in the room?

2          MS. LAUSTER:  No, nobody is in the room. Matthew

3     is shutting the door so we can talk freely. We believe we

4     can talk freely.

5          MR: STREADER:  So --

6          MS. GARGIULO:  We believe we can talk freely

7          (Crosstalk)

8          MR: STREADER:  So, a couple of quick things.

9     They are not the largest supplier of furniture at Baby;

10    they are number three. They are not considered a critical

11    vendor; they are an important vendor, they're not

12    critical. The value that they bring to the table, even

13    after we grow the business, is in a small world. It's the

14    furniture. It's a small world. It is not in other parts of

15    the business. It's certainly not in commercial, digital

16    (inaudible) --

17          MS. LAUSTER:  Too much

18          MR: STREADER:  We need to manage our position

19          MS. LAUSTER:  They're outdoors, so they are

20    definitely not hearing us

21          (Crosstalk)

22          MS. GARGIULO:  We lowered you just in case, but

23    we'll make you --

24          MR: STREADER:  So, the bottom line is, we all

25    know that Go Global brings a vast, a vast amount of skill

1    sets and people to the table all across, all across the

2    operation, including in supply chain and the product that

3    they produce for the company, the product that they

4    produce is one small product. It may be substantial. The

5    furniture may represent, and what they can produce may

6    represent 10 or 15 percent in cribs, but it's not critical

7    to the future of the business --

8              MR. FEUER:  That's not his point.

9              MR: STREADER:  (inaudible).

10             MR. FEUER:    That's not -- Jeff, that's not

11   his point. His point is that

12             MR: STREADER:  I get what his point is. His

13   point is that if I come with you, Amazon could cut me off

14   --

15             MR. FEUER:  No, no --

16             MS. GARGIULO:  That's not his point --

17             MR. FEUER:  So, he, sorry -- his is that I will

18   reduce your cost of goods

19             MS. GARGIULO:  Right.

20             MR. FEUER:  For all products because I know how

21   to do this.

22             MS. GARGIULO:  Yes

23             MR. FEUER:  And therefore your margin will go

24   from 30 to 40 percent, and therefore, I add 10 percent of

1        sales to the bottom line, and I would like to get

2        incentivized for that is his point.

3              MS. LAUSTER: He's not a passive investor like

4        Perot would be.

5              MS. GARGIULO: Exactly

6              MS. LAUSTER:  He's going to be an active

7        investor actually doing work, contributing.

8              MR. FEUER:  Not like we --

9              MS. LAUSTER: Correct.

10             MR. FEUER:  He just focuses on one specific

11       area, he would like to participate in it.

12             MS. LAUSTER:  So how can he get some benefit

13       from that versus what Perot is getting? They're just

14       writing a check.

15             MS. GARGIULO:  He is just looking for a little

16       bit of additional upside. It's the way I'm seeing it, too.

17       Because he feels that everyone will benefit, but hes

18       putting in, he's putting in the late work.

19             MR. FEUER:  And so --

20             MR: STREADER:  That's how he should be. Can I

21       remind everyone that this is a marketplace and that they

22       are buying branded products from the marketplace. He is

23       not going to be able to impact the 92 percent of the

24       business. He's not going to be able, it's not going to

25       happen.

1          MS. LAUSTER:   What if we put some hurdles in

2     place, so sort of, you know, incentives, that if he does

3     achieve it, then he gets that.

4          MR. FEUER:  Yeah, exactly, that's why I asked

5     him to put a proposal in front of us and say, hey, if he

6     adds 10 percent of margin, then I would be super happy --

7          MS. LAUSTER:  Yeah.

8          MR. GANDHI:  And everybody else.

9          MS. LAUSTER:  Just as long as you can put

10     measurable metrics.

11          MR. FEUER:  And that's what I'm saying. I think

12     we should move on. Let him make a proposal and then --

13     but, Jeff, you're right. I mean, so what about Greco, is

14     something different? Because it's Mark, but maybe he can,

15     I have no idea. So, we all don't know

16          MS. LAUSTER:  Yeah. So just, you know, it's a

17     success-based kicker. You know.

18          MR. FEUER: Yeah

19          MS. GARGIULO: Is the gentleman next to you Amid

20     (phonetic), I forget who is who. So, that Amid (phonetic),

21     and that's Milan.

22          MR. FEUER:  Milan, Avish

23          MS. LAUSTER:  Avish

24          MS. GARGIULO:  Avish, okay got it.

25          MR: STREADER:  So, I'm --

1          MS. LAUSTER:  Avish is (inaudible) son, right?

2          MR: STREADER:  So, just want to remind you, when

3     you all leave here today, if there is not a commitment

4     today, we're moving to Plan B. They're out. They've got to

5     commit today. You all know that.

6          MR. FEUER:  Yeah.

7          MR: STREADER:  And we're meeting, we have a

8     meeting with Andrew, Christian and -- and Deb and I have a

9     meeting with Andrew, it's 12:30, in four hours, and after

10    that meeting, which is a short board update, one hour, we

11    are going with Andrew, we're talking about Plan B today.

12    They have to commit, sign the letter today, and talk about

13    putting the deposit in, and -- we are having the same

14    conversation with Perot, that is what we tell them.

15          And, if they need time to think about it, Im

16    sorry, we're going to move forward and do it ourselves. We

17    need it today. You all know, Kathleen, you know that.

18          MS. LAUSTER:   Yeah, I know. I 100 percent know,

19    and it's the appropriate time. We'll make sure they know

20    that we are considering other options and, you know, time

21    to commit.

22          MR: STREADER:  And if they commit, I'll come to

23    New York next week or come to Somerset next week.

24          MS. LAUSTER:  Great.

25          MR. FEUER:  That's good (inaudible).

1              MS. GARGIULO:  I also, because I saw the notes

2        going back and forth with Thorne (phonetic), I told hIm

3        just to tell them that hes on call. He's on call in case

4        we need him for this meeting. He shouldn't necessarily

5        cancel or do anything right now. He's just on call.

6              MR: CHEN: He doesn't. He doesn't need to cancel.

7        There's no red flags; just postpone it. I mean, he could

8        be in a TSA meeting or something. I mean, it's not that

9        critical.

10             MS. GARGIULO:  Exactly. Okay. So, he took it the

11       wrong way; I'll text hIm.

12             MR: STREADER:  All right, this meeting is,

13       according to the screen, there's five minutes left. You

14       all have been there for two hours; it was only scheduled

15       for two hours. I guess that they're going to come in and

16       they're going to throw some, very strong demand, and then

17       Christian, we're just going to basically say we're willing

18       to share on the upside with you, with hurdles, with what

19       you can deliver, but it's a Two and Twenty model, and we

20       would like to have you, and if you're not interested in

21       this, if this is not if its something you're too worried

22       about losing you're Amazon business, we understand that;

23       we're going to move on.  We got to be willing to say that

24       today. And they'll be calling Kathleen in three hours.

25             MS. GARGIULO:  Okay.

1           MR. FEUER:  Okay. So, do we have the revised

2       letter the way how we can share it with them?

3               MS. GARGIULO:  Let me see if --

4               MR: CHEN: It's in the email. It's the SPR

5       version two.

6               MS. GARGIULO:  Okay

7               MR: CHEN:  Yeah, very important to you guys

8               MR: STREADER:  Is it --

9               MS. GARGIULO:  Is it -- Christians on that

10      email, too? Or is it -- I'll pull it up on my computer.

11              MR: CHEN: I did an all-reply, so everybody on

12      it.

13              MS. GARGIULO:  Thank you, Yuen.

14              MS. LAUSTER:   So, Christian, I saw the updated

15      term sheet today, but what I didn't see was the sources,

16      you know, not because it's not on there. Twenty-five is

17      what we're asking for them, for the --

18              MR. FEUER:  Yeah. And so, we don't want to raise

19      less equity if we have more equity because we don't know

20      what we're --

21              MS. LAUSTER:  Agreed. Now, yeah. And I don't

22      know --

23              MR. FEUER:  And so, what?

1          MS. LAUSTER:  I always lean on, like, asking for

2      more and then, you know, oversubscribed, and that's

3      brilliant.

4          MR. FEUER:  Because we want to have all this for

5      the stand-up because there's so much shit that can happen,

6      and we don't know how to get stuff going and whatever --

7      (Crosstalk)

8          MS. LAUSTER:  Absolutely. And you don't want to,

9      like, Christmas tree shops. They ended up in bankruptcy;

10     they're over-levered.

11         MR. FEUER: Yeah.

12         MS. LAUSTER: You know you don't want that to be

13     the story of Baby.

14         MR. FEUER: Yeah, absolutely, yeah. So, from a

15     pricing perspective, I think what we discussed makes

16     sense, this -- before we came here. So, just making an

17     offer of something, like, 45 or 50 or something around

18     that, see how they get back to us, so --

19         MS. LAUSTER:  I don't think, like, this whole,

20     he's going to lose his Amazon business.

21         MR. FEUER:  No.

22         MS. GARGIULO:  I think --

23         MS. LAUSTER:  I think that he's using that for

24     negotiations.

25         MR. FEUER:  Of course, yeah.

```
1              MS. GARGIULO:  Its negetotians. Yeah,
2        absolutely, absolutely.
3              MR. FEUER: The world today, everybody is selling
4        to everybody, that's it.
5              MS. LAUSTER:  Yeah
6              MR. FEUER:  So, it's like, I mean, Amazon loses
7        more if he says hey, Im not selling. I have the greatest
8        cribs in the world and you can buy them everywhere, but
9        just not Amazon. Amazon tries to buy every best seller.
10             MS. LAUSTER:  Exactly
11             MR. FEUER:  So, their concern is that they don't
12       have them, the bigger concern -- but then the other way
13       round.
14             MS. GARGIULO:  Jeff, I think Jeff wants the
15       room, but it's a negotiation. Agreed.
16             MS. LAUSTER:   Agreed. Yeah, absolutely.
17             MS. GARGIULO:  You know, negotiation better than
18       everybody else, so what do I get?
19             MR. FEUER:  Yeah, so when is our board meeting,
20       Deborah?
21             MS. GARGIULO: Four-thirty. And I think I saw the
22       documents going back and forth, but there may have been
23       some issues, so.
24             MR. FEUER:  You didn't get it ready, Deborah?
25             MS. GARGIULO:  What do you mean?
```

1           MR. FEUER: I'm just making fun of you. Come on.

2           MS. GARGIULO:  I got everything ready

3    (inaudible) need to add some pages. Do you want, so, this

4    is like an investor commitment letter?

5           MS. LAUSTER:  Yeah, we didn't see that. I don't

6    think we were in that exchange.

7           MS. GARGIULO:  I did it last night(inaudible),

8    so I sent you copies.

9           MS. LAUSTER:  Yeah.

10          MS. GARGIULO:  So, it basically has. It says

11   right now it uses 75, but obviously that can change. The

12   company would be like (inaudible). In your email, when you

13   see exits, I put exit points, so, in this case, so this is

14   the template; it has everything under 25 against whatever,

15   okay.

16          MS. LAUSTER:  Okay

17          MS. GARGIULO:  Okay, and we changed the legal

18   (inaudible).

19          MS. LAUSTER:  So, are we going to be asking

20   every every party to sign this by tomorrow

21          MS. GARGIULO:  I think that is the intention.

22          MS. LAUSTER:  Okay. Because what they're going

23   to see isn't the entire bid --

24          MS. GARGIULO:  I think for this part, you need

25   to coordinate with Jen (phonetic)

1           MR: CHEN:  Yeah, we are asking the other to sign

2       it as well. Obviously, you know the condition that Perot

3       has, right? We've gone through that over and over, not

4       lead, not only win the vote, so that is why this meeting

5       is critical.

6           MS. LAUSTER:  Yeah, because I mean, it's just

7       like, I think, you know Lazard's going to look at this,

8       and they're going to want to see that whatever our initial

9       bid is --

10          MS. GARGIULO:  So, Yuen, with regards to the

11      commitment letter, who's accumulating those? Would that be

12      you, Kathleen, or whomever after we know what's happening

13      here? How do, like, this --

14          MR: STREADER:  Hello, everyone.

15          MS. GARGIULO:  Hey Jeff.

16          MR: CHEN: I sent a commitment letter to Jeb

17      (phonetic) and he's going to send it out to, you know,

18      Jason and the guys, Jason and Kenny. But, we know the

19      conditions that they have, but they're still going to show

20      the letter, so you know, once this happens, then they'll

21      sign it. That's the ask?

22          MS. GARGIULO:  Okay

23          MR: CHEN:  And Berkman's (phonetic), Berkmans

24      going to, finishing up the shareholders' agreement, and

25      we'll have that today too.

1              MS. GARGIULO:  Okay

2              MS. LAUSTER:  Because it is you know, Im just

3       wondering if you, if Perot, might take another day or two

4       to get to the table. Maybe you want to try to get these

5       guys to sign the commitment letter, that, I don't know, to

6       get them to do that and commit to the entire bid, or

7       whoever you're, you know, however much is uncertain with

8       Perot. You're expecting, how much from Perot? Twenty.

9              MR. FEUER:  So, Perot can sign something which

10      is contingent on something, so.

11             MS. LAUSTER:  That's true. That is true. You are

12      right.

13             MR. FEUER:  We are at this point, I mean, it has

14      to be logical --

15             MS. LAUSTER:  Yes. That's true

16             MR. FEUER:  It could be contingent on these guys

17      committing.

18             MS. LAUSTER:  Yeah. That's a really good point.

19             MR. FEUER: Because they don't want to be the

20      lead investor, and so, therefore, I mean, it's another

21      level of uncertainty. But, anyway, whatever we do has

22      enough level of uncertainty. So, therefore --

23             MS. LAUSTER:  Yeah.

24             MR. FEUER:  The bigger question is, so,

25      Kathleen, does the deposit have to be in tomorrow?

1          MS. LAUSTER: Yes.

2          MR. FEUER: Are you 100 percent sure?

3          MS. LAUSTER: Well, listen, Im not 100 percent

4    sure, in a process that has moved the deadline four times,

5    but, Im -- do believe; I mean, Matthew, tell me if you

6    feel differently; I feel like I wouldn't be confident that

7    --

8          MR. FEUER: No, Im not confident --

9          MR: LAPISH: (inaudible.

10         MS. LAUSTER: Yeah, it is due tomorrow. I mean,

11    because on top of it all, like I said --

12         MR: LAPISH: There's a stalking horse, shows that

13    there's an auction going ahead Wednesday --

14         MS. LAUSTER: That's going to happen. Yeah, and

15    --

16         MR: LAPISH: You cant have the part, like,

17    Friday has to be, Mondays a holiday. You can't have a

18    deposit going Tuesday and hoping to get it on the point --

19         MS. LAUSTER: Yeah

20         MR. FEUER: Can't get a deposit on Tuesday.

21         MS. LAUSTER: I mean, we passed and --

22         MR: CHEN: I going to have to be realistic about

23    the deposit then. If they're going to put conditions and

24    hurdles for participating in management fee, then I don't

25    know if we can get them to put a deposit by the end of

1    tomorrow. I mean let's think about that, right? We're

2    asking them to come back to us with their hurdles and

3    their contribution and we have to agree with it, and

4    they're going to, they're not going to put the deposit

5    before that happens.

6          MS. LAUSTER:   Well (inaudible), we have to come

7    to an agreement today, that's the whole point.

8          MR: CHEN: But that my point though, I mean, do

9    you think that realistically can happen? I mean, Im just,

10   Im throwing that out, I mean, if we go back and forth on

11   hurdles --

12         MR. FEUER:    So, I think it is probably not

13   very realistic, but you don't know, right?  So, I mean,

14   since, I mean, so, let's go, go the other way around. So,

15   Somebody has to put up the deposit. There are only two

16   entites who can do it, and ideally together, and that

17   would be Perot and these guys. So, collectively, I mean, I

18   don't know whether one entity would put the entire amount

19   up, I don't know.

20         MR. FEUER:    I mean --

21         MR: STREADER:  That's what we should ask for. We

22   should say that Perot or -- asking them for the deposit.

23   We're asking you right now to join us, us and to move

24   forward.

1           MR. FEUER:    Have we asked grOH! To provide

2       the deposit by tomorrow?

3           MR: CHEN: No not yet. We're sending them, we

4       sent them over the commitment letter, and then we're

5       letting them know. But they've also said that they need to

6       review it and they need to review the shareholders

7       agreement.  So, they haven't said no, but, at the same

8       time, you know, they have their process too.

9           MR. FEUER:    Okay.

10          MS. LAUSTER: We might get an agreement with them

11      this afternoon. You know, if you can agree to some sort of

12      an incentive for them -- the margins

13          MR. FEUER:    Anything --

14          MS. GARGIULO:  Let's see what they come back

15      with --

16          MS. LAUSTER:   Yeah.

17          MS. GARGIULO:  Because it sounds like Milan was

18      trying to creatively think of a couple of things.

19          MS. LAUSTER:   Yes.

20          MS. GARGIULO:  So, let's see what they what they

21      come back with, and if its even within the range of

22      possibility, for us. Because we don't know yet.

23          MR. FEUER:    It as to work for Perot, for

24      example.

25          MS. GARGIULO:  Of course.

1          MR. FEUER:    Not only for us, I mean, I am

2     more concerned about Perot, and so -- have you ever done

3     anything where one --

4          MS. LAUSTER:    Yeah. I mean, yes, because if

5     they're bringing -- first of all, even if they weren't,

6     you know, bringing in whatever added value they're

7     bringing in, just because they are the lead investor,

8     they're the first investor, they're the one that Perot's

9     not getting in unless they do, they could, for that reason

10    alone, demand some sort of a, you know, more favorable

11    structure. That's actually very, you know, legitimate way

12    to think of it. You're giving them an incentive because

13    they're the first one that are committing. And that's what

14    you would tell Perot.

15         MR. FEUER:    Yeah

16         MS. LAUSTER:    Or, you could tell them whatever.

17    You could tell them they're adding value. You figure out

18    how to tell it to them.

19         MS. GARGIULO:    The way that I read this, right,

20    is that since they are not sophisticated investors and

21    understand the model that we have, they're thinking more

22    on the management side, like a management bonus incentive

23    plan.

24         MS. LAUSTER:    Correct.

1          MS. GARGIULO:  It's what they're thinking in

2     their head, not knowing -- they're also, don't -- all

3     they're hearing is 20 percent, they're not hearing the

4     fact that everybody benefits, and they benefit, like,

5     quite a lot. They're -- and I think that they're only

6     understanding that they get paid back their investment

7     plus 8 percent. They're not seeing that it's growing --

8          MS. LAUSTER:   Yeah

9          MS. GARGIULO:  And that, so that's

10          MS. LAUSTER:   Sometimes theres a bit of an

11     education.

12          MS. GARGIULO:  Yes.

13          MS. LAUSTER:   That's why I wish we had this

14     meeting two day ago, cause we really don't have a lot of

15     time to --

16          MS. GARGIULO:  Well, well then, they didn't --

17          MS. LAUSTER:   I know. Its not our fault. It's

18     not our fault we tried.

19          MS. GARGIULO:  -- see us, right.

20          MS. LAUSTER:   You know

21          MS. GARGIULO:  So, there's an education, yes,

22     but, and they're looking at it, from the way I read it, is

23     that, again, what is a little bit of their upside because

24     they're -- they feel like they're going to double the

25     margin, so to speak, and then help us with freight rates

1    also, because he's mentioned that a couple of times. And

2    what's their additional benefit. And you're right,

3    Christian, it need to work for everybody, but that's where

4    they're coming from.

5        MS. LAUSTER:    Agreed

6        MR. FEUER:    Okay so let's see.

7        MS. GARGIULO:  So, they wouldn't even

8    understand, right now, if you put in front of them a

9    waterfall. They wouldn't even understand what that is yet

10        MS. LAUSTER:    No.

11        MS. GARGIULO:  But that's, so, they're only

12    coming in from the point --

13        MS. LAUSTER:    Do you think they'll know? I

14    think Milan might, don't you?

15        MR. FEUER:    Oh, you're absolutely right.

16        MS. GARGIULO:  yeah, I think he, he's researched

17    it

18        MS. LAUSTER:    Yeah

19        MS. GARGIULO:  I think that he could know this

20    prior to today, but, he's researched it, yeah.

21

22        MR. FEUER:    Okay.

23        MS. LAUSTER:    Yeah, and just don't, let's not

24    forget, this guy likes a bargain, and he wants, and he's

1          wants to feel like he's bargaining here for better terms

2          or whatever. This is how he approaches everything.

3                    MR. FEUER:     He can bargain with us

4                    MS. LAUSTER:   I'm just saying, I -- Jeff, I

5          told you this was going to happen the other day.

6                    MR. FEUER:     The last business we bought, you

7          know how much we paid for it? Zero. Can't get a better

8          bargain. So,

9                    MS. LAUSTER:   (inaudible) didn't even have this

10         set up.

11                   MS. GARGIULO:  Im just saying. Im suspicious of

12         them hearing us.

13                   MS. LAUSTER:   I mean, that's a good point, they

14         could be listening to us right now. They're outside --

15                   (Crosstalk)

16                   MR: STREADER:  I just want to remind everyone

17         that they are a small part of the receipts, both units and

18         average unit costs. They're a small part. We are grateful

19         that they have a ███████████████    company, that's ██

20         ██████  Amazon. They have customer concentration risk,

21         honestly i would be terrified if I were sitting in these

22         shoes --

23                   MS. LAUSTER:   Ssshh, okay

24                   MR: STREADER:  And I would --

25                   MS. GARGIULO:  Jeff, Jeff, Jeff

```
1            MR. GANDHI:    Are you guys ready?

2            MS. LAUSTER:   Yes.

3            MR: STREADER: An I think its fantastic --

4            MS. LAUSTER:   Everybody is coming in --

5            MR. FEUER:     Finally. It took us a long time

6       to figure it out, but I think we finally figured it out.

7            MR. GANDHI:    If, you figured it out then --

8            (Crosstalk)

9            MR. GANDHI: We have more questions than we

10      started with.

11           MS. LAUSTER:   That's ok.

12           MR. DAHIYA:    (inaudible)

13           MR. GANDHI:    No, he -- they will figure out

14      some sort of solution, so let them --

15           MR. FEUER:     No, I was joking, so.

16           MR. GANDHI:    They took us seriously, come on.

17           MR: SERURE:    Because you were excited.

18           MR. FEUER:     So we were looking forward to

19      hearing from you, what you're proposing.

20           MR: SERURE:    I think that all things being

21      equal, that Two and Twenty for anybody who's bringing bad

22      value with established benchmarks, to quantify the

23      additional benefits that are being brought to the company,

24      should be on both sides. And that's the, we think

25      (inaudible)is fair, frankly.
```

1          MR. FEUER:    So, you would have to, please,

2     explain how that would work. So, for us, I know how it

3     works. How would that work from your perspective?

4          MR: SERURE:    So, for us, whatever lets say we

5     put together a proposal, we'll write down exactly what it

6     is that we're able to off. There'll be an established

7     benchmark, without, whatever we're able to contribute,

8     that we'll come to an agreement on, something that makes

9     sense, and everything that exceeds that, will be subject

10    to the Two and Twenty, the Two and Twenty agreement,

11    (inaudible) and once we establish the benchmark --

12          MS. GARGIULO:  I don't know one of you guys.

13          MR. GANDHI:    Sorry, so, he's not even snoring

14          MR. FEUER:    Hurricane.

15          MR: SERURE:    I think there should be an

16    established benchmark to, not, just isolate and identify

17    where is the line from no value being added to where is

18    that value and then that added value should be subject to

19    the Two and Twenty --

20          MR. FEUER:  Okay. So maybe, I may want to put

21    this into some numbers, also, so that we can, follow that,

22    maybe not, you don't have to, let's say now, but does,

23    like --

24          MR. GANDHI:    (inaudible)I think its what

25    conceptually what we are saying and what we were

1    discussing more, that if there is a Two and Twenty

2    concept, which is an industry standard concept everywhere

3    else, how do we participate into that Two and Twenty

4    concepts also, right, Because we are also going to bring

5    substantial value as a company. So, if there is a

6    benchmark for Two and Twenty not two percent mainly, but

7    for the 20 percent --

8            MR. FEUER: -- then the same benchmark, we can

9    have it on the other side also, or the other side also,

10   and the you know, we can all participate into the -- same

11   way like you participate. So, let's say if you have a

12   profit benchmark of 10 percent and then anything goes over

13   that percent you get 20 percent first and the rest is

14   distributed among the other equity partners. Same way if

15   the gross margin benchmark is X and then it becomes X plus

16   X, then how do we participate for the same investment,

17   right.

18           MR. DAHIYA:    So, in other terms whatever

19   they're benchmark is, is shared and whatever your

20   benchmark is also shared --

21           MR. GANDHI:    It should be opened now on the

22   paper. It should be on the paper that we write.

23           MR: STREADER:  Our benchmark is delivering on

24   the long range plan. So, lets make this up, that in year

25   three, we have a net revenue of a ██████████ and

1     EBITDA of ██████. Our benchmark is delivering a

2     █████████ in EBITDA. If, at that same time, through

3     your initiatives, your able to deliver ██████

4     additional EBITDA through your supply chain disciplines,

5     that you are asking to be rewarded, ████████████

6     of the additional inputers that we're delivering, and

7     you'd like to have a part of our carry?

8            I think that Christian, Yuen, Deb and I would be

9     open to that type of consideration.  We're delivering a

10    █████████, on top of that, you deliver another ██

11    ██████ in profit, and you would -- therefore, ████████

12    of the carry, of that particular, 9 percent of our carry,

13    I think we could probably have a conversation about that.

14    Christian, what do you think?

15            MR. FEUER:    Yeah, right, I mean so, IM not

16    sure that that's sort of what he had in mind, but if

17    that's what he had in mind, yeah, absolutely.

18            MR. GANDHI:    How do you quantify all this

19    statement?

20            MR. FEUER:    I, so, --

21            MR. GANDHI:    Something that, you know, we

22    would have to be very sure about the -- how you can arrive

23    at something, right, to get that point.

24            MR. DAHIYA: Getting (inaudible) will depend on

25    many things.

1              MR. FEUER:     Yeah, right --

2              MR. DAHIYA:    I just said, finally, it's not

3         isolation

4              MR. FEUER:  So, if you look at our plan, of

5         course the plan is the plan, you never know, I mean it

6         never happens they way how it said. But we are getting

7         fairly, pretty close, but, so, you never know for sure.

8         And so, in other words, we have in our plan some margin

9         Improvement, and the margin improvement is mainly a

10        function of, the way how we how we have, I think

11        discussed, is that we believe we will expand apparel so

12        that we have the ability to have some private label more,

13        because right now most of it is branded, and that will

14        give us the opportunity to expand the margin.

15             But it is, I thinks it's just like whatever, I

16        don't know if Deborah -- if you have the VX in front of

17        you -- I think we have one- or two-point margin from, what

18        is it, 30 to 32, I think maybe from 30 to 31.5, something

19        like that, and -- Now do we know exactly how we get there?

20        No, of course not. We don't know how much apparel we'll

21        really be selling, but we know what we will attempt.

22        You're making this point that we can have substantial

23        improvement from a margin perspective, but, one way of

24        saying is, hey, if we go, instead of the one point

25        improvement, that we have, we now have five points, we can

1    calculate five points over, what about, a billion dollars

2    in sales, its ████████████, and that, so, I mean, so

3    stuff like this, we definitely could do it, figure it out

4    , then we share in the ██████.

5        Yeah, I mean, we don't expect that the margin

6    holds up that much because, we don't have the knowledge.

7    So, when we put the plan together, we didn't, know that we

8    might talk, so that, I mean that --

9        MS. LAUSTER:    That seems fair.

10        MR. DAHIYA:    I mean, see, when you measure

11    buying, you can actually take on directly, the value. Like

12    if you're able to buy a hundred, you're able to buy a

13    repeat, that's like 20 percent direct advantage, right.

14    It's an easy measurable instrument versus the other side,

15    which is sale side, and then everything else, there's a

16    lot of moving parts.

17        MR. FEUER:    So, from our perspective, I

18    mean, so our, what we believe we can do, so let us assume

19    you're not in the boat, right, I mean we talked to Groh!

20    and others, we are looking at the entire business from all

21    its assets, whether it is, the technology, or it is how

22    much discount we give, whatever, right now, they are

23    running at 7 percent discount, we're planning to reduce

24    this from 7 to 6 without losing any sales or even have,

25    take it even further down. I mean, we look at every line

1    of expenses, on the side, or the efficiency, how it

2    generates sales, or whatever it is.

3         So, this is so, we have this holistic

4    perspective, and that all, we believe, will end up to get

5    us to a ███████████ in sales and a ███████████

6    dollars in complexity put down. And part of this is an

7    improvement of margin, but it is not the driver of the

8    success. And so, you're saying we (inaudible) drive the

9    margin substantially more, that there would be, believe --

10    I mean it falls directly to the bottom line, right.

11         MR: SROUR-SERURE:   I wanted to understand

12    something. If I cannot believe the amount of (inaudible),

13    IM being upfront --

14         MR. FEUER:    We don't know what, you know,

15    that's the point, right --

16         MR: SROUR-SERURE:   Again. I don't have, IM open

17    --

18         MR. FEUER:    Yeah.

19         MR: SROUR-SERURE:   My reputation speaks for

20    itself. My company speak for itself, who we are in the

21    market --

22         MR. FEUER:    Yeah.

23         MR: SROUR-SERURE:   -- you understand me. I know

24    exactly what we are able to do and exactly how we are able

25    to execute it.

1         MR. FEUER:    And, so, I mean, based, I mean,

2    you can figure out something based on the plan, where you

3    just say, hey, if this is or that and then we, I mean --

4         MR: SROUR-SERURE:    Do you want to make your

5    life easier?

6         MS. GARGIULO:   Sure

7         MR. FEUER:    Everyday, but it doesn't work --

8         (Crosstalk)

9         MR: SROUR-SERURE:    Because I am not seeing you

10   as an investor, and I do not seeing myself as an investor,

11   we are actually working investors, but we are, technically

12   we are married to each other.

13        MR. FEUER:    Yeah. Oh, absolutely, yeah. We

14   have to get along< hopefully --

15        MR: SROUR-SERURE:    In the marriage there is no

16   one better than the other, or one has a better percentage,

17   or you have this, it's a negative marriage --

18        MR. FEUER:    Yeah

19        MR: SROUR-SERURE:    -- do the marriage upfront,

20   together, equal you and us and I think you have a home.

21        MR. FEUER:    Okay. So, as, understand, we are

22   absolutely

23        MR: SROUR-SERURE:    Because are we not keep

24   talking about the one tier and the next one here, I don't

25   think its --

1              MR: SERURE:    Makes sense

2              (Crosstalk)

3              MR. DAHIYA:    By complicating it

4              MR: SROUR-SERURE:   -- that's it. What's good

5        for you is good for me, because I know you're going to do

6        the best for your benefits, IM going to benefit from that.

7              MR. FEUER:    Yeah. I mean, so that's -- if one

8        of you wants to put this in, so if we take our model, how

9        that you think this should look from a concrete

10       perspective, that's --

11             MR. DAHIYA:    Can you look at their -- and

12       maybe a good idea just their financial structure that you

13       have made for the deal.

14             MR. GANDHI:    No, I think that Mark is

15       suggesting very different --

16             MR. DAHIYA:    No, just look at that --

17             MR: SROUR-SERURE:    I'm say that get, get into

18       this marriage over here, equal. What's good for you is

19       good for me. What's bad for you is bad for me, from the

20       very beginning --

21             MR: STREADER:    Thank you.

22             MR. GANDHI:    So, basically, its simply saying

23       that we are equal on every aspect of the business. He

24       doesn't want to ask you any more money, but whatever you

25       guys are charging make us partner of that thing.

1              MR: SROUR-SERURE:   Instead, if you want to,

2         instead of you making it two, you want to make it five, 20

3         over there, do whatever you want to do. That's fine with

4         me, I don't have a problem with that --

5              MR: STREADER:   That is a problem --

6              MR: SROUR-SERURE:  -- except for your investors

7         over there --

8              (Crosstalk)

9              MR. FEUER:    Okay, so Jeff, before I respond,

10        so --

11             MR: SROUR-SERURE:   Yeah, yeah, what you are

12        saying, but

13             MR. DAHIYA:    Yeah, my thing was that you can

14        look at numbers and then you know what those numbers are,

15        that why --

16             MS. GARGIULO:  I think this is wasting

17        (inaudible).

18             MR. FEUER:    We can talk --

19             MR. DAHIYA:    Or we can go out if you want --

20             MR. FEUER:    So, okay, give me your response

21        to this. In that sense unfortunately we are not equal. So,

22        because we are not investing ████████████ and we are

23        not having the benefit of hopefully we will grow our sales

24        and Amazon will sell good at the same time, for us to make

25        money, and this is the only reason why we're here is

1    because we want to make money, because, we want to save

2    Buy Buy Baby, but in the end, we want to make money, all

3    right.

4              MR. DAHIYA:  It doesn't make sense, and you are

5    responsible for the investors

6              MR. FEUER:  Right, we're responsible for the

7    investors, and so we invested a lot of time, and I don't

8    want to have a soft story about how much time we've

9    invested -- but that's what we, in order to get to this

10   point, and for us, the only way how we will make money is

11   when we are successful. Right now, we are out a lot of

12   money --

13             MR: SROUR-SERURE:  With me, you will be

14   successful.

15             MR. FEUER:  Okay.

16             MR. DAHIYA:  So, what you'll think you are

17   losing --

18             MR. FEUER:  So, the point I'm making is, what

19   you are asking, is that you, if I -- might be wrong, but

20   that you will share in the what otherwise our upside would

21   be. Let's see, if we make ██████████████, you would

22   get 5 million of that. So, that, of course, is not great

23   from our perspective because we give something out, and so

24   --

1              MR. DAHIYA:  Unless you're making 20 and you're

2       getting 10.

3              MR. FEUER:  We still haven't gained yet, so,

4       right, so, then it's --

5              MR. DAHIYA:  No one has gained yet.

6              MR. FEUER:  Yeah, right --

7              MR. DAHIYA:  We're all going to --

8              MR: SERURE:  (inaudible) by gained.

9              MR. DAHIYA:  Nobody has gained anything yet --

10             MR. GANDHI:  But I know how to get them.

11             MR. FEUER:  So.

12             MR. DAHIYA:  Because it is all on the success,

13      right?

14             MR. FEUER:  So, what I'm saying is, so, if we in

15      this model make ██████████, or a ████████████████, or ████

16      ██████████, or whatever the number is, right -- if I

17      understand correctly, what Mark was proposing, is that

18      marriage we share everything --

19             MR. DAHIYA:  50/50

20             MR. FEUER:  -- you get 50 percent of otherwise,

21      we would get. So, now we have 50 percent less because of

22      the way, how we're going into this, and you have this in

23      addition for your favor. So, for us to be equal to where

24      we started out, we have to be double as successful as we

25      otherwise would --

1                    MR. DAHIYA:  (inaudible).

2                    MR. FEUER:  -- what we would assume to be, so,

3  for us to be in the same place. So, and that -- I, we

4  believe we can be very successful, but being double as

5  successful is difficult to imagine. And to some degree it,

6  we believe that there are, as I mentioned earlier, that we

7  will try and go after everything within the business, and

8  I think, well, I believe he can add a lot, but I don't

9  also want to discount what we are contributing.

10                  MR. GANDHI:  Or, you can look at it a little bit

11  differently also, Christian, that, okay, you want to, you

12  want to share into what you are going to make, 50 percent

13  of whatever. Maybe you can suggest something that, you

14  know, Mark can take it and manage better, management

15  advisory fee or whatever on the buying side of it for

16  helping the company to grow or whichever -- see, the

17  nomenclature is not important, it's just about the number.

18                  MR. FEUER:  So, I think, I mean, whatever, IM

19  throwing stuff out, I haven't thought about it, so, IM

20  just responding to what you're saying --

21                  MR. DAHIYA:  You need an exceptional --

22                  MR. FEUER:  -- so, I, so, I have to be allowed

23  to take back what IM saying right now. So, let's say so we

24  can make the claim that our margin improves because our

1    costs are lowered by ███████████ a year, and you

2    get X percent of that. That --

3              MR: SERURE:  Ten percent of what?

4              MR. FEUER:  It's X percent of whatever. We --

5              MR. GANDHI:  Percentage is (inaudible) --

6    whatever you bring in, at least you get a percentage of

7    that. Or, maybe you can look at it --

8              MR. FEUER:  I mean anyway, I mean, so the point

9    is IM trying to figure out a way, so, because it doesn't

10   really feel great if your benefit is our downside, so --

11             MR. GANDHI:  So, no time -- I'm just trying to

12   make it a little simpler than that because, you know,

13   there will be a lot of unknowns that we will be facing as

14   we go forward, right? It could be supplying chain

15   disruption, it could be geopolitical issues, managed risk,

16   or whatever you call it. Instead of doing that way, right?

17   What if you just bring it the other way round, okay?

18             If you are controlling 300-million-dollar

19   purchases for this company, we'll give you X control of

20   that as a management fee for your efforts because that

21   makes it more simplified way of doing it, rather than

22   saying, okay, is it 9.8 million or 19.9 million, whatever,

23   that, number wise. Because it is easy to think about it

24   right. You can say in the balance, okay, we brought 300

25   million, 250 million, Mark brought it, 50 million other

1    sources come out, so on the 250, he gets X percentage, and

2    that equates more or less, it comes to where you are.

3                MR. FEUER:  So, in other words, it's almost like

4    an agency thing. Like a finance agency,

5                MR. GANDHI:  Something. You don't have to name

6    it that way, but if that can --

7                MR. DAHIYA:  It could be a management thing --

8                (Crosstalk)

9                MR. GANDHI:  -- management is not important, but

10   yeah --

11               MR: SROUR-SERURE:  Just to make it -- of course.

12               MR. DAHIYA:  You know, the idea is that --

13               MR. GANDHI:  See the way --

14               MR. DAHIYA:  The idea is that if you can get 100

15   markets for 120, that's not ideal, right? You're not going

16   to give --

17               MR. GANDHI:  See the Two and Twenty model. The

18   two percent is based on the assets under management,

19   right. Whatever that number is, AUM, that's how you

20   normally have the two percent, right.

21               MR. FEUER:  Yeah, right. Exactly.

22               MR. GANDHI:  So, that is very easy to calculate

23   or easy to look at it, okay. Today is a hundred, tomorrow

24   it will be 150, then it will be 200, whatever. Same way,

25   purchasing is very easy to calculate from the number,

1    okay. Total purchase is this much, then we become this

2    much. So, you know, there is no post-discussion about

3    these things again and again.

4         MR. FEUER:  No, I, whatever we do, we should

5    just have an agreement.

6         MR. GANDHI:  Exactly.

7         MR. FEUER:  Not every year we say, oh,

8         MR: SERURE:  No, the status be very structured.

9         MS. GARGIULO:  Everybody is looking at Milan.

10         MR: SERURE: He said that he thinks the other way

11    was better.

12         MR. FEUER:  Which is the other way?

13         MR: SERURE:  50/50 on the Two and Twenty. So,

14    your saying 50 -- you're not doubling the business --

15         MR: SROUR-SERURE:  One second, let me understand

16    there. The Two and Twenty. The 2 percent, well, what is it

17    exactly again --

18         MR. FEUER:  Okay --

19         MR: SROUR-SERURE:  -- that's management fee --

20         MR. FEUER:  Yeah.

21         MR: SROUR-SERURE:  -- monthly management fee,

22    correct.

23         MR. FEUER:  Yes. So, what is -- this would be

24    very specific. So, there's ████████████ invested,

25    let's assume that the number, ██████████ of ████████

1      dollars, is ███████████ dollars. We will receive annually,

2      ███████████ dollars.

3              MR: SROUR-SERURE:  Annually?

4              MR. FEUER:  Annually, yeah.

5              MR. GANDHI:  Divide it by 12, the months --

6              MR: SROUR-SERURE:  Based on?

7              MR. DAHIYA:  The assets.

8              MR. FEUER:  On the assets --

9              MR: SROUR-SERURE:  So, on the original asset --

10             MR. FEUER:  On the initial investment of 50

11     million dollars,

12             MR. DAHIYA:  That asset doesn't change. It

13     remains the same.

14             MR. FEUER:  It stays, it stays the same. I mean,

15     it's the equity investment.

16             MR: SROUR-SERURE: And the 20, what is the 20

17     again?

18             MR. FEUER:  So, the 20 percent is of the profits

19     at the time we sell the business --

20             MS. GARGIULO:  Sell --

21             MR. GANDHI:  Exit --

22             MR. FEUER:  At the exit. So, let's see. So, our

23     model assumes, but let's assume we will sell -- we buy the

24     business of equity value of, let's say, ███████████

25     dollars.  We assume we will be able to sell it for ████

1       ████████ dollars. What happens is: first, you get the

2       investors the ████████████ bank. Then, an annual

3       interest of ██████████, which is ████████████, let's assume

4       it is five years --

5               MR. DAHIYA:  Whatever, remove --

6               MR. FEUER:  Yeah, so five (inaudible) is another

7       ████████████, so there ████████████ to be shared. Of that ████

8       ████████, you, let's say ██ over ██, just -- its ██

9       ████████, you will get two, sorry, you will get --

10              MR: SROUR-SERURE:  Forget about what we get. How

11      does the 20 percent implement --

12              MR. GANDHI:  So, ██████████ of ████████████ is ██

13      ████████ dollars --

14              MR. FEUER:  Yeah, we would get ██████████ --

15              MR. GANDHI:  And the balance would be divided by

16      --

17              MR: SROUR-SERURE:  (inaudible).

18              MR. FEUER:  Yeah, so, exactly, and so --

19              MR: SROUR-SERURE:  So, this only way -- that's

20      only on an exit.

21              MR. DAHIYA:  Only on an exit.

22              MR. FEUER:  Only on an exit.

23              MR: SROUR-SERURE:  Are we talking exit right

24      now?

123

1          MR. FEUER: That, but, that's, we get only money

2     when we exit.

3          MR: SROUR-SERURE:  I hear you, but are we talk,

4     are we looking right now to exit?

5          MR. FEUER:  I mean, in some years, yes, yeah.

6          MR: SROUR-SERURE:  Well 'til then, we'll worry

7     about it then.

8          MR: SERURE:  No, but he wants to have the

9     agreement set up from the beginning.

10          MR: SROUR-SERURE:  (inaudible).

11          MR. FEUER:  But, for us, just to be clear, so

12     we, of course, in this scenario, the way we make a million

13     dollars a year, we don't get rich by that. We are, at one

14     point, the intention of selling the business. Whether it's

15     in five years or yeah, this is where we are really, I

16     mean, participating. I mean, in the end, from an investor

17     perspective, with you as well, I mean, this is how you

18     really will make money. I mean, that would be, just to

19     throw out the number, that would be, from your perspective

20     --

21          MR. DAHIYA:  So, by us saying we are █, we are

22     asking half of that --

23          MR. FEUER:  Exactly.

24          MR. DAHIYA:  -- during exit.

1          MR. FEUER:  This is, right, exactly. But this

2     would be from your perspective, of the, so it's ███, so,

3     ███████ the ██, so that's ████, you would've received ███

4     million dollar and (inaudible)you would've raised ███, and

5     then you received already ██ plus ██, look, for the

6     interest. So, you would have been at ███, and then you

7     would have taken our ███████.

8          MS. GARGIULO:  Right.

9          MR. GANDHI:  I like your truth telling.

10          MR. FEUER:  And that's why I'm saying it. A

11     solution where we figure something out, where it is not to

12     the detriment of us. I mean, we want to make money. The

13     whole thing is that you make money. But we don't want to,

14     it's just, like, okay, we -- that doesn't feel necessarily

15     very good.

16          MR. DAHIYA:  So, from the optics, first thing

17     is, from the optics, do equal partners matter, right.

18     Keeping financials aside from optics, meeting and

19     operating, equal partner matters, right Mark?

20          MR: SROUR-SERURE:  Yes.

21          MR. DAHIYA:  So, do we have a problem with that?

22     That's the first thing. Let's remove the financials,

23     right.

24          MR. FEUER:  Okay, so, the question is, what does

25     equal mean, right. Does equal mean 50/50. So, you take the

1    collective of all the area where we try to improve the

2    business, so, compared to --

3         MR. DAHIYA:  So, we could be playing the role,

4    being -- I mean, we don't want to play the role, we don't

5    want to play the roles, we are not there anyway, right, as

6    equal partners, but yeah, we are participating as equal

7    partner in operations, right. Forget the investment part,

8    but let's say you are in the technology side, right.

9         MR. FEUER:  Yeah.

10         MR. DAHIYA:  Whether we can contribute or not,

11    but oversight -- what you are having, we also have that,

12    we also have oversight, right.

13         MR. FEUER:  Okay, so, I mean, so this, I mean,

14    so this is -- on the, one side of course, through board,

15    you will have oversight anyway --

16         MR. DAHIYA:  Correct.

17         MR. FEUER:  And, then -- but what we don't want

18    to do is, sort of, just like having oversight, hey, so,

19    just like, we're making technology, we're using this, that

20    you get involved into the day-to-day decisions are. As we

21    would not want to get involved into the daily decision

22    from a social perspective, because, we don't want to have

23    a situation where everything you have is like the person

24    who's responsible and then there's one of us and one of

1    you, and we all have -- I don't think that's a good

2    structure --

3            MR: SROUR-SERURE:  We are going to be doing

4    what's best for the company. Regardless of urgency,

5    regardless of technology, regardless of --

6            MR. DAHIYA:  So, yeah --

7            MR: SROUR-SERURE:  You understand what I mean?

8    Because if I'm going to oppose into something that you are

9    good at over there, you understand what I mean. I need to

10   be stupid over there because technology is not my --

11           MR. GANDHI:  Forte.

12           MR: SROUR-SERURE:  My forte over here. I have to

13   go where you are doing because I'm trusting what you are

14   doing.

15           MR. DAHIYA:  And we have to focus on what we are

16   doing.

17           MR. FEUER:  Exactly. Let them --

18           MR: SROUR-SERURE:  Whatever your strength is

19   over there, go with it. Whatever my strength is, let me go

20   with it. Let me run with it. You understand me.

21           MR. FEUER:  Oh, totally. So, I mean, we would

22   say, I mean, if you take the entire company, you can say

23   we have the sales channels which is store and e-commerce,

24   it definitely, I mean, that what we are. We have the

25   finance; we have for, I'm sorry, we have technology, HR,

1    so, and I don't know, I mean, this is generally where we

2    are, whatever. We are the ones who are generally

3    renegotiating or supporting the business. Supporting our

4    new healthcare plan --

5           MS. GARGIULO:  Right, and you're right. Not to

6    take away from that or what your saying is that. From a

7    stand-up perspective, there's a lot to do to stand up this

8    company; like you were saying, from an HR perspective,

9    from a technology perspective, just all the back office

10    ends up.

11           MR. GANDHI:  Yeah, absolutely, all the support

12    staff up --

13           MS. GARGIULO:  Right. So, we contribute to all

14    of that, too, because we've done it. We've done it like,

15    more than once. We've done it just recently with The Gap

16    and Janie + Jack, so we know, going into day one, oh my

17    God, we need to take care of all of these things --

18           MR. DAHIYA:  All of this, right.

19           MR. FEUER:  So, you want to take to her how to

20    change -- how to pay utility bills for a hundred stores,

21    it's outrageous.

22           MS. GARGIULO:  Not even just to pay -- how to

23    change them over, right --

24           MR. DAHIYA:  To change them over --

1          MS. GARGIULO:  Just to change them over. It's

2     worse than the DMV.

3          MR: STREADER:  If I can add -- what we haven't

4     talked about, there's a lot of conversation here about

5     splitting fees, about what we're going to do, getting

6     better terms, paying utility bills. We're not talking

7     about the customer. We're not talking about the brand.

8     We're not talking about rebuilding the registry. All of

9     the things that you bring to the table and we bring to the

10    table, it's game over. As a retailer, if we're not

11    focusing on the customer, and I wish this conversation was

12    changed because we're negotiating among ourselves, and

13    we're running out of time.

14         We have to focus on building this brand again

15    and acquiring new customers through the baby registry.

16    Let's not negotiate among ourselves; let's talk about

17    getting to the finish line and buying this company,

18    please. I don't think we're -- I think we're spinning

19    right now. Everyone, I think we're spinning.

20         MR: SERURE:  We need to know all about -- we

21    know that we're going to have to come up with effective

22    plans going forward. Does that need to be discussed over

23    here when we're on this timeline? So, I'm saying we could

24    discuss it tomorrow; it's going to be close, right --

1          MR. FEUER:  Yeah, oh we, so, I think that's what

2      it is --

3          MR: SERURE:  I believe we're trying to get

4      married.

5          MR. FEUER:  So, that's a good point. So, Mark,

6      your point is, or all of you, you're looking for a way to

7      get more than the general investor return because you had,

8      as operator --

9          MR: SROUR-SERURE:  I'm an active investor --

10          MR. FEUER:  Look at the investor --

11          MR: SROUR-SERURE:  I'm bringing the whole team

12      over --

13          MR. FEUER:  Okay, so, and so, the response to

14      this request is, yes, we should find a way, and we will

15      find a way to incentivize your efforts on the outcome.

16      However, you want it -- I think, or maybe you're right, I

17      mean, it's difficult. There are so many ways of doing it.

18      I think we can make the commitment that we are prepared

19      and ready to figure out a way -- that it sounds okay for

20      everybody. I mean, it has to work for everybody. And

21      everybody, it's not just us here, so, it has to for the

22      other investors that they don't say, oh boy -- whatever.

23          So, and we also ask it for, that it's not only

24      that you take money, which we think we should get, and put

25      it in your pocket. So, we find a way that it is fair to

1    everybody. And, I think, Jeff just to chime in as well, I

2    think we can commit that we want to figure this out.

3          MR: SROUR-SERURE:   Make it easy on your life.

4    Make it easy on you. Make it easy on yourself, Jeff. Get

5    married and finish it up, that's it. Let's have the same

6    heart to work and go ahead and accomplish this mission

7    that we have.

8          MR. FEUER:  So, maybe -- what I recommend is

9    that we pass this agreement that we will, that we will

10   figure it out and then maybe, just with, either these two

11   guys come up with a way or several ways of making it work,

12   and then, because right now, I think we have to put this

13   in numbers, really, how this works. Because it's easily

14   talked about --

15         MR: SROUR-SERURE:   Again, whatever is good for

16   me is good for me. Whatever, that's why I'm doing it the

17   easiest way. What's good for you should be good for me.

18   You're able to add more, add more. I don't have a problem

19   with that.

20         MR. FEUER:  That's what I'm saying; it has to

21   work for the other end. Otherwise I would say 30 percent -

22   -

23         MR: SROUR-SERURE:   The other investor coming in,

24   they're going to make a lot of money over here with the

1    return that you're going to be able to come up with over

2    here. It's going to be a lot.

3            MR: SERURE:  I'm sure that anything that will be

4    acceptable to you --

5            MR: SROUR-SERURE:  This will be acceptable to

6    us.

7            MR: SERURE:  Not to us, to them. You would be

8    the hardest person to convince, so to speak, in my

9    opinion. Well, you guys have a little more experience than

10   I do.

11           MR. FEUER:  Are we okay with having this

12   commitment that we, I mean, so, whatever will happen over

13   the next --

14           MS. GARGIULO:  24 hours.

15           MR. FEUER:  Yeah, 24 hours, right so, it's 24

16   hours. We will figure it out, let's say, over the next 24

17   hours; how about that?

18           MR: STREADER:  I think we figure it out right

19   now, Christian, because if not if we can't figure it out,

20   if they're not comfortable with where we are, or we're not

21   comfortable with where they are, we have to move to Plan

22   B, today. We have Plan B. We will do it alone. We want you

23   with us. We have to figure it out today, Christian.

24           MS. GARGIULO:  Okay.

1              MR: SERURE:  If you have Plan B already set up

2     and you're doing it alone --

3              MR: STREADER:  We have Plan B ready to go.

4              MR: SERURE:  So, therefore, you have 24 hours to

5     see if Plan A works. You already have it in place.

6              MR: SROUR-SERURE:  Is Plan B better than Plan A?

7              MR. FEUER:  No. We like Plan A lot better --

8              MS. GARGIULO:  Yes.

9              MR. FEUER:  -- Otherwise, we wouldn't be here,

10    right.

11             MR: SROUR-SERURE: So, fix Plan A over here --

12             MS. GARGIULO:  Right.

13             MR: SROUR-SERURE:   Very simple.

14             MS. GARGIULO:  That's what we're saying.

15             MR: SROUR-SERURE:  I'm sure if you had -- I'm

16    sure if Plan B were a better plan for you, you will not be

17    sitting over here, negotiating this whole deal.

18             MR. FEUER:  Exactly, yeah. Right now, that's why

19    we're here. That's why, I mean, it's a great opportunity.

20             MS. LAUSTER:  So, it looks like there's two

21    options here. One is that you get some sort of a --

22    there's a metric and whenever you improve it, you get a

23    commission based on that, or some sort of an incentive, or

24    a bonus based on that benchmark (inaudible). The second

25    option is that you get some portion of the carry, the 20

1    percent, right, that the ask or -- you also want the two

2    percent, you're asking just for the carry, correct?

3            MR: SROUR-SERURE:   What you're getting, I'm

4    getting.

5            MS. LAUSTER:  So those are the two options on

6    the table, right? The question is o, is this how all the

7    work that Go Global has put into this thus far to keep up,

8    right, And the expertise that they're bringing to the

9    table, and the amount to time and effort they're going to

10    take to execute their strategy, is that are you guys

11    intending to put it in? Are you contributing equally in

12    the regard.

13            MR: SROUR-SERURE:   If I have to, I will. If it

14    cost you a million dollars to do the legwork that you did

15    right now, I'd be happy to pay for half of that, of course

16    ill pay it.

17            MS. LAUSTER:  This is where it goes back to

18    scope and responsibilities that we were talking about

19    before, because Go Global is looking at this as they're

20    going to be running the day-to-day business.

21            MR: SROUR-SERURE:   What do you mean by the day-

22    to-day business? Let me understand what you call the day-

23    by-day business?

24            MS. LAUSTER:  Christian, you can elaborate on

25    that versus a board seat and an involved board member.

1           MR. FEUER:  Yeah --

2           MR. DAHIYA:  Maybe more functional, like you

3     guys are part of the company.

4           (Crosstalk)

5           MR. FEUER:  Yeah, right. I mean, so again, there

6     will be, if it will be different to some degree over time,

7     there will sort of full-time involvement at the beginning,

8     and hopefully, Patty is the greatest in the world, and

9     everything works out wonderful, and we can all move on as

10    help, right. So, but of course, this will not be, it's a,

11    therefore, it's a migration from sort of very much to

12    hopefully a lot less involvement, but what it will be

13    across, all of the functions of the company except the one

14    where you say, hey we want to be the ones where we --

15          MR. DAHIYA: Lead the initiative.

16          MR. FEUER:  Leading the initiatives, right. I

17    mean, we see ourselves most of the time supporting the

18    team, that they do our execute, what we agree together

19    with them, I mean ultimately, they should learn from you

20    so that they can do the job by themselves. Ultimately,

21    that would be our objective, whatever is the function.

22          And so, we would form the global perspective and

23    do this for all functions except the ones where you would

24    say, hey, this is where we want to be or where we can

25    contribute the most, which I understand is mostly the

1          procurement product sourcing, which is incredibly

2          important part of the P&L because it's the number one

3          expense we have so, from that perspective, that how I

4          would see this across purchase.

5               Now, if you say, we want to get also, because we

6          have specific knowledge or experience in the context of

7          retail, would want to be in this area, as well, but then

8          you should say --

9               MR: SROUR-SERURE:  See, you have, besides the

10         sourcing, with my experience, I need to be involved in

11         other things

12              MR. FEUER:  Okay.

13              MR: SROUR-SERURE:  I know I'm moving my office

14         to the Buy Buy office over there; I'm not going to be here

15         anymore. I'm moving me, myself and I'm moving my team over

16         there.

17              MR: SERURE:  You're not looking to do just --

18              MR: SROUR-SERURE:  I'm not looking only just to

19         do purchasing. I'm looking to run the show. To run the

20         show, I have to be there.

21              MR: STREADER: Run the show where?

22              MR: SROUR-SERURE:  Run the, run the operation.

23              MR: STREADER:  At what company?

24              MR: SROUR-SERURE:  At the Buy Buy.

1          MR: STREADER:  This is a totally different

2     conversation. We were not thinking about you running --

3     this is a direct-to-consumer, digital, customer-

4     acquisition retail model. This is not supply chain.

5          MR: SROUR-SERURE:  Not when you have a store --

6     that your operating store and you're looking to open up

7     additional stores.

8          MR: STREADER:  If this is a contingency --

9          MR: SROUR-SERURE: You guys are also looking --

10    you want to go global. How do you go global?

11         MR. FEUER:  So, we definitely think there is an

12    opportunity --

13         MR: SROUR-SERURE:   Managing the store over

14    there. I have a lot of input to put in over there. When I

15    was talking yesterday to Perry (phonetic) there, I told

16    him; did you guys ever commission your sales, your, you

17    know, your salesmen? Have they ever got the kickback? He

18    told me no. We want to but it was never executed. That's

19    how you encourage your salespeople over here to make the

20    sale on the spot. When you give us some kickback over

21    there, give us two percent of the sale over here. What

22    else was there discussed yesterday?

23         MR: SERURE:   We don't have specifics

24         MR: SROUR-SERURE:  No, but there was a lot of

25    point with it.

1            MR: SERURE:  The membership program. Different

2       incentives to building a family, you know, building a

3       community or store.

4            MS. GARGIULO:  I think some of those things are

5       good input, but we come from retail we're retail.

6            MR: SROUR-SERURE:  Honey, I'm an ex-retailer.

7       I'm a pro in retail. I'm in old school. You know what an

8       old school is?

9            MS. GARGIULO:  I do

10           MR: SROUR-SERURE:  I'm (inaudible) -- Behind a

11      computer over here trying to manage 80 or 90 or 100 stores

12      over there. I'm going to be visiting the store myself to

13      understand what's happening in the stores. Yes, I will be

14      doing that.

15           MR: STREADER:  So, Mark, that's great, and

16      you're right --

17           MR: SROUR-SERURE:   You want to benefit from

18      what I do?

19           MS. GARGIULO:  Go ahead, Jeff.

20           MR: STREADER:  Mark, your idea for a commission

21      and other ideas across the company are absolutely welcomed

22      from the board perspective but if your comment about

23      running the show at Buy Buy Baby was contingent upon your

24      investment, that is a totally different conversation. And

1      that's why we have to start over because Patty Wu's

2      running the show for us and reporting to the board --

3            MR: SROUR-SERURE:   When that person, three

4      times mentioned that there is a lot to learn from what we

5      discussed yesterday, there is a lot of weight to that. She

6      might see it on the books, I know (inaudible)-- you

7      understand me? Again, I'm coming in as much as highly as

8      you think of her over there; to me she is still a kid. I'm

9      coming in with today, of you, with 43 years of experience

10     and, in the baby and the children's wear. You understand -

11     - what I bring in over here besides the operation that you

12     have right now on the Buy Buy Baby -- I want to go into

13     teen furniture. Teen furniture is bigger than the juvenile

14     furniture.

15           I want to get into shoes. Shoes, it's a huge

16     department that go together with the juvenile furniture

17     stores.

18           I want to get into -- on the textile. There are

19     today, they are up to size, what was it, two or four, I

20     want to go up to size 14, 16 boys and girls. I want that.

21     I want that customer to continue coming back over here. I

22     want to have a full selection of children's wear there.

23     That's my expertise. You are not the only one; you are not

24     the only one who is, what you are doing right now with

1    your stores over there. For me, I forgot about it. Do you

2    understand me?

3            MR: STREADER:  I understand your comments, and

4    you want to develop additional product that you think --

5            (Crosstalk)

6            MR: SROUR-SERURE:  We all benefit from it. I'm

7    giving away additional dollars that I'm going to be

8    bringing in, that it's not there; you're looking to do

9    right now ████████ dollars in a year or two. Maybe in

10   two years, you're going to be at ██████ dollars,

11   because of all the additional that we are bringing in.

12           MR: STREADER:  All of the additional product

13   development ideas that you have that we would consider. I

14   absolutely get that. We would do market research to

15   understand the competitive landscape, the price points,

16   and how to enter the market. We would think about the

17   consumer first

18           MR: SROUR-SERURE:  You see, but Jeff, you have

19   to understand something; when you have the direct import

20   under your belt, you do the impossible with it because

21   it's going to get pointed regardless. Nobody can touch

22   you. If a pair of shoes right now is getting sold in the

23   store for 100, you're going to be able to sell it at 50

24   dollar and make (inaudible) -- Where the customers going

25   to buy it?

1          You guys, I think and I feel that you guys are

2     really not understanding the direct impact, the impact

3     that I'm going to be bringing, you know.

4          MR: STREADER:  I do, Mark. I do

5          MR: SROUR-SERURE: I'm sorry, Jeff; if you did,

6     then you would understand the additional items that you're

7     bringing in that you're supposed to jump on it

8          MR: STREADER: Mark, I started my career in

9     supply chain for 30 years. I've ran the supply chain for

10    multibillion-dollar companies at VF and Guess and others.

11    I get it. I agree with you. I'm now focused on taking that

12    power from the supply chain and engaging with the customer

13    through segmentation and personalization. We believe in

14    artificial intelligence and digital, digital engagement.

15    We win with the supply chain after we engage with the

16    customer. Go Global is going to run strategy in the front

17    of the house and partner with you for development and

18    innovation in the back of the house. That's how we win.

19         We're asking you to get into the boat. Not

20    asking you to run the company. Asking you to be a big big

21    part of our thought leadership, not asking you to run the

22    company. Please, please, get in the boat with us.

23         MR: SROUR-SERURE:  You have to understand what

24    I'm saying; you're running the company, is editing my

25    values, and understand exactly what I'm bringing in

1              MR. DAHIYA:  You guys are not understanding. He

2       wants to be the CEO --

3              MR: SROUR-SERURE: I'm not looking to be the CEO

4       over here. I have a lot of input to do. I have lots of

5       experience in this business, trust me when I'm telling you

6              MR. FEUER: We believe you. So, the thing is

7              MR: SROUR-SERURE:   If I did not have it under

8       my belt, I would give it to (inaudible). I don't need it.

9       I don't need the money. Even if you're going to give me

10      right now, Mark, you're going to make, and in five years,

11      you're going to make an extra five hundred million

12      dollars. I don't need it. You understand me.

13             MR. FEUER:  Totally. So,

14             MR: SROUR-SERURE:  I'm doing this whole thing

15      that I'm looking to get into over there. For me it's just,

16      what you call, it's an excite -- it's an excitement to

17      challenge, I know it's going to get done.

18             MR. FEUER:  It is very exciting, and I think

19      that the one thing what we have learned, or I specifically

20      have learned (inaudible), and I have run a few companies,

21      in Turner Observations, and the one thing I've learned is

22      that every business is different and all that stuff I

23      learned being successful here, does not mean I can

24      translate it there. I need to test everything, and we

25      can't try everything. Choose the way how I would describe,

1    but let's test it. And, it is, because there's is no

2    guarantee that shoes or anything is successful least

3    that's my experience. Hopefully, it will be. And

4    therefore, we are absolutely open to trying anything you

5    will suggest.

6         MR. GANDHI:    I mean it's a different approach

7    (inaudible)-- the challenge is that will be in the first 6

8    to 12 months. Will not allow them to you know, focus on

9    all the plans that you are bringing to the table. They're

10   willing to go for it, but they want to wait until they

11   stabilize the operation box, and then they go about it.

12   They absolutely value what you are saying. And I think

13   Jeff is also in complete agreement with that part, that

14   there's a lot of value that you, you know, you and Jeff

15   together can bring to the, you know, situation.

16        MR: STREADER:  Thank you, Milan. Yes.

17        MR. FEUER:  Because it's not necessarily even

18   waiting because I don't think you, you have to do stuff

19   right away, I mean, so this is just, but, the way -- and

20   this is just what happens all the time. Hey it works here

21   wonderful; it doesn't necessarily work there. So, what we

22   should do, we should try to figure out whether all of that

23   works. And then go step by step.

24        We don't have to turn Buy Buy Baby into a two-

25   billion-dollar business in three years. If it happened in

1    five years, it's also great. So, we don't want to run the

2    risk because there is a lot of money involved, and we,

3    whatever, end up with way too much inventory on the side,

4    and suddenly we have some cash flow problems, and I think

5    maybe we are more conservative.

6         MR: SROUR-SERURE:  You know, in business, the

7    way I run the business, you're in or your out. You

8    understand. There is no halfway. Are you a believer in

9    what you are doing? Or you don't believe in it. You

10   understand?

11        MR. FEUER:  I totally understand, and I think

12   you can talk with amazing authority about your business,

13   but Buy Buy Baby, as much as there is similarity, it is

14   not the same. And from my perspective of having run five

15   different companies, what works here does not necessarily

16   work over there. As much as I want to believe it, it's --

17   if it works, great.

18        MR: SROUR-SERURE:  Of course, there's going to

19   be meeting, there is going to be talk about it over here,

20   and everyone agrees -- have to agree to it, it's not just

21   me. That's what I want to do; that's what's getting done.

22   No, we are not; as I mentioned to you on the previous

23   meeting we had,  I am a team player. And today to succeed,

24   why you must be a team player. And I mentioned to you that

25   I'll advertise my team overall. And I'm just, why? Because

144

1    I respect my team. I have to respect the people that I'm

2    working on; I'm coming to listen to them. You understand

3    me?

4            MR. FEUER:  But that takes time to understand.

5    Whether you respect our team, you're --

6            MR: SROUR-SERURE:  I'm telling you exactly who I

7    am and the way I operate. Like I just said, I'm like, I'll

8    be sure that there, he has to be there. Avish, my company

9    know me, he wears many, many hats, that's why he has a

10   hat, he's excellent, you understand me? If I need to, you

11   know, and it's extremely difficult for the department over

12   there, you have to be there.

13           MS. GARGIULO:  I think we need to figure out how

14   to move forward. If we all want to do this together, we

15   have to figure out how we can move forward. I mean like

16   you said, either you're in or you're out, right?

17           MR: SROUR-SERURE:  What I'm trying to say is you

18   want to go in and open heart, you know what I mean. You

19   know that nobody's going to stop you, or I don't have to

20   go in. And this one is going to tell me this, and this one

21   is going to tell me that. It's a business. We here to grow

22   this business. How we want to execute them, we have to do

23   it. I know I have to go right now, go spend, if this thing

24   happens over here, I might have to go spend the next six

25   to nine months overseas. Back and forth, back and forth.

1      That's what going to take for me to go and recreate the

2      whole supply chain over here.

3              MR. FEUER:  Okay.

4              MR: SROUR-SERURE:   I know the point is going to

5      fall on my shoulders,

6              MR. FEUER:  Yeah.

7              MR. DAHIYA:  Like one of the things that Perry

8      was talking about that how inefficient and unprepared the

9      buyers were. So, they did wrong buying.

10             MS. GARGIULO:  Right. On the baby side.

11             MR. DAHIYA:  So, I would say one could be a

12     wrong product, wrong product mix could be one. And second

13     was they didn't negotiate well.

14             MR. FEUER:  Yeah.

15             MR. DAHIYA:  Which we can validate.

16             MR. FEUER: I have no doubt that they didn't

17     negotiate the prices.

18             (Crosstalk)

19             MS. GARGIULO:  You were on that side.

20             MR. DAHIYA:  Guys, you did so poorly. Yeah. So,

21     she said, okay, like we need training. But she knew. It's

22     not that she was like, no, she herself, like. We need a

23     lot of help here, right? So, okay, that's something that

24     we can work with, right. Brand versus private brand. How

25     important brands are. Because those companies have

1       invested a lot in those brands. And what else can we do on

2       the private brand side? To increase margin. Whatever. So,

3       yes.

4               MR: SROUR-SERURE: See, one thing I mentioned

5       yesterday about the BBB, we have to let the plus out after

6       that. She loved that idea.

7               MR. FEUER:  Yeah.

8               MR: SROUR-SERURE:  You understand me? The next -

9       -

10              MR. FEUER:  Yeah.

11              MR: SROUR-SERURE:   It's not only for infants. I

12      have the family coming. The kids coming, you know,

13      exclusive, no, excluded, what do you call it over there,

14      textiles.

15              MR. FEUER:  Prime label.

16              MR: SROUR-SERURE:  Whatever, you understand. I'm

17      not telling you that.

18              MR. FEUER: So, Mark, I don't mean --

19              MR: SROUR-SERURE:  I'm a textile person, me,

20      myself before the juvenile furniture. I was in the textile

21      -- as back in the 80s when I had the stores. I also had, I

22      used to do it, domestically manufactured clothing here.

23              MR. FEUER:  Okay

24              MR: SROUR-SERURE:  You understand me? Short

25      bottom t-shirt, you name it, we did it.

1              MR. FEUER:  Yeah

2              MR: SROUR-SERURE: That's why I told you there is

3      no hair.

4              MR. FEUER:  I have to figure out why there is no

5      hair.   So, I think nobody has any doubt that you and your

6      team can contribute --

7              MR. DAHIYA:  We understand, you know, one of the

8      tensions in the room -- we understand, you know, Jeff has

9      done a lot of work. Your team has done a lot of work. You

10     have been on top of this for long, and then, from your

11     optics, you're seeing somebody else come in and say, you

12     know, we'll do this. I think the water --

13             MR. FEUER:  I run the show.

14             MR. DAHIYA:  Yeah. But I think some of the --

15     from our side, we're not saying we're disrupting what you

16     guys are doing, because the reason we are here and we're

17     talking is because we believe that you guys can help in

18     execution, right. If that was not the case then we should

19     have solo.

20             MR. FEUER: Yeah.

21             MS. GARGIULO:  Right.

22             MR. DAHIYA:  So, I think it's already understood

23     that the value that you're bringing. We appreciate and

24     respect that. Yeah, maybe we are not feeling the same.

25     Could be one of the reasons that you're fighting it out

1          for that Space. You know. That's about it. We all believe

2          in and, as of today, Patty being the lead for this

3          venture. We trust her to do it. So, it's vetted by both

4          parties that want to have to be so that. I don't want

5          tomorrow that, oh, shoot, we didn't do it.

6                         MS. LAUSTER: Right, yeah.

7                         MR. DAHIYA:  And then, in our transition, we

8          have problems.

9                         MS. GARGIULO:  Right.

10                        MR. DAHIYA:  It's okay, we all trust, we know

11         there's problems. She was very open to sharing what would

12         be issues and challenges. But yeah, she also has trust in

13         both of us, which is again very important. Yeah, I trust

14         Go Global, their knowledge, their team and you guys

15         together. So, even her point is that we actually can make

16         her successful.

17                        MR. FEUER:  Well, yeah.

18                        MR. DAHIYA:  Because all together can fix many

19         ends. She wants to be successful. But the reason she's

20         still there is she's hoping and praying that you're all

21         able to make it.

22                        MS. GARGIULO:  Right. She's hoping we can all

23         save the company.

24                        MR. DAHIYA:  Yes, and this is a fairy tale,

25         right.  Firstly, the industry is exciting. We are dealing

1    with dreams, you know, that people have and, you know,

2    we're filling their space. And then, the adventure itself

3    is exciting. As Mark said, challenges is what drives him.

4    Yeah, he doesn't need more money. He's fine. He's

5    satisfied in life, But he feels itch. This is an

6    opportunity for me and, like many of you guys, too, for

7    both. This is exciting but at the end, rewarding too.

8    That's the best thing right. You get both ends satisfied,

9    right.

10            MS. LAUSTER:  So, you guys started with a, you

11    know, your proposal is 50/50 on the capital Two and

12    Twenty, right? Is there a number that's not 5050 that, you

13    know, we can start exploring?

14            MR. FEUER:  I think what would be a good idea if

15    we figure out the way to expand the fees so it's much

16    easier to share from outside because you don't want to

17    look at it that we don't get, you get, so that's one way.

18            (Crosstalk)

19            MR. FEUER:  I know. But we have to look at the

20    investors and say four percent. So, therefore, it has to

21    be; it has to work for everybody. And because we're team

22    players. Sorry.

23            MS. GARGIULO:  Did you say something? No?

24            MR. FEUER:   So, I'm not sure that we can come

25    up with the, on the one side, we need to come up with

1      something, but I'm not sure that we can come up with

2      something. Right away here so, because --

3                MR: SROUR-SERURE: If you want to, you should try

4      to leverage (inaudible)

5                MS. GARGIULO:  We wouldn't be here otherwise.

6                MR. GANDHI:   He's saying that if you are now

7      thinking of going to Plan B, that could not be nice when

8      we are so much deep into these things.

9                MR. FEUER:  That's. Okay. The point is, I don't

10     think. I'm not sure right now. So, because it's sort of

11     sitting here together. We need to have some concrete

12     suggestions on how this could work. Where we consider What

13     you want to achieve but we also make it work for us as

14     well as for third parties. And that's not an easy thing to

15     do.

16               MR: SROUR-SERURE:  In my eyes, it's very easy.

17     You Share what you want over there, and you have a home

18     run.

19               MR: SERURE:  He is saying to convince the third

20     parties.

21               MR: SROUR-SERURE:  What has it got to do with

22     third parties.

23               MR. DAHIYA:  How many third parties are there?

24               (Crosstalk)

1          MR. FEUER: ████████████████ of equity, you

2     put in ██, there's ████████ dollars of equity, then

3     there's another ██. It might be a little bit more, so.

4          MR: SERURE:  Will you entertain us by putting in

5     another ██? I'm saying what if we just took out the other

6     investors?

7          MR. GANDHI:  No, on ████████ dollar right now,

8     he is expecting us to give, ███████.

9          MR: SERURE:  You're putting in money?

10          MR. FEUER:  We are.

11          MR: SERURE:  So, there's another investor who's

12     putting in another ████████

13          MS. GARGIULO:  You're saying, what if you put in

14     ████████?

15          MR: SERURE:  Well, if we just took out the

16     entire ██?

17          MR. FEUER:  So, you would put in basically a

18     hundred percent of the money?

19          MR: SROUR-SERURE:  I thought originally that you

20     were putting money in. I saw that the paper you sent out

21     yesterday, the paper changed. You were coming in with ██

22     ████████████?

23          MR. FEUER:  I don't know which volume you shared

24          MR. DAHIYA:  Do you remember anything about

25     this, Milan

1            MR. GANDHI:  Yeah

2            (Crosstalk)

3            MR: SROUR-SERURE:  In the last volume, I think

4     is was something like ███████████.  Am I correct or

5     not?  Oh, I'm mistaken.

6            MS. LAUSTER:  Look at the model.

7            MR. GANDHI:  Yeah, there was a version change.

8            MR. FEUER:  There was at one time a version --

9            MR: SROUR-SERURE:   right.

10            MR. FEUER:  Yeah, that's right.

11            MR. DAHIYA:  Nine, Nine, Nine point something.

12            MR. FEUER:  Yeah. 9.11

13            MR. DAHIYA:  Is this the most up-to-date one?

14            MR. FEUER:  There are many versions.

15            MS. LAUSTER:  You guys downloaded

16     everything on Saturday?

17            MR. DAHIYA:  Yesterday.

18            MR. FEUER:  Yes, so there was one version like

19     that, so yeah.

20            MR: SROUR-SERURE: They are coming into the

21     office. You know you can download it. Now they are coming

22     in with -- now they are out?

23            MR. DAHIYA:  Are you creating equity.

24            MR. FEUER:  Pardon?

1               MR. DAHIYA:  Are you creating equity for soft

2        equity?

3                    MR. FEUER:  Yes, that's right. That's

4        right. There was a 20. That's the Two and Twenty.

5               MR. DAHIYA:  Even in equity, okay.

6               MR. GANDHI:  That's okay.

7               MS. GARGIULO:  I think Mark is getting upset. Is

8    there a way, like he's not understanding some of this.

9               MR. DAHIYA:  I think that's the thing.

10               MR. FEUER:  So, I get the idea that he is not a

11    silent investor but an active operating investor, so he should

12    get something for it. What, I don't like, any of us won't like,

13    it that hey, we just take half of the guy's stuff you gave.

14    That's not a great proposal.

15               MR. GANDHI:  No, I get that. That is why it's an

16    option of, you know, increasing that par or giving other way,

17               MS. LAUSTER:  Yeah, exactly.

18               MR. FEUER:  Yeah, all right. So, it can be a

19    combination of both.

20               MR. GANDHI:  So, the only thing that you just

21    need to say, okay whether it'll be this way or that way, but

22    this is the number.

23                    MR. FEUER:  Yeah, so, let's say, I can

24        imagine the combination of three things. Maybe increasing

1     the pot, right. So, that's the one. Secondary creating a

2     way that -- advisory fees --

3              MR. GANDHI:  Advisory fees

4              MR. FEUER:  Advisory fees, whatever it is. And

5     the third, I mean, I'm not making myself friends with the

6     other guys, maybe taking some of what we have, right?

7     Because there is a big difference between some and 50

8     percent, so, if we can figure out something and it needs

9     to be simple, so, we can acknowledge the contributor

10    right, but we want to, we don't want to pay for it all.

11             (Crosstalk)

12             MR. DAHIYA: So, now, when you come up with --

13    your putting down you --

14             MR. GANDHI:  -- put in the email address

15             MS. LAUSTER:  Yeah.

16             MR. DAHIYA: -- Based on your evaluation -- you

17    come up with a number -- no, dilution because if you are

18    getting sweated

19             MR. FEUER:  So, at the end, yeah. This is the

20    second case, so --

21             MR. DAHIYA:  What about the -- on a location

22    basis?

23             MR. FEUER:  Or when it's on the website --

24             MR. GANDHI:  What's your cell number?

25             MR. FEUER:  -- you can't print it out --

```
 1                MS. GARGIULO:  Sorry, my cell 914-450 --

 2                MR. FEUER:  -- you have different --

 3                MS. GARGIULO:  -- Seven zero --

 4                MR. GANDHI:  -- seven zero --

 5                MS. GARGIULO:  -- nine zero --

 6                MR. GANDHI:  -- nine zero, I just called it, so

 7      you have mine also.

 8                MS. GARGIULO:  Okay

 9                MR. GANDHI:  So what im showing you now, I

10      adjusted, so the numbers are probably down.

11                MR. DAHIYA:  (inaudible) So, when you're saying

12      50/50, and he's there 70/20, so you're saying you're

13      taking everything?

14                MR. FEUER:  Yeah, you would take our sweat

15      equity, that's all. So, you would get seat equity in that

16      sense, yeah, so.

17                MS. GARGIULO:  Christian I have to (inaudiable)

18                MR. DAHIYA:  Dilute (inaudible)

19                MR: SROUR-SERURE:  Say, so I'm investing

20      (inaudible), but they are not showing equity.

21                MR. GANDHI:  Strategy ( inaudible) It just

22      depends on how first they pay investors in the company.

23                MR. DAHIYA:  So their money could be (inaudible)

24      if you're asking 50/50.
```

1          MR: SROUR-SERURE:   They left this one over

2     there?

3          MR. DAHIYA:  Yeah, this is the one that you

4     printed.

5          MS. GARGIULO:  I'll be right back.

6          MR. FEUER:  So, I mean, there's   I have so

7     many different models, this is why.

8          MR. DAHIYA:  So, yeah, Go Global, 20 percent gap

9     (inaudible) --

10          MR. FEUER:  Yeah.

11          MR. DAHIYA:  -- 20 percent guide.

12          MR. FEUER:  So this is, yeah, this -- and

13     actually, so this is it.

14          UN:  Not even worth it.

15          MS. LAUSTER:  Okay.

16          UN:  Say, is there a replacement?

17          MS. LAUSTER:  Yeah.

18          MR: SROUR-SERURE:  We're going to change the

19     whole structure.

20          MR. FEUER:  This is so now it's right. So that's

21     the way a waterfall works.

22          MR: SROUR-SERURE:  (inaudible).

23          MR. FEUER:  So, if the equity investor is

24     (inaudible) three hundred and fifty --

25          (Crosstalk)

157

1              MR. FEUER:  But first, of course, is that equity

2      investors can (inaudible) six figures --

3              MS. LAUSTER:  Well, I mean, it's --

4              MR: SROUR-SERURE:  It's uncompete.

5              MS. LAUSTER:  It's very common that, you know,

6      you would be (inaudible) options --

7              MR: SROUR-SERURE:  When you are having a

8      discussion, bringing in investors at the beginning, and

9      saying one thing and then two days after changing the

10     whole picture. That's not fair.

11             MS. LAUSTER:  I don't think there is an

12     (inaudible) just to see you --

13             MR: SROUR-SERURE:  Obviously, it does, that what

14     was discussed

15             MS. LAUSTER:  Yeah, I mean --

16             MR: SROUR-SERURE:  You understanding me?

17             MS. LAUSTER:   It's just --

18             MR: SROUR-SERURE:   Is it to suck the investor

19     over here -- make it look sweeter over there?

20             MS. LAUSTER:   No --

21             MR: SROUR-SERURE:  Obviously, it is

22             MS. LAUSTER:   No.

23             MR: SROUR-SERURE:   You see, all this before was

24     amiable --

1              MR. FEUER:  Right, yeah, we couldn't get

2       anything --

3              MR: SROUR-SERURE:  -- I go -- I go -- very open

4       on real estate. We bring in investors.

5              MR. FEUER:  Because first -- we don't make money

6       unless the investors are making money, and so it's

7       literally the way it works;   Step one (inaudible), Which

8       is the interest rate, which is, I don't know where it's

9       calculated here --

10             MS. LAUSTER:   Right.

11             MR: SROUR-SERURE:  You understand me. You see,

12      where we were talking a tree monkey (phonetic, it's a

13      very, very small percentage that we (inaudible).

14             Go into housing or residential, hotels, whatever

15  (inaudible) the book is open; you've got an (audible). Major

16      developments over there.

17             MR. FEUER:  --  and then step two, this is where

18      we are not participating --

19             MR: SROUR-SERURE:  I told my wife yesterday I

20      was looking for a (inaudible); we are hoping to take over

21      the Buy Buy Baby --

22             MR. FEUER:  -- after the investments --

23             MR: SROUR-SERURE:  -- She said, how much do you

24      want to take with you? Will there be room?

1             MR. FEUER:   -- that how we had it for Janie +

2        Jack, but (inaudible), but that's how this calculates.

3        That's where you would find --

4             MR: SROUR-SERURE:  -- that was her reaction to

5        it: women, you're crazy, you're nuts.

6               MS. LAUSTER:  You got a lot going on that's

7        for sure. Probably want to see you at home.

8             MR. FEUER:  -- this is so different.

9             MS. GARGIULO:  (inaudible).

10            MR: SROUR-SERURE:  To be honest, I was about to

11   (inaudible).

12            MR. GANDHI:  You remember that show Deal or No

13   Deal?

14            MS. LAUSTER:  Yeah

15            MR. FEUER:  Howie Mandel, right.

16            MR. GANDHI:  This is like --

17            MR. DAHIYA:  Milan, we need your help.

18        (inaudible) its 20/50, right?

19            MR. GANDHI: Twenty.

20            MR. DAHIYA: 70/50 is on dilution, correct?

21            MR. FEUER:  Yeah, so --

22            (Crosstalk)

23            MR. FEUER:  -- it will dilute the initial

24        message, right? (inaudible).

1          `                MR. DAHIYA:  That's the message showing,

2          correct?

3                          MR. FEUER:  Yeah.

4                          MR. LAPISH:  Yeah, the way that you, the way

5          that model was set up, it was deleting the equity --

6                          MR. DAHIYA:  So for us to get enough

7          understanding, like -- Mark would know how this is

8          happening. So, they are, no matter what, so let's say █

9          █████████ and then ████████, so █████████ in the sweat

10         equity. So, technically, ██ becomes ██, and then there's

11         the dilution, so you are at, let's say, as an example, ███

12         and ██ is the other investors, and then now for ██, you

13         are now --

14                         MR. GANDHI:  Forty percent.

15                         MR. DAHIYA:  Yeah.

16                         MR. FEUER:  Right. But it is from a step

17         approach, where the first step --

18                         MR. GANDHI:  But they are milestones, right?

19                         MR. FEUER:  Yeah, so actually, the first

20         milestone is always the same. The first, say from, let's

21         say, there's █████████, (inaudible), █████████ dollars

22         worth of equity (inaudible), the first ████████ dollars

23         that is paid out goes to the equity investor.

24                         The next █████████ goes to the equity investor

25         for interest the Pig has accrued over the years. And then

```
1        for the next ████████ dollars, or whatever the number

2        is, a billion dollars, it is divided between the equity

3        investors, the management, and the sweat equity or for --

4                   MR. DAHIYA:  So, my question is, are we

5        physically creating sweat? What is the basis for

6        (inaudible)creat (inaudible)

7                   MR. GANDHI: (inaudible).

8                   MR. DAHIYA:  So, so, we are (inaudible). So when

9        we are proposing, we are proposing ████████ of that?

10                  MR. FEUER:  Exactly.

11                  MR. GANDHI:  Yeah.

12                  MR. FEUER:  So, yeah, so basically --

13                  MR. DAHIYA:  Whether you have sweat or --

14                  MR. GANDHI:  Whatever you want to call it.

15                  MR. FEUER:  Whatever you're calling it. So

16       basically, it's a transfer from what we --

17                  MR. GANDHI:  What you are --

18                  MR. FEUER:  Preparing to pay --

19                  MR. DAHIYA:  How are the other investors taking

20       where you are not investing?

21                  MR. FEUER:  (inaudibile) with us?

22                  MR. DAHIYA:  I mean, how are they taking the

23       proposal?

24                  MR. FEUER:  This is totally established.
```

1           MR. DAHIYA:  Well, usually, you'll see some

2      investment, you know  --

3           (Crosstalk)

4           MS. GARGIULO:  I see it more in Europe than in

5      America; this is fairly standard.

6           MR. GANDHI:  Yeah, this is --

7           MR. DAHIYA:  Maybe, maybe how many or distress -

8      -

9           MR. FEUER:  (inaudible), give me an example, and

10     I'll give you an example. So, if we would have five right?

11     So, you invest into our fund. Somebody else invests into

12     our fund --

13          MR. GANDHI:  -- But you manage the fund --

14          MR. FEUER:  We manage the money and at the end,

15     we get 20 percent, right? Because it is (inaudible), it's

16     the only difference here is between the fund -- the fund

17     established.  We are only asking you for the money now,

18     instead of having asked three years ago.

19          MS. LAUSTER:  Yeah.

20          MR. FEUER:  That's the only difference. So, it's

21     like the most basic --

22          MR. DAHIYA:  So even with your sweat(inaudible)-

23     -

24          MR. GANDHI:  (inaubiable)It's the right thing

25     now. Right now, that's in a mutual fund; there's a fee,

1    right, 1 percent, 2 percent, 3 percent. That's the

2    management fee that 2 percent --

3              MR. DAHIYA:  That's fine.

4              MR. GANDHI:  -- that sits under the management.

5    And then at the end of the year 10 or 20 years when the

6    fund matures, and there is an upside of 5, whatever the

7    percent, he gets a piece of it because of all they're

8    effort that they --

9              MR. DAHIYA:  I know, so their sweat equity of 20

10   is -- they never get diluted, that's what im saying.

11             MR. FEUER:  We get diluted -- we actually get a

12   little (inaudible), right --

13             MR. GANDHI:  Yeah.

14             MR. DAHIYA:  No, so, if I make -- let's say

15   tomorrow we get the third guy or the fourth guy -- we are

16   now underbidding

17             MR. GANDHI:  Yeah.

18             MR. DAHIYA:  Their exit is still 20 percent.

19             MR. FEUER:  Right, yeah.

20             MR. GANDHI:  Okay, at the exit, the number

21   doesn't get changed --

22             MR. DAHIYA:  Right.

23             MR. GANDHI:  -- that number doesn't get changed,

24   some people may be (inaudible) --

1              MR. FEUER:  Very quickly, say there is another

2      guy, so let's say it goes from  50 to 100; we assume --

3              MR. DAHIYA:  We are diluted, you know.

4              MR. GANDHI:  Yes.

5              MR. FEUER:  But, I mean, you get diluted, but

6      the pie is bigger, right? I mean, before you had 50, now

7      you --

8              (Crosstalk)

9              MR. DAHIYA:  How do I explain that to Mark?

10             MR. GANDHI:  He can understand it --

11             MR. FEUER:  It's all up to Jack.

12             MR. GANDHI:  Jack, all eyes on you --

13             MS. LAUSTER:  Jack, have you been listening?

14             MR: SERURE:  What's going on?

15             MR. GANDHI: -- you got what they were talking

16     about, right?

17             MR: SERURE:  Negative.

18             MR. GANDHI:  Negative --

19             MR. DAHIYA:  So, was there any reason you guys

20     removed that 15?

21             MR. FEUER:  So, this is the site. You look at

22     version 9 version 11 -- there are 20 different, no, 30

23     different versions --

24             MR. GANDHI:  -- (inaudible) management company -

25     -

1          MR: SERURE:  This is their fee to the management

2      company --

3          MR. GANDHI:  -- (inaudible) ███████████

4      dollars (inaudible) that upside is fixed upside, ████

5      ████████ whatever, --

6          MR. FEUER:  -- so they are having different

7      installations of where instances of (inaudible) an

8      investment and which (inaudible) very, very complicated

9      investment and some other assets --

10          MR: SERURE:  Is it going to be based --

11          MR: SROUR-SERURE:  Now it makes sense why the

12      (inaudible) so, that's that.

13          MR. FEUER:  -- So, then, yeah.

14          MR: SERURE:  When we came in, we had no idea

15      that was the context of this discussion. We thought that

16      (inaudible), I don't know about you guys; the last we

17      spoke, you guys were putting in ███████████ dollars. Now,

18      all things being equal (inaudible), then today I am

19      understanding that this is, you're basically managing, and

20      this is a management meeting.

21          MR. FEUER:  So, it is, it's basically the, I

22      mean, it is the reward for us, getting the deal together -

23      -

24          MR. DAHIYA:  (inaudible).

1          MR: STREADER:  -- and taking business from here

2     to there, which equates, what, about ███████ dollars

3     in value. And that is the reward for us.

4          MR: SERURE:  The one question I have, though, is

5     where are we working from? Im saying now, let's say we are

6     acquiring the company. Are we working off the baseline

7     where it was before this entire thing dragged it down?

8     Where we're working from

9          (Crosstalk)

10         MR: SERURE:  Yeah, no, I'm saying the company

11    was healthy, right?

12         MR. FEUER:  Yeah

13         MR: SERURE:  The company had no issues. It got

14    dragged down from some other company. They were doing,

15    let's say, a billion dollars a -- last year or something

16    like that --

17         (inaudible)

18         MR: SERURE:  The upside we're calculating on a

19    billion plus, or right now, we are starting around zero --

20         MR. DAHIYA:  No, they are saying for three to

21    five years, a billion

22         MR. FEUER:  A billion -- three years, sorry.

23         MR. DAHIYA:  The target is to reach ██████

24    ███████ over the next (Crosstalk)

1          MR: SERURE:   No, I'm saying the business we

2     are getting into had established, let's say, a billion

3     dollars since. So Im saying when we're talking upside, are

4     we using that as the baseline, and saying, okay, every

5     additional --

6          MR. GANDHI:  Your base is going to be a problem

7          MR. FEUER:  So, yeah, let's say, it is --

8          MR. GANDHI:  So maybe next year, for example,

9     you have ██████████ dollar, right?

10          MR: SERURE:  So we are resetting right now from

11    50?

12          MR. GANDHI:  Whatever the number. Let's say

13    tomorrow it becomes ██████████ when we agree to buy it.

14    Let's say ██████████. When you sell the company, it

15    becomes ██████████. So, the 540, reduced by the interest

16    for the stakeholders and everything and all of the things,

17    let's say it becomes ██████████, so they get ██████████

18    of that.

19          MR: SERURE:  Correct.

20          MR. GANDHI:  They get ██████████, and we get

21    (inaudible)██████████.

22          MR. FEUER:  So, that's maybe because

23    (inaudible), hey, because I went over by this business, go

24    back to a billion --

25          MR: SERURE:  Yeah. It's not as simple as that --

1              MR. FEUER:  So, you know the, the only one

2        entity bidding on this and that us, nobody else. And the

3        reason is because, nobody can figure out how to extract it

4        from Bed Bath and Beyond, which is super difficult and has

5        a lot of challenges and where, just like Thorne and Jeff

6        and another person, Chris, on our side, have spent

7        countless hours on figuring out, can this even be done,

8        and in what way, in what time.

9              Otherwise, you can say, well, this is actually

10       easy. I mean, it's just like, you just go back to the

11       billion, you make a good amount of money.

12             MR: SERURE:  I try my best.

13             (Crosstalk)

14             MR. GANDHI:  In most situations, if it doesn't

15       work out right, they lost everything, whatever they

16       invested in terms of human capital.

17             MR. FEUER:  Yeah.

18             (Crosstalk)

19             MR: SERURE:  Two percent is irrelevant to

20       profit, correct?

21             MR. FEUER:  Right. Yeah.

22             MR: SERURE:  So they are getting the 2 percent?

23             MR. GANDHI:  Asset under management. Like ███

24       ██████████ for the first year, then ██████████ is a ███████

25       dollars. That's the only thing that they will get.

169

```
 1              MR: SERURE:  And that fluctuates from year to
 2         year?
 3                  (Crosstalk)
 4              MR: SERURE:  It stays at ███ your saying?
 5                  MR. FEUER:  So, the investment is all at ███
 6         unless there's really --
 7                  (Crosstalk)
 8              MR. FEUER: So generally assuming we put in more
 9         money because we want to buy or whatever it is, then
10         that's the good profit, not a bad profit. But we are not
11         planning on that, that number goes up.
12              MR: SERURE:  Hopefully, we will be self-
13         sustaining --
14              MR. FEUER:  Yeah. I mean, one of the thoughts is
15         --
16              MR: SERURE:  -- You were saying another ███ or ███
17         on the back end to be injected
18              MR. FEUER:  Yeah, exactly.
19              MR: SERURE:  So that would be contributed to
20         three 50
21              MR. FEUER:  No, it is debt.
22              MR: SERURE:  Is the a reason why not?
23              MR. FEUER:  It's debt. So, it's the equity.
24         Maybe we should take this adjustment, add --
25              MR: SERURE:  No. I --
```

1          MR. FEUER:  Okay, I get it --

2          (Crosstalk)

3          MS. GARGIULO:  We're going to have to leave

4     soon because of the board meeting.

5          MR. FEUER:  Oh, yeah.

6          MR. GANDHI:  I think Jeffery is saying

7     something.

8          MS. GARGIULO:  I think Jeff is going to say the

9     same thing.

10          MR. FEUER: I think we have to leave. Yeah,

11     actually, because we have this board meeting.

12          MR. GANDHI:  Oh, Okay.

13          MR. FEUER:  So, okay, just, there is one

14     other thing, wherever we are, we need to figure this out

15     independently and then come together and see, but what we

16     need, we together, not only we, what we need from you is

17     to sign a soft commitment letter that would allow us

18     tomorrow to provide a bid, so, it's the commitment letter,

19     not the --

20          MR. GANDHI: Hold on, hold on.

21          MR. FEUER: And what we need is --

22          MR. GANDHI: I remember when I got the

23     (inaudible), and also I had to go get the ████████

24     check, to hold it in the hand, take the signature, and

25     then we went to the beach.

1           MR. FEUER: Okay, yeah, so we have the

2    experience, so we can (inaudible) with a ████████ dollar

3    check.

4           MR. GANDHI:  I come to the corporate world;

5    I come from a different world --

6              (Crosstalk)

7           MS. LAUSTER:  I mean, that's the

8    challenges, the education. I wish it were -- had more

9    time.

10          MR. FEUER: So, Milan, You have to figure

11   out how to bridge this.

12          MR. GANDHI: I did. But, you know, I think

13   we should talk.

14          MS. LAUSTER:  Milan, gave me your my card. Do

15   you have a card or --

16          MR. GANDHI: I don't have it, but I'll call

17   you, and then you will have.

18          MS. LAUSTER:  Please do

19          MR. GANDHI:  I'll text you

20          MS. LAUSTER:  Okay, thank you.

21          MR. GANDHI:  Then you will have it. Jeff,

22   you would also know my prevvios company, Irvine Mills

23   (phonetic). When you were at VF. You know me, all Irvine

24   Mills from India, so all your royalty contracts, I was the

25   one who was signing it in 2000.

1           MR: STREADER: Okay. All right.

2                MR. GANDHI:  Because we were like, we were

3      the, I think, one of the most, probably the largest

4      supplier of denim to your, you know VF. And I had to sign

5      most of the royalty contracts

6           MR: STREADER:  Absolutely, that's good to know

7           MR. GANDHI:  Yeah.

8                MR: STREADER:  And Milan, I to have to say,

9      in the room, you've had a voice of reason, and its been a

10     pleasure spending time with you in this virtual setting.

11     And its im sorry that we didn't get closer than we did,

12     but it's been nice to meet you today in this meeting. And

13     I'm sorry, there's a really, there's a big gap here, but

14                MR. GANDHI:  You don't need to be sorry.

15     This was something that, you know, We thought that it

16     would work out and we are still hopeful that something can

17     emerge in the next 2, 3 hours, whatever, if we can do

18     something. But we should definitely, you know, im trying

19     to bridge the gap on this side to make them understand. I

20     know exactly where Christian and you all come from

21     because, you know, I have done these things, and I

22     understand these things, and as I said that, you know, I'm

23     just an advisor, so I cannot -- someday make more impact

24     than what I've made today or previously

25           MR: STREADER:  Okay.

1              MS. LAUSTER: Yeah, maybe, you know, when

2        we're out of the room.

3              MR. GANDHI: I mean, I can talk it through

4        right now. See father and son, and he's working there as

5        CMO, but I only come once a week to help him with all the

6        other things and everything.

7              MS. LAUSTER:  I see, got it, got it

8              MR. GANDHI:  So, I used to be the full-time in

9   the C Suite, just like you, but then after COVID, I said, okay,

10  what now? My kids are satisfied with what they are doing. One

11  is an investment banker, second is joining investment banking.

12  I said, you know, I don't need to worry about your paychecks

13  anymore, I take a little bit.

14             MS. LAUSTER:  So, do you advise other companies.

15             MR. GANDHI:  Yes, I do

16             MS. LAUSTER: Okay

17             MR. GANDHI:  So I have another half a billion

18  dollar grocery client that we are trying to raise some money.

19  Through the client implementing the ER before them. I did a SAP

20  (phonetic) last time --

21             MS. LAUSTER: Okay

22             (Crosstalk)

23             MR. GANDHI:  -- you go there, I'll come with you

24  to help you on that. I have lots of wholesale experience.

1          MS. GARGIULO:  That's great. No, that's

2    absolutely great. I think we just -- think they don't

3    understand the model

4          MS. LAUSTER:  And it's hard to educate in 24

5    hours --

6          (Crosstalk)

7          MS. LAUSTER:  I mean, I wish, like, you

8    know, we were -- I was saying, we could have, if we had

9    realized -- if we understood this, we could have put

10   together some slides and you, know could have walked

11   through the explanations you know

12         MR. CHEN:  Guys, I apologize; I'm going to

13   have to drop.

14         MS. GARGIULO:  That's fine, Yuen, we're

15   going to head (inaudible). Thank you

16         MR. CHEN: Appreciate it

17         (Crosstalk)

18         MS. GARGIULO:  Jeff, we'll talk to you

19   soon. We're probably going to leave soon, but you can stay

20   on if you want. But, yes

21         MR. FEUER:  I have to get going in order to make

22   this --

23         MS. GARGIULO:  We don't want him to come away

24   thinking (inaudible)--

25         MR. GANDHI:  No, no, no --

1                MS. LAUSTER:  Because you can see --

2                MR. FEUER:  Okay, I think because. I mean, we

3        have --

4                (inaudible)

5                MR: SERURE:  I'm sorry, but this whole

6        thing changed. The fact that we know that you're not a

7        partner now, so I'm saying we're just trying to figure out

8        the best way for us to go about it.

9                (inaudible)

10               MS. GARGIULO:  We can hear you typing.

11               MR. GANDHI:  Especially that it's a dollar

12       for dollar when it comes to equity.

13               MR. FEUER:  Okay.

14               MR: SERURE:  You know that I mean like I

15       know for a fact, I can even -- if I didn't decide, we

16       decide not to go into our pocket and raise 25 if they're

17       not coming in as an equal partner, dollar for dollar. So,

18       we're just trying to figure that out --

19               MR. GANDHI:  They need to leave.

20               (Crosstalk)

21               MR: STREADER:  Hey Jack --

22               MR. FEUER:  Maybe we should out --

23               MR: STREADER:  That was Jack, right?

24               MR. GANDHI:  That's was Jack, Marks --

25               MS. GARGIULO:  That was Jack, yeah.

1          MR: STREADER:  What Jack did grasp in that

2     comment is that we're not coming in as a limited partner.

3     We're not an investor. We're the general partner. We're

4     the manager of the transaction. We're the managers of the

5     asset. We're the GP. Jack would be, they would be equal to

6     the Perot family office that manages ██████████ under

7     mamagement. DOM -- Dream on Me, and Perot would be equal

8     in the way they operate. They would not be the same as Go

9     Global or the GP.

10          MS. GARGIULO:  I think they should come back in

11    and hear that part, Jeff, just before we leave.

12          MR: STREADER:  Yep

13          MR. GANDHI:    I think so. Jeff, hold on five

14    more minutes.

15          MR. LAPISH:  It's me by lonesome.

16          MR: STREADER:  Hey, Jack.

17          MR: SERURE:  Yes.

18          MR. GANDHI:  Just go ahead, Jeff.

19          MR: STREADER:  So, when you came in the room

20 just a moment ago, you mentioned about, well, we're putting in

21 ██████████, and Go Global is not, so we're not an equal

22 partner. And you're correct in that perspective. So Perot is

23 putting in ██████████. The family office has ██████████ under

24 management. They're putting in ██████████. You're equal with

25 them as a limited partner.

1              MR: SERURE:  Correct.

2              MR: STREADER:  You're a limited partner; we're a

3        general partner

4              MR: SERURE:  Correct.

5              MR: STREADER:  You're equal to the Ross Perot

6        family office. Go Globals not in your class. You all are

7        in a preferred class. We're in second class

8              MR: SERURE: Correct. We didn't know that.

9        We thought that you guys would be partners and that the

10       structure would be different (inaudiable).

11             MR: STREADER:  As a private equity firm, whether

12       you're with a fund, a committee capital, or you're doing

13       special purpose vehicles, SPVs we are the sponsor. We're

14       the sponsor of the deal. And we pull together the capital

15       stack and then run the company, the thesis, the growth,

16       all areas, supply chain being one. With seven other major

17       pillars as the general partner. You and Perot are equal.

18       Your class A, we're class B, we're different. Yes, we're

19       after you. You guys are first. We're second. That's --

20       your equal and Perot.

21             MR: SERURE:  Yeah, we understand that. Do

22       we need Perot and --

23             MR: STREADER:  Yes, yes, we need Perot.

24             MR: SERURE:    What's the reason?

25             MR: STREADER:  Because they're our investor.

1            MR. GANDHI:  We need them for the money.

2            MR: SERURE:  So I'm saying that we need

3    another avenue to bring in that money.

4            MS. GARGIULO:  He's saying you think

5    (inaudible) over 100 percent of the money, Jeff.

6            MR: SERURE:  The way I'm looking at it is

7    right now, why am I giving them equal equity, dollar to

8    dollar, to bring them in as a partner, and they won't

9    really bring us anything, you understand?

10            Generally, when you have a business that

11    you're the one who's running it, and you're the expert,

12    and these guys are just coming in as the money man,

13    they're are coming in equal, that's usually I always

14    understood.

15            MR: STREADER:  When you say you're running

16    the business, the supply chain is only one leg on the A

17    leg stool. That is not running the business.

18            MR: SERURE:  Okay, I'm saying

19            (Crosstalk)

20            MR: SROUR-SERURE: But from my experience,

21    the chain supply is 88' 85 or the total operation.

22            MR: STREADER: I'm sorry to disagree with

23    you. It's about the customer, Mark, and you keep saying

24    this.

25            (Crosstalk)

1              MS. GARGIULO:  I think your question is

2      smart money versus (inaudabile) money.

3              MR: STREADER:  Okay, Jack, is that what

4      you're saying? Smart money versus financial--

5              MR: SERURE: I'm saying, instead of we came

6      up with the full 50, let's say, and you guys

7              MR: STREADER: It's not available through

8      our vehicle. If you want to do that, it's not available.

9      We're bringing in, we're bringing it to the Perot Family.

10             MR: SROUR-SERURE:  They don't want your

11     control over here. They don't want your control. Don't you

12     understand this picture over here.

13           MR: SERURE: Who is they?

14             MR: SROUR-SERURE: Global doesn't want you

15     to control. They, if you're coming in with 50 over there,

16     then you're controlling it.

17             MR. FEUER:  So, we would have to figure out

18     how this would work, and so.

19             MR: SERURE: I'm looking at it. We need you.

20     We don't need them. So, why do you have them in the same

21     bed?

22             MR: SROUR-SERURE:  Because then, you're in

23     control,(inaudible).

24             MR. FEUER:  Yeah, so I get the point.

25     You're saying, okay, if money would be no object. It's

1        sounds as when -- that there's a possibility for that. We

2        might be able to figure out something out if that's

3        possible from your perspective.

4                        Secondary -- Okay. So let's see. What is

5        your concern? Your concern is that you don't get enough

6        return --

7                        MR: SERURE: My concern is, why am I giving

8        this guy 20? Why am I not putting another ████████ now,

9        which is going to cost me hundreds of millions tomorrow,

10       you understand?

11                   (Crosstalk)

12                        MR: SERURE: Especially when we are the ones

13       -- I understand that you are looking at aggregate

14                   MR. FEUER:  yeah.

15                        MR: SERURE:  So, im saying, who's going to

16       run the company? Who is going to be overseeing whatever it

17       is?

18                        MR. FEUER: Yeah, so from our perspective,

19       So, Mark, you're absolutlyy right. Product is extremely

20       important, but I don't think that it is ███████ because

21       otherwise --

22                        MR: SROUR-SERURE:  If it's not ██, it's ██

23       percent.

24                        MR: SERURE:  When you have an online

25       business, but this is an entire store --

1                    (Crosstalk)

2                        MS. GARGIULO: So you want to double the

3          money straight from the start?

4                    MR: SERURE:  I'm looking for this long term

5                    MS. GARGIULO:  Right.

6                        MR: SERURE:  And I don't think that's worth

7          -- even if I needed the other 25, I don't think it's worth

8          that amount of equity; do you understand?

9                        MS. GARGIULO: So, to your question is --

10         also, is there a possibility to come in as a loan investor

11         and a sole investor?

12                   (Crosstalk)

13                       MR: SERURE:  Why am I going all in and

14         giving 50 percent to somebody else?

15                   MS. GARGIULO:  So the question is --

16                       MS. LAUSTER:  What is the commitment you've

17            already made to Perot?

18                   MR: STREADER:  We've made the commitment to

19         Perot. We've been working with them for a year they're

20         anxious to invest in Go Global. They see the value in us

21         as global digital operating partners. Perot, it's our

22         partner. We are not working with you alone. Sorry, Jack,

23         we're not doing it. We're welcoming you to come in up to

24         ███████████; that's the ceiling. That's the ceiling.

25                   MR: SERURE:  Yeah.

1              MR. FEUER:  So, I mean, we have. I mean, I

2       have not spent as much time with Perot, but Jeff is right.

3       I mean, we have worked with them. And so, ultimately, they

4       are banking on us, and we are banking on them. So, we

5       actually worked with them for more than a year. So,

6       unfortunately --

7              MR. DAHIYA:  They probably invested in your

8       (inaudible)

9           MR. FEUER:  No, they have not invested. Janie +

10      Jake is our other investment to years two years ago.

11             MR: SERURE:  I understand they want to keep

12      them. It would be an option to take more of their 25,

13      then.

14             MR: STREADER:  No, no. 25s the ceiling, no.

15             MR: SERURE:  25 is the ceiling you're saying?

16             MR: STREADER: Yes. For the Dream on Me

17      family office, 25 is the ceiling. We have other investors

18      that we have been working with that understand the way

19      that we operate. They are anxious to move forward. We

20      would like you to be in the boat at 25, please.

21             MR. DAHIYA:  There would be an option to

22      buy back (inaudible)

23             MR: SERURE:  Everything has a price. I'm

24      not sure whether we are complicating it too much.

1          MR: SERURE:  So, from my understanding,

2     whatever people would be bringing to the table, in

3     additions, like in the value we would be adding to the

4     business. Because of your relationship with, what is it?

5          MR. FEUER:  Perot

6          MR: SERURE:  With Perot, and the fact that

7     you guys have been working together for a while on this,

8     that would be preferential to you to go with them than to

9     have us. Even though we would be adding value that they

10    would not be. That

11    What you're saying?

12         MS. LAUSTER:  I think what they're saying

13    is they would like the both of you.

14         MR: SERURE:  No, but I think it's basically

15    telling me that people like you in the boat. If not, we're

16    going with just them. So, I'm saying you're essentially up

17    to me. Is that; am I, correct on that?

18         MR: STREADER:  No, it's not. If you do not

19    come in, there will be a different structure, and we'll

20    tuck this into a different vehicle, which is Plan B. And

21    Plan B has a model. Plan B's had discussions. You are a

22    part of Plan A with Perot and others. If you decide, for

23    whatever reason, that it's too risky because of your

24    Amazon business, and you ask, we immediately move to Plan

25    B and buy the company. So, we're going to acquire it.

184

1              MR: SERURE:  Correct. Solo. I understood
2      before you mentioned it. And I'm assuming that the solo
3      means with Perot.
4              MR: STREADER:  No, with other investors.
5      Other investors. Plan B.
6              MR: SERURE:  What does that mean? So,
7      you're telling me that there, as long as we're in the
8      game, you're priorities to make sure Perot is there. If
9      we're not in the game, Perot falls to the side, then you
10     have completely different people.
11             MR: STREADER:  Our current -- we have other
12     investors, yes.
13             MS. LAUSTER:  Different strategys.
14             (Crosstalk)
15             MR. FEUER:  It's a totally different kind
16     of way of doing this --
17             MR: STREADER:  Yes.
18             MR. FEUER:  Which is not the preferred way,
19     Its its --
20             MR. DAHIYA:  See here they are the key
21     (inaudible)
22             MR: SERURE:  You think Perot would be
23     interested if you won't fund me. They're not the best for
24     you as the other part.

185

1              MR. FEUER:  They are for what we are doing;

2      plan B, is just a totally different structure. So, where,

3      where,

4              MS. LAUSTER: Investing via different

5      vehicles. There's other investors that also have this,

6      that have, you know, relationship, with Go Global.

7              (inaudible).

8              MR: SERURE:  If we're walking away, you're

9      letting go of them. And if we are standing in, then we

10      must have them. I'm saying if they were there regardless,

11              MR: SROUR-SERURE:  Maybe they got us in

12      because they mentioned that we are in over there

13              MR: SERURE:  I know, I understand that I'm

14      saying, if they're coming in

15              MR: SROUR-SERURE:  They're strategic

16      people, theres different people there.

17              MR: SERURE:  But they're also prepared to

18      walk away if we're not in, he's saying. So, which means

19      that if we walk away, they're out

20              MR. GANDHI: I don't think he's saying they

21      walk away, but the structure (inaudible) does not suit

22      their interest, Perot's interest (inaudible).

23              MR. DAHIYA:  Priority investment, let's say

24      that.

1           MR: SERURE: Okay. Aside from the

2     relationship that you have with Perot, does this Plan A

3     change in them in or out? I'm saying if their not going to

4     be involved. The success rate, or whatever it is we're

5     projecting, is it going to be more successful because

6     they're here?

7           MR: STREADER:  I don't understand your question.

8           MR: SERURE:  If we go with Plan A, is Perot

9     adding anything? Like if you have two scenarios, one, it's

10    just us and one with Perot. Are they bringing value?

11          MR: STREADER:  Yes, they are bringing

12    value. So, the two gentlemen from Perot who will sit on

13    the board will be the smartest men in the room. And the

14    questions and perspectives they have from the ███████

15    they have under management will be invaluable to us in

16    terms of their insights into driving a billion-dollar

17    company. They are not from the industry and from the

18    supply chain, but they are tremendously valuable to us.

19          MR: SERURE:  Okay, fine. So now I

20    understand. Okay. So then it's also an our interest to

21    have them.

22          MS. GARGIULO:  Yeah.

23          MR: SERURE:  I did not understand that. I'm

24    sorry.

1           MR: STREADER:  It is. We have a ███████████

2    -- We managed to have a ████████. We want them in the

3    boat with us.

4           MS. GARGIULO:  Right. So, so these

5    questions are completely fair. If you look at Janie +

6    Jack, our lead investor is a hedge fund. And he has

7    invested several different assets in different companies,

8    stuff like that. He sits on our board. He comes with a

9    different perspective. And it's extremely valuable to us

10   to hear that perspective. And not saying that we need to,

11   but if we needed to and needed to call (inaudible), you

12   have that availability as well.

13          (Crosstalk)

14          MR: SERURE:  I understood that they would come

15   just in with the check and I'll see you late. I didn't

16   know.

17          MS. GARGIULO:  No. It's totally fair. I

18   think, you know, we talked about this before. It's hard to

19   get married in this short of a time frame. And so we're

20   trying to figure it out. But those types of investors are

21   extremely important because, you know, you just don't know

22   when you need that.

23          MR: SERURE:  Okay. I think that's

24   definitely acceptable.

1          MR. FEUER:  So, I guess we are not at the

2     point where we are married yet. I  don't know whether we

3     want to. But what we would like, under the assumption,

4     when we decide we want to move forward, for tomorrow what

5     we would need is we could gather together a commitment

6     letter from -- for the investment. That commitment letter

7     would have an out, meaning youre not commited, committed.

8     But what we also would need to have happen is that

9     tomorrow, we would need to make a deposit, which represent

10    10 percent of our bid.

11          And so we have to make sure that we keep

12    these two elements in mind while trying to figure out. So,

13    what we can do is we can set --

14          MR. DAHIYA:  So the deposit would be around

15    five?

16          (inaudibile)

17          MR. FEUER:  Yeah.

18          MR. DAHIYA:  And what would we have? What do we

19    need? (inaudible) take out 2.5, right?

20          (Crosstalk)

21          MR. DAHIYA:  We have to have the 2.5

22          (Inaudible)

23          MR: STREADER:  Bye Bye.

24          MR: SERURE:  Take care, Jeff.

25          (Crosstalk)

1          MR. FEUER:  Let's see whether we can work

2     it out, figure it out.

3          MS. LAUSTER: It's an education process.

4          MS. GARGIULO:  Right, That's the main thing.

5          MR: SERURE:  If there are any more changes,

6     please just (inaudible).

7          (Crosstalk)

8          MR. FEUER:  See you soon.

9          MS. LAUSTER: My son is graduating

10    (inaudible). Grade. So I will not be here tomorrow

11    morning.

12          (inaudible)

13          MS. LAUSTER:  Anything else?

14          MR. GANDHI:  I think we will regroup now and

15    talk it through again and call you if required.

16          MR: SERURE:  Safe travels.

17          MR: SROUR-SERURE:   Nice meeting you

18          MS. LAUSTER:  Good to meet you too.

19          (inaudible)

20          MR: SROUR-SERURE: Im out of control, don't you

21    understand that?

22          MR: SERURE: I understand it's also about

23    control, but what they're also saying is what I think is

24    true that these guys are managing ████████ dollars and

25    whatever --

1              MR: SROUR-SERURE:  Bullshit. Stop the BS over

2        there.

3              MR: SERURE:  Why? is it BS.

4              MR: SROUR-SERURE:   Yes. Of course, it's BS.

5        It's all about control. Come on.

6              MR. GANDHI:  All of these people are taking care

7        of their own (inaudible).

8              MR: SERURE:  It's also they want to build their

9        relationship with these people, so they keep coming in

10       with them on deals

11             MR: SROUR-SERURE: Stop. (inaudible) in a

12       different angle, but they don't want to give you control

13       of the company. You are coming here right now ███████

14       dollars; you are controlling.

15             (Crosstalk).

16             MR: SERURE:  I think they should come up with

17       more than 25 if they're getting 50 percent.

18             MR. GANDHI:  All these people, real estate

19       people (inaudible) risking one fund. They invest, and

20       these people don't allow anyone else to take control. They

21       always do that. If you talk to any --

22             MR: SERURE:  Is that unreasonable to request

23       that they put more than ██████ to get ██████.

24             MR. GANDHI:  No, but said that they don't to us

25       --

1               MR: SERURE:   No, he said that we can't put in

2       more than ███████ because he just wants to someone --

3               MR: SROUR-SERURE:  yeah, of course

4               MR: SERURE:  But if I'm bringing a partner, who

5       --

6               MR. GANDHI:  Yeah, now you want to level your

7       game

8               MR: SERURE:  Does he care how much is coming in?

9               MR: SROUR-SERURE:  You are not allowed.

10      Because if you are in control, you control the board.

11              MR. GANDHI:  Exactly,

12              MR: SERURE:  I'm saying They're going to be on

13      the board. They're coming in and paying more to the same

14      50 percent. That's what I'm saying. I'm saying I think

15      they'll pay more money than(inaudible).

16              MR: SROUR-SERURE: They've been playing us

17      They've been playing us.

18              MR. DAHIYA:  I'm the one that I got from that

19              MR: SROUR-SERURE: You know what he's telling me?

20      How did you guys do that? The guy was going to loan the

21       money and taking the collateral; They're coming over there

22       full. When did  Three days ago I was there.

23              MR. GANDHI:  Right. you know what? These people

24      are constantly changing the deal Constantly changing the deal

25      Because you know, this is how their games are right

192

1           MR: SERURE:  They do it on purpose?

2           MR. GANDHI: No. It's not on purpose because you

3           know people like us come in, go out, Come in, go

4     out, come in, go out. Right,

5           MR. DAHIYA:  (inaudible)

6           MR. GANDHI:   Right, now again --

7           (Crosstalk)

8           MR. GANDHI:  Now there is a deal, a

9     different deal. There's like a different deal.

10          MR: SERURE: They're always spinning

11          MR. GANDHI: That's it. It's a moving

12    target; dealing happens. It's a moving target for them

13          MR. DAHIYA:  Yeah, it's like -- that's what

14    joint ventures are all about. (inaudible)

15          MR: SROUR-SERURE:  (inaudible) But the Buy

16    Buy, they're all digital right now. (Crosstalk)

17          MR: SERURE:  Look, I think they are going

18    to have tremendous value, I think they are going to go

19    much further with these guys helping structure the

20    business for sure.

21          MR: SROUR-SERURE:  Which guys?

22          MR: SERURE:  The whole -- all of them.

23    You'll go much further with them, 100 percent. You don't

24    have the, what's it called, all this logistical stuff that

1    they're going to be executing and on an expedited

2    timeline.

3                MR: SROUR-SERURE: Do you know what does

4    that means; gone with the wind or talk is cheap? Talk is

5    cheap

6                MR: SERURE:  Okay, so let's see what

7    they're able to offer; I don't know. But If they are able

8    to do what they're saying

9                MR: SROUR-SERURE:  Talk is

10   cheap(inaudible). It's not that they are, what do you call

11   it, That they invented the wheel over here. Motherfucker,

12   on Monday night, no. This money over here, the ███████

13   dollars a week, wants to buy us, okay, 90 days of the

14   store, more rent. And also claim for the, what do you call

15   it, for employees to run it. Now it's all complete.

16                (Crosstalk)

17                MR. GANDHI:  I don't know what happened.

18   Yesterday, the day before yesterday, they were all into

19   that 90-day free. And now they're saying it didn't come up

20   in negotiations.

21                MR: SROUR-SERURE:  What kind of argument

22   (inaudible) The negotitions with the stores, they are

23   married to the store's people. They are married to the 16

24   people already, right? So they will be telling them, they

25   are trying to talk about 90 --

1          (Crosstalk)

2               MR: SERURE:  Are you telling me you can own

3     50  percent right now? You have zero control.

4          (Crosstalk)

5               MR: SERURE: Let's say you do what you want

6     to do and they don't approve it. What happens?

7          MR: SROUR-SERURE: (inaudible)

8          MR: SERURE:  What are they going to do?

9               MR: SROUR-SERURE: I'm controlijng the buy,

10    you think im going to listen

11              MR: SERURE:  Stop (inaudible) What are they

12    going to do?

13         (Crosstalk)

14              MR. GANDHI:  All of the real estate deals

15    that you have, right? Although we aren't looking at the

16    financials and distribution, those management companies do

17    they also have something at the exit? When do they sell

18    the building?

19         MR: SROUR-SERURE:  Yeah, of course they do.

20         (Crosstalk)

21              MR. GANDHI: I'll have to check that; what

22    they are talking about.  Because, see, I know they charge

23    the management fee for what they are doing now.

195

1          MR: SROUR-SERURE:  On two, on two, on two

2       of those deals over there, I'm getting I'm getting part of

3       the management fee.

4          MR. GANDHI:  Okay, okay So that's why you

5       are getting at least a benefit out of it.

6          MR. DAHIYA:  You have to front end to get

7       it back,

8          MR: SROUR-SERURE:  Because they are

9       getting 2 percent and I'm getting what do you call it, a

10      quarter of that.

11         MR. GANDHI:  So I told him, I told him,

12      listen, if you are at Two and Twenty Offer us one third of

13      that and one third is a management fee on our source gear

14      So together we become like 40/50 percent, But they still

15      get 60 percent, 65 percent and we get 50 percent I told

16      him that, I said listen, you can do it that way you can

17      offer Mark, and than we'll see. So let's say if they are

18      getting a ████████; they offer us ████ out of that ████████

19      and then they offer another ████ through a management fee.

20      So, we get ████████████████ things at ████. So, I said, I

21      think do that way. So, at least we are there, right? In

22      this case we are nowhere.

23         MR: SERURE:  I don't understand. How are you

24   sitting by a table for 3, 4 hours with people and you still

1    don't know. They didn't make clear that they're not in on this

2    deal.

3                        MR: SROUR-SERURE:  No, I saw it from the

4        beginning over here.

5                        MR. GANDHI:  You see there is number --

6                        (Crosstalk)

7                MR: SERURE:  Why are we so confused from the Two

8        and Twenty?

9                        MR: SROUR-SERURE:  Because It didnt makes sense

10            to me.

11                MR. DAHIYA:  Because when they said Two and

12        Twenty, we didn't connect 20 to the equity or ownership.

13        On the exit, right. Okay 20 percent, everbody profits and

14        everything, they are taking 20 percent on that. But we

15        didn't understand that they are not investing and that was

16        a thing. So, in our mind we were thinking, okay, you own

17        15, whatever, you're getting youre perecentage also, fine,

18        like we are getting, and then 20 percent

19                MR: SERURE:  Can they force us to sell?

20                        (Crosstalk)

21                MR. GANDHI:  Because you are not a majority,

22        think about it.

23                MR: SERURE:  They can force you to sell.

24                        MR: SROUR-SERURE:  Yes.

```
 1              MR. GANDHI:  When they need money and

 2         (inaudaile)

 3              (Crosstalk)

 4              MR: SERURE:  They want to make sure that youre

 5         able to buy tham at some point.

 6              MR. DAHIYA:  Because ethe whole model is on

 7         selling.

 8              (Crosstalk)

 9              MR: SERURE:   You sell the other 50 percent and

10         youll take from there.

11              (Crosstalk)

12              MR: SERURE:  I know it'll be expensive but by

13         then (inaudible)

14              MR. GANDHI:   Understand this. They are getting

15         into this differently.

16              (Crosstalk)

17              MR: SROUR-SERURE:  You can do it also

18         differently. You can go in (inaudibile, and whoever those

19         partners over there, double the money and get out.

20              (Crosstalk)

21              MR: SROUR-SERURE:  Go to Perot, use double your

22         money over there, get out, inderstand what I mean? They

23         just made money witin a week. Within a month, they double

24         up the money.
```

1              MR: SERURE:  What are you saying, in a week?

2              MR: SROUR-SERURE:  (inaudibile)

3              MR: SERURE:  But they'regoing to make 10 times

4       on the back end

5              MR: SROUR-SERURE:  Bullshit! I'd rather double

6       my money today, than wait five years

7              MR. GANDHI:  So, that is the reason I was

8       pushing for the management fee On the purchases.Because, I

9       don't want to wait until the exit. But, let's say if every

10      year --

11             MR: SROUR-SERURE:  (inaudiablye)

12             MR. GANDHI: I'm saying that every year, if you

13      buy ███████████ and you get percent of that, you start

14      collecting your ███████████ every year, you don't care

15      about the exit after that, right? They care about the exit

16      because they don't have anything else except exit. So that

17      is why I was pushing for that.

18             MR. DAHIYA:  See they are charging you, see that

19      big number, but if they can't freaking add value and exit,

20      they are done it's true.

21             MR: SERURE:  Even if they didn't dom anything, I

22      think we could bring it back to a billion dollars.

23             MR. DAHIYA:  That's why they are there. Whay are

24      all these people running around?

1          MR: SERURE:  I'm saying they're getting paid

2      from, --

3          MR. DAHIYA:  No, see that, I'm not saying

4      nothing, right. I'm just saying that they are really

5      banking on this 2, 3 years event.

6          MR: SERURE:  On the sale.

7          MR. DAHIYA:  So why would these venture capital,

8      all these, that's the model. The only difference between

9      the managing fun is there operating funds, right? They are

10     operating too so they are gauerenteeing the investor they,

11     Ive created this, your investing, but ill make sure this

12     happens because I have the experience, right? That's the

13     spin and that's the value. So they are able to command

14     that value, right? Otherwise, it would have been 2

15     percent, 4 percent right?

16         MR: SERURE:  Yeah.

17         MR. DAHIYA:  They are saying larger because they

18     are going to make sure it happens.

19         MR. GANDHI:  See, every hedge fund or every

20     operator like this, they have two, three hedge fund

21     partners with them. And what they are doing, they are

22     going together, right? So they depend on the Go Global,

23     for example in this case.

24         (Crosstalk)

1                MR. GANDHI:  And you are going to make sure that

2       nobody gets more than 50 percent. So the board positions

3       you 50, me 50 and he's Go global --

4                MR: SERURE:  Now, he works with this guy?

5                MR. GANDHI:  He's a founder.

6                (Crosstalk)

7                MR. GANDHI:  So, let's say, this is the board,

8       right, three of us.? It's the open. Now, I want to

9       desperately do something  that I firmly believe in as a

10      DUM. You are not taking that call. So who gets the call?

11      This guy. And this guy's always going to go with this guy

12      and not with me. Because they are already married into

13      this.

14               MR: SERURE:  (inaudible) they're all in control

15               (Crosstalk)

16               MR. DAHIYA:  Look at our poliy, right. So, let's

17      say they are in, and we decide, we decide to exit out. We

18      are in control and we pass on and say guys, we are done.

19      So they never got an exit. And they gone, Right? So the

20      reason for what they're trying to control is their destiny

21      and exit, right? Because they know if I don't have this, I

22      have nothing. They would rather I would be a management

23      paid consultant, right? Which is not there. I don't think

24      so that's their model.

25               MR: SERURE:  (inaudibile)

1     MR: SROUR-SERURE:  How are we able to

2  participate in the (inaudible). Fuck them. What is it that

3  we need to do?

4     MR. DAHIYA:  I checked with Barry (phonetiv) and

5  Barry is not on board.

6     MR: SROUR-SERURE:  On what?

7     MR. DAHIYA:  On us doing solo.

8     MR: SROUR-SERURE:  (inaudible)Does she have a

9  choice in the matter? But Barry will understand that they

10  were playing everybody over there. That they are coming in

11  as a investors. They're not putting any money in. They

12  might talk that they're putting money in. But they are

13  actually they're not putting any money in. But they're

14  able to exit.

15     MR. DAHIYA:  (inaudible)

16     MR: SROUR-SERURE:  Exactly. So we should

17  understand what the hell they we're doing, the same way

18  you're understanding today, what they were doing, she's

19  going to look at it in the different eyes

20  completely(inaudible). I know she doesn't have any

21  control.

22     MR. DAHIYA:  But Milan, how are you going  to go

23  direct tomorrow you have to submit the bid.

24     (Crosstalk)

1          MR: SERURE:  The day of the bid, you need to put

2     in ten percent, and the next day, you need to pay the

3     entire amount

4          MR. GANDHI:  Exactly. You have only one

5     week window to pay the full amount if you reach this day.

6     So tomorrow I say we go with ████████ dollar, I'm sorry,

7     ████████ dollar, Which is ████████ of the, sorry, ██

8     percent of the ████████ deal that we want to put in,

9     right. And these people are also putting ████████

10    dollar. Then we are in an auction situation. So we go ██

11    ████████ up. They go ████████ up. We go ████████. They

12    go, at some point, you or he will win the game right. When

13    you win the game within five days, you have to pay the

14    balance money, which is the 90 percent of that, right. And

15    then you can control it. But do you have an operator to

16    run that soon. That's the question that they are telling

17    us.

18          MR: SROUR-SERURE:  To run what?

19          MR. GANDHI:  Then tell, so.

20          MR: SROUR-SERURE:  But you have the Buy Buy

21    Baby operation.

22          MR. GANDHI:  But listen, Buy Buy Baby

23    failed for whatever reason because they have not smart

24    enough.

1           MR: SERURE:  No, they failed because they

2      were dragged down from Bed Bath.

3           (Crosstalk)

4           MR. GANDHI:  The combination of everything.

5      But you really need somebody like us, who can say, my

6      friend, you can't buy this, You can't do this. You don't

7      have anybody who is saying that right now. So you might

8      bring in under the management company to run that so far

9      as.

10          MR: SROUR-SERURE: (inaudibile).

11          MR. GANDHI:  I'm not saying that. I have to say,

12     that you will need another management company that you

13     know that, okay, you can run my business.

14          MR: SERURE:  And if they come up with it all

15     that money upfront.

16          MR. GANDHI:  Yeah. That's a big one. Get that

17     money out.

18          MR. DAHIYA:  So, my thing is, so, ideally, what

19     you are trying to do is (inaudible), and you pay 50,

20     right. You see, that is one way. Okay, we give you 50.

21     Yes, whatever you wanted to do, you're in. You do the

22     transition work. You do this in like this and exit

23     (inaudible). So that didn't work. Right? Because, like

24     meaning you hold the board at that point. So you can come

25     to your destiny anywhere with that critique.

1               MR. GANDHI: I think they --

2               MR. DAHIYA:  They are a minority

3               MR. GANDHI:  Yeah, they --

4               MR: SERURE:  So how much more is this going to

5      cost us more than 50?

6               MR. DAHIYA:  The problem for them is?

7      (inaudible) So what would be, I'm just saying, to

8      safeguard them (inaudibile)?

9               MR: SROUR-SERURE:  The problem would be here

10     that you have to (inaudible). If your going to come up

11     with it, it would cover the 50.

12                    (Crosstalk)

13              MR. GANDHI:   Right. I think they are already

14     married to each other. See, believe me, 99.9 percent they

15     will be the winner. Because all these deals don't happen

16     unless you know the sync you're there. Right? No. And you

17     have already done an underlying deal.

18              MR. DAHIYA:  Okay, so all this time, they did

19     know all this time they are the ones who asked for delay.

20              MR. GANDHI:  Of course, yes. Because they don't

21     have somebody to fund it, we need your money. He said it

22     very clearly.

23              MR: SERURE:  I don't think --

24              MR: SROUR-SERURE:  So, You tell me over here

25     right now. The company that you already have 200 stores

1          and you have 30 stores, and you don't have enough million
2          dollars to cover it?
3                    MR. DAHIYA:  No, it's not a two-and-a-half.
4                    MR: SROUR-SERURE:  They lose two and a half.
5                    MR. DAHIYA: It's not two and a half.
6                    MR: SROUR-SERURE:  No, if you tell me that Perot
7          is putting  the other ███████████████ dollars for
8          you
9                    MR: SERURE:  He's also putting the other █
10         █████.
11                   MR. DAHIYA:  Yeah, the problem is not that. The
12         problem is you lose two and a half if you don't have two.
13                        (Crosstalk)
14                   MR: SERURE:  So, you have to make sure they
15         have the money also, not just you.
16                   MR. GANDHI:  But you know what, that could be
17         different now.
18                   MR: SROUR-SERURE:  You think I will go and give
19         them the fuckers, and send the money to them directly?
20                   MR: SERURE:  No.
21                   MR: SROUR-SERURE:  Who would even trust them
22         with a ten-foot pole over here. The money has to go
23         directly to the court.
24                   MR: SERURE:  No, but the court --
25                        (Crosstalk)

1           MR. GANDHI:  So, they hold the checks till the

2       decision is made. If the decision goes against us, we get

3       the check back. If the decision is in our favor, then you

4       are given four or five days to pay the balance. If you

5       don't pay the balance, then that gets forfeited whatever

6       you paid earlier. And then the new calls start. Or the new

7       time starts. Or they go into bankruptcy.

8           MR. DAHIYA:  No, at this point, these guys could

9       say, should we speak to the street guys?

10          MR: SERURE: Sixth Street?

11          (Crosstalk)

12          MR: SERURE: They're out right now?

13          MR. DAHIYA:  No, they're offering the line

14      of credit

15          (Crosstalk)

16          MR. GANDHI:  I'm telling you, they are

17      already married to each other. Go Global already has a

18      deal.

19          MR. DAHIYA: They're just trying to fix it.

20          MR. GANDHI:  Absolutely.

21          (Crosstalk)

22          MR. DAHIYA: It's a deal that people know

23      it's a deal. Especially, I think to Go Global (inaudible).

24          MR. GANDHI:  But even when they make, let's

25      say, 20 percent right on the exit. Do you think that 6th

1   Street will not get anything? They will get money from Go

2   Global out of that 20 percent. That is how they make the

3   deal, 100 percent, 100 percent. They do. I think that they

4   don't want to split because they're already giving under

5   to people as part of their (inaudible).

6           MR: SERURE:  So this guy basically has a

7   business. So, this guy basically has a business. The

8   businesses I have, let's say, ten key people. We come in,

9   and we restructure our business for two or three years.

10  And now I make tens of billions of dollars, and I just

11  have to carry their salary for those two years. Yes.

12  That's essientially what it is, and he gets that ████

13  ████████, the ████████ to help him with the salary.

14          (Crosstalk)

15          MR. DAHIYA: Fund incentives, they don't look at

16  options. They flip to somewhere. So they do the

17  transition. They fix it. They flip out.

18          MR: SERURE:  Is there a way to negotiate a fund

19  that if we are going to, let's say for us, buy it out at a

20  discounted rate? Instead of them forcing us to sell to

21  another party, let us buy it at a discounted rate and buy

22  it out.

23          (Crosstalk)

24          MR: SERURE:  No, I know; I'm saying we can't

25  make an agreement when we enter a partnership agreement.

1          MR. GANDHI:  With who?

2          MR: SERURE:  (inaudibile)

3          MR. GANDHI:  They won't do that with us. You

4     don't understand that. Go Global, if the deal may

5     continue. Right. He is protecting you, you, you, and you.

6     You can't talk to him about making a deal and leaving me.

7          MR: SERURE:  No, I'm saying with these two guys,

8     (inaudible) and Perot, okay guys, I understand you want to

9     sell in three years. Instead of selling and forcing me to

10    sell out of the market for 500, allow me to buy instead

11    (inaudible)

12         MR. GANDHI:  Why would they allow you to do

13    that? They are losers in that.

14         MR. DAHIYA: By the way, a lot of these guys in

15    this room, they're okay with losing 25, but the will not

16    lose the up.

17             (Crosstalk)

18         MR. DAHIYA:  Hey, what's the time though?

19         MR: SERURE:  Its 2:40.

20         MR: SROUR-SERURE:  You want me to talk to George

21    (phonetic).

22         MR. GANDHI:  So when are we coming here, Mark?

23         MR. DAHIYA:  Dream squad.

24             (Conversation concluded)

25