```
6/9/23, 2:24 PM - Messages and calls are end-to-end encrypted. No one
outside of this chat, not even WhatsApp, can read or listen to them. Tap
to learn more.
6/9/23, 2:24 PM - Amit Malhotra created group "BBuy"
6/9/23, 2:24 PM - Amit Malhotra added you
6/9/23, 2:25 PM - Amit Malhotra: A very short extension notice just got
posted.
6/9/23, 2:26 PM - Avish: Ok
6/9/23, 2:26 PM - Avish: To when
6/9/23, 2:27 PM - Amit Malhotra: stalking horse - June 8 to June 11; final
big June 14 to June 16. Auction June 15 to June 21 .
6/9/23, 2:27 PM - Amit Malhotra: hearing moved from June 23 ro June 27
6/9/23, 2:27 PM - Avish: Ok
6/9/23, 2:28 PM - Avish: We just spoke to Helco
6/9/23, 2:29 PM - Amit Malhotra: and...
6/9/23, 2:30 PM - Avish: Good
6/9/23, 2:30 PM - Avish: We said we can directly invest 25M and with our
partners another 25M
6/9/23, 2:31 PM - Avish: Also that we bring business knowledge,
experience, products, designs, etc.
6/9/23, 2:31 PM - Avish: And also experience of technology,  customer
service and marketing
6/9/23, 2:31 PM - Avish: Real-estate business
6/9/23, 2:31 PM - Avish: Etc...
6/9/23, 2:32 PM - Amit Malhotra: cool
6/9/23, 8:31 PM - Amit Malhotra: New baby model for just 40 stores just
uploaded
6/9/23, 8:32 PM - Amit Malhotra: So someone driving hard for a carve out
with similar thought process to us. Bare IT (saw updated plans) and small
store count
6/9/23, 8:35 PM - Avish: Yes... we may partner with them
6/9/23, 8:37 PM - Avish: Go global retail is pushing them
6/9/23, 9:36 PM - Amit Malhotra: Who is helco?
6/9/23, 9:38 PM - Avish: Advisors
6/9/23, 9:38 PM - Avish: To sixth street
6/9/23, 9:39 PM - Amit Malhotra: Ah ok
6/9/23, 9:39 PM - Avish: Hilco
6/9/23, 9:39 PM - Avish: I think
6/10/23, 9:37 AM - Avish: https://247wallst.com/retail/2023/06/06/bed-
bath-beyond-tries-comeback/
6/10/23, 3:35 PM - Amit Malhotra: They are trying to get the world out. So
how would it play out with these guys, 6th street and dom ?
6/11/23, 7:07 AM - Avish: https://www.retail-insight-network.com/news/buy-
buy-baby-attracts-interest/
6/11/23, 8:23 AM - Avish: Christian asked about wellspun
6/11/23, 8:23 AM - Avish: And their role... I said it is in the bed bath
side.. and not baby...
6/11/23, 9:56 AM - Amit Malhotra: Why is the other bidder (go retail)
seeking an additional ███ ? Is there are only two players. .one baby list
for trademarks and the other goretail, then why bid higher? What other
options does the estate have?
6/11/23, 10:36 AM - Avish: They know what debtor wants to make iy work
```

6/11/23, 10:37 AM - Amit Malhotra: btw, the doc 1.6.2 has the full summary of plan - a few gaps in tech that i can see . I think they are oversimplifying many things
6/11/23, 10:39 AM - Amit Malhotra: a different question. they are showing 15% return rate for B&M stores, is that normal for industry?
6/11/23, 11:05 AM - Avish: Don't know
6/11/23, 11:05 AM - Avish: WhT is b&m
6/11/23, 11:05 AM - Amit Malhotra: brick and mortar; online return rates are ▓▓▓ . .
6/11/23, 11:05 AM - Avish: Looks low
6/11/23, 11:06 AM - Avish: I believe it has to be ▓▓▓▓▓▓▓
6/11/23, 11:06 AM - Avish: I saw somewhere that number in another presentation
6/11/23, 11:06 AM - Amit Malhotra: they average to ▓▓▓▓ between online and physical. The document is 1.1.5.4
6/11/23, 11:07 AM - Avish: Ok that makes sense
6/11/23, 11:15 AM - Amit Malhotra: hmm.. 80+ docs uploaded in intralinks.. a lot of IT and other contracts
6/11/23, 11:19 AM - Avish: Ok
6/11/23, 11:29 AM - Avish: Sent the value proposition email
6/11/23, 11:30 AM - Avish: Did you check
6/11/23, 11:32 AM - Amit Malhotra: yep ... no major comments. Let me know when I can send over some tech questions. For Tech, we can add operational and strategic support ongoing. i.e we can help them as they continue to roll out tech and face challeges on existing IT systems and look for new options where their current playbook might not scale. I.e. I see nothing on their end for cyber security
6/11/23, 11:33 AM - Amit Malhotra: and I think migration might be pretty tricky compared to what they went thru with Gap/Janie as that was already a seperate brand and might not be that intwined.  If there social, branding e-comm support that DOM could provide?
6/11/23, 12:11 PM - Avish: Let us connect
6/11/23, 12:11 PM - Avish: I am available at 1.30
6/11/23, 12:34 PM - Amit Malhotra: can we do 2 instead ?
6/11/23, 12:34 PM - Amit Malhotra: I am free after then
6/11/23, 1:00 PM - Avish: Ok
6/11/23, 1:33 PM - Amit Malhotra: Sorry might be 2:15 if ok
6/11/23, 1:33 PM - Avish: Ok
6/11/23, 2:16 PM - Amit Malhotra started a call
6/11/23, 2:20 PM - Amit Malhotra: Ready when you all are
6/11/23, 2:23 PM - Amit Malhotra started a call
6/11/23, 2:24 PM - Amit Malhotra started a call
6/11/23, 2:31 PM - You started a call
6/11/23, 2:31 PM - Amit Malhotra started a call
6/11/23, 2:33 PM - Amit Malhotra: Whatsapp calling is messy - lets just use https://us05web.zoom.us/j/9459845660?pwd=VGcreURNU1Z6cTdMeU4rR2c2K25sZz09
6/11/23, 2:39 PM - You started a call
6/11/23, 3:46 PM - Avish: Quick call
6/11/23, 3:46 PM - Avish: Amit
6/11/23, 3:46 PM - Avish: ?
6/11/23, 3:50 PM - You started a call
6/11/23, 3:51 PM - Avish: Tried calling... no response... later good? After 6 or 7?

```
6/11/23, 4:15 PM - Milan Gandhi For DOM CFO started a call
6/11/23, 4:16 PM - Milan Gandhi For DOM CFO: It is not ringing at my end.
I just tried but no response
6/11/23, 4:35 PM - Amit Malhotra: Sorry. Just call me direct WhatsApp
sometimes is flaky
6/11/23, 4:43 PM - You started a call
6/11/23, 7:12 PM - Milan Gandhi For DOM CFO: I will be delayed at temple
as the proceedings still on. Can we do around 9?
6/11/23, 7:12 PM - Avish: I am good at 9 ...
6/11/23, 7:12 PM - Avish: Amit?
6/11/23, 7:13 PM - Milan Gandhi For DOM CFO: IMG-20230611-WA0063.jpg (file
attached)
6/11/23, 7:13 PM - Avish: 🙏🕉🙏🕉🙏🕉
6/11/23, 7:13 PM - Amit Malhotra: Yep
6/11/23, 7:13 PM - Milan Gandhi For DOM CFO: There are 300-400 people here
6/11/23, 7:15 PM - Avish: Ok
6/11/23, 7:15 PM - Avish: You are the poojari
6/11/23, 7:15 PM - Avish: 🛕
6/11/23, 7:20 PM - Milan Gandhi For DOM CFO: 🙏🙏. I wish
6/11/23, 7:36 PM - Avish: DOC-20230611-WA0064. (file attached)
11062023040013BBBYRevisedAuctionNoticeFilingVersion97020027.5_2855_2023110
6161104327-2.pdf
6/11/23, 7:46 PM - Avish: So stalking horse is 16?
6/11/23, 7:50 PM - Milan Gandhi For DOM CFO: I doubt they will find anyone
for BBB alone
6/11/23, 7:50 PM - Milan Gandhi For DOM CFO: Will go for liquidation or
throw away valuation
6/11/23, 7:51 PM - Avish: Bed bath?
6/11/23, 7:55 PM - Avish: Sue is trying... but we did not hear much
6/11/23, 8:12 PM - Milan Gandhi For DOM CFO: Yes. Home in 15
6/11/23, 8:13 PM - Milan Gandhi For DOM CFO: We can do 8.30
6/11/23, 8:48 PM - Avish: Busy till 9
6/11/23, 9:03 PM - Avish: Call
6/11/23, 9:03 PM - Avish: ?
6/11/23, 9:03 PM - Amit Malhotra: Yep
6/11/23, 9:03 PM - You started a call
6/11/23, 9:24 PM - Amit Malhotra: www.temu.com
6/11/23, 9:28 PM - Amit Malhotra: IMG-20230611-WA0065.jpg (file attached)
6/11/23, 9:28 PM - Amit Malhotra: IMG-20230611-WA0066.jpg (file attached)
6/11/23, 9:39 PM - Amit Malhotra: IMG-20230611-WA0067.jpg (file attached)
high level tech talking points
6/11/23, 9:42 PM - Amit Malhotra: "How are you reconciling between huge
BBBY budget vs what is needed for Baby? E.g. 9mm on Google GCP

How are you thinking about oracle migration? Dealing with Infosys etc

Budget for Computer around 3.5mm flat for each month.

Tech team is in Yellow/White. Are those BBY people? How quickly do you
think the Baby team can get online and start transition?  I.e. ween out of
BBY systems? Any SME gaps? Who is responsible for IT and any on prem
systems? Do you forsee any IP issues with BBBY?
```

Who is responsible for Cyber Security/Infosec? Baby is too well known at this point and has too much attention at this point, Baby will be a big target.

How about the 50-80+ tech vendor contract be re-negotiated and re-sign'ed with Baby since they are likely signed with BBBY.

"
6/11/23, 9:48 PM - Amit Malhotra: if you all want some entertainment - https://www.reddit.com/r/ThePPShow/
6/12/23, 11:39 AM - Avish: Sent them...
6/12/23, 11:39 AM - Avish: Let us see what they respond
6/12/23, 5:35 PM - Amit Malhotra: btw Sue G lives in Austin a mile from my house 🙂
6/12/23, 5:46 PM - Milan Gandhi For DOM CFO: That means you can meet over a coffee and click it 😁😁
6/12/23, 5:47 PM - Amit Malhotra: ha ha
6/12/23, 5:49 PM - Avish: 🙈🙈🙈
6/14/23, 10:20 AM - Amit Malhotra: My meeting with their tech guy moved to tomorrow afternoon as he is back to back with Oracle and the Baby team. I asked if I can join. Also, asked him if has looked at the at the TSA doc - the ongoing numbers seem much higher than he is projecting ▇▇▇ than ▇▇▇. And there seems to be an IBM AS/400 / iSeries dependency. They are running old systems. - which is not bad, just that any transition plan has to be mindful of the amount of changes that can be done in short order. Will talk to him and report back.
6/15/23, 6:44 PM - Avish: https://stocks.apple.com/ApY4NFB3UQ3qmykuEcjBXXg
6/15/23, 9:11 PM - Amit Malhotra: Any development of note ?
6/15/23, 9:40 PM - Avish: Talking
6/16/23, 11:34 AM - Amit Malhotra: Any action items today ? I haven't heard from thoryn - obviously
6/16/23, 11:37 AM - Avish: Yes
6/16/23, 11:37 AM - Avish: Negotiations are on
6/16/23, 11:37 AM - Avish: Wait and watch today
6/16/23, 7:29 PM - Avish: No bid yet
6/16/23, 7:29 PM - Avish: They are waiting
6/16/23, 7:30 PM - Avish: For go global ...
6/16/23, 7:52 PM - Amit Malhotra: Oh man, cutting close to the wire
6/16/23, 8:21 PM - Avish: Yes
6/16/23, 9:06 PM - Milan Gandhi For DOM CFO: We are Boycott 😂😂
6/16/23, 9:32 PM - Avish: 🙈🙈🙈
6/17/23, 12:13 PM - Amit Malhotra: so what happened yesterday?
6/17/23, 12:29 PM - Milan Gandhi For DOM CFO: Go Global proposal is not - Go forward plan
6/17/23, 12:30 PM - Amit Malhotra: for us or for the estate?
6/17/23, 12:34 PM - Milan Gandhi For DOM CFO: Estate
6/17/23, 12:35 PM - Amit Malhotra: oh wow!! so ▇ did not work, and they need to increase.
6/17/23, 12:36 PM - Amit Malhotra: I was thinking if they are showing a plan where there is a ▇▇▇ return. Why wouldn't the estate not want any equity in the upside and recover their massive losses right?
6/17/23, 12:37 PM - Milan Gandhi For DOM CFO: Go Global does not have enough capital for go forward plan

6/17/23, 12:41 PM - Avish: Yes they are struggling to put everything together
6/17/23, 1:28 PM - Amit Malhotra: Interesting, what is the estate looking for ?
6/17/23, 1:54 PM - Milan Gandhi For DOM CFO: They would not reveal
6/17/23, 1:55 PM - Amit Malhotra: Ha of course they would not. Any other offers other than overstock? What is goglobal thinking next ?
6/17/23, 1:55 PM - Avish: We know somewhere between ▓▓▓▓▓... for going concern
6/17/23, 1:56 PM - Avish: But digital could be far less ... ▓▓▓▓▓ ... we will know soon
6/17/23, 1:56 PM - Avish: Milan they have not shared the numbers?
6/17/23, 1:57 PM - Avish: I am heading to San Francisco today and back Wed morning
6/17/23, 2:03 PM - Avish: Family event
6/17/23, 2:05 PM - Milan Gandhi For DOM CFO: Enjoy
6/17/23, 2:09 PM - Avish: Yes, I still have calls on Sunday with a few investors that Mark is working with...
6/17/23, 2:10 PM - Amit Malhotra: Cool, so that would be without gogolbal or with them ?
6/17/23, 2:11 PM - Avish: Both options
6/17/23, 2:19 PM - Avish: Without go global our chances reduce as we are 4 weeks behind
6/17/23, 2:21 PM - Amit Malhotra: If we can get time with their tech team and patty we might have a shot, esp if we can push for a less aggressive store plan. But I think the estate might want more money
6/17/23, 2:28 PM - Avish: Yes GG was working backwards
6/17/23, 2:28 PM - Avish: Based on what will work and no if stores needed to back it
6/17/23, 2:29 PM - Amit Malhotra: Yep cut and paste of Janie and jack .. a bit over confident
6/19/23, 8:56 PM - Avish: We are going solo
6/19/23, 8:56 PM - Avish: Get it working
6/19/23, 8:56 PM - Avish: See what you have and may eb schedule call with their tech team
6/19/23, 8:57 PM - Amit Malhotra: Yep need to set that up. Are we competing with goglobal or are they out of the picture ?
6/19/23, 8:57 PM - Avish: Assess where go global was
6/19/23, 8:57 PM - Avish: Yes
6/19/23, 8:57 PM - Avish: They did just digital
6/19/23, 8:57 PM - Avish: Bid
6/19/23, 9:00 PM - Amit Malhotra: So only website, we are doing all but baby only right ?
6/19/23, 9:01 PM - Milan Gandhi For DOM CFO: We suspect that their focus was on digital but we don't know exactly
6/19/23, 9:01 PM - Amit Malhotra: No their had stores and POS etc in mind when I spoke to them.
6/19/23, 9:01 PM - Amit Malhotra: Ok can we get lazard to get me calls with their tech team asap ?
6/19/23, 9:03 PM - Amit Malhotra: And or speak to patty to give me a run down of her tech team. I have some names from global
6/19/23, 9:35 PM - Avish: Yea we must so you can validate quickly ans get info from team on gonglobal.m. they will share it

6/19/23, 9:36 PM - Amit Malhotra: Goglobal is still ready to work with us ? <This message was edited>
6/19/23, 9:43 PM - Milan Gandhi For DOM CFO: Go Global is closer to Lazard and know details that we don't. They work closely with Sixth Street. Seems they have deal discussions prior to submission
6/19/23, 9:52 PM - Avish: Yes
6/19/23, 9:53 PM - Amit Malhotra: What are the new deadlines. Can we get on a call tonite or tomorrow morning
6/19/23, 9:54 PM - Milan Gandhi For DOM CFO: 28th is auction for BBBY
6/19/23, 9:55 PM - Milan Gandhi For DOM CFO: BBB auction is this week
6/20/23, 12:48 PM - Avish: Sent email Amit
6/20/23, 12:49 PM - Avish: Please get on a call today and get to speed with theor tech stack
6/20/23, 12:49 PM - Avish: Without that piece in place we will have major challenges
6/20/23, 4:45 PM - Avish: https://www.cnbc.com/2023/06/20/bed-bath-beyond-schedules-separate-auction-for-buy-buy-baby-assets.html
6/20/23, 4:53 PM - Amit Malhotra: Another question that the team had was our thoughts supply chain and if there are platform components from Dreamonme we could use (on 2, my comment was it is a different kind of business) but we will see value from the supply chain side. Overall I like the team mode of go forward on this i.e. "cheap and cheerful" appproach to get the business running as soon as possible - and once running start looking at systems which make sense and which ones to upgrade .. for cost or known valule.
6/20/23, 4:55 PM - Avish: You can speak to Steve our IT guy
6/20/23, 6:01 PM - Amit Malhotra: Set me an intro
6/20/23, 8:20 PM - Amit Malhotra: Strange they said only 1 hour slot, joy said she was open the entire morning. We need to impress upon them that unless we get good 1:1 time with the key folks we cannot sign off a plan. What could be more important than this ? Also do t you have the call at the same time with mark ?
6/20/23, 8:41 PM - Avish: Yes ... they arw not providing us what go global got
6/21/23, 2:58 PM - Amit Malhotra: how was the call with Patty et al?
6/21/23, 2:58 PM - Amit Malhotra: I am getting into another one with Joy in a bit
6/22/23, 11:50 AM - Amit Malhotra: Are you all plugged into the 3PL selection process? They have or are close to finalizing providers
6/22/23, 12:16 PM - Avish: Nope... but we asked
6/22/23, 1:42 PM - Amit Malhotra: btw, do you all have a lawyer or a firm engaged to review all contracts and TSA etc?
6/22/23, 3:30 PM - Avish: We have a lawyer
6/22/23, 7:55 PM - Amit Malhotra: the person for that is John Yacka on their side. They have a follow up to set it for me; let me know who from DOM is an expert on that fornt
6/22/23, 8:12 PM - Avish: Milan
6/23/23, 1:23 PM - Amit Malhotra: https://www.cnbc.com/2023/06/23/buy-buy-baby-suitors-lose-interest-in-keeping-stores-open.html
6/23/23, 4:01 PM - Amit Malhotra: So my questions led to significantly lower costs for Akamai and possibly GCP. But the answers are in VDR now for everyone; exposing our playbook
6/23/23, 4:05 PM - Amit Malhotra: Good chat with Patty re: JDA/Oracle. We both agreed that 09/30 is the absolute date to hit that we cannot miss.

```
Her team has shared with her that Oracle is needed to hit 9/30 .. and I am
asking if we are adding more complexity into an already complex project. I
am going to talk to more of her people on Monday and then Joy on Tue. She
is also concerned about her people starting to leave as time goes on. PS:
when she learnt I was in Austin - she said I could meet Sue f2f  when she
is back .hmmm
6/23/23, 7:07 PM - Avish: 👍🧱
6/23/23, 7:08 PM - Avish: This is key to our success...
6/23/23, 7:09 PM - Avish: How do we integrate AI into what BBB is
doing...or do they have future plans... or how will they compete with ones
that use AI
6/23/23, 8:06 PM - Amit Malhotra: We can. There a number of use cases once
we get the data and operations sorted. In this instance the case for
getting data out of JDA is strong
6/23/23, 8:54 PM - Avish: Ok 👍
7/14/23, 5:44 PM - Amit Malhotra: and this is an interesting story on the
importance of omni:
https://thebrunswicknews.com/news/national_news/parents-turn-to-local-
baby-stores-as-big-box-chains-falter/article_54de8142-93b8-54ba-91f2-
f1e5cbab5f22.html could we reach out of any of these guys  ?
7/14/23, 5:59 PM - Avish: Like bambi
8/1/23, 7:48 PM - Amit Malhotra: Milan . .what do you know about "Tax
Nexus". ?
8/1/23, 7:51 PM - Milan Gandhi For DOM CFO: Everything 😁
8/1/23, 7:51 PM - Amit Malhotra: sweet!!
8/1/23, 7:51 PM - Amit Malhotra: will call you .. trying to figure it out
for our site launch
8/2/23, 10:27 AM - Milan Gandhi For DOM CFO: Let's meet tomorrow at new
place. I have arranged call with company I used in past that files all
monthly returns.
8/2/23, 10:31 AM - Amit Malhotra: Ok cool
8/2/23, 10:32 AM - Amit Malhotra: Basically we need someone who can run
with this https://www.avalara.com/us/en/index.html this is the solution we
are planning to use
8/2/23, 10:36 AM - Avish: They are th4 gold standards
8/2/23, 10:39 AM - Milan Gandhi For DOM CFO: We switched from Avalara as
no personal touch. Our new firm is much better
8/2/23, 10:44 AM - Avish: Great!
8/2/23, 10:53 AM - Milan Gandhi For DOM CFO: Charles is upset now 😁
8/2/23, 10:54 AM - Amit Malhotra: This message was deleted
8/2/23, 10:55 AM - Amit Malhotra: We need something that natively
integrates and is certified by Shopify
8/2/23, 10:58 AM - Milan Gandhi For DOM CFO: Got it. Let me check and
confirm
8/2/23, 11:05 AM - Avish: 👍🧱
8/2/23, 1:05 PM - Milan Gandhi For DOM CFO: They said they work with
Shopify regularly
8/2/23, 2:04 PM - Amit Malhotra: What is the name of the company ?
8/2/23, 2:06 PM - Milan Gandhi For DOM CFO: Taxconnect
8/2/23, 2:06 PM - Milan Gandhi For DOM CFO: Taxconnex
8/2/23, 2:06 PM - Amit Malhotra: I will ask Shopify ..we are seeing the
same thing from other vendors .. they work with shopify vs certified and
integrated and ready to go in 1-2 days
```

8/2/23, 2:07 PM - Milan Gandhi For DOM CFO: Sure
8/2/23, 8:48 PM - Amit Malhotra: IMG-20230802-WA0027.jpg (file attached)
Milan here are some poeple int he finance team at Baby who were tagged. Can you reach them and check them out ?
8/2/23, 8:48 PM - Amit Malhotra: Lesley Roberts
Manager, FP&A
8/2/23, 8:49 PM - Amit Malhotra: https://www.linkedin.com/in/beth-hacker-47aab13/ for working on avalara among other things
8/3/23, 1:52 PM - Amit Malhotra: milan
8/3/23, 1:52 PM - Amit Malhotra: you coming today ? we have open items for you
8/3/23, 2:18 PM - Milan Gandhi For DOM CFO: I just came back to Veronica
8/3/23, 2:18 PM - Milan Gandhi For DOM CFO: Let's have call at 3.
8/3/23, 2:51 PM - Amit Malhotra: would 3:30 work ?
8/3/23, 2:56 PM - Milan Gandhi For DOM CFO: Ok
9/7/23, 3:18 PM - Amit Malhotra: MIlan . can you send the new financials ? also what is the new Avalara ..
9/7/23, 3:50 PM - Amit Malhotra: Really need the financials ..even draft .. I need to know what we are projecting to sell by EOY
9/7/23, 4:24 PM - Milan Gandhi For DOM CFO: Avish has up to date projections but I see 350M from what I have. This has been updated few times. Avish can give you latest numbers.
9/7/23, 4:24 PM - Amit Malhotra: what is the ramp up?
9/7/23, 4:31 PM - Amit Malhotra: first 3 months?
9/7/23, 4:36 PM - Milan Gandhi For DOM CFO: I am not sure if I have right numbers but what I have shows digital sales
15,26,25,25,31,24,23,31,24,23,25 and 25 - 300M and approx 50M stores
9/7/23, 5:24 PM - Avish: Milan.. I do not have thr most updated version that you worked post your discuss with Pete
9/7/23, 5:36 PM - Milan Gandhi For DOM CFO: We only changed start month from Sept to Oct 😀
9/7/23, 5:48 PM - Avish: Oh ok
9/7/23, 5:48 PM - Avish: Then it is same
9/7/23, 6:08 PM - Amit Malhotra: One of you needs to send me that document
9/8/23, 10:08 AM - Amit Malhotra: ping:: Guys I need this
9/8/23, 10:08 AM - Amit Malhotra: I need this version
9/11/23, 10:57 AM - Amit Malhotra: MIlan - following up on this. Also, when can we close Avalara?
9/11/23, 10:58 AM - Amit Malhotra: We also have quick books set up. Who can finance can run with it.
9/14/23, 11:33 AM - Amit Malhotra: Milan …any updates on Avalara and the state registrations?  You got this one right?
9/14/23, 12:00 PM - Milan Gandhi For DOM CFO: I have call in few minutes with Taxconnex and then when I come there after lunch, we will discuss.
9/14/23, 12:08 PM - Amit Malhotra: ok thanks
9/15/23, 8:19 AM - Amit Malhotra: Milan, is this DONE? this is a blocker
9/15/23, 8:20 AM - Milan Gandhi For DOM CFO: Do you have a contact at Avalara?
9/15/23, 8:20 AM - Amit Malhotra: yes, I will resend
9/15/23, 8:21 AM - Milan Gandhi For DOM CFO: We shall be going forward with Taxconnex and waiting for Mark approval
9/18/23, 1:59 PM - Amit Malhotra: Milan - Any updates on this?
9/18/23, 1:59 PM - Amit Malhotra: can you provide an ETA?

9/18/23, 2:23 PM - Milan Gandhi For DOM CFO: You are on email. Waiting to hear from Avalara.
9/18/23, 2:26 PM - Amit Malhotra: You can just schedule time https://avalara.chilipiper.com/book/me/mac-wright/all
9/18/23, 2:27 PM - Amit Malhotra: I had fwded you eamil from Joseph: Thanks for taking a second to connect here this afternoon! I have a few available times listed below for when Mac returns to the office.

Available Times (Pacific Standard Time):

Wednesday (9/20): 9am, 9:30am, 11am, 11:30am, 1:30pm

Thursday (9/21): 1pm, 1:30pm

Friday (9/22): 9:30am, 11am, 11:30am
9/18/23, 2:27 PM - Amit Malhotra: If you need me thursday works.. or you can add Puja
9/18/23, 3:21 PM - Milan Gandhi For DOM CFO: I set up for Thursday 12.30
9/23/23, 9:08 AM - Your security code with Amit Malhotra changed. Tap to learn more.
9/26/23, 9:26 AM - Amit Malhotra: Milan, we are on the critical path, as Avalara is one of main items that is blocking launch. Can we sign the contract today so we can get with integration and testing?
9/26/23, 10:23 AM - Milan Gandhi For DOM CFO: Amit - I informed Mark and waiting for his approval to proceed with Avalara today.
9/26/23, 10:23 AM - Milan Gandhi For DOM CFO: If you see him, you can check with him too.
9/26/23, 10:56 AM - Amit Malhotra: Please ping him / remind him today if you can. I have 10 other asks so I dont want to add another and I cannot answer deeper registration related questions
9/26/23, 11:01 AM - Milan Gandhi For DOM CFO: I have to wait. He has too many priorities.
9/26/23, 11:08 AM - Milan Gandhi For DOM CFO: Mark has asked Zarrina to review 😀
9/26/23, 12:17 PM - Avish: 👍👍👍
9/27/23, 1:55 PM - Amit Malhotra: Milan, any updates on this?
9/27/23, 1:56 PM - Milan Gandhi For DOM CFO: Just asked Mark to confirm….Should get update today to proceed. Worst case, I will get it done tomorrow when I am there.
9/27/23, 2:31 PM - Milan Gandhi For DOM CFO: Finally Mark just confirmed. We will sign off tomorrow after we hear from Mac about more discounts 😀
9/27/23, 2:32 PM - Amit Malhotra: Uff
9/27/23, 2:33 PM - Milan Gandhi For DOM CFO: Sent email to Mac. Let's see. 🤞
9/27/23, 2:59 PM - Avish: 👍
8/29/24, 12:58 PM - Amit Malhotra: This oine