| | |
|---|---|
| **From:** | Mark Srour |
| **Sent:** | Wed, 14 Jun 2023 13:09:58 -0400 |
| **To:** | Michael Tennyson; Gary Mason |
| **Subject:** | Fwd: Go Global - BBB Investment |
| **Attachments:** | 1.6.2 Baby Investor Presentation V1.pdf, 1.6.1 GG Baby LRP Model v9.-8 - updated.6.7.v2.xlsx |


---------- Forwarded message ---------
From: **Mark Srour** <marks@dreamonme.com>
Date: Wed, Jun 14, 2023, 8:22 AM
Subject: Fwd: Go Global - BBB Investment
To: Charles DOM <charles@dreamonme.com>


---------- Forwarded message ---------
From: **Avish Dahiya** <avish@dreamonme.com>
Date: Sun, Jun 11, 2023, 7:32 AM
Subject: Go Global - BBB Investment
To: Mark Srour <marks@dreamonme.com>, Milan Gandhi <milan@dreamonme.com>


Attached is the Investment Presentation by Go Global on BBB and the Financial model.

They are bidding ▓▓▓ and expect another ▓▓▓ as working capital to run the business with ▓▓▓ Stores.

**Investment**
- Go Global believes a ▓▓▓ bid is substantially above liquidation value
- ▓▓▓ in cash
- In addition, Go Global estimates a working capital requirement of an additional ▓▓▓ to stand up Baby as a freestanding entity.
- The financing will be through:
    - ▓▓▓ equity investment – Go Global
    - ▓▓▓ credit equity bid – Family office
    - ▓▓▓ subordinated note – Family office 2
    - ▓▓▓ term loan against IP
    - ▓▓▓ ABL against inventory

| Uses | |
|---|---|
| Cash Purchase Price | $ ▓▓▓ |
| Credit Bid | $ ▓▓▓ |
| Transaction Cost | $ ▓▓▓ |
| Sponsor Fee | $ ▓▓▓ |
| Working Capital | $ ▓▓▓ |
| **Total Uses** | **$ ▓▓▓** |

| Sources | |
|---|---|
| Term loan against IP | $ ▓▓▓ |
| ABL revolver | $ ▓▓▓ |
| Go Global | $ ▓▓▓ |
| Family Office | $ ▓▓▓ |
| Family Office 2 | $ ▓▓▓ |
| **Total Equity** | **$ ▓▓▓** |
| **Total Sources** | **$ ▓▓▓** |

DOM0002969

