| | |
|---|---|
| **From:** | Mark Srour |
| **Sent:** | Wed, 14 Jun 2023 13:12:19 -0400 |
| **To:** | Michael Tennyson; Gary Mason |
| **Subject:** | Re: Go Global - BBB Investment |

Mike.  Look in to it. Its a great investment.

Mark

On Wed, Jun 14, 2023, 1:09 PM Mark Srour <marks@dreamonme.com> wrote:

> ---------- Forwarded message ---------
> From: **Mark Srour** <marks@dreamonme.com>
> Date: Wed, Jun 14, 2023, 8:22 AM
> Subject: Fwd: Go Global - BBB Investment
> To: Charles DOM <charles@dreamonme.com>
>
>
> ---------- Forwarded message ---------
> From: **Avish Dahiya** <avish@dreamonme.com>
> Date: Sun, Jun 11, 2023, 7:32 AM
> Subject: Go Global - BBB Investment
> To: Mark Srour <marks@dreamonme.com>, Milan Gandhi <milan@dreamonme.com>
>
>
> Attached is the Investment Presentation by Go Global on BBB and the Financial model.
>
> They are bidding ▓▓ and expect another ▓▓ as working capital to run the business with ▓▓ Stores.

**Investment**
- Go Global believes a ▓▓ bid is substantially above liquidation value
- ▓▓ in cash
- In addition, Go Global estimates a working capital requirement of an additional ▓▓ to stand up Baby as a freestanding entity.
- The financing will be through:
  - ▓▓ equity investment – Go Global
  - ▓▓ credit equity bid – Family office
  - ▓▓ subordinated note – Family office 2
  - ▓▓ term loan against IP
  - ▓▓ ABL against inventory

| Uses | $ |
|---|---|
| Cash Purchase Price | $ |
| Credit Bid | $ |
| Transaction Cost | $ |
| Sponsor Fee | $ |
| Working Capital | $ |
| **Total Uses** | **$** |

| Sources | $ |
|---|---|
| Term loan against IP | $ |
| ABL revolver | $ |
| Go Global | $ |
| Family Office | $ |
| Family Office 2 | $ |
| **Total Equity** | **$** |
| **Total Sources** | **$** |

