| | |
|---|---|
| **From:** | Scott Englander |
| **Sent:** | Thu, 15 Jun 2023 03:27:41 +0000 |
| **To:** | Mark Srour |
| **Subject:** | Re: Go Global - BBB Investment |

I'll discuss with him. Maybe give me the pitch tomorrow.

Sent from my iPhone

On Jun 14, 2023, at 11:16 PM, Mark Srour <marks@dreamonme.com> wrote:

> Not yet.   Will he be interested?
>
> On Wed, Jun 14, 2023, 11:05 PM Scott Englander <scott@jfrglobal.com> wrote:
>> Did you speak to Yussy about this?
>>
>> Sent from my iPhone
>>
>> On Jun 14, 2023, at 7:47 PM, Mark Srour <marks@dreamonme.com> wrote:
>>
>>> Yussy
>>>
>>> Im going in heavy in to this investment . that's my business for the last 43 years.  Will like you to come in with me.
>>>
>>> Mark
>>>
>>> ---------- Forwarded message ---------
>>> From: **Mark Srour** <marks@dreamonme.com>
>>> Date: Wed, Jun 14, 2023, 8:22 AM
>>> Subject: Fwd: Go Global - BBB Investment
>>> To: Charles DOM <charles@dreamonme.com>

---------- Forwarded message ---------
From: **Avish Dahiya** <avish@dreamonme.com>
Date: Sun, Jun 11, 2023, 7:32 AM
Subject: Go Global - BBB Investment
To: Mark Srour <marks@dreamonme.com>, Milan Gandhi <milan@dreamonme.com>

Attached is the Investment Presentation by Go Global on BBB and the Financial model.

They are bidding ▅▅ and expect another ▅▅ as working capital to run the business with ▅▅ Stores.

<image003.png>

<image004.png>

<1.6.2 Baby Investor Presentation V1.pdf>
<1.6.1 GG Baby LRP Model v9.-8 -updated.6.7.v2.xlsx>