| | |
|---|---|
| **From:** | Avish Dahiya |
| **Sent:** | Mon, 19 Jun 2023 17:41:34 -0400 |
| **To:** | Mark Srour; Milan Gandhi |
| **Subject:** | BBB Go Forward Plan we can use |
| **Attachments:** | 3.3.6.3.6 Baby Stand Alone - Order Transaction Counts_95 Door Scenario (06.05..xlsx, 3.3.6.3.3 Baby LRP Model 95 Stores (05.19.2023).xlsx, 3.3.6.3.5 Baby Actual GOB Sales and Hilco Forecast.xlsx, 3.3.6.3.4 Revised Store Recommendation.pdf, 3.3.6.3.1 buybuy BABY Growth Strategy.pdf |

Attached can be used... but any share has to be approved under NDA by Lazard. But these documents are about 90% of the plan Go Global was going forward with.
 Thanks

DOM0010953