| | |
|---|---|
| **From:** | Amit Malhotra |
| **Sent:** | Tue, 1 Aug 2023 19:11:16 -0500 |
| **To:** | Mark Srour; Avish Dahiya |
| **Subject:** | buybuyBaby Launch \| Integrated Tech Plan & Budget Outlay |
| **Attachments:** | babytech.pdf |

Marc & Avish,

We have been running at an extremely fast pace for the past few months. We haven't had a chance to talk about how the technology plan, org and budget. Despite the fast pace, we've made significant progress, which I'd like to share with you.

Drawing insights from key team members and partners, and bearing in mind the potential of our newly acquired asset, we've devised a very aggressive, yet achievable plan. This approach not only aims to get us back in the game swiftly but also provides immediate value with limited upfront risk.

This approach gives us immediate value, limited upfront exposure as well as covers all aspects of technology as we stand up a new business. Most importantly, we have a solid foundation to build on top of as we scale to the full potential of the asset.

Let's plan to review this when we are in the office tomorrow.

Best,
Amit
-=-
+1-512-992-8885

CONFIDENTIAL