# Technology Roadmap

buybuyBaby Start

CONFIDENTIAL
DOM0018445

# focus areas

   

eCommerce Platform      Customer Experiences      Business Applications      Internal IT, Hardware & Infra



# finally, a move forward plan



CONFIDENTIAL
DOM0018447

# spend to scale



**Right architecture, right relationships and right strategy**

CONFIDENTIAL
DOM0018448

# spend per phase



| | August | Sept | Oct | Jan 2024 ERP |
|---|---|---|---|---|
| Team Size* | | | | |
| SaaS Spend | | | | |
| Registry/Site Build + Consulting | | | | |
| Cloud | | | | |
| Store HW | | | | |
| Platform Email, Social, Support, Reviews | | | | |
| Infrastructure (laptops, office, network, phones) | | | | |
| Total | | | | |

* Assume majority of registry development outsourced. Hiring only when needed

CONFIDENTIAL
DOM0018449

# going forward - value every step



CONFIDENTIAL
DOM0018450

# headcount needed



CONFIDENTIAL

DOM0018451

# How did we get here?



Review goglobals' tech and product plan and understand how they think they can pull this off by reviewing their tech stack, partners and risk on DOM if this approach is followed

May    June    July

Now Buying - Multiple Models Each needed to tested        Make a going concern but blow out all tech

Partnering   Investing   Investing with GoGlobal   Investing with Others   Now IP   Going Concern

CONFIDENTIAL                                                                                                                                                                        DOM0018452