**From:** Thoryn Stephens
**Sent:** Thu, 15 Jun 2023 16:39:46 +0200
**To:** Amit Malhotra
**Subject:** Re: Your questions

Sounds good. I've sent an invite but can be a bit flexible - thanks.

On Wed, Jun 14, 2023 at 9:54 PM Amit Malhotra <amit.malhotra@gmail.com> wrote:

At this point, my main goal is to get a deeper understanding of the transition plan and the risks. This will help me better support our investment and partnership with GoGlobal and have clarity of how buybuyBaby will be successful.

Looking forward to our discussion tomorrow.

Best,
Amit
-=-

On Jun 14, 2023 at 11:40 AM -0500, Thoryn Stephens <thoryn.stephens@goglobalretail.com>, wrote:

Hi Amit -

Re TSAs - I'll need to check the data room, but not coming from us. I believe iSeries is used with the current ERP system.

Before we dive in further - how are you envisioning potentially working together?

Thanks,

Thoryn

On Wed, Jun 14, 2023 at 4:17 PM Amit Malhotra <amit.malhotra@gmail.com> wrote:

That works. I am flexible tomorrow. Let me know some times.

I noticed a new TSA document on the BBBY Dataroom. Is this a document you have reviewed with the team? I did notice some IBM iSeries contracts. Is there a dependency there?

Btw, if you meeting with the team today, thoughts if I listen in?

Best,
Amit
-=-
On Jun 14, 2023 at 8:35 AM -0500, Thoryn Stephens <thoryn.stephens@goglobalretail.com>, wrote:

Hi Amit -

I'm back to back w Oracle negotiations, new e-commerce platform negotiation and data center migration review.

Can we chat tomorrow afternoon?

Thanks,

Thoryn

On Wed, Jun 14, 2023 at 12:57 AM Amit Malhotra <amit.malhotra@gmail.com> wrote:

> Thoryn,
>
> Thank you again for your time today.
>
> Would you have time tomorrow to continue our conversation? I am free anytime after 2pm Central. I have a couple of slots in the morning in case the afternoon does not work for you.
>
> Best,
> Amit
> -=-
> On Jun 13, 2023 at 8:52 AM -0500, Amit Malhotra <amit.malhotra@gmail.com>, wrote:
>
>> Thank you Christian & nice to meet you Thoryn,
>>
>> Here are some times that work for me in Central Time
>>
>> 10:30am - 12:30pm
>> 3pm - 5pm
>> after 6pm
>>
>> feel free to send an invite or message me directly to set the meeting up.
>>
>> best,
>> Amit
>> -=-
>> +1-512-992-8885
>>
>> On Jun 13, 2023 at 7:42 AM -0500, Thoryn Stephens <thoryn.stephens@goglobalretail.com>, wrote:
>> Nice to meet you Amit - let me know if you're available to chat later this morning or afternoon.

Best,

Thoryn

On Tue, Jun 13, 2023 at 2:36 PM Christian Feuer <christian.feuer@goglobalretail.com> wrote:

Amit,

Sure, please meet Thoryn who will be able to answer your questions. Thoryn is on Mountain Time.

Best,

Christian

Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152
https://www.goglobalretail.com

<Screen Shot 2020-04-22 at 7.08.14 PM.png>

On Jun 12, 2023, at 5:43 PM, Amit Malhotra <amit.malhotra@gmail.com> wrote:

Thank you Christian for the responses. These are great.

Would it be possible to connect me with the technology team so we can get on a call, to get a little bit deeper?

Best,
Amit
-=-
+1-512-992-8885
On Jun 12, 2023 at 2:14 PM -0500, Avish Dahiya <avish@dreamonme.com>, wrote:

+ Amit – For Technology/IT Related Discussions and Insights

Thank you!

---

**From:** Christian Feuer <christian.feuer@goglobalretail.com>
**Sent:** Monday, June 12, 2023 3:00 PM
**To:** Avish Dahiya <avish@dreamonme.com>; Milan Gandhi <milan@dreamonme.com>
**Cc:** Kathleen Lauster - Aca <klauster@ankuracapitaladvisors.com>; Matthew Lapish - Aca <mlapish@ankuracapitaladvisors.com>; Jeff Streader <jeff.streader@goglobalretail.com>
**Subject:** Your questions

Avish,

See below the answers to your questions. Happy to connect you with our team to give more detailed answers.

Best,

Christian

How are you reconciling between huge BBBY budget vs what is needed for Baby? E.g. 9mm on Google GCP

TS -

How are you thinking about oracle migration? Dealing with Infosys etc

TS -

[redacted]

Budget for Computer around 3.5mm flat for each month.

TS - [redacted]

Tech team is in Yellow/White. Are those BBY people? How quickly do you think the Baby team can get online and start transition? I.e. ween out of BBY systems? Any SME gaps? Who is responsible for IT and any on prem systems? Do you forsee any IP issues with BBBY?

TS - [redacted]

Who is responsible for Cyber Security/Infosec? Baby is too well known at this point and has too much attention at this point, Baby will be a big target.

TS - [redacted]

How about the 50-80+ tech vendor contract be re-negotiated and re-sign'ed with Baby since they are likely signed with BBBY.

TS - [redacted]

Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152

https://www.goglobalretail.com

<image001.png>