**From:** Amit Malhotra <amit.malhotra@gmail.com>
**Sent:** Monday, June 12, 2023 5:43 PM EDT
**To:** Christian Feuer <christian.feuer@goglobalretail.com>; Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**CC:** Kathleen Lauster - Aca <klauster@ankuracapitaladvisors.com>; Matthew Lapish - Aca <mlapish@ankuracapitaladvisors.com>; Jeff Streader <jeff.streader@goglobalretail.com>
**Subject:** RE: Your questions

Thank you Christian for the responses. These are great.

Would it be possible to connect me with the technology team so we can get on a call, to get a little bit deeper?

Best,
Amit
-=-
+1-512-992-8885
On Jun 12, 2023 at 2:14 PM -0500, Avish Dahiya <avish@dreamonme.com>, wrote:

> + Amit – For Technology/IT Related Discussions and Insights
>
>
> Thank you!

---

> **From:** Christian Feuer <christian.feuer@goglobalretail.com>
> **Sent:** Monday, June 12, 2023 3:00 PM
> **To:** Avish Dahiya <avish@dreamonme.com>; Milan Gandhi <milan@dreamonme.com>
> **Cc:** Kathleen Lauster - Aca <klauster@ankuracapitaladvisors.com>; Matthew Lapish - Aca <mlapish@ankuracapitaladvisors.com>; Jeff Streader <jeff.streader@goglobalretail.com>
> **Subject:** Your questions
>
>
> Avish,
>
>
> See below the answers to your questions. Happy to connect you with our team to give more detailed answers.
>
>
> Best,
>
>
> Christian
>
> > How are you reconciling between huge BBBY budget vs what is needed for Baby? E.g. 9mm on Google GCP
> >
> > TS - ██████████████████████████████████████████
> > ████████████████████████████████████████████████
> > ████████████████████
> >
> > How are you thinking about oracle migration? Dealing with Infosys etc
> >
> > TS - ██████████████████████████████████████████
> > ████████████████████████████████████████████████
> > ████████████████████████████████████████████████
> > ██████████████

GG-0008935

Budget for Computer around 3.5mm flat for each month.

TS - ██████████████████████

Tech team is in Yellow/White. Are those BBY people? How quickly do you think the Baby team can get online and start transition?  I.e. ween out of BBY systems? Any SME gaps? Who is responsible for IT and any on prem systems? Do you forsee any IP issues with BBBY?

TS - ████████████████████████████████████████████████████████████
█████████████████████████████████████████

Who is responsible for Cyber Security/Infosec? Baby is too well known at this point and has too much attention at this point, Baby will be a big target.

TS - ██████████████████████████████████
███

How about the 50-80+ tech vendor contract be re-negotiated and re-sign'ed with Baby since they are likely signed with BBBY.

TS - ████████████████████████████████████████████████████
███████████████████████████

Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152

https://www.goglobalretail.com

<image001.png>

GG-0008936