On Jun 26, 2023, at 5:03 PM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Thanks Jeff. Sorry, I know this is disappointing for you.

---

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 5:46 PM
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>; Steve Hannan <hannan@springerbridgeassociates.com>
**Subject:** Fwd: [External] Go Global - Project Butterfly

Despite the less than desirable path - thank you for taking the time on this journey with us

We are pencils down


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com


> **From:** Jeffery Streader <jeff.streader@goglobalretail.com>
> **Subject: Go Global - Project Butterfly**
> **Date:** June 26, 2023 at 2:43:38 PM PDT
> **To:** Christian Tempke <christian.tempke@lazard.com>, Brendan Shea <brendan.shea@lazard.com>
> **Cc:** Kathleen Lauster <klauster@ankuracapitaladvisors.com>, Matthew Lapish <mlapish@ankuracapitaladvisors.com>, Christian Feuer <christian.feuer@goglobalretail.com>, Yuen Chau <yuen.chau@goglobalretail.com>, Jason Wooten <jason.wooten@lazard.com>
>
> Christian and Brendan -
>
> Our days have been filled by refining and aligning on our strategy for the acquisition of Buy Buy Baby from the Bed Bath and Beyond estate.
> There is a lot to like in Project Butterfly and the synergies for Go Global's portfolio of children's companies.
>
> However, we have concluded that the brand has suffered material deterioration in the last year and during the going out of business process.
> The prospect of <u>brand and business revival</u> is not without significant risk. Inventory recovery (from market) and normalized vendor relations also have risks.
>
> After our ongoing, painstaking debates, Go Global and our investors have landed and are withdrawing from the process.
>
> We want to personally thank Lazard for your availability to us at all hours and the outstanding efforts and cooperation from Patty Wu, Sue Gove and the entire team @ Alix Partners. True professionals.
>
> Thank you and good luck on Wednesday.
>
> Jeff
>
>
> Jeff Streader, Managing Partner
> Go Global Retail
> Mobile: 1.615.481.6309
> www.goglobalretail.com

**CONFIDENTIAL**                                                                                                                                                    GG-0034333