**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 9:53 PM EDT
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>
**CC:** Steve Hannan <hannan@springerbridgeassociates.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Christian Feuer <christian.feuer@goglobalretail.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** Go Global - Baby - 9 Lives
**Attachment(s):** "Go Global Baby LRP Model Plan B V29 .xlsx","ATT00002.bin","Go Global Baby LRP Model Plan B V29 Realistic.xlsx","ATT00004.bin","ATT00006.bin"

Oh my God - the journey continues -

Within 30 minutes of the email to Lazard informing them of our withdrawal from the process - they called.

They said - Everyone is pulling for your team - "**Baby Management, Lazard and …. the estate".**   No we do not believe all of this .. but I listened.


Lazard asked -

1.  Do you need more time?  Would a couple of days help you?

2.  More interesting -**What do you want from Sixth Street?**  Tell us what Credit Bid and Debt you want them to bring to your bid.   Andrew - you were right - Sixth Street will bear more of a burden for their management of the Bed Bath company.


So - we developed a new LOW and REALISTIC model  - (with Sixth Street embedded)


**LOW Model**

- Bid drops from ▉ to ▉
- Total equity drops to ▉
- Axar @ $▉
- Sixth @ $▉
- Go Global pledges $▉ collateralized via Janie shares
- Cash flow never drops below $▉ (Month 3)*Line 99 in CF*
- Sixth Street - $▉ Mezz - for ▉ @ SOFR + ▉  Cash flow is strong and we pay off in ▉

CONFIDENTIAL                                                                                                                                                                    GG-0034330