June 16, 2023
To: Lazard Freres & Co
Attn: Christian Tempke

From: Christian feuer
Go Global Retail, LLC

**Draft Bid for the Assets of BuyBuy Baby**

Go Global Retail, LLC ("Go Global") intends to bid through Janie and Jack Holdings, LLC for the acquisition of assets outlined below in order to maintain BuyBuy Baby ("Baby") as going concern post auction. Go Global intends to operate ▮ of the existing stores with current store employees, maintain the online business and retain a majority of the corporate staff.

Since Go Global intends to operate BuyBuy Baby as a going concern, we ask that the estate stop the GOB sale in the ▮ stores acquired as soon as possible.

**Purchase price:**
Go Global is prepared to offer a total amount of ▮▮▮▮▮ comprised of the following:

- $▮▮ million for all of the Intellectual Property as outlined below
- $▮▮▮▮▮ for the inventory estimated to be in the ▮ stores on July 1st, valued at ▮▮ of the $▮▮▮▮ of COGS. The inventory value will be adjusted upwards and downwards at ▮▮ for every dollar.
- Janie and Jack will initiate a wire tonight. Please find the screenshot as "Exhibit E"

We believe the Baby IP valuation is very aggressive when compared to the stalking horse bid for the Bed Bath & Beyond IP:

|  | BBBY | Baby |
|---|---|---|
| IP Advance | $ ▮▮ | $ ▮▮ |
| Bid | $ ▮▮ | $ ▮▮ |
| Bid/Advance | ▮▮ | ▮▮ |

Additional benefits to the estate in the form of:
- ~$▮▮▮▮ estimated benefit to the assumed ▮▮▮▮▮▮ This is assuming that Go Global is prepared to retain ~▮▮ of the ~▮▮▮▮▮▮▮▮ and the remaining ▮▮▮▮▮▮▮▮ of the ▮ store leases assumed
- ~$▮▮▮▮ estimated short term benefit for vendors that will continue working with the going concern

**Assets to be acquired:**
- ▮ stores (Exhibit A) with all inventories, fixed assets, leases, and other assets required to operate the Baby business. Go Global retains the right to reject leases within 90 days.
- All intellectual property related to the operation of BuyBuy Baby, including trademarks (see "Exhibit C"), URLs (see "Exhibit B"), all customer data, inventions, images, any kind of creative, proprietary code developed around the gift registry, and all other IP required to operate the business and marked in the data room as belonging to Baby

- All historical and current data regarding but not limited to finance, sales, product, vendor, inventory, associates, etc. used to operate the business
- Certain corporate assets required to operate the business post liquidation including furniture, computers, infrastructure and other services and assets
- Major assets and contract assumptions are outlined in "Exhibit D".

**Financing:**
Go Global has received support from Axar Capital and Perot Family Fund as its lead investors. The investors are impressed by the turnaround plan laid out for BuyBuy Baby given Go Global's successful carve-outs and turnarounds of brands such as ModCloth and Janie & Jack. The entire acquisition will be financed through equity investments.

Several lenders have prepared term sheets to support the business post-transaction with both Term and Revolving credit facilities. Several lending groups have been sourced for each piece of the facilities with Ankura Capital Advisors working with those parties to structure the balance sheet most optimally for go-forward success.

**Timeline and Fees:**
Go Global recognizes the need for expedience in submitting its bid and closing the transaction in the timeline offered by the Court and the Lenders.

Our plan requires a skinnier TSA with a shortened timeline. We will provide details over the weekend.

**Employee Treatment:**
Go Global expects to retain approximately ~ ▇ of the corporate staff and a large portion of the retail staff. Go Global understands that in retail bankruptcy cases, large numbers of employees are unlikely to continue in their roles given the elasticity in the labor market for such workers. As soon as Go Global has been granted employee census information, it will provide a list of employees it wishes to keep. As of now, at the retail level, Go Global wants to retain the majority of employees still present at the ▇ assumed stores plus needed employees close enough to be transferred to new locations from those which are scheduled to close or not be assumed. With regard to the corporate staff, Go Global expects to offer the senior leadership employment contracts which may include salary, bonus, benefits, and equity participation.

![Go Global logo]

**Exhibit A – Preliminary Stores To Be Assumed**

| STORE # | Name | Address | State | Zip | Landlord |
|---------|------|---------|-------|-----|----------|



## Exhibit B – Intellectual Property – Trademarks

| Owner | Brand | Location | Mark | Matter Status | App. # | Registr. # |
|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | BABYHOOD | Canada | TM | Filed | 1890976 | TBD |
| Buy Buy Baby Inc. | BE BASIC | Canada | TM | Registered | 1677861 | TMA923,834 |
| Buy Buy Baby Inc. | BUY BUY BABY | Canada | TM | Registered | 1344660 | TMA722141 |
| Buy Buy Baby Inc. | buybuy BABY (linear) | Canada | TM | Registered | 1673668 | TMA945,321 |
| Buy Buy Baby Inc. | buybuy BABY (stack) | Canada | TM | Registered | 1470597 | TMA831284 |
| Buy Buy Baby Inc. | EVER & EVER | Canada | TM | Filed | 2107998 | TBD |
| Buy Buy Baby Inc. | EVERYTHING FOR NEWBORNS TO TODDLERS | Canada | TM | Registered | 1673667 | TMA945046 |
| Buy Buy Baby Inc. | GIRAFFIC | Canada | TM | Office Action | 2133297 | TBD |
| Buy Buy Baby Inc. | HELPING YOU WITH THOSE FIRST FEW STEPS | Canada | TM | Registered | 1673665 | TMA945036 |
| Buy Buy Baby Inc. | iii (Design) | Canada | TM | Filed | 2202833 | TBD |
| Buy Buy Baby Inc. | IT'S A JOY TO INTRODUCE THE WORLD TO YOUR CHILD | Canada | TM | Filed | 2183172 | TBD |
| Buy Buy Baby Inc. | LET IMAGINATION LEAD THE WAY | Canada | TM | Filed | 2132999 | TBD |
| Buy Buy Baby Inc. | MIGHTY GOODS | Canada | TM | Filed | 2112899 | TBD |
| Buy Buy Baby Inc. | MIGHTY GOODS (Design) | Canada | TM | Filed | 2196995 | TBD |
| Buy Buy Baby Inc. | REGISTER FOR YOUR LITTLE BUNDLE AND GET A BUNDLE | Canada | TM | Registered | 1675409 | TMA945020 |
| Buy Buy Baby Inc. | THOUGHTFULLY DESIGNED ESSENTIALS FOR EVERY STEP OF THE WAY | Canada | TM | Filed | 2132997 | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN | Canada | TM | Filed | 2107997 | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN | Canada | TM | Filed | 2183170 | |
| Buy Buy Baby Inc. | TINY CITIZEN (DESIGN) | Canada | TM | Filed | 2208668 | TBD |
| Buy Buy Baby Inc. | WELCOME TO PARENTHOOD | Canada | TM | Filed | 2128720 | TBD |
| Buy Buy Baby Inc. | WHERE LITTLE STORIES BEGIN | Canada | TM | Filed | 2226397 | TBD |
| Buy Buy Baby Inc. | WONDEROO | Canada | TM | Filed | 2107965 | TBD |
| Buy Buy Baby Inc. | WONDEROO (DESIGN) | Canada | TM | Filed | 2224308 | TBD |
| Buy Buy Baby Inc. | You Choose the Name. We'll Help You Choose the Rest. | Canada | TM | Registered | 1675408 | TMA945319 |
| Buy Buy Baby Inc. | BABYHOOD | United States | ® | Registered | 86/623,240 | 5,763,705 |
| Buy Buy Baby Inc. | BABYHOOD | United States | ® | Registered | 87/800,703 | 5584471 |
| Buy Buy Baby Inc. | Babyhood logo | United States | ® | Registered | 86/623,250 | 5,763,706 |
| Buy Buy Baby Inc. | BUY BUY BABY | United States | ® | Registered | 75/976,624 | 2171479 |
| Buy Buy Baby Inc. | BUY BUY BABY | United States | ® | Registered | 77/398,334 | 3504691 |
| Buy Buy Baby Inc. | buybuy BABY (linear) | United States | ® | Registered | 77/829,449 | 3855752 |
| Buy Buy Baby Inc. | buybuy BABY (stack) | United States | ® | Registered | 77/829,466 | 3855753 |
| Buy Buy Baby Inc. | DESIGN SQUAD | United States | ® | Registered | 88/655,296 | 6,082,041 |
| Buy Buy Baby Inc. | EVER & EVER | United States | TM | Notice of Allow | 90/696,537 | TBD |
| Buy Buy Baby Inc. | EVER & EVER | United States | TM | Allowed | 90/706,266 | TBD |
| Buy Buy Baby Inc. | EVERYTHING FOR NEWBORNS TO TODDLERS | United States | ® | Registered | 85/747,103 | 4334921 |
| Buy Buy Baby Inc. | GIRAFFIC | United States | TM | Published | 97/455,040 | TBD |
| Buy Buy Baby Inc. | iii (Design) | United States | TM | Filed | 97/457,553 | TBD |
| Buy Buy Baby Inc. | IT'S A JOY TO INTRODUCE THE WORLD TO YOUR CHILD | United States | TM | Filed | 97/388,857 | TBD |
| Buy Buy Baby Inc. | KID-FRIENDLY STUFF AT PARENT-FRIENDLY PRICES | United States | TM | To be filed | TBD | TBD |
| Buy Buy Baby Inc. | KID-FRIENDLY STUFF AT PARENT-FRIENDLY PRICES | United States | TM | Filed | 97/575,054 | TBD |
| Buy Buy Baby Inc. | LET IMAGINATION LEAD THE WAY | United States | TM | Allowed | 97/021,722 | TBD |
| Buy Buy Baby Inc. | MIGHTY GOODS | United States | TM | Allowed | 90/738,595 | TBD |
| Buy Buy Baby Inc. | MIGHTY GOODS | United States | TM | Filed | 97/574,704 | TBD |
| Buy Buy Baby Inc. | MIGHTY GOODS (Design) | United States | TM | Filed | 97/457,519 | TBD |
| Buy Buy Baby Inc. | PARENTLY | United States | TM | Filed | 97/246,452 | |
| Buy Buy Baby Inc. | THOUGHTFULLY DESIGNED ESSENTIALS FOR EVERY STEP OF THE WAY | United States | TM | Allowed | 97/021,689 | TBD |
| Buy Buy Baby Inc. | THOUGHTFULLY DESIGNED ESSENTIALS FOR EVERY STEP OF THE WAY | United States | TM | Allowed | TBD | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN | United States | TM | Allowed | 90/706,114 | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN | United States | TM | Filed | 97/388,838 | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN | United States | TM | Allowed | 90/696,524 | TBD |
| Buy Buy Baby Inc. | TINY CITIZEN (DESIGN) | United States | TM | Office Action | 97/457,532 | TBD |
| Buy Buy Baby Inc. | WELCOME TO PARENTHOOD | United States | ® | Registered | 90/813,176 | 6965509 |
| Buy Buy Baby Inc. | WHERE LITTLE STORIES BEGIN | United States | TM | Filed | 97/485,396 | TMD |
| Buy Buy Baby Inc. | WONDEROO | United States | TM | Allowed | 90/706,283 | TBD |
| Buy Buy Baby Inc. | WONDEROO | United States | TM | Filed | 97/396,616 | TBD |
| Buy Buy Baby Inc. | WONDEROO | United States | TM | Allowed | 90/700,073 | TBD |
| Buy Buy Baby Inc. | WONDEROO (DESIGN) | United States | TM | Filed | 97/457,667 | TBD |

**Exhibit C – Domain Names**

| Domain | Root Name | Extension | Registrant Org |
|---|---|---|---|
| buybuybaby.cn | buybuybaby | cn | Bed Bath & Beyond Pro |
| bybybaby.cn | bybybaby | cn | Bed Bath & Beyond Pro |
| babybedbathandbeyond.com | babybedbathandbeyond | com | Buy Buy Baby, Inc. |
| babyregistrybook.com | babyregistrybook | com | Buy Buy Baby, Inc. |
| bbbaby.mobi | bbbaby | mobi | Buy Buy Baby, Inc. |
| bbbabyapp.com | bbbabyapp | com | Buy Buy Baby, Inc. |
| bbbabynyc.com | bbbabynyc | com | Buy Buy Baby, Inc. |
| bubuybaby.com | bubuybaby | com | Buy Buy Baby, Inc. |
| buuybuybaby.com | buuybuybaby | com | Buy Buy Baby, Inc. |
| buybiybaby.com | buybiybaby | com | Buy Buy Baby, Inc. |
| buybubaby.com | buybubaby | com | Buy Buy Baby, Inc. |
| buybubybaby.com | buybubybaby | com | Buy Buy Baby, Inc. |
| buybuiybaby.com | buybuiybaby | com | Buy Buy Baby, Inc. |
| buybutbaby.com | buybutbaby | com | Buy Buy Baby, Inc. |
| buybuuybaby.com | buybuuybaby | com | Buy Buy Baby, Inc. |
| buybuyba.com | buybuyba | com | Buy Buy Baby, Inc. |
| buybuybabby.com | buybuybabby | com | Buy Buy Baby, Inc. |
| buybuybabe.com | buybuybabe | com | Buy Buy Baby, Inc. |
| buybuybabt.com | buybuybabt | com | Buy Buy Baby, Inc. |
| buybuybaby.app | buybuybaby | app | Buy Buy Baby, Inc. |
| buybuybaby.biz | buybuybaby | biz | Buy Buy Baby, Inc. |
| buybuybaby.ca | buybuybaby | ca | Buy Buy Baby, Inc. |
| buybuybaby.com | buybuybaby | com | Buy Buy Baby, Inc. |
| buybuybaby.kr | buybuybaby | kr | Buy Buy Baby, Inc. |
| buybuybaby.mobi | buybuybaby | mobi | Buy Buy Baby, Inc. |
| buybuybaby.mx | buybuybaby | mx | Buy Buy Baby, Inc. |
| buybuybaby.net | buybuybaby | net | Buy Buy Baby, Inc. |
| buybuybaby.sex | buybuybaby | sex | Buy Buy Baby, Inc. |
| buybuybaby.tv | buybuybaby | tv | Buy Buy Baby, Inc. |
| buybuybabybabybuybuy.com | buybuybabybabybuybuy | com | Buy Buy Baby, Inc. |
| buybuybabycare.com | buybuybabycare | com | Buy Buy Baby, Inc. |
| buybuybabycarriers.com | buybuybabycarriers | com | Buy Buy Baby, Inc. |
| buybuybabyclothes.com | buybuybabyclothes | com | Buy Buy Baby, Inc. |
| buybuybabycoupon.com | buybuybabycoupon | com | Buy Buy Baby, Inc. |
| buybuybabycoupon.net | buybuybabycoupon | net | Buy Buy Baby, Inc. |
| buybuybabycoupons.co | buybuybabycoupons | co | Buy Buy Baby, Inc. |
| buybuybabycoupons.net | buybuybabycoupons | net | Buy Buy Baby, Inc. |
| buybuybabycouponssite.com | buybuybabycouponssite | com | Buy Buy Baby, Inc. |
| buybuybabydailydeals.com | buybuybabydailydeals | com | Buy Buy Baby, Inc. |
| buybuybabydaliydeal.com | buybuybabydaliydeal | com | Buy Buy Baby, Inc. |
| buybuybabydeals.com | buybuybabydeals | com | Buy Buy Baby, Inc. |
| buybuybabygraphics.com | buybuybabygraphics | com | Buy Buy Baby, Inc. |
| buybuybabylove.com | buybuybabylove | com | Buy Buy Baby, Inc. |
| buybuybabyproducts.com | buybuybabyproducts | com | Buy Buy Baby, Inc. |
| buybuybabyregistry.com | buybuybabyregistry | com | Buy Buy Baby, Inc. |
| buybuybabys.com | buybuybabys | com | Buy Buy Baby, Inc. |
| buybuybabystore.com | buybuybabystore | com | Buy Buy Baby, Inc. |
| buybuybabystuff.com | buybuybabystuff | com | Buy Buy Baby, Inc. |
| buybuybay.com | buybuybay | com | Buy Buy Baby, Inc. |
| buybuybayby.com | buybuybayby | com | Buy Buy Baby, Inc. |

Exhibit C – Domain Names - Continued

| Domain | Root Name | Extension | Registrant Org |
|---|---|---|---|
| buybuybbaby.com | buybuybbaby | com | Buy Buy Baby, Inc. |
| buybuybbay.com | buybuybbay | com | Buy Buy Baby, Inc. |
| buybuybsby.com | buybuybsby | com | Buy Buy Baby, Inc. |
| buybyubaby.com | buybyubaby | com | Buy Buy Baby, Inc. |
| buyuybaby.biz | buyuybaby | biz | Buy Buy Baby, Inc. |
| buyuybaby.co | buyuybaby | co | Buy Buy Baby, Inc. |
| buyuybaby.com | buyuybaby | com | Buy Buy Baby, Inc. |
| buyuybaby.com.mx | buyuybaby | com.mx | Buy Buy Baby, Inc. |
| buyuybaby.de | buyuybaby | de | Buy Buy Baby, Inc. |
| buyuybaby.info | buyuybaby | info | Buy Buy Baby, Inc. |
| buyuybaby.kr | buyuybaby | kr | Buy Buy Baby, Inc. |
| buyuybaby.mx | buyuybaby | mx | Buy Buy Baby, Inc. |
| buyuybaby.net | buyuybaby | net | Buy Buy Baby, Inc. |
| buyuybaby.org | buyuybaby | org | Buy Buy Baby, Inc. |
| buyuybaby.sex | buyuybaby | sex | Buy Buy Baby, Inc. |
| buyuybaby.us | buyuybaby | us | Buy Buy Baby, Inc. |
| buyuybaby.xxx | buyuybaby | xxx | Buy Buy Baby, Inc. |
| buyuybaby.xyz | buyuybaby | xyz | Buy Buy Baby, Inc. |
| bybybaby.ca | bybybaby | ca | Buy Buy Baby, Inc. |
| bybybaby.co | bybybaby | co | Buy Buy Baby, Inc. |
| bybybaby.com | bybybaby | com | Buy Buy Baby, Inc. |
| bybybaby.sex | bybybaby | sex | Buy Buy Baby, Inc. |
| byebyebaby.ca | byebyebaby | ca | Buy Buy Baby, Inc. |
| byebyebaby.co | byebyebaby | co | Buy Buy Baby, Inc. |
| byebyebaby.com | byebyebaby | com | Buy Buy Baby, Inc. |
| byebyebaby.kr | byebyebaby | kr | Buy Buy Baby, Inc. |
| byebyebaby.mx | byebyebaby | mx | Buy Buy Baby, Inc. |
| byebyebaby.sex | byebyebaby | sex | Buy Buy Baby, Inc. |
| emailbuybuybaby.ca | emailbuybuybaby | ca | Buy Buy Baby, Inc. |
| emailbuybuybaby.com | emailbuybuybaby | com | Buy Buy Baby, Inc. |
| emailbuybuybabycom.com | emailbuybuybabycom | com | Buy Buy Baby, Inc. |
| etestbaby.ca | etestbaby | ca | Buy Buy Baby, Inc. |
| etestbaby.com | etestbaby | com | Buy Buy Baby, Inc. |
| etestbaby.mx | etestbaby | mx | Buy Buy Baby, Inc. |
| etesttbsbaby.ca | etesttbsbaby | ca | Buy Buy Baby, Inc. |
| etesttbsbaby.com | etesttbsbaby | com | Buy Buy Baby, Inc. |
| etesttbsbaby.mx | etesttbsbaby | mx | Buy Buy Baby, Inc. |
| getbuybuybaby.com | getbuybuybaby | com | Buy Buy Baby, Inc. |
| itestbaby.ca | itestbaby | ca | Buy Buy Baby, Inc. |
| itestbaby.com | itestbaby | com | Buy Buy Baby, Inc. |
| itestbaby.mx | itestbaby | mx | Buy Buy Baby, Inc. |
| itesttbsbaby.ca | itesttbsbaby | ca | Buy Buy Baby, Inc. |
| itesttbsbaby.com | itesttbsbaby | com | Buy Buy Baby, Inc. |
| itesttbsbaby.mx | itesttbsbaby | mx | Buy Buy Baby, Inc. |
| marmaladebaby.com | marmaladebaby | com | Buy Buy Baby, Inc. |
| staticbaby.ca | staticbaby | ca | Buy Buy Baby, Inc. |
| staticbaby.com | staticbaby | com | Buy Buy Baby, Inc. |
| tbsbaby.com | tbsbaby | com | Buy Buy Baby, Inc. |
| wwwbuybuybaby.com | wwwbuybuybaby | com | Buy Buy Baby, Inc. |

**Exhibit D – Software TBD**

**Exhibit E – Screenshot Wire Transfer**

GG-0008713

# Go Global

## Payment Details Report

**BANK OF AMERICA**

**Company:** Janie and Jack LLC
**Requester:** James, Heidi
**Run Date:** 16-Jun-2023 8:04:46 PM PDT

### Domestic High Value (Wire)
Payment Category: Urgent/Wire

| | |
|---|---|
| **Status:** | Processing By Bank |
| **Transaction Number:** | [redacted] |

### Debit Account Information

| | |
|---|---|
| **Debit Bank:** | [redacted] |
| **Debit Account:** | [redacted] |
| **Debit Account Name:** | Disbursement Account |
| **Debit Currency:** | USD |

### Beneficiary Details

| | | | |
|---|---|---|---|
| **Beneficiary Name:** | Kroll Restructuring Administration | **Beneficiary Account:** | [redacted] |
| **Beneficiary Address:** | 55 East 52nd Street 17 Fl | **Beneficiary Bank ID:** | |
| **Beneficiary City:** | New York | | CITIBANK, N.A. |
| **Beneficiary Postal Code:** | 10055 | | 701 EAST 60TH ST NORTH |
| **Beneficiary Country:** | US - United States of America | | SIOUX FALLS |
| | | | US - United States of America |
| | | **Beneficiary Email:** | |
| | | **Beneficiary Mobile Number:** | |

### Payment Details

| | | | |
|---|---|---|---|
| **Credit Currency:** | USD | **Value Date:** | 20-Jun-2023 |
| **Credit Amount:** | [redacted] | | |

### Optional Information

| | | | |
|---|---|---|---|
| **Sender's Reference Number:** | [redacted] | **Beneficiary Information:** | |

### Additional Routing

| | | | |
|---|---|---|---|
| **Intermediary Bank ID:** | | **Receiver Information:** | |

### Control Information

| | | | |
|---|---|---|---|
| **Input:** | hjames | **Input Time:** | 16-Jun-2023 7:33:23 PM PDT |
| **Approved:** | mobeig | **Time:** | 16-Jun-2023 8:02:47 PM PDT |

GG-0008714