**From:** Thoryn Stephens <thoryn.stephens@goglobalretail.com>
**Sent:** Thursday, June 29, 2023 6:16 PM EDT
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>; Mo Beig <mo_beig@janieandjack.com>
**CC:** Chris Schreiber <chris@goglobalretail.com>; Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Christian Feuer <christian.feuer@goglobalretail.com>
**Subject:** Re: BABY update - June 29

The current breakdown in the model at a ~$         annual revenue is the following:

==Computer Expense==

Corporate
Digital
Retail



Using a back-of-the-envelope calculation and the JJ IT spend as a proxy; we can likely cut this in half. We should model each area bottoms up when we have more time, as the corporate number is too high and retail too low.

Thoryn


On Thu, Jun 29, 2023 at 10:01 AM Jeffery Streader <jeff.streader@goglobalretail.com> wrote:

> **==Thoryn x Chris x Deb -==**
>
> We just completed an update with Lazard.
>
> The auction was completed yesterday and the leafing bid for IP is $15.5m
>
> The auction for WholeCo was scheduled for today - but this is cancelled till next Friday July 7th.
>
> We have the time to regroup and "beat" the $15.5 bid to acquire the asset as a 22-door ongoing concern.
>
> What do we need form you?
>
> To dive into the P&L and look specifically at the cost that wee modeled for
>
> - Computer Expenses ==(Thoryn)==
> - Distribution and Logistics ==(Chris) - maybe speak with Saheb?==
> - Retail Stores ==(Deb) - maybe partner with Rick Maicki ?==
>
> I believe there are opportunities here.
>
> Use this model - which will be updated today -
>
> Need your inputs by today please - Can speak with you via phone
>
> Jeff
>
>
> Jeff Streader, Managing Partner
> Go Global Retail
> Mobile: 1.615.481.6309
> www.goglobalretail.com