**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Thursday, April 06, 2023 6:22 PM EDT
**To:** Jason Wooten <jason.wooten@lazard.com>
**Subject:** Bed Bath & Beyond proposes reverse stock split as it struggles to avoid bankruptcy

Hey Jason

Just read about the latest announcement from BBBY, as we thought might happen

https://www.cnbc.com/2023/04/06/bed-bath-beyond-faces-bankruptcy-seeks-reverse-stock-split.html

**We are ready.**

Happy Easter or Happy Passover

Jeff

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

CONFIDENTIAL                                                                                                                                        GG-0033172