**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Sunday, March 19, 2023 12:27 PM EDT
**To:** Yuen Chau <yuen.chau@goglobalretail.com>
**Subject:** Re: Project Butterfly VDR access

Hello Yuen - glad the NDA is signed and VDR has been opened.

Can you ask them to reinvade me please?

Did not receive the Intralinks request yet - I checked junk

Thanks

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

> On Mar 17, 2023, at 8:46 PM, Yuen Chau <yuen.chau@goglobalretail.com> wrote:
>
> Hi Everyone,
>
> You should have received an invite from Intralinks to the VDR for project Butterfly - Buy Buy Baby.
>
> We signed the NDA yesterday, Lazard is the advisor and the parent Bed Bath and Beyond.
>
> Goes without saying, please keep this confidential not only because of the NDA due diligence process, but also because this asset is not currently being shopped by the banker and is off-market so we do not want to give any potentially interested parties wind of this.
>
> Have a good weekend.
>
> Yuen
>
> Yuen Chau, Partner
> Go Global Brand Investment Platform
> Mobile: +1 (917) 216-9829
> https://www.goglobalretail.com/
>
> <PastedGraphic-6.tiff>

**CONFIDENTIAL**                                                                                                                        GG-0012965