BuyBuy Baby is closing all of its stores – again



By Jordan Valinsky, CNN

2 minute read  Published 8:32 AM EDT, Mon October 21, 2024

 2 comments



BuyBuy Baby is closing its brick-and-mortar locations once again. Stephanie Keith/Bloomberg/Getty Images

**New York CNN** — BuyBuy Baby is once again saying goodbye to its stores less than a year after the bankrupt retailer tried to reopen some locations under a new parent.

As part of a "strategic reset," the retailer will shift to an online-only business model, and its 10 locations will close by the end of the year. BuyBuy Baby wrote on its website that the "difficult" decision "comes after listening closely to our incredible customers, and our valued partners."

Closing sales have begun at its remaining stores and gift cards will be accepted at locations until October 31. Baby registries will also remain available on BuyBuy Baby's website, as well as the usage of gift cards.

The brick-and-mortar resurrection of BuyBuy Baby, which once had as many as 120 locations across the United States, lasted less than 12 months. The second iteration was scattered across several eastern US states.

In 2023, former parent company Bed Bath & Beyond filed for bankruptcy and sold BuyBuy Baby's intellectual property and trademark rights for $15.5 million to Dream On Me Industries, a New Jersey-based designer and supplier of baby products.

Soon after, Dream On Me announced it was reopening some locations with hopes to open 100 stores in the next several years. However, BuyBuy Baby dealt with a hesitant consumer, squeezed both by inflationary pressures and larger rivals, like Amazon and Target, that have a tight grip on the sector.

Perhaps in an ironic twist, former sister brand Bed Bath & Beyond announced last week it was returning to stores, albeit in a partnership with former rival the Container Store.