UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC | Case No. 1:23-cv-07987-AS |
| Plaintiff, | *Filed Electronically* |
| v. | DECLARATION OF COUNSEL IN OPPOSITION TO GO GLOBAL'S MOTION FOR SUMMARY JUDGMENT |
| DREAM ON ME, INDUSTRIES, INC., and DREAM ON ME, INC. | |
| Defendant. | |

**THOMAS K. MURPHY III, ESQ.**, declares as follows:

1. I am an attorney-at-law of the State of New York and am admitted to practice in this District. I am a Counsel at the law firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for Defendants, Dream on Me Industries, Inc. and Dream On Me, Inc. ("DOM"), and as such, I am familiar with the facts set forth herein.

2. I make this Declaration in opposition to Go Global's Motion for Summary Judgment.

3. All exhibits attached hereto are true and accurate copies of the originals.

4. Attached as Exhibit A is a copy of the October 2, 2024, Deposition Transcript of Avish Dahiya.

5. Attached as Exhibit B is a copy of the October 1, 2024, Deposition Transcript of Mark Srour.

6. Attached as Exhibit C is a copy of the Declaration of Holly Etlin, Chief Restructuring Officer of Bed Bath & Beyond, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 10 (April 23, 2023).

7. Attached as Exhibit D is a copy of the October 18, 2024, Deposition Transcript of Deborah Gargiulo.

8. Attached as Exhibit E is a copy of a 2023 email exchange between Lazard Inc. ("Lazard") and DOM confirming data room access.

9. Attached as Exhibit F is a copy of the October 24, 2024, deposition transcript of Amit Malhotra.

10. Attached as Exhibit G is a copy of the October 7, 2024, deposition transcript of Christian Feuer.

11. Attached as Exhibit H is a copy of the June 9 and June 10, 2023 introductory email exchange between Go Global and DOM.

12. Attached as Exhibit I is a copy of a June 14, 2023 email communication from Christian Feuer, managing director of Go Global regarding bid deadlines.

13. Attached as Exhibit J is a copy of the June 10, 2023, non-disclosure agreement between DOM and Go Global.

14. Attached as Exhibit K is a copy of the September 30, 2024, Deposition Transcript of Jeffrey Streader.

15. Attached as Exhibit L is a copy of Go Global's 95-store model.

16. Attached as Exhibit M is a copy of a June 18, 2023, email exchange between Go Global and Ankura Capital Advisors, LLC ("Ankura").

17. Attached as Exhibit N is a copy of the activity report of DOM employees who accessed the Go Global Data Room.

18. Attached as Exhibit O is a copy of the Order (I) Approving the Sale of Acquired Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing

the Debtors to Enter Into and Perform Their Obligations under the Stalking Horse Purchase Agreement, (III) Approving Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 1172 (June 28, 2023).

19. Attached as Exhibit P is a copy of Go Global's June 16, 2023, Draft Bid for the Assets of Buy Buy Baby ("BBBY").

20. Attached as Exhibit Q is a copy of the June 26, 2023, email exchange wherein Go Global withdrew from the BBBY auction.

21. Attached as Exhibit R is a copy of a June 27, 2023, email exchange between Go Global, Ankura, and Lazard.

22. Attached as Exhibit S is a copy of a June 27, 2023, email exchange between Go Global and Axar Capital Management LP.

23. Attached as Exhibit T is a copy of the Order Approving the Auction and Bidding Procedures, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 92 (April 25, 2023).

24. Attached as Exhibit U is a copy of the Notice of Cancellation of BuyBuy Baby Going-Concern Auction, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 1208 (July 6, 2023).

25. Attached as Exhibit V is a copy of a June 23, 2023, email from Avish Dahiya regarding due diligence.

26. Attached as Exhibit W is a copy of a July 3, 2023, email exchange between Go Global.

27. Attached as Exhibit X is a copy of a July 7, 2023, email exchange between Go Global and Axar Capital Management LP.

28. Attached as Exhibit Y is a copy of the Order (I) Approving the Sale of Acquired Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations under the Asset Purchase Agreement, and (III) Granting Related Relief, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 1314 (July 11, 2023).

29. Attached as Exhibit Z is a copy of the Notice of Successful Bidder, *In re: Bed Bath & Beyond Inc, et al.*, Chapter 11 Case No. 23-13359 (VFP) (Jointly Administered), ECF No. 1428 (July 20, 2023).

30. Attached as Exhibit AA is a copy of Go Global's 22-store model.

31. Attached as Exhibit AB is a copy of the July 2, 2023 email exchange between DOM and Yosef Moskowitz.

32. Attached as Exhibit AC is a copy of the July 3, 2023 email exchange between BBBY and Yosef Moskowitz.

33. Attached as Exhibit AD is a copy of the DOM's July 21, 2023, 11-store model.

34. Attached as Exhibit AE is a copy of the July 14, 2023 email exchange between DOM and BBBY.

35. Attached as Exhibit AF is a copy of Go Global's Case Study.

36. Attached as Exhibit AG is a copy of the October 16, 2024, deposition transcript of Yuen Chau.

37. Attached as Exhibit AH is a copy of the expert report of Adam J. Hanover, dated December 9, 2024.

-5-

38. Attached as <u>Exhibit AI</u> is a copy of the expert report of Alan Schachter, dated November 15, 2024.

39. Attached as <u>Exhibit AJ</u> is a copy of a June 13, 2023 email exchange between Go Global.

40. Attached as <u>Exhibit AK</u> is a copy of the BBBY's 95-store model.

41. Attached as <u>Exhibit AL</u> is a copy of a May 21, 2023 email exchange between Go Global and Ankura.

I declare under penalty of perjury that the foregoing statements by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                Attorneys for Defendants,
                                Dream On Me Industries, Inc. and
                                Dream on Me, Inc.

                                By:   *s/ Thomas K. Murphy III*
                                          Thomas K. Murphy III, Esq.

Dated: January 9, 2025