# EXHIBIT A

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X
GO GLOBAL RETAIL, LLC,

                    Plaintiff,

     -against-              Index No.1:23-cv-07987



DREAM ON ME, INC. and DREAM ON ME INDUSTRIES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

                         October 2, 2024
                         10:00 a.m.


                    DEPOSITION of AVISH

DAHIYA, a witness for the Defendant herein,

taken by the attorney for the Plaintiff,

pursuant to Rule 30(b)(6) of the Federal Rules

of Civil Procedure, held via web conference,

on the above date and time, before Jennie

Kilgallen, a Stenotype Reporter and Notary

Public within and for the State of New York.

2

```
1

2        A P P E A R A N C E S:

3

4        FALCON, RAPPAPORT & BERKMAN, PLLC
                Attorneys for the Plaintiff
5               265 Sunrise Highway - Suite 50
                Rockville Centre, New York 11570
6
         BY:  STEVEN BERLOWITZ, ESQ.
7               sberlowitz@frblaw.com

8

9        GREENBAUM, ROWE, SMITH & DAVIS, LLP
                Attorneys for the Defendant
10              75 Livingston Avenue
                Roseland, New Jersey  07068
11
         BY:   THOMAS MURPHY, ESQ.
12              tmurphy@greenbaumlaw.com

13

14       ALSO PRESENT:

15       JESSICA MOORE, ESQ.
         Falcon, Rappaport & Berkman, PLLC
16

17       CHRISTIAN FEUER

18       MOISHE PELTZ

19       MARK SROUR

20

21

22

23

24

25
```

3

1

2                          FEDERAL STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5      and between the parties hereto, through their

6      respective Counsel, that the certification,

7      sealing and filing of the within examination

8      will be and the same hereby waived;

9          IT IS FURTHER STIPULATED AND AGREED that

10     all objections, except as to the form of the

11     question, will be reserved to the time of the

12     trial;

13         IT IS FURTHER STIPULATED AND AGREED that

14     the within examination may be signed before

15     any Notary Public with the same force and

16     effect as if signed and sworn before the

17     Court.

18

19

20

21

22

23

24

25

4

1

2                    THE COURT REPORTER:  It is hereby

3            stipulated and agreed to by and between

4            counsel for all parties present that

5            this deposition is being conducted

6            remotely by video conference, and that

7            the court reporter, witness and all

8            counsel are in separate remote locations

9            and participating via Zoom or any web

10           conference meeting platform under the

11           control of the court reporting agency.

12               It is further stipulated that this

13           video conference will not be recorded in

14           any manner and that any recording

15           without the express written consent of

16           all parties shall be considered

17           unauthorized, in violation of law and

18           shall not be used for any purpose in

19           this litigation or otherwise.

20               Before I swear in the witness, I

21           will ask each counsel to stipulate on

22           the record that I, the court reporter,

23           may swear in the witness even though I

24           am not physically in the presence of the

25           witness and that there is no objection

5

```
1
2              to that at this time nor will there be
3              any objection at a future date.
4                   All attorneys state they have no
5              objection or so stipulated?
6                   MR. BERLOWITZ:  I consent.
7                   MR. MURPHY:  I consent as well for
8              defendants.
9                   THE COURT REPORTER:  Counsel, can
10             you represent to the best of your
11             knowledge and belief, that the witness
12             appearing today via web conference is,
13             in fact, Avish Dahiya?
14                  MR. MURPHY:  Yes.
15                  (Whereupon, the Witness presented a
16             NJ State driver's license.)
17     A V I S H   D A H I Y A,
18          The witness herein, having been first duly
19     sworn remotely by a Notary Public of the State of
20     New York, was examined and testified as follows:
21                  THE COURT REPORTER:  May we have
22             your name for the record?
23                  THE COURT:  Dahiya Avish.
24                  THE COURT REPORTER:  And your
25             address, sir.
```

6

1                            A. Dahiya

2                    THE WITNESS:  5 Watchung Drive.

3                Basking Ridge, New Jersey.

4       EXAMINATION BY

5       STEVEN BERLOWITZ, ESQ.:

6                    Q.    Thank you.  Good morning

7            Mr. Dahiya.  My name is Steven Berlowitz with

8            the law firm of Falcon, Rappaport & Berkman.

9            I represent the plaintiff, Go Global Retail,

10           LLC in the matter of Go Global versus Dream

11           On Me Industries and Dream On Me, Inc.

12                   Have you ever been deposed before?

13                   A.    No.

14                   Q.    I'm going to go over a few ground

15           rules to help streamline the process.

16                   This deposition is being

17           stenographically recorded.  I would like you

18           to please answer all my questions verbally

19           and not with physical movements like a shrug

20           or a nod of the head because the court

21           reporter can't take down those movements.

22           She can only take down your verbal responses.

23           Do you understand that?

24                   A.    Yes.

25                   Q.    Please wait until I've completed my

7

                              A. Dahiya

1

2       question before you respond.  The court

3       reporter can't take both of our responses at

4       the same time.  It's crosstalk.  So I ask

5       that you please wait for me to finish my

6       question.  Do you understand that?

7            A.   Yes.

8            Q.   If you need to have a question

9       repeated, please let me know and the court

10      reporter can read it back to you or if you

11      don't understand the question, I am happy to

12      rephrase.  Do you understand that?

13           A.   Yes.

14           Q.   Please let me know if at anytime

15      you need a break for the bathroom, water, any

16      reason I'm happy to give it to you.

17           Please note though you cannot take a

18      break if there's a question pending.  I will

19      ask that you respond to the question before

20      we break.  Do you understand that?

21           A.   Yes.

22           Q.   Do you understand that you are

23      testifying under oath under penalty of

24      perjury in this proceeding?

25           A.   Yes.

8

1                              A. Dahiya

2            Q.   Have you ever been a plaintiff or a

3       defendant in a lawsuit?

4            A.   Are you asking me personally?

5            Q.   Yes.

6            A.   Yes.

7            Q.   Were you a plaintiff?

8            A.   Yes.

9            Q.   And what lawsuit was that?

10           A.   That was with my previous company

11      that I worked with.

12           Q.   And what was the nature of that

13      lawsuit?

14           A.   It was regarding certain payments

15      that they were supposed to give back to me.

16           Q.   I see.  So you brought a lawsuit

17      against your former company, your former

18      employer?

19           A.   Yes.

20           Q.   You weren't deposed in that matter?

21           A.   No.

22           Q.   Was there a trial in that matter?

23           A.   No.

24           Q.   Were you ever a defendant in a

25      lawsuit?

9

1                          A. Dahiya

2              A.   No.

3              Q.   Any other lawsuits other than the

4         one you just mentioned?

5              A.   No.

6              Q.   Have you ever been a witness in a

7         lawsuit?

8              A.   No.

9              Q.   Have you ever been arrested or

10        convicted of a crime?

11             A.   No.

12             Q.   Are you taking any medication or

13        have any other medical conditions that may

14        affect your memory?

15             A.   No.

16             Q.   Same question, but for your ability

17        to testify truthfully today.

18             A.   Yes.

19             Q.   Sorry, you are taking medication?

20                  MR. MURPHY:  He misunderstood the

21             question.

22                  MR. BERLOWITZ:  That's why I'm

23             clarifying.

24             Q.   I want to clarify, are you taking

25        medication that would impact your ability to

10

1                       A. Dahiya

2        testify truthfully today?

3            A.   No.

4            Q.   I'm going to be showing you

5        documents on a screen throughout this

6        deposition.  I hope your screen is big

7        enough.  I want to make sure that you're

8        capable of reading the documents I show you.

9            A.   Yes, I've got a second screen so

10       yes.

11           Q.   And you don't have any eyesight

12       issues, is that right?

13           A.   Yes, age-related, small letters,

14       but yeah, I'm sure I can read these.

15           Q.   Perfect.  I just want to note

16       initially we had called for your deposition

17       in your individual capacity.  We are, I've

18       been referred to you as of yesterday through

19       Mr. Srour, I'm hope I'm pronouncing this

20       correctly, that you would know a number of

21       answers to questions that I had asked him.

22           I'm going to go over this with you.  I

23       want to be clear, are you aware that you are,

24       in addition to testifying in your individual

25       capacity, that you are also testifying on

11

A. Dahiya

1        behalf of Dream On Me Industries and Dream On

2        Me, Inc.?

3                A.   Yes.

4                Q.   And are you prepared to answer

5        questions on behalf of those companies?

6                A.   Yes, to the best of my ability,

7        yeah.

8                Q.   Of course.  Can you please describe

9        your education?

10               A.   Yeah, I studied engineering and

11       then I also did a decision-making course at

12       Stanford which is an advanced certification

13       program.

14               Q.   Let's back up.  You went to college

15       at Stanford?

16               A.   Yes.

17               Q.   And you got an engineering degree?

18               A.   Yes, it was advanced certification

19       and strategic decision-making.

20               Q.   You received a degree in advanced

21       strategic --

22               A.   Yes, a certification, correct.

23               Q.   Did you also receive a degree in

24       engineering?

12

1                           A. Dahiya

2              A.    Yes.

3              Q.    Have you received any other

4       degrees?

5              A.    No.

6              Q.    Is the degree in strategic

7       decision-making, is that a certificate?

8              A.    It's a certificate.

9              Q.    Did you attend graduate school?

10             A.    Yes.

11             Q.    Which school?

12             A.    It's in India, BMS Engineering

13      College.

14             Q.    And what was your area of focus in

15      graduate school?

16             A.    Information science and tech.

17             Q.    Did you graduate?

18             A.    Yes.

19             Q.    And what degree did you earn?

20             A.    Information science and tech.

21             Q.    What did you do after graduation

22      from your graduate program?

23             A.    I just became an entrepreneur.

24             Q.    Do you have any professional

25      certificates or licenses or credentials?  I

13

1                        A. Dahiya

2        believe you mentioned one. I'm asking if you

3        have any others.

4            A.   No, I may have done certifications

5        in advertising, I think Amazon advertising,

6        something else as needed kind of.

7            I don't remember, but I may have done

8        Google.  I may have done Facebook.  Very hard

9        to say, but yeah some of those, yes.

10           Q.   Have you ever been subjected to any

11       disciplinary action or censure by a licensing

12       body?

13           A.   No.

14           Q.   Can you please describe your work

15       experience?

16           A.   With the baby, I have been 16, 17

17       years in the baby industry.  Before that, I

18       did management consulting.  So I worked with

19       many startups in the baby area.  I did work

20       with some of the large corporations through

21       that management consulting and before that

22       was a stint on the media side, media and

23       entertainment side.  I would say 30 years or

24       something.

25           Q.   Can you please walk me through each

14

1                      A. Dahiya

2        of the companies that you worked for and tell

3        me what you did there, generally?

4            A.   Yeah.  Yeah.  So baby was all

5        about -- I did many things, multiple hats,

6        but I would say more about strategic work.

7        That means partnerships, growth-related, some

8        E-commerce-related, some tech-related, mixed

9        bag in that.

10           In the management consulting it was more

11       to do with strategy partnership, off-shoring

12       partnerships, partnership with India trying

13       to disrupt some of the models that were there

14       for startups to get the products live sooner

15       than later at a more optimum cost so those

16       were some of the works that I've done.

17           What I've done with media, which was

18       animation and visual effects, general

19       management, you know, yeah.

20           Q.   You really had a broad career to

21       date, yeah?

22           A.   Yes, you can say I invented myself

23       many times.

24           Q.   Can you walk me through the names

25       of the companies that you worked for briefly

15

A. Dahiya

1
2       in chronological order?
3               A.   So if I remember, so now is Dream
4       On Me Industries, right.  Before that was
5       Heritage, Baby, before that was Munire,
6       M-U-N-I-R-E or A Furniture, B and A Global,
7       and then Cedar Blue Global, digital media.
8               Q.   Any others?
9               A.   No.
10              Q.   You currently work for Dream On Me
11      Industries and/or Dream On Me, Inc., is that
12      correct?
13              A.   Yes.
14              Q.   Who do you work for?
15              A.   Dream On Me Industries, yes.
16              Q.   Are you also employed by Dream On
17      Me, Inc.?
18              A.   No.
19              Q.   Just Dream On Me Industries?
20              A.   Yes.
21              Q.   What position do you hold with
22      Dream On Me Industries?
23              A.   My title doesn't say anything in
24      the Dream On Me universe.  So we -- meaning I
25      have helped operating like an adviser.  I

16

A. Dahiya

1              A. Dahiya

2         have done strategy, insights into our

3         customers, strategy partnership with our

4         customers, a lot of E-commerce, a lot of

5         marketing site-work.  Pretty much wherever

6         the company needed me to jump in or where I

7         felt I could contribute, I did that.  And

8         whatever Mark needed me to focus on, that's

9         what I did.

10             Q.   When did you start working -- when

11        I say Dream On Me or DOM I'm referring to

12        Dream On Me Industries.

13             A.   Yes.

14             Q.   When did you start working for

15        Dream On Me?

16             A.   Approximately ten years back.

17             Q.   When you started there, what were

18        your responsibilities?

19             A.   When I started, some E-commerce,

20        marketing, helping the company grow, you

21        know, find out venues for new customers,

22        yeah, store business, you know.

23             We had stated sites of our customers

24        business.  For example, Walmart, if you were

25        in the E-commerce, how do we get into the

17

1                          A. Dahiya

2         Walmart store, for example.

3                     MR. MURPHY:  You can keep your

4              voice up.

5                     THE WITNESS:  Yes.

6              Q.   Have your responsibilities changed

7         since you started working at Dream On Me?

8              A.   I wouldn't say changed.  I would

9         say it's added right, nothing got dropped,

10        but things kept on adding.  Suddenly, okay,

11        you have to do a joint venture or you have to

12        do some looking into -- some company comes

13        in, look into it.

14             It's a very entrepreneurial type of

15        work.  And in our DOM universe, titles don't

16        tell the story, no.

17             Q.   Is it safe to say you wear a lot of

18        hats at Dream On Me?

19             A.   Yes, a lot of hats, yes.

20             Q.   Who do you report to at Dream On

21        Me?

22             A.   I report to Mark.

23             Q.   Anybody else?

24             A.   I also report to his brother Joey.

25        I would say 90 percent, depending on the

18

1                           A. Dahiya

2          project, some projects could be that I'm

3          reporting to Joey more or updating him versus

4          Mark but, yeah mostly Mark.

5                  Q.   Is Joey's name Joey Srour?

6                  A.   Yes.

7                  Q.   Do you know whether he has an

8          ownership interest in Dream On Me?

9                  A.   I believe so, he has an ownership

10         on both partners in Dream On Me, Industries.

11                 Q.   And Joey works for Dream On Me, is

12         that right?

13                 A.   Yes, he owns Dream On Me, yeah.

14                 Q.   He also works at Dream On Me?

15                 A.   Got it.

16                 Q.   Does he?

17                 A.   Yes.

18                 Q.   Do you know what he does?

19                 A.   Yeah, he does day-to-day ops,

20         warehousing, supply chain, manufacturing.

21         Those are some of the areas that are

22         dedicated to him.

23                 Q.   I will get to this much later, but

24         I will skip ahead real quick, do you know

25         whether Joey was involved in Dream On Me's

19

                              A. Dahiya

1

2          bid for BBBY's assets?

3               A.   No, he is not involved.

4               Q.   I believe you said you've been at

5          Dream On Me for ten years?

6               A.   Yes.

7               Q.   And during that time I believe you

8          testified that your responsibilities only

9          grew over time, is that right?

10              A.   Yes.

11              Q.   Have you ever been disciplined,

12         counseled or suspended with regard to your

13         job at Dream On Me?

14              A.   No.

15              Q.   I'm going to share a document with

16         you now.

17                   (Whereupon, at this time, an

18                   exhibit was displayed via Zoom.)

19              Q.   Can you see that I'm sharing a

20         document with you?

21              A.   Correct.

22                   MR. BERLOWITZ:  I will represent

23                   this is the 30(b)(6) notice that we sent

24                   out to counsel for Dream On Me.

25                   (Whereupon, at this time, a

20

1                          A. Dahiya

2               document was marked as Plaintiff's

3               Exhibit 1, as of this date.)

4          Q.    Do you recognize this document?

5          A.    Yes, I took a printout of this.

6          Q.    So you've reviewed it before?

7          A.    Yes.

8          Q.    I just want to go over a few of the

9     topics and make sure you're prepared to

10    testify about them?

11         A.    Yeah.

12         Q.    So I will scroll down to the

13    topics.  Topic number four, please read topic

14    number four.

15               (Whereupon, at this time, there was

16         a pause in the proceeding.)

17         A.    Okay.

18         Q.    Are you able to testify about

19    documents in the data room including, but not

20    limited to, reviewing documents, downloading

21    documents, analyzing documents, manipulating

22    documents and sharing documents?

23         A.    Yes.

24         Q.    Topic number five, are you able to

25    testify about the location or storage of data

21

A. Dahiya

1
2      room documents Dream On Me, Inc. downloaded
3      from the data room?
4          A.   Yes.
5          Q.   Topic number six, are you able to
6      testify about Dream On Me, Inc.'s security
7      protocols for storing confidential or trade
8      secret information, data retention policies,
9      email retention policies and messaging
10     retention policies?
11         A.   To some extent, to the best of my
12     knowledge, yes.
13         Q.   Topic number seven, are you able to
14     testify about any research analysis,
15     fact-finding studies, investigation,
16     performed by Dream On Me, Inc. concerning the
17     BBBY or Bed, Bath & Beyond Inc.?
18         A.   Okay, yes.
19         Q.   Yes?
20         A.   Yes.
21         Q.   Topic number 12, are you able to
22     testify about the development of any bid by
23     Dream On Me, Inc. for Baby IP assets,
24     including but not limited to, documents used
25     to support the bid or identity of individuals

22

```
 1                        A. Dahiya

 2    who assisted in developing a bid?

 3         A.   Yeah to some extent, yes.

 4         Q.   Topic number 13, are you able to

 5    testify about the development of any bid by

 6    Dream On Me, Inc. for BBBY retail store

 7    leases included but not limited to documents

 8    used to support the bid or the identity of

 9    individuals who assisted in developing the

10    bid?

11         A.   Yes.

12         Q.   And topic number 14, are you able

13    to testify about the post-acquisition

14    technology support for BBBY's retail and

15    E-commerce business?

16         A.   To some extent, but I feel this is

17    something that Amit would be able to -- I

18    don't know if you have a deposition with him,

19    but he would be the right guy to talk to

20    about it.  Whatever extent I know, a little

21    bit, no problem, I can share that.

22         Q.   I might ask you some questions and

23    you can answer to the best of your ability.

24    I understand that.  I can ask Amit and that's

25    fine, but thank you for sharing that.
```

23

```
1                           A. Dahiya
2              Did you do anything to prepare for this
3         deposition today?
4              A.   I spoke to the lawyer and he
5         updated me what --
6                   MR. MURPHY:  Avish, don't say what
7              we spoke about.
8              A.   Yes, I'm just -- he gave us the
9         document that we are reviewing and said what
10        the questions and the areas of discussion
11        would be.
12                  MR. MURPHY:  You're going down --
13             tell him that we spoke and you can tell
14             him what else you did, but just don't
15             say the things that you and I said to
16             each other.
17                  THE WITNESS:  Yes.
18             Q.   To reiterate, I'm not trying to
19        learn about the statements that were made
20        between you and your attorneys.  I just want
21        to know if you worked with them to prepare
22        for this deposition; yes or no?
23             A.   Yes.
24             Q.   Did you meet with anyone else to
25        prepare for this deposition?
```

24

1                          A. Dahiya

2           A.    No.

3           Q.    You didn't meet with Mark?

4           A.    No, we couldn't -- he was busy

5      yesterday, we couldn't talk.

6           Q.    Did you review any documents to

7      prepare for this deposition?

8           A.    I would say as we were trying to

9      share the data with you guys, that's when I

10     may have looked at some of the data, but I'm

11     not specifically looking at any data

12     regarding this, yeah.

13          Q.    When you say share the data with

14     you guys, are you referring to reviewing

15     documents that were then produced in this

16     action by Dream On Me?

17          A.    Yes, some of the data, yeah, making

18     sure you have what you needed.

19          Q.    So were you involved in the

20     document collection in relation to this

21     action?

22          A.    Partly, yes.

23          Q.    Do you know who else was involved

24     in that?

25          A.    Steve.

25

1                            A. Dahiya

2            Q.   Who is Steve?

3            A.   Steve is our IT guy.  He's the IT

4        director in Dream On Me.

5            Q.   What is his last name?

6            A.   Good question.  Steven --

7            Q.   If you don't remember or if you

8        need --

9            A.   Let me just check.

10                (Whereupon, at this time, there was

11            a pause in the proceeding.)

12                MR. MURPHY:  What are you --

13                MR. BERLOWITZ:  It's okay if he

14            looks it up.  I'm fine.

15            A.   Steven Kachtan. K-A-C-H-T-A-N.

16            Q.   Was there anyone else at Dream On

17        Me that you worked with in terms of

18        collecting documents in relation to this

19        action?

20            A.    It was whoever was working on it, I

21        communicated to them that if they have

22        anything to share and Steve would put all the

23        data in for sharing.

24            Q.   You said whoever else was working

25        on it, so who would those people be?

26

1                          A. Dahiya

2           A.    Mark, myself, Amit, Milan.

3           Q.    And anyone else?

4           A.    No.

5           Q.    I believe you testified that you

6      did not review documents in preparation for

7      this deposition, is that right?

8           A.    Yes.

9           Q.    Did you take any notes in

10     preparation for this deposition?

11          A.    Yeah, I did.  I was looking at some

12     of the timelines and I did make some notes.

13          Q.    Do you have those notes in front of

14     you?

15          A.    Yeah, I do.

16          MR. BERLOWITZ:  I will call for the

17          production of those notes.

18          Q.    Did you bring any other notes or

19     documents with you today?

20          A.    No, except for the printout.

21          Q.    The printout, are you referring to

22     the 30(b)(6) notice?

23          A.    Yes.

24          Q.    Are there any documents related to

25     this litigation in your possession that you

27

```
 1                            A. Dahiya
 2        have not produced other than the notes that
 3        we just discussed?
 4             A.    I don't know.  I shared everything
 5        with our legal so I don't know what you guys
 6        have.  I have no visibility on that, but they
 7        have what we have shared.
 8             Q.    Have you taken any other steps to
 9        prepare for this deposition that we have not
10        discussed yet?
11             A.    No.
12             Q.    I will switch topics now.  You're
13        familiar with Dream On Me, is that right?
14             A.    Yes.
15             Q.    You're familiar with both Dream On
16        Me Industries and Dream On Me, Inc., is that
17        right?
18             A.    I'm not familiar with Dream On Me,
19        Inc.
20             Q.    Just Dream On Me Industries?
21             A.    Yes.
22             Q.    I realize you just said you are not
23        familiar with Dream On Me, Inc., but I will
24        still ask the question.  Do you know what the
25        difference is between these two companies?
```

28

1                           A. Dahiya

2           A.    To be frank, I don't know the

3      difference.

4           Q.    That's okay.

5           A.    Dream On Me, Inc., and they have

6      industries, but I don't know.  If there's

7      another company existing, I don't know that.

8           Q.    The company that was developing the

9      bid for BBBY's assets, was that Dream On Me,

10     Inc. or Dream On Me Industries?

11          A.    Dream On Me Industries.

12          Q.    What does Dream On Me Industries

13     do?

14          A.    They're in multiple businesses from

15     manufacturing to sourcing to designing

16     products to -- and I know Mark is heavy into

17     the real estate side of the investments so

18     yeah, so I would -- that's what I would say.

19          Q.    And does Dream On Me specialize in

20     baby products?

21          A.    Yes.

22          Q.    Can you --

23          A.    Yes.

24          Q.    Sorry, I'm not trying to interrupt

25     you.  Please finish.

29

1                         A. Dahiya

2              A.   Go ahead.  Sorry.

3              Q.   I would ask if you could please

4        expand on that?

5              A.   So baby as a category has many

6        subcategories.  So you have mattresses,

7        furniture, wood furniture.  You may have

8        plastic or metal furniture.  You may have

9        gear which is bassinets, which is strollers.

10             Then you have soft goods, you know, that

11       would be, what do you call it, bed sheets

12       and, you know, all that.  Pretty much there's

13       a huge list of subcategories that we carry.

14             Q.   Dream On Me Industries engages in

15       all of those categories, is that your

16       testimony?

17             A.   Correct.

18             Q.   Does Dream On Me Industries have

19       retail stores?

20             A.   As of now, no, we don't have retail

21       stores.

22             Q.   Did Dream On Me ever have retail

23       stores?

24             A.   That would be Mark's question.  I

25       know that they had been in retail in the

30

A. Dahiya

1
2    past.  I know Mark had been in retail in the
3    past, yeah.
4         Q.  Do you personally have retail
5    experience?
6         A.  Of a store, no.  If you ask me
7    whether I run stores or not, no.
8         Q.  Well, I am asking if you run stores
9    so I guess the answer to that is no?
10        A.  No.
11        Q.  It seems like maybe you have other
12   experience in retail and I would like to
13   know, is that true?
14        A.  Yeah, in retail because we are in
15   the retail business, right.  We understand D
16   to C, direct to consumer market.  Sorry for
17   the acronym.
18        So we do understand that business,
19   E-commerce business.  That's the foundation
20   for Dream On Me, that they were dominating
21   the market in the E-commerce space very early
22   on when people really didn't believe in
23   E-commerce that much.
24        Q.  So what is your basis for the
25   statement that Dream On Me has retail

31

                              A. Dahiya

2      experience?

3              A.   My understanding with that

4      statement is that we do understand the

5      customer in that retail space, so the retail

6      space is more like B to B to C these days,

7      business to business to customer.

8              We do understand customer behavior.  We

9      do understand what they're liking, what is

10     their preferences.  All that data today is

11     what we are looking at.

12             It's that retail has changed quite a bit

13     where the days where you would give a product

14     and you're done.  The B to B notion, I buy a

15     product, I give it to you, I'm done, I got

16     paid and I'm gone.

17             But that's not the case, you know.  You

18     have to take ownership until the end of the

19     customer -- the customer buying, why they're

20     buying, what is the price elasticities in the

21     market.  What happens if the product is 20

22     percent discount.  What if it's 20 percent

23     over.  Who is the competition?  Who is taking

24     the market share, the discounting.  All those

25     have changed significantly in the E-commerce

32

A. Dahiya

1

2      world.

3            Q.   I believe you testified that Dream

4      On Me has experience knowing customers or

5      knows the customer, is that accurate?

6            A.   Yes.

7            Q.   Does Dream On Me run any retail

8      stores?

9            A.   No.

10           Q.   Does it know how to run retail

11     stores?

12           A.   They ran it in the past, they would

13     know what that is.  I don't know.  I can't

14     answer for that.

15           Q.   I believe you mentioned that Dream

16     On Me is in manufacturing, is that right?

17           A.   Yes.

18           Q.   What items does Dream On Me

19     manufacture?

20           A.   They manufacture mattresses and

21     mattresses are manufactured in the New Jersey

22     facility.  And then we also manufacture

23     furniture.

24           Q.   What kind of furniture?

25           A.   Toddler beds, cribs, dressers.

33

```
 1                          A. Dahiya
 2              Q.   Baby furniture?
 3              A.   Yes, baby furniture, yes.
 4              Q.   Any other items that Dream On Me
 5     manufactures?
 6              A.   Anything to do with wood, yes, and
 7     anything to do with mattresses, yes.
 8              Q.   Are you familiar with the
 9     bankruptcy auction for BBBY's assets?
10              A.   Yes.
11              Q.   How are you familiar with that?
12              A.   Because we were in that process
13     during the bankruptcy and even prior to the
14     bankruptcy.
15              Q.   Do you know -- continue.
16              A.   Sorry, go ahead.  Go ahead.
17              Q.   Do you know when Dream On Me first
18     became interested in purchasing the assets of
19     BBBY?
20              A.   In 2021, '22.
21              Q.   And --
22              A.   I can't be sure, but we did
23     approach the leadership at that point in time
24     that we would be very interested and we
25     didn't want them to land in the same
```

34

1                           A. Dahiya

2          situation as Toys "R" Us and the Babies "R"

3          Us situation.

4              Q.   And why were you interested in them

5          in 2021 or 2022?

6              A.   We, of course, we were their

7          vendors.  And second, we know the business of

8          Baby.  We also knew what happened in the

9          Babies "R" Us and Toys "R" Us situation which

10         was that the mothership brought down Babies

11         "R" Us.

12             It was very similar that Babies "R" Us

13         was doing well.  Toys "R" Us was suffering.

14         In this case, it was Bed, Bath & Beyond was

15         suffering and buybuy BABY was a far better

16         enterprise and we were worried that it's

17         going to be same and they should

18         be extracted.  We are here to partner with

19         them and we believed that's the route they

20         should be taking now versus later.

21             Q.   In 2021 or 2022, when you were

22         approached -- did you approach BBBY or Bed,

23         Bath & Beyond?

24             A.   We approached BBBY and then BBBY

25         connected us to the executive team and the

35

1                              A. Dahiya

2          Board and then we had conversations with one

3          of their financial advisers at JP Morgan at

4          that point in time to have the discussion

5          with us, yeah.

6               Q.   And what was Dream On Me's proposal

7          at that time in 2021 or 222?

8               A.   The proposal was based on that we

9          have ability to come in, partner with them

10         and help them drive the -- we were very

11         confident of direct import product sourcing,

12         increasing margin.

13              That's what Mark has been living his

14         life on.  That we can bring that on and help

15         them and -- I mean we don't want to -- we

16         don't know how this would pan out at that

17         point in time, but Mark did tell me that he

18         had investors who could invest in buybuy BABY

19         because the brand was very strong and then

20         could help them out and we could take that

21         component out of Bed, Bath.

22              Q.   Were you looking to invest into

23         buybuy BABY in 2021 or 2022?

24              A.   You can say strategic invest.

25              Q.   Invest and then extract, I believe,

36

A. Dahiya

 1          is the word you used?

 2               A.   Yes, disintegrate from the Bed Bath

 3          world.

 4               Q.   What happened with that proposal

 5          when you --

 6               A.   I think it was --

 7               Q.   Sorry I just want to finish my

 8          question so it's clear for the record.  I

 9          know you have a response and it's natural to

10          anticipate what I'm saying, but so the record

11          is clear, please let me finish the question.

12               A.   Yes.

13                    (Whereupon, the record was read as

14                    requested.)

15               Q.   -- when you made it to BBBY and/or

16          Bed, Bath & Beyond?

17               A.   Yes, when we had the discussion

18          they said they were not ready yet.

19               Q.   Okay.  Was Dream On Me disappointed

20          about that?

21               A.   Yeah, I mean you can say because we

22          truly believed and were passionate about

23          making this brand not go that route that was

24          all evident.

37

1                        A. Dahiya

2              Q.   You wanted the deal, right?

3              A.   We wanted for the brand to survive,

4         yes.

5              Q.   Did you keep an eye on BBBY and/or

6         Bed, Bath & Beyond after that deal fell

7         through?

8              A.   Yes, we did.

9              Q.   Why did you do that?

10             A.   Just to make sure that we are

11        making our intentions clear, that we are an

12        interested party in that brand.

13             Q.   Are you aware that at some point in

14        time that Bed, Bath & Beyond filed for

15        bankruptcy?

16             A.   Yes. I don't know the exact dates

17        when they filed.

18             Q.   Do you know when Dream On Me became

19        aware of the bankruptcy?

20             A.   I think we got -- I don't know the

21        date whenever it was filed.  You don't really

22        come to know who is filing and when they are

23        filing, but we knew from the credit situation

24        that they were in and how they were paying us

25        on shipments, so they were distressed

38

A. Dahiya

1

2    financially so the indicators were there.  It

3    could happen any time.  Nobody would tell us

4    exactly, but it was all there.

5              MR. MURPHY:  Just to clarify, was

6         your last question about Bed, Bath &

7         Beyond or buybuy BABY bankruptcy?  I

8         couldn't tell.

9              MR. BERLOWITZ:  I think I said Bed,

10        Bath & Beyond.  But, you know, the

11        record will reflect what I said, I

12        guess.

13             Is there a clarification that you

14        want, Tom?

15             MR. MURPHY:  No, that's fine.

16        Q.   I believe you testified that just

17   now that you were aware that Bed, Bath &

18   Beyond was in distress before they filed for

19   bankruptcy?

20        A.   Yes.

21        Q.   So were you keeping a closer eye on

22   the potential bankruptcy as a result?

23        A.   Yes, everybody was.  And so there's

24   a risk as we are suppliers.  And I also don't

25   remember clearly, but somewhere in March or

39

1                           A. Dahiya

2          April, that I reached out again to the buybuy

3          BABY leadership and they connected us again

4          with a name in Bed, Bath & Beyond, to Bed,

5          Bath & Beyond leadership saying we are

6          interested and talk to them.

7               Q.   I wanted to clarify to make sure we

8          are all on the same page particularly in

9          light of Tom's clarifying question.

10              Bed, Bath & Beyond filed for bankruptcy,

11         correct?

12              A.   Correct.

13              Q.   Not buybuy BABY?

14              A.   Buybuy BABY, I don't know whether

15         it was a separate -- everything was together

16         in terms that both were --

17              Q.   And Bed, Bath & Beyond is the

18         parent company to buybuy BABY, is that

19         accurate?

20              A.   Yes, parent company.  I don't know

21         their structure, whether it was buybuy BABY,

22         Inc. or something like that, but you can say

23         either it was their division or you can say

24         it was a wholly owned subsidiary or

25         something, I don't know.

40

                              A. Dahiya

1

2          Q.   I'm just asking for your

3     understanding.  So that's your understanding?

4          A.   Yeah.

5          Q.   When did you become aware of the

6     bankruptcy auction for the BBBY assets?  By

7     you, I'm asking Dream On Me.

8          A.   I believe we had a meeting with

9     Bed, Bath & Beyond.  I don't remember when

10    that was.  Maybe May.  Definitely it was

11    after they had filed for bankruptcy.  I don't

12    know the exact date, but we were talking to

13    Bed, Bath & Beyond on a potential plan to

14    revive both Bed Bath and buybuy.  That was

15    the conversation.

16          And it was lead by their CEO, Suegov.

17    So that's where we were, one of the parties

18    to that conversation, how can we help Bed,

19    Bath to restructure, to help in that

20    situation, yeah.

21          Q.   Do you know when Dream On Me

22    started developing or working on a bid for

23    BBBY's assets?

24          A.   I would say -- if you say a proper

25    bid, it was quite late I think.  I think it

41

1                          A. Dahiya

2          was somewhere around May or June.

3               Q.   Late May or early June?

4               A.   Yes, somewhere around that time.

5          Because I do remember they were having every

6          week, there were due dates, like Monday,

7          Tuesday, we need the bid.  On Friday, we need

8          the bid.  And then they'll get an extension.

9          It was too much going on at that point.

10              Q.   To clarify, are you saying due

11         dates as D-U-E?

12              A.   Yes.

13              Q.   The due dates kept getting moved,

14         is that right?

15              A.   Yes, that whole process was a

16         disaster.

17              Q.   Do you know of a company called Go

18         Global?

19              A.   Yes, we were introduced to them,

20         yes.

21              Q.   Do you know around when you were

22         introduced?

23              A.   June.  Somewhere in June.  Lazard

24         introduced us.

25              Q.   I'm sharing a document with you

42

A. Dahiya

1
2          now.  Do you see the document that I'm
3          sharing.
4                  A.   Correct.
5                       (Whereupon, at this time, an
6                  exhibit was displayed via Zoom.)
7                       (Whereupon, at this time, a
8                  document was marked as Plaintiff's
9                  Exhibit 2, as of this date.)
10                 Q.   This is a document -- it is an
11         email from Milan Gandhi to Christian Feuer,
12         Mark Srour and Avish Dahiya.  It is dated
13         June 10, 2023.  It bears the Bates number DOM
14         10726.
15                 On the first page, I will give you a
16         quick moment to read this and let me know
17         when you're done.  Have you read it?
18                 A.   Give me a second.
19                      (Whereupon, at this time, there was
20                 a pause in the proceeding.)
21                 A.   Okay.
22                 Q.   Do you recognize this email?
23                 A.   Yes, I do.
24                 Q.   What is this email?
25                 A.   This is an introduction email that

43

1                          A. Dahiya

2          I think Milan has responded to.

3                  Q.   It's an introduction to Go Global,

4          is that right?

5                  A.   Yes, connect.

6                  Q.   And this introduction was made --

7          was this made by Lazard or Ankura?

8                  A.   Lazard.

9                  Q.   At this point were you being

10         introduced to any other companies in relation

11         to a potential bid for BBBY's assets?

12                 A.   At this point in time, we were also

13         in discussion with a few other members --

14         remember we had conversations with Bed, Bath

15         and we were still talking to some of those

16         vendors, where they were with reference to

17         revival of Bed, Bath or buybuy.

18                 Q.   Were you looking to partner with

19         those vendors in relation to a bid at the

20         bankruptcy auction?

21                 A.   Yes, that was the intent of that

22         meeting with Bed, Bath, that how vendors can

23         partner with them to revive the brand.

24                 Q.   Okay.

25                 A.   So it was the same conversation.

44

1                          A. Dahiya

2          Q.   Going back to your introduction to

3    Go Global, do you know why Dream On Me was

4    introduced to Go Global?

5          A.   Lazard introduced us -- they must

6    have spoken to Milan and they suggested that

7    we work with -- there could be something in

8    the partnership between us and Go Global and

9    that we should talk.

10         Q.   When you say "there could be

11   something in the partnership," can you be

12   more specific about what that partnership

13   would look like or what was discussed in

14   terms of --

15         A.   No, I don't think so.  There was

16   not any specifics.  It was more hey, Go

17   Global could be a good partner, why don't you

18   guys speak, figure it out, whatever.

19         Q.   When you were introduced to Go

20   Global at this time, were you interested in

21   speaking to Go Global?

22         A.   Yes.

23         Q.   Why?

24         A.   Because Lazard asked us to speak to

25   them and we were willing to speak to them to

45

1                           A. Dahiya

2        figure it out what that partnership could be.

3            Q.   What did you hope, if anything,

4        would come out of a partnership at this time

5        with Go Global?

6            A.   The part that everybody was looking

7        at at that point in time was a -- how can you

8        revive the brand in a going concern manner.

9        And that was the focus, I would say,

10       everybody had.  And for that if it's a

11       partnership, to look from the partnership

12       angle because going concern was not that

13       simple.

14           Q.   This email is sent from Milan

15       Gandhi, right?

16           A.   Yes.

17           Q.   Who is Milan Gandhi?

18           A.   He's a financial consultant.

19           Q.   Does he work at Dream On Me?

20           A.   No, he is an independent

21       consultant.

22           Q.   Was he an independent consultant at

23       this time for Dream On Me?

24           A.   Correct.

25           Q.   I will scroll down to this email

46

A. Dahiya

1    which is from Christian Tempke, the June 9,

2    2023 email.  Please read this email and let

3    me know when you're done.

4         A.   Yes.

5              (Whereupon, at this time, there was

6              a pause in the proceeding.)

7         A.   Okay.

8         Q.   The second sentence reads, "Milan

9    will add his client.  I would encourage you

10   to speak directly about a potential baby

11   going concern transaction and see whether our

12   partnership makes sense."  Do you see that

13   sentence?

14        A.   Correct.

15        Q.   There's no mention of the

16   intellectual property in this email, is

17   there?

18        A.   No.

19        Q.   No?

20        A.   No.

21        Q.   When did Dream On Me eventually

22   become interested in the intellectual

23   property assets of BBBY?

24        A.   I would say given that everything

47

1                              A. Dahiya

2          was happening in lightning speed, the core of

3          the focus from Dream On Me has been to

4          acquire or to save the brand because we

5          believed in the brand.  It didn't matter what

6          instrument may have been used, but that's

7          been the thinking since 2021, '22.

8                Q.  So is it fair to say that Dream On

9          Me was always interested potentially in the

10         intellectual property assets of BBBY?

11               A.  Yes, because whether you get --

12               MR. MURPHY:  Objection.

13               THE WITNESS:  Sorry, Tom.

14               MR. MURPHY:  You can answer.  I was

15         just objecting to the question.  You can

16         answer.

17               A.  Yes, because whether it was going

18         concern, you would be getting the brand.  You

19         know, whether you're through the IP or by

20         going concern means -- the core is the

21         business that we know and the brand that we

22         know.  That's the core.

23               Q.  After you received this

24         introductory email, what did Dream On Me do?

25               A.  This is on Saturday.  I believe,

48

1                          A. Dahiya

2       Milan spoke to him.

3              Q.    Who is him?

4              A.    To Christian.

5              Q.    Do you know whether you decided to

6       arrange a meeting?

7              A.    What I remember is that when we

8       spoke or when he spoke, that this needs to be

9       done.  There was an extreme urgency to -- I

10      think they had to submit a bid or meet a

11      timeline, which was like Tuesday or something

12      next week.

13             We all knew these dates were just coming

14      from nowhere.  But something, there was an

15      extreme urgency in talking immediately.

16      That's probably what Lazard wanted, that

17      these parties talk if there was something

18      that can happen.

19             Q.    Did Dream On Me arrange to have a

20      meeting with Go Global?

21             A.    I believe finally that is what

22      happened, that we meet them and I think it

23      was on Monday.

24             Q.    What, in particular, was Dream On

25      Me interested in discussing with Go Global?

49

                              A. Dahiya

1

2          A.   Nothing in particular.  I think it

3    was all about, at a very high level, it was

4    let's meet and then figure it out, what we --

5    where we are, where you are, is there a

6    partnership.

7          I don't think there was any -- and

8    whether we can do the timelines, whatever the

9    timelines were.

10         Q.   At this point in time, had Dream On

11   Me done any due diligence for a bid for

12   BBBY's assets?

13         A.   We had gone through the data room

14   so we had access to the data room.  We had

15   looked for that information, the P & L's,

16   some work, some data has been looked at.

17         Some of the data that was shared to us

18   was by the Bed, Bath leadership, all that was

19   going on, and then our history, nothing new,

20   our history with them for many years.

21         We knew a lot of members in their teams

22   that we had relationships with and have

23   worked together in the past.  All that was in

24   the play.

25         Q.   You mentioned the data room, are

50

```
 1                          A. Dahiya
 2       you referencing the Lazard data room?
 3              A.   Yes, correct.
 4              Q.   You had --
 5              A.   Buybuy BABY, Bed, Bath data room,
 6       yes, kind of.
 7              Q.   You had access to the Lazard data
 8       room at this time, is that right?
 9              A.   Yes.
10              Q.   Are you aware that other companies
11       interested in placing a potential bid also
12       had access to the Lazard data room?
13              A.   Correct, everybody had.
14              Q.   Everybody had access to the Lazard
15       data room?
16              A.   Yes, whoever was interested in the
17       brand, yes.
18              Q.   Was the Lazard data room populated
19       with hard data?
20              A.   Can you ask the question again.
21              Q.   Sure.  I'll ask a different
22       question.
23              Did you look at the Lazard data room at
24       that time?
25              A.   Yes, we were looking at it.
```

51

1                        A. Dahiya

2            Q.   And what was in the Lazard data

3       room?

4            A.   They had everything from, you name

5       it, stores, websites, marketing data, tech

6       data, HR data, you know, a lot of data was

7       there.

8            Q.   And that data was made available to

9       anyone who wanted to -- who was participating

10      or wanted to develop a bid, is that right?

11           A.   Correct.

12           Q.   A company wouldn't store its own

13      personal findings on the Lazard data room, is

14      that right?

15           A.   Wouldn't, but if I asked anything

16      from Bed, Bath and they had to work on that

17      data, they had to update the data room so the

18      data room continued to evolve.  Since we

19      started on a daily basis, every day that data

20      room would change.

21           Q.   When a company would make a request

22      of Lazard, Lazard would process that request

23      and populate the data room, but then that

24      data was available to everyone, is that

25      right?

52

1                          A. Dahiya

2          A.    Correct.

3          Q.    Okay.

4          A.    Correct.

5          Q.    When I asked you if Dream On Me had

6      conducted any due diligence up to that point,

7      you said that you looked at that Lazard data

8      room, is that right?

9          A.    Yes, we knew what the data was.  We

10     knew the scope of the data that was there so

11     we had a fairly good idea about all the data

12     in that room.

13         Q.    At this time on June 10, the date

14     of this email, had you taken any of that data

15     and processed it or developed it into your

16     own thesis, into your own documents at Dream

17     On Me?

18         A.    No, we didn't.

19         Q.    No documents?

20         A.    No, we were reviewing all these and

21     maybe individually making our own analysis,

22     but -- if you're saying any complicated

23     models trying to see what this business looks

24     like, no.

25         Q.    When you say we were reviewing this

53

1                          A. Dahiya

2         data and maybe making our own analysis, was

3         that analysis recorded in any way at this

4         time?

5              A.   No.  I know that Amit was looking

6         at the tech side of the data.  He was doing

7         his own thing on that.

8              I was looking at some data.  Milan was

9         looking at some of this data.  And we were

10        like, okay, this is what it is.

11             It was very complicated.  People don't

12        realize.  It is highly complicated and even

13        Bed, Bath didn't know this data well.

14             Q.   And the data that you've reviewed

15        is the data that was provided in the Lazard

16        data room and available to all the potential

17        bidders, correct?

18             A.   Correct, that's what we were told.

19             Q.   I'm sharing with you another

20        document.  Do you see it on the screen?

21             A.   Yes.

22                  (Whereupon, at this time, an

23                  exhibit was displayed via Zoom.)

24                  (Whereupon, at this time, a

25                  document was marked as Plaintiff's

54

```
 1                      A. Dahiya

 2          Exhibit 3, as of this date.)

 3          Q.   This is an email from Avish Dahiya

 4     to Christian Feuer.  It is cc'g Milan Ghandi,

 5     Mark Srour and Matthew Lapish.  Subject is

 6     connect.

 7          It has an attachment of a Go Global NDA

 8     and it bears Bates number beginning with DOM

 9     10737.

10          Mr. Dahiya, do you recognize this

11     document?

12          A.   Yes.

13          Q.   Also just, am I pronouncing your

14     name correctly, Dahiya?

15          A.   Yes.

16          Q.   What is this document?

17          A.   This is a communication regarding

18     the NDA.

19          Q.   Go Global had you sign an NDA, is

20     that right?

21          A.   Yes.

22          Q.   Do you know why?

23          A.   They wanted us to sign an NDA

24     urgently because they cannot talk to us till

25     that NDA was signed.
```

55

1                          A. Dahiya

2          They believed they had certain

3     information they wanted to share and they

4     wanted an NDA to be signed.

5          Q.   Were you interested in that

6     information?

7          A.   We didn't know what is the

8     information so we don't know whether we're

9     interested.  We wanted to have the

10    conversation if there was a partnership so we

11    don't know what the information is.

12         At that point nobody told us this is the

13    information that we'll share, but yes.

14         Q.   It was communicated to you though

15    that if you signed this NDA Go Global would

16    share certain of its information with you?

17         A.   Correct.

18         Q.   Did you want to see that

19    information?

20         A.   Yes, we wanted to get on the

21    conversation with them and yes, if that was

22    something that they wanted to talk about,

23    yes.

24         Q.   I believe you said that Go Global

25    wanted you to sign this, and I'm

56

1                              A. Dahiya

2          paraphrasing, this NDA quickly; is that an

3          accurate reflection of your testimony?

4                A.   Yes, there was an extreme urgency.

5                Q.   Urgency?

6                A.   Yes.  We -- even before Go Global

7          came in, that urgency, the whole process had

8          been run in a very urgent manner and, for

9          lack of a better word, in a chaotic manner.

10               Q.   Is it fair to say that one of the

11         reasons that Go Global wanted you to sign

12         this expeditiously is because of the schedule

13         that was sent for the bankruptcy?

14               A.   I can't really say, but yeah, they

15         were pushing it hard.

16               There was a schedule, I don't exactly

17         know, but there was something on Tuesday so

18         they needed this to be done ASAP for us to

19         have the conversation and needed to meet and

20         then I think -- so that got pushed to Friday.

21         I don't know.

22               Q.   I believe you testified before, you

23         would agree, that the schedule set up for the

24         bankruptcy auction was short, is that right?

25               A.   Yeah.  Weekly, twice weekly, yeah.

57

```
 1                        A. Dahiya
 2          Q.   Very compressed, is that right?
 3          A.   Yes.
 4          Q.   And do you know whether Go Global
 5     set that schedule?
 6          A.   No, I don't know.  I don't think
 7     so.
 8          Q.   You don't think so?
 9          A.   Yeah.
10               (Whereupon, at this time, an
11               exhibit was displayed via Zoom.)
12               (Whereupon, at this time, a
13               document was marked as Plaintiff's
14               Exhibit 4, as of this date.)
15          Q.   I'm sharing another document with
16     you.  This document is titled Go Global
17     nondisclosure agreement.  It bears Bates
18     number GG 8791.
19          Mr. Dahiya, do you recognize this
20     document?
21          A.   I do.
22          Q.   What is this document?
23          A.   It's the NDA that they had sent us.
24          Q.   I will scroll down to the signature
25     page.
```

58

1                          A. Dahiya

2            A.   Yes.

3            Q.   Can you see that?  We'll start with

4       Go Global.  The Go Global signer is Jeffrey

5       Streader, is that right?

6            A.   Yeah.

7            Q.   He is the managing partner.  It

8       says that as his title, is that right?

9            A.   Yeah.

10           Q.   And do you see his signature there?

11           A.   Yes.

12           Q.   And to the right of that is the

13      Dream On Me signature line.  Do you see that?

14           A.   Yes.

15           Q.   It's signed by Avish Dahiya, is

16      that right?

17           A.   Correct.

18           Q.   That's you?

19           A.   Correct.

20           Q.   Is that your signature?

21           A.   Yes.

22           Q.   Your title listed here is CMO and

23      CTO, is that right?

24           A.   Yes.

25           Q.   What is a CMO?

59

                              A. Dahiya

1

2          A.   Chief marketing officer.  CTO is

3     chief technology officer.

4          Q.   Also I see that you're signing it

5     on behalf of Dream On Me, Inc./DOM family.

6     What is the DOM family?

7          A.   DOM family is short form of DOM

8     brands.  You know, it's like a family of

9     brands.  We have multiple brands.

10         Q.   Do you normally sign documents that

11    way when you sign on behalf of DOM?

12         A.   I don't remember, but I don't -- I

13    don't know.

14         Q.   Did you have authority to sign this

15    document?

16         A.   No, I didn't have authority to sign

17    this.

18         Q.   You didn't ask anyone for authority

19    to sign this document?

20         A.   I didn't have the concerned

21    person --

22         Q.   Say that again?

23         A.   I didn't have a concerned person

24    to --

25         Q.   What do you mean by that?

60

                              A. Dahiya

1

2          A.   This was on Saturday and it was --

3    yeah, so Mark wasn't available.  We didn't

4    have access to legal counsel, nothing when we

5    signed this.

6          Q.   I'm not asking if you had access to

7    legal counsel.  I'm asking if you had

8    authorization from Dream On Me to execute

9    this document?

10         A.   No, I didn't have it at that point,

11   no.

12         Q.   You didn't ask Mark?

13         A.   No.

14         Q.   Is there anyone else you would have

15   to ask to get authorization?

16         A.   It's Mark.

17         Q.   Not Joey?

18         A.   No.

19         Q.   Is there --

20         A.   Joey was not involved in this

21   process so he wouldn't know.

22         Q.   Did you need to ask Mark for

23   permission to sign any document on behalf of

24   Dream On Me?

25         A.   Yes.  So yes, you'll say this is

61

                          A. Dahiya

1

2      the document and he has to say yes, good to

3      go or whatever, yeah.

4              Q.   And have you done so in the past?

5              A.   Yes.

6              Q.   Every single time?

7              A.   As I remember, yes.

8              Q.   Can you give me specific examples

9      of agreements you've signed on behalf of

10     Dream On Me in which you asked Mark for

11     permission expressly?

12             A.   Yes, there are many agreements,

13     whether it's a retail agreement that comes

14     in, you know, I'll ask him is it good to

15     sign.  And he'll agree or he'll have concerns

16     or he'll tell me that this needs more

17     vetting.  That's what we do.

18             Q.   I'm asking for a specific example.

19             A.   Yes, Amazon contracts, retailer,

20     yeah.

21             Q.   You've always asked him, is that

22     right?

23             A.   Correct.

24             Q.   You've never failed to ask him for

25     authority before?

62

1                        A. Dahiya

2            A.   As I remember, yes.

3            Q.   But you did so in this instance, is

4      that right?

5            A.   I didn't ask him.

6            Q.   Why not?

7            A.   He was not available and I just

8      took a decision to sign.

9            Q.   Did you read this document before

10     you signed it?

11           A.   It will show my incompetency, but I

12     didn't.

13           Q.   Did you have an attorney review it

14     before you signed it?

15           A.   No.

16           Q.   Do you know if anyone at Dream On

17     Me reviewed it before you signed it?

18           A.   No.

19           Q.   This is going to be repetitive, do

20     you see the first paragraph, paragraph one?

21           A.   Yes.

22           Q.   Did you read that paragraph before

23     you signed this?

24           A.   Yes, I did read that one, yes.

25           Q.   Do you see paragraph two on the

63

```
 1                          A. Dahiya

 2       page in front of you?

 3              A.   I don't remember, but the usual

 4       notion is that it's a standard mutual

 5       nondisclosure agreement so that's what I

 6       believed this is.  And it was my reason to

 7       sign it and send it quickly back.

 8              Q.   I'm just asking if you read

 9       paragraph two before you signed this

10       document.

11              A.   I don't remember.

12              Q.   Okay.  What about paragraph three,

13       did you read paragraph three, I will scroll

14       down, before you signed this document?

15          I realize it bleeds onto the top part of

16       the right side of the page, let me know if

17       you need me to scroll for you.

18                  (Whereupon, at this time, there was

19              a pause in the proceeding.)

20              A.   I don't remember, but it seems very

21       difficult for me to now think about that

22       thing, but I think when I started to look at

23       it, it's my viewpoint that this is a standard

24       nondisclosure agreement so it's fine, you

25       know.  They have something they want to talk
```

64

1                            A. Dahiya

2          about and that's what my thinking was at that

3          point in time.  This needs to be done ASAP

4          and that's it.

5                  Q.   Did you review --

6                  A.   It was Sunday, I was home and --

7          yes, so go.

8                  Q.   Did you review paragraph three

9          before you signed this document?

10                 A.   No.

11                 Q.   Did you review paragraph five

12         before you signed this document?  I can

13         scroll if you need me to.

14                 A.   No, I didn't.

15                 Q.   Did you review paragraph 12, at the

16         bottom of this page now, leading up to the

17         top of the right side, did you review

18         paragraph 12 before you signed this document?

19                 A.   No.  I don't remember.  I don't

20         think so that I did.

21                 Q.   I believe you testified when I was

22         asking you about paragraph one that you did

23         review this paragraph before you signed it?

24                 A.   Yes.

25                 Q.   Is that right?

65

                            A. Dahiya

1

2          A.    The one, yes.

3          Q.    This paragraph says, "In connection

4     with this discussion regarding the purpose

5     defined below, Global may disclose

6     proprietary information defined below to

7     recipient.  As a condition to such

8     information being furnished to recipient,

9     recipient agrees to treat any information

10    concerning the target in accordance with the

11    provisions of this agreement and/or to take

12    or abstain from taking certain actions set

13    forth herein."  Do you see that?

14         A.    Yes.

15         Q.    And you read that before you signed

16    this, correct?

17         A.    Yeah.

18         Q.    You didn't read any other

19    paragraph?

20         A.    Again, I -- yeah, no.

21         Q.    You were aware after reading this

22    paragraph that Go Global was going to

23    disclose proprietary information to you, is

24    that right?

25         A.    Yeah.  They know what that

66

1                          A. Dahiya

2          information was, but they wanted to talk

3          after this was being signed, after this being

4          signed, yeah.

5                  Q.   You know what an NDA is, right?

6                  A.   Yes.

7                  Q.   You know it's used to protect, in

8          some instances, the disclosure of

9          information -- to protect against the

10         disclosure of information?

11                 A.   Yeah.  Yeah.  It is a normal

12         business practice.  And usually I've seen in

13         such cases, it's a mutual nondisclosure

14         agreement because information is shared

15         between both the parties.

16                 Q.   This is not a mutual nondisclosure

17         agreement, isn't that right?

18                 A.   I thought it was a mutual

19         agreement.

20                 Q.   Why did you think Go Global was

21         giving you the NDA to sign?

22                 A.   Because they wanted to share

23         information or they wanted to talk to us

24         immediately and they wanted this to happen.

25                 Q.   And you were willing to receive

67

```
 1                          A. Dahiya

 2      that information, correct?

 3            A.   Yeah, have the discussion and look

 4      at that information, yes.

 5            Q.   And that's why you signed the NDA,

 6      is that right?

 7            A.   Yeah, it's --

 8            Q.   At this point in time, and this

 9      agreement is dated June 10, 2023, had Dream

10      On Me developed a financial model in relation

11      to the bid for BBBY's assets?

12            A.   I know we didn't have a financial

13      formal bid for any buyout, no.

14            Q.   I'm asking about, just to clarify,

15      a financial bid, financial model and had

16      Dream On Me developed a financial model at

17      this time?

18            A.   Whatever the models was in Bed,

19      Bath were the models that we were using.

20            Q.   What you say Bed, Bath, are you

21      referring to the Lazard data room?

22            A.   Yes.

23            Q.   And again that stuff was available

24      to everyone who was making --

25            A.   Correct.
```

68

                              A. Dahiya

1

2          Q.   Looking into a bid?

3          A.   Correct.

4          Q.   On June 6, 2023, is it fair to say

5     that Dream On Me was interested in and

6     working on developing a bid for BBBY's

7     assets?

8          A.   Yes.

9          Q.   Who at Dream On Me was working on

10    this?

11         A.   Mark, financial was more of his,

12    look at that data and understanding that.

13    Milan was helping him.

14         Q.   Anybody else?

15         A.   No, not on the financial side, no.

16         Q.   What about in other areas in

17    relation to a bid for BBBY's assets?

18         A.   Amit was working on it, but I don't

19    know anyone else at that point in time.

20         Q.   Was Jack Srour working on this

21    potential deal?

22         A.   Jack was involved because he was

23    there in this.

24         Q.   So --

25         A.   He was giving his opinions and his

69

1                           A. Dahiya

2          feedback.

3                Q.   I believe you testified that Mark

4          was involved, is that right?

5                A.   Yes.

6                Q.   And I believe you testified that

7          Mark's involvement concerned looking at the

8          financial model, is that accurate?

9                A.   Correct.

10               Q.   You testified that he understood

11         the data, is that right?

12               A.   The financial aspects of the

13         business, that's what he does.

14               Q.   Do you know if Mark was working on

15         anything else in regards to this deal?

16               A.   Maybe on the funding side, trying

17         to talk to different people, yes.

18               Q.   At this point in time, June 10, had

19         Mark shown you any financial model that he

20         was working on?

21               A.   No, Mark -- Mark works a lot from

22         his business acumen, right.  Whatever my past

23         experience with him is, that he just -- he

24         doesn't rely on numbers.  He has to have the

25         business side of it, the value proposition of

70

1                              A. Dahiya

2           it, can he improve it.  He knows the

3           business.  He knows the product.  He knows so

4           it's all about how can I bring value to this.

5           I have a source supply chain.  I have a

6           certain expertise, if financially put in, is

7           it in the numbers.

8                Numbers are all over the place.  It's

9           very difficult for any model to really

10          justify any numbers so his was always, hey,

11          we know this well.

12               Let's say these numbers are wrong.  We

13          can still, knowing the business, we can still

14          take value out.  That's -- I think that's how

15          his head is at.  It's always -- that's what

16          we have done always in the past deals.

17          That's how he operates.  That's Mark, you

18          know.

19               And that's how he was working with his

20          family and friends telling them that buybuy

21          BABY is a great brand and we don't know where

22          we will land, but hey, I'm here and I

23          understand this.  I can make it work, you

24          know.

25               Q.   Would you say that Mark like

71

1                        A. Dahiya

2        operates on his gut?

3            A.   Yes, a lot.  A lot.

4            Q.   And again, just to clarify, at this

5        time Mark had not shown you a financial model

6        that he had developed, is that right?

7            A.   Yes, he was working on the models,

8        all the financial things that were there in

9        Bed, Bath.  So he was quite deep into those

10       data to see what they were saying.

11           Q.   He was reviewing the data in the

12       Lazard data room, is that right?

13           A.   Yes.

14           Q.   Was he reviewing other data?

15           A.   Other than in the sense that we

16       knew the people who were in Bed, Bath so we

17       can talk to them.  He had his own financial

18       advisers.

19           I don't know who else he would have

20       spoken to.  I'm not privy to that.

21           Q.   Fair enough.

22           A.   Yeah.

23           Q.   You mentioned Milan Gandhi, what is

24       his role in relation to this deal?

25           A.   So financial advice, his

72

1                        A. Dahiya

2          facilitation capabilities, network.  He

3          brings phenomenal network to the table so we

4          can reach out to anyone else, whether we need

5          to reach out to Helco or reach out to this or

6          that.

7               He's well in the network.  We could talk

8          to those people if need be, financial

9          institutions that we can reach to.  So he had

10         that, the ability to talk to them, let's take

11         their viewpoint, listen to them kind of.  A

12         guy who can tell you, okay, these are the

13         risks from his perspective and make sure you

14         look at these things before you make certain

15         decisions.  That has been his role.

16              Q.   What due diligence was Milan

17         specifically responsible for in relation to

18         Dream On Me's development of a bid for BBBY's

19         assets, if you know.

20              A.   I remember that we had 20 hour days

21         and we were just sleeping out of the office.

22         It was all over the place.  You know, if you

23         ask me to go back, and it was a horrendous

24         experience, and I -- he was trying to do --

25         everybody was trying to do the best they can

73

```
 1                    A. Dahiya

 2    in that limitation that we were provided to

 3    operate in, you know.

 4        Q.   Did you feel that you were, that

 5    you did not have the resources at the time

 6    when you were developing this bid, the

 7    adequate resources to develop this bid?

 8        A.   Always short on resources.  If

 9    somebody would have given us a hundred

10    people, even that would have been short.

11        Q.   How many people did you have?

12        A.   I know somebody was working with

13    Mark.  He had his, whatever his connections,

14    but the core members in the process were all

15    of us, Amit, myself, Mark, Milan.  Of course

16    we had legal help, a legal team.

17        Mark had his team from supply chain that

18    DOM has, imports coming from them.  Them

19    looking at some of the data points and giving

20    him that feedback and his other financial

21    guys he may have reached out to to just give

22    their viewpoint, hey, what do you think about

23    this, you know.

24        Q.   You mentioned someone was working

25    with Mark.  Do you know who that was?
```

74

```
 1                        A. Dahiya
 2            A.   There was a gentleman, I don't
 3       remember his name.
 4            Q.   Was his name Scott Englander?
 5            A.   I believe he's his real estate
 6       partner.
 7            Q.   I'm asking if the person you're
 8       thinking of that Mark was working with, was
 9       it Scott Englander?
10            A.   Maybe.  His real estate partners
11       and their teams could be working with Mark.
12       Very difficult, again, I don't have that
13       view.  There was a gentleman working on some
14       financials.  His name was Yussi.  Yussi or
15       Yoshi.
16            Q.   Do you know what Yussi's full name
17       is?
18            A.   Not right on the back.
19            Q.   If I tell you Yussy's full name is
20       Joseph Friedland, does that sound right to
21       you?
22            A.   Joseph Friedland, again, seems to
23       be his partner in real estate, but there was
24       somebody in financials that was helping him.
25       Could be part of the same group.  You know,
```

75

1                              A. Dahiya

2          it could be -- you know, they must be working

3          together on the financial side so it's

4          difficult to really pinpoint.

5               Q.   I'm going to throw out a few names.

6          I realize you said you don't remember, but I

7          will try and refresh your recollection.

8               Is the person that you're trying to

9          think of who Mark worked with Jacob Sod?

10              A.   Again, one of the investors, yeah,

11         one of the investors.

12              Q.   What about Charles Fern?

13              A.   Charles Fern?  Again one of the

14         investors.

15              Q.   Jacobi Azot, Jacoba Azot?

16              A.   Must be one of his investors in

17         real estate, yeah.

18              Q.   I believe you testified that Amit

19         was working on the technology side, is that

20         right?

21              A.   Correct.

22              Q.   What else was he working on, if

23         anything, if you know?

24              A.   During this process his entire

25         focus was on -- that was one area that I

76

                              A. Dahiya

1
2          personally was very concerned, the technology
3          part of Bed, Bath and that we knew even when
4          we were working with them, it's not something
5          that came up overnight because we used to
6          work with them.  I've been working with the
7          teams in the past and always this used to --
8          buybuy BABY is a challenge.
9              It used to be a challenge during even
10         when buybuy BABY was operating.  That they
11         didn't know what the hell tech was doing.
12         The systems and simple processes used to take
13         forever.  Getting one product line used to
14         take 60 days, 90 days.
15             So there was a black hole somewhere in
16         that so we needed to really make sure what
17         that world looks like.  That's intertwined to
18         the core and that also brings the question of
19         validation of those numbers in any of those
20         core areas, God knows, you know, kind of
21         situation.
22             Q.  As of June 10, 2023, do you know if
23         Amit had produced any written documentation
24         with regard to an analysis that he developed
25         relating to Dream On Me's bid for BBBY's

77

1                          A. Dahiya

2       assets?

3              A.   I don't recollect, but I know he

4       had his viewpoint.  Again, it was --

5       everybody was in those days.  So he was

6       talking to people.  His viewpoint could be

7       changing.

8              Again, though we look like a team, we

9       were doing whatever in our own silo self to

10      make sure you don't drop the ball and keep

11      running with it kind of situation.

12             Q.   I believe you also testified that

13      Jack Srour had been involved, is that

14      accurate?

15             A.   Yes, he was in.  I do remember him

16      participating in the meeting and he did -- he

17      did provide his feedback.  Mark and him has a

18      relationship, so yeah.

19             Q.   When you say --

20             A.   Plus he was in training, learning.

21             Q.   When you say the meeting, what

22      meeting are you referring to?

23             A.   The one we had in the restaurant.

24             Q.   Is that the June 12 in-person

25      meeting between Dream On Me and Go Global?

78

1                          A. Dahiya

2              A.    June.

3              Q.    June, this happened on June 10?

4              A.    I feel -- no, June 12, correct,

5         sorry.

6              Q.    No problem.  No problem.  I was

7         surprised.

8              A.    June 12.

9                   MR. MURPHY:  Can we take a break

10                  for a moment.  We can go straight

11                  through to lunch.

12                  MR. BERLOWITZ:  I was going to

13                  finish a couple of things and then we

14                  can take a break.  I'm happy to take a

15                  break right now.

16                  MR. MURPHY:  I just -- it's been

17                  like an hour and 40.

18                  MR. BERLOWITZ:  Let's take a break

19                  now.  How much time do you want?

20                  MR. MURPHY:  Just five or ten

21                  minutes.

22                  MR. BERLOWITZ:  Let's go ten

23                  minutes.

24                  (Whereupon, at this time, there was

25                  a pause in the proceeding.)

79

1                          A. Dahiya

2          Q.   I don't believe I'm displaying

3     anything.  Do you see the document I'm

4     displaying to you?  It should be the NDA that

5     we've been discussing.

6          A.   Yes.

7          Q.   I believe that you testified that

8     you don't have a formal title with Dream On

9     Me, is that right?

10         A.   Formal title?  I didn't get your

11    question.

12         Q.   My question is, did you previously

13    testify that you do not have a formal title

14    with Dream On Me?

15         A.   No, I said titles don't mean

16    anything at Dream On Me because people do

17    everything.

18         Q.   Okay.  So when you put your title

19    as CMO, CTO, I guess my question is why did

20    you choose those roles as your title?

21         A.   Those are assigned -- it means --

22    it doesn't mean that I only do CMO or CTO.

23    That's what I was saying.

24         Q.   You do more?

25         A.   Yes.

80

1                          A. Dahiya

2            Q.   But you are the CMO of Dream On Me?

3            A.   Correct.

4            Q.   And you are the CTO of Dream On Me,

5       is that right?

6            A.   Yes.

7            Q.   How big, when I say big, I'm saying

8       about the number of employees, how big is

9       Dream On Me, if you know?

10           A.   150, 200 people is a guess.

11           Q.   I prefer you not to guess.  If that

12      is an estimate based on your personal

13      knowledge, I will accept it.

14           A.   Yes, estimate.

15           Q.   Does anyone at Dream On Me report

16      to you?

17           A.   We have a flat structure so we have

18      teams, but we don't have a hierarchy.

19           Q.   Do you know if Dream On Me has an

20      operating agreement?

21           A.   I don't know, not aware.

22           Q.   Do you know if Dream On Me has a

23      Board of Directors?

24           A.   Not aware.

25           Q.   I believe you previously testified

81

```
 1                          A. Dahiya
 2         that you work for Dream On Me Industries, is
 3         that right?
 4               A.   Correct.
 5               Q.   You signed this document Dream On
 6         Me, Inc. though?
 7               A.   Yes.
 8               Q.   Do you see that?
 9               A.   Yes, I can see that.
10               Q.   Why did you do that?
11               A.   It's in our world when we write
12         Dream On Me, Inc. it's like we are saying
13         Dream On Me Industries Inc.  I don't know --
14               Q.   Is that also why you wrote DOM
15         family?
16               A.   Yes.  Yes, that's how we write it.
17               Q.   Did you sign an NDA with Lazard, do
18         you know if you did that?
19               A.   Yes.
20               Q.   Yes, you know?
21               A.   Yes, with Bed, Bath, correct.
22               Q.   And did you sign that document?
23               A.   I don't remember.
24               Q.   Do you know if you signed any other
25         NDA's related to this potential acquisition
```

82

1                            A. Dahiya

2          of BBBY's assets?

3                  A.    I don't believe so.

4                  Q.    Have you signed NDA's before?

5                  A.    Yeah, it's a usual document.

6          Mutual NDA's are very common and in my life

7          time I would have signed many mutual NDA's

8          yes.

9                  Q.    I believe you testified previously

10         that you were running 20 hour workdays while

11         you were working on a potential bid for

12         BBBY's assets, is that right?

13                 A.    Yeah.

14                 Q.    Was everyone on the team, by team

15         I'm referring to yourself, Mark, Milan, Amit

16         and Jack, were they all working long hours?

17                 A.    I believe so.  Everybody was.

18         Everybody was.  Maybe some people were

19         running early in the morning, some people

20         were working late.  It was all over the

21         place, but yes everybody was --

22                 Q.    I believe you even used the word

23         chaos or chaotic to describe it, is that

24         accurate?

25                 A.    Yes, the process was chaotic.

83

```
 1                    A. Dahiya
 2          Q.   Can you explain a little bit more
 3      about why you think the process was chaotic?
 4          A.   Many reasons.  Information, too
 5      much information, information changing on a
 6      daily basis.  The company is unfortunately --
 7      Bed, Bath was into GOB, going out of business
 8      sale.  That's happening live while you're
 9      trying to buy an asset.
10          And they are depleting the asset value.
11      That's happening.  You're trying to raise
12      capital.  You know, what really is the --
13      it's like a moving target.  I would say
14      you're trying to aim at a moving target and
15      that target keeps changing.
16          It's not one target, but the target
17      keeps changing.  It could -- the target could
18      change, so yeah.  Just the nature of this
19      whole deal, it was chaotic.
20          Q.   So very, very difficult time?
21          A.   Yes.
22          Q.   Very, very stressful?
23          A.   Yes.
24          Q.   A lot of information floating
25      around?
```

84

1                        A. Dahiya

2              A.    Yes.

3                   (Whereupon, at this time, an

4              exhibit was displayed via Zoom.)

5                   (Whereupon, at this time, a

6              document was marked as Plaintiff's

7              Exhibit 5, as of this date.)

8              Q.    I'm showing you another document.

9         This document is an email from Abhischek

10        Pathania.  I apologize for mispronouncing

11        that name.  You are one of the recipients,

12        Avish?

13             A.    Yes.

14             Q.    I apologize.  Is it okay if I call

15        you Avish?

16             A.    Yes.

17             Q.    You can call me Steve.

18             A.    Yes.

19             Q.    Thank you.  I appreciate that.

20        This was sent to you, an email dated June 10,

21        2023 and it bears Bates number GG 9434.  I

22        will give you a moment to read the top email.

23        Let me know when you're done.

24             A.    Yes.

25             Q.    Do you recognize this email?

85

1                        A. Dahiya

2          A.   Yes.

3          Q.   What is it?

4          A.   This is the access to the data room

5     with that signed NDA.

6          Q.   So after you signed the NDA on

7     behalf of Dream On Me, were you and Dream On

8     Me granted access to Go Global's data room?

9          A.   Yes.

10         Q.   That is separate from the Lazard

11    data room, correct?

12         A.   Correct.

13         Q.   And you knew that at the time of

14    this email?

15         A.   Yes, it was a different -- it was

16    not the same data room, yes.

17         Q.   Do you know whether you or anyone

18    else at Dream On Me accessed that data room?

19         A.   I know I did.

20         Q.   When you accessed the data room,

21    what did you see?

22         A.   When I went to the data room I saw

23    a lot of data that was from -- which is

24    buybuy BABY data that we had looked at in the

25    past and -- yeah.

86

```
 1                        A. Dahiya
 2           Q.   Did you see anything else that you
 3      hadn't seen before in the past?
 4           A.   Yes, there was, what do you call
 5      it, a Go Global presentation in that they
 6      talked about Go Global and there was a
 7      presentation which we had seen in the past
 8      which was buybuy BABY'S presentation.
 9           Q.   Well, I'm asking you if there was
10      any documents that you viewed that you hadn't
11      seen in the past?
12           A.   At that time, these were all, the
13      only documents.  We had no time to really go
14      through any documents regarding this.
15           I think what was the financial need of
16      theirs was one document, and that was the
17      conversation we were having, and then the
18      presentation.  Those were the only four
19      documents.
20           Q.   When you are talking about the
21      financial need, are you referring to, I'm
22      going to be a little bit general about it,
23      but the Go Global financial LRP model?
24           A.   Yes, you can say that and the
25      so-called Go Global LRP model was the baby
```

87

```
 1                         A. Dahiya
 2      LRP model.  It's a derivative of that model
 3      that we were already looking.
 4           Q.   When you say it was a derivative of
 5      the baby model --
 6           A.   Because we had the data that we had
 7      looked at from the Lazard data room and
 8      they're modeling on that for the funding part
 9      of it.
10           Q.   So they had taken the Lazard data
11      and manipulated it in some way in their
12      document?
13           A.   Yes, something like that, yeah.
14      That's the first realization that okay, fine,
15      this is the data they have.
16           Q.   Had you seen that before?
17           A.   No.  I had seen it before in the
18      sense because I have seen that baby model,
19      but I could see that there was
20      differentiation in what they were trying to
21      do for the raising of the capital.
22           Q.   What could you see in terms of that
23      differentiation?
24           A.   They were trying to show that so
25      much funding is required, so much funding we
```

88

A. Dahiya

1

2       are funding.  You know, we are going to

3       put -- they had -- I think that they didn't

4       define whose coming in, but I think it was

5       Sparrow.  We need X, Y, Z capital.  These are

6       the players where we need to get the capital.

7       We're going to invest ███████████████

8       That's what that data talked about, yes.

9           Q.   And is it your understanding that

10      data was based on -- is it your understanding

11      that was based on data in the Lazard data

12      room?

13          A.   They had to derive it out of that

14      data.

15          Q.   That information itself wasn't in

16      the Lazard data room?

17          A.   Yes, that specifically wasn't --

18      yes.

19          Q.   Your understanding was that that

20      was Go Global's work, right?

21          A.   Yes.  They asking for funding was

22      their work, correct.

23          Q.   At this time on June 10 when you're

24      viewing the data room, had Dream On Me done a

25      similar analysis?

89

                              A. Dahiya

1

2          A.   No, because we are looking at the

3     same model as an assumption of capital need

4     and how to target the asset was completely

5     different than the approach that they were

6     taking.

7          Q.   Had Dream On Me at this time

8     developed a document with similar analysis to

9     the one that you were looking at with regard

10    to Go Global's LRP model?

11         A.   No, we didn't have a professional

12    model like that to say.

13         Q.   Okay.

14         A.   Mark was working on his side so he

15    was working with his numbers, whatever he was

16    doing.

17         Q.   What did you do when you first got

18    access to the data, to the Go Global data

19    room?

20         A.   Yeah, I took a copy of that and I

21    sent out the model and the presentation to

22    the group, which is Milan, Mark and Amit.

23         Q.   Did you download the contents of

24    the Go Global data room to --

25         A.   Yes.

90

1                          A. Dahiya

2              Q.   -- your computer?

3              A.   Yes.

4              Q.   Did you save those contents?

5              A.   Yes.

6              Q.   You circulated it among Dream On

7         Me's personnel, is that right?

8              A.   Yes, only to three people who were

9         part of this process.

10             Q.   Do you recall testifying about a

11        June 12 in-person meeting between Dream On Me

12        and Go Global?

13             A.   Yes.

14             Q.   Did you attend that meeting?

15             A.   Yes.

16             Q.   Do you know who else attended that

17        meeting?

18             A.   Lazard team -- not Lazard, sorry,

19        Go Global team, there were three members.  I

20        think Christian was there, their CFO and a

21        lady by the name of Deborah.  And there was

22        another person from Ankura.  What was her

23        name?

24             Q.   Was it Kathleen Louster?

25             A.   Yes, you're right.  And then there

91

A. Dahiya

1
2           was Mike Bristol.
3                Q.   Were you just referring to the
4           notes we discussed earlier to see that --
5                A.   Yes.
6                Q.   Just checking.  Leading up to that
7           dinner, after you had scheduled that dinner,
8           but before the dinner had happened, what was
9           your expectation about what would be
10          discussed at that dinner?
11               A.   I think the key element was numbers
12          don't mean anything, it's the chemistry,
13          meeting of people that's more important.
14               That's as to Mark.  That's how he has
15          done business.  For him, it was very
16          important to see who are the people behind
17          the people that we are talking about, so that
18          was the key part of the meeting.
19               Like let's meet.  Let's see who are
20          these people are and let's talk.  That's what
21          was very important in Mark's view.
22               Q.   So was this meeting very much
23          introductory, getting to know each other,
24          seeing if there was chemistry between the
25          parties?

92

1                          A. Dahiya

2            A.    Correct.

3            Q.    How do you think the meeting went?

4            A.    It's a first meeting.  I think the

5       conversations was all about the process, you

6       know, everybody had challenges of trying to

7       do whatever we are trying to do.

8            And Ankura, which was there, which was

9       trying -- I don't remember, but I feel they

10      were trying to bring the urgency again to the

11      table that they needed something quickly from

12      Mark.

13           I don't have the details, but it was a

14      funding finance agreement signed that they

15      can submit with the deal.  It was like too

16      much from the first meeting point of view, of

17      course, greet, meet, but there was a strong

18      need to move forward fast.  And that we were

19      in these deadlines.  That was one of the

20      conversations, yes.

21           Q.    And again, the need to move fast

22      was because of the deadlines for the

23      bankruptcy auction, right?

24           A.    Yes.  And we told them, you know,

25      our thing, we will just ask for more time.

93

1                          A. Dahiya

2          Like we -- this can't be happening.  We are

3          to get -- our ask was let's get two weeks,

4          right, a bandwith of two weeks together.

5          That nobody needs to tell us that we need to

6          do this.

7              That's what we were telling them, let's

8          just ask them, this is not doable.  It's a

9          moving target.  You can't do it.

10             Q.   What did you think of the Go Global

11         team after the June 12 meeting?

12             A.   Skeptical.  We didn't have -- we

13         came to know that there were other members

14         in the Global universe that we had to meet

15         and should meet.  That was one.

16             The second is I don't think we got the

17         pulse, the very speed at which this had to be

18         happened, we didn't get the pulse that even

19         they knew what they were doing or they were

20         in a position to pull this off.

21             Q.   Were you interested -- keep going.

22         I didn't mean too interrupt you.

23             A.   Yes, sorry.  That was my ending.

24             Q.   Were you interested in further

25         discussions with Go Global following this

94

1                            A. Dahiya

2          June 12 meeting?

3                  A.   I don't know how we left it at.  We

4          said we'll get back kind of situation.  Then

5          hey, let's meet everyone and come to our

6          office.  That's what finally happened.  And

7          an invitation to, what was his name, Jeff.

8                  Q.   Jeff Streader?

9                  A.   Yes.  Invitation for him to come

10         over and meet in-person and let's talk

11         further in a shorter time for a dinner to

12         make a decision on a ███████████████████

13         ███████████  and not knowing really what we are

14         doing.

15                 Q.   Did you speak with Mark about the

16         June 12 meeting after it happened?

17                 A.   I believe so.  After the dinner,

18         yes, we had some conversation.  Even I was

19         not very confident.

20                 I think we were just testing, what do

21         you mean, what do you think.  Maybe Jack was

22         there too.  What do you feel.  We all were

23         not feeling very confident.

24                 Q.   You're not feeling very confident,

25         that's your testimony?

95

                              A. Dahiya

1

2          A.    Yes.

3          Q.    You said you were skeptical, right?

4          A.    Yes.

5          Q.    But you still wanted to hear more,

6     is that fair?

7          A.    No.  The idea was one, that not all

8     the players were there so we should have all

9     the partners in.  That's one thing.  That if

10    you have to, okay, but it's too short a time.

11         This could have been with anyone.  It's

12    too short a time, too fast.  Are we trying to

13    judge this too fast, right?

14         Q.    Right.

15         A.    We just met.  It was just a typical

16    business that hey, it's not adding up.  It's

17    like you're not getting the feel that they

18    know enough about the business, whatever that

19    was like.  It definitely meant another

20    meeting.

21         Q.    Did you tell Mark that you didn't

22    like Go Global after this meeting?

23         A.    Skeptical would be the word.

24         Q.    You didn't say I don't like them?

25         A.    How should I put it?  I don't like

96

1                          A. Dahiya

2         them?  You can't trust them, yeah.  The other

3         word was I can't trust.

4              Q.   Sorry, I am -- I don't understand

5         your response.

6              A.   I would say can't trust them.

7              Q.   Why do you think that?

8              A.   Again, too fast.  And I don't --

9         just the dynamics, the people in the play.

10        Yes, just the nature of this whole process

11        that you can't just do it blind, whatever.

12             Q.   But again, and that was driven by

13        the fact, at least in part, that the

14        scheduling was very compressed, is that

15        right?

16             A.   Part of the problem.

17             Q.   Were there other reasons that you

18        didn't trust Go Global?

19             A.   Just many things.  Like it's too

20        short a time.  So okay, you're struggling to

21        brand this and now you have to work with a

22        partner to do a joint brand with a limited

23        time to really understand two partners.

24        You're complicating this to four-X.

25             Q.   I understand that.  I understand

97

1                          A. Dahiya

2           the piece where it's a compressed time frame,

3           you're tracking to get to know these people.

4           I understand that piece.

5               I want to know if there's another reason

6           why you thought that you couldn't trust Go

7           Global other than the compressed timeline?

8               A.   Yes, their financial ability was in

9           question, whether they can -- whether they do

10          have the funds and whether they can pull this

11          off, yes.

12              Q.   Before you had access to the Go

13          Global data room, did you know what their

14          financial position was?

15              A.   No.

16              Q.   You knew after you got access to

17          the Go Global data room?

18              A.   Yes, whatever was there.

19              Q.   Okay.

20              A.   We looked at it, yeah.

21              Q.   Did you know the financial position

22          of any other potential bidder in this

23          auction?

24              A.   When you say financial position of

25          others, in what sense?  Their ability to do

98

1                        A. Dahiya

2        the job?

3             Q.   Let me clarify.  You testified that

4        one reason you felt skeptical or you couldn't

5        trust Go Global was because of the financial

6        position that you reviewed in the documents

7        they provided you in their data room, is that

8        accurate?  That's one reason, is that

9        accurate?

10            A.   Yes.  I mean the conversation where

11       we are talking about, the 12th of June

12       meeting, and that conversation didn't

13       deliver, right, and didn't solve that

14       problem, yes.

15            Q.   So I want to know, you got that

16       information from Go Global.  Did you get that

17       kind of information from any other potential

18       bidder in relation to the BBBY bankruptcy

19       auction?

20            A.   No, but it means whether we know --

21       it doesn't mean that somebody gives us an

22       Excel and that is the financial ability of

23       someone, no.  That's not how financial

24       ability comes.  It comes from what have they

25       done, where they are in the business.  So

99

```
 1                      A. Dahiya
 2        when we talking about Bed, Bath & Beyond with
 3        other partners to partner, we knew those
 4        guys.  Right, $300 million company, $500
 5        million, a billion dollar company, right.
 6        They're coming in, hey, let's work together.
 7        Yes, if you ask me do they have financial
 8        ability?  I would have said yes.
 9             Here we didn't have enough.  We don't
10        know what their current financial whereabouts
11        was, where they were, no data.
12                  (Whereupon, at this time, an
13                  exhibit was displayed via Zoom.)
14                  MR. BERLOWITZ:  I'm displaying an
15                  email to you now.  This email is from
16                  Mark Srour to Milan Gandhi, Jack Srour
17                  and Avish Dahiya.  It is dated June 13.
18                  The subject is BBBY investment.  And it
19                  bears Bates number beginning with DOM
20                  2770.
21                  (Whereupon, at this time, a
22                  document was marked as Plaintiff's
23                  Exhibit 6, as of this date.)
24             Q.   This is a two page email and I will
25        give you a moment to read the first page.
```

100

1                         A. Dahiya

2        Let me know when you are finished and I will

3        scroll down to the second page.

4                    (Whereupon, at this time, there was

5                a pause in the proceeding.)

6                A.   Okay.

7                Q.   This is the second page.  Let me

8        know when you're finished reading.

9                    (Whereupon, at this time, there was

10               a pause in the proceeding.)

11               A.   Okay.

12               Q.   I realize this represents -- the

13       top email is from Mark.  I'm interested in

14       the email that's below that that's from Milan

15       dated June 13 sent to Mark and you are cc'd

16       on this.

17               A.   Yes.

18               Q.   The first sentence says,

19       "Yesterday's dinner was necessary to

20       understand views and ask of both parties and

21       here are my views."  Do you see that

22       sentence?

23               A.   Correct, I do.

24               Q.   And the yesterday dinner, is that

25       in reference to the June 12 meeting?

101

                           A. Dahiya

1          A.   Yes.  This is dated the 13th so

2     yesterday would be the 12th, yes.

3          Q.   The next paragraph, the first

4     sentence you write, "Investment opportunity,

5     this is a once in a lifetime --"

6               MR. MURPHY:  Objection.  He didn't

7          write this.

8               MR. BERLOWITZ:  Thank you.

9          Q.   Milan writes, "Investment

10    opportunity.  This is a once in a lifetime

11    opportunity to be one of the owners of such

12    an iconic retail brand."  Do you see that

13    sentence?

14         A.   Yes.

15         Q.   Do you see that sentence?

16         A.   Yes.

17         Q.   Do you agree with that sentence?

18         A.   Yes.

19         Q.   At the bottom of the page, the last

20    sentence, "If we do not participate, there is

21    a risk that one of our competitors may join

22    and we lose."  Do you see that sentence?

23         A.   Yes.

24         Q.   Do you agree with that sentence?

102

1                          A. Dahiya

2              A.    No.

3              Q.    Why not?

4              A.    Such a complex transaction, moving

5         target, so many variables, my viewpoint would

6         be, God knows.  It's Milan's viewpoint

7         probably.

8              Q.   That's fair.  This is Milan's

9         viewpoint.  It's his email.

10             One more sentence I want to read to you,

11        the last sentence in this paragraph here that

12        begins with technology, "Technology, funding,

13        supply chain and Human capital functions,

14        they're all inherent risks and we will be

15        going into unchartered terrain, but Newco

16        management working collectively as a team and

17        collaborated nicely, BBBY can again be go-to

18        place for U.S. consumers."  Do you see that

19        sentence?

20             A.   Yes.

21             Q.   The part where Milan says we will

22        be going into unchartered terrain, do you see

23        that?

24             A.   Yes.

25             Q.   Do you agree with that?

103

1                          A. Dahiya

2              A.   How do I -- I don't know what he

3         is -- what is the context he's alluding to,

4         but I would say every business is

5         unchartered.  Even restarting the same damn

6         business, it's unchartered, same

7         difficulties.  This is 101.

8              You have to solve technology.  You have

9         supply chain problem, the funding problem.

10        These are basic fundamentals of running any

11        new company.

12             I don't know what's unchartered.  It

13        means whoever, whether it's us, it's

14        unchartered.  If somebody says otherwise, who

15        knows.  Nobody is an expert.

16                  (Whereupon, at this time, an

17                  exhibit was displayed via Zoom.)

18             Q.   I'm now displaying a different

19        email to you.  It's sent from you to Scott

20        Englander.  It cc's Mark.  It's dated

21        June 16.  3032 Bates number.  Do you see

22        this.

23                  (Whereupon, at this time, a

24                  document was marked as Plaintiff's

25                  Exhibit 7, as of this date.)

104

1                          A. Dahiya

2          Q.   Do you see this email?

3          A.   Yes.

4          Q.   Do you recognize this email?

5          A.   Now I do.  It's Friday the 16th.

6          Q.   The first sentence or I guess the

7      second sentence you write, "The window of

8      opportunity is short, but with huge upscale."

9      Do you see that sentence?

10         A.   Yes.

11         Q.   What did you mean by the window of

12     opportunity is short?

13         A.   This could be with reference to

14     same, that there's a time stamp to anything

15     that we are trying to do.

16         Q.   What did you mean by huge upscale?

17         A.   Huge upscale in the sense that the

18     brand has a huge potential, right.  That's

19     the message in there.

20         Q.   Is it fair to say that Dream On Me

21     was extremely excited about potentially

22     winning a bid for BBBY's assets?

23         A.   Yes, that's been there since '21.

24         Q.   Below this email you can see on

25     June 16 at 8:04 a.m., Mark is writing,

1                        A. Dahiya

2          "Scott, we are running out of time."  Do you

3          see that?

4              A.   Yes.

5              Q.   You do see that?

6              A.   Yes.

7              Q.   And that's just reflective of what

8          we discussed before with regard to the fact

9          that the timeline on the bid was extremely

10         compressed.  Does that seem fair?

11             A.   Yes, this -- this has been the case

12         since day one.

13             Q.   The email at the very bottom that

14         is sent by Scott Englander says, "Just so you

15         are aware, Yussy was oversees the last two

16         weeks.  He says he will review the materials

17         over the weekend and will call you on

18         Monday." Do you see that sentence or those

19         two sentences?

20             A.   Yes, I do.

21             Q.   And do you see where he says he

22         will review the materials over the weekend?

23             A.   Uh-hum.

24             Q.   Is that a yes?

25             A.   Yes.

106

1                              A. Dahiya

2          Q.   Do you know what materials Scott is

3     referring to in this email?

4          A.   From this, I don't remember.

5          Q.   Do you know who Scott Englander is?

6          A.   One of Mark's partners.

7          Q.   Are you guessing?

8          A.   I assuming he is -- Scott is his

9     partner in real estate.

10         Q.   Do you know if Scott Englander

11    works for Dream On Me?

12         A.   No.

13         Q.   No, you don't know or no, he does

14    not work there?

15         A.   He does not work there.

16         Q.   Do you know if Scott Englander

17    received Go Global's model?

18         A.   I don't know.

19         Q.   You don't know --

20         A.   I don't know whether -- what he

21    got.

22              (Whereupon, at this time, an

23         exhibit was displayed via Zoom.)

24         Q.   I'm displaying another document to

25    you.  The top email is from Mark dated

107

1                    A. Dahiya

2    June 14.  It is to Charles DOM, but the email

3    below that I see is drafted by you to Mark

4    and Milan dated June 11th.  Do you see that?

5         A.   Uh-hum.  Yes.

6              (Whereupon, at this time, a

7              document was marked as Plaintiff's

8              Exhibit 8, as of this date.)

9         Q.   The email is Bates stamped DOM

10   2943.  You write in this email, "Attached is

11   the investment presentation by Go Global on

12   BBB and the financial model."  Do you see

13   that?

14        A.   Yes.

15        Q.   Do you see the next sentence that

16   says they are bidding ███████, expect

17   another ████████ as working capital to run

18   the business with ██████████.  Do you see

19   that?

20        A.   Yes, as per the data, yes.

21        Q.   Did you know before you got access

22   to Go Global's data room that they were going

23   to be bidding ██████████?

24        A.   No.

25        Q.   Did you know that they were going

108

1                              A. Dahiya

2       to be bidding ████████ before you signed

3       the NDA?

4             A.   No.

5             Q.   Did you know that they would expect

6       another ████████ as working capital before

7       you got access to the Go Global data room?

8             A.   No.

9             Q.   Did you know this before you signed

10      the NDA?

11            A.   No.

12            Q.   Below there's a graphic.  There's a

13      piece, I don't know -- I want you to tell me

14      a little bit about this.  Where did you get

15      this graphic?

16            A.   This is the only piece that I could

17      figure it out that hey, this is something

18      that concerns Mark because if he's planning

19      to partner, then that's what that looks like.

20            So this was -- that caption, Mark

21      doesn't read his emails, and my thing was

22      okay, here it is, this is what you can --

23      they have said family office.  You could be a

24      family office here, that they are thinking of

25      investing, wanting you to invest.

109

1                          A. Dahiya

2              This was a more telling them that hey,

3         this is what their investment requirement is.

4              Q.   My question is, where did you get

5         this graphic?

6              A.   Should be from one of the Excels.

7              Q.   From the Go Global model?

8              A.   Yes, one of their Excels.

9              Q.   Did you have this information that

10        is contained in this graphic before you

11        signed the NDA?

12             A.   No, we didn't.

13             Q.   Did you have this information

14        before you accessed and downloaded the

15        documents in the Go Global data room?

16             A.   No, we didn't.

17             Q.   Is this information contained in Go

18        Global's LRP financial model, if you know?

19             A.   Yes, could be.

20             Q.   Okay.

21             A.   They have their investment, what

22        they were asking, seeking that data, yes.

23                  (Whereupon, at this time, a

24                  document was marked as Plaintiff's

25                  Exhibit 9, as of this date.)

110

1                          A. Dahiya

2              Q.   I'm sharing another email with you.

3         This email is from Mark to Michael Tennyson

4         and Gary Mason.  It is dated June 14.  It

5         bears Bates number DOM 2969.

6                   MR. MURPHY:  Are we marking these

7              in sequential numbers?

8                   MR. BERLOWITZ:  Yes.

9              Q.   I realize you are not on the top

10        email, but you did write the bottom portion

11        of this email and this bottom portion is what

12        we just reviewed, is that right?

13             A.   Correct.

14             Q.   And at the top you can see that

15        Mark is forwarding your email to Michael

16        Tennyson, is that right?

17             A.   That's what it shows.

18             Q.   He's forwarding it to Gary Mason,

19        is that right?

20             A.   Yes.

21             Q.   Michael Tennyson is not a Dream On

22        Me employee, is that right?

23             A.   No.

24             Q.   He doesn't own Dream On Me either,

25        is that right?

111

1                        A. Dahiya

2           A.   I don't have that information.

3           Q.   You don't know whether Michael --

4      that's fine.

5           A.   That's inside information.  That's

6      a Mark question.

7           Q.   That's fair.  Do you know if Gary

8      Mason works for Dream On Me?

9           A.   No.

10          Q.   No, you don't know or no, he

11     doesn't?

12          A.   No, he doesn't.

13          Q.   This email contains an attachment,

14     a couple of attachments, one of which is the

15     1.6.1 Go Global baby LRP model, version 9.8

16     updated 6.7 version 2.  Do you see that?

17          A.   Yes.

18          Q.   Is it fair to say that Mark is

19     sending here the Go Global model to people

20     who do not work for Dream On Me?

21          A.   Yes.

22          Q.   Did you ever become aware that Mark

23     had sent the GG model to people who did not

24     work for Dream On Me?

25          A.   He may have sent the model to his

112

A. Dahiya

1

2          investors to get their -- this is what --

3          this is -- when is it dated?  Probably he's

4          getting their -- I don't know what his intent

5          was.  Maybe getting their input, what do you

6          think, is it worth investing or do you guys

7          want to invest.  I don't know the purpose,

8          but yeah.

9               Q.   My question is, did you become

10          aware at a certain time that Mark had done

11          this?  The date was June 14.

12               A.   It means to this email?

13               Q.   Either.

14               A.   Are you asking in general?

15               Q.   In general.

16               A.   Yes, I'm aware.  I don't remember

17          again, specifically, but if it was previous,

18          and it is going beyond, I would have told him

19          that hey, we can just share the Lazard versus

20          this, it's -- I would have told him that.

21               Q.   Do you know whether you became

22          aware that Mark had circulated Go Global's

23          model to people who did not work for Dream On

24          Me?

25               A.   I don't remember.

1                           A. Dahiya

2              Q.   Can you approximate?

3              A.   Should be around this time, June,

4        July, maybe whatever.

5              Q.   Okay.

6              A.   I have -- till I really look at

7        specifics to figure out and then think it

8        through, yeah.

9              Q.   There did become a time when you

10       learned this information, is that right?

11             A.   Yes.

12             Q.   When you learned that Mark had sent

13       Go Global's model to people who did not work

14       for Dream On Me, did you talk to Mark?

15             A.   I don't remember.  If something has

16       happened, I would have -- I would have spoken

17       or emailed or something, even my opinion.  I

18       don't know in what context now or this is

19       generally I would -- my mind would do that.

20       I don't know when --

21             Q.   Okay.  It's okay if you don't

22       remember.

23                  MR. MURPHY:  Don't guess.  Just say

24            what you know.

25             A.   Yeah, I don't know.

114

1                          A. Dahiya

2          Q.   Seeing this email now, if you

3     learned that Mark had disclosed Go Global's

4     financial model to someone who did not work

5     from Dream On Me, would you have spoken to

6     him about it?

7          A.   My understanding with this would be

8     if these people are his associates or

9     partners or whatever, then he has the ability

10    to share at this moment if this is the 14th.

11    I don't know.  He is seeking funding for a

12    project or getting their opinion, I don't

13    know.

14         Q.   Did you ever tell Mark not to share

15    the GG's model outside of Dream On Me

16    employees or agents?

17         A.   I don't believe it was shared with

18    anyone else.  He may have -- whether I

19    remember what I told him or not, again I

20    don't know.  I don't remember.

21         Q.   Okay.

22              (Whereupon, at this time, a

23         document was marked as Plaintiff's

24         Exhibit 10, as of this date.)

25         Q.   I'm now displaying an email sent by

1                         A. Dahiya

2          Avish to Mark and Milan.  It is dated

3          June 14.  The subject is Go Global BBB

4          document link.

5               A.   Yes.

6               Q.   It contains a number of attachments

7          including the GG baby LRP model version 9.

8          And it bears Bates number DOM 2800.  Do you

9          see this document, Avish?

10              A.   Yes.

11              Q.   You wrote this email, is that

12         right?

13              A.   Yes.

14              Q.   There's no content to this email

15         other than a Dropbox link, is that right?

16              A.   Correct.

17              Q.   Does Dream On Me use Dropbox?

18              A.   Yes, we do.

19              Q.   Does it use it to store documents?

20              A.   Yes.

21              Q.   Does it use Dropbox to share

22         documents?

23              A.   Yes.

24              Q.   Does it use any other platform to

25         store and/or share documents?

116

1                          A. Dahiya

2              A.   Again, this may be a Steve

3         question, but from what I know, we do Google.

4         We use Google Share and we use Dropbox.

5              Q.   In this instance, it appears that

6         you're using Dropbox, is that fair?

7              A.   Yes.

8              Q.   Did you use Dropbox in relation to

9         the potential bid you were developing for

10        BBBY's assets?

11             A.   No, this was just letting them know

12        that, the data is here.

13             Q.   No.  No, I'm asking whether Dream

14        On Me used Dropbox to store and share

15        documents in relation to its bid for BBBY's

16        assets?

17             A.   Yes, we had Lazard data in Dropbox.

18             Q.   Did you put other data in the

19        Dropbox?

20             A.   Yes, Lazard data was there.  This

21        was there and if there was any other working

22        docs, yes.

23             Q.   Did you put Go Global's model in

24        the Dropbox?

25             A.   Yes, it was there.  That's what I'm

117

1                          A. Dahiya

2        sharing.

3              Q.   Are you aware whether the documents

4        contained in this Dropbox had been produced

5        in this action?

6              A.   Is that question to me?

7              Q.   Yes.

8              A.   Can you ask again.

9              Q.   Sure.   Do you know whether the

10       documents stored on the Dropbox had been

11       produced in this action?

12             A.   I believe so.   They have access

13       from our legal team.

14             Q.   What other documents did you store

15       on the Dropbox other than Go Global's model

16       and the Lazard data?

17             A.   Anything else that we were working

18       on.   These are the two main directories so I

19       would have added data too because Lazard was

20       getting updated frequently with whatever we

21       asked them and they were getting updated so

22       we would know the data would come.   They

23       wouldn't give it to us and then they send us

24       an email, but guess what, it gets updated

25       instantly to Lazard's data base.   Whoever

118

1                          A. Dahiya

2          asked what was happening, that that was the

3          working -- a lot of the working docs were

4          coming like that.

5                    (Whereupon, at this time, an

6               exhibit was displayed via Zoom.)

7                    (Whereupon, at this time, a

8               document was marked as Plaintiff's

9               Exhibit 11, as of this date.)

10              Q.   I'm sharing another document.  This

11         is an email you wrote on June 19.  You sent

12         it to Jacob Sod and Scott Englander.  Milan

13         Gandhi and Mark Srour cc'd.  Subject is

14         buybuy BABY.  It Bates number DOM 10868.

15              In this email you're providing a link to

16         the Dream On Me Dropbox, is that right?

17              A.   Yes.

18              Q.   And you're sending that link to

19         Jacob Sod, is that right?

20              A.   Correct.

21              Q.   Is Jacob Sod a Dream On Me

22         employee?

23              A.   No.

24              Q.   You're also sending this email to

25         Scott Englander.  Is Scott Englander a Dream

119

                              A. Dahiya

1                              A. Dahiya

2          On Me employee?

3               A.   No.

4               Q.   At this time did your Dropbox

5          contain the Go Global model?

6               A.   Yes.

7               Q.   There is an email from Scott at the

8          very bottom.  It says here is the chain and I

9          see that there's nothing here.  Do you

10         remember what was here?

11              A.   I don't remember.  I don't remember

12         this email.  Can you go up.

13              Q.   Yes.

14                   (Whereupon, at this time, the

15                   attorney scrolled through the exhibit as

16                   requested.)

17              A.   Also just to add that if you're

18         sharing a Dropbox, they don't have -- people

19         won't have access to everything in the

20         Dropbox.

21              Q.   Did you restrict access in the

22         Dropbox?

23              A.   Yeah.

24              Q.   Did you?

25              A.   Yes.

120

1                          A. Dahiya

2              Q.   Did you prevent Jacob Sod or Scott

3         Englander from viewing the Go Global model?

4              A.   Yes.

5              Q.   You specifically did that?

6              A.   Yes, this -- this is the reason we

7         are -- I'm now looking at it, the reason I'm

8         saying it, he's accessing Lazard.  It's

9         important that he gets the Lazard approval.

10             Q.   Who else would have known that you

11        restricted access to Go Global's documents in

12        the Dream On Me data room?

13             A.   Nobody else would.

14             Q.   Just you?

15             A.   Yes.  I mean if I'm sending the

16        link then I'm -- you cannot go anywhere else

17        apart from what I'm asking you to see.

18        That's it.  It's only that.  It's only that

19        history to review.

20             Q.   So the other documents I believe

21        you testified that were in this Dropbox were

22        the Lazard data, is that right?

23             A.   Yes.

24             Q.   Was there a reason that Jacob Sod

25        or Scott Englander couldn't access the Lazard

121

1                          A. Dahiya

2          data room?

3               A.   No, not possible.

4               Q.   What do you mean by not possible?

5               A.   I mean if I am not sending them,

6          then they don't have the data.

7               Q.   Okay.

8                    MR. BERLOWITZ:  Tom, I think I may

9                    have made this request yesterday, I'll

10                   re-up it, to the extent that there is an

11                   email chain contained below here's the

12                   chain, I'm asking for the production of

13                   the native or whatever you can provide

14                   me to demonstrate what is -- what I

15                   think is additional content appendage to

16                   this email.

17                   MR. MURPHY:  All right.

18                   MR. BERLOWITZ:  Thank you.

19              Q.   I'm showing you a different email.

20         The top email is from Mark.  It is to Scott

21         Englander.  Avish was cc'd.  This email bears

22         Bates number DOM 3039.

23                   (Whereupon, at this time, an

24                   exhibit was displayed via Zoom.)

25                   (Whereupon, at this time, a

122

```
 1                    A. Dahiya

 2          document was marked as Plaintiff's

 3          Exhibit 12, as of this date.)

 4          Q.   I believe you testified you know

 5    Scott Englander, is that right?

 6          A.   He's Mark's partner or his real

 7    estate partner.  That's -- I don't know Scott

 8    any more than that.

 9          Q.   In this email Mark is saying let's

10    schedule a call for Sunday, is that accurate?

11          A.   That's what this email says, yes.

12          Q.   Did you participate in that call?

13          A.   If that call happened, most likely

14    yes.

15          Q.   Do you remember that call?

16          A.   There were too many calls.  You

17    know, there must have been at times ten, 12

18    calls.  It's very difficult to really

19    pinpoint a call.

20          Q.   Do you recall speaking to Scott

21    Englander?

22          A.   I'm sure I may have spoken to him.

23          Q.   Do you recall speaking to Scott

24    Englander about Go Global's model?

25          A.   I doubt -- highly doubt we
```

123

```
 1                          A. Dahiya
 2        specifically talked about anything to do with
 3        Go Global.
 4             Q.   I'm not asking for your
 5        speculation.  I want to know whether, you
 6        know, if you did.
 7             A.   I don't know.
 8             Q.   You don't know?
 9             MR. MURPHY:  Don't speculate,
10        Avish.
11             THE WITNESS:  Yes.
12             A.   I read this.
13             MR. BERLOWITZ:  We're 12:50 right
14        now.  I think it's probably a good time
15        to break for lunch if that's okay with
16        you.
17             MR. MURPHY:  Yes.
18             MR. BERLOWITZ:  How much time do
19        you want?  Do you want to come back at
20        one?
21             MR. MURPHY:  In ten minutes?
22             MR. BERLOWITZ:  Two.
23             MR. MURPHY:  How are you doing
24        time-wise?  We can do 1:30 if you think
25        that would help move it along.
```

124

1                           A. Dahiya

2                  MR. BERLOWITZ:  I don't think I

3            have more to do.  I don't think I have a

4            ton more to do.

5                  MR. MURPHY:  Okay.  If you think

6            you're kind of on track to get through

7            this, I'm fine with two.

8                  THE WITNESS:  Works for me.

9                  MR. BERLOWITZ:  Let's come back at

10           two.

11                  (Whereupon, at this time, there was

12           a luncheon recess.)

13                  A-F-T-E-R-N-O-O-N   S-E-S-S-I-O-N

14     CONTINUED EXAMINATION

15     BY STEVEN BERLOWITZ, ESQ.:

16           Q.   Avish, do you recall an in-person

17     meeting that was held on June 15 between

18     Dream On Me and Go Global?

19           A.   Yes.

20           Q.   And are you aware whether that

21     meeting was recorded?

22           A.   Not at that time.  It was -- I

23     think it was -- yes, probably during the

24     meeting, if I'm not wrong.  Probably --

25     sometime in the meeting.

125

```
 1                    A. Dahiya
 2          Q.  Were you aware during the meeting
 3     that the meeting was being recorded?
 4          A.  Yes, I think so.  At the point
 5     where we had a break out, that's the point.
 6          Q.  Okay.
 7          A.  Yes.
 8          Q.  How did you become aware that the
 9     meeting was being recorded?
10          A.  I believe I was -- we were trying
11     to resolve the discrepancy, so I was working
12     with Christian trying to figure out the
13     numbers, that there was a big problem with
14     them investing/not investing.
15          And then I happened to go out because no
16     one else was there and I believe Milan was
17     only there or something and I went out.
18          And then I saw Mark and, what's his
19     name, Jack were looking into the video.  And
20     I must have been there for a few minutes.  It
21     didn't make -- It didn't make any value to
22     me, right.
23          I think I went back in, if I'm not
24     wrong, to speak to Christian or Milan was
25     still there, something, so it was during that
```

126

A. Dahiya

1        time, yes.

2              Q.   Did you watch a live feed of the

3        video when you were with Jack and Milan?

4              A.   Yes, well -- Milan, I don't know

5        whether he was there.

6              Q.   Sorry, with Jack and Mark?

7              A.   There was Milan in the room when

8        they were watching that so like, okay, you

9        know, we have a bigger problem because I

10       wanted to update them on the numbers.  That

11       was my purpose.

12             Q.   Do you know if anyone from Dream On

13       Me told Go Global or the Ankura

14       representatives that the meeting was being

15       recorded?

16             A.   I don't believe so because this was

17       a new facility, right.  It's a -- I haven't

18       moved into that facility.  So it's a new

19       facility.

20             We know that we have surveillance, but

21       didn't know whether we were being recorded or

22       otherwise.

23             Q.   After the meeting concluded, did

24       you tell Go Global or Ankura that Dream On Me

127

1                          A. Dahiya

2        had recorded the meeting?

3              A.   No, we didn't.  I don't know if

4        somebody did, but I never had any

5        conversation.

6              Q.   You're not aware of anyone else who

7        did tell Go Global or Ankura that Dream On Me

8        recorded the meeting?

9              A.   I don't know.

10             Q.   Do you know if you watched the

11       recording of the meeting after the meeting

12       was held?

13             A.   I was sent a link in October,

14       September or October when they got notice

15       from Go Global.  Mark had sent me an email

16       asking me to check the video.

17             Q.   Why did he want you to check the

18       video, did he tell you?

19             A.   No.  I think so he forwarded that

20       video, the context was that they were suing

21       us and, you know, what happened, you know.

22             Q.   How did the meeting go on June 15?

23             A.   It was interesting dynamics.  Of

24       course, Jeff couldn't make it.  He had, I

25       think, some board meeting or something or he

128

1                              A. Dahiya

2       couldn't come, but he was there for the

3       entire meeting on video.

4              There was another gentleman who was with

5       him who was on the video.  And then we had

6       the rest of the team on our side.  We had, of

7       course, Milan, me, Mark.

8              The meeting was -- if I had to put it in

9       short, the meeting was one-sided trying to

10      say that they have -- they have the expertise

11      to operate and the other side thinks that we

12      don't -- the other side saying it's not

13      making sense if you're not participating as a

14      partner.

15             Q.   What do you mean by -- finish your

16      answer.  I didn't mean to interrupt.

17             A.   Sorry, go ahead.  Sorry.

18             Q.   What do you mean by participate as

19      a partner?  Can you expand on that, please?

20             A.   Participate as a partner is that we

21      have to have an equal say in the business and

22      equal participation in the business.

23             Q.   Was Go Global, I'm speaking

24      generally now, but you can correct me, was Go

25      Global's proposal that Go Global would be the

129

A. Dahiya

1       general partner and run the day-to-day

2       business if Dream On Me and Go Global won the

3       joint bid?  Do you know that?

4            A.   Yes.  They wanted to be an

5       operating partner, correct.

6            Q.   How did DOM view that proposal?

7            A.   So, there were a few challenges

8       even before the meeting or during the meeting

9       that was coming out very clearly.

10           One misalignment with them investing/not

11      investing was a big piece that came out.

12      Because I spent a lot of time trying to

13      figure out why.  So I know that well.

14      ███████████████████  What the heck

15      happened.  Second was then nothing else

16      changes like in the dynamics of the

17      business.

18           Another thing what we couldn't wrap

19      around was that Go Global was trying to tell

20      us that we do not have the capability of

21      running a business, right.  That they have

22      the expertise.  Whereas, you know, when we

23      are looking at the business, we are saying

24      the business comprises of two main

130

1                              A. Dahiya

2          categories.  So the entire business is on

3          furniture and gears, which we know very well,

4          right.  So 60/70 percent of the business

5          could be that category which is our core

6          categories and knowing what we know, which is

7          how do we increase the margin in the

8          business, because numbers were irrelevant.

9                Numbers couldn't help us because they

10         were a moving target.  You can put any

11         number.

12               Also knowing that the entire -- the

13         cohesive, what you call, the intertwining of

14         many departments, how do I figure out whether

15         they have marked those numbers properly

16         within these two divisions, Bed, Bath or

17         buybuy.

18               What we knew is what we knew well.  We

19         were very confident that we know the

20         categories.  We know the business.  We've

21         been in the business for a very long and we

22         have the ability to drive that.

23               And the meeting was kind of one-sided.

24         Go Global trying to tell us that they know

25         better how to operate and we don't know the

131

                                        A. Dahiya

1

2        business kind of scenario, apart from the

3        investment problem.

4              Q.   Do you think that Dream On Me knew

5        better?

6              A.   I'm not saying we knew --

7        definitely they don't know what they were

8        claiming.  Everybody is trying to land

9        somewhere, you know.  It's better to accept

10       that we're going to land somewhere versus

11       saying that we know it all.  That's all.

12             Q.   But was one of the sticking points

13       for doing a joint bid here that Go Global

14       would be in charge, is that right?

15             A.   One of the problems, but the

16       bigger, again, as I said from our Tuesday or

17       Monday meeting, that we were skeptical.  And

18       then what I think falls off the cliff is when

19       we realize they were not investing.

20             Q.   Do you know if Mark ever said, you

21       know, or complained about not being in charge

22       during that meeting either in front of Go

23       Global or privately after that meeting to

24       you?

25             A.   Control or shared control was

132

1                     A. Dahiya

2      important.  It was important.  Mark always

3      operates that way, especially when you're

4      doing a partnership.

5           Q.   Sorry?

6           A.   So that's his -- that's where his

7      mind set is, that we're partners.

8           Q.   I want to clarify, you said control

9      or shared control was important to Mark, is

10     that right?

11          A.   Yes.

12          Q.   And Go Global was proposing that

13     Dream On Me wouldn't be in control, correct?

14          A.   Correct, without their investment,

15     that they would be the operating partner with

16     control and Dream On Me will not have any say

17     in the operating of the business.

18          Q.   When did you become aware that that

19     was part of Go Global's proposal for a

20     potential joint bid with Dream On Me?

21          A.   During the meeting somewhere.  I

22     think Mark was looking at the numbers and

23     they were looking at numbers and then what

24     they were presenting didn't match.

25          Like it was like a surprise for everyone

133

                        A. Dahiya

1

2       because I don't think we were looking at

3       that.  We were still talking about

4       capabilities and what this partnership may

5       look like and, you know, we didn't look at

6       numbers.  We were just talking at a high

7       level before that got busted and like, you

8       know, these numbers are not matching.

9           Then, of course, we went through the

10      whole process to figure why we have one

11      number, why you guys told us Monday some

12      number and now another number.  That's the

13      confusion.

14          Q.   How did you leave that meeting with

15      Go Global?

16          A.   Not very positive.  I think both

17      parties were not happy with the outcome.

18      It's like you end the meeting without ending

19      the meeting.  Very upset and whatever it is,

20      we are shocked.  Everybody is trying to wield

21      that.  That's what I would say.

22          Q.   After the meeting ended on June 15,

23      did you and Mark, and possibly other members

24      who participated from Dream On Me, have some

25      sort of postmortem meeting or discussion?

134

1                        A. Dahiya

2            A.   I specifically don't remember that,

3       but the conversations it was more like

4       validation that they were not there, right,

5       they were still struggling to figure this

6       out.

7            Q.   Do you recall whether you discussed

8       with Mark or anyone else at Dream On Me after

9       this meeting whether Dream On Me would pursue

10      a bid without Go Global?

11           A.   I didn't have that conversation on

12      this day, but I don't know what others did.

13           Q.   Do you recall whether that

14      conversation was held on another day?

15           A.   We were on that path so I don't

16      know whether that conversation -- we were on

17      a path to do something about this asset.

18      That's always been the path.

19           Q.   So --

20           A.   It's just the partnership didn't

21      happen.  We were also trying to do the same,

22      trying to figure it out.

23           Q.   Dream On Me was always going to

24      make a bid?

25           A.   Yes.  We were still trying to

135

                                    A. Dahiya

1

2       figure this out, yes, how, you know, in this

3       whole confusion.  And we just realized they

4       were in the same boat.  They didn't know

5       enough.

6               Q.  Yes or no, Dream On Me was always

7       going to make a bid with or without Go

8       Global?

9               A.  I would say so, yes.

10              Q.  I'm showing you an email.  It is

11      from Mark to Steve Goodman.  Avish you are

12      cc'd.  So is Milan.  It is dated June 19,

13      2023, DOM 11080.

14                      (Whereupon, at this time, a

15                  document was marked as Plaintiff's

16                  Exhibit 13, as of this date.)

17                      (Whereupon, at this time, an

18                  exhibit was displayed via Zoom.)

19              Q.  The email from Mark says, "Avish

20      send what we have.  Don't worry about the

21      DNA."  Do you see that?

22              A.  Yes.

23              Q.  I realize that Mark wrote DNA.  Is

24      it your understanding reading this email and

25      the pieces below that Mark meant NDA?

136

1                          A. Dahiya

2          A.   Yes, possibly NDA.

3          Q.   NDA stands for nondisclosure

4     agreement?

5          A.   Yes.

6          Q.   Down here on June 19, 2023 at

7     11:37, you can see that Mark is sending an

8     email and he's saying, "Hi Steve.  Was nice

9     talking to you.  Avish, please forward all

10    information that we have."  Do you see that?

11         A.   Yes.

12         Q.   Did you forward all information

13    that you had?

14         A.   I don't know what I sent.  I need

15    to see what I sent, but from below that if

16    you see, it looks like that's the Lazard data

17    or the presentation we had.

18         Q.   Well, that's the email from Mark in

19    which he's saying Avish, please forward it.

20    You haven't even done that yet at this point,

21    I believe, is that fair to say?

22         A.   I have to look at this email.  As

23    of now, from whatever I'm saying, did Mark

24    send the PDF?  Do you know?

25         Q.   I don't know.

137

```
 1                      A. Dahiya

 2           A.   I don't know what?

 3                MR. MURPHY:  There's an email from

 4           Avish above it.

 5           A.   Hi Steve, attached -- so this says

 6      if we are sending, from what I am reading Hi

 7      Steven -- give me a second.

 8                (Whereupon, at this time, there was

 9           a pause in the proceeding.)

10           A.   Yes, looks that I am telling that

11      we need to get a NDA signed with Lazard if

12      you want to share that information, yes,

13      that's what I'm seeing.

14           Q.   Right, what I want to focus here is

15      on all information.  At this point you had Go

16      Global's financial model, right?

17           A.   Yes, agreed.

18           Q.   And at this point you had

19      downloaded all the documents from Go Global's

20      data room, is that right?

21           A.   Yes.

22           Q.   Did you send that information as

23      part of this request from Mark?

24           A.   I don't believe so.

25           Q.   Okay.
```

138

                          A. Dahiya

1

2          A.    It makes no sense.

3          Q.    Okay.  When Mark said don't worry

4     about the DNA, I think we can agree he meant

5     NDA here.  What did you do after he wrote

6     that?

7          A.    I don't remember.

8          Q.    Did you send the information

9     without getting an NDA?

10         A.    I don't remember.

11         Q.    Has Mark asked you to send

12    information that is potentially -- that might

13    potentially require an NDA, but without an

14    NDA?  Let me rephrase.

15         Has Mark told you to disregard getting

16    an NDA before?

17         A.    He understands what an NDA is, you

18    know.

19         Q.    Sorry?

20         A.    He understands what an NDA means,

21    nondisclosure.

22         Q.    I'm asking if Mark has asked you

23    other times to disregard getting an NDA

24    before sending out information?

25         A.    I don't remember.

139

1                          A. Dahiya

2          Q.   I want to double back to the

3     June 15 meeting real quick.

4          At that point, what due diligence had

5     Dream On Me performed in relation to a

6     potential bid for BBBY assets?

7          A.   I believe we had meetings with --

8     we were in touch with Lazard and we were in

9     touch with 6th Street or -- Mark was working

10    in the background in the financials from both

11    investors and nobody really -- if you ask

12    whether we had a bid, we didn't have a bid.

13    We didn't have a -- just because we didn't --

14    we had no way to know when this will conclude

15    because there was too many moving parts.  It

16    required funding.  It required, as I said, it

17    required all the data points that were in

18    play including stores.

19         When we are saying ongoing or as a going

20    concern, it was extremely hard to say we had

21    a firm bid.  We had an idea.  We knew we had

22    to do whatever it takes to get the asset.

23    That's the underlying fact.

24         Q.   At that point, again, that point

25    was June 15, had Dream On Me created any

140

1                        A. Dahiya

2          independent documents that constituted its

3          due diligence?

4               A.   I don't know.

5               Q.   You don't know whether Dream On Me

6          had created documents?

7               A.   On the bidding side you're saying

8          or on the due diligence?

9               Q.   I guess let's do both.

10              A.   We had a viewpoint for sure.

11              Q.   Did you create any documents at

12         that point that recorded your viewpoint?

13              A.   I don't know.

14                   (Whereupon, at this time, an

15                   exhibit was displayed via Zoom.)

16                   (Whereupon, at this time, a

17                   document was marked as Plaintiff's

18                   Exhibit 14, as of this date.)

19              Q.   I'm sharing another email with you.

20         This email is from Patty Wu.  It is sent to

21         Brenda Shay and yourself Avish.

22                   It is dated June 19, 2023 and the

23         subject is DOM due diligence.  And it bears

24         Bates number DOM 10877.

25                   Do you recognize this email, Avish?

141

                              A. Dahiya

1

2          A.   I do.

3          Q.   The first line says, and this is

4     from Patty, "Hi Brendan.  DOM will be

5     starting the due diligence project."  Do you

6     see that sentence?

7          A.   Yes.

8          Q.   Had DOM started its due diligence

9     project at this point yet?

10         A.   No, we were already in the process.

11         Q.   On June 19 you were already in the

12    due diligence process?

13         A.   Yes.

14         Q.   Do you know why Patty is writing

15    DOM will be starting the due diligence

16    process.  Sorry, this says project.  I want

17    to clarify that.

18         Do you know why Patty is saying DOM will

19    be starting the due diligence project?

20         A.   I believe, I had this conversation

21    with Patty, this was a time when we were

22    seeking more involvement with our team and

23    she couldn't give that time to us.  So she

24    said she'll send out and ask Lazard to make

25    sure those resources are available to us.

142

1                         A. Dahiya

2            And the problem was in normal due

3       course, that could have happened, but because

4       there was so much taken from these resources

5       over a period of time, that it was very hard

6       for us to -- she kind of reset and said hey,

7       they want this to happen.  It's like a

8       permission she's trying to get from them

9       again and saying we are in, we want more

10      interaction and don't stop that.

11           It was a challenging time to get

12      anyone's time.  There were so many companies

13      trying to go in.

14           Q.   At this point, is it fair to say

15      that DOM was behind on its due diligence?

16           A.   We were always behind.

17           Q.   You were always behind?

18           A.   Yeah.  And I don't know if there

19      was anybody who was ahead.

20           Q.   Do you know if other potential

21      bidders had done more due diligence than

22      Dream On Me?

23           A.   Potentially.  We had spoken to a

24      few who went to the data room, spent a week,

25      and they said how they couldn't crack it.

143

1                          A. Dahiya

2       This will take very long time for us to do

3       and exited out.

4            Q.   Do you know if Go Global had done

5       more due diligence than DOM at this point on

6       June 19?

7            A.   Could have.  You know they

8       portrayed that they did.  That's how they

9       projected so they could have.

10           It doesn't matter if you did more due

11      diligence or not.  Yes, they could have

12      spent more hours trying to decode this.

13                   (Whereupon, at this time, an

14               exhibit was displayed via Zoom.)

15           Q.   I'm sharing another email with you.

16      This email is from you Avish.  It is sent to

17      Mark.  It is dated June 23, 2023 and it bears

18      Bates number beginning with DOM 11644.

19                   (Whereupon, at this time, a

20               document was marked as Plaintiff's

21               Exhibit 15, as of this date.)

22           Q.   The email that you write at the

23      very top reads, "They should not use Go

24      Global data.  Scrap that."  Do you see that

25      sentence?

144

1                                A. Dahiya

2              A.    Yes.

3              Q.    Why are you telling Mark not to use

4       Go Global data?

5              A.    Because we know that we have to use

6       Lazard.  I'm just worried that he made -- he

7       may unknowingly share the wrong file.  I'm

8       telling him make sure we share the right

9       data.

10             Q.    When you -- sorry, go on.

11             A.    That's about it.  Trying to make

12      sure or make him aware that, you know, I

13      hope -- there were hundreds of versions we

14      were having and making sure not to use.

15             Q.    When you say they should not use Go

16      Global data, is the "they" referring to

17      Joseph Friedland?

18             A.    Can you go down?

19             Q.    Of course.

20                   (Whereupon, at this time, the

21                   attorney scrolled through the exhibit as

22                   requested.)

23             A.    I want to make sure what the

24      context is.

25                   (Whereupon, at this time, there was

145

1                          A. Dahiya

2            a pause in the proceeding.)

3            A.   So there is -- okay.

4            Q.   I'll repeat my question.  Is the

5      "they" that you're referring to at the top of

6      this email, is that referring to, in part,

7      Joseph Friedland?

8            A.   Yes.

9            Q.   Is it also referring to Scott

10     Englander?

11           A.   Yes.

12           Q.   Is it also referring to Yisroel

13     Friedman?

14           A.   Yes.

15           Q.   Do you know who Yisroel Friedland

16     is?

17           A.   I don't.  Must be partners, all of

18     them.

19                MR. MURPHY:  Don't guess.

20           Q.   If you don't know --

21           A.   I don't know.

22           Q.   That's fine.  At this point, do you

23     know whether Joseph Friedland or Scott

24     Englander had the Go Global data?

25           A.   I don't believe they had Go Global

146

1                        A. Dahiya

2          data, but if you go down in the email, looks

3          like Mark did share a partial -- if you go

4          further down.

5                    Q.   Do you want me to keep scrolling?

6                    A.   That's what it looks like.

7                    Q.   So I'll repeat my question.  Do you

8          know at this time whether Mark or anyone at

9          Dream On Me had shared the Go Global data

10         with Joseph Friedland or Scott Englander?

11                   A.   I don't know.  But I -- yes, I

12         don't know.

13                   Q.   If you knew that Mark had done

14         that, would you have told him, as you do

15         here, to scrap that data?

16                   A.   Yes.  It means -- at this point in

17         time, could be that if you have sent

18         anything, that's not the data that we are

19         working on.  It's like -- that doesn't make

20         sense.

21                   Q.   Would there have been another

22         reason that you would have told him to scrap

23         that data?

24                   A.   No.

25                   Q.   What about the fact that there was

147

1                          A. Dahiya

2          an NDA in place?

3                  A.   Yeah, NDA, but my first reason

4          would be that that's not the data we are

5          basing it on.

6                  Q.   Okay.

7                  A.   It's very simple.  You're remiss.

8                  Q.   At this point did it not concern

9          you that there was an NDA in place and that

10         potentially Go Global data was being shared

11         outside of Dream On Me?

12                 A.   Did I know that there was an NDA?

13                 Q.   Sorry, what did you say?

14                 A.   I know there was an NDA.

15                 Q.   So I'm saying at this point, did it

16         concern you at all that there was an NDA in

17         place and Go Global data was being shared?

18                 A.   In the context to this email, I

19         think it looks more like that is making sure

20         that we are not sharing the wrong

21         information.

22                 Q.   Now what I'm asking about is, at

23         this point, on June 23, you know there's an

24         NDA in place between Go Global and Dream On

25         Me, is that accurate?

148

A. Dahiya

1

2          A.    Yes.

3          Q.    Would it concern you to learn at

4     this point, in light of the fact that you are

5     aware of the NDA, that Go Global data and

6     information and documents are being shared

7     outside of Dream On Me?

8          A.    Yes.  And I would have brought that

9     up if that was the case.

10          Q.    Okay.

11          A.    Again, everything is happening at a

12     lightning speed.

13          Q.    At this point, on June 23, what due

14     diligence had Dream On Me conducted?

15          A.    June 23?

16          Q.    And just to clarify, in relation to

17     the bid, a potential bid or BBBY's assets.

18          A.    And when was, if I may ask, was the

19     IP assets bid?  If someone can answer.

20          Q.    I do not recall.  But my question

21     is, at this point, on June 23, what due

22     diligence had Dream On Me conducted in

23     relation to its potential bid for BBBY's

24     assets?

25          A.    For one thing, that we would have

149

1                              A. Dahiya

2          gone further in our tech assessment because

3          that was a big piece that was being managed.

4          I know Mark was continuing to work on his

5          financials.  Those are the two big pieces

6          that was being worked on.

7                 They would have been in a better idea of

8          the process because I know -- I can't really

9          answer for Amit, but he was talking to

10         vendors indirectly, past employees, just to

11         understand the tech.

12              Q.   Had that been reduced into any kind

13         of written document?

14              A.   Could be.  You have to ask him.

15         But I know he was making notes or whatever.

16              Q.   Is the answer you don't know?

17              A.   Yes, you have to ask him.

18              Q.   At this point on June 23 did you

19         have concerns about the due diligence Dream

20         On Me had conducted to date?

21              A.   I would say yes.  This is even

22         after we acquired the assets.  It was still

23         there even after we acquired the assets.

24              Q.   I don't mean to put words in your

25         mouth, do you know if anyone from Lazard ever

150

1                              A. Dahiya

2          challenged your understanding of your ability

3          to do a deal with relation to this bid?

4              A.   I'm sure that -- again, I don't

5          remember the specifics, but there were

6          concerns about -- the concerns were whether

7          you have financial ability, you know.  All

8          along those concerns were always there, so I

9          don't want know the context you're asking

10         but --

11             Q.   Did you have a concern about Dream

12         On Me's teams and professionals to perform

13         the work to get this deal done?

14             A.   With respect to the timing and

15         speed at which we were working, yes, it

16         always was a challenge.

17             Q.   You weren't concerned about your

18         internal capabilities?

19             A.   It's always there, but we -- from

20         whatever we had done in the past, you know,

21         we have delivered.  That's there, but concern

22         was always there.

23             Q.   This was a large investment, is

24         that right?

25             A.   Yes.

151

              A. Dahiya

1

2        Q.   Did you feel that you had the team

3   to accomplish this deal?

4        A.   Whether DOM had the team, in some

5   cases, in some places, maybe we were behind.

6   There was no way to pull this due diligence

7   to the extent that -- which is considered

8   regular because that's a timeline between

9   three to six months and this was weeks.  It

10  didn't matter.

11       So one of the things that I did mention

12  before, that even if you had a hundred

13  people, this was a daunting task, so yes, we

14  were challenged.

15            (Whereupon, at this time, an

16            exhibit was displayed via Zoom.)

17            (Whereupon, at this time, a

18            document was marked as Plaintiff's

19            Exhibit 16, as of this date.)

20       Q.   I'm showing you an email written by

21  you sent to Milan and Mark.  It's dated

22  June 23.  The subject is BBBY cash flow

23  model.  There's a two page -- it is a three

24  page email and the first page bears Bates

25  number DOM 11714.  This is a kind lengthy

152

A. Dahiya

1    email so I will --

2         A.   Could you go down.  Let me read the

3    bottom.

4         Q.   Yes.

5              (Whereupon, at this time, the

6              attorney scrolled through the exhibit as

7              requested.)

8         A.   Go to the --

9         Q.   You want to do it in reverse?

10        A.   Yes.

11        Q.   That's fine.

12             (Whereupon, at this time, the

13             attorney scrolled through the exhibit as

14             requested.)

15        A.   If you could go down.

16             (Whereupon, at this time, the

17             attorney scrolled through the exhibit as

18             requested.)

19        A.   Okay.

20        Q.   Now you're responding so I'll go to

21   the top email.

22        A.   Yes.

23             (Whereupon, at this time, the

24             attorney scrolled through the exhibit as

153

```
 1                        A. Dahiya
 2            requested.)
 3            Q.    Do you recognize this email?
 4            A.    Yes.
 5            Q.    You wrote this email, right?
 6            A.    Yes.
 7            Q.    What is this email?
 8            A.    I would say first frustration,
 9       ideally frustration.
10            Q.    Let's go through this line by line.
11       Second sentence says, "They," being Lazard,
12       "are indirectly telling us to do our own
13       work."  Yes or no; do you see that sentence?
14            A.    Yes.
15            Q.    Had Dream On Me not done its own
16       workup until this point; yes or no?
17            A.    We had done our work, but we
18       needed -- again, this goes back to my
19       previous statement where we were struggling
20       to get more help from the teams because they
21       were reaching a point where they couldn't
22       provide us that help without the approval of
23       the business.  They spent a lot of time with
24       everyone else, including us, to that point.
25            And they were like okay, now we wanted
```

154

1                           A. Dahiya

2          the help to clear these models.  And the data

3          point was with them.

4               If you really see how the model is made,

5          the model is pulling certain information that

6          we never had even in the data room, it was

7          not there.

8               Q.   So Avish --

9               A.   It was a data pull.

10              Q.   Avish, with respect, I'm asking you

11         yes or no.  Do you understand?

12              A.   Yes.

13              Q.   I would appreciate it if you would

14         answer yes or no. I will ask you if I want

15         elaboration.  Do you understand?

16              A.   Got it.

17              Q.   At this point, was Dream On Me

18         behind in its work to prepare a bid and

19         perform due diligence in relation to a bid on

20         the BBBY assets; yes or no?

21              A.   Yes.

22              Q.   The next sentence reads, "This also

23         shows our inability to do certain due

24         diligence internally."  Do you see that

25         sentence; yes or no?

155

1                       A. Dahiya

2           A.   Yes.

3           Q.   Here you are expressing your

4      concerns that you have telegraphed to Lazard

5      that Dream On Me is incapable of doing

6      certain due diligence internally, is that

7      accurate; yes or no?

8               MR. MURPHY:  Objection.  You can

9           answer.

10          A.   Repeat the question again, Steven.

11          Q.   Can you please.

12               (Whereupon, the record was read as

13          requested.)

14          A.   Yes, with reference to the time

15      provided.

16          Q.   The next sentence reads, "Every

17      other bidder has done more extensive work."

18      Do you see that sentence?

19          A.   Yes.

20          Q.   At that time every other bidder had

21      done more extensive work, is that your

22      opinion that you are expressing here,

23      correct?

24          A.   Yes but --

25          Q.   Excuse me; yes or no?

156

1                        A. Dahiya

2          A.   The context is wrong.  This email

3     is --

4          Q.   Excuse me; yes or no?

5               MR. MURPHY:  He can elaborate on

6          his answer.

7               MR. BERLOWITZ:  I asked him a yes

8          or no question.

9               MR. MURPHY:  If you know.

10              MR. BERLOWITZ:  Tom, you can clean

11         him up afterwards.

12         Q.   Avish, you can answer.

13         A.   I don't know.  I don't know for

14    sure.

15         Q.   But you wrote every other bidder

16    has done more extensive work on June 23, is

17    that right?

18         A.   That's what I've written, yes.

19         Q.   You also write, "We have to develop

20    this ourselves based on what has already been

21    shared."  Do you see that sentence?

22         A.   Yes.

23         Q.   At this point you had not developed

24    the work yourselves, is that accurate; yes or

25    no?

157

1                          A. Dahiya

2            A.   It was in the works.

3            Q.   But it hadn't yet been completed at

4       this time, is that right?

5            A.   It never got completed.

6            Q.   Never got completed?

7            A.   Yeah, that's -- who has completed

8       it?

9            Q.   You write in this same sentence,

10      "Based on what has been already shared," what

11      had already been shared at that point?  I am

12      asking you to elaborate now.

13           A.   All the information that Lazard has

14      been sharing and their teams have been

15      sharing, Alixpartners, ENG, whoever.  That's

16      what it is.

17           Q.   Did that include the information

18      you received from Go Global's data room?

19           A.   No.

20           Q.   But at this point in time you had

21      received access to Go Global's data room, is

22      that correct?

23           A.   Yes.

24           Q.   You had downloaded all the contents

25      that of data room, is that correct?

158

1                          A. Dahiya

2              A.   Yes.

3              Q.   You next write, "Milan, can you

4         help?  Can we even do this?"  Do you see

5         those two sentences?

6              A.   Yes.

7              Q.   You are questioning whether you can

8         accomplish this deal, is that right?

9              A.   Yes, in the time frame, yes.

10             Q.   And you're questioning, in part,

11        because of the lack of work you have done up

12        to this point, is that right?

13                  MR. MURPHY:  Objection.

14             A.   Again, from time being point of

15        view, yes.

16             Q.   Because the time was really short,

17        is that right?

18             A.   As I said --

19             Q.   Is that right, part of the reason

20        is because the time is short; yes or no?

21             A.   Yes.

22             Q.   You hadn't done enough work yet, is

23        that right?

24             A.   Yes.

25             Q.   You continue, "If we cannot even

159

                              A. Dahiya

1

2      give them what they need, we look highly

3      unprofessional not knowing what we are

4      doing."

5           Did you feel that you were looking

6      highly unprofessional to Lazard; yes or no?

7           A.   I don't know about highly, but we

8      could do a better job.

9           Q.   You wrote highly unprofessional, is

10     that right?

11          A.   Yes.

12          Q.   Those are your words?

13          A.   Yes.  Again, there is a context to

14     this.

15          Q.   You next write, "Today they

16     challenged our due diligence and

17     understanding of running this business by

18     asking us if we really know what it will take

19     to run the business, cash flow positively and

20     if our numbers were matching the ask."  Do

21     you see that sentence?

22          A.   Yes.

23          Q.   Did Dream On Me know or have an

24     understanding of how to run this business;

25     yes or no?

160

1                          A. Dahiya

2              A.    We had --

3              Q.    Yes or no?

4              A.    No.

5              Q.    The next paragraph begins with,

6        "Lack of proper internal teams and

7        professionals to work on this project, we are

8        all shooting in the dark with no internal

9        capabilities to help."  Do you see that

10       sentence?

11             A.    Yes.

12             Q.    That Dream On Me had a lack of

13       proper internal teams and professionals to

14       work on that project, is that true; yes or

15       no?

16             A.    Yes.

17             Q.    You also write, "We are all

18       shooting in the dark with no internal

19       capabilities."

20             Is it your opinion at this time that

21       Dream On Me did not have internal

22       capabilities to help; yes or no?

23             A.    Yes.

24             Q.    You next write, "While we were

25       trying to do deals, there should have been a

161

A. Dahiya

1

2     team of ours with legal, financial and

3     technology capabilities working in the

4     background on due diligence and working with

5     their operating teams."  Do you see that

6     sentence?

7          A.   Yes.

8          Q.   Dream On Me did not have teams

9     working with legal, financial and

10    technological capabilities in the background,

11    did they; yes or no?

12         A.   No.

13         Q.   I'm looking at the paragraph, we

14    have one expert, Amit, but I will go to the

15    middle of the paragraph.  I don't want this

16    to get confusing, it says, "This is a large

17    investment."

18         You wrote, in part, this is a large

19    investment.  Do you see that?

20         A.   Yes.

21         Q.   And I believe you testified that

22    you believed that this was a large

23    investment, is that accurate?

24         A.   Yes.

25         Q.   You next write, "We do not know

162

1                          A. Dahiya

2        much about other areas to validate transition

3        and validation of information."  Do you see

4        that sentence?

5              A.   Yes.

6              Q.   Is it true that Dream On Me did not

7        know much about other areas to validate

8        transition and validation of information?

9              A.   Validation was always a concern.

10             Q.   You next write, "We are just going

11       with BBB team data and did not do any due

12       diligence on the data in the data room."  Do

13       you see that sentence?

14             A.   Yes.

15             Q.   Is it true that at this point Dream

16       On Me had not done any due diligence on the

17       data?  I assume you were referring to the

18       Lazard data room?

19             A.   Yes.

20             Q.   I'm looking at the paragraph that

21       says, "Like Go Global which had a team of

22       eight working on BBB, we should have, by now,

23       made a team of experts who would have been

24       looking at all aspects of this business and

25       have a plan of execution during transition

163

1                          A. Dahiya

2        time."  Do you see that?

3            A.    Yes.

4            Q.    You agree that Go Global had a team

5        of experts, is that right?

6            A.    Yes.

7            Q.    And Dream On Me did not, is that

8        right?

9            A.    Yes.

10            Q.    You write, "It is so critical and

11        urgent for us to have this team in place who

12        are fully focused on this transaction."  Do

13        you see that sentence?

14            A.    Yes.

15            Q.    You did not have a team in place

16        who was fully focused on this transaction, is

17        that true?

18            A.    Not the size of the team that

19        needed to be focused, yes.

20            Q.    You needed a larger team, correct?

21            A.    Always.

22            Q.    You next write, "Our partners need

23        information and we needed to build the terms

24        and investment models/deal sheet that we

25        could have presented including NDAs."  Do you

164

                              A. Dahiya

 1

 2       see that sentence?

 3              A.   Yes.

 4              Q.   At this point, you had not

 5       developed a model or deal sheet, is that

 6       correct?

 7              A.   Mark was working on this so this

 8       is -- he was working in the background with

 9       his partners on this so that's my view.

10       Whatever I have written --

11              Q.   You wrote this email, correct?

12              A.   Yes.

13              Q.   You remember writing this email?

14              A.   Yes.

15              Q.   When you wrote this email, was it

16       your opinion, based on your personal

17       knowledge, that Dream On Me had not built an

18       investment model or deal sheet?

19              A.   That was my opinion.

20              Q.   It didn't exist, is that right?

21              A.    It was there, but in the form of my

22       expectation, it's not there.  It's still in

23       the making.

24              Q.   You were still developing it, is

25       that fair?

165

```
 1                        A. Dahiya
 2          A.   Yes.
 3          Q.   Wasn't done?
 4          A.   It was never done.
 5          Q.   It was never done.  You next write,
 6     "We have been sharing information across all
 7     and exposing ourselves in the process."  Do
 8     you see that sentence?
 9          A.   Yes.
10          Q.   You agree that Dream On Me had been
11     sharing information, is that correct?
12          A.   Yes.
13          Q.   You agree that Dream On Me had been
14     sharing information with non-Dream On Me
15     personnel, is that correct?
16          A.   Yes.
17          Q.   And you're expressing here your
18     concern about exposure, is that correct?
19          A.   Correct.
20          Q.   And you're concerned about exposing
21     documents that you should not have, documents
22     and information, is that correct?
23               MS. MOORE:  Objection.
24          A.   You have to know what you are --
25     because it's still in the making.  You
```

166

                              A. Dahiya

1

2      can't -- you can't just share information

3      without fully completing it.  That's the

4      context, yeah.

5            Q.    You are concerned that Dream On Me

6      is just willy-nilly sharing information, is

7      that right?

8                  MR. MURPHY:  Objection.

9            A.    In the making -- in the making.

10           Q.    I'm going now to the portion of the

11     email chain which is from Brendan Shay.  He

12     writes, "We understand that in order to

13     secure financing, you are looking to

14     incorporate transaction sources and uses and

15     weave in the impact of the capital structure

16     on cash flow, but that portion of the model

17     should be built and supported by you, the

18     buyer."  Do you see that sentence?

19           A.    Yes.

20           Q.    At this point, had Dream On Me

21     built and supported that?

22           A.    Mark was working on this.

23           Q.    Mark had not finished it, is that

24     right?

25           A.    Yes, because all data was changing

167

1                           A. Dahiya

2          so we could never finish because the model

3          was changing always.

4                   Q.   Did Mark show you what he was

5          working on; yes or no?  Yes or no?

6                   A.   Yes.

7                   Q.   He did show you?

8                   A.   Yes.  Yeah.

9                   Q.   Did he show you a document?

10                  A.   He was working with someone which I

11         stated before and --

12                  Q.   Did he show you a document?

13                  A.   There was an Excel that he was

14         working on.

15                  Q.   What is the name of that Excel?

16                  A.   I have to check.

17                  Q.   Okay.  Do you know, yes or no, did

18         you review that Excel?

19                  A.   Yes, I've seen that.

20                  Q.   Yes or no, would you consider that

21         Excel document deficient in complying with

22         the opinion that you are expressing

23         throughout your email on June 23?

24                  MR. MURPHY:  Objection.

25                  Q.   You can answer.

168

```
 1                        A. Dahiya
 2            A.    I don't know.
 3            Q.    Is your response I don't know?
 4            A.    Yeah.   The model can always be
 5       better.   I'm never happy with any model.
 6                  (Whereupon, at this time, a
 7                  document was marked as Plaintiff's
 8                  Exhibit 17, as of this date.)
 9                  (Whereupon, at this time, an
10                  exhibit was displayed via Zoom.)
11            Q.    This is an email that you sent to
12       Milan and Mark.  It is dated June 25.  It
13       bears Bates number DOM 11729.
14                  I will represent to you that you are
15       writing in response to the email we just
16       discussed.  As you can see, I will show it to
17       you real quick, but I would like you to read
18       just this top, this top email.
19                  (Whereupon, at this time, there was
20                  a pause in the proceeding.)
21            Q.    This is Milan writing, but you have
22       your comments below and I'm going to ask
23       you -- I can't tell which are your comments.
24                  I actually want you to identify them for
25       me, but I will give you an opportunity first
```

169

1                             A. Dahiya

2          to read the email and let me know when you

3          need me to scroll down for you.

4                    (Whereupon, at this time, there was

5               a pause in the proceeding.)

6               A.    Okay.

7                    (Whereupon, at this time, the

8               attorney scrolled through the exhibit as

9               requested.)

10              A.    I really don't know whose and what

11         comment is on this.

12              Q.    Let's just go to the top so I can

13         make this clear for the record.

14                   This is an email that Avish, you wrote,

15         is that right, at the top?

16              A.    Yes.

17              Q.    And you write my comments below, is

18         that right?

19              A.    Yes.

20              Q.    And you're commenting on an

21         email -- you're providing comments to an

22         email that Milan wrote, is that right?

23              A.    Yes, seems like.

24              Q.    Are you able to identify which are

25         your comments?

170

1                           A. Dahiya

2           A.    I'm not able to.

3           Q.    At this point, June 25, had DOM

4     prepared a vision statement; yes or no?

5           A.    No, we were using the dec that was

6     by the buybuy BABY team.

7           Q.    At this point, yes or no, had DOM

8     prepared a vision statement; yes or no?

9           A.    No.

10          Q.    At this point, had DOM prepared a

11    turnaround strategy; yes or no?

12          A.    We had our idea and --

13          Q.    Yes or no?

14          MR. MURPHY:  I think that can be

15          more than a yes or no question.

16          MR. BERLOWITZ:  I'm asking for a

17          yes or no response.

18          Q.    If you say you cannot answer or you

19    do not know, that is also fine.

20          A.    Turnaround strategy, yes.

21          Q.    You had developed that yes, that's

22    your testimony?

23          A.    Yes, we had a fairly good idea.

24          Q.    At this point had Dream On Me

25    developed a marketing strategy; yes or no?

171

1                          A. Dahiya

2              A.    No.

3              Q.    No?

4              A.    No.

5              Q.    At this point, had Dream On Me

6         developed a technology transfer and operating

7         plan; yes or no?

8              A.    Yes, they were working on it.

9              Q.    At this point, had Dream On Me

10        developed a financial model?

11             A.    I don't know.

12             Q.    At this point had Dream On Me

13        developed a due diligence report?

14             A.    No.

15             Q.    Okay.

16             A.    Not to the level we wanted, no.  It

17        was in the works.

18                  (Whereupon, at this time, a

19                  document was marked as Plaintiff's

20                  Exhibit 18, as of this date.)

21                  (Whereupon, at this time, an

22                  exhibit was displayed via Zoom.)

23             Q.    I'm showing you another document.

24        This is an email from Milan Gandhi to you

25        Avish and cc'g a number of people, Ian

172

1                          A. Dahiya

2          Winter, Jacob Sod, Mark Srour, Belhassen,

3          Gregory Price, Stephanie Sweeney and Brendan

4          Scott.  It is dated June 28 and the first

5          page bears Bates number DOM 14065.

6                  Do you recognize this document, Avish?

7                  A.   I believe it was sent -- yes.

8                  Q.   You recognize it, yes?

9                  A.   Yes.

10                 Q.   I want to draw your attention to

11         the point number two over here, the financial

12         model.  I will read it to you.

13                 It says, "Financial model.  He said they

14         can make their people available as needed,

15         but they cannot be responsible for any work

16         and so he suggested we hire an outside firm

17         to prepare a comprehensive financial model

18         with business assumptions and plan."  Do you

19         see that sentence?

20                 A.   Yes.

21                 Q.   At this point Dream On Me had not

22         developed a comprehensive financial model, is

23         that correct?

24                 A.   Yes, it was in the works.

25                 Q.   You had to hire an outside firm to

173

                                    A. Dahiya

1

2        do it apparently, is that right?

3              A.   Outside firm or help also, what do

4        you say, within buybuy BABY, Alixpartners.

5              Q.   Because Dream On Me didn't have the

6        work done, right?

7              A.   It was not --

8              Q.   Yes or no?

9              A.   No.

10             Q.   No, you had the work done?

11             A.   Some work done.

12             Q.   You had not completed the work, is

13       that right?

14             A.   Yes.

15             MR. BERLOWITZ:  I think I'm almost

16             done.  I want to take a quick break.

17             MR. MURPHY:  Okay.  So how much

18             time would you like?

19             MR. BERLOWITZ:  Can I take ten

20             minutes?

21             MR. MURPHY:  That's fine.

22             MR. BERLOWITZ:  We'll be back in

23             ten minutes.  3:20.

24             (Whereupon, at this time, there was

25             a pause in the proceeding.)

174

1                    A. Dahiya

2          Q.   Avish, we've talked about the NDA

3     between GG and Dream On Me a lot today.  Do

4     you recall that?

5          A.   Yes.

6          Q.   When did you tell Mark about the

7     NDA?

8          A.   I don't remember, but I did send

9     out an email to him on the NDA, like it's --

10    like with an attached NDA.

11         Q.   I will agree with you.  I believe

12    I've seen those emails.  Did you ever have a

13    conversation with Mark about the NDA?

14         A.   Yes, somewhere -- I don't exactly

15    know, but there was a conversation about us

16    not able to -- like it would stop us from

17    bidding.

18         Q.   When was that conversation?

19         A.   After the IP, I believe.  I'm not

20    really sure, but somewhere when we were going

21    for the store bidding.

22         Q.   So you had this conversation with

23    Mark concerning the NDA after the auction for

24    the intellectual property, but before the

25    auction for the store leases, is that right?

175

1                          A. Dahiya

2         A.    Somewhere in that timeline.  I'm

3    not really sure.

4         Q.   I understand.  I'm just trying to

5    get a sense of this now.  What was that

6    conversation like?  What did you say to him

7    and what did he say to you?

8         A.   He was extremely angry.

9         Q.   Mark was angry?

10        A.   Yes.

11        Q.   Why?

12        A.    That I signed an NDA he didn't know

13   all the details about.

14        Q.   Did he say anything else to you?

15        A.   And that I didn't read through it

16   and he was upset.  Upset at that and that if

17   there was something, then I was supposed to

18   tell him and any concern on that.

19        Q.   When he learned about the NDA, did

20   you and Mark read the NDA?

21        A.   No.

22        Q.   No.  Did you show Mark the NDA?

23        A.    I don't remember.

24        Q.   Do you know if Mark read the NDA

25   after you told him about it?

176

1                              A. Dahiya

2              A.   I don't know.

3              Q.   Dream On Me still placed a bid for

4         store leases, correct?

5              A.   Yes.

6              Q.   At the time that Dream On Me placed

7         a bid for store leases, you had told Mark

8         about the NDA, is that correct?

9              A.   I believe so.

10             Q.   Do you know whether Dream On Me

11        obtained consent from Go Global to submit a

12        bid without Go Global?

13             A.   I don't remember anything -- I'm

14        not aware of it.

15             Q.   You're not aware of a consent?

16             A.   That's right.

17             Q.   You haven't seen anything in

18        writing --

19             A.   No.

20             Q.   -- that is if anyone ever told you

21        that they received permission from Go Global?

22             A.   No.

23             Q.   Are you involved with the buybuy

24        BABY acquisition company?

25             A.   Yes, part of the transition team.

177

              A. Dahiya

1

2        Q.   Can you tell me more about what you

3    do there?

4        A.   Presently helping with the

5    marketing and the digital side of the

6    business.

7        Q.   Do you have a title with that

8    company?

9        A.   Acting CMO.  It's the same

10   marketing lead and digital lead.

11       Q.   You're the chief marketing officer?

12       A.   Yes.  We don't have anybody yet.

13       Q.   Do you know how the buybuy BABY

14   acquisition company is doing financially?

15       A.   ████████████████████████████

16   l█████████████████████

17       Q.   Do you know why it's ██████

18   █████████████████████

19       A.   I think part of the problem is --

20   this is my opinion, part of the problem is we

21   acquired -- we set it up within 90 days.  We

22   had to get all the merchandise, stores, go

23   live in a very short time and we didn't get

24   good merchandise in that short time because

25   vendors were not ready yet with the right

178

A. Dahiya

1

2      merchandise.  So it looks like we made some

3      bad purchases at that point in time.  We have

4      a lot of inventory not moving resulting into

5      losses.

6          Q.   If you had done more due diligence

7      or more work on a financial model, do you

8      think you could have avoided some of those

9      losses?

10         A.   No financial model could have done

11     this.  I have to see if somebody had a

12     financial model that could predict this, no.

13         Q.   What about if you had done more

14     preparation?  Do you think you could have

15     minimized some of those losses?

16         A.   Always efficiency can be increased.

17     There's no shortage of doing things better,

18     yes.  Yes, always there.

19         Q.   Do you know when the baby IP

20     auction was held?

21         A.   Yes, I was there.

22         Q.   When was it held?

23         A.   I don't know the date, but I was

24     there.

25         Q.   If I told you it was held on

179

                              A. Dahiya

1

2      June 28, does that refresh your memory?

3           A.   June 28?

4           Q.   June 28, 2023 to be clear.

5           A.   So then that's the date.  The date

6      doesn't recollect, but I know I was there.

7           Q.   That doesn't refresh your

8      recollection?

9           A.   No.

10          Q.   No, okay.  Did you need to create a

11     model before bidding for the intellectual

12     property?

13          A.   No model was working.

14          Q.   That's not my question.  My

15     question is, did Dream On Me need to create a

16     model before?

17          A.   No.

18          Q.   No?

19          A.   No, we didn't have to create it.

20          Q.   Why not?

21          A.   Because this was an IP buyout, IP

22     purchase.

23          Q.   So did you have a model when you

24     bid for the intellectual property?

25          A.   We had models, yes, but we didn't

180

1                          A. Dahiya

2          had to have a model to bid.

3               Q.   Did you need to create a model

4          before Dream On Me bought the store leases?

5               A.   Yes, we worked on few scenarios

6          before we got the stores.

7                    MR. BERLOWITZ:  I have no further

8          questions.

9                    MR. MURPHY:  No questions from me.

10                    (Whereupon, at this time, the

11          examination of this witness concluded at

12          3:30 p.m. )

13

14

15

16

17

18

19

20

21

22

23

24

25

181

1

2                    A C K N O W L E D G M E N T

3

4        STATE OF                    )
                                      :ss
5        COUNTY OF                   )

6

7            I, AVISH DAHIYA, hereby certify

8        that I have read the transcript of my

9        testimony taken under oath in my deposition

10       of October 2, 2024; that the transcript is a

11       true, complete and correct record of my

12       testimony, and that the answers on the record

13       as given by me are true and correct.

14

15

16            _____

17                        AVISH DAHIYA

18

19       Signed and subscribed to before
         me, this _____ day
20       of _____, 2024

21

22       _____
         Notary Public, State of New York
23

24

25

182

1

2                         I N D E X

3

4    WITNESS              EXAMINATION BY         PAGE

5    A. Dahiya         Mr. Berlowitz              7

6

7                     E X H I B I T S

8    PLAINTIFF'S    DESCRIPTION          FOR ID

9    Exhibit 1      30(b)(6)                  20

10   Exhibit 2      Email - DOM 10726         42

11   Exhibit 3      Email - DOM 10737         53

12   Exhibit 4      Email - NDA GG 8791       57

13   Exhibit 5      Email - GG 9434           84

14   Exhibit 6      Email - DOM 2770          99

15   Exhibit 7      Email - DOM 3032         103

16   Exhibit 8      Email - DOM 2943         107

17   Exhibit 9      Email - DOM 2969         109

18   Exhibit 10     Email - DOM 2800         114

19   Exhibit 11     Email - DOM 10868        118

20   Exhibit 12     Email - DOM 3039         121

21   Exhibit 13     Email - DOM 11080        135

22   Exhibit 14     Email - DOM 10877        140

23   Exhibit 15     Email - DOM 11644        143

24   Exhibit 16     Email - DOM 11714        151

25

183

1

2                          E X H I B I T S  (Cont'd)

3       PLAINTIFF'S    DESCRIPTION                    PAGE

4       Exhibit 17    Email - DOM 11729               168

5       Exhibit 18    Email - DOM 14065               171

6

7                          REQUESTS/PRODUCTION

8       DESCRIPTION                                   PAGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

184

1

2                    C E R T I F I C A T E

3

4              I, JENNIE FANTASIA, a Notary

5       Public in and for the State of New York, do

6       hereby certify:

7              THAT the witness whose deposition

8       is hereinbefore set forth, was duly sworn by

9       me and;

10             THAT the within transcript is a

11      true record of the testimony given by such

12      witness.

13             I further certify that I am not

14      related either by blood or marriage; to any

15      of the parties to this action; and

16             THAT I am in no way interested in

17      the outcome of this matter.

18             IN WITNESS WHEREOF, I have

19      hereunto set my hand this 14th day of

20      October, 2024.

21

22                        Jennie Fantasia Kilgallen

23

24

25

**A**

**A-F-T-E-R-N-O-O-N** 124:13
**a.m** 1:12 104:25
**Abhischek** 84:9
**ability** 9:16,25 11:7 22:23 35:9
  72:10 97:8,25 98:22,24 99:8
  114:9 130:22 150:2,7
**able** 20:18,24 21:5,13,21 22:4,12
  22:17 169:24 170:2 174:16
**abstain** 65:12
**accept** 80:13 131:9
**access** 49:14 50:7,12,14 60:4,6 85:4
  85:8 89:18 97:12,16 107:21 108:7
  117:12 119:19,21 120:11,25
  157:21
**accessed** 85:18,20 109:14
**accessing** 120:8
**accomplish** 151:3 158:8
**accurate** 32:5 39:19 56:3 69:8
  77:14 82:24 98:8,9 122:10 147:25
  155:7 156:24 161:23
**acquire** 47:4
**acquired** 149:22,23 177:21
**acquisition** 81:25 176:24 177:14
**acronym** 30:17
**Acting** 177:9
**action** 13:11 24:16,21 25:19 117:5
  117:11 184:15
**actions** 65:12
**acumen** 69:22
**add** 46:10 119:17
**added** 17:9 117:19
**adding** 17:10 95:16
**addition** 10:24
**additional** 121:15
**address** 5:25
**adequate** 73:7
**advanced** 11:13,19,21
**advertising** 13:5,5
**advice** 71:25
**adviser** 15:25
**advisers** 35:3 71:18
**affect** 9:14
**against-** 1:6
**age-related** 10:13
**agency** 4:11
**agents** 114:16
**agree** 56:23 61:15 101:18,25
  102:25 138:4 163:4 165:10,13
  174:11
**agreed** 3:4,9,13 4:3 137:17
**agreement** 57:17 61:13 63:5,24
  65:11 66:14,17,19 67:9 80:20
  92:14 136:4
**agreements** 61:9,12
**agrees** 65:9
**ahead** 18:24 29:2 33:16,16 128:17
  142:19

**aim** 83:14
**Alixpartners** 157:15 173:4
**alluding** 103:3
**Amazon** 13:5 61:19
**Amit** 22:17,24 26:2 53:5 68:18
  73:15 75:18 76:23 82:15 89:22
  149:9 161:14
**analysis** 21:14 52:21 53:2,3 76:24
  88:25 89:8
**analyzing** 20:21
**and/or** 15:11 36:16 37:5 65:11
  115:25
**angle** 45:12
**angry** 175:8,9
**animation** 14:18
**Ankura** 43:7 90:22 92:8 126:14,25
  127:7
**answer** 6:18 11:5 22:23 30:9 32:14
  47:14,16 128:16 148:19 149:9,16
  154:14 155:9 156:6,12 167:25
  170:18
**answers** 10:21 181:12
**anticipate** 36:11
**anybody** 17:23 68:14 142:19
  177:12
**anyone's** 142:12
**anytime** 7:14
**apart** 120:17 131:2
**apologize** 84:10,14
**apparently** 173:2
**appearing** 5:12
**appears** 116:5
**appendage** 121:15
**appreciate** 84:19 154:13
**approach** 33:23 34:22 89:5
**approached** 34:22,24
**approval** 120:9 153:22
**approximate** 113:2
**Approximately** 16:16
**April** 39:2
**area** 12:14 13:19 75:25
**areas** 18:21 23:10 68:16 76:20
  162:2,7
**arrange** 48:6,19
**arrested** 9:9
**ASAP** 56:18 64:3
**asked** 10:21 44:24 51:15 52:5 61:10
  61:21 117:21 118:2 138:11,22
  156:7
**asking** 8:4 13:2 30:8 40:2,7 60:6,7
  61:18 63:8 64:22 67:14 74:7 86:9
  88:21 109:22 112:14 116:13
  120:17 121:12 123:4 127:16
  138:22 147:22 150:9 154:10
  157:12 159:18 170:16
**aspects** 69:12 162:24
**assessment** 149:2
**asset** 83:9,10 89:4 134:17 139:22
**assets** 19:2 21:23 28:9 33:9,18 40:6

40:23 43:11 46:24 47:10 49:12
  67:11 68:7,17 72:19 77:2 82:2,12
  104:22 116:10,16 139:6 148:17
  148:19,24 149:22,23 154:20
**assigned** 79:21
**assisted** 22:2,9
**associates** 114:8
**assume** 162:17
**assuming** 106:8
**assumption** 89:3
**assumptions** 172:18
**attached** 107:10 137:5 174:10
**attachment** 54:7 111:13
**attachments** 111:14 115:6
**attend** 12:9 90:14
**attended** 90:16
**attention** 172:10
**attorney** 1:16 62:13 119:15 144:21
  152:7,14,18,25 169:8
**attorneys** 2:4,9 5:4 23:20
**auction** 33:9 40:6 43:20 56:24
  92:23 97:23 98:19 174:23,25
  178:20
**authority** 59:14,16,18 61:25
**authorization** 60:8,15
**available** 51:8,24 53:16 60:3 62:7
  67:23 141:25 172:14
**Avenue** 2:10
**Avish** 1:14 5:13,23 23:6 42:12 54:3
  58:15 84:12,15 99:17 115:2,9
  121:21 123:10 124:16 135:11,19
  136:9,19 137:4 140:21,25 143:16
  154:8,10 156:12 169:14 171:25
  172:6 174:2 181:7,17
**avoided** 178:8
**aware** 10:23 37:13,19 38:17 40:5
  50:10 65:21 80:21,24 105:15
  111:22 112:10,16,22 117:3
  124:20 125:2,8 127:6 132:18
  144:12 148:5 176:14,15
**Azot** 75:15,15

**B**

**B** 15:6 31:6,6,14,14 182:7 183:2
**Babies** 34:2,9,10,12
**baby** 13:16,17,19 14:4 15:5 21:23
  28:20 29:5 33:2,3 34:8,15 35:18
  35:23 38:7 39:3,13,14,18,21
  46:11 50:5 70:21 76:8,10 85:24
  86:25 87:5,18 111:15 115:7
  118:14 170:6 173:4 176:24
  177:13 178:19
**BABY'S** 86:8
**back** 7:10 8:15 11:15 16:16 44:2
  63:7 72:23 74:18 94:4 123:19
  124:9 125:23 139:2 153:18
  173:22
**background** 139:10 161:4,10 164:8
**bad** 178:3

**bag** 14:9
**ball** 77:10
**bandwith** 93:4
**bankruptcy** 33:9,13,14 37:15,19
  38:7,19,22 39:10 40:6,11 43:20
  56:13,24 92:23 98:18
**base** 117:25
**based** 35:8 80:12 88:10,11 156:20
  157:10 164:16
**basic** 103:10
**basing** 147:5
**basis** 30:24 51:19 83:6
**Basking** 6:3
**bassinets** 29:9
**Bates** 42:13 54:8 57:17 84:21 99:19
  103:21 107:9 110:5 115:8 118:14
  121:22 140:24 143:18 151:24
  168:13 172:5
**Bath** 21:17 34:14,23 35:21 36:3,17
  37:6,14 38:6,10,17 39:4,5,10,17
  40:9,13,14,19 43:14,17,22 49:18
  50:5 51:16 53:13 67:19,20 71:9
  71:16 76:3 81:21 83:7 99:2
  130:16
**bathroom** 7:15
**BBB** 107:12 115:3 162:11,22
**BBBY** 21:17 22:6 33:19 34:22,24
  34:24 36:16 37:5 40:6 46:24
  47:10 98:18 99:18 102:17 139:6
  151:22 154:20
**BBBY's** 19:2 22:14 28:9 33:9 40:23
  43:11 49:12 67:11 68:6,17 72:18
  76:25 82:2,12 104:22 116:10,15
  148:17,23
**bears** 42:13 54:8 57:17 84:21 99:19
  110:5 115:8 121:21 140:23
  143:17 151:24 168:13 172:5
**bed** 21:17 29:11 34:14,22 35:21
  36:3,17 37:6,14 38:6,9,17 39:4,4
  39:10,17 40:9,13,14,18 43:14,17
  43:22 49:18 50:5 51:16 53:13
  67:18,20 71:9,16 76:3 81:21 83:7
  99:2 130:16
**beds** 32:25
**beginning** 54:8 99:19 143:18
**begins** 102:12 160:5
**behalf** 11:2,6 59:5,11 60:23 61:9
  85:7
**behavior** 31:8
**Belhassen** 172:2
**belief** 5:11
**believe** 13:2 18:9 19:4,7 26:5 30:22
  32:3,15 35:25 38:16 40:8 47:25
  48:21 55:24 56:22 64:21 69:3,6
  74:5 75:18 77:12 79:2,7 80:25
  82:3,9,17,22 94:17 114:17 117:12
  120:20 122:4 125:10,16 126:17
  136:21 137:24 139:7 141:20
  145:25 161:21 172:7 174:11,19

  176:9
**believed** 34:19 36:23 47:5 55:2
  63:6 161:22
**Berkman** 2:4,15 6:8
**Berlowitz** 2:6 5:6 6:5,7 9:22 19:22
  25:13 26:16 38:9 78:12,18,22
  99:14 101:9 110:8 121:8,18
  123:13,18,22 124:2,9,15 156:7,10
  170:16 173:15,19,22 180:7 182:5
**best** 5:10 11:7 21:11 22:23 72:25
**better** 34:15 56:9 130:25 131:5,9
  149:7 159:8 168:5 178:17
**beyond** 21:17 34:14,23 36:17 37:6
  37:14 38:7,10,18 39:4,5,10,17
  40:9,13 99:2 112:18
**bid** 19:2 21:22,25 22:2,5,8,10 28:9
  40:22,25 41:7,8 43:11,19 48:10
  49:11 50:11 51:10 67:11,13,15
  68:2,6,17 72:18 73:6,7 76:25
  82:11 104:22 105:9 116:9,15
  129:4 131:13 132:20 134:10,24
  135:7 139:6,12,12,21 148:17,17
  148:19,23 150:3 154:18,19 176:3
  176:7,12 179:24 180:2
**bidder** 97:22 98:18 155:17,20
  156:15
**bidders** 53:17 142:21
**bidding** 107:16,23 108:2 140:7
  174:17,21 179:11
**big** 10:6 80:7,7,8 125:13 129:12
  149:3,5
**bigger** 126:10 131:16
**billion** 99:5
**bit** 22:21 31:12 83:2 86:22 108:14
**black** 76:15
**bleeds** 63:15
**blind** 96:11
**blood** 184:14
**Blue** 15:7
**BMS** 12:12
**board** 35:2 80:23 127:25
**boat** 135:4
**body** 13:12
**bottom** 64:16 101:20 105:13
  110:10,11 119:8 152:4
**bought** 180:4
**brand** 35:19 36:24 37:3,12 43:23
  45:8 47:4,5,18,21 50:17 70:21
  96:21,22 101:13 104:18
**brands** 59:8,9,9
**break** 7:15,18,20 78:9,14,15,18
  123:15 125:5 173:16
**Brenda** 140:21
**Brendan** 141:4 166:11 172:3
**briefly** 14:25
**bring** 26:18 35:14 70:4 92:10
**brings** 72:3 76:18
**Bristol** 91:2
**broad** 14:20

**brother** 17:24
**brought** 8:16 34:10 148:8
**build** 163:23
**built** 164:17 166:17,21
**business** 16:22,24 22:15 30:15,18
  30:19 31:7,7 34:7 47:21 52:23
  66:12 69:13,22,25 70:3,13 83:7
  91:15 95:16,18 98:25 103:4,6
  107:18 128:21,22 129:3,18,22,24
  129:25 130:2,4,8,20,21 131:2
  132:17 153:23 159:17,19,24
  162:24 172:18 177:6
**businesses** 28:14
**busted** 133:7
**busy** 24:4
**buy** 31:14 83:9
**buybuy** 34:15 35:18,23 38:7 39:2
  39:13,14,18,21 40:14 43:17 50:5
  70:20 76:8,10 85:24 86:8 118:14
  130:17 170:6 173:4 176:23
  177:13
**buyer** 166:18
**buying** 31:19,20
**buyout** 67:13 179:21

---

**C**

**C** 2:2 30:16 31:6 181:2 184:2,2
**call** 26:16 29:11 84:14,17 86:4
  105:17 122:10,12,13,15,19
  130:13
**called** 105:14 41:17
**calls** 122:16,18
**capabilities** 72:2 133:4 150:18
  160:9,19,22 161:3,10
**capability** 129:21
**capable** 10:8
**capacity** 10:17,25
**capital** 83:12 87:21 88:5,6 89:3
  102:13 107:17 108:6 166:15
**caption** 108:20
**career** 14:20
**carry** 29:13
**case** 31:17 34:14 105:11 148:9
**cases** 66:13 151:5
**cash** 151:22 159:19 166:16
**categories** 29:15 130:2,6,20
**category** 29:5 130:5
**cc'd** 100:15 118:13 121:21 135:12
**cc'g** 54:4 171:25
**cc's** 103:20
**Cedar** 15:7
**censure** 13:11
**Centre** 2:5
**CEO** 40:16
**certain** 8:14 55:2,16 65:12 70:6
  72:14 112:10 154:5,23 155:6
**certificate** 12:7,8
**certificates** 12:25
**certification** 3:6 11:13,19,23

**certifications** 13:4
**certify** 181:7 184:6,13
**CFO** 90:20
**chain** 18:20 70:5 73:17 102:13
  103:9 119:8 121:11,12 166:11
**challenge** 76:8,9 150:16
**challenged** 150:2 151:14 159:16
**challenges** 92:6 129:8
**challenging** 142:11
**change** 51:20 83:18
**changed** 17:6,8 31:12,25
**changes** 129:17
**changing** 77:7 83:5,15,17 166:25
  167:3
**chaos** 82:23
**chaotic** 56:9 82:23,25 83:3,19
**charge** 131:14,21
**Charles** 75:12,13 107:2
**check** 25:9 127:16,17 167:16
**checking** 91:6
**chemistry** 91:12,24
**chief** 59:2,3 177:11
**choose** 79:20
**Christian** 2:17 42:11 46:2 48:4
  54:4 90:20 125:12,24
**chronological** 15:2
**circulated** 90:6 112:22
**Civil** 1:18
**claiming** 131:8
**clarification** 38:13
**clarify** 9:24 38:5 39:7 41:10 67:14
  71:4 98:3 132:8 141:17 148:16
**clarifying** 9:23 39:9
**clean** 156:10
**clear** 10:23 36:9,12 37:11 154:2
  169:13 179:4
**clearly** 38:25 129:10
**client** 46:10
**cliff** 131:18
**closer** 38:21
**CMO** 58:22,25 79:19,22 80:2 177:9
**cohesive** 130:13
**collaborated** 102:17
**collecting** 25:18
**collection** 24:20
**collectively** 102:16
**college** 11:15 12:13
**come** 35:9 37:22 45:4 94:5,9
  117:22 123:19 124:9 128:2
**comes** 17:12 61:13 98:24,24
**coming** 48:13 73:18 88:4 99:6
  118:4 129:10
**comment** 169:11
**commenting** 169:20
**comments** 168:22,23 169:17,21,25
**common** 82:6
**communicated** 25:21 55:14
**communication** 54:17
**companies** 11:6 14:2,25 27:25

43:10 50:10 142:12
**company** 8:10,17 16:6,20 17:12
  28:7,8 39:18,20 41:17 51:12,21
  83:6 99:4,5 103:11 176:24 177:8
  177:14
**competition** 31:23
**competitors** 101:22
**complained** 131:21
**complete** 181:11
**completed** 6:25 157:3,5,6,7 173:12
**completely** 89:4
**completing** 166:3
**complex** 102:4
**complicated** 52:22 53:11,12
**complicating** 96:24
**complying** 167:21
**component** 35:21
**comprehensive** 172:17,22
**compressed** 57:2 96:14 97:2,7
  105:10
**comprises** 129:25
**computer** 90:2
**concern** 45:8,12 46:12 47:18,20
  139:20 147:8,16 148:3 150:11,21
  162:9 165:18 175:18
**concerned** 59:20,23 69:7 76:2
  150:17 165:20 166:5
**concerning** 21:16 65:10 174:23
**concerns** 61:15 108:18 149:19
  150:6,6,8 155:4
**conclude** 139:14
**concluded** 126:24 180:11
**condition** 65:7
**conditions** 9:13
**conducted** 4:5 52:6 148:14,22
  149:20
**conference** 1:18 4:6,10,13 5:12
**confident** 35:11 94:19,23,24 130:19
**confidential** 211:7
**confusing** 161:16
**confusion** 133:13 135:3
**connect** 43:5 54:6
**connected** 34:25 39:3
**connection** 65:3
**connections** 73:13
**consent** 4:15 5:6,7 176:11,15
**consider** 167:20
**considered** 4:16 151:7
**constituted** 140:2
**consultant** 45:18,21,22
**consulting** 13:18,21 14:10
**consumer** 30:16
**consumers** 102:18
**Cont'd** 183:2
**contain** 119:5
**contained** 109:10,17 117:4 121:11
**contains** 111:13 115:6
**content** 115:14 121:15
**contents** 89:23 90:4 157:24

**context** 103:3 113:18 127:20
  144:24 147:18 150:9 156:2
  159:13 166:4
**continue** 33:15 158:25
**continued** 51:18 124:14
**continuing** 149:4
**contracts** 61:19
**contribute** 16:7
**control** 4:11 131:25,25 132:8,9,13
  132:16
**conversation** 40:15,18 43:25 55:10
  55:21 56:19 86:17 94:18 98:10,12
  127:5 134:11,14,16 141:20
  174:13,15,18,22 175:6
**conversations** 35:2 43:14 92:5,20
  134:3
**convicted** 9:10
**copy** 89:20
**core** 47:2,20,22 73:14 76:18,20
  130:5
**corporations** 13:20
**correct** 11:23 15:12 19:21 29:17
  39:11,12 42:4 45:24 46:15 50:3
  50:13 51:11 52:2,4 53:17,18
  55:17 58:17,19 61:23 65:16 67:2
  67:25 68:3 69:9 75:21 78:4 80:3
  81:4,21 85:11,12 88:22 92:2
  100:23 110:13 115:16 118:20
  128:24 129:6 132:13,14 155:23
  157:22,25 163:20 164:6,11
  165:11,15,18,19,22 172:23 176:4
  176:8 181:11,13
**correctly** 10:20 54:14
**cost** 14:15
**counsel** 3:6 4:4,8,21 5:9 19:24 60:4
  60:7
**counseled** 19:12
**COUNTY** 181:5
**couple** 78:13 111:14
**course** 11:9,12 34:6 73:15 92:17
  127:24 128:7 133:9 142:3 144:19
**court** 1:3 4:17 4:2,7,11,22 5:9,21
  5:23,24 6:20 7:2,9
**crack** 142:25
**create** 140:11 179:10,15,19 180:3
**created** 139:25 140:6
**credentials** 12:25
**credit** 37:23
**cribs** 32:25
**crime** 9:10
**critical** 163:10
**crosstalk** 7:4
**CTO** 58:23 59:2 79:19,22 80:4
**current** 99:10
**currently** 15:10
**customer** 31:5,7,8,19,19 32:5
**customers** 16:3,4,21,23 32:4

---

                    **D**

**D** 5:17 30:15 181:2 182:2
**D-U-E** 41:11
**Dahiya** 1:15 5:13,23 6:1,7 7:1 8:1
  9:1 10:1 11:1 12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1,12 43:1 44:1 45:1
  46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1,3,10,14 55:1 56:1
  57:1,19 58:1,15 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1,17 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  148:1 149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1
  178:1 179:1 180:1 181:7,17 182:5
**daily** 51:19 83:6
**damn** 103:5
**dark** 160:8,18
**data** 20:19,25 21:3,8 24:9,10,11,13
  24:17 25:23 31:10 49:13,14,16,17
  49:25 50:2,5,7,12,15,18,19,23
  51:2,5,6,6,6,8,13,17,17,18,19,23
  51:24 52:7,9,10,11,14 53:2,6,8,9
  53:13,14,15,16 67:21 68:12 69:11
  71:10,11,12,14 73:19 85:4,8,11
  85:16,18,20,22,23,24 87:6,7,10
  87:15 88:8,10,11,11,14,16,24
  89:18,18,24 97:13,17 98:7 99:11
  107:20,22 108:7 109:15,22
  116:12,17,18,20 117:16,19,22,25
  120:12,22 121:2,6 136:16 137:20
  139:17 142:24 143:24 144:4,9,16
  145:24 146:2,9,15,18,23 147:4,10
  147:17 148:5 154:2,6,9 157:18,21
  157:25 162:11,12,12,17,18
  166:25
**date** 1:19 5:3 14:21 20:3 37:21
  40:12 42:9 52:13 54:2 57:14 84:7
  99:23 103:25 107:8 109:25

  112:11 114:24 118:9 122:3
  135:16 140:18 143:21 149:20
  151:19 168:8 171:20 178:23
  179:5,5
**dated** 42:12 67:9 84:20 99:17
  100:15 101:2 103:20 106:25
  107:4 110:4 112:3 115:2 135:12
  140:22 143:17 151:21 168:12
  172:4
**dates** 37:16 41:6,11,13 48:13
**daunting** 151:13
**DAVIS** 2:9
**day** 51:19 105:12 134:12,14 181:19
  184:19
**day-to-day** 18:19 129:2
**days** 31:6,13 72:20 76:14,14 77:5
  177:21
**deadlines** 19:19,22
**deal** 37:2,6 68:21 69:15 71:24
  83:19 92:15 150:3,13 151:3 158:8
  164:5,18
**deals** 70:16 160:25
**Deborah** 90:21
**dec** 170:5
**decided** 48:5
**decision** 62:8 94:12
**decision-making** 11:12,20 12:7
**decisions** 72:15
**decode** 143:12
**dedicated** 18:22
**deep** 71:9
**defendant** 1:15 2:9 8:3,24
**defendants** 1:10 5:8
**deficient** 167:21
**define** 88:4
**defined** 65:5,6
**definitely** 40:10 95:19 131:7
**degree** 11:18,21,24 12:6,19
**degrees** 12:4
**deliver** 98:13
**delivered** 150:21
**demonstrate** 121:14
**departments** 130:14
**depending** 17:25
**depleting** 83:10
**deposed** 6:12 8:20
**deposition** 1:14 4:5 6:16 10:6,16
  22:18 23:3,22,25 24:7 26:7,10
  27:9 181:9 184:7
**derivative** 87:2,4
**derive** 88:13
**describe** 11:9 13:14 82:23
**DESCRIPTION** 182:8 183:3,8
**designing** 28:15
**details** 92:13 175:13
**develop** 51:10 73:7 156:19
**developed** 52:15 67:10,16 71:6
  76:24 89:8 156:23 164:5 170:21
  170:25 171:6,10,13 172:22

**developing** 22:2,9 28:8 40:22 68:6
  73:6 116:9 164:24
**development** 21:22 22:5 72:18
**difference** 27:25 28:3
**different** 50:21 69:17 85:15 89:5
  103:18 121:19
**differentiation** 87:20,23
**difficult** 63:21 70:9 74:12 75:4
  83:20 122:18
**difficulties** 103:7
**digital** 15:7 177:5,10
**diligence** 49:11 52:6 72:16 139:4
  140:3,8,23 141:5,8,12,15,19
  142:15,21 143:5,11 148:14,22
  149:19 151:6 154:19,24 155:6
  159:16 161:4 162:12,16 171:13
  178:6
**dinner** 91:7,7,8,10 94:11,17 100:19
  100:24
**direct** 30:16 35:11
**directly** 46:11
**director** 25:4
**directories** 117:18
**Directors** 80:23
**disappointed** 36:20
**disaster** 41:16
**disciplinary** 13:11
**disciplined** 19:11
**disclose** 65:5,23
**disclosed** 114:3
**disclosure** 66:8,10
**discount** 31:22
**discounting** 31:24
**discrepancy** 125:11
**discussed** 27:3,10 44:13 91:4,10
  105:8 134:7 168:16
**discussing** 48:25 79:5
**discussion** 23:10 35:4 36:18 43:13
  65:4 67:3 133:25
**discussions** 93:25
**disintegrate** 36:3
**displayed** 19:18 42:6 53:23 57:11
  84:4 99:13 103:17 106:23 118:6
  121:24 135:18 140:15 143:14
  151:16 168:10 171:22
**displaying** 79:2,4 99:14 103:18
  106:24 114:25
**disregard** 138:15,23
**disrupt** 14:13
**distress** 38:18
**distressed** 37:25
**DISTRICT** 1:2,2
**division** 39:23
**divisions** 130:16
**DNA** 135:21,23 138:4
**doable** 93:8
**docs** 116:22 118:3
**document** 19:15,20 20:2,4 23:9
  24:20 41:25 42:2,8,10 53:20,25

54:11,16 57:13,15,16,20,22 59:15
  59:19 60:9,23 61:2 62:9 63:10,14
  64:9,12,18 79:3 81:5,22 82:5 84:6
  84:8,9 86:16 87:12 89:8 99:22
  103:24 106:24 107:7 109:24
  114:23 115:4,9 118:8,10 122:2
  135:15 140:17 143:20 149:13
  151:18 167:9,12,21 168:7 171:19
  171:23 172:6
**documentation** 76:23
**documents** 10:5,8 20:19,20,21,21
  20:22,22 21:2,24 22:7 24:6,15
  25:18 26:6,19,24 52:16,19 59:10
  86:10,13,14,19 98:6 109:15
  115:19,22,25 116:15 117:3,10,14
  120:11,20 137:19 140:2,6,11
  148:6 165:21,21
**doing** 34:13 53:6 76:11 77:9 89:16
  93:19 94:14 123:23 131:13 132:4
  155:5 159:4 177:14 178:17
**dollar** 99:5
**dollars** 177:15,16,18
**DOM** 16:11 17:15 42:13 54:8 59:6
  59:7,7,11 73:18 81:14 99:19
  107:2,9 110:5 115:8 118:14
  121:22 129:7 135:13 140:23,24
  141:4,8,15,18 142:15 143:5,18
  151:4,25 168:13 170:3,7,10 172:5
  182:10,11,14,15,16,17,18,19,20
  182:21,22,23,24 183:4,5
**dominating** 30:20
**double** 139:2
**doubt** 122:25,25
**download** 89:23
**downloaded** 21:2 109:14 137:19
  157:24
**downloading** 20:20
**drafted** 107:3
**draw** 172:10
**Dream** 1:9,9 6:10,11 11:2,2 15:3,10
  15:11,15,16,19,22,24 16:11,12,15
  17:7,18,20 18:8,10,11,13,14,25
  19:5,13,24 21:2,6,16,23 22:6
  24:16 25:4,16 27:13,15,16,18,20
  27:23 28:5,9,10,11,12,19 29:14
  29:18,22 30:20,25 32:3,7,15,18
  33:4,17 35:6 36:20 37:18 40:7,21
  44:3 45:19,23 46:22 47:3,8,24
  48:19,24 49:10 52:5,16 58:13
  59:5 60:8,24 61:10 62:16 67:9,16
  68:5,9 72:18 76:25 77:25 79:8,14
  79:16 80:2,4,9,15,19,22 81:2,5,12
  81:13 85:7,7,18 88:24 89:7 90:6
  90:11 104:20 106:11 110:21,24
  111:8,20,24 112:23 113:14 114:5
  114:15 115:17 116:13 118:16,21
  118:25 120:12 124:18 126:13,25
  127:7 129:3 131:4 132:13,16,20
  133:24 134:8,9,23 135:6 139:5,25

140:5 142:22 146:9 147:11,24
  148:7,14,22 149:19 150:11
  153:15 154:17 155:5 159:23
  160:12,21 161:8 162:6,15 163:7
  164:17 165:10,13 166:5,20
  170:24 171:5,9,12 172:21 173:5
  174:3 176:3,6,10 179:15 180:4
**dressers** 32:25
**drive** 6:2 35:10 130:22
**driven** 96:12
**driver's** 5:16
**drop** 77:10
**Dropbox** 115:15,17,21 116:4,6,8,14
  116:17,19,24 117:4,10,15 118:16
  119:4,18,20,22 120:21
**dropped** 17:9
**due** 41:6,10,13 49:11 52:6 72:16
  139:4 140:3,8,23 141:5,8,12,15
  141:19 142:2,15,21 143:5,10
  148:13,21 149:19 151:6 154:19
  154:23 155:6 159:16 161:4
  162:11,16 171:13 178:6
**duly** 5:18 184:8
**dynamics** 96:9 127:23 129:17

### E

**E** 2:2,2 181:2,2 182:2,7 183:2 184:2
  184:2
**E-commerce** 16:4,19,25 22:15
  30:19,21,23 31:25
**E-commerce-related** 14:8
**earlier** 91:4
**early** 30:21 41:3 82:19
**earn** 12:9
**education** 11:10
**effect** 3:16
**effects** 14:18
**efficiency** 178:16
**eight** 162:22
**either** 39:23 110:24 112:13 131:22
  184:14
**elaborate** 156:5 157:12
**elaboration** 154:15
**elasticities** 31:20
**element** 91:11
**email** 21:9 42:11,22,24,25 45:14,25
  46:3,3,17 47:24 52:14 54:3 84:9
  84:20,22,25 85:14 99:15,15,24
  100:13,14 102:9 103:19 104:2,4
  104:24 105:13 106:3,25 107:2,9
  107:10 110:2,3,10,11,15 111:13
  112:12 114:2,25 115:11,14
  117:24 118:11,15,24 119:7,12
  121:11,16,19,20,21 122:9,11
  127:15 135:10,19,24 136:8,18,22
  137:3 140:19,20,25 143:15,16,22
  145:6 146:2 147:18 151:20,24
  152:2,22 153:3,5,7 156:2 164:11
  164:13,15 166:11 167:23 168:11

168:15,18 169:2,14,21,22 171:24
  174:9 182:10,11,12,13,14,15,16
  182:17,18,19,20,21,22,23,24
  183:4,5
**emailed** 113:17
**emails** 108:21 174:12
**employed** 15:16
**employee** 110:22 118:22 119:2
**employees** 80:8 114:16 149:10
**employer** 8:18
**encourage** 46:10
**ended** 133:22
**ENG** 157:15
**engages** 29:14
**engineering** 11:11,18,25 12:12
**Englander** 74:4,9 103:20 105:14
  106:5,10,16 118:12,25,25 120:3
  120:25 121:21 122:5,21,24
  145:10,24 146:10
**enterprise** 34:16
**entertainment** 13:23
**entire** 75:24 128:3 130:2,12
**entrepreneur** 12:23
**entrepreneurial** 17:14
**equal** 128:21,22
**especially** 132:3
**ESQ** 2:6,11,15 6:5 124:15
**estate** 28:17 74:5,10,23 75:17 106:9
  122:7
**estimate** 80:12,14
**eventually** 46:22
**everybody** 38:23 45:6,10 50:13,14
  72:25 77:5 82:17,18,21 92:6
  131:8 133:20
**evident** 36:25
**evolve** 51:18
**exact** 37:16 40:12
**exactly** 38:4 56:16 174:14
**examination** 3:7,14 6:4 124:14
  180:11 182:4
**examined** 5:20
**example** 16:24 17:2 61:18
**examples** 61:8
**Excel** 98:22 167:13,15,18,21
**Excels** 109:6,8
**excited** 104:21
**Excuse** 155:25 156:4
**execute** 60:8
**execution** 162:25
**executive** 34:25
**exhibit** 19:18 20:3 42:6,9 53:23
  54:2 57:11,14 84:4,7 99:13,23
  103:17,25 106:23 107:8 109:25
  114:24 118:6,9 119:15 121:24
  122:3 135:16,18 140:15,18
  143:14,21 144:21 151:16,19
  152:7,14,18,25 168:8,10 169:8
  171:20,22 182:9,10,11,12,13,14
  182:15,16,17,18,19,20,21,22,23

182:24 183:4,5
**exist** 164:20
**existing** 28:7
**exited** 143:3
**expand** 29:4 128:19
**expect** 107:16 108:5
**expectation** 91:9 164:22
**expeditiously** 56:12
**experience** 13:15 30:5,12 31:2 32:4
    69:23 72:24
**expert** 103:15 161:14
**expertise** 70:6 128:10 129:23
**experts** 162:23 163:5
**explain** 83:2
**exposing** 165:7,20
**exposure** 165:18
**express** 4:15
**expressing** 155:3,22 165:17 167:22
**expressly** 61:11
**extension** 41:8
**extensive** 155:17,21 156:16
**extent** 21:11 22:3,16,20 121:10
    151:7
**extract** 35:25
**extracted** 34:18
**extreme** 48:9,15 56:4
**extremely** 104:21 105:9 139:20
    175:8
**eye** 37:5 38:21
**eyesight** 10:11

———————————————
**F**
———————————————

**F** 184:2
**Facebook** 13:8
**facilitation** 72:2
**facility** 32:22 126:18,19,20
**fact** 5:13 96:13 105:8 139:23
    146:25 148:4
**fact-finding** 21:15
**failed** 61:24
**fair** 47:8 56:10 68:4 71:21 95:6
    102:8 104:20 105:10 111:7,18
    116:6 136:21 142:14 164:25
**fairly** 52:11 170:23
**Falcon** 2:4,15 6:8
**falls** 131:18
**familiar** 27:13,15,18,23 33:8,11
**family** 59:5,6,7,8 70:20 81:15
    108:23,24
**Fantasia** 184:4,22
**far** 34:15
**fast** 92:18,21 95:12,13 96:8
**Federal** 1:17 3:2
**feed** 126:3
**feedback** 69:2 73:20 77:17
**feel** 22:16 73:4 78:4 92:9 94:22
    95:17 151:2 159:5
**feeling** 94:23,24
**fell** 37:6

**felt** 16:7 98:4
**Fern** 75:12,13
**Feuer** 2:17 42:11 54:4
**figure** 44:18 45:2 49:4 108:17
    113:7 125:12 129:14 130:14
    133:10 134:5,22 135:2
**file** 144:7
**filed** 37:14,17,21 38:18 39:10 40:11
**filing** 3:7 37:22,23
**finally** 48:21 94:6
**finance** 92:14
**financial** 35:3 45:18 67:10,12,15,15
    67:16 68:11,15 69:8,12,19 71:5,8
    71:17,25 72:8 73:20 75:3 86:15
    86:21,23 97:8,14,21,24 98:5,22
    98:23 99:7,10 107:12 109:18
    114:4 137:16 150:7 161:2,9
    171:10 172:11,13,17,22 178:7,10
    178:12
**financially** 38:2 70:6 177:14
**financials** 74:14,24 139:10 149:5
**financing** 166:13
**find** 16:21
**findings** 51:13
**fine** 22:25 25:14 38:15 63:24 87:14
    111:4 124:7 145:22 152:12
    170:19 173:21
**finish** 7:5 28:25 36:8,12 78:13
    128:15 167:2
**finished** 100:2,8 166:23
**firm** 6:8 139:21 172:16,25 173:3
**first** 5:18 33:17 42:15 62:20 87:14
    89:17 92:4,16 99:25 100:18 101:4
    104:6 141:3 147:3 151:24 153:8
    168:25 172:4
**five** 20:24 64:11 78:20
**flat** 80:17
**floating** 83:24
**flow** 151:22 159:19 166:16
**focus** 12:14 16:8 45:9 47:3 75:25
    137:14
**focused** 163:12,16,19
**following** 93:25
**follows** 5:20
**force** 3:15
**forever** 76:13
**form** 31:10 59:7 164:21
**formal** 67:13 79:8,10,13
**former** 8:17,17
**forth** 65:13 184:8
**forward** 92:18 136:9,12,19
**forwarded** 127:19
**forwarding** 10:15,18
**foundation** 30:19
**four** 20:13,14 86:18
**four-X** 96:24
**frame** 97:2 158:9
**frank** 28:2
**frequently** 117:20

**Friday** 41:7 56:20 104:5
**Friedland** 74:20,22 144:17 145:7
    145:15,23 146:10
**Friedman** 145:13
**friends** 70:20
**front** 26:13 63:2 131:22
**frustration** 153:8,9
**full** 74:16,19
**fully** 163:12,16 166:3
**functions** 102:13
**fundamentals** 103:10
**funding** 69:16 87:8,25,25 88:2,21
    92:14 102:12 103:9 114:11
    139:16
**funds** 97:10
**furnished** 65:8
**furniture** 15:6 29:7,7,8 32:23,24
    33:2,3 130:3
**further** 3:9,13 4:12 93:24 94:11
    146:4 149:2 180:7 184:13
**future** 5:3

———————————————
**G**
———————————————

**G** 181:2
**Gandhi** 42:11 45:15,17 71:23 99:16
    118:13 171:24
**Gary** 110:4,18 111:7
**gear** 29:9
**gears** 130:3
**general** 14:18 86:22 112:14,15
    129:2
**generally** 14:3 113:19 128:24
**gentleman** 74:2,13 128:4
**getting** 13:4 47:18 76:13 91:23
    95:17 112:4,5 114:12 117:20,21
    138:9,15,23
**GG** 57:18 84:21 111:23 115:7
    174:3 182:12,13
**GG's** 114:15
**Ghandi** 54:4
**give** 7:16 8:15 31:13,15 42:15,18
    61:8 73:21 84:22 99:25 117:23
    137:7 141:23 159:2 168:25
**given** 46:25 73:9 181:13 184:11
**gives** 98:21
**giving** 66:21 68:25 73:19
**Global** 1:3 6:9,10 15:6,7 41:18 43:3
    44:3,4,8,17,20,21 45:5 48:20,25
    54:7,19 55:15,24 56:6,11 57:4,16
    58:4,4 65:5,22 66:20 77:25 86:5,6
    86:23,25 89:18,24 90:12,19 93:10
    93:14,25 95:22 96:18 97:7,13,17
    98:5,16 107:11 108:7 109:7,15
    111:15,19 115:3 119:5 120:3
    123:3 124:18 126:14,25 127:7,15
    128:23,25 129:3,20 130:24
    131:13,23 132:12 133:15 134:10
    135:8 143:4,24 144:4,16 145:24
    145:25 146:9 147:10,17,24 148:5

162:21 163:4 176:11,12,21
**Global's** 85:8 88:20 89:10 106:17
107:22 109:18 112:22 113:13
114:3 116:23 117:15 120:11
122:24 128:25 132:19 137:16,19
157:18,21
**go** 1:3 6:9,10,14 10:22 20:8 29:2
33:16,16 36:24 41:17 43:3 44:3,4
44:8,16,19,21 45:5 48:20,25 54:7
54:19 55:15,24 56:6,11 57:4,16
58:4,4 61:3 64:7 65:22 66:20
72:23 77:25 78:10,22 85:8 86:5,6
86:13,23,25 88:20 89:10,18,24
90:12,19 93:10,25 95:22 96:18
97:6,12,17 98:5,16 106:17 107:11
107:22 108:7 109:7,15,17 111:15
111:19 112:22 113:13 114:3
115:3 116:23 117:15 119:5,12
120:3,11,16 122:24 123:3 124:18
125:15 126:14,25 127:7,15,22
128:17,23,24,25 129:3,20 130:24
131:13,22 132:12,19 133:15
134:10 135:7 137:15,19 142:13
143:4,23 144:4,10,15,18 145:24
145:25 146:2,3,9 147:10,17,24
148:5 152:3,9,16,21 153:10
157:18,21 161:14 162:21 163:4
169:12 176:11,12,21 177:22
**go-to** 102:17
**GOB** 83:7
**God** 76:20 102:6
**goes** 153:18
**going** 6:14 10:4,22 19:15 23:12
34:17 41:9 44:2 45:8,12 46:12
47:17,20 49:19 62:19 65:22 75:5
78:12 83:7 86:22 88:2,7 93:21
102:15,22 107:22,25 112:18
131:10 134:23 135:7 139:19
162:10 166:10 168:22 174:20
**good** 6:6 25:6 44:17 52:11 61:2,14
123:14 170:23 177:15,24
**Goodman** 135:11
**goods** 29:10
**Google** 13:8 116:3,4
**graduate** 12:9,15,17,22
**graduation** 12:21
**granted** 85:8
**graphic** 108:12,15 109:5,10
**great** 70:21
**GREENBAUM** 2:9
**greet** 92:17
**Gregory** 172:3
**grew** 19:9
**ground** 6:14
**group** 74:25 89:22
**grow** 16:20
**growth-related** 14:7
**guess** 30:9 38:12 79:19 80:10,11
104:6 113:23 117:24 140:9

145:19
**guessing** 106:7
**gut** 71:2
**guy** 22:19 25:3 72:12
**guys** 24:9,14 27:5 44:18 73:21 99:4
112:6 133:11

## H

**H** 5:17,17 182:7 183:2
**hand** 184:19
**happen** 38:3 48:18 66:24 134:21
142:7
**happened** 34:8 36:5 48:22 78:3
91:8 93:18 94:6,16 113:16 122:13
125:15 127:21 129:16 142:3
**happening** 47:2 83:8,11 93:2 118:2
148:11
**happens** 31:21
**happy** 7:11,16 78:14 133:17 168:5
**hard** 13:8 50:19 56:15 139:20
142:5
**hats** 14:5 17:18,19
**he'll** 61:15,15,16
**head** 6:20 70:15
**hear** 95:5
**heavy** 28:16
**heck** 129:15
**Helco** 72:5
**held** 1:18 124:17 127:12 134:14
178:20,22,25
**hell** 76:11
**help** 6:15 35:10,14,20 40:18,19
73:16 123:25 130:9 153:20,22
154:2 158:4 160:9,22 173:3
**helped** 15:25
**helping** 16:20 68:13 74:24 177:4
**hereinbefore** 184:8
**hereto** 3:5
**hereunto** 184:19
**Heritage** 15:5
**hey** 44:16 70:10,22 73:22 94:5
95:16 99:6 108:17 109:2 112:19
142:6
**Hi** 136:8 137:5,6 141:4
**hierarchy** 80:18
**high** 49:3 133:6
**highly** 53:12 122:25 159:2,6,7,9
**Highway** 2:5
**hire** 172:16,25
**history** 49:19,20 120:19
**hold** 15:21
**hole** 76:15
**home** 64:6
**hope** 10:6,19 45:3 144:13
**horrendous** 72:23
**hour** 72:20 78:17 82:10
**hours** 82:16 143:12
**HR** 51:6
**huge** 29:13 104:8,16,17,18

**Human** 102:13
**hundred** 73:9 151:12
**hundreds** 144:13

## I

**Ian** 171:25
**iconic** 101:13
**ID** 182:8
**idea** 52:11 95:7 139:21 149:7
170:12,23
**ideally** 153:9
**identify** 168:24 169:24
**identity** 21:25 22:8
**immediately** 48:15 66:24
**impact** 9:25 166:15
**import** 35:11
**important** 91:13,16,21 120:9 132:2
132:2,9
**imports** 73:18
**improve** 70:2
**in-person** 77:24 90:11 94:10
124:16
**inability** 154:23
**Inc.'s** 21:6
**Inc./DOM** 59:5
**incapable** 155:5
**include** 157:17
**included** 22:7
**including** 20:19 21:24 115:7 139:18
153:24 163:25
**incompetency** 62:11
**incorporate** 166:14
**increase** 130:7
**increased** 178:16
**increasing** 35:12
**independent** 45:20,22 140:2
**Index** 1:6
**India** 12:12 14:12
**indicators** 38:2
**indirectly** 149:10 153:12
**individual** 10:17,24
**individually** 52:21
**individuals** 21:25 22:9
**industries** 1:9 6:11 11:2 15:4,11,15
15:19,22 16:12 18:10 27:16,20
28:6,10,11,12 29:14,18 81:2,13
**industry** 13:17
**information** 12:16,20 21:8 49:15
55:3,6,8,11,13,16,19 65:6,8,9,23
66:2,9,10,14,23 67:2,4 83:4,5,5
83:24 88:15 98:16,17 109:9,13,17
111:2,5 113:10 136:10,12 137:12
137:15,22 138:8,12,24 147:21
148:6 154:5 157:13,17 162:3,8
163:23 165:6,11,14,22 166:2,6
**inherent** 102:14
**initially** 10:16
**input** 112:5
**inside** 111:5

insights 16:2
instance 62:3 116:5
instances 66:8
instantly 117:25
institutions 72:9
instrument 47:6
intellectual 46:17,23 47:10 174:24
    179:11,24
intent 43:21 112:4
intentions 37:11
interaction 142:10
interest 18:8
interested 33:18,24 34:4 37:12 39:6
    44:20 46:23 47:9 48:25 50:11,16
    55:5,9 68:5 93:21,24 100:13
    184:16
interesting 127:23
internal 150:18 160:6,8,13,18,21
internally 154:24 155:6
interrupt 28:24 93:22 128:16
intertwined 76:17
intertwining 130:13
introduced 41:19,22,24 43:10 44:4
    44:5,19
introduction 42:25 43:3,6 44:2
introductory 47:24 91:23
invented 14:22
inventory 178:4
invest 35:18,22,24,25 88:7 108:25
    112:7
investigation 21:15
investing 108:25 112:6 125:14
    129:12 131:19
investing/not 125:14 129:11
investment 94:13 99:18 101:5,10
    107:11 109:3,21 131:3 132:14
    150:23 161:17,19,23 163:24
    164:18
investments 28:17
investors 35:18 75:10,11,14,16
    112:2 139:11
invitation 94:7,9
involved 18:25 19:3 24:19,23 60:20
    68:22 69:4 77:13 176:23
involvement 69:7 141:22
IP 21:23 47:19 148:19 174:19
    178:19 179:21,21
irrelevant 130:8
issues 10:12
items 32:18 33:4


                    J

Jack 68:20,22 77:13 82:16 94:21
    99:16 125:19 126:4,7
Jacob 75:9 118:12,19,21 120:2,24
    172:2
Jacoba 75:15
Jacobi 75:15
Jeff 94:7,8 127:24

Jeffrey 58:4
Jennie 1:19 184:4,22
Jersey 2:10 6:3 32:21
JESSICA 2:15
job 19:13 98:2 159:8
Joey 17:24 18:3,5,11,25 60:17,20
Joey's 18:5
join 101:22
joint 17:11 96:22 129:4 131:13
    132:20
Joseph 74:20,22 144:17 145:7,23
    146:10
JP 35:3
judge 95:13
July 113:4
jump 16:6
June 41:2,3,23,23 42:13 46:2 52:13
    67:9 68:4 69:18 76:22 77:24 78:2
    78:3,3,4,8 84:20 88:23 90:11
    93:11 94:2,16 98:11 99:17 100:15
    100:25 103:21 104:25 107:2,4
    110:4 112:11 113:3 115:3 118:11
    124:17 127:22 133:22 135:12
    136:6 139:3,25 140:22 141:11
    143:6,17 147:23 148:13,15,21
    149:18 151:22 156:16 167:23
    168:12 170:3 172:4 179:2,3,4
justify 70:10


                    K

K 181:2
K-A-C-H-T-A-N 25:15
Kachtan 25:15
Kathleen 90:24
keep 17:3 37:5 77:10 93:21 146:5
keeping 38:21
keeps 83:15,17
kept 17:10 41:13
key 91:11,18
Kilgallen 1:20 184:22
kind 13:6 32:24 50:6 72:11 76:20
    77:11 94:4 98:17 124:6 130:23
    131:2 142:6 149:12 151:25
knew 34:8 37:23 48:13 49:21 52:9
    52:10 71:16 76:3 85:13 93:19
    97:16 99:3 130:18,18 131:4,6
    139:21 146:13
know 7:9,14 10:20 14:19 16:21,22
    18:7,18,24 22:18,20 23:21 24:23
    27:4,5,24 28:2,6,7,16 29:10,12,25
    30:2,13 31:17 32:10,13,13 33:15
    33:17 34:7 35:16 36:10 37:16,18
    37:20,22 38:10 39:14,20,25 40:12
    40:21 41:17,21 42:16 44:3 46:4
    47:19,21,22 48:5 51:6 53:5,13
    54:22 55:7,8,11 56:17,21 57:4,6
    59:8,13 60:21 61:14 62:16 63:16
    63:25 65:25 66:5,7 67:12 68:19
    69:14 70:11,18,21,24 71:19 72:19

72:22 73:3,12,23,25 74:16,25
    75:2,23 76:11,20,22 77:3 80:9,19
    80:21,22 81:13,18,20,24 83:12
    84:23 85:17,19 88:2 90:16 91:23
    92:6,24 93:13 94:3 95:18 97:3,5
    97:13,21 98:15,20 99:10 100:2,8
    103:2,12 106:2,5,10,13,16,18,19
    106:20 107:21,25 108:5,9,13
    109:18 111:3,7,10 112:4,7,21
    113:18,20,24,25 114:11,13,20
    116:3,11 117:9,22 122:4,7,17
    123:5,6,7,8 126:5,10,13,21,22
    127:3,9,10,21,21 129:4,14,23
    130:3,6,19,20,24,25 131:7,9,11
    131:20,21 133:5,8 134:12,16
    135:2,4 136:14,24,25 137:2
    138:18 139:14 140:4,5,13 141:14
    141:18 142:18,20 143:4,7 144:5
    144:12 145:15,20,21,23 146:8,11
    146:12 147:12,14,23 149:4,8,15
    149:16,25 150:7,9,20 156:9,13,13
    159:7,18,23 161:25 162:7 165:24
    167:17 168:2,3 169:2,10 170:19
    171:11 174:15 175:12,24 176:2
    176:10 177:13,17 178:19,23
    179:6
knowing 32:4 70:13 94:13 130:6,12
    159:3
knowledge 5:11 21:12 80:13
    164:17
known 120:10
knows 32:5 70:2,3,3 76:20 102:6
    103:15


                    L

L 181:2
L's 49:15
lack 56:9 158:11 160:6,12
lady 90:21
land 33:25 70:22 131:8,10
Lapish 54:5
large 13:20 150:23 161:16,18,22
larger 163:20
late 40:25 41:3 82:20
law 4:17 6:8
lawsuit 8:3,9,13,16,25 9:7
lawsuits 9:3
lawyer 23:4
Lazard 41:23 43:7,8 44:5,24 48:16
    50:2,7,12,14,18,23 51:2,13,22,22
    52:7 53:15 67:21 71:12 81:17
    85:10 87:7,10 88:11,16 90:18,18
    112:19 116:17,20 117:16,19
    120:8,9,22,25 136:16 137:11
    139:8 141:24 144:6 149:25
    153:11 155:4 157:13 159:6
    162:18
Lazard's 117:25
lead 40:16 177:10,10

**leadership** 33:23 39:3,5 49:18
**leading** 64:16 91:6
**learn** 23:19 148:3
**learned** 113:10,12 114:3 175:19
**learning** 77:20
**leases** 22:7 174:25 176:4,7 180:4
**leave** 133:14
**left** 94:3
**legal** 27:5 60:4,7 73:16,16 117:13
  161:2,9
**lengthy** 151:25
**let's** 11:15 49:4 70:12 72:10 78:18
  78:22 91:19,19,20 93:3,7 94:5,10
  99:6 122:9 124:9 140:9 153:10
  169:12
**letters** 10:13
**letting** 116:11
**level** 49:3 133:7 171:16
**license** 5:16
**licenses** 12:25
**licensing** 13:11
**life** 35:14 82:6
**lifetime** 101:6,11
**light** 39:9 148:4
**lightning** 47:2 148:12
**liking** 31:9
**limitation** 73:2
**limited** 20:20 21:24 22:7 96:22
**line** 58:13 76:13 141:3 153:10,10
**link** 115:4,15 118:15,18 120:16
  127:13
**list** 29:13
**listed** 58:22
**listen** 72:11
**litigation** 4:19 26:25
**little** 22:20 83:2 86:22 108:14
**live** 14:14 83:8 126:3 177:23
**living** 35:13
**Livingston** 2:10
**LLC** 1:3 6:10
**LLP** 2:9
**location** 20:25
**locations** 4:8
**long** 82:16 130:21 143:2
**look** 17:13 44:13 45:11 50:23 63:22
  67:3 68:12 72:14 77:8 113:6
  133:5,5 136:22 159:2
**looked** 24:10 49:15,16 52:7 85:24
  87:7 97:20
**looking** 17:12 24:11 26:11 31:11
  35:22 43:18 45:6 50:25 53:5,8,9
  68:2 69:7 73:19 87:3 89:2,9 120:7
  125:19 129:24 132:22,23 133:2
  159:5 161:13 162:20,24 166:13
**looks** 25:14 52:23 76:17 108:19
  136:16 137:10 146:2,6 147:19
  178:2
**lose** 101:23
**losing** 177:15,16,17

**losses** 178:5,9,15
**lot** 16:4,4 17:17,19 49:21 51:6
  69:21 71:3,3 83:24 85:23 118:3
  129:13 153:23 174:3 178:4
**Louster** 90:24
**LRP** 86:23,25 87:2 89:10 109:18
  111:15 115:7
**lunch** 78:11 123:15
**luncheon** 124:12

**M**

**M** 181:2
**M-U-N-I-R-E** 15:6
**main** 117:18 129:25
**making** 24:17 36:24 37:11 52:21
  53:2 67:24 128:13 144:14 147:19
  149:15 164:23 165:25 166:9,9
**managed** 149:3
**management** 13:18,21 14:10,19
  102:16
**managing** 58:7
**manipulated** 87:11
**manipulating** 20:21
**manner** 4:14 45:8 56:8,9
**manufacture** 32:19,20,22
**manufactured** 32:21
**manufactures** 33:5
**manufacturing** 18:20 28:15 32:16
**March** 38:25
**margin** 35:12 130:7
**Mark** 2:19 16:8 17:22 18:4,4 24:3
  26:2 28:16 30:2 35:13,17 42:12
  54:5 60:3,12,16,22 61:10 68:11
  69:3,14,19,21,21 70:17,25 71:5
  73:13,15,17,25 74:8,11 75:9
  77:17 82:15 89:14,22 91:14 92:12
  94:15 95:21 99:16 100:13,15
  103:20 104:25 106:25 107:3
  108:18,20 110:3,15 111:6,18,22
  112:10,22 113:12,14 114:3,14
  115:2 118:13 121:20 122:9
  125:18 126:7 127:15 128:7
  131:20 132:2,9,22 133:23 134:8
  135:11,19,23,25 136:7,18,23
  137:23 138:3,11,15,22 139:9
  143:17 144:3 146:3,8,13 149:4
  151:21 164:7 166:22,23 167:4
  168:12 172:2 174:6,13,23 175:9
  175:20,22,24 176:7
**Mark's** 29:24 69:7 91:21 106:6
  122:6
**marked** 20:2 42:8 53:25 57:13 84:6
  99:22 103:24 107:7 109:24
  114:23 118:8 122:2 130:15
  135:15 140:17 143:20 151:18
  168:7 171:19
**market** 30:16,21 31:21,24
**marketing** 16:5,20 51:5 59:2
  170:25 177:5,10,11

**marking** 110:6
**marriage** 184:14
**Mason** 110:4,18 111:8
**match** 132:24
**matching** 133:8 159:20
**materials** 105:16,22 106:2
**matter** 6:10 8:20,22 47:5 143:10
  151:10 184:17
**Matthew** 54:5
**mattresses** 29:6 32:20,21 33:7
**Me's** 18:25 35:6 72:18 76:25 90:7
  150:12
**mean** 35:15 36:22 59:25 79:15,22
  91:12 93:22 94:21 98:10,21
  104:11,16 120:15 121:4,5 128:15
  128:16,18 149:24
**meaning** 15:24
**means** 14:7 47:20 79:21 98:20
  103:13 112:12 138:20 146:16
**meant** 95:19 135:25 138:4
**media** 13:22,22 14:17 15:7
**medical** 9:13
**medication** 9:12,19,25
**meet** 23:24 24:3 48:10,22 49:4
  56:19 91:19 92:17 93:14,15 94:5
  94:10
**meeting** 4:10 40:8 43:22 48:6,20
  77:16,21,22,25 90:11,14,17 91:13
  91:18,22 92:3,4,16 93:11 94:2,16
  95:20,22 98:12 100:25 124:17,21
  124:24,25 125:2,3,9 126:15,24
  127:2,8,11,11,22,25 128:3,8,9
  129:9,9 130:23 131:17,22,23
  132:21 133:14,18,19,22,25 134:9
  139:3
**meetings** 139:7
**members** 43:13 49:21 73:14 90:19
  93:13 133:23
**memory** 9:14 179:2
**mention** 46:16 151:11
**mentioned** 9:4 13:2 32:15 49:25
  71:23 73:24
**merchandise** 177:22,24 178:2
**message** 104:19
**messaging** 21:9
**met** 95:15
**metal** 29:8
**Michael** 110:3,15,21 111:3
**middle** 161:15
**Mike** 91:2
**Milan** 26:2 42:11 43:2 44:6 45:14
  45:17 46:9 48:2 53:8 54:4 68:13
  71:23 72:16 73:15 82:15 89:22
  99:16 100:14 101:10 102:21
  107:4 115:2 118:12 125:16,24
  126:4,5,8 128:7 135:12 151:21
  158:3 168:12,21 169:22 171:24
**Milan's** 102:6,8
**million** 88:7 94:12 99:4,5 107:16,17

107:23 108:2,6
**millions** 177:16,18
**mind** 113:19 132:7
**minimized** 178:15
**minutes** 78:21,23 123:21 125:20
173:20,23
**misalignment** 129:11
**mispronouncing** 84:10
**misunderstood** 9:20
**mixed** 14:8
**model** 67:10,15,16 69:8,19 70:9
71:5 86:23,25 87:2,2,5,18 89:3,10
89:12,21 106:17 107:12 109:7,18
111:15,19,23,25 112:23 113:13
114:4,15 115:7 116:23 117:15
119:5 120:3 122:24 137:16
151:23 154:4,5 164:5,18 166:16
167:2 168:4,5 171:10 172:12,13
172:17,22 178:7,10,12 179:11,13
179:16,23 180:2,3
**modeling** 87:8
**models** 14:13 52:23 67:18,19 71:7
154:2 179:25
**models/deal** 163:24
**MOISHE** 2:18
**moment** 42:16 78:10 84:22 99:25
114:10
**Monday** 41:6 48:23 105:18 131:17
133:11
**months** 151:9
**MOORE** 2:15 165:23
**Morgan** 35:3
**morning** 6:6 82:19
**mothership** 34:10
**mouth** 149:25
**move** 92:18,21 123:25
**moved** 41:13 126:19
**movements** 6:19,21
**moving** 83:13,14 93:9 102:4 130:10
139:15 178:4
**multiple** 14:5 28:14 59:9
**Munire** 15:5
**MURPHY** 2:11 5:7,14 9:20 17:3
23:6,12 25:12 38:5,15 47:12,14
78:9,16,20 101:7 110:6 113:23
121:17 123:9,17,21,23 124:5
137:3 145:19 155:8 156:5,9
158:13 166:8 167:24 170:14
173:17,21 180:9
**mutual** 63:4 66:13,16,18 82:6,7

**N**

**N** 2:2 181:2,2 182:2
**name** 5:22 6:7 18:5 25:5 39:4 51:4
54:14 74:3,4,14,16,19 84:11
90:21,23 94:7 125:19 167:15
**names** 14:24 75:5
**native** 121:13
**natural** 36:10

**nature** 8:12 83:18 96:10
**NDA** 54:7,18,19,23,25 55:4,15 56:2
57:23 66:5,21 67:5 79:4 81:17
85:5,6 108:3,10 109:11 135:25
136:2,3 137:11 138:5,9,13,14,16
138:17,20,23 147:2,3,9,12,14,16
147:24 148:5 174:2,7,9,10,13,23
175:12,19,20,22,24 176:8 182:12
**NDA's** 81:25 82:4,6,7
**NDAs** 163:25
**necessary** 100:19
**need** 7:8,15 25:8 41:7,7 60:22
63:17 64:13 72:4,8 86:15,21 88:5
88:6 89:3 92:18,21 93:5 136:14
137:11 159:2 163:22 169:3
179:10,15 180:3
**needed** 13:6 16:6,8 24:18 56:18,19
76:16 92:11 153:18 163:19,20,23
172:14
**needs** 48:8 61:16 64:3 93:5
**network** 72:2,3,7
**never** 61:24 127:4 154:6 157:5,6
165:4,5 167:2 168:5
**new** 1:2,21 2:5,10 5:20 6:3 16:21
32:21 49:19 103:11 126:18,19
181:22 184:5
**Newco** 102:15
**nice** 136:8
**nicely** 102:17
**NJ** 5:16
**No.1:23-cv-07987** 1:6
**nod** 6:20
**non-Dream** 165:14
**nondisclosure** 57:17 63:5,24 66:13
66:16 136:3 138:21
**normal** 66:11 142:2
**normally** 59:10
**Notary** 1:20 3:15 5:19 181:22
184:4
**note** 7:17 10:15
**notes** 26:9,12,13,17,18 27:2 91:4
149:15
**notice** 19:23 26:22 127:14
**notion** 31:14 63:4
**number** 10:20 20:13,14,24 21:5,13
21:21 22:4,12 42:13 54:8 57:18
80:8 84:21 99:19 103:21 110:5
115:6,8 118:14 121:22 130:11
133:11,12,12 140:24 143:18
151:25 168:13 171:25 172:5,11
**numbers** 69:24 70:7,8,10,12 76:19
89:15 91:11 110:7 125:13 126:11
130:8,9,15 132:22,23 133:6,8
159:20

**O**

**O** 181:2
**oath** 7:23 181:9
**objecting** 47:15

**objection** 4:25 5:3,5 47:12 101:7
155:8 158:13 165:23 166:8
167:24
**objections** 3:10
**obtained** 176:11
**October** 1:12 127:13,14 181:10
184:20
**off-shoring** 14:11
**office** 72:21 94:6 108:23,24
**officer** 59:2,3 177:11
**okay** 17:10 20:17 21:18 25:13 28:4
36:20 42:21 43:24 46:8 52:3
53:10 63:12 72:12 79:18 84:14
87:14 89:13 95:10 96:20 97:19
100:6,11 108:22 109:20 113:5,21
113:21 114:21 121:7 123:15
124:5 125:6 126:9 137:25 138:3
145:3 147:6 148:10 152:20
153:25 167:17 169:6 171:15
173:17 179:10
**once** 101:6,11
**one-sided** 128:9 130:23
**ongoing** 139:19
**operate** 73:3 128:11 130:25
**operates** 70:17 71:2 132:3
**operating** 15:25 76:10 80:20 129:6
132:15,17 161:5 171:6
**opinion** 113:17 114:12 155:22
160:20 164:16,19 167:22 177:20
**opinions** 68:25
**opportunity** 101:5,11,12 104:8,12
168:25
**ops** 18:19
**optimum** 14:15
**order** 15:2 166:12
**outcome** 133:17 184:17
**outside** 114:15 147:11 148:7
172:16,25 173:3
**overnight** 76:5
**oversees** 105:15
**owned** 39:24
**owners** 101:12
**ownership** 18:8,9 31:18
**owns** 18:13

**P**

**P** 2:2,2 49:15
**p.m** 180:12
**page** 39:8 42:15 57:25 63:2,16
64:16 99:24,25 100:3,7 101:20
151:23,24,24 172:5 182:4 183:3,8
**paid** 31:16
**pan** 35:16
**paragraph** 62:20,20,22,25 63:9,12
63:13 64:8,11,15,18,22,23 65:3
65:19,22 101:4 102:11 160:5
161:13,15 162:20
**paraphrasing** 56:2
**parent** 39:18,20

**part** 45:6 63:15 74:25 76:3 87:8
90:9 91:18 96:13,16 102:21
132:19 137:23 145:6 158:10,19
161:18 176:25 177:19,20
**partial** 146:3
**participate** 101:21 122:12 128:18
128:20
**participated** 133:24
**participating** 4:9 51:9 77:16
128:13
**participation** 128:22
**particular** 48:24 49:2
**particularly** 39:8
**parties** 3:5 4:4,16 40:17 48:17
66:15 91:25 100:20 133:17
184:15
**Partly** 24:22
**partner** 34:18 35:9 43:18,23 44:17
58:7 74:6,23 96:22 99:3 106:9
108:19 122:6,7 128:14,19,20
129:2,6 132:15
**partners** 18:10 74:10 95:9 96:23
99:3 106:6 114:9 132:7 145:17
163:22 164:9
**partnership** 14:11,12 16:3 44:8,11
44:12 45:2,4,11,11 46:13 49:6
55:10 132:4 133:4 134:20
**partnerships** 14:7,12
**parts** 139:15
**party** 37:12
**passionate** 36:23
**path** 134:15,17,18
**Pathania** 84:10
**Patty** 140:20 141:4,14,18,21
**pause** 20:16 25:11 42:20 46:7 63:19
78:25 100:5,10 137:9 145:2
168:20 169:5 173:25
**paying** 37:24
**payments** 8:14
**PDF** 136:24
**PELTZ** 2:18
**penalty** 7:23
**pending** 7:18
**people** 25:25 30:22 53:11 69:17
71:16 72:8 73:10,11 77:6 79:16
80:10 82:18,19 90:8 91:13,16,17
91:20 96:9 97:3 111:19,23 112:23
113:13 114:8 119:18 151:13
171:25 172:14
**percent** 17:25 31:22,22 130:4
**Perfect** 10:15
**perform** 150:12 154:19
**performed** 21:16 139:5
**period** 142:5
**perjury** 7:24
**permission** 60:23 61:11 142:8
176:21
**person** 59:21,23 74:7 75:8 90:22
**personal** 51:13 80:12 164:16

**personally** 8:4 30:4 76:2
**personnel** 90:7 165:15
**perspective** 72:13
**phenomenal** 72:3
**physical** 6:19
**physically** 4:24
**piece** 97:2,4 108:13,16 129:12
149:3
**pieces** 135:25 149:5
**pinpoint** 75:4 122:19
**place** 70:8 72:22 82:21 102:18
147:2,9,17,24 163:11,15
**placed** 176:3,6
**places** 151:5
**placing** 50:11
**plaintiff** 1:5,16 2:4 6:9 8:2,7
**Plaintiff's** 20:2 42:8 53:25 57:13
84:6 99:22 103:24 107:7 109:24
114:23 118:8 122:2 135:15
140:17 143:20 151:18 168:7
171:19 182:8 183:3
**plan** 40:13 162:25 171:7 172:18
**planning** 108:18
**plastic** 29:8
**platform** 4:10 115:24
**play** 49:24 96:9 139:18
**players** 88:6 95:8
**please** 6:18,25 7:5,9,14,17 11:9
13:14,25 20:13 28:25 29:3 36:12
46:3 128:19 136:9,19 155:11
**PLLC** 2:4,15
**Plus** 77:20
**point** 33:23 35:4,17 37:13 41:9 43:9
43:12 45:7 49:10 52:6 55:12
60:10 64:3 67:8 68:19 69:18
92:16 125:4,5 136:20 137:15,18
139:4,24,24 140:12 141:9 142:14
143:5 145:22 146:16 147:8,15,23
148:4,13,21 149:18 153:16,21,24
154:3,17 156:23 157:11,20
158:12,14 162:15 164:4 166:20
170:3,7,10,24 171:5,9,12 172:11
172:21 178:3
**points** 73:19 131:12 139:17
**policies** 21:8,9,10
**populate** 51:23
**populated** 50:18
**portion** 110:10,11 166:10,16
**portrayed** 143:8
**position** 15:21 93:20 97:14,21,24
98:6
**positive** 133:16
**positively** 159:19
**possession** 26:25
**possible** 121:3,4
**possibly** 133:23 136:2
**post-acquisition** 22:13
**postmortem** 133:25
**potential** 38:22 40:13 43:11 46:11

50:11 53:16 68:21 81:25 82:11
97:22 98:17 104:18 116:9 132:20
139:6 142:20 148:17,23
**potentially** 47:9 104:21 138:12,13
142:23 147:10
**practice** 66:12
**predict** 178:12
**prefer** 80:11
**preferences** 31:10
**preparation** 26:6,10 178:14
**prepare** 23:2,21,25 24:7 27:9
154:18 172:17
**prepared** 11:5 20:9 170:4,8,10
**presence** 4:24
**present** 2:14 4:4
**presentation** 86:5,7,8,18 89:21
107:11 136:17
**presented** 5:15 163:25
**presenting** 132:24
**Presently** 177:4
**Pretty** 16:5 29:12
**prevent** 120:2
**previous** 8:10 112:17 153:19
**previously** 79:12 80:25 82:9
**price** 31:20 172:3
**printout** 20:5 26:20,21
**prior** 33:13
**privately** 131:23
**privy** 71:20
**probably** 48:16 102:7 112:3 123:14
124:23,24
**problem** 22:21 78:6,6 96:16 98:14
103:9,9 125:13 126:10 131:3
142:2 177:19,20
**problems** 131:15
**Procedure** 1:18
**proceeding** 7:24 20:16 25:11 42:20
46:7 63:19 78:25 100:5,10 137:9
145:2 168:20 169:5 173:25
**process** 6:15 33:12 41:15 51:22
56:7 60:21 73:14 75:24 82:25
83:3 90:9 92:5 96:10 133:10
141:10,12,16 149:8 165:7
**processed** 52:15
**processes** 76:12
**produced** 24:15 27:2 76:23 117:4
117:11
**product** 31:13,15,21 35:11 70:3
76:13
**production** 26:17 121:12
**products** 14:14 28:16,20
**professional** 12:24 89:11
**professionals** 150:12 160:7,13
**program** 11:14 12:22
**project** 18:2 114:12 141:5,9,16,19
160:7,14
**projected** 143:9
**projects** 18:2
**pronouncing** 10:19 54:13

**proper** 40:24 160:6,13
**properly** 130:15
**property** 46:17,24 47:10 174:24
  179:12,24
**proposal** 35:6,8 36:5 128:25 129:7
  132:19
**proposing** 132:12
**proposition** 69:25
**proprietary** 65:6,23
**protect** 66:7,9
**protocols** 21:7
**provide** 77:17 121:13 153:22
**provided** 53:15 73:2 98:7 155:15
**providing** 118:15 169:21
**provisions** 65:11
**Public** 1:21 3:15 5:19 181:22 184:5
**pull** 93:20 97:10 151:6 154:9
**pulling** 154:5
**pulse** 93:17,18
**purchase** 179:22
**purchases** 178:3
**purchasing** 33:18
**purpose** 4:18 65:4 112:7 126:12
**pursuant** 1:17
**pursue** 134:9
**pushed** 56:20
**pushing** 56:15
**put** 25:22 70:6 79:18 88:3 95:25
  116:18,23 128:8 130:10 149:24

———————

**Q**

**question** 3:11 7:2,6,8,11,18,19 9:16
  9:21 25:6 27:24 29:24 36:9,12
  38:6 39:9 47:15 50:20,22 76:18
  79:11,12,19 97:9 109:4 111:6
  112:9 116:3 117:6 145:4 146:7
  148:20 155:10 156:8 170:15
  179:14,15
**questioning** 158:7,10
**questions** 6:18 10:21 11:6 22:22
  23:10 180:8,9
**quick** 18:24 42:16 139:3 168:17
  173:16
**quickly** 56:2 63:7 92:11
**quite** 31:12 40:25 71:9

———————

**R**

**R** 2:2 34:2,2,9,9,11,12,13 184:2
**raise** 83:11
**raising** 87:21
**ran** 32:12
**Rappaport** 2:4,15 6:8
**re-up** 121:10
**reach** 72:4,5,5,9
**reached** 39:2 73:21
**reaching** 153:21
**read** 7:10 10:14 20:13 36:14 42:16
  42:17 46:3 62:9,22,24 63:8,13
  65:15,18 84:22 99:25 102:10

108:21 123:12 152:3 155:12
  168:17 169:2 172:12 175:15,20
  175:24 181:8
**reading** 10:8 65:21 100:8 135:24
  137:6
**reads** 46:9 143:23 154:22 155:16
**ready** 36:19 177:25
**real** 18:24 28:17 74:5,10,23 75:17
  106:9 122:6 139:3 168:17
**realization** 87:14
**realize** 27:22 53:12 63:15 75:6
  100:12 110:9 131:19 135:23
**realized** 135:3
**really** 14:20 30:22 37:21 56:14 70:9
  75:4 76:16 83:12 86:13 94:13
  96:23 113:6 122:18 139:11 149:8
  154:4 158:16 159:18 169:10
  174:20 175:3
**reason** 7:16 63:6 97:5 98:4,8 120:6
  120:7,24 146:22 147:3 158:19
**reasons** 56:11 83:4 96:17
**recall** 90:10 122:20,23 124:16
  134:7,13 148:20 174:4
**receive** 11:24 66:25
**received** 11:21 12:3 47:23 106:17
  157:18,21 176:21
**recess** 124:12
**recipient** 65:7,8,9
**recipients** 84:11
**recognize** 20:4 42:22 54:10 57:19
  84:25 104:4 140:25 153:3 172:6,8
**recollect** 77:3 179:6
**recollection** 75:7 179:8
**record** 4:22 5:22 36:9,11,14 38:11
  155:12 169:13 181:11,12 184:11
**recorded** 4:13 6:17 53:3 124:21
  125:3,9 126:16,22 127:2,8 140:12
**recording** 4:14 127:11
**reduced** 149:12
**reference** 43:16 100:25 104:13
  155:14
**referencing** 50:2
**referred** 10:18
**referring** 16:11 24:14 26:21 67:21
  77:22 82:15 86:21 91:3 106:3
  144:16 145:5,6,9,12 162:17
**reflect** 38:11
**reflection** 56:3
**reflective** 105:7
**refresh** 75:7 179:2,7
**regard** 19:12 76:24 89:9 105:8
**regarding** 8:14 24:12 54:17 65:4
  86:14
**regards** 69:15
**regular** 151:8
**reiterate** 23:18
**related** 26:24 81:25 184:14
**relating** 76:25
**relation** 24:20 25:18 43:10,19

67:10 68:17 71:24 72:17 98:18
  116:8,15 139:5 148:16,23 150:3
  154:19
**relationship** 77:18
**relationships** 49:22
**rely** 69:24
**remember** 13:7 15:3 25:7 38:25
  40:9 41:5 43:14 48:7 59:12 61:7
  62:2 63:3,11,20 64:19 72:20 74:3
  75:6 77:15 81:23 92:9 106:4
  112:16,25 113:15,22 114:19,20
  119:10,11,11 122:15 134:2 138:7
  138:10,25 150:5 164:13 174:8
  175:23 176:13
**remiss** 147:7
**remote** 4:8
**remotely** 4:6 5:19
**repeat** 145:4 146:7 155:10
**repeated** 7:9
**repetitive** 62:19
**rephrase** 7:12 138:14
**report** 17:20,22,24 80:15 171:13
**reporter** 1:20 4:2,7,22 5:9,21,24
  6:21 7:3,10
**reporting** 4:11 18:3
**represent** 5:10 6:9 19:22 168:14
**representatives** 126:15
**represents** 100:12
**request** 51:21,22 121:9 137:23
**requested** 36:15 119:16 144:22
  152:8,15,19 153:2 155:13 169:9
**REQUESTS/PRODUCTION**
  183:7
**require** 138:13
**required** 87:25 139:16,16,17
**requirement** 109:3
**research** 21:14
**reserved** 3:11
**reset** 142:6
**resolve** 125:11
**resources** 73:5,7,8 141:25 142:4
**respect** 150:14 154:10
**respective** 3:6
**respond** 7:2,19
**responded** 43:2
**responding** 152:21
**response** 36:10 96:5 168:3,15
  170:17
**responses** 6:22 7:3
**responsibilities** 16:18 17:6 19:8
**responsible** 72:17 172:15
**rest** 128:6
**restarting** 103:5
**restaurant** 77:23
**restrict** 119:21
**restricted** 120:11
**restructure** 40:19
**result** 38:22
**resulting** 178:4

retail 1:3 6:9 22:6,14 29:19,20,22
 29:25 30:2,4,12,14,15,25 31:5,5
 31:12 32:7,10 61:13 101:13
retailer 61:19
retention 21:8,9,10
reverse 152:10
review 24:6 26:6 62:13 64:5,8,11
 64:15,17,23 105:16,22 120:19
 167:18
reviewed 20:6 53:14 62:17 98:6
 110:12
reviewing 20:20 23:9 24:14 52:20
 52:25 71:11,14
revival 43:17
revive 40:14 43:23 45:8
Ridge 6:3
right 10:12 15:4 17:9 18:12 19:9
 22:19 26:7 27:13,17 30:15 32:16
 37:2 41:14 43:4 45:15 50:8 51:10
 51:14,25 52:8 54:20 56:24 57:2
 58:5,8,12,16,23 61:22 62:4 63:16
 64:17,25 65:24 66:5,17 67:6 69:4
 69:11,22 71:6,12 74:18,20 75:20
 78:15 79:9 80:5 81:3 82:12 88:20
 90:7,25 92:23 93:4 95:3,13,14
 96:15 98:13 99:4,5 104:18 110:12
 110:16,19,22,25 113:10 115:12
 115:15 118:16,19 120:22 121:17
 122:5 123:13 125:22 126:18
 129:22 130:4 131:14 132:10
 134:4 137:14,16,20 144:8 150:24
 153:5 156:17 157:4 158:8,12,17
 158:19,23 159:10 163:5,8 164:20
 166:7,24 169:15,18,22 173:2,6,13
 174:25 176:16 177:25
risk 38:24 101:22
risks 72:13 102:14
Rockville 2:5
role 71:24 72:15
roles 79:20
room 20:19 21:2,3 49:13,14,25
 50:2,5,8,12,15,18,23 51:3,13,17
 51:18,20,23 52:8,12 53:16 67:21
 71:12 85:4,8,11,16,18,20,22 87:7
 88:12,16,24 89:19,24 97:13,17
 98:7 107:22 108:7 109:15 120:12
 121:2 126:8 137:20 142:24 154:6
 157:18,21,25 162:12,18
Roseland 2:10
route 34:19 36:24
ROWE 2:9
Rule 1:17
rules 1:17 6:15
run 30:7,8 32:7,10 56:8 107:17
 129:2 159:19,24
running 77:11 82:10,19 103:10
 105:2 129:22 159:17

**S**

S 2:2 5:17 182:7 183:2
S-E-S-S-I-O-N 124:13
safe 17:17
sale 83:8
Saturday 47:25 60:2
save 47:4 90:4
saw 85:22 125:18
saying 36:11 39:5 41:10 52:22
 71:10 79:23 80:7 81:12 120:8
 122:9 128:12 129:24 131:6,11
 136:8,19,23 139:19 140:7 141:18
 142:9 147:15
says 58:8 65:3 100:18 102:21
 103:14 105:14,16,21 107:16
 119:8 122:11 135:19 137:5 141:3
 141:16 153:11 161:16 162:21
 172:13
sberlowitz@frblaw.com 2:7
scenario 131:2
scenarios 180:5
schedule 56:12,16,23 57:5 122:10
scheduled 91:7
scheduling 96:14
school 12:9,11,15
science 12:16,20
scope 52:10
Scott 74:4,9 103:19 105:2,14 106:2
 106:5,8,10,16 118:12,25,25 119:7
 120:2,25 121:22 122:5,7,20,23
 145:9,23 146:10 172:4
scrap 143:24 146:15,22
screen 10:5,6,9 53:20
scroll 20:12 45:25 57:24 63:13,17
 64:13 100:3 169:3
scrolled 119:15 144:21 152:7,14,18
 152:25 169:8
scrolling 146:5
sealing 3:7
second 10:9 34:7 42:18 46:9 93:16
 100:3,7 104:7 129:16 137:7
 153:11
secret 21:8
secure 166:13
security 21:6
see 8:16 19:19 42:2 46:12,13 52:23
 53:20 55:18 58:3,10,13 59:4
 62:20,25 65:13 71:10 79:3 81:8,9
 85:21 86:2 87:19,22 91:4,16,19
 100:21 101:13,16,23 102:18,22
 103:21 104:2,9,24 105:3,5,18,21
 107:3,4,12,15,18 110:14 111:16
 115:9 119:9 120:17 135:21 136:7
 136:10,15,16 141:6 143:24
 153:13 154:4,24 155:18 156:21
 158:4 159:21 160:9 161:5,19
 162:3,13 163:2,13 164:2 165:8
 166:18 168:16 172:19 178:11
seeing 91:24 114:2 137:13
seeking 109:22 114:11 141:22

seen 66:12 86:3,7,11 87:16,17,18
 167:19 174:12 176:17
self 77:9
send 63:7 117:23 135:20 136:24
 137:22 138:8,11 141:24 174:8
sending 111:19 118:18,24 120:15
 121:5 136:7 137:6 138:24
sense 46:13 71:15 87:18 97:25
 104:17 128:13 138:2 146:20
 175:5
sent 19:23 45:14 56:13 57:23 84:20
 89:21 100:15 103:19 105:14
 111:23,25 113:12 114:25 118:11
 127:13,15 136:14,15 140:20
 143:16 146:17 151:21 168:11
 172:7
sentence 46:9,14 100:18,22 101:5
 101:14,16,18,21,23,25 102:10,11
 102:19 104:6,7,9 105:18 107:15
 141:6 143:25 153:11,13 154:22
 154:25 155:16,18 156:21 157:9
 159:21 160:10 161:6 162:4,13
 163:13 164:2 165:8 166:18
 172:19
sentences 105:19 158:5
separate 4:8 39:15 85:10
September 127:14
sequential 110:7
set 56:23 57:5 65:12 132:7 177:21
 184:8,19
seven 21:13
share 19:15 22:21 24:9,13 25:22
 31:24 55:3,13,16 66:22 112:19
 114:10,14 115:21,25 116:4,14
 137:12 144:7,8 146:3 166:2
shared 27:4,7 49:17 66:14 114:17
 131:25 132:9 146:9 147:10,17
 148:6 156:21 157:10,11
sharing 19:19 20:22 22:25 25:23
 41:25 42:3 53:19 57:15 110:2
 117:2 118:10 119:18 140:19
 143:15 147:20 157:14,15 165:6
 165:11,14 166:6
Shay 140:21 166:11
she'll 141:24
sheet 163:24 164:5,18
sheets 29:11
shipments 37:25
shocked 133:20
shooting 160:8,18
short 56:24 59:7 73:8,10 95:10,12
 96:20 104:8,12 128:9 158:16,20
 177:23,24
shortage 178:17
shorter 94:11
show 10:8 62:11 87:24 167:4,7,9,12
 168:16 175:22
showing 10:4 84:8 121:19 135:10
 151:20 171:23

**shown** 69:19 71:5
**shows** 110:17 154:23
**shrug** 6:19
**side** 13:22,23 28:17 53:6 63:16
  64:17 68:15 69:16,25 75:3,19
  89:14 128:6,11,12 140:7 177:5
**sign** 54:19,23 55:25 56:11 59:10,11
  59:14,16,19 60:23 61:15 62:8
  63:7 66:21 81:17,22
**signature** 57:24 58:10,13,20
**signed** 3:14,16 54:25 55:4,15 58:15
  60:5 61:9 62:10,14,17,23 63:9,14
  64:9,12,18,23 65:15 66:3,4 67:5
  81:5,24 82:4,7 85:5,6 92:14 108:2
  108:9 109:11 137:11 175:12
  181:19
**signer** 58:4
**significantly** 31:25
**signing** 59:4
**silo** 77:9
**similar** 34:12 88:25 89:8
**simple** 45:13 76:12 147:7
**single** 61:6
**sir** 5:25
**site-work** 16:5
**sites** 16:23
**situation** 34:2,3,9 37:23 40:20
  76:21 77:11 94:4
**six** 21:5 151:9
**size** 163:18
**skeptical** 93:12 95:3,23 98:4
  131:17
**skip** 18:24
**sleeping** 72:21
**small** 10:13
**SMITH** 2:9
**so-called** 86:25
**Sod** 75:9 118:12,19,21 120:2,24
  172:2
**soft** 29:10
**solve** 98:13 103:8
**somebody** 73:9,12 74:24 98:21
  103:14 127:4 178:11
**sooner** 14:14
**sorry** 9:19 28:24 29:2 30:16 33:16
  36:8 47:13 78:5 90:18 93:23 96:4
  126:7 128:17,17 132:5 138:19
  141:16 144:10 147:13
**sort** 133:25
**sound** 74:20
**source** 70:5
**sources** 166:14
**sourcing** 28:15 35:11
**SOUTHERN** 1:2
**space** 30:21 31:5,6
**Sparrow** 88:5
**speak** 44:18,24,25 46:11 94:15
  125:24
**speaking** 44:21 122:20,23 128:23

**specialize** 28:19
**specific** 44:12 61:8,18
**specifically** 24:11 72:17 88:17
  112:17 120:5 123:2 134:2
**specifics** 44:16 113:7 150:5
**speculate** 123:9
**speculation** 123:5
**speed** 47:2 93:17 148:12 150:15
**spent** 129:13 142:24 143:12 153:23
**spoke** 23:4,7,13 48:2,8,8
**spoken** 44:6 71:20 113:16 114:5
  122:22 142:23
**Srour** 2:19 10:19 18:5 42:12 54:5
  68:20 77:13 99:16,16 118:13
  172:2
**ss** 181:4
**stamp** 104:14
**stamped** 107:9
**standard** 63:4,23
**stands** 136:3
**Stanford** 11:13,16
**start** 16:10,14 58:3
**started** 16:17,19 17:7 40:22 51:19
  63:22 141:8
**starting** 141:5,15,19
**startups** 13:19 14:14
**state** 1:21 5:4,16,19 181:4,22 184:5
**stated** 16:23 167:11
**statement** 30:25 31:4 153:19 170:4
  170:8
**statements** 23:19
**STATES** 1:2
**stenographically** 6:17
**Stenotype** 1:20
**Stephanie** 172:3
**steps** 27:8
**Steve** 24:25 25:2,3,22 84:17 116:2
  135:11 136:8 137:5
**Steven** 2:6 6:5,7 25:6,15 124:15
  137:7 155:10
**sticking** 131:12
**stint** 13:22
**stipulate** 4:21
**stipulated** 3:4,9,13 4:3,12 5:5
**STIPULATIONS** 3:2
**stop** 142:10 174:16
**storage** 20:25
**store** 16:22 17:2 22:6 30:6 51:12
  115:19,25 116:14 117:14 174:21
  174:25 176:4,7 180:4
**stored** 117:10
**stores** 29:19,21,23 30:7,8 32:8,11
  51:5 107:18 139:18 177:22 180:6
**storing** 21:7
**story** 17:16
**straight** 78:10
**strategic** 11:20,22 12:6 14:6 35:24
**strategy** 14:11 16:2,3 170:11,20,25
**Streader** 58:5 94:8

**streamline** 6:15
**Street** 139:9
**stressful** 83:22
**strollers** 29:9
**strong** 35:19 92:17
**structure** 39:21 80:17 166:15
**struggling** 96:20 134:5 153:19
**studied** 11:11
**studies** 21:15
**stuff** 67:23
**subcategories** 29:6,13
**subject** 54:5 99:18 115:3 118:13
  140:23 151:22
**subjected** 13:10
**submit** 48:10 92:15 176:11
**subscribed** 181:19
**subsidiary** 39:24
**Suddenly** 17:10
**Suegov** 40:16
**suffering** 34:13,15
**suggested** 44:6 172:16
**suing** 127:20
**Suite** 2:5
**Sunday** 64:6 122:10
**Sunrise** 2:5
**suppliers** 38:24
**supply** 18:20 70:5 73:17 102:13
  103:9
**support** 21:25 22:8,14
**supported** 166:17,21
**supposed** 8:15 175:17
**sure** 10:7,14 20:9 24:18 33:22
  37:10 39:7 50:21 72:13 76:16
  77:10 117:9 122:22 140:10
  141:25 144:8,12,14,23 147:19
  150:4 156:14 174:20 175:3
**surprise** 132:25
**surprised** 78:7
**surveillance** 126:21
**survive** 37:3
**suspended** 19:12
**swear** 4:20,23
**Sweeney** 172:3
**switch** 27:12
**sworn** 3:16 5:19 184:8
**systems** 76:12

---

T

**T** 181:2 182:7 183:2 184:2,2
**table** 72:3 92:11
**take** 6:21,22 7:3,17 26:9 31:18
  35:20 65:11 70:14 72:10 76:12,14
  78:9,14,14,18 143:2 159:18
  173:16,19
**taken** 1:16 27:8 52:14 87:10 142:4
  181:9
**takes** 139:22
**talk** 22:19 24:5 39:6 44:9 48:17
  54:24 55:22 63:25 66:2,23 69:17

71:17 72:7,10 91:20 94:10 113:14
**talked** 86:6 88:8 123:2 174:2
**talking** 40:12 43:15 48:15 77:6
  86:20 91:17 98:11 99:2 133:3,6
  136:9 149:9
**target** 65:10 83:13,14,15,16,16,17
  89:4 93:9 102:5 130:10
**task** 151:13
**team** 34:25 73:16,17 77:8 82:14,14
  90:18,19 93:11 102:16 117:13
  128:6 141:22 151:2,4 161:2
  162:11,21,23 163:4,11,15,18,20
  170:6 176:25
**teams** 49:21 74:11 76:7 80:18
  150:12 153:20 157:14 160:6,13
  161:5,8
**tech** 12:16,20 51:5 53:6 76:11
  149:2,11
**tech-related** 14:8
**technological** 161:10
**technology** 22:14 59:3 75:19 76:2
  102:12,12 103:8 161:3 171:6
**telegraphed** 155:4
**tell** 14:2 17:16 23:13,13 35:17 38:3
  38:8 61:16 72:12 74:19 93:5
  95:21 108:13 114:14 126:25
  127:7,18 129:20 130:24 168:23
  174:6 175:18 177:2
**telling** 70:20 93:7 109:2 137:10
  144:3,8 153:12
**Tempke** 46:2
**ten** 16:16 19:5 78:20,22 122:17
  123:21 173:19,23
**Tennyson** 110:3,16,21
**terms** 25:17 39:16 44:14 87:22
  163:23
**terrain** 102:15,22
**testified** 5:20 19:8 26:5 32:3 38:16
  56:22 64:21 69:3,6,10 75:18
  77:12 79:7 80:25 82:9 98:3
  120:21 122:4 161:21
**testify** 9:17 10:2 20:10,18,25 21:6
  21:14,22 22:5,13 79:13
**testifying** 7:23 10:24,25 90:10
**testimony** 29:16 56:3 94:25 170:22
  181:9,12 184:11
**testing** 94:20
**thank** 6:6 22:25 84:19 101:9
  121:18
**theirs** 86:16
**thesis** 52:16
**thing** 53:7 63:22 92:25 95:9 108:21
  129:19 148:25
**things** 14:5 17:10 23:15 71:8 72:14
  78:13 96:19 151:11 178:17
**think** 13:5 36:7 37:20 38:9 40:25
  40:25 43:2 44:15 48:10,22 49:2,7
  56:20 57:6,8 63:21,22 64:20
  66:20 70:14 73:22 75:9 83:3

86:15 88:3,4 90:20 91:11 92:3,4
  93:10,16 94:20,21 96:7 112:6
  113:7 121:8,15 123:14,24 124:2,3
  124:5,23 125:4,23 127:19,25
  131:4,18 132:22 133:2,16 138:4
  147:19 170:14 173:15 177:19
  178:8,14
**thinking** 47:7 64:2 74:8 108:24
**thinks** 128:11
**THOMAS** 2:11
**thought** 66:18 97:6
**three** 63:12,13 64:8 90:8,19 151:9
  151:23
**throw** 75:5
**till** 54:24 113:6
**time** 1:19 3:11 5:2 7:4 19:7,9,17,25
  20:15 25:10 33:23 35:4,7,17
  37:14 38:3 41:4 42:5,7,19 43:12
  44:20 45:4,7,23 46:6 49:10 50:8
  50:24 52:13 53:4,22,24 57:10,12
  61:6 63:18 64:3 67:8,17 68:19
  69:18 71:5 73:5 78:19,24 82:7
  83:20 84:3,5 85:13 86:12,13
  88:23 89:7 92:25 94:11 95:10,12
  96:20,23 97:2 99:12,21 100:4,9
  103:16,23 104:14 105:2 106:22
  107:6 109:23 112:10 113:3,9
  114:22 118:5,7 119:4,14 121:23
  121:25 123:14,18 124:11,22
  126:2 129:13 135:14,17 137:8
  140:14,16 141:21,23 142:5,11,12
  143:2,13,19 144:20,25 146:8,17
  151:15,17 152:6,13,17,24 153:23
  155:14,20 157:4,20 158:9,14,16
  158:20 160:20 163:2 168:6,9,19
  169:4,7 171:18,21 173:18,24
  176:6 177:23,24 178:3 180:10
**time-wise** 123:24
**timeline** 48:11 97:7 105:9 151:8
  175:2
**timelines** 26:12 49:8,9
**times** 14:23 122:17 138:23
**timing** 150:14
**title** 15:23 58:8,22 79:8,10,13,18,20
  177:7
**titled** 57:16
**titles** 17:15 79:15
**tmurphy@greenbaumlaw.com**
  2:12
**today** 5:12 9:17 10:2 23:3 26:19
  31:10 159:15 174:3
**Toddler** 32:25
**told** 53:18 55:12 92:24 112:18,20
  114:19 126:14 133:11 138:15
  146:14,22 175:25 176:7,20
  178:25
**Tom** 38:14 47:13 121:8 156:10
**Tom's** 39:9
**ton** 124:4

**top** 63:15 64:17 84:22 100:13
  106:25 110:9,14 121:20 143:23
  145:5 152:22 168:18,18 169:12
  169:15
**topic** 20:13,13,24 21:5,13,21 22:4
  22:12
**topics** 20:9,13 27:12
**touch** 139:8,9
**Toys** 34:2,9,13
**track** 124:6
**tracking** 97:3
**trade** 21:7
**training** 77:20
**transaction** 46:12 102:4 163:12,16
  166:14
**transcript** 181:8,10 184:10
**transfer** 171:6
**transition** 162:2,8,25 176:25
**treat** 65:9
**trial** 3:12 8:22
**true** 30:13 160:14 162:6,15 163:17
  181:11,13 184:11
**truly** 36:23
**trust** 96:2,3,6,18 97:6 98:5
**truthfully** 9:17 10:2
**try** 75:7
**trying** 14:12 23:18 24:8 28:24
  52:23 69:16 72:24,25 75:8 83:9
  83:11,14 87:20,24 92:6,7,9,10
  95:12 104:15 125:10,12 128:9
  129:13,20 130:24 131:8 133:20
  134:21,22,25 142:8,13 143:12
  144:11 160:25 175:4
**Tuesday** 41:7 48:11 56:17 131:16
**turnaround** 170:11,20
**twice** 56:25
**two** 27:25 62:25 63:9 93:3,4 96:23
  99:24 105:15,19 117:18 123:22
  124:7,10 129:25 130:16 149:5
  151:23 158:5 172:11
**type** 17:14
**typical** 95:15

─────────────────
U
─────────────────
**U.S** 102:18
**Uh-hum** 105:23 107:5
**unauthorized** 4:17
**unchartered** 102:15,22 103:5,6,12
  103:14
**underlying** 139:23
**understand** 6:23 7:6,11,12,20,22
  22:24 30:15,18 31:4,8,9 70:23
  96:4,23,25,25 97:4 100:20 149:11
  154:11,15 166:12 175:4
**understanding** 31:3 40:3,3 68:12
  88:9,10,19 114:7 135:24 150:2
  159:17,24
**understands** 138:17,20
**understood** 69:10

unfortunately 83:6
UNITED 1:2
universe 15:24 17:15 93:14
unknowingly 144:7
unprofessional 159:3,6,9
update 51:17 126:11
updated 23:5 111:16 117:20,21,24
updating 18:3
upscale 104:8,16,17
upset 133:19 175:16,16
urgency 48:9,15 56:4,5,7 92:10
urgent 56:8 163:11
urgently 54:24
use 115:17,19,21,24 116:4,4,8
  143:23 144:3,5,14,15
uses 166:14
usual 63:3 82:5
usually 66:12

                V

V 5:17
validate 162:2,7
validation 76:19 134:4 162:3,8,9
value 69:25 70:4,14 83:10 125:21
variables 102:5
vendors 34:7 43:16,19,22 149:10
  177:25
venture 17:11
venues 16:21
verbal 6:22
verbally 6:18
version 111:15,16 115:7
versions 144:13
versus 6:10 18:3 34:20 112:19
  131:10
vetting 61:17
video 4:6,13 125:19 126:4 127:16
  127:18,20 128:3,5
view 74:13 91:21 92:16 129:7
  158:15 164:9
viewed 86:10
viewing 88:24 120:3
viewpoint 63:23 72:11 73:22 77:4,6
  102:5,6,9 140:10,12
views 100:20,21
violation 4:17
visibility 27:6
vision 170:4,8
visual 14:18
voice 17:4

                W

W 181:2
wait 6:25 7:5
waived 3:8
walk 13:25 14:24
Walmart 16:24 17:2
want 9:24 10:7,15,23 20:8 23:20
  33:25 35:15 36:8 38:14 55:18

  63:25 78:19 97:5 98:15 102:10
  108:13 112:7 123:5,19,19 127:17
  132:8 137:12,14 139:2 141:16
  142:7,9 144:23 146:5 150:9
  152:10 154:14 161:15 168:24
  172:10 173:16
wanted 37:2,3 39:7 48:16 51:9,10
  54:23 55:3,4,9,20,22,25 56:11
  66:2,22,23,24 95:5 126:11 129:5
  153:25 171:16
wanting 108:25
warehousing 18:20
wasn't 60:3 88:15,17 165:3
watch 126:3
watched 127:10
watching 126:9
Watchung 6:2
water 7:15
way 53:3 59:11 87:11 132:3 139:14
  151:6 184:16
we'll 55:13 58:3 94:4 173:22
we're 55:8 88:7 123:13 131:10
  132:7
we've 79:5 130:20 174:2
wear 17:17
weave 166:15
web 1:18 4:9 5:12
websites 51:5
week 41:6 48:12 142:24
weekend 105:17,22
weekly 56:25,25
weeks 93:3,4 105:16 151:9
went 11:15 85:22 92:3 125:17,23
  129:15 133:9 142:24
weren't 8:20 150:17
whereabouts 99:10
WHEREOF 184:18
wholly 39:24
wield 133:20
willing 44:25 66:25
willy-nilly 166:6
window 104:7,11
winning 104:22
Winter 172:2
witness 1:15 4:7,20,23,25 5:11,15
  5:18 6:2 9:6 17:5 23:17 47:13
  123:11 124:8 180:11 182:4 184:7
  184:12,18
won 129:3
wood 29:7 33:6
word 36:2 56:9 82:22 95:23 96:3
words 149:24 159:12
work 13:14,19 14:6 15:10,14 17:15
  44:7 45:19 49:16 51:16 70:23
  76:6 81:2 88:20,22 96:21 99:6
  106:14,15 111:20,24 112:23
  113:13 114:4 149:4 150:13
  153:13,17 154:18 155:17,21
  156:16,24 158:11,22 160:7,14

  172:15 173:6,10,11,12 178:7
workdays 82:10
worked 8:11 13:18 14:2,25 23:21
  25:17 49:23 75:9 149:6 180:5
working 16:10,14 17:7 25:20,24
  40:22 68:6,9,18,20 69:14,20
  70:19 71:7 73:12,24 74:8,11,13
  75:2,19,22 76:4,6 82:11,16,20
  89:14,15 102:16 107:17 108:6
  116:21 117:17 118:3,3 125:11
  139:9 146:19 150:15 161:3,4,9
  162:22 164:7,8 166:22 167:5,10
  167:14 171:8 179:13
works 14:16 18:11,14 69:21 106:11
  111:8 124:8 157:2 171:17 172:24
workup 153:16
world 32:2 36:4 76:17 81:11
worried 34:16 144:6
worry 135:20 138:3
worth 112:6
wouldn't 17:8 51:12,15 60:21
  117:23 132:13
wrap 129:19
write 81:11,16 101:5,8 104:7
  107:10 110:10 143:22 156:19
  157:9 158:3 159:15 160:17,24
  161:25 162:10 163:10,22 165:5
  169:17
writes 101:10 166:12
writing 104:25 141:14 164:13
  168:15,21 176:18
written 4:15 76:23 149:13 151:20
  156:18 164:10
wrong 70:12 124:24 125:24 144:7
  147:20 156:2
wrote 81:14 115:11 118:11 135:23
  138:5 153:5 156:15 159:9 161:18
  164:11,15 169:14,22
Wu 140:20

                X

X 1:3,11 88:5 182:2,7 183:2

                Y

Y 5:17 88:5
yeah 10:14 11:8,11 13:9 14:4,4,19
  14:21 16:22 18:4,13,19 20:11
  22:3 24:12,17 26:11,15 28:18
  30:3,14 35:5 36:22 40:4,20 56:14
  56:25,25 57:9 58:6,9 60:3 61:3,20
  65:17,20,25 66:4,11,11 67:3,7
  71:22 75:10,17 77:18 82:5,13
  83:18 85:25 87:13 89:20 96:2
  97:20 112:8 113:8,25 119:23
  142:18 147:3 157:7 166:4 167:8
  168:4
years 13:17,23 16:16 19:5 49:20
yesterday 10:18 24:5 100:24 101:3
  121:9

**Yesterday's** 100:19
**Yisroel** 145:12,15
**York** 1:2,21 2:5 5:20 181:22 184:5
**Yoshi** 74:15
**Yussi** 74:14,14
**Yussi's** 74:16
**Yussy** 105:15
**Yussy's** 74:19

**Z**

**Z** 88:5
**zero** 129:15
**Zoom** 4:9 19:18 42:6 53:23 57:11
    84:4 99:13 103:17 106:23 118:6
    121:24 135:18 140:15 143:14
    151:16 168:10 171:22

**0**

**07068** 2:10

**1**

**1** 20:3 182:9
**1.6.1** 111:15
**1:30** 123:24
**10** 42:13 52:13 67:9 69:18 76:22
    78:3 84:20 88:23 114:24 182:18
**10:00** 1:12
**101** 103:7
**103** 182:15
**107** 182:16
**10726** 42:14 182:10
**10737** 54:9 182:11
**10868** 118:14 182:19
**10877** 140:24 182:22
**109** 182:17
**11** 118:9 182:19
**11:37** 136:7
**11080** 135:13 182:21
**114** 182:18
**11570** 2:5
**11644** 143:18 182:23
**11714** 151:25 182:24
**11729** 168:13 183:4
**118** 182:19
**11th** 107:4
**12** 21:21 64:15,18 77:24 78:4,8
    90:11 93:11 94:2,16 100:25 122:3
    122:17 182:20
**12:50** 123:13
**121** 182:20
**12th** 98:11 101:3
**13** 22:4 99:17 100:15 135:16
    182:21
**135** 182:21
**13th** 101:2
**14** 22:12 107:2 110:4 112:11 115:3
    140:18 182:22
**140** 182:22
**14065** 172:5 183:5

**143** 182:23
**14th** 114:10 184:19
**15** 88:7 124:17 127:22 129:15
    133:22 139:3,25 143:21 182:23
**150** 80:10
**151** 182:24
**16** 13:16 103:21 104:25 151:19
    182:24
**168** 183:4
**16th** 104:5
**17** 13:16 168:8 183:4
**171** 183:5
**18** 171:20 183:5
**19** 118:11 135:12 136:6 140:22
    141:11 143:6

**2**

**2** 1:12 42:9 111:16 181:10 182:10
**20** 31:21,22 72:20 82:10 88:7 94:12
    129:15 182:9
**200** 80:10
**2021** 33:20 34:5,21 35:7,23 47:7
**2022** 34:5,21 35:23
**2023** 42:13 46:3 67:9 68:4 76:22
    84:21 135:13 136:6 140:22
    143:17 179:4
**2024** 1:12 181:10,20 184:20
**21** 104:23
**22** 33:20 47:7
**222** 35:7
**23** 143:17 147:23 148:13,15,21
    149:18 151:22 156:16 167:23
**25** 168:12 170:3
**265** 2:5
**2770** 99:20 182:14
**28** 172:4 179:2,3,4
**2800** 115:8 182:18
**2943** 107:10 182:16
**2969** 110:5 182:17

**3**

**3** 54:2 182:11
**3:20** 173:23
**3:30** 180:12
**30** 13:23
**30(b)(6)** 1:17 19:23 26:22 182:9
**300** 99:4
**3032** 103:21 182:15
**3039** 121:22 182:20

**4**

**4** 57:14 182:12
**40** 78:17 94:12
**42** 182:10

**5**

**5** 6:2 84:7 182:13
**50** 2:5
**500** 99:4

**53** 182:11
**57** 182:12

**6**

**6** 68:4 99:23 182:14
**6.7** 111:16
**60** 76:14
**60/70** 130:4
**6th** 139:9

**7**

**7** 103:25 182:5,15
**70** 107:16,23 108:2
**75** 2:10

**8**

**8** 107:8 182:16
**8:04** 104:25
**84** 182:13
**8791** 57:18 182:12

**9**

**9** 46:2 109:25 115:7 182:17
**9.8** 111:15
**90** 17:25 76:14 107:17 108:6
    177:21
**90-plus** 107:18
**9434** 84:21 182:13
**99** 182:14