# EXHIBIT B

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X
GO GLOBAL RETAIL, LLC,

                        Plaintiff,

     -against-            Index No.1:23-cv-07987



DREAM ON ME, INC. and DREAM ON ME INDUSTRIES,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

                        October 1, 2024
                        10:00 a.m.


            DEPOSITION of MARK SROUR,

a witness for the Defendant herein,

taken by the attorney for the Plaintiff,

pursuant to Rule 30(b)(6) of the Federal Rules

of Civil Procedure, held via web conference,

on the above date and time, before Jennie

Kilgallen, a Stenotype Reporter and Notary

Public within and for the State of New York.

2

1

2  A P P E A R A N C E S :

3

4  FALCON, RAPPAPORT & BERKMAN, PLLC
        Attorneys for the Plaintiff
5        265 Sunrise Highway - Suite 50
        Rockville Centre, New York 11570
6
   BY:  STEVEN BERLOWITZ, ESQ.
7        sberlowitz@frblaw.com

8

9  GREENBAUM, ROWE, SMITH & DAVIS, LLP
        Attorneys for the Defendant
10       75 Livingston Avenue
        Roseland, New Jersey  07068
11
   BY:  JUDAH SKOFF, ESQ.
12       jskoff@greenbaumlaw.com

13

14  ALSO PRESENT:

15  JESSICA MOORE, ESQ.
   Falcon, Rappaport & Berkman, PLLC
16

17  CHRISTIAN FEUER

18  MOISHE PELTZ

19

20

21

22

23

24

25

3

1

2

3                    FEDERAL STIPULATIONS

4

5          IT IS HEREBY STIPULATED AND AGREED, by

6      and between the parties hereto, through their

7      respective Counsel, that the certification,

8      sealing and filing of the within examination

9      will be and the same hereby waived;

10         IT IS FURTHER STIPULATED AND AGREED that

11     all objections, except as to the form of the

12     question, will be reserved to the time of the

13     trial;

14         IT IS FURTHER STIPULATED AND AGREED that

15     the within examination may be signed before

16     any Notary Public with the same force and

17     effect as if signed and sworn before the

18     Court.

19

20

21

22

23

24

25

4

1              THE COURT REPORTER:  It is hereby

2         stipulated and agreed to by and between

3         counsel for all parties present that

4         this deposition is being conducted

5         remotely by video conference, and that

6         the court reporter, witness and all

7         counsel are in separate remote locations

8         and participating via Zoom or any web

9         conference meeting platform under the

10        control of the court reporting agency.

11             It is further stipulated that this

12        video conference will not be recorded in

13        any manner and that any recording

14        without the express written consent of

15        all parties shall be considered

16        unauthorized, in violation of law and

17        shall not be used for any purpose in

18        this litigation or otherwise.

19             Before I swear in the witness, I

20        will ask each counsel to stipulate on

21        the record that I, the court reporter,

22        may swear in the witness even though I

23        am not physically in the presence of the

24        witness and that there is no objection

25        to that at this time nor will there be

5

```
 1
 2            any objection at a future date.
 3                 All attorneys state they have no
 4            objection or so stipulated?
 5                 MR. BERLOWITZ:  No objection.
 6                 MR. SKOFF:  No objection.
 7                 THE COURT REPORTER:  Counsel, can
 8            you represent to the best of your
 9            knowledge and belief, that the witness
10            appearing today via web conference is,
11            in fact, Mark Srour?
12                 MR. SKOFF:  To the best of my
13            knowledge, information and belief, the
14            witness is Mark Srour.  Thank you.
15                 (Whereupon, the Witness presented a
16            NY State driver's license.)
17 M A R K   S R O U R,
18      The witness herein, having been first duly
19 affirmed remotely by a Notary Public of the State
20 of New York, was examined and testified as
21 follows:
22                 THE COURT REPORTER:  May we have
23            your name for the record.
24                 THE WITNESS:  Mark Srour.
25                 THE COURT REPORTER:  And your
```

6

```
 1                        M. Srour
 2           address for the record sir.
 3               THE WITNESS:  1969 East 14th
 4           Street, Brooklyn, New York, 11229.
 5   EXAMINATION BY
 6   STEVEN BERLOWITZ, ESQ.:
 7           Q.   Morning Mr. Srour.  My name is
 8       Steven Berlowitz and I am with the law firm
 9       Falcon, Rappaport & Berkman and I represent
10       Go Global Retail in the matter of Go Global
11       Retail versus Dream On Me.
12           Have you ever been deposed before?
13           A.   Many years ago, once.
14           Q.   Do you know the nature of the
15       action you were deposed in?
16           A.   There was a fire in the store that
17       they were asking questions.
18           Q.   There was a -- there was a flier in
19       the store?
20           A.   Fire.  Fire.
21           Q.   A fire, fire.  Okay.  I'm going to
22       go over a couple of rules to help guide us in
23       the deposition process.  So, I'm sure you
24       know the deposition is being stenographically
25       recorded.
```

7

M. Srour

1

2          I would request that you please answer

3     all of my questions verbally, not with a

4     physical nod or any other physical movement

5     like a shrug so the court reporter can take

6     down your answers.  Do you understand that?

7          A.   Yes.

8          Q.   I would ask that you please wait

9     until I complete asking my question before

10    you answer.  Do you understand that?

11         A.   Yes.

12         Q.   If you need to have a question

13    repeated, please let me know and the court

14    reporter can read it back to you.  Do you

15    understand that?

16         A.   Yes.

17         Q.   Please let me know if you do not

18    understand a question or if you need me to

19    rephrase it.  Do you understand that?

20         A.   Yes.

21         Q.   If you answer the question, I will

22    assume that you do understand the question I

23    asked.  Do you understand that?

24         A.   Yes.

25         Q.   At any time please let me know if

8

1                              M. Srour
2        you need a break, but please note we cannot
3        take a break while a question is pending.  Do
4        you understand?
5            A.    Yes.
6            Q.    You understand that you are
7        testifying under oath and under the penalty
8        of perjury, correct?
9            A.    Yes.
10           Q.    Have you ever been a plaintiff or
11       defendant in another lawsuit?
12           A.    Many.  Yes.
13           Q.    How many lawsuits?
14           A.    We've been around for too long.
15       There are so many in business so there's
16       always a plaintiff and there's always cases.
17           Q.    When you say we've been around for
18       too long, are you referring to Dream On Me?
19           A.    Yes.
20           Q.    Have you ever been involved in a
21       lawsuit in your individual capacity?
22           A.    No.
23           Q.    What was the last lawsuit that
24       Dream On Me was involved in other than this
25       one?

9

1                          M. Srour

2          A.   I cannot recall it.

3          Q.   Sorry?

4          A.   I cannot recall that.

5          Q.   What is the last lawsuit you can

6     recall?

7          A.   I'm not sure.  There were many

8     lawsuits going back and forth.  You have a

9     business and things happen.

10         Q.   Have you testified in these

11    lawsuits?

12         A.   No.

13         Q.   Have you ever been arrested or

14    convicted of a crime?

15         A.   No.

16         Q.   Are you taking any medication today

17    that would affect your memory?

18         A.   No.

19         Q.   Or your ability to testify

20    truthfully?

21         A.   No.

22         Q.   Or your ability to read documents

23    that I may show you.

24         I'll just preface with I know we're all

25    virtual, I'm going to be showing you some

10

1                            M. Srour

2      documents.  I hope you're able to read them

3      clearly on the screen.

4            A.   Yes.

5                 MR. SKOFF:  Objection to form.

6            What's the question?

7            Q.   The question is, are you taking any

8      medication that would affect your ability to

9      read the documents I present to you on the

10     screen?

11           A.   No, I'm not under any medication.

12           Q.   Can you describe your education,

13     please?

14           A.   Education?  It's so long ago.  I

15     learned for ten years.  That's -- that's what

16     it is.

17           Q.   Did you attend high school?

18           A.   For two years.

19           Q.   Did you graduate?

20           A.   No.

21           Q.   Did you attend college?

22           A.   No.

23           Q.   I assume you didn't attend graduate

24     school?

25           A.   No.

11

M. Srour

1

2      Q.   Do you have any professional

3  certificates, licenses or credentials?

4      A.   No.

5      Q.   Have you ever been subject to any

6  disciplinary action or censure by a licensing

7  body?

8      A.   No.

9      Q.   Can you describe your work

10  experience, please?

11      A.   What do you mean by work

12  experience?

13      Q.   What did you do after you stopped

14  school for work?

15      A.   I came to the United States at the

16  age of 16 and a half and since then I'm

17  working.

18      Q.   All right.  So at 16 and a half,

19  what were you doing first?

20      A.   I was a stock boy in a store called

21  Young Bookstores.

22      Q.   And what did you do, what was your

23  next job after that?

24      A.   I became a manager.

25      Q.   After that?

12

                            M. Srour

1

2        A.    In '83 I opened up my first store.

3        Q.    What store was that?

4        A.    It was a retail store.

5        Q.    What did you sell?

6        A.    I sell children's clothing.

7        Q.    What was the name of that store?

8        A.    Children's Universe.

9        Q.    Sorry, did you say Children's

10   Universe?

11       A.    Yes.

12       Q.    Do you still own that store?

13       A.    No.

14       Q.    You sold it?

15       A.    It was back in the 80's.  We -- I

16   had five stores at one time, five or six

17   stores and business changes and we don't have

18   the stores anymore.

19       Q.    What did you do after -- what was

20   your next job after running those stores?

21       A.    At the same time I used to

22   manufacture clothing.  I think in '88 we

23   started with that all the way to '95.

24       Then in '95 I went -- '95 I went on my

25   own and I started the Dream On Me company.

13

                                M. Srour

1

2        Q.   So you started Dream On Me in 1995?

3        A.   Correct.

4        Q.   And that's where you work now,

5    right?

6        A.   Yes.

7        Q.   What is your title at Dream On Me?

8        A.   My title?  I do everything,

9    whatever needs to be done.

10       Q.   No, I'm not asking what you do, I'm

11   asking what your title is.

12       A.   Manager, CEO.

13       Q.   You're in charge?

14       A.   Yes.

15       Q.   What are your responsibilities?

16       A.   Buying and finance.

17       Q.   Did you say buying and finance?

18       A.   Yes.

19       Q.   Do you have any other

20   responsibilities?

21       A.   I overlook all the operations.

22       Q.   I believe you said you started that

23   position in 1995, but you can correct me if

24   I'm wrong.

25       A.   Correct.

14

                              M. Srour

1
2        Q.   I assume you don't report to
3    anybody, do you?
4        A.   I report to myself.
5        Q.   Have your job responsibilities ever
6    changed since you started Dream On Me?
7        A.   I don't think so.
8        Q.   And you've remained in that
9    position since 1995?
10       A.   Yes.
11            MR. BERLOWITZ:  I will bring up an
12       exhibit.
13            (Whereupon, at this time, a
14       document was marked for Identification
15       as Plaintiff's Exhibit 1, as this date.)
16            (Whereupon, at this time, an
17       exhibit was displayed via Zoom.)
18       Q.   Mr. Srour, can you see what I'm
19    displaying to you?
20       A.   Yes.
21       Q.   Do you recognize this document?
22       A.   I saw it last week, I think.
23       Q.   Okay.  I'm going to scroll down to
24    the page where it says Rule 30(b)(6) topics.
25    Do you see it?

15

1                              M. Srour

2            A.    Which one is it?

3            Q.    I'm asking if you see the title

4      that's Rule 30(b)(6) topics?

5            A.    Yes.

6            Q.    Do you see the topics listed below?

7            A.    Yes.

8            Q.    Did you review these topics?

9            A.    I just looked at it.

10           Q.    Are you prepared to testify about

11     these topics?

12           A.    Yes.

13           Q.    Are there any topics on this list,

14     I can scroll through it if you want me to,

15     are there any topics on this list that you're

16     not able to testify about?

17           A.    I believe anything that has to do

18     with IT, I do not have any information as to

19     that.

20           Q.    Okay.  Anything else?

21           A.    I guess -- no.

22           Q.    Just IT then?

23           A.    I believe so, yes.

24           Q.    What did you do to prepare for this

25     deposition today?

16

M. Srour

1

2      A.    Nothing.

3      Q.    You didn't meet with anybody?

4      A.    I met with my counsel last week.

5      Q.    Did you meet with any of your

6    employees?

7      A.    No.

8      Q.    You said you met with your counsel

9    last week, is that the only time you met with

10   him to prepare for this deposition?

11     A.    Correct.

12     Q.    Was anyone else present for that

13   preparation?

14     A.    We were there, I believe with Avish

15   was -- Avish was there.

16     Q.    Did you review any documents to

17   prepare for this deposition?

18     A.    No.

19     Q.    Did you take any notes to prepare

20   for this deposition?

21     A.    Not really.

22     Q.    Do you have any notes in front of

23   you right now for this deposition?

24     A.    I have what you were showing me

25   before, that's what I have.

17

1                          M. Srour

2          Q.    Did you have any role in collecting

3     documents to be produced in this litigation?

4          A.    Can you repeat that?

5          Q.    Sure.  Did you have any role in

6     collecting documents to be produced in this

7     litigation?

8          A.    No.

9          Q.    Are you familiar with the

10    bankruptcy auction for buybuy BABY IT assets?

11         A.    What do you mean by am I familiar?

12         Q.    Do you know what it is?

13         A.    I know that that's when we

14    purchased the IP.

15         Q.    Sorry, can you just repeat that?

16         A.    You mean back in '23 when they went

17    under?  I need to understand your question.

18         Q.    I'm referring to the auction for

19    buybuy BABY Intellectual Property Assets.  I

20    want to know if you're familiar with that

21    auction?

22         A.    Yes, I was.  I was there.

23         Q.    You're familiar that Dream On Me

24    and Go Global engaged in discussions

25    regarding a potential joint bid for those

18

```
 1                          M. Srour

 2      assets, is that correct?

 3           A.   There was a meeting that we got

 4      together.  But beyond that, there was nothing

 5      else that was discussed.

 6                MR. BERLOWITZ:  I want to jump

 7                back.  The 30(b)(6) notice I would like

 8                to be marked as Plaintiff's Exhibit 1.

 9           Q.   I believe you testified that you

10      were aware of this auction, is that right?

11           A.   Yes.

12           Q.   You also testified that you won the

13      auction for the IPS, is that right?

14           A.   Correct.

15           Q.   Do you know when around you were

16      introduced to Go Global?

17           A.   The day of our first meeting.  I

18      am, if I'm not mistaken, it happened around

19      June.

20                (Whereupon, at this time, an

21                exhibit was displayed via Zoom.)

22                (Whereupon, at this time, a

23                document was marked as Plaintiff's

24                Exhibit 2, as of this date.)

25           Q.   Mr. Srour, I'm sharing an email
```

19

                              M. Srour

1

2    with you.  This email bears Bates number DOM

3    10726.  It's an email from Milan Gandhi to

4    Chris Feuer, yourself and Avish cc'g a couple

5    of other people with the subject line

6    connect.

7         I'll give you a moment to read this

8    email and just let me know when you're done.

9              (Whereupon, at this time, there was

10             a pause in the proceeding.)

11        Q.   There's another email at the

12   bottom.  Read that as well and let me know

13   when you're done.

14             (Whereupon, at this time, there was

15             a pause in the proceeding.)

16        A.   Okay.

17        Q.   Does it refresh your recollection

18   that Go Global was introduced to DOM on

19   June 10?

20        A.   I did not see it on June 10.  If I

21   saw it over there, it would have to be after

22   the tenth.

23        Q.   To clarify when I said introduced,

24   I don't mean in person, I just mean, you know

25   virtually, electronically via email.

20

1                         M. Srour

2          A.    Yes.  Go ahead.

3          Q.    Thank you.  This is an email from

4     Milan Gandhi.  Who is that?

5          A.    He is a financial adviser Dream On

6     Me.

7          Q.    He works for Dream On Me?

8          A.    He is a financial adviser.  He

9     works once a week, a day a week.

10         Q.    Did he used to work for Dream On

11    Me?

12         A.    He still works for Dream On Me once

13    a week.  He is a financial adviser.

14         Q.    He's not a W-2 employee?

15         A.    No.

16         Q.    He is a 1099?

17         A.    Correct.

18         Q.    The bottom of the email, is there a

19    sentence that says, "Christian, per our

20    conversation, I wanted to direct you to Milan

21    who is advising Dream On Me."

22         A.    Okay.

23         Q.    "Milan will add his client and I

24    would encourage you to speak directly about a

25    potential Baby going concern transaction and

21

1                        M. Srour

2    see whether a partnership makes sense."  Do

3    you see that?

4        A.   Right.

5        Q.   I notice that the intellectual

6    properties is not mentioned in this.  Do you

7    see that?

8        A.   Right.

9        Q.   When did DOM become interested in

10   the intellectual property of buybuy Baby?

11       A.   We had conversations with Bed, Bath

12   & Beyond back in 2021, 2022.

13       Q.   And what were the nature of those

14   conversations?

15       A.   We were looking to take -- to buy

16   the buybuy BABY operation when they were

17   healthy, when they had 120, 135 stores or

18   whatever it was at that time.

19       Q.   Why were you interested in them?

20       A.   Why I was interested in them?

21       Q.   Yes.

22       A.   Because I'm a businessman, for me,

23   if we were able to take over the operation

24   when they were healthy, it would be a

25   win/win.

22

1                          M. Srour

2          Q.   And this dates back as far as 2021;

3      is that your testimony?

4          A.   Yes, correct.  It. '21, '22.  And

5      the reason that this thing did not happen was

6      because they were not able to separate the

7      buybuy Baby from the Bed, Bath & Beyond as a

8      whole.

9          Q.   What does Milan do as a financial

10     adviser for DOM currently?

11         A.   He advises us.

12         Q.   Can you be more specific?

13         A.   No, I cannot -- I wouldn't -- I

14     will not know how to answer that.

15         Q.   Okay.

16         A.   You know, what needs to be done,

17     what is happening in the company, where

18     things need to be fixed, where we are able to

19     save money, where the -- you know, the

20     whole -- whatever needs to be done.

21         Q.   Understood.  Back to this email,

22     I'm going to summarize that in this email

23     personnel from Go Global and personnel from

24     DOM appear to be arranging an introduction

25     here.  Does that seem accurate to you?

23

M. Srour

1

2      A.   It seems so, but I just want you to

3   be aware that we already were in contact with

4   Lazard.  We had an NDA that was signed with

5   Lazard and we got already whatever we needed

6   from Lazard regarding the bankruptcy so it's

7   not -- we knew that -- it's not new that --

8      Q.   Sorry, are you finished with your

9   answer?

10      A.   I'm saying that there was no new

11   information that we got from the Go Global

12   after that.

13      Q.   When did you first get in contact

14   with Lazard in relation to this auction?

15      A.   If I'm not mistaken, my people were

16   already in contact back in April -- in April

17   sometime.  As soon as buybuy BABY filed for

18   the bankruptcy, we were already getting

19   information.

20      Q.   And when did you get access to the

21   Lazard data room?

22      A.   I would not know that, but as soon

23   as the -- I'm sure that this NDA that we

24   signed, if it was back in April or May, I'm

25   not sure.

24

                              M. Srour

1

2      Q.   Why did you want to meet with Go

3   Global?

4      A.   Me and myself, I do not have no

5   idea.  My people recommended that we should.

6   Maybe there is something that we could do

7   together.

8      Q.   Let me break this down.  You

9   individually do not know why your company and

10   the people in your company wanted to meet

11   with Go Global?

12      A.   We were looking for people to go in

13   with us into putting -- to take over the

14   buybuy BABY and the name came up that they

15   will be a fit for us and that's why I believe

16   my people decided to go ahead and to meet

17   with them or to talk to them.

18      Q.   And what were you hoping

19   specifically to get from Go Global in a

20   potential partnership?

21      A.   Nothing.  We just -- it's an

22   opportunity and we spoke.

23      Q.   You wanted nothing from Go Global?

24      A.   We wanted a partner over there at

25   that time.

25

1                          M. Srour

2          Q.   Did you want Go Global's expertise

3     in any area?

4          A.   I do not see where their expertise

5     could help us out over here.

6          Q.   You know, what makes you say that?

7          A.   Because who they are and what they

8     do and how they carry themselves.

9          Q.   What do you mean by who they are?

10         A.   From the first meeting where I met

11    on that Monday night, I did not feel

12    comfortable about that.  And I don't know why

13    we went ahead and we met again on that

14    Thursday.

15         Q.   What did you mean by what they do?

16         A.   Who they are, I didn't like the

17    character.

18         Q.   Well, I think you explained the

19    character in terms of who they are.  You also

20    said what they do was a reason.

21         A.   It wasn't nothing that they're able

22    to give us.

23         Q.   They didn't give you anything?

24         A.   No.  As far as I'm concerned,

25    there's nothing that they provided or what we

26

                              M. Srour

1

2       got from them that meant anything because

3       they went ahead to the data room of Lazard

4       over there and they duplicated information

5       over there that they wanted.

6               MR. BERLOWITZ:  For the record, I

7           want the record to reflect that the

8           witness has stepped away from his

9           camera.  I don't know where he's gone.

10              THE WITNESS:  I'm back.  I'm sorry.

11          Q.   If you need to take a break, that's

12      okay.  I would request that you let us know

13      first.

14          A.   Sure, no problem.

15          Q.   I'm sharing another document with

16      you.  Do you see the document on your screen?

17          A.   Yes.

18          Q.   This document bears Bates number

19      DOM 17037.

20              MR. BERLOWITZ:  The other email I

21          presented that will be Plaintiff's

22          Exhibit 2.  I apologize for going out of

23          order.

24              (Whereupon, at this time, a

25          document was marked as Plaintiff's

27

```
 1                        M. Srour
 2         Exhibit 3, as of this date.)
 3              MR. BERLOWITZ:  This current
 4         document I will mark as Plaintiff's
 5         Exhibit 3.
 6         Q.   This is an email from Avish Dahiya
 7    to Christian Feuer.  Mark, you are cc'd.
 8    Subject is connect.
 9         And it appears to have an attachment
10    that's called GG NDA.  Do you recognize this
11    document?
12         A.   If I'm -- I'm seeing it for the
13    first time.
14         Q.   You're seeing the email for the
15    first time?
16         A.   Correct.
17              (Whereupon, at this time, an
18         exhibit was displayed via Zoom.)
19              (Whereupon, at this time, a
20         document was marked as Plaintiff's
21         Exhibit 4, as of this date.)
22              MR. BERLOWITZ:  I'm now sharing a
23         different document.  I will mark this as
24         Plaintiff's Exhibit 4.  And we'll
25         represent this is a Go Global
```

28

1                              M. Srour

2          Nondisclosure agreement.  It bears Bates

3          number GG 8791 through 8794.

4          Q.   Mr. Srour, have you seen this

5     document before?

6          A.   I saw this document sometime in

7     July for the first time.

8          Q.   But you are familiar with this

9     document?

10         A.   That's when I know that there was

11    an NDA that was signed.

12         Q.   Is it your testimony that you were

13    unaware of the NDA until July of 2023?

14         A.   I heard that there was an NDA that

15    was signed.

16         Q.   When did you hear that?

17         A.   I cannot recall that.

18         Q.   I'm at the last page which is the

19    signature page.  And I see that on behalf of

20    Dream On Me this document is document signed

21    by Avish Dahiya.  Do you see that?

22         A.   Correct.

23         Q.   He signs on behalf of Dream On Me

24    Inc./DOM family.  Do you see that?

25         A.   Yes.

29

1                          M. Srour

2          Q.    What is the DOM family?

3          A.    D-O-M stands for Dream On Me.

4          Q.    Is the DOM family a collection of

5     different companies?

6          A.    No.

7          Q.    Is it just one company?

8          A.    Correct.

9          Q.    Do you always sign documents like

10    this?

11         A.    That's the first that's not my

12    signature.

13         Second, Avish was not authorized to sign

14    the NDA.

15         And third, any NDA that we usually --

16    where I need to sign, I always send it to a

17    lawyer to review before it gets signed.

18         Q.    You just testified that Avish was

19    not authorized to sign this NDA?

20         A.    Correct, he was not authorized to

21    sign it.

22         Q.    Who is Avish?

23         A.    Avish is the CMO of the company.

24         Q.    He worked at Dream On Me on

25    June 10, 2023?

30

1                              M. Srour

2          A.    Yes.

3          Q.    And he works there now still?

4          A.    Yes.

5          Q.    He never discussed this NDA with

6     you?

7          A.    No, he did not.

8          Q.    Do you have to give permission to

9     everyone in order to bind Dream On Me to

10    certain agreements?

11         A.    Hundred percent.  I have to put my

12    signature on it and I have to run it by a

13    lawyer.

14         Q.    Did you read this document when it

15    was emailed to you?

16         A.    No.

17         Q.    Do you know --

18         A.    I don't even think it was even

19    emailed to me.

20         Q.    Do you know if anyone at Dream On

21    Me read this document when it was emailed to

22    Dream On Me?

23         A.    I do not -- what I understood later

24    on is that there was pressure to sign the NDA

25    on that day on the 10th just for them to

31

                              M. Srour
1
2    start talking.
3         Q.   This agreement is signed, correct?
4         A.   Obviously it's signed if there is a
5    signature there, but I know that there were
6    pressure to sign it as soon as possible
7    because the auction was going on and so on.
8         Q.   I apologize because I think I asked
9    this question, when did you first become
10   aware of this NDA?
11        A.   If I'm not mistaken, after we got
12   the IP.  Sometime in July.
13        Q.   After you had already won the
14   auction?
15        A.   Correct.
16        Q.   What due diligence had DOM done as
17   of June 10, 2023 in relation to the
18   bankruptcy auction?
19        A.   You'll have to ask Milan or Avish.
20   They were doing the due diligence.
21        Q.   Do you know if DOM has a written
22   policy with regard to the signing of
23   documents?
24        A.   Pardon me again?
25        Q.   Do you know whether DOM -- whether

32

1                             M. Srour

2        Dream On Me has a written policy with regard

3        to the signing of documents?

4            A.    I'm not sure about that.

5            Q.    Was Avish aware that he needed your

6        authorization to sign the NDA?

7            A.    Yes.

8            Q.    You told him that?

9            A.    Any NDA that have to be signed,

10       that needs to be signed, it usually gets

11       signed by me.

12           Q.    Has Avish come to you before for

13       requests to sign a document on behalf of DOM?

14           A.    Yes, of course.

15           Q.    When?

16           A.    Whenever it needs to be signed over

17       there, he come and show it to us and I look

18       at it and if we have to sign it, if I need to

19       sign it, I sign it.

20           Q.    Can you recall a specific example

21       of a document that he came to you requesting

22       authorization to sign?

23           A.    No, I cannot recall specific.

24                 (Whereupon, at this time, an

25                 exhibit was displayed via Zoom.)

33

                              M. Srour

1

2          Q.   Can you see the document I am

3     displaying?

4          A.   Yes.

5               (Whereupon, at this time, a

6          document was marked as Plaintiff's

7          Exhibit 5, as of this date.)

8          Q.   I will represent that this is an

9     email from you to Milan Gandhi and Jack Srour

10    dated June 13, 2023 bearing Bates numbers DOM

11    2770 through 2771.

12         I'll give you a moment to read this

13    email.  I will have to scroll down.  Let me

14    know what you need to scroll.

15              (Whereupon, at this time, the

16         attorney scrolled through the exhibit as

17         requested.)

18         Q.   Have you read the email?

19         A.   No.  I did not.  Can you scroll

20    down so I can see what it's about.

21              (Whereupon, at this time, the

22         attorney scrolled through the exhibit as

23         requested.)

24         A.   Go ahead.  Can you go up.  Scroll

25    down now.

34

M. Srour

1
2          (Whereupon, at this time, the

3          attorney scrolled through the exhibit as

4          requested.)

5     Q.    Do you recognize this document?

6     A.    What do you mean do I recognize it?

7     Q.    Have you seen this before?

8     A.    Obviously if my name is there and I

9     have a reply to that.

10    Q.    You wrote this email to Milan, is

11    that right, and you write thanks Milan?

12    A.    I'm replying to Milan.

13    Q.    I understand.  And in Milan's email

14    he writes, "Yesterday's dinner was necessary

15    to understand views and ask of both parties

16    and here are my views."  Do you see that?

17    A.    Go ahead.

18    Q.    It's referring to a dinner that

19    occurred on June 12, 2023.  Are you familiar

20    with that dinner?

21    A.    Yes, I was there.

22    Q.    And you attended?

23    A.    I paid for that dinner so I was

24    there.

25    Q.    Where was that dinner?

35

1                            M. Srour

2          A.    In a restaurant in New York.

3          Q.    Which restaurant?

4          A.    I don't recall the name.

5          Q.    Do you recall who attended?

6          A.    Yes, I was there.  I just said I

7     paid for the dinner.

8          Q.    Okay.  Who attended?

9          A.    For my side I knew Avish was there,

10    Milan and my son jack.

11         Q.    Anyone else from your side?

12         A.    No.

13         Q.    What about from the Go Global side?

14         A.    I know Christian was there.  If I'm

15    not mistaken, one or two ladies were there.

16         Q.    What did you discuss at this

17    dinner?

18         A.    We discussed -- first we got

19    introduced to each other.  We discussed what

20    we should do with this whole operation.

21         Q.    And what did you discuss in terms

22    of what you should do with this whole

23    operation?

24         A.    I am really not -- I don't recall

25    what was discussed with that.

36

M. Srour

1

2     Q.  Do you recall any topics that were

3  discussed other than an introduction?

4     A.  The subject over here, what they

5  were doing over there, and what we are able

6  to do.  And I know that there were coming in

7  with ███████ into the table.

8     Q.  What did they tell you that they

9  could do?

10     A.  That they have the IT for it.  That

11  they are retailer in some Jen & Jack Stores

12  or something like that.  And we discussed

13  what we were able to add into this, into this

14  partnership.

15     Q.  You just said we discussed whether

16  DOM could add into the partnership, is that

17  accurate?

18     A.  Yes.

19     Q.  Was the idea that Go Global would

20  be the general partner?

21     A.  What do you mean by general

22  partner?

23     Q.  Let me rephrase.  Was the idea that

24  Dream On Me would provide money to Go Global

25  and Go Global would run the day-to-day

37

M. Srour

1
2       business if you guys did a joint partnership?
3               A.    Not at all.
4               Q.    And have one business?
5               A.    No, we would go in as a partner
6       together in this, what you call it -- in
7       this -- technically we would do a
8       partnership.  Dream On Me does not invest.
9               Q.    And at this meeting, did you
10      understand that Go Global wanted Dream On Me
11      to be a limited partner?
12              A.    What do you mean by limited?
13              Q.    Did you understand they didn't want
14      you to be actively -- that Go Global didn't
15      envision Dream On Me actively running the
16      day-to-day business?
17              A.    That's what I understood the
18      meeting that we had on Thursday when we had
19      Jack on the phone.
20              Q.    I'm asking about this meeting on --
21              A.    No, the discussion if I -- the
22      discussion was that we are doing it
23      together.
24              Q.    They never told you that they would
25      be running the day-to-day business?

38

M. Srour

1

2     A.   I will not have a second meeting

3     with them if that's what I understood from

4     that -- if that was their intention.

5     Q.   Sorry, my question is they never

6     told you at this meeting on June 12 that they

7     envisioned that Go Global would be running

8     the day-to-day to business?

9     A.   I'm answering you back that if that

10    was the topic, I would not have had a second

11    meeting with them on that Thursday.

12    Q.   Understood.  I didn't understand

13    your response.  Thank you for clarifying it.

14         Milan also writes in the second

15    paragraph, "Investment opportunity.  This is

16    a once in a lifetime opportunity to be one of

17    the owners of such an iconic retail brand."

18    Do you agree with that?

19    A.   Correct.

20    Q.   It was a once in a lifetime

21    opportunity?

22    A.   It is.

23    Q.   And you guys were very excited

24    about potentially winning a bid, is that

25    right?

39

1                          M. Srour

2          A.    Correct.

3          Q.    In fact, you had been interested

4     since 2021, is that right?

5          A.    Correct.

6          Q.    So you were --

7          A.    You need to understand the

8     background of this here.  I've been in this

9     business for the last 45 years.  This is my

10    business.  Anything that have to do with the

11    juvenile furniture, baby gear, clothing,

12    anything that -- any merchandise that a baby

13    store sells, that's my business.

14         We in Dream On Me, we have approximately

15    around 2,000 SKU's that we sell into the

16    market.  So this is my business.

17         Now we were a vendor of the buybuy BABY.

18    And we did a large amount of sales with them

19    over the years.  So we knew the operation

20    inside out.  We knew the mistakes that they

21    were doing that we knew that we were able to

22    correct it on the spot.

23         So for me to get into this business was

24    a win/win.

25         Q.    So you weren't going to let an

40

1                           M. Srour

2    opportunity slip by you, is that right?

3         A.    Correct.

4         Q.    You were going to be very

5    aggressive about winning the bid, is that

6    right?

7         A.    Hundred percent.  Again, we had the

8    intention of doing it back from '21 and '22.

9         Q.    I'm on the second page of this

10   email.  In the middle there's a paragraph

11   beginning with the word summary.

12        A.    Yes.

13        Q.    I will direct you to the last

14   sentence in that paragraph that says,

15   "Technology Funding Supply Chain, Human

16   Capital Functions, they all have the inherent

17   risks and we shall be going into unchartered

18   territory, but Newco Management works

19   collectively as a team and collaborate

20   nicely, BBBY can again go to the place for

21   U.S. consumers."

22        Do you see that sentence?

23        A.    Yes, I see it.

24        Q.    Do you agree with that sentence?

25        A.    According to him.

41

                              M. Srour

1

2      Q.   I'm asking if you agree with it?

3      A.   The main thing for me is the supply

4   chain, not the technology.

5      Q.   Was DOM going to be in unchartered

6   territory if they won the bid?

7      A.   What do you mean by unchartered

8   territory?

9      Q.   Well, I'm reading the sentence and

10  Milan says he's going to be in unchartered

11  territory and I asked if you agreed.

12     A.   I don't even understand what he

13  means by --

14     Q.   Does DOM have experience operating

15  technology for retail stores?

16     A.   No.

17     Q.   Does Dream On Me have experience

18  with funding for retail stores?

19     A.   What do you mean by funding?

20     Q.   Well, again, I'm pulling these

21  terms from the sentence that I read.

22  Mr. Gandhi writes that technology funding

23  supply chain and Human capital functions are

24  all inherent risks.  I'm asking if Dream On

25  Me has experience managing those kinds of

42

1                          M. Srour

2       risks.

3            Does Dream On Me have experience

4       managing a risk with regard to funding?

5            A.   You know in business you hire

6       people to get you there.  That's basically

7       what we did.

8            Q.   You didn't have experience, is that

9       right?

10           A.   We did not, but we had the

11      people -- we hired people that -- that's what

12      they do.

13           Q.   You hired people to fill in the

14      gaps for that experience, is that right?

15           A.   Yes.

16           Q.   Same question, but for supply

17      chain.

18           A.   Supply chain I was depending on

19      myself.

20           Q.   Did you have experience with

21      supply -- do you have experience with supply

22      chain?

23           A.   For the last 45 years.

24           Q.   What is your experience?

25           A.   My experience is the last 45 years

43

M. Srour

1

2      being involved in baby items.  I have my own

3      two offices in China, one up north, one down

4      south.

5          I employ over there over -- close to, I

6      believe, 35, 40 people.  I have an office in

7      India with 80 personnel over there working

8      for us.  I have an office in Vietnam.  I have

9      an office in Turkey.  So that's where my

10     supply chain is coming.

11         I have my own factory in China where we

12     do all -- most of our furniture.

13         Q.   Are those companies that you're

14     mentioning, are they part of the Dream On Me

15     family?

16         A.   Yes.

17         Q.   What are the names of those

18     companies?

19         A.   There are no companies.  They are

20     my employees over there.

21         Q.   And they work for Dream On Me, Inc.

22     or Dream On Me, Industries?

23         A.   Correct.

24         Q.   What else are you making?  What

25     else are you manufacturing other than

44

```
 1                          M. Srour
 2     furniture?
 3          A.   We manufacture strollers, walkers,
 4     bedrails, you name it.  Whatever we see as an
 5     opportunity we're able to sell in the baby
 6     market, we manufacture it.
 7               MR. BERLOWITZ:  This is, I believe,
 8          Plaintiff's Exhibit 6.
 9          Q.   I will change topics Mr. Srour.  I
10     apologize, I keep -- I think I keep
11     mispronouncing your name.
12          A.   It's fine.  You don't need to --
13     you can call me Mark.
14          Q.   You can call me Steve as well.  I
15     appreciate that, Mark.
16          A.   Sure.
17          Q.   Mark, do you know whether Dream On
18     Me requested access to Go Global's data room?
19          A.   The whole idea of the NDA that was
20     signed was to get access into the Go Global
21     data room.
22          Q.   So Dream On Me did have access, is
23     that right?
24          A.   Yes, I believe we did.
25          Q.   And did Dream On Me download the
```

45

1                           M. Srour

2      contents of that data room?

3           A.   As I mentioned before, what Go

4      Global did, they went ahead -- they had

5      access to the Lazard data room.  They were

6      able -- whatever was there, they transferred

7      it into their own data room and they just

8      changed the name.

9           They removed whatever was the buybuy

10     BABY there and they put Go Global.

11          Q.   You don't work for Go Global, do

12     you?

13          A.   No, I don't.

14          Q.   You don't know what Go Global did

15     to develop its documents, do you?

16          A.   Again, as far as I'm concerned, I

17     know that they copied the information that

18     was at Lazard and that information was

19     provided by the buybuy BABY team at that

20     time.

21          Q.   Did anyone tell you that?

22          A.   That's what my people told me.

23          Q.   Who told you that?

24          A.   Avish.

25          Q.   Anyone else?

46

                            M. Srour

1

2          A.   Basically I think he was the one

3     who was getting the access over there into

4     the Go Global.

5          Q.   So Avish told you that Go Global

6     downloaded the documents from Lazard, copied

7     them, changed them and then presented them to

8     you?

9          A.   Correct.

10         Q.   Okay.

11         A.   There was nothing new that they

12    provided us.

13         Q.   Did you do anything to substantiate

14    or establish that that was true?

15         A.   I have to go with what Avish is

16    telling me.

17         Q.   You just relied on Avish?

18         A.   Yes.

19         Q.   Do you know how Avish learned of

20    this?

21         A.   He seen the documents.  He had

22    abscess to Lazard and access at Go Global.

23         Q.   Do you trust Avish?

24         A.   He wouldn't be with me if I didn't

25    trust him.

47

                              M. Srour

1

2          Q.   But he did sign an agreement that

3     you didn't authorize him to sign?

4          A.   He was not authorized to sign,

5     correct.

6          Q.   But you still trust him?

7          A.   Yes, I do.

8          Q.   Did you --

9          A.   I'm very upset at him that he

10    signed the NDA without having a lawyer review

11    it, but things happen.

12         Q.   Is it your testimony that Dream On

13    Me did not have a lawyer review the NDA

14    before Avish signed it?

15         A.   Hundred percent.  Again, they put

16    him under pressure just to sign the NDA.

17         Q.   By they, you mean Go Global?

18         A.   Correct.

19         Q.   Anyone specific at Go Global?

20         A.   If I'm not mistaken, he was

21    involved with Christian at that time or Jeff,

22    I don't know, one of the owners over there at

23    Go Global.

24         Q.   Did you share any of the Go Global

25    documents you downloaded from the data room

48

1                        M. Srour

2      with anyone outside of Dream On Me?

3          A.    Not that I recall.

4          Q.    Did you review any of the Go Global

5      documents when they were sent to you?

6          A.    No.

7          Q.    Including the model?

8          A.    The only thing I was looking at at

9      that time was the model, but I know that the

10     model was coming in from Lazard and we were

11     involved with the -- who was it over there?

12     From the buybuy BABY, the CEO at that time,

13     Patty the name was.  And Alixpartners also

14     they were involved with them.

15         Q.    I'm going to share another document

16     with you.

17              (Whereupon, at this time, an

18              exhibit was displayed via Zoom.)

19              (Whereupon, at this time, a

20              document was marked as Plaintiff's

21              Exhibit 6, as of this date.)

22              MR. BERLOWITZ:  We'll mark this as

23              six.

24         Q.    Do you see the document I'm

25     displaying on your screen, Mark?

49

1                         M. Srour

2          A.    Yes.

3          Q.    This is a email from Mark to

4     Charles DOM.  The subject is Go Global BBB

5     investment.  And it attaches two documents,

6     1.6.2 baby 1.6.1 GG baby LRP document.  This

7     is Bates stamped DOM 2943.

8          Do you recognize this document?

9          A.    Yes.

10         Q.    This is an email that you sent,

11    correct?

12         A.    Yes.

13         Q.    You sent it to Charles DOM, is that

14    right?

15         A.    Yes.

16         Q.    Who is Charles DOM?

17         A.    My CFO.

18         Q.    Is DOM his last name or is that

19    just --

20         A.    That's the way I put them.  I have

21    so many addresses in my mailbox over here so

22    I know exactly who it is and what.

23         Q.    Was Charles involved in -- what is

24    Charles' last name?

25         A.    Glickman.

50

                              M. Srour

1

2          Q.    Was Mr. Glickman involved in --

3          A.    No, he was not involved.

4          Q.    He was not involved?

5          A.    No.

6          Q.    Why did you send him in this email?

7          A.    Because he's my CFO.

8          Q.    Well, if he's not involved, why

9    does he need to have this email?

10         A.    Because he is my CFO at Dream On Me

11   and it was sent to him.

12         Q.    Does he work with Milan?

13         A.    I know that they talk together.

14         Q.    The email below that you're

15   forwarding is an email from Avish dated

16   June 11, 2023.  Do you see that?

17         A.    Go ahead.

18         Q.    And it says, "Attached is the

19   investment presentation by Go Global on BBB

20   and the financial model."  Do you see that?

21         A.    Yes.

22         Q.    That sentence is, "They're bidding

23   ████████████ and expect another ████████████

24   ████████████████ to run the business with ██

25   ████████████"  Do you see that?

51

1                          M. Srour

2          A.    Yes.

3          Q.    Before you received this email, did

4    you know that they were bidding -- that Go

5    Global was bidding ███████?

6          A.    I do not recall that.

7          Q.    Before you received this email, did

8    you know that they expected another ██

9    ██████████████████?

10         A.    I know that -- if that's their

11   model, that's the model.

12         Q.    You didn't know this information

13   until Go Global provided it to you, is that

14   right?

15         A.    If this is their model and that's

16   why they're looking at a total of ████

17   ██████████  to run the operation so --

18         Q.    I'm asking if you knew this

19   information before Go Global provided you

20   access to the data room?

21         A.    I do not recall that.

22         Q.    You do not recall knowing this

23   information, is that right?

24         A.    I guess so.

25         Q.    Okay.  This graphic in the middle,

52

M. Srour

1    it begins with investment and has a couple of

2    bullet points and then there's another piece

3    on the right.  Do you recognize this graphic?

4         A.   Yes.

5         Q.   This graphic is part of Go Global's

6    presentation, is that right?

7         A.   Correct.

8         Q.   It actually --

9         A.   That's the first presentation.  The

10   presentation that came in on June 14 or the

11   13th, you see where it says Go Global

12   ████████████    over there?

13        Q.   Under the last full bullet point?

14        A.   No.  No.  No.  On the right side

15   where it says over there Go Global --

16        Q.   Are you referring to this piece

17   here?

18        A.   Yes.

19        Q.   I see where you're pointing.

20        A.   Now the presentation that was

21   shared with us from them on the 13th or the

22   14th of June, their name disappeared.  ████

23   ████████████████████████████████    In

24   discussion that we had on the 12th that they

53

```
 1                        M. Srour
 2     were -- ████████████████████████████
 3     ████████████████████████████████
 4          Q.   This graphic is from, I want to
 5     clarify, this graphic is from the Go Global
 6     Baby, LRP model, is that right?
 7          A.   Yes, it says it over there.
 8          Q.   I'm showing you another email.
 9          MR. BERLOWITZ:  This email bears
10          Bates number DOM 2969.  It is an email
11          from Mark to Michael Tennyson and Gary
12          Mason dated June 24, 2023 and this will
13          be Plaintiff's Exhibit 7.
14               (Whereupon, at this time, a
15          document was marked as Plaintiff's
16          Exhibit 7, as of this date.)
17               (Whereupon, at this time, an
18          exhibit was displayed via Zoom.)
19          Q.   Do you recognize this email?
20          A.   I recognize the name.
21          Q.   This email was written by you,
22     correct?
23          A.   Go ahead.
24          Q.   And it's dated June 14, correct?
25          A.   Correct.
```

54

1                          M. Srour

2          Q.    It's sent to Michael Tennyson,

3      correct?

4          A.    Correct.

5          Q.    Who is Michael Tennyson?

6          A.    He is my real estate partner.

7          Q.    Does he work for Dream On Me?

8          A.    No.

9          Q.    Where does he work?

10         A.    He have a company by the -- he is a

11     real estate developer.

12         Q.    Do you know the name of his

13     company?

14         A.    Ashland.

15         Q.    Does he work for Ashland or does he

16     own that company?

17         A.    He owns it.

18         Q.    And you said he's a real estate

19     developer?

20         A.    Correct.

21         Q.    And you, in this email, are

22     forwarding the Go Global Baby, LRP model to

23     him, is that right?

24         A.    Correct.

25         Q.    Why did you forward it to him?

55

M. Srour

1

2      A.   Because I was looking to bring him

3      into the deal at this point.

4      Q.   Had Dream On Me conducted any due

5      diligence in relation to the buybuy BABY

6      bankruptcy auction?

7      A.   My people did, yeah.

8      Q.   Did you send Michael Tennyson any

9      of your own internal due diligence?

10     A.   I cannot recall that.

11     Q.   But you did send him Go Global's,

12     is that right?

13     A.   Go ahead.

14     Q.   When you say go ahead, is that an

15     affirmation of what I just said?

16     A.   Correct.

17     Q.   Okay.

18     A.   I do not recall sending him

19     anything else over there.

20     Q.   Did you send him this document

21     because you wanted him to invest?

22     A.   Correct.

23     Q.   Did he invest?

24     A.   No, he didn't have the money at

25     that time.

56

1                          M. Srour

2          Q.   Did you discuss the Go Global model

3     that you sent with him?

4          A.   I believe I did.

5          Q.   When did you do that?

6          A.   After I sent it to him?

7          Q.   Was that a telephone call?

8          A.   I believe so.

9          Q.   And when you spoke with him, can

10    you please tell me about that conversation,

11    what was discussed?

12         A.   Discussed for him -- I told him

13    that's what we are doing.  We are investing

14    in the buybuy BABY and if he have the money,

15    to come in.

16         Q.   What else was discussed?

17         A.   Regarding the matter over there,

18    that's the only thing that was discussed.

19         Q.   You also sent this email to Gary

20    Mason, is that correct?

21         A.   Correct.

22         Q.   Who is Gary Mason?

23         A.   He works for Michael Tennyson.

24         Q.   Do you know what Gary Mason does

25    for Michael Tennyson?

57

1                           M. Srour

2          A.    He is his CEO.

3          Q.    Did Gary Mason participate in the

4     call you had with Michael Tennyson?

5          A.    I cannot recall.

6          Q.    Did you have an independent

7     conversation with Gary Mason about a

8     potential investment?

9          A.    I don't think so.

10              (Whereupon, at this time, an

11              exhibit was displayed via Zoom.)

12              MR. BERLOWITZ:  I'm now sharing a

13              new document.  This is an email sent

14              from Mark to Michael Tennyson and Gary

15              Mason dated June 14, 2023.  It bears

16              Bates number DOM 2995.  This is

17              Plaintiff's 8.

18              (Whereupon, at this time, a

19              document was marked as Plaintiff's

20              Exhibit 8, as of this date.)

21          Q.    Mark, do you recognize this

22     document?

23          A.    Go ahead.

24          Q.    If you please, could you say yes or

25     no to my questions?

58

1                           M. Srour

2          A.    Yes.

3          Q.    Thank you.  You write, "Mike, look

4    into it.  It's a great investment," is that

5    right?

6          A.    Correct.

7          Q.    Why did you think this was such a

8    great investment?

9          A.    Because I was looking to invest in

10   it.

11         Q.    By it, what is it, what is the

12   investment?

13         A.    To invest in the buybuy BABY.

14         Q.    And do you know whether Mike looked

15   into it?

16         A.    If he looked into it, he may have.

17   I'm sure he did.

18               (Whereupon, at this time, an

19               exhibit was displayed via Zoom.)

20         Q.    I'm showing you another email, but

21   I have one final question about the previous

22   document.  I can bring it back up if that

23   helps although I don't think it's necessary.

24         What did an investment look like to you

25   at the time you sent that email to Tennyson?

59

1                        M. Srour

2              MR. SKOFF:  Objection to form, but

3         you can answer.

4         A.   Can you ask that question again.

5         Q.   Sure.  Of course.  What did an

6    investment look like to you at the time that

7    you sent that email to Michael Tennyson?

8              MR. SKOFF:  Same objection.  You

9         can answer.

10        A.   It's a good investment.  We have

11   the capital coming on it.

12        Q.   I guess I want to know a little bit

13   more about the contours or details of the

14   type of investment you sought?

15        A.   Investing in the buybuy BABY.

16        Q.   For how much did you want from

17   them?

18        A.   As much as he can come up with.

19        Q.   How much did you think he could

20   come up with?

21        A.   Come up with ████████████

22        Q.   And what role did you envision them

23   having?

24        A.   What do you mean what role?

25        Q.   Did you envision them helping you

60

1                          M. Srour

2      run the day-to-day business if you --

3          A.    No, only to invest money.

4          Q.    When you seek investments, you only

5      want the money, is that right?

6          A.    Correct.

7          Q.    You don't want people -- you want

8      to be in charge?

9          A.    Again, when we -- it's all depends

10     of what each person does.  If that is his

11     business, if he's a business developer and

12     there is a property that we looking to buy or

13     something to develop, I do depend on him

14     because that's his business.  He will take my

15     money and will invest it and then we'll share

16     the profit.

17         Q.    I believe you said that Michael

18     Tennyson was a real estate developer?

19         A.    Correct.

20         Q.    So were you speaking to him because

21     you were interested in the stores that were

22     being auctioned off, the store leases?

23         A.    Again, I've invested with Mike

24     Tennyson on many different real estate

25     projects.  So for me to bring him in, if I

61

1                          M. Srour

2       have something and it's good, you know, it's

3       fair just to bring -- it's fair to bring the

4       person in.

5            Q.   At that time --

6            A.   Especially when you need money.

7            Q.   I didn't mean to cut you off.  Are

8       you finished?

9            A.   Yes, I am.

10           Q.   At the time you sent that email to

11      Michael Tennyson, were you thinking of buying

12      the intellectual property of buybuy BABY?

13           A.   I was looking to get as much money

14      that I'm able to get from investors to try to

15      get the most stores to run it.

16           Q.   You had a conversation with

17      Mr. Tennyson about this, is that right?

18           A.   Yes.

19           Q.   When you spoke to him, did you tell

20      him or was there a conversation about what

21      you were bidding on?

22           A.   Listen, everyone knew who was

23      buybuy BABY.  Buybuy BABY have been around

24      for the last 30 years so --

25           Q.   Let me clarify.  You understand

62

1                              M. Srour

2          that there is a difference between purchasing

3          the intellectual property assets of buybuy

4          BABY as distinct from the going concern,

5          correct?

6               A.   Go ahead.

7               Q.   Is that a yes?

8               A.   Yes.

9               Q.   So when you spoke to Michael

10         Tennyson, did you speak to him about buying

11         the stores --

12              A.   Yes.

13              Q.   Excuse me, please let me finish.

14              A.   You're looking to get the IP and

15         the stores to make a package deal together.

16              Q.   Okay.

17              A.   We were having the same

18         conversation that we were having with Lazard.

19         We were having the conversation with 6th

20         Street.  We needed money.

21              Q.   I'm displaying an email on your

22         screen, just to change topics.  It's from

23         Scott Englander to Mark.  It is dated

24         June 15.  It's Bates number DOM 3028.

25                   (Whereupon, at this time, an

63

1                            M. Srour

2            exhibit was displayed via Zoom.)

3                (Whereupon, at this time, a

4            document was marked as Plaintiff's

5            Exhibit 9, as of this date.)

6            Q.    Do you recognize this email?

7            A.    Yes.

8            Q.    The email from Scott Englander, who

9       is Scott Englander?

10           A.    He is also a real estate -- he's

11      involved in real estate.  He works for JFR.

12      JFR is another partner of mine on the real

13      estate side.

14           And the same information that was sent

15      to Mike Tennyson was sent to Yussi.

16           Q.    Scott Englander does not work for

17      Dream On Me, correct?

18           A.    No, he works for JFR Global.

19           Q.    And he is not an agent of Dream On

20      Me, is that correct?

21           A.    No, he is not.

22           Q.    You mentioned someone named, I

23      apologize if I mispronounce it, Yussy?

24           A.    Correct.

25           Q.    Who is Yussy?

64

1                        M. Srour

2          A.   Yussy is the owner of JFR.  He is

3     also in the real estate business.

4          Q.   Is Yussy Joseph Friedland?

5          A.   Correct.

6          Q.   Does Scott and Yussy work together?

7          A.   Scott works for Yussy.

8          Q.   Scott works for Yussy, okay?

9          A.   Yes.

10          Q.   You write to Yussy, the is on

11     June 14, "Yussy, I'm going in heavy into this

12     investment.  That's my business for the last

13     43 years.  Will like you to come in with me."

14     Do you see that?

15          A.   Yes, correct.

16          Q.   Did you speak to Yussy about this

17     deal?

18          A.   I believe a week after or something

19     like that, yes, we did, we did speak to them.

20          Q.   When you say we, did other people

21     from Dream On Me participate in this

22     conversation?

23          A.   I believe during my meeting with

24     Yussy regarding this investment, we got Avish

25     on the phone and Yussy was asking Avish many

65

1                          M. Srour

2      questions.

3           Q.   What questions was he asking?

4           A.   I cannot recall the questions that

5      was asked, but he asked him about the

6      business, about the model.

7           Q.   He asked him about the Go Global

8      model?

9           A.   Not the Go Global.  In general,

10     about this business.

11          Q.   Do you know if you sent Scott

12     Englander or Yussy the Go Global model?

13          A.   I believe I did.

14          Q.   You did.  Did you discuss the Go

15     Global model with them during that

16     conversation?

17          A.   Yes.

18          Q.   And do you know when that

19     conversation happened?

20          A.   I believe the week after.

21          Q.   The week after June 14?

22          A.   Yes.

23          Q.   What, in particular, in the Go

24     Global model did you discuss?

25          A.   The same discussion that I had with

66

1                              M. Srour

2        Mike Tennyson.

3              Q.    And what was that?

4              A.    To come in, into the deal.

5              Q.    Were there any particular portions

6        of the Go Global model that you discussed

7        with Yussy or Scott Englander?

8              A.    No.

9              Q.    Did Yussy invest?

10             A.    Yes.

11             Q.    Did Scott invest?

12             A.    Scott, no.

13             Q.    Sorry, did you say no?

14             A.    No.

15             Q.    How much did Yussy invest?

16             A.    $8 million.

17             Q.    Do you know why he invested?

18             A.    Because he trusted me and he knows

19        that that's my business.

20             Q.    Did he say anything else about why

21        he invested?

22             A.    Again, he -- he understands that

23        that's my business for the last 43 years.

24        And I'm running an operation of the Dream On

25        Me and it should be a win/win.

67

1                          M. Srour

2        Q.    What do you mean by win/win?

3        A.    Going to be a good investment.

4        Q.    For you and for Yussy?

5        A.    Yes.

6        Q.    Has it been a good investment?

7        A.    That's a good question.  No.

8        Q.    Has Yussy invested with you in

9    other projects?

10       A.    Not yet, but we working on other

11   things at the same time.

12       Q.    You have other investors -- do you

13   have other investors in other projects, in

14   general?

15       A.    I have two more investors that came

16   into the buybuy BABY with me.

17       Q.    When you spoke to them to try to

18   convince them to join you, do they want to

19   see documents in general?

20            MR. SKOFF:  Objection to form, but

21        you can answer.

22       A.    Basically everybody is looking at

23   the model.

24       Q.    They were all looking at the model.

25   In this instance with Yussy, he was looking

68

1                          M. Srour

2    at the Go Global model, is that right?

3         A.   I'm -- if it was the Go Global

4    model, yes, it was.

5         Q.   I believe you testified that you

6    did send the Go Global model to Scott

7    Englander and Yussy, is that right?

8         A.   Yes.

9         Q.   I just want to clarify, at the

10   bottom of this email there is what appears to

11   be attachments.  One of those attachments is

12   the Go Global Baby, LRP model.  Is it

13   accurate that this is the email that you sent

14   to Yussy and Scott Englander in which you

15   attached these documents?

16        A.   Correct.

17        Q.   Were there other materials that you

18   discussed with Yussy when you had your

19   conversation with him?

20        A.   Not that I recall.

21        Q.   You can't recall any other

22   documents that you discussed?

23        A.   No, I do not.

24        Q.   But you do recall discussing the Go

25   Global model?

69

1                            M. Srour

2          A.    Yes.

3          Q.    Okay.

4               MR. BERLOWITZ:  I'm sharing with

5          you another document.

6          Q.    Can you see it on your screen,

7    Mark?

8          A.    Yes.

9               (Whereupon, at this time, an

10          exhibit was displayed via Zoom.)

11               (Whereupon, at this time, a

12          document was marked as Plaintiff's

13          Exhibit 10, as of this date.)

14          A.    Go ahead.

15          Q.    This is an email from Mark to Scott

16    Englander.  It is dated June 16.  It bears

17    Bates number DOM 3039.  It appears to be one

18    page.  Do you recognize this document?

19          A.    Go ahead.

20          Q.    Mark, I would appreciate if you

21    could say yes or no --

22          A.    Yes.

23          Q.    -- to my questions.

24          A.    Yes.

25          Q.    Thank you.  You spoke previously

70

1                           M. Srour

2       about scheduling a call with Yussy and

3       Englander and you write in this email, "Let's

4       schedule a Sunday call."  Is that the call

5       that you were referring to?

6            A.    I believe so.

7            Q.    To the best of your recollection,

8       was there another call or another meeting

9       with Yussy and Scott Englander?

10           A.    With Yussy, I had one meeting.  And

11      with Scott, I had another meeting also.

12           Q.    You had different meetings?

13           A.    Yes.

14           Q.    When did you speak with Scott?

15           A.    Trying to -- it was on the Sunday

16      of the 16th or 18th.

17           Q.    And what did you discuss?

18           A.    I discussed also the whole

19      opportunity with the buybuy BABY.

20           Q.    And Yussy did not participate in

21      that call?

22           A.    No.

23           Q.    Did you discuss with Scott the Go

24      Global model?

25           A.    Yes.

71

M. Srour

1

2      Q.   What do you recall specifically
3      about what you discussed about the Go Global
4      model?

5      A.   It's a good opportunity, come in,
6      bring me people.

7      Scott was looking to invest himself and
8      Scott was working with bringing other people
9      that he know that have money.

10      Q.   You thought this was a good deal,
11      is that right?

12      A.   I would not buy it if I didn't
13      think it would be a good deal.

14      Q.   You told Scott that you thought it
15      was a good deal, is that right?

16      A.   Correct.

17      Q.   And to substantiate that statement,
18      did you show Scott the Go Global model?

19      A.   Yes.

20      Q.   And what did he say when you did
21      that?

22      A.   He liked the model.

23      Q.   He liked the Go Global model, is
24      that right?

25      A.   Yes.

72

M. Srour

1          Q.   Did Scott bring anyone else to

2     invest?

3          A.   He did bring me one guy that we

4     ended up -- we ended up letting him go.

5          Q.   Did anyone else participate in this

6     meeting with you and Scott?

7          A.   We had a person by the name Jacob

8     that was there.  Avish was there.  Milan was

9     there.  And I think my son Jack was there

10    also.

11         Q.   Who is Jacob?

12         A.   Jacob was an investor that Scott --

13    a friend of Scott's.

14         Q.   Does Jacob work for Dream On Me?

15         A.   No.

16         Q.   Is Jacob an agent for Dream On Me?

17         A.   No.

18         Q.   At the time you met with Jacob, he

19    didn't work for Dream On Me?

20         A.   No.

21         Q.   Do you know if Scott shared the Go

22    Global model with Jacob?

23         A.   Yes, he did.

24         Q.   Did you discuss the Go Global model

73

1                            M. Srour

2        with Jacob?

3              A.    Yes, in the meeting that we had.

4              Q.    Do you know if Jacob shared the Go

5        Global model with anybody?

6              A.    No.

7              Q.    Do you know if --

8              A.    One second.  One second.  I know

9        that Jacob got access into the Lazard data

10       room because he needed to sign an NDA for

11       that.

12             Q.    To clarify, you do not know whether

13       he shared the Go Global model with anyone

14       else, is that right?

15             A.    I do not know.

16             Q.    Do you know whether Jacob had an

17       NDA or permission to view the Go Global data

18       room?

19             A.    He had -- he did sign an NDA with

20       Lazard.

21             Q.    Not with Go Global?

22             A.    Not with Go Global.  Now when you

23       are referring to the --

24             Q.    Sorry?

25             A.    I thought you -- nothing.  Forget

74

1                              M. Srour

2        it.

3              Q.   One moment, please.

4                   (Whereupon, at this time, there was

5              a pause in the proceeding.)

6              Q.   Is Jacob, Jacob Sod?

7              A.   Yes, Jacob Sod.

8              Q.   Do you know if Scott shared the Go

9        Global model with anyone else other than

10       Jacob Sod?

11             A.   I wouldn't know.  I don't know what

12       he did with it.

13             Q.   Okay.  That's fine.  Did Scott or

14       Jacob have questions about the Go Global

15       model?

16             A.   I do not recall.

17             Q.   In this email Scott writes to you

18       on June 16, "I wish you sent this to us

19       sooner."

20             And you respond, "Just received the

21       information the same day was sent out to

22       you."  Do you see that?

23             A.   Yes.

24             Q.   What information are you referring

25       to?

75

                              M. Srour

1

2          A.    I'm not sure.

3          Q.    Could it be the Go Global model?

4          A.    Possible.

5          Q.    Similar question, the first email

6     on June 15 from Scott, he writes, "Just so

7     you are aware, Yussy was overseas the last

8     two weeks.  He says he will review the

9     materials over the weekend and will call you

10    on Monday."  Do you see that?

11         A.    Yes.

12         Q.    When he says the materials, do you

13    know what he's referring to?

14         A.    The model that was shared with him.

15         Q.    Is that the Go Global model?

16         A.    If you want to call it the Go

17    Global --

18         Q.    I want to know if he's referring to

19    the model that Go Global prepared?

20         A.    Obviously he's referring to the

21    information that was sent to him back on the

22    13th or the 14th or the 16th there.

23         Q.    And did that include Go Global's

24    information that you obtained from the Go

25    Global data room?

76

1                           M. Srour

2          A.   I don't know.  From the -- which

3     data room?

4          Q.   You wrote that you sent the

5     information the same day that you got it.

6     When did you get the information?

7          A.   The 13th, I believe, the 13th of

8     the month.

9          Q.   Do you know what other information

10    you sent to Scott and to Yussy?

11         A.   Basically the model.

12         Q.   Did you send anything that Dream On

13    Me prepared to Scott and Yussy?

14         A.   I don't recall that.  There were

15    other models that were shared with the

16    investors so it wasn't only the Go Global,

17    what you call the Go Global.

18         Q.   You did share the Go Global model,

19    right?

20         A.   Again, there were many, what you

21    call it, many models were shared at that

22    time.

23         Q.   I'm showing you another email.

24    This is from Avish to you and Milan.  It is

25    dated June 14.  The subject is Go Global BBB

77

```
 1                      M. Srour
 2      document link.  It bears Bates number DOM
 3      2800.
 4                  (Whereupon, at this time, an
 5            exhibit was displayed via Zoom.)
 6                  (Whereupon, at this time, a
 7            document was marked as Plaintiff's
 8            Exhibit 11, as of this date.)
 9            Q.    Do you recognize this document?
10            A.    I believe that's the model.
11            Q.    When you say you believe that's the
12      model, can you explain -- I'm asking if you
13      recognize the email?
14            A.    How you want me to go back a year
15      back right now to understand and to look and
16      tell you exactly what it is.
17            If that's the model -- I believe what
18      was shared at that time was the model.
19            Q.    This email continues with a drop
20      box link, is that correct?
21            A.    Go ahead.
22            Q.    I would appreciate it if you would
23      answer yes or no.
24            A.    Yes.  Sure.  No problem.
25            Q.    Just so you're aware, I just want
```

78

M. Srour

1

2     to create a clean record so your answer yes

3     or no would be appreciated.

4          I know it's easy to have a conversation,

5     but for the record, I would prefer clarity.

6          Does Dream On Me use Dropbox?

7          A.   Yes.

8          Q.   What does it use Dropbox for?

9          A.   For information that's stored, for

10    information that we send between us.

11         Q.   So you use it -- Dream On Me uses

12    it to store documents?

13         A.   I believe so.

14         Q.   Did Dream On Me use Dropbox to

15    store Go Global's work in relation to the

16    buybuy BABY auction?

17         A.   I do not know that.

18         Q.   Do you know why an email was sent?

19         A.   No.

20         Q.   Did you ever speak to Avish about

21    this email?

22         A.   It was the model that was -- that

23    we were discussing among us all with the

24    investors.

25         Q.   Have you ever been on the Dream On

79

1                                M. Srour

2      Me Dropbox?

3           A.    Not really.

4           Q.    Never?

5           A.    Again, to go back regarding the Go

6      Global model, what I understood was that this

7      is the buybuy BABY model that was taken from

8      Lazard, that Go Global just put their name on

9      it and they used that.

10          Q.    I believe I recall you said your

11     basis for that understanding is that Avish

12     told you that?

13          A.    Correct.

14          Q.    Anyone else tell you that?

15          A.    I don't know.

16          Q.    Do you have any other reason to

17     believe that?

18          A.    If I'm not mistaken, when we were

19     talking to the CEO of buybuy BABY, Patty and

20     to Alizpartners, they are the one that

21     created those models.

22          So all that information where you see

23     inside, this is not -- this is not Go

24     Global's information.

25          Q.    I'm showing you -- excuse me I'm

80

1                          M. Srour

2        showing you an email from Avish to Jacob Sod

3        and Scott Englander.  It is dated June 19.

4                (Whereupon, at this time, an

5            exhibit was displayed via Zoom.)

6                (Whereupon, at this time, a

7            document was marked as Plaintiff's

8            Exhibit  as of this date.)

9                MR. BERLOWITZ:  It has Bates number

10           DOM 10868.

11        Q.   Do you recognize this email?

12        A.   Go ahead.

13        Q.   Do you recognize this email?

14        A.   I'm seeing it now.

15        Q.   I'm asking if you remember this

16   email?

17        A.   No, I do not remember this email.

18        Q.   You're cc'd on this email, correct?

19        A.   Yes.

20        Q.   Avish writes, "Link below to data

21   room under DOM NDA."  Do you see that?

22        A.   Go ahead.

23        Q.   Do you see that, yes or no?

24        A.   Yes.

25        Q.   Thank you.  There's also a link

81

1                              M. Srour

2       below that appears to be there?

3              A.   Yes.

4              Q.   What documents did Dream On Me keep

5       in Dropbox?

6              A.   I do not know.

7              Q.   Who would know?

8              A.   Whoever sent it.

9              Q.   So Avish would know?

10             A.   He should if he's the one who sent

11      it.

12             Q.   Is there anyone else who would

13      know?

14             A.   Not that I can recall.

15             Q.   This email was sent to Jacob Sod

16      and Scott Englander.  Do you see that?

17             A.   Yes.

18             Q.   So Dream On Me is providing Jacob

19      and Scott access to documents with regard to

20      the buybuy BABY auction, is that right?

21             A.   I believe so.

22             Q.   At this point on Monday June 19,

23      what due diligence had DOM conducted in

24      relation to the auction?

25             A.   You'll have to ask Avish.

82

1                          M. Srour

2          Q.    You don't know?

3          A.    No.

4          Q.    Who else would know other than

5     Avish?

6          A.    Avish and Milan.

7          Q.    And anyone else?

8          A.    No.

9          Q.    At the bottom of the email, this is

10    from Scott Englander, he writes, "Here is the

11    chain."  Do you see that?

12         A.    Go ahead.

13         Q.    Do you know if there was more to

14    this email that followed the sentence here,

15    here is the chain?

16         A.    I don't know.

17         Q.    You don't know?

18         A.    No.

19              MR. BERLOWITZ:  I would like to

20              request, I guess, the native production

21              of this email.  We can discuss it

22              afterward.

23              MR. SKOFF:  Send us requests in

24              writing after the deposition and we'll

25              take it under advisement.

83

                              M. Srour

1

2              MR. BERLOWITZ:  Understood.

3         A.   As far as I know that's the only

4    model that was shared.

5              MR. BERLOWITZ:  We've been going

6         for about an hour and a half.  I would

7         like to take a quick break if that's

8         okay with everyone.

9              MR. SKOFF:  Absolutely.  15

10        minutes.

11             (Whereupon, at this time, there was

12        a pause in the proceeding.)

13        Q.   Mark, I believe you testified that

14   Dream On Me and Go Global had a meeting on

15   June 12 at a restaurant, is that correct?

16        A.   Correct.

17        Q.   And there was also another meeting

18   on June 15, is that correct?

19        A.   Yes.

20        Q.   The June 15 meeting was at your

21   office, is that right?

22        A.   Correct.

23        Q.   What was your view of Go Global

24   before the June 12 meeting?

25        A.   I did not know nothing about them.

84

1                        M. Srour

2         Q.   What did your employees at Dream On

3    Me think about Go Global?

4              MR. SKOFF:  Objection to form.

5         Hold on.  Objection to form, but you can

6         answer.

7         A.   I know what they told me after the

8    restaurant meeting, that they are not

9    comfortable.

10        Q.   What did they say to you before --

11   the restaurant meeting you're referring to is

12   the June 12 meeting?

13        A.   Correct.

14        Q.   What did they say to you before the

15   June 12 meeting about Go Global?

16        A.   That let's sit and talk to them and

17   see exactly what they are able to offer us.

18        Q.   Did they have an idea what Go

19   Global might be able to offer Dream On Me?

20        A.   They were coming in to try to do

21   some kind of a partnership with them.

22        Q.   And what was your view on what you

23   wanted Go Global to bring to the partnership?

24        A.   From my understanding, that they

25   had some kind of IT over there that they are

85

```
 1                      M. Srour

 2     specialized in or something like that, that's

 3     what they're coming in with.

 4          Q.   You thought they can assist you

 5     with IT; is that your testimony?

 6          A.   I have to take that call.  One

 7     second please.

 8               (Whereupon, at this time, there was

 9          a pause in the proceeding.)

10          A.   Sorry about that.

11          Q.   I want the record to reflect that

12     Mark, you took a phone call.  That call

13     didn't have anything to do with this

14     litigation, did it?

15          A.   No, not at all.

16               MR. BERLOWITZ:  Can you read back

17          the last question.

18               (Whereupon, the record was read as

19          requested.)

20          A.   Correct, yes.  With IT and bringing

21     money into the table and they had their own

22     investors that they were coming in, that had

23     money to come in.

24          Q.   So one reason you were interested

25     in Go Global is because of the money and
```

86

1                              M. Srour

2       investors, is that right?

3            A.    Correct.

4            Q.    And another reason is because of

5       the IT, is that right?

6            A.    That's what they claim.

7            Q.    I understand.

8            A.    It doesn't mean -- what they're

9       hoping doesn't mean anything.

10           Q.    When they claimed that, you were

11      interested?

12           A.    We were listening.

13           Q.    Any other reason you were

14      interested in speaking with Go Global?

15           A.    No, there was no other reasons.

16           Q.    No other reasons?

17           A.    No.

18                 (Whereupon, at this time, an

19           exhibit was displayed via Zoom.)

20           Q.    I'm displaying a document, Mark, on

21      your screen.  Can you see this?

22           A.    Yes.

23                 (Whereupon, at this time, a

24           document was marked as Plaintiff's

25           Exhibit 13, as of this date.)

87

                            M. Srour

1

2          Q.   I'm going to represent to you that

3      this is a transcript of the meeting that was

4      held on June 15.

5          Unfortunately it is a -- the transcript

6      is, I think, it's only half the transcript,

7      but I will ask you about the portions that

8      are in here.

9          First, I would like to ask you, you

10     participated in this June 15 meeting,

11     correct?

12         A.   Yes.

13              MR. SKOFF:  Objection.  Can we mark

14         this as an exhibit.  Is there a Bates

15         number?

16              MR. BERLOWITZ:  There is not.  We

17         just got this.  I have not produced this

18         yet.

19              I'll represent to you, Judah, the

20         video was produced from DOM.  That was a

21         recording of the June 15 meeting.  This

22         is a transcript of it.

23              MR. SKOFF:  When did you get this

24         document?

25              MR. BERLOWITZ:  I got this document

88

```
 1                        M. Srour
 2          this morning.
 3                  MR. SKOFF:  Okay.  Where did you
 4          get it?
 5                  MR. BERLOWITZ:  This is done by, I
 6          believe, Bee Reporting.
 7                  MR. SKOFF:  It's an incomplete
 8          transcript?
 9                  MR. BERLOWITZ:  I'm representing
10          that unfortunately it's an incomplete
11          transcript because we are waiting for
12          the second half to be transcribed.  I
13          don't know if it's exactly half, but
14          it's the top half.
15                  MR. SKOFF:  This was commissioned
16          by you?
17                  MR. BERLOWITZ:  Correct.
18                  MR. SKOFF:  Is it a certified
19          transcript?
20                  MR. BERLOWITZ:  I believe so.
21                  MR. SKOFF:  It's done by Bee
22          Reporting.  Is there a signature with
23          the certification on it?
24                  MR. BERLOWITZ:  Do we have that?
25                  (Whereupon, at this time, there was
```

89

1                          M. Srour

2          a pause in the proceeding.)

3              MR. SKOFF:  I will object to the

4          use -- I will not stop the questioning,

5          but I will place a standing objection on

6          the record to the use of this transcript

7          because it's a rough draft which, you

8          know, it's a rough noncertified

9          incomplete transcript which has not been

10         produced.

11             So I'm not going to tell him not to

12         answer the questions.  I'll allow the

13         questioning to go forward, but I'm going

14         to put a standing objection to any

15         questions related to this partial

16         transcript for the reasons stated.

17             MR. BERLOWITZ:  That's fine.

18         That's fine.  Thank you.

19         Q.   I will back up.  I apologize if I

20    asked you this question already, I'm just

21    trying to go in order.  Mark, you

22    participated in the June 15 meeting,

23    correct?

24         A.   Yes.

25         Q.   Who else participated in that

90

1                         M. Srour

2     meeting if you know?

3          A.   I know Christian was there, Avish,

4     Milan, my son jack.

5          Q.   Anyone else?

6          A.   Jeff was on the Zoom with another

7     gentleman.  There were two ladies over there.

8     And I think it was another gentleman there.

9               MR. SKOFF:  Sorry one more thing,

10          could you email me a copy of this.

11               MR. BERLOWITZ:  Yes.  Jessica will

12          email it to you.

13               MS. MOORE:  I will email it to you

14          right now.

15          Q.   Mark, I see you have either a pad

16     or something in front of you.  What are you

17     looking at?

18          A.   What I'm looking at?

19          Q.   Yes.

20          A.   I'm looking at who participated in

21     those particular meetings since I'm aware of.

22          Q.   Is that reflected on that note pad?

23          A.   Just names.

24          Q.   What else is on that note pad?

25          A.   Nothing else.

91

1                        M. Srour

2        Q.    Just names?

3        A.    Yes.

4        Q.    Were you referring to that note pad

5    when you were answering my questions right

6    now?

7        A.    No, I'm just looking at it right

8    now for the first time.

9        Q.    You have personal knowledge of what

10   was said at the June 15 meeting, is that

11   right?

12       A.    Yes.

13       Q.    Were you aware that the meeting was

14   being recorded?

15       A.    No, I was not.

16       Q.    Was anyone at DOM aware that the

17   meeting was being recorded?

18       A.    I do not recall that.  It's a new

19   office that we just moved in, my company just

20   moved in, and I think it was the first time

21   I'm appearing in that particular office.

22       Q.    Did you tell anyone from Go Global

23   that the meeting was being recorded?

24       A.    Again, I was not aware that there

25   was a recording of that meeting there.

92

1                                     M. Srour

2              Q.    You didn't tell anyone?

3              A.    I didn't know myself.

4              Q.    Have you reviewed the recording

5        before today?

6              A.    Yes, I did.

7              Q.    When?

8              A.    I was listening to it yesterday.

9              Q.    I assume you didn't review it

10       during the buybuy BABY bankruptcy auction, is

11       that right?

12             A.    What do you mean by reviewing it?

13             Q.    Did you watch this video at any

14       time in June?

15             A.    I think I did, yes, after the

16       meeting.

17             Q.    When did you review it in June?

18             A.    I'm not sure.  I do not recall, but

19       I know that it was sometime in June.

20             Q.    Do you know when you placed a bid

21       for the intellectual property assets of

22       buybuy BABY?

23             A.    July sometime.

24             Q.    It was in July?

25             A.    I believe it was in July whenever

93

                              M. Srour

1

2      that thing was purchased.  I don't know if it

3      was in June or July.  I'm not sure.

4           Q.   Do you know if anyone from Dream On

5      Me who attended this meeting on June 15 was

6      aware that the meeting was being recorded?

7           A.   I do not recall that.

8           Q.   You had another meeting, I believe,

9      on June 12 at a restaurant, correct?

10          A.   Correct.

11          Q.   Was that meeting recorded?

12          A.   No.

13          Q.   No video recording?

14          A.   No.

15          Q.   No audio recording?

16          A.   No.

17          Q.   Did you or anyone from Dream On Me

18     take notes at the June 12 meeting?

19          A.   I believe that Avish was taking

20     notes from that meeting there.

21               MR. BERLOWITZ:  I don't believe we

22          have that in our production so I'll call

23          for that.  I'm also going to call for

24          the production for the pad Mark was just

25          referring to previously.

94

1                          M. Srour

2          Q.   Did you take notes at the June 15

3     meeting?

4          A.   I don't think I did.

5          Q.   Do you know if anyone else from

6     Dream On Me took notes at the June 15

7     meeting?

8          A.   I'm not sure of that.

9          Q.   When did you become aware of the

10    existence of this recording?

11         A.   Well, I was --

12         Q.   I just want to clarify the record.

13    So I would like to withdraw that question.

14         When did you become aware of the

15    existence of the video recording of the

16    June 15 meeting?

17         A.   I answered that before.  It was

18    sometime in June.

19         Q.   Okay.

20         A.   One second.  One second.  We took a

21    break during that meeting and my IT person

22    advised me that the meeting is getting

23    recorded and we were able to listen to the --

24    what was going on in that meeting when we

25    were not there.

95

1                           M. Srour

2          Q.   Did you listen to what was going on

3     in the meeting when you were not there?

4          A.   Correct, yes.

5          Q.   Who else was listening with you

6     when -- who else was listening with you?

7          A.   I'm not sure who else was there.

8          Q.   Was anyone else with you there?

9          A.   I know there were some people with

10    me there, but I really do not recall who.

11         Q.   Do you know if Avish was there?

12         A.   I'm not sure.

13         Q.   Milan?

14         A.   I'm not sure.  I know there were

15    people with me in there.

16         Q.   What about your son Jack?

17         A.   Jack was there.

18         Q.   Do you remember what you were

19    listening to?

20         A.   We were listening to the

21    conversation that they were talking among

22    themselves.

23         Q.   And do you know what they were

24    saying?

25         A.   If I recall, they were talking

96

1                           M. Srour

2      about plan B over there and we do not -- if

3      we do bring Dream On Me into the table, then

4      they going to lose the Por Group coming in as

5      an investor.

6           Q.   Did you finish with your answer,

7      Mark?

8           A.   Sorry?

9           Q.   Are you finished with your answer?

10          A.   Yes.

11          Q.   You became aware during the meeting

12     on June 15 that it was being recorded; is

13     that your testimony?

14          A.   Right now, yes, I am.  I recall

15     that.  It was --

16          Q.   When you --

17          A.   I was not aware to begin with.  I

18     was aware when we took a break over there and

19     my IT person came to me and told me that this

20     thing is getting recorded.  That's when he

21     connected us into the phone or something like

22     that and we were listening to them.

23          Q.   Is your IT person Amit?

24          A.   No.

25          Q.   Who is your IT person?

97

1                         M. Srour

2          A.    A guy by the name of Steve.

3          Q.    What is his last name?

4          A.    I'm not sure.

5          Q.    Does he work for Dream On Me?

6          A.    Yes.

7          Q.    Does he still work for Dream On Me?

8          A.    Yes.

9          Q.    When you became aware during that

10    meeting that it was being recorded, did you

11    tell anyone from Go Global that the meeting

12    was being recorded?

13         A.    No.

14         Q.    Do you know if anyone else from

15    Dream On Me told Go Global that the meeting

16    was being recorded on June 15?

17         A.    I don't know.

18         Q.    Do you know if anyone from Dream On

19    Me told Go Global that the meeting was being

20    recorded after the meeting had occurred?

21         A.    I do not know, no.

22         Q.    Did you consult the recording of

23    this June 15 meeting after June 15?

24         A.    What is your question?

25         Q.    Did you watch the recording of this

98

1                          M. Srour

2       June 15 meeting after June 15?

3               A.    I think I did, you know, part of it

4       or something like that.

5               Q.    Why?

6               A.    Just to understand what happened in

7       the meeting there.

8               Q.    What, in particular, did you want

9       to understand?

10              A.    What happened in the meeting.

11              Q.    Can you --

12              A.    I cannot be specific, no.

13              Q.    Why can you not be specific?

14              A.    I cannot.  I forgot what it was.

15              Q.    Was there something specific you

16      were trying to understand or learn when you

17      watched the recording after June 15?

18              A.    I'm not sure.  I -- I wouldn't know

19      how to answer that.

20              Q.    Do you know if the video has

21      captions on it?

22              A.    What do you call captions?

23              Q.    A caption is when someone is

24      speaking and the words are written out at the

25      bottom.  They're closed caption.  Do you know

99

1                           M. Srour

2        if that video recording has captions?

3            A.    If I'm not mistaken, it does not,

4        but my IT person was able to edit after.

5            Q.    Do you know why your IT person

6        added captions to the video after?

7            A.    I asked him to do that after.

8            Q.    And why did you ask him to do that?

9            A.    Because the video, it's not -- it's

10       not a hundred percent accurate.

11           Q.    You wanted to be able to better

12       understand what was being said?

13           A.    Correct, what was going on.  And

14       also a transcript over there, it's not a

15       hundred percent.

16           Q.    Did you get a transcript of this

17       recording?

18           A.    Yes.

19           Q.    Do you have a transcript in your

20       possession?

21           A.    Yes, I do.

22               MR. BERLOWITZ:  I would like to

23           call for the production of that

24           transcript.

25           A.    We're saying transcript, I have the

100

                              M. Srour

1

2      video, not the transcript.

3           Q.   Okay.

4           A.   I have the video.

5           Q.   Let me back up.  When I say

6      transcript, what I'm saying is, I'm asking if

7      you have a transcript.  What I'm asking is do

8      you have a written document --

9           A.   No.

10          Q.   -- that transcribes everything that

11     was said at this meeting?

12          A.   No, I do not.

13          Q.   I am on page 112 of the transcript

14     that I am displaying to you.  I would like to

15     draw your attention to what you are saying at

16     the bottom.

17          It reads, "Because I'm not seeing you as

18     an investor and I do not see myself as an

19     investor, we are actually working investors,

20     but we are technically -- we are married to

21     each other."

22          Do you recall saying something like this

23     at the meeting?

24          A.   Yes.

25          Q.   What did you mean by this

101

1                          M. Srour

2       statement?

3           A.   They were pushing -- they were

4       looking to control the board.  Now it depends

5       when this thing was mentioned, before or

6       after I find out that they're not investing

7       any money.

8           Q.   Can you just explain further.  I'm

9       not sure I follow.

10          A.   You see, as I mentioned before,

11      there were a few models that were shared by

12      Go Global.  ████████████████████████

13      ████████████████████████████████

14      █████████████  And if I'm not mistaken,

15      during our June 12 meeting, ███████████████

16      ███████████████████████

17          All of a sudden right now █████████

18      ████████████████████████  ████████

19      ████████████████████

20          Then I find out from Christian over

21      there ████████████████████████████

22      ████████████████████████████

23      ████████████████████████ and that was

24      BS.

25          Q.   When you just referred to someone

102

1                              M. Srour

2         named Christian, is that Christian Feuer from

3         Go Global?

4              A.    Correct.

5              Q.    You said you thought that was BS?

6              A.    BS, bullshit.

7              Q.    Why did you think that?

8              A.    Because I didn't like him from my

9         first meeting with them on the 12th.  There

10        was a lot of BS going on with him.

11             Q.    Can you tell me more about what you

12        thought was bullshit?

13             A.    I did not feel comfortable with the

14        guy.  The guy is a player.

15             Q.    So at that point when you came to

16        this conclusion that you thought Go Global

17        was full of bullshit, is that the point that

18        you decided not to work with them?

19             A.    We still -- I still wanted to meet

20        the head guy.  That was Jeff.  That he was

21        supposed to be in the 15th meeting.  If it

22        wasn't a 15th meeting, there would not be any

23        meeting.  So they dragging us to do on the

24        15th, a meeting, and they told us that he's

25        coming in from California.

103

                            M. Srour

1

2       On the day of the meeting, all of a

3   sudden we find out that he had other meetings

4   to attend so he's going to be on the Zoom

5   meeting there.

6       Q.   At what point did you decide that

7   you didn't want to partner with Go Global?

8       A.   When they are not coming in with

9   any money and they want to control the board

10  and they want to run their -- the total

11  operation with their own knowledge.

12      Q.   And when --

13      A.   They wanted -- again, they wanted

14  to bring me in because if I'm in, Por Group

15  will be coming in with 30, 40, $50 million

16  coming in.

17      Q.   When did you learn that?  This is

18  my question.

19      A.   When did I learn that?  During, if

20  I'm not mistaken, it was mentioned -- it was

21  mentioned by them when they were talking

22  among themselves.

23      Q.   You learned this watching the

24  recording on June 15, is that right?

25      A.   Correct.

104

M. Srour

1

2      Q.    Did you tell them that you knew

3  that now?

4      A.    No.

5      Q.    It's at that point on June 15 you

6  decided you didn't want to work with Go

7  Global?

8      A.    Again, the reason that --

9      Q.    I'm not asking the reason.  I'm

10  trying to understand when this happened.

11      A.    In the meeting.

12      Q.    During the meeting, thank you.

13  During the June 15 meeting, is that also the

14  time you thought you were going to make a

15  solo bid for the --

16      A.    Again, I was doing a solo bid

17  regardless of Go Global, with Go Global or

18  without Go Global.

19      Q.    Was it always your intention to do

20  a solo bid?

21      A.    Not necessarily.  Again, we are

22  looking for investors to come in with

23  money.  I know from the beginning that the

24  operation is too big.  It's a big operation

25  and if you want to succeed, you need money.

1                          M. Srour

2          So if you are able to have outsider

3      money, it's always welcome.  That's why we

4      had the meeting with them.

5          Q.   Was it always your intention to

6      make a bid regardless of whether Go Global

7      joined you?

8          A.   Correct.

9          Q.   Thank you.

10         A.   Again, we've been discussing the

11     whole buybuy BABY issue, you know, back from

12     '21, '22.

13         Q.   It was your intention back in 2021

14     to make a solo bid?

15         A.   Correct, not the solo bid, to

16     purchase the buybuy BABY.

17         Q.   Also in 2022?

18         A.   Between '21 and '21 we had

19     discussions with the Bed, Bath & Beyond

20     people, with the people, the CEO, from the

21     people inside the organization, to try to buy

22     the buybuy BABY when they were healthy, when

23     the operation was good.

24          And I'm repeating that again.  They were

25     not able to separate between the two

106

1                               M. Srour

2       companies therefore, this thing fell apart.

3               Q.    After you found out that Go Global

4       was not going to contribute money to the bid,

5       how did your opinion of Go Global change?

6               A.    They wanted to bring people in and

7       for them to want to run the show and make

8       money on the front end and the back end and

9       to run the show and to be the sole, what you

10      call it -- taking -- that this is their

11      operation and we are coming in as investors.

12              Q.    My question is --

13              A.    When I heard that, so there was no

14      reason for me to continue this whole meeting

15      there anymore.

16              Q.    Is that because you didn't want to

17      be a limited partner or silent investor?

18              A.    Not the point of a limited partner.

19      There is a lot that I'm able to offer.

20      That's why we were discussing the whole

21      thing.  Therefore for me to be limited, just

22      an investor, I don't need that.

23              Q.    Who else other than Michael

24      Tennyson, Scott Englander and Jacob Sod, who

25      else were you discussing a potential

107

1                          M. Srour

2      investment into buybuy BABY with?

3          A.   I discussed with many, many

4      investors.

5          Q.   Can you name who those investors

6      are?

7          A.   There were people from overseas.

8          Q.   Can you tell me their names?

9          A.   I know there was a guy by the name

10     of Danny El from Israel.  There was another

11     person by the name of Yosi from California.

12         There were many investors that, you

13     know, that we tried to put this thing

14     together with, to bring money in.

15         Q.   Is Yosi from California Joseph

16     Friedland?

17         A.   No.

18         Q.   It's a different Yosi?

19         A.   Yes.

20         Q.   And what's that person's name?

21         A.   His name is Yosi Zamir.  Z-A-M-I-R.

22         Q.   Did you send materials --

23         A.   Yes, I did.

24         Q.   Did you send the Go Global models?

25         A.   Again, you keep mentioning the Go

108

1                          M. Srour

2        Global.  That particular model, it's belonged

3        to the buybuy BABY that was at the Lazard

4        data room.  They took it and they put their

5        name on it and they start using it.

6            So it's not Go Global model.  Do not use

7        that it was their model.  This is the Bed,

8        Bath & Beyond model that was created over

9        there by them and by Aliz.

10           Q.   You might be referring to

11       Alixpartners?

12           A.   Alixpartners, yes.

13           Q.   Did you send a document titled Go

14       Global LRP --

15           A.   I don't recall that.

16           Q.   Do you know a gentleman, I will

17       mispronounce his name, Jacoba Azot?

18           A.   That's another investor.

19           Q.   How do you know this person?

20           A.   He is my landlord at the Somerset

21       building.

22           Q.   Did you send him Go Global -- the

23       Go Global LRP model?

24           A.   A model was sent out to him, but I

25       don't know which model was sent.

109

1                              M. Srour

2          Q.    Did you send a model to him?

3          A.    No.

4          Q.    You don't know if you sent the Go

5     Global model?

6          A.    I don't know.

7          Q.    Do you know who Charles Fern is?

8          A.    That's another investor.

9          Q.    And how do you know him?

10         A.    He is a real estate broker.

11         Q.    Did you send the Go Global model to

12    Charles Fern?

13         A.    I sent the model.  I don't recall

14    which model was sent out to him.

15         Q.    Did you speak to Charles Fern about

16    the documents you sent?

17         A.    Yes, we did have the discussions.

18         Q.    Same question for Mr. Azot, am I

19    saying that right?

20         A.    Correct.

21         Q.    Same question.

22         A.    Yes.

23         Q.    You spoke with him?

24         A.    Yes.

25         Q.    What did you speak about?

110

M. Srour

1

2      A.    The model is good.  This is an

3      opportunity over here to, what you call it,

4      to take, what you call it, to start with it

5      and to build it.

6          You have to understand something, when

7      I'm talking to those people over here, there

8      are people -- they know who I am.  They know

9      my business.  So because we working together

10     with my business, therefore they come in as

11     an investor into the deal.

12         Q.    You just said when you spoke to

13     Mr. Azot you said the model is good.  Is that

14     something you said to Mr. Azot?

15         A.    Yes.

16         Q.    What did he say in response?

17         A.    He say if you in it, if you believe

18     in it, I'll invest and that's what he did.

19         Q.    He invested?

20         A.    Yes.

21         Q.    He invested because he believed in

22     the model?

23         A.    He believed in Mark.

24         Q.    You vouched for the quality of the

25     model, right?

111

1                          M. Srour

2          A.   I vouched for the name, the buybuy

3     Baby, for the idea of taking the buybuy BABY

4     over here and creating something with it.

5          Q.   Why do you think the Go Global, LRP

6     model is a good model?

7          A.   I'm not saying that it wasn't a

8     good model.  I don't know which models were

9     shared with them.

10         Q.   I'm asking --

11         A.   We had modified it.  We went ahead

12    and modified it many, many times.  You keep

13    calling it the Go Global model.  This is not

14    their model.  They took this model from the

15    original, from the Lazard data room.

16         We had one of the meetings with Patty,

17    buybuy BABY, and we showed the model.  She

18    said yes, this is our model, we created this

19    model.

20         Q.   You said the model is good.  Do you

21    recall saying that?

22         A.   Yes.

23         Q.   Why do you think that?

24         A.   Because it was a good investment.

25         Q.   Why do you think it was a good

1                              M. Srour

2       investment?

3            A.   Because buybuy BABY has been around

4       for the last 30 years.  There is a lot of

5       mistakes that they did over the years

6       especially on the buying.  And for me to come

7       in and to convert 25, 30, 35 percent of the

8       buying into a direct import and an additional

9       35 to 40 percent of more, it is a good model.

10      That's what I'm calling a good model.

11           Q.   You reviewed the model?

12           A.   You know not for anything, I really

13      did not care about the number that they were

14      showing in the model over there as much as I

15      trusted what I'm able to bring into the table

16      under the direct import.

17           Q.   Did you review the model?

18           A.   Did I look at it?

19           Q.   Yes.  Did you tell your investors

20      including Charles Fern, Mr. Azot, Scott

21      Englander that you reviewed the model?

22           A.   If I had forwarded them the model

23      so it's common sense that I reviewed the

24      model.

25           Q.   I am still displaying part of this

113

1                          M. Srour

2      transcript, rough transcript from June 15.

3          I want to direct you to a specific line,

4      according to this, Mark, you say, "If I have

5      to, I will.  If it cost you a million dollars

6      to do the legwork that you did right now,

7      I'll be happy to pay for half of that.  Of

8      course I'll pay it."  Do you see that

9      sentence?

10          A.   Yes, I do.

11          Q.   Do you recall saying something like

12      that at the meeting?

13          A.   Yes, I do.

14          Q.   What did you mean by this?

15          A.   ███████████████████████

16      ████████████████████████████

17      ██████████████████████████████

18      ██████████████████████████████

19      ████████████████████████████

20      █████████████████████████████

21      ██████████████████████████

22         ███████████████████████████

23      ███████████████████████████████

24   ███████████████████████████████

25      ███████████████████████████

114

1                        M. Srour

2    ████████████████████████████████

3    ██████████████████████████████████████

4    ████████████████████

5        Q.    Sorry, can you expand on that last

6    piece just a little.    ████████████████████

7    ██████████████████████████████████████

8    ████████

9        A.    Because they used the Lazard model.

10       Q.    You're willing to pay -- is this

11   reflecting that you're offering to --

12       A.    That particular --

13       Q.    Mark, Mark, please let me ask the

14   question and I will give you time to respond,

15   okay.

16            MR. BERLOWITZ:  Can you read back

17       just the unfinished question.

18            (Whereupon, the record was read as

19       requested.)

20       Q.    -- to pay Go Global for the work

21   that they have done?

22       A.    No.

23       Q.    Why not?

24       A.    This is -- this particular sentence

25   over here reflects where a conversation was

115

M. Srour

1
2    going on before where I was -- when I had
3    advised them that I am not an investor over
4    here.  I am a partner where I'm coming over
5    here to run the show.  If they are in over
6    here, so we are partners, 50/50 on the whole
7    thing.
8        Q.   You say here if it costs you a
9    million dollars to do the legwork --
10       A.   Exactly.
11       Q.   Mark.  Mark.
12       A.   Let me finish.  You're asking a
13   question.
14       Q.   I have not requested --
15       A.   Let me answer it.  Steve, don't
16   play with my head.
17       Q.   Mark, I am not playing with your
18   head.
19       A.   You are playing with my head.  I am
20   trying to break down why I said what I said
21   over there.
22            Listen to me then, you might rephrase
23   your question.
24            This particular sentence over here was
25   about that we are partnering together, 50/50

116

M. Srour

1   between us.  And whatever it costs them to

2   come to this line over here, I will share the

3   costs over there with them.

4        Q.   Are you finished?

5        A.   Go ahead, sir.

6        Q.   You write, "If it costs you a

7   million dollars to do the legwork," do you

8   see that part?

9        A.   Yes.

10        Q.   What legwork had they done?

11        A.   Whatever money they spend to come

12   to this point.

13        Q.   When you say spend, spend money on

14   what?

15        A.   On people, whatever it cost them in

16   money.  I know they were working for a while

17   over there.

18        Q.   You knew that Go Global was

19   devoting resources to developing a bid, is

20   that right?

21        A.   Correct.

22        Q.   And you knew that Go Global had

23   spent money in developing a bid, is that

24   right?

117

1                          M. Srour

2          A.   Go ahead.

3          Q.   Is that right?

4          A.   Go ahead.

5          Q.   Yes or no?

6          A.   Yes.

7          Q.   You offered to pay them for that

8     work, is that right?

9          A.   That's on the condition that we are

10    partnering into the whole -- into the whole

11    model under a 50/50.  Do you understand that?

12    That the two percent that they're looking to

13    charge the other investors, I told them I

14    don't care if you increase it to four percent

15    or six percent over there, that whatever

16    you're making, I'm making.

17         Q.   Do you know what legwork Go Global

18    did --

19         A.   Whatever work they did.  If they

20    hire people --

21         Q.   Mark.  Mark.

22              MR. SKOFF:  Let him finish the

23         question, Mark.

24              MR. BERLOWITZ:  Thank you.

25         Appreciate that.

118

                                    M. Srour

1

2        Q.   Mark, do you know what legwork Go

3    Global had done up to this point?

4        A.   No, I do not.

5        Q.   You mentioned someone named Patty a

6    little while ago.  Do you recall that?

7        A.   Yes.

8        Q.   Who is Patty?

9        A.   Patty was the CEO of the buybuy

10   BABY at that time.

11       Q.   And you had conversations with

12   Patty?

13       A.   Yes, I did.

14       Q.   Did you have a meeting with Patty

15   about --

16       A.   I did, yes.

17       Q.   What did you discuss at that

18   meeting?

19       A.   We discussed the going forward with

20   the, what you call it, with the auction.

21       Q.   Did you discuss the model that Go

22   Global developed?

23       A.   It's not Go Global's model.  Stop

24   mentioning that.  She laughed at me when we

25   showed her the model.  They told us this is

119

1                              M. Srour

2       our model.  Stop saying Go Global model.

3              Q.   When was your meeting with Patty?

4              A.   Prior to our meetings, I believe.

5              Q.   Sorry, I didn't catch that.

6              A.   Prior to our meetings with Go

7       Global.  Perhaps before or after.  I am not

8       sure which.

9              Q.   I'm a little confused.  Is it your

10      testimony that you don't know?

11             A.   I don't know.  Could be before the

12      Go Global meetings or after the Go Global

13      meetings.  I'm not sure when was exactly.

14             Q.   Mark, I'm sharing a document with

15      you.  It is an email from you to Steve

16      Goodman on June 19.  It bears Bates number

17      DOM 11080.  Do you see this document?

18                  (Whereupon, at this time, an

19                  exhibit was displayed via Zoom.)

20                  (Whereupon, at this time, a

21                  document was marked as Plaintiff's

22                  Exhibit 14, as of this date.)

23             A.   Yes.

24             Q.   Do you recognize this document?

25             A.   I don't -- I do not recall who is

120

1                          M. Srour

2       Steve Goodman over there.  I think he was an

3       investor or something like that that we

4       needed to share information with them.  And

5       we were told that we -- any information that

6       we sharing with, it needs to have a DNA on

7       there.

8            Q.   He wrote this email, correct?

9            A.   Correct.  It's not NDA.  I see DNA.

10           Q.   You wrote DNA.  Did you mean NDA?

11           A.   I believe so, yes.

12           Q.   And NDA stands for nondisclosure

13      agreement?

14           A.   Yes.

15           Q.   NDA is an acronym that stands for

16      nondisclosure agreement?

17           A.   Correct.

18           Q.   You write here, "Don't worry about

19      the NDA," is that right?

20           A.   Yes.

21           Q.   Do you not worry about NDA's?

22                MR. SKOFF:  Objection to form, but

23           you can answer.

24           A.   What is your question?

25           Q.   Do you worry about NDA's?

121

1                          M. Srour

2              MR. SKOFF:  Same objection, but you

3         can answer Mark.

4         A.    Yeah, of course, I worry about an

5    NDA.

6         Q.    What do you mean by that?

7         A.    What I mean by that?  That if you

8    are sending information that needs to have an

9    NDA signed.

10        Q.    No, when I said what do you mean by

11   that, I was referring to your statement that

12   you said, of course, I worry about NDA's and

13   I'm asking you to expand on that.

14        A.    They wanted -- if I'm not mistaken,

15   to send them the information, Avish came to

16   me and told me that we need an NDA from him

17   and I told him don't worry, just send it.

18        Q.    Why did you say that?

19        A.    Because this guy was an investor

20   and again, we need -- I need investors coming

21   in.

22        Q.    Do you know what documents you sent

23   to Steve Goodman?

24        A.    The Lazard model.

25        Q.    And any other documents?

122

M. Srour

1

2    A.   I'm not sure.

3    Q.   Did you send the documents that

4    Dream On Me downloaded from the Go Global

5    data room?

6    A.   Whatever was downloaded from Lazard

7    was sent out.

8    Q.   What about from the Go Global data

9    room?

10   A.   I don't have no idea what it was.

11   Q.   So you don't know what was sent?

12   A.   As far as I'm concerned, I'm going

13   to repeat it again, whatever information was

14   at the Go Global data room, they took it from

15   Lazard and they just put their name on it and

16   that's what -- that was their model.

17   Q.   Avish writes below, "Hi Steven.

18   Attached is a high level BBB presentation

19   about the opportunity.  Again, this is

20   confidential information and we'll need the

21   receiving party to sign NDA with Lazard."  Do

22   you see that sentence?

23   A.   Go ahead.

24   Q.   Do you see that sentence?

25   A.   Yes, I do.

123

1                        M. Srour

2          Q.   Thank you.

3          In light of that sentence, why are you

4     telling -- why are you writing not to worry

5     about the NDA?

6          A.   I didn't want to complicate it for

7     him to wait to sign the NDA.  I just wanted

8     to send him the information.

9          Q.   Do you or Dream On Me sign a lot of

10    NDA's?

11         A.   Whenever we need to, we do.

12         Q.   Does that happen to be a lot?  Can

13    you estimate?

14         A.   I cannot recall that.

15         Q.   Do you recall the last NDA you

16    signed?

17         A.   I cannot recall the last one.  I

18    think the one that we did with the buybuy

19    BABY.

20         Q.   Do you think NDA's are binding?

21         A.   They should.

22         Q.   They're contracts, right?

23         A.   If a lawyer read it and advised you

24    on it, it will bind.

25         Q.   Is it your testimony that a

124

M. Srour

1    contract is not valid unless a lawyer reads

2    it and advises you on it first?

3

4         MR. SKOFF:  Objection.  It calls

5         for a legal conclusion, but Mark, you

6         can answer.

7         A.   You do need a lawyer to advise you

8    on it.

9         Q.   If a lawyer doesn't advise you on

10   the NDA, does mean that the NDA is invalid?

11        MR. SKOFF:  Same objection.  Legal

12        conclusion, but Mark, you can answer.

13        A.   I'm refusing to answer that

14   question.

15        Q.   Why?

16        A.   Because I don't want to answer it.

17        Q.   I'm going to direct you to answer

18   the question unless Judah --

19        MR. SKOFF:  Mark, you can answer

20        the question.  If you don't know, you

21        don't know.

22        A.   I don't know.

23        Q.   I'm sharing with you, Mark, another

24   email.  This email is from Patty Wu to

25   Brendan Shay and Avish.  It is dated June 19

125

1                            M. Srour

2        and it bears Bates number DOM 10877.

3                    (Whereupon, at this time, a

4            document was marked as Plaintiff's

5            Exhibit 15, as of this date.)

6            Q.    Do you see this email in front of

7        you?

8            A.    Go ahead.

9            Q.    I realize you're not on this email,

10       but the email is from Patty to Avish and

11       Brendan says, "Hi Brendan.  DOM will be

12       starting the due diligence project."  Do you

13       see that?

14           A.    Go ahead.

15           Q.    Do you see that?

16           A.    Yes, I do.

17           Q.    At this point on June 19, had DOM

18       done due diligence in relation to the buybuy

19       BABY auction?

20           A.    We've been doing due diligence

21       since we knew that they were -- that they

22       went under.  That was back in April or March

23       of '23.

24           Q.    What due diligence did Dream On Me

25       do?

126

                              M. Srour

1

2          A.    You have to ask Avish that

3    question.

4          Q.    You don't know the answer?

5          A.    No.

6          Q.    Other than Avish, would anyone else

7    know the answer to that question?

8          A.    No, basically Avish.

9          Q.    Just Avish, okay.  Are you aware

10   whether any due diligence had been done prior

11   to June 19 by Dream On Me?

12         A.    I know that we spent lots of time

13   working on the whole project.

14         Q.    Who was working on the project?

15         A.    Avish, Milan.

16         Q.    Anyone else?

17         A.    No.

18         Q.    So Avish and Milan would know about

19   the due diligence?

20         A.    Yes.

21         Q.    What work was Avish doing on the

22   due diligence project?

23         A.    You need to ask him that.

24         Q.    What work was Milan doing on the

25   due diligence project?

127

M. Srour

1

2       A.   You need to ask him that.  I know

3    that Milan was involved with Lazard.  He knew

4    some people over there.  He was getting

5    information from them besides whatever was

6    already shared on the data room.

7       Q.   The date of this email is June 19,

8    correct?

9       A.   That's what it's showing.

10       Q.   This email was sent after you had

11    your June 15 meeting with Go Global, is that

12    right?

13       A.   That's what it's saying there.

14       Q.   And it was after your June 12

15    meeting with Go Global?

16       A.   That's what it's saying on the

17    email.

18       Q.   And this email was sent after Dream

19    On Me had downloaded Go Global's -- the

20    documents contained in Go Global's data room,

21    is that right?

22       A.   That's what it's saying there.

23       Q.   Okay.

24            MR. BERLOWITZ:  I'm sharing another

25       email.

128

1                          M. Srour

2                    (Whereupon, at this time, a

3               document was marked as Plaintiff's

4               Exhibit 16, as of this date.)

5                    (Whereupon, at this time, an

6               exhibit was displayed via Zoom.)

7               Q.   This email is from Avish to Mark.

8          It is dated June 23, 2023.  It bears Bates

9          number DOM 11644.

10              Mark, do you see the email I placed in

11         front of you?

12              A.   All right.  Go ahead.

13              Q.   Avish writes to you, "They should

14         not use Go Global data.  Scrap that."  Do you

15         see that?

16              A.   Go ahead.

17              Q.   Do you see that?

18              A.   Yes.

19              Q.   Do you know why he's telling you

20         this?

21              A.   No, I don't.

22              Q.   Do you know why he is saying scrap

23         that?

24              A.   I don't.

25              Q.   Do you know if you had, by this

129

                              M. Srour

1

2       time, shared Go Global data with anybody?

3            A.   What was shared was in the Lazard

4       data room.

5            Q.   Did you share the documents that

6       Dream On Me downloaded from the Go Global

7       data room as well?

8            A.   I don't know what was shared.

9            Q.   I'm saying in general.

10           A.   I don't know.

11           Q.   Have you shared those documents?

12           A.   You have to ask those questions to

13      Avish.

14           Q.   Will you agree with me that you

15      previously testified that you sent the Go

16      Global model to Scott Englander, is that

17      right?

18           A.   Correct.

19           Q.   And you sent it to Yussy Friedland?

20           A.   To everybody.

21           Q.   To everybody.  You sent it to

22      everybody?

23           A.   Again, yes -- that model, as far as

24      I know, came from Lazard that was shared by

25      the buybuy BABY originally and by

130

1                          M. Srour

2       Alixpartners.

3              Q.    Did you speak to Avish about this

4       email after he wrote it?

5              A.    No.

6              Q.    You didn't ask him about why they

7       shouldn't use Go Global data?

8              A.    No.

9              Q.    You didn't ask him about what he

10      means when he writes after that, when he

11      writes scrap that?

12             A.    No, I didn't.

13             Q.    Did you approach Yussy or Scott

14      Englander about the Go Global data you sent

15      them after Avish sent you this email?

16             A.    Again?

17             Q.    Sorry?

18             A.    Can you ask it again.

19             Q.    Sure.  Did you approach Yussy

20      and/or Scott Englander after Avish wrote you

21      this email about scrapping the Go Global

22      data?

23             A.    I do not recall that.

24             Q.    Did you try to tell Yussy or Scott

25      Englander not to use the Go Global data?

131

M. Srour

1

2      A.   What do you mean not use?

3      Q.   Well, you sent them the Go Global

4   data, correct?

5      A.   Go ahead.

6      Q.   I'm asking now, after you sent that

7   information to them and after you received

8   this email from Avish, did you reach out to

9   Yussy or Scott Englander and tell them not to

10  use the Go Global data?

11     A.   I do not recall that, doing so, but

12  I know they were many models that went back

13  and forth.  Which model you are referring to

14  over here, I really don't remember.

15     Q.   I'm more interested in whether you

16  spoke to them and said something to the

17  effect of don't use Go Global's data, did you

18  say anything to that effect to Scott and

19  Yussy?

20     A.   I do not recall that.

21         MR. BERLOWITZ:  We're at 12:52.  I

22     think this is good stopping point for

23     lunch.  I'm mean 45 minutes, an hour,

24     whatever you want.

25         MR. SKOFF:  Let's just go off the

132

                            M. Srour

1

2          record.

3                  (Whereupon, at this time, there was

4          a pause in the proceeding.)

5                  MR. SKOFF:  Let's come back at 1:45

6          and we'll finish up.

7                  MR. BERLOWITZ:  Sound good.

8                  (Whereupon, at this time, there was

9          a luncheon recess.)

10         A-F-T-E-R-N-O-O-N    S-E-S-S-I-O-N

11    CONTINUED EXAMINATION BY

12    STEVEN BERLOWITZ, ESQ.:

13         Q.   Mark, are you ready?

14         A.   Yes.

15         Q.   Mark, do you know what entity owns

16    the assets that were purchased at the buybuy

17    BABY bankruptcy auction?

18         A.   I think we bought it at that time

19    under Dream 545 Canal, something like that.

20         Q.   Are you familiar with a company

21    called BBBY Acquisition Co., LLC?

22         A.   Correct.

23         Q.   Is that the company that owns the

24    assets you purchased in the auction?

25         A.   I believe so.

133

1                          M. Srour

2          Q.   Does that company own BBB's

3     intellectual property assets?

4          A.   I don't know the way we structured

5     it at that time.  I'm not sure about that.

6          Q.   Do you know whether that entity

7     owns the buybuy BABY store leases?

8          A.   The leases, yes.

9          Q.   It does own the leases?

10         A.   The leases, yes.

11         Q.   What store leases were purchased?

12         A.   We purchased 11 leases at that

13    time.

14         Q.   Have you purchased anymore leases?

15         A.   No.

16         Q.   So you just own the 11 you

17    purchased at the time of the auction?

18         A.   Correct.

19         Q.   Are you in the process of

20    purchasing anymore store leases?

21         A.   Not at the moment.

22         Q.   Mark, I'm sharing a document with

23    you.

24              (Whereupon, at this time, an

25              exhibit was displayed via Zoom.)

134

M. Srour

1

2          (Whereupon, at this time, a

3          document was marked as Plaintiff's

4          Exhibit 17, as of this date.)

5          MR. BERLOWITZ:  This document, for

6          the purposes of the record, please note

7          this document is marked attorney's eyes

8          only.  It is bearing Bates stamp BBBY

9          005 on the first page.  And the title of

10         this document is Amended and Restated

11         Limited Liability Company Agreement of

12         BBBY Acquisition Co., LLC.

13         Q.   Do you see this document, Mark?

14         A.   I'm looking at it.

15         Q.   Mark, let me know when you're

16    ready.  Mark, do you see in the first

17    sentence also in the title of the agreement,

18    it says Amended and Restated Limited

19    Liability Co. agreement?

20         A.   What.

21         Q.   Do you know if there was an

22    original agreement that predated this one?

23         A.   No, I do not.  I do not recall.

24         Q.   If there was a document that

25    predated this one, would you have it in your

135

1                          M. Srour

2      possession?

3          A.   I should have it somewhere if there

4      was.

5          Q.   What do you understand BBBY

6      Acquisition Co., LLC to be?

7          A.   Yes, the company whose operating

8      the buybuy BABY.

9          Q.   Okay.  Are you involved in this

10     company?

11         A.   Yes.

12         Q.   What is your role?

13         A.   Well, the last three months or so,

14     I took control over the company.

15         Q.   Just the last three months?

16         A.   Yes.

17         Q.   What about prior, who was in

18     control then?

19         A.   I was watching what is happening

20     and things got bad.  That's when I got

21     involved.

22         Q.   So who was in control -- who was in

23     control then?

24         A.   The buybuy BABY team.  Could be

25     more than three months.  Could be four to

136

M. Srour

1        five months that me myself got involved.

2        Q.    You said that you noticed some bad

3    things.  What did you mean by that, what bad

4    things?  I don't mean things got bad, I want

5    to know what you mean by that?

6        A.    The way they were running

7    operations was extremely not the way we

8    wanted to run it.

9        Q.    Can you be specific about the way

10   in which the company was being run which you

11   thought was not correct?

12       A.    Merchandise that was purchased,

13   quantity that was purchased, dead items that

14   were purchased.  A lot of purchasing that was

15   extremely very -- they were not supposed to

16   be there, but they are there.

17       Q.    And any other reasons?

18       A.    That's the main thing.  Everything

19   have to do with the purchasing.

20       Q.    Before you took over, who was in

21   charge?

22       A.    On the stores, I had Glen who was

23   in charge.  Then I had the CEO Pete.

24       Q.    Who is Glen?

137

M. Srour

1

2          A.   Glen is an ex-employee of the
3     buybuy BABY.

4          Q.   What is Glen's full name?

5          A.   I don't know -- I don't recall his
6     last name.

7          Q.   And you also mentioned another
8     person.  I believe you said his name is Pete?

9          A.   Yes.

10         Q.   Is that right?

11         A.   Yes.

12         Q.   Do you know Pete's full name?  Are
13    you on your computer right now?  Are you
14    looking at something?

15         A.   Yes, I'm trying to get you the last
16    name.

17         Q.   Okay.

18         A.   Pete Daleiden.

19         Q.   Can you spell that?

20         A.   D-A-L-E-I-D-E-N.

21         Q.   Okay.  And what --

22         A.   You want Glen's last name.

23         Q.   Yes, please.

24         A.   C-A-R-Y.

25         Q.   Cary, okay.  And what were their

138

1                        M. Srour

2    roles at BBBY Acquisition Co.?

3         A.   Glen is in charge of the stores and

4    Pete was the CEO.

5         Q.   Is Glen still in charge of the

6    stores?

7         A.   Yes.

8         Q.   Is Pete still CEO?

9         A.   Yes.

10        Q.   What is your role at BBBY

11   Acquisition Company?

12        A.   I'm controlling right now all the

13   buying.  I implemented a lot of direct import

14   products into the system and I'm controlling

15   the finance.

16        Q.   You are in charge of purchasing the

17   inventory for the company, is that right?

18        A.   Not -- whatever we are bringing

19   under direct import, I'm in charge of it,

20   yes.

21        Q.   Who does BBBY Acquisition Company

22   import from?

23        A.   From factories in China.

24        Q.   Are those Dream On Me factories?

25        A.   Dream On Me factories -- Dream On

139

1                              M. Srour

2       Me vendors that we use in China.

3            Q.   Are those your -- the factories

4       that you testified about earlier in this

5       deposition?

6            A.   I do not recall what exactly I

7       said.

8            Q.   I believe you said that you have

9       factories in China and other places abroad.

10      Do you recall that?

11           A.   Correct, yes.

12           Q.   Are you importing from those

13      factories?

14           A.   Yes, I do.

15           Q.   To BBBY Acquisition Company?

16           A.   Yes.

17           Q.   Does Dream On Me make money when it

18      sells products or services to BBBY

19      Acquisition Company?

20           A.   Yes.

21           Q.   Do you know how much money?

22           A.   It depends.

23           Q.   What about last year?

24           A.   Whatever we are selling them

25      domestically we are averaging over there

140

M. Srour

1    between 30 to 35 percent margin.  Whatever we

2    are doing on the import side, it's

3    ten percent.

4         Q.   Do you know what the gross revenue

5    was from that?

6         A.   I don't have the numbers with me.

7         Q.   Are you able to approximate?

8         A.   In total sales, maybe somewhere

9    around five, $6 million so far.

10        Q.   And what year would that be for?

11        A.   That's from the beginning.

12        Q.   So from 2023 to date, the middle --

13   why don't you tell me.

14        A.   Well, we started the operations

15   back, I believe, in October/November of '23

16   up to date.

17        Q.   Okay.  Thank you.  That's helpful.

18   What are your responsibilities in your role

19   in regards to BBBY Acquisition Company?

20        A.   I just advised you of that before.

21   That I'm watching the buying and I'm doing --

22   and I'm watching the finance.

23        Q.   Are you compensated for the work

24   that you do?

141

1                              M. Srour

2          A.    Yes.

3          Q.    How are you compensated?

4          A.    I have a salary.

5          Q.    Do you know what your salary is?

6          A.    ███████████████████████████

7          Q.    Did you get paid ████████████████

8    this past year for your work?

9          A.    ████████████████████████████████

10   ████████████████████████████████████████████

11   ██████████████████████████████████████

12   ███████████████████████

13         Q.    ███████████████████████

14   ████████████████████████

15         A.    No.

16         Q.    One second.  Do you know what a DI

17   Fee?

18         A.    D-I-B?

19         Q.    DI Fee.

20         A.    I have to do something with the

21   bankruptcy, the DIV --

22         Q.    If I told you that DI stands for

23   direct import, would that make sense to you?

24         A.    What does the B stand for?

25         Q.    F-E-E, direct import fee.

142

1                            M. Srour

2          A.   First time I hear about it, DIF.

3          Q.   I'm saying D as in dog, I as in

4     Ingrid and then I'm saying a word, fee,

5     F-E-E.  F as in Frank, E as in Edward, E as

6     in Edward.

7          A.   No, first time I hear about it.

8          Q.   Do you know what a direct import

9     fee is?

10         A.   That's the first I hear about it,

11    Steve.

12         Q.   No, I'm just clarifying because I

13    was first using the acronym and I want to

14    make sure if I said the acronym fully whether

15    you knew.

16         Mark, I would like to direct your

17    attention to section 5.1.2.  Do you see that?

18         A.   Yes.

19         Q.   Could you read that for a second

20    and let me know when you're done.

21         A.   Okay.

22         Q.   I just want to clarify that it says

23    at the very beginning, ███████████████████

24    ██████████████████████████████████████████████

25    ██████████████████████████████████████████████

143

1                            M. Srour

2        ████████████████████████████

3          It goes on.  I want to confirm, is the

4     Srour indicated in this paragraph, does that

5     refer to you?

6          A.  If I'm not mistaken, I think also

7     my son Jack is included there with it.

8          Q.  Okay.

9          A.  So as long as we are there, yes,

10    correct.

11         Q.  And you mentioned before that you

12    received ████████████████████████████

13         A.  Yes.

14         Q.  Is that what this is talking about

15    here?

16         A.  Correct.

17         Q.  I would like you to read 5.1.4,

18    please, and let me know when you're done.

19              (Whereupon, at this time, there was

20         a pause in the proceeding.)

21         A.  Okay.

22         Q.  This paragraph mentions a DI fee,

23    is that correct?

24         A.  Correct, yes.  Now I -- now I

25    understand where you come up with the DI

144

1                          M. Srour

2      fee.

3          Q.   It's okay.

4          A.   It's the first really that I heard

5      about it.  I know that I signed those

6      documents over there.

7          Q.   It's okay.  I understand.  When I

8      was saying the words DI fee, it came out of

9      my mouth like marbles.

10         Do you receive a DI fee in your role

11     related to BBBY Acquisition Company?

12         A.   Now this thing was not implemented,

13     but in the future, yes, but just -- I want

14     you just to understand what those fees are

15     coming from.

16         Q.   Sure.

17         A.   Now, as was mentioned prior, if you

18     go back to the, what they call, the Go Global

19     model, ███████████████████████  Where I

20     mentioned before that there is ███████

21     ████████████████████████████████████████

22     █████████████  whatever is getting, ███████

23     █████████  ██████████████████████████████

24     ████████████████████████████████████

25     ███████████████████████████████



145

1                              M. Srour

2    ████████████████████████████████████

3    ████████████████████████████████████

4    █████████████████████████████████████

5    ███████████████████████████████████

6    ████████████████████████████████████████m

7    ██████████████████████████

8    ████████████████████████████████████

9        ██████████████████████████

10   ████████████████████████████████

11   █████████████████████████████████████

12   ███████████████████

13       What I did with my investors, I did not

14   do that. ██████████████████████████

15   █████████████████████████████████

16   ██████████████████

17       Usually when you organize, what you call

18   it, a venture like that, you always take

19   money upfront.  I did not. ███████████████

20   ████████████████████

21       Q.   Your DI fee in section 5.1.4 is

22   listed as ██████████████ of the purchase price

23   of all direct imports purchased by the

24   company, the company being BBBY Acquisition

25   Company, is that right?

146

1                           M. Srour

2          A.   Yes.

3          Q.   And they're importing products from

4    Dream On Me factories, is that right?

5          A.   What I'm saying Dream On Me

6    factories, that means they are Dream On Me

7    vendors that we use oversees.

8          Q.   You don't own them?

9          A.   Not my factories.

10         Q.   Those aren't your factories?

11         A.   They are not.  One of the factories

12   that we are buying from it is, I do have a

13   joint venture in it.

14         Q.   Which factory is that?

15         A.   That's a factory in China.

16         Q.   Do you know the name of it?

17         A.   BN something over there.

18         Q.   Do you know who owns that factory?

19         A.   I own 50 percent out of that

20   factory.

21         Q.   Who owns the other 50 percent?

22         A.   A Chinese partner of mine.

23         Q.   What is the Chinese partner's name?

24         A.   Don't ask me for the last name, but

25   the first name it's Tony.

147

M. Srour

1

2    Q.   Do you not know the last name?

3    A.   I have to dig in the papers just to

4  get you the last name.

5    Q.   Are there any other factories or

6  companies that are -- that BBBY Acquisition

7  Company takes direct imports from that you

8  own?

9    A.   No.

10    Q.   Just that one factory.  It's just

11  that one factory?

12    A.   Yes.  Yes, only.

13    Q.   Sorry.  Okay.

14    A.   Yes.

15    Q.   Do you know if there are any

16  limitations on your compensation?

17    A.   No, there is no limitation.

18    Q.   No limitation?

19    A.   There is a ███████ fee.

20    Q.   I would like you to read 5.1.5 and

21  let me know when you're done.

22    A.   5.1.5?

23    Q.   Yes.

24    (Whereupon, at this time, there was

25  a pause in the proceeding.)

148

1                          M. Srour

2          Q.    Have you read it, 5.1.5, Mark?

3          A.    I'm reading it.

4          Q.    Sorry.

5                (Whereupon, at this time, there was

6          a pause in the proceeding.)

7          A.    It's the first time I see it.

8          Q.    So this says, ██████████████████

9    ████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████████

12   ████████████████████████████████████████████

13   ████████████████████████████████████    Do you

14   see that?

15         A.    Yes.

16         Q.    Do you see that?

17         A.    Yes, I do.

18         Q.    How many stores were you interested

19   in buying when you made a bid for store

20   leases?

21         A.    Originally we were looking to go in

22   for somewhere between 50 to 70 stores.

23         Q.    You said originally.  When were you

24   originally thinking about going for 50 to 70

25   stores?

149

1                              M. Srour

2          A.    Before getting into the auction.

3          Q.    I'm asking you tell me around what

4      time you were thinking that?

5          A.    Originally we wanted all the

6      stores, whatever was there, 150, 120 stores,

7      that were still left.  We were looking to

8      acquire as much as we could.  It's all based

9      on how much money are we raising.

10         Q.    Why do you want more stores?

11         A.    Because to open a new store will

12     cost you somewhere between two to $3 million.

13         Q.    Does the number of store leases you

14     purchase, would that have an impact with your

15     compensation with BBBY Acquisition Company?

16         A.    No.

17         Q.    I believe the copy we have is

18     unsigned.  This is a schedule.  I'm trying to

19     find the signature page.  Do you have happen

20     to have a signed copy of this document?

21         A.    Yes, I have it somewhere.

22              MR. BERLOWITZ:  We would like to

23         call for the production of that

24         document.

25         Q.    Do you know if there are other

150

1                              M. Srour

2       versions of this document?

3            A.   I know that every investor signed

4       it.

5            Q.   Okay.

6                 MR. BERLOWITZ:  I'm calling for the

7                 production of an executed copy of this

8                 document as well as all versions of this

9                 document.

10                MR. SKOFF:  Just after the

11                deposition let's followup in writing.

12                MR. BERLOWITZ:  That's fine.  I'm

13                just trying to get it on the record.

14                MR. SKOFF:  I understand.

15           A.   Can you go back to the header of

16      that?

17           Q.   Sure, the first page?

18           A.   Yes.

19                (Whereupon, at this time, the

20                attorney scrolled through the exhibit as

21                requested.)

22           A.   Is this an operating agreement?  Is

23      that what it is stamped for?

24           Q.   It says it's the Amended and

25      Restated Limited Liability Company Agreement.

151

1                              M. Srour

2          I'm asking you.  I don't know.

3              Let me go back to that provision real

4          quick.  Do you know if there's a separate

5          operating agreement that's independent of

6          this agreement that we're looking at right

7          now?

8              A.    There are agreements around.

9              Q.    What agreements are those?

10             A.    There is an operating agreement

11         that was signed with the investors.

12                 MR. BERLOWITZ:  I'll also call for

13             the production of that document.

14             Q.    Going back to 5.1.5.

15             A.    Hold on one second, 5.1.5?

16             Q.    It's at the top of the page.  Do

17         you see it?

18             A.    Okay.

19                 (Whereupon, at this time, there was

20             a pause in the proceeding.)

21             Q.    It's the provision we looked at a

22         couple of minutes ago.  Do you see it?

23             A.    Yes.  Yes.

24             Q.    Do you know why compensation is

25         times the the acquisition of purchases of

152

1                              M. Srour

2       store leases?

3              A.   I don't.

4              Q.   Do you know who would know that?

5       Did you hear my question?

6              A.   I'm trying to thing how to answer

7       you.

8              Q.   Okay.

9                   (Whereupon, at this time, there was

10              a pause in the proceeding.)

11              A.   It seems to me that the idea over

12       here was to open up more and more stores.

13       That's why this thing is there.

14              Q.   Why would you want to do that?

15              A.   Because we want to expand on the

16       operation.

17              Q.   Do you know who the members of BBBY

18       Acquisition Company are?

19              A.   Sorry?

20              Q.   Do you know who the members of BBBY

21       Acquisition Company are?

22              A.   Yes, you have the three investors

23       and me.

24              Q.   Who are those three investors?

25              A.   Joseph Friedland, Charles Fern and

153

1                          M. Srour

2        Jack Azot.

3            Q.   I'm looking now at schedule A.  Do

4        you see that?

5            A.   Go ahead.

6            Q.   I see Joseph Friedland.  Do you see

7        his name?

8            A.   Yes.

9            Q.   I see Charles Fern.  Do you see his

10       name?

11           A.   Yes.

12           Q.   I don't see Jack Azot.  Is he

13       represented somewhere else?

14           A.   No, he's -- he put it under the

15       Mazer Partnership, LLC.

16           Q.   Mazer partnership is Jack Azot?

17           A.   Yes.

18           Q.   Do you know what BBBY MS Investor,

19       LLC is?

20           A.   That's me.

21           Q.   Do you know whether BBBY

22       Acquisition Company files taxes?

23           A.   As far as I know, they do.

24           Q.   Have they filed taxes in 2023?

25           A.   I believe so.

154

1                          M. Srour

2              MR. BERLOWITZ:  I will call for the

3         production of those documents.

4         Q.    Does BBBY Acquisition Company have

5    financial documents prepared regularly?

6         A.    Yes.

7         Q.    Do you know what kind of documents?

8         A.    The P&L.

9              MR. BERLOWITZ:  I will call for the

10        production of the P&L as well.

11        Q.    Any other documents?

12        A.    That's basically what it is.

13        Q.    Okay.

14        A.    I'm going to make it easier for

15    you.

16             MR. SKOFF:  Just leave it.

17        A.    In '23 we showed a ███████

18    ████████████████████████████████████

19    ██████████████████████████████████████

20    ████████████████████████████

21        Q.    Did you say that's how much you

22    lost?

23        A.    Yes.

24        Q.    Okay.

25        A.    Correct.

155

M. Srour

1

2      Q.   I'll take this down and let's

3   switch topics.  We discussed Jack Srour,

4   correct.  Do you know who that is?

5      A.   Yes, my son.

6      Q.   That's your son?

7      A.   Yes.

8      Q.   Does Jack work for Dream On Me?

9      A.   Used to.

10      Q.   What does he do now?

11      A.   Right now he's in the Yeshiva.

12      Q.   He's not employed right now, he's

13   in school?

14      A.   Yes.

15      Q.   How old is Jack?

16      A.   33.

17      Q.   Was Jack employed by Dream On Me in

18   2023 when Dream On Me was looking to make a

19   bid for buybuy BABY'S Bankruptcy auction?

20      A.   Yes.

21      Q.   What did Jack do for Dream On Me at

22   that time?

23      A.   Jack was involved in my real estate

24   business.  That was his main business.

25      Q.   Did he do anything else?

156

M. Srour

1

2     A.   And we did use him in -- we tried
3    to teach him the operation -- tried to teach
4    him the Dream On Me business at the same
5    time.

6     Q.   Did Jack work on the team that was
7    looking to make a bid in the BBBY bankruptcy
8    auction for Dream On Me?

9     A.   If I'm not mistaken, if I'm not
10   mistaken, I think he was with me at the
11   auction.

12    Q.   So did he work with you and others
13   at Dream On Me with regard to the bid?

14    A.   I'm not sure about that.

15    Q.   Do you know if Jack attended the
16   meeting on June 15?

17    A.   Yes, he was there and also on the
18   12th.

19    Q.   So is it safe to say he was working
20   with you and other Dream On Me members on
21   this bid?

22    A.   Yes.

23    Q.   Do you know what Jack's view on Go
24   Global was before the June 12 meeting?

25    A.   I believe that he met them for the

157

                          M. Srour
1
2    first time on June 12 and he told me stay
3    away from them.
4          Q.   He said to you to stay away from Go
5    Global?
6          A.   Yes.
7          Q.   What did you say in response to
8    that?
9          A.   I kept it in my back brain.
10          Q.   Did you say anything to him when he
11    said that to you?
12          A.   No, I did not discuss -- I don't
13    think I went into deep discussion with it
14    because I felt the same thing also.
15          Q.   So you didn't ask him why he felt
16    that way?
17          A.   No, I believe I did and he told me
18    he doesn't like -- he doesn't like -- he
19    didn't like the people first.  He knew that
20    that they were slick and they were up to
21    something.
22          Q.   That's what he said to you?
23          A.   Yes.
24          Q.   And he said that following the
25    June 12 meeting?

158

1                          M. Srour

2          A.   As soon as we left the June 12

3     meeting, he was mentioning it.  Exactly,

4     because as we left, I think we hang out for a

5     few minutes outside.  Avish was with us also

6     there and also Avish did not like them.

7          Q.   Did anyone else tell you from Dream

8     On Me that they didn't like Go Global?

9          A.   I know about Avish and Jack besides

10    myself.

11         Q.   So is it your testimony that Avish

12    told you that Avish did not like Dream On Me?

13         A.   He knew that something was funny.

14         Q.   He thought something was funny?

15         A.   He did not feel comfortable with

16    them.

17         Q.   Did he say anything else to you

18    about Go Global?

19         A.   I think that's enough.

20         Q.   They said this to you on June 12 or

21    after the June 12 meeting?

22         A.   Correct.

23         Q.   But then you had a meeting between

24    Dream On Me and Go Global at Dream On Me's

25    offices on June 15, is that right?

159

1                           M. Srour

2           A.    Yes.

3           Q.    Why did you have that meeting in

4      light of what Jack and Avish told you?

5           A.    Because I wanted to talk to the

6      main guy.

7           Q.    That makes sense.

8           A.    He was mentioned before.

9           Q.    Do you recall Jack telling you that

10     Dream On Me does not have the logistics set

11     up to handle the execution of BBBY assets?

12          A.    The logistics?

13          Q.    Logistics set up.

14          A.    It's possible.

15          Q.    After you won the bid for the

16     intellectual property assets and you won the

17     bid for the store leases, how did you extract

18     the technology from Bed Bath & Beyond?

19          A.    Zero.

20          Q.    What do you mean by that?

21          A.    For us to run the technology that

22     was there, if I'm not mistaken, based on the

23     cost, will be somewhere around $12 million a

24     year.  They had all -- they had over there

25     old leases that we didn't use, Oracle,

160

1                           M. Srour

2        Microsoft, so we had -- we had a meeting over

3        here that he is an expert, Amit in the IT, we

4        did it ourself and we pay much, much less

5        than that.

6              Q.    So you used Amit?

7              A.    He was the head of the IT.

8              Q.    Did Dream On Me have a deal making

9        and funding team in relation to the bid they

10       were making for BBBY's assets?

11             A.    Sorry, again?

12             Q.    Did Dream On Me have a dealmaking

13       and funding team in relation to its bid for

14       BBBY assets?

15             A.    What do you mean by a team?

16             Q.    Did you have anyone at Dream On Me

17       whose focus was dealmaking and funding?

18             A.    I was the one who was funding it.

19             Q.    Did you have anyone whose expertise

20       was dealmaking and funding?

21             A.    No.

22             Q.    Did you have anyone at Dream On Me

23       whose expertise was legal?

24             A.    We had the lawyer that was

25       representing us on the legal aspects of it.

161

M. Srour

1

2          Q.    Did you have anyone at Dream On Me

3     whose expertise concerned leases for retail

4     stores?

5          A.    Can you ask that question again.

6          Q.    Sure.  Did you have anyone at Dream

7     On Me whose expertise involved leases for

8     retail stores?

9          A.    What are you trying to ask by that?

10         Q.    Are you asking for a clarification?

11         A.    Yes.  Clarification, yes.

12         Q.    Did anyone at Dream On Me have

13    expertise in store leases?

14         A.    I need to say no.

15         Q.    Did Dream On Me --

16         A.    But, but, we had spoken at that

17    time to that guy who was running the show of

18    the stores at the bankruptcy prior to the

19    auction.  And my main concern was to know

20    what is the rent, what is the market value,

21    and I knew that I was getting stores below

22    market value per square foot.

23         The leases that was purchased were old

24    leases so you cannot compare it to today's

25    market value to what those leases were

162

1                              M. Srour

2        originated for and they were long leases.

3            Q.   The person who was helping you with

4        this was not employed by Dream On Me, is that

5        right?

6            A.   No, he was not.  He was an

7        outsider.

8            Q.   Does Dream On Me have a financial

9        team?

10           A.   I'm the financial team.

11           Q.   Just you?

12           A.   Yes.

13           Q.   In terms of or with regard to Dream

14       On Me's bid for the BBBY assets, you were the

15       financial expert?

16           A.   Yes, correct.

17           Q.   Does Dream On Me have an HR team?

18           A.   A what?

19           Q.   Human Resources team.

20           A.   I believe we do.

21           Q.   I believe you testified that Amit

22       is your technology IT expert, is that right?

23           A.   Correct.

24           Q.   And he was the one on the Dream On

25       Me team who was looking at technology with

163

1                             M. Srour

2      regard to the BBBY bankruptcy?

3            A.    Correct.

4            Q.    Who at Dream On Me would have been

5      involved with logistics or supply chain in

6      relation to Dream On Me for BBBY's assets?

7            A.    That question doesn't make sense.

8            Q.    Why?

9            A.    Because what does logistics have to

10     do with the bid?

11           Q.    You don't think there's an issue

12     with logistics with regard to BBBY's assets?

13           A.    Nothing to do with it.

14           Q.    You don't think there's an issue

15     with supply chain?

16           A.    Supply chain, again, we are -- we,

17     under Dream On Me, we ship through the whole

18     country so logistics, we know who to use and

19     we know how to bargain.

20           Q.    Before you placed the bid for

21     either the BBBY, the intellectual property

22     assets or store leases, did you tell Go

23     Global that you were going to bid without

24     them?

25           A.    I'm not -- I cannot recall that.

164

M. Srour

1    They knew that what was our intention from

2    the beginning, that we are bidding on the

3    buybuy BABY.

4    My understanding now that the NDA that

5    they made us sign, it's like preventing us to

6    go without them.  So they tricked us to sign

7    the NDA under rush over there to prevent us

8    going in by ourself, not just supplying --

9    Q.    You just said that Go Global made

10    you sign the NDA.  How did they make you sign

11    it?

12    A.    They rush Avish to sign the NDA

13    that day on the Saturday to be able to talk

14    to them.

15    Q.    Did you speak to Avish about the

16    events surrounding his execution of the NDA?

17    A.    He knows I'm upset at him.

18    Q.    Sorry, did you say you're upset

19    with him?

20    A.    Yes.

21    Q.    He knows that?

22    A.    And he knows that he did a mistake

23    by not showing it to a lawyer because a

24    lawyer immediately will rip it up and cross

165

1                            M. Srour

2       out half of what all the restrictions that's

3       on it.

4            Q.   No one made him sign it though,

5       right?

6            A.   Listen, we were all excited to be

7       in the bid of the buybuy BABY.  So if we --

8       if he did a mistake and signed it without

9       consulting a lawyer, he did a mistake and

10      he's admitting that he did a mistake.

11           Q.   Do you recall what the timeline was

12      to submit a bid?

13           A.   They were putting us under such a

14      big rush that every week they kept delaying

15      it and delaying it and delaying it trying to

16      get more investors to bid -- to bid on it at

17      the auction.

18           Q.   What you refer to they, you're not

19      talking about Go Global?

20           A.   Lazard, and also Go Global.

21           Q.   Go Global was putting pressure on

22      you?

23           A.   In the meeting on the 15th they

24      wanted us to sign to give them money on the

25      same day.  What a joke.

166

M. Srour

1

2      Q.   Would you agree that the amount

3      of -- would you agree that the timeline was

4      fairly expedited to make a bid here, it was a

5      short amount of time?

6      A.   Yes, we were all under pressure.

7      Q.   You were all under pressure.  Did

8      Dream On Me obtain consent from Go Global for

9      Dream On Me to bid without Go Global?

10     A.   Again, I don't know what happened

11     between them when they were talking on the

12     phone or what happened after, but I know that

13     Go Global knew that we are there collecting

14     information to go to the auction.

15     Q.   Did they know that you were going

16     to bid without them?

17     A.   If prior to June 10, yes because

18     they were recommended -- I know that Lazard

19     had introduced us, Go Global to us, and they

20     recommended that we get together and to

21     enjoin together to go into the auction.

22     Now what did Lazard had the benefit of?

23     I don't know.  I won't be surprised that

24     Lazard had some kind of a deal with Go Global

25     that they might get a kickback if they are

167

M. Srour

1          in, if they would win the bid.

2              Q.    What makes you say that you

3          wouldn't be surprised that Go Global would

4          get a kickback?

5              A.    Because they were pushing and

6          pushing and pushing for us to get together

7          and to do it together.

8              Q.    Do you have any --

9              A.    Even if I'm not mistaken, even at

10         the auction over there or at the day of the

11         auction, couple of days before the auction,

12         they were also still asking how come we're

13         not together with Go Global.

14             Q.    Do you have any other basis to

15         believe that Go Global was getting kickbacks?

16             A.    Lazard was pushing it.

17             Q.    Did anyone tell you that Go Global

18         was getting kickbacks?

19             A.    Again, it's a feeling.

20             Q.    Just a feeling?

21             A.    When somebody -- if you are the

22         auctioneer right now, and the more -- and the

23         more investors are there, technically the

24         price will only go up.  By you reducing it by

168

1                          M. Srour

2       one, the price will go down.

3            So there is a reason why they want us to

4       join because, I believe, that there was some

5       kind of a kickback that they will be getting.

6            Q.   I know I asked this, we got a

7       little sidetracked, did you obtain consent

8       from Go Global so that DOM could bid without

9       Go Global?

10           A.   We did not -- again, the NDA over

11      there we did not -- I don't even think Avish

12      read the NDA at that time because if he read

13      it he would not sign it.

14           Q.   Did he tell you that?

15           A.   I believe it was mentioned a few

16      weeks ago, he mentioned that to me.

17           Q.   He said that to you?

18           A.   Yes, I believe -- I think we find

19      out about it back in July when we first

20      received the demand for the $900,000 at that

21      time.

22           Q.   But I just want to clarify, you do

23      not have anything in writing from Go Global

24      that gives you permission to bid without

25      them?

169

1                          M. Srour

2          A.   We did not know that we are not

3     allowed to bid without them.

4          Q.   I'm asking you, do you have

5     anything in writing from them?

6          A.   We do not.

7          Q.   Did you speak to them and get oral

8     permission from them?

9          A.   We did not because we didn't know

10    that we're not allowed to bid there without

11    them.

12         Q.   I will share with you an email is

13    from Avish to Milan Gandhi and to you, Mark.

14    It is dated June 23.  The subject is BBBY

15    cash flow model.

16              (Whereupon, at this time, an

17              exhibit was displayed via Zoom.)

18              (Whereupon, at this time, a

19              document was marked as Plaintiff's

20              Exhibit 18, as of this date.)

21         Q.   I can let you read this if you want

22    and let me know when you're finished.  It is

23    a couple of pages so I will have to scroll

24    down and let me know when you're ready.

25              (Whereupon, at this time, there was

M. Srour

1

2          a pause in the proceeding.)

3          A.   Is that before the auction for the

4     stores or after?

5          Q.   This, I believe, is before, but I'm

6     not certain.  I will represent to you that I

7     believe this is before the auction for the

8     store leases.

9               (Whereupon, at this time, there was

10              a pause in the proceeding.)

11         A.   Can you scroll down, please.

12         Q.   Of course.

13              (Whereupon, at this time, the

14              attorney scrolled through the exhibit as

15              requested.)

16         A.   Okay.

17         Q.   This is the only portion of the

18    email I want to show you.  I will ask you

19    some questions about it now.

20         So this email was sent from Avish, is

21    that right?

22         A.   That's what it says.

23         Q.   And you received this email,

24    correct?

25         A.   Go ahead.

171

1                          M. Srour

2          Q.   Do you remember this email?

3          A.   No.

4          Q.   In the second sentence Avish writes

5     to you, "They are," they being Lazard, "are

6     indirectly telling us to do our own work."

7     Do you see that sentence?

8          A.   Second paragraph?

9          Q.   No.  I'll highlight it.  This

10    sentence.  Do you see that sentence?

11              (Indicating.)

12         A.   Go ahead.

13         Q.   At this point, had Dream On Me not

14    done its own internal due diligence work?

15         A.   Of course we did.

16         Q.   What work had you done?

17         A.   Whatever we needed to do.

18         Q.   What does that entail?

19         A.   I don't recall.  You have to ask

20    Avish.

21         Q.   Do you know why he's telling you

22    that Lazard is telling them that Dream On Me

23    doesn't do their own work?

24         A.   Because I know that on the deal

25    like that, you have to have many, many people

172

1                          M. Srour

2      that are working on it.  And we had only two

3      or three people working on this deal.

4           Q.   Who was working on the deal who

5      were?

6           A.   Avish, Amit and Milan.

7           Q.   This was a big deal, right?

8           A.   It is.

9           Q.   Should you have had more people

10     working on it?

11          A.   Let me get it first and then I'll

12     add the people that I need.

13          Q.   I'm saying, should you have people

14     working to prepare the due diligence in order

15     to get the assets in the first place?

16          A.   No.

17          Q.   You thought your team was

18     sufficient to accomplish the deal?

19          A.   No, I was depending on my direct

20     import expertise that that was going to make

21     us money in this deal.

22          Q.   You said I believe that you were

23     the financial expert on the team, is that

24     right?

25          A.   Go ahead.

173

1                           M. Srour

2          Q.   Is that right?

3          A.   I did not say an expert, but I was

4     the one who was doing the financials.

5          Q.   What work did you specifically do

6     with regard to due diligence on this bid?

7          A.   Very simple.  I have money to do

8     it, yes or no.

9          Q.   Is your role just to provide the

10    money for the bid?

11         A.   Yes.

12         Q.   You didn't provide any other

13    expertise?

14         A.   No.

15         Q.   No financial expertise?

16         A.   No.

17         Q.   The next sentence reads, "This also

18    shows our inability to do certain due

19    diligence internally."  Do you see that

20    sentence?

21         A.   Yes.

22         Q.   What difficulties was DOM having

23    with regard to due diligence?

24         A.   I have no idea.  You have to ask

25    someone else.

174

1                        M. Srour

2          Q.   You don't think Dream On Me was

3      having any difficulties?

4          A.   Listen, the timing, the pressure,

5      the -- it was difficult.  We were working

6      around the clock with this thing.

7          Q.   The next sentence reads, "Every

8      other bidder has done more extensive work."

9      Do you agree with that sentence?

10         A.   No.

11         Q.   Why not?

12         A.   Because I don't know what they did.

13         Q.   How much work had Dream On Me done

14     up to this point?  And just for context, this

15     email was sent on June 23.

16         A.   I don't know.  I cannot answer

17     that.  That's not my email.

18         Q.   Correct, but you are here in your

19     capacity representing Dream On Me so I'm

20     asking you if you know how much work Dream On

21     Me had done to this point and whether other

22     bidders had done more extensive work?

23         A.   I cannot answer for other bidders.

24     I know we did whatever we were able to do.

25         Q.   And what were you able to do?

175

M. Srour

1

2      A.   At that time, we already had the

3      IP?

4      Q.   I don't know.  What were able to do

5      at that point?

6      A.   We were gathering information from

7      the data room.  And based on that, we went

8      ahead and purchased the IP.

9      Q.   The next sentence in the following

10     paragraph reads, "We have to develop this

11     ourselves based on what has been already

12     shared."  Do you see that sentence?

13     A.   Yes.

14     Q.   What had already been shared?

15     A.   Don't know.

16     Q.   Had Go Global's model been shared

17     with you up to this point?

18     A.   This email is already showing the

19     June 19 over there, was it?  Obviously it was

20     shared, June 23.

21     Q.   So you had the Go Global model at

22     this point, correct?

23     A.   Obviously.  Again, it's not the Go

24     Global model.  That's what was produced by

25     the buybuy BABY and we had it from the Lazard

176

1                          M. Srour

2      data room.

3            Q.   Avish writes, "We have to develop

4      this ourselves."  Did you develop any due

5      diligence or any documents based on what had

6      already been shared with you?

7            A.   You'll have to ask him that.

8            Q.   You don't know the answer to that?

9            A.   I cannot answer you, no.

10           Q.   He writes, "Milan, can you help?

11     Can we even do this?"  Do you see that?

12           A.   Yes.  If I'm not mistaken, they

13     wanted to see a model from us.

14           Q.   I'm just asking if you see -- ?

15           A.   Well --

16           Q.   Mark.  Mark.

17           A.   He did not -- I cannot answer you.

18     Lazard wanted to make sure before us going

19     into the bid that we are able, we have the

20     financials to do so, do we have the capacity

21     over here to continue the process.  If

22     that's -- if this is what it's referring to

23     over there, I don't know.

24           Q.   Mark, I'm just asking do you see

25     the sentence that I've highlighted in the

177

M. Srour

1
2       document in front of you that says, "Milan
3       can you help, can we even do this," do you
4       see that sentence?
5               A.   Yes, I see it there.
6               Q.   Do you know why Avish is asking
7       these questions?
8               A.   Maybe Avish was overwhelmed by
9       then.
10              Q.   Do you know that Avish was
11      overwhelmed?
12              A.   I know he was working around the
13      clock.
14              Q.   He was working around the clock on
15      this deal?
16              A.   Yes.
17              Q.   Who else was working around the
18      clock on this deal?
19              A.   Milan.
20              Q.   Anybody else?
21              A.   And me.
22              Q.   Anybody else?
23              A.   That's it from our end.  You had
24      also Amit.
25              Q.   That's four.  Anybody else?

M. Srour

A. And I had also my lawyers, whatever they were working on getting information from the Lazard.

Q. Avish writes, "Can we even do this?" Do you agree that there was a question about whether you could accomplish this deal?

A. I don't know what he's even referring to so I cannot answer on his behalf.

Q. In the middle of the same paragraph Avish writes "Today they," they being Lazard, "challenged our due diligence and understanding of running this business by asking us if we really know what it will take to run the business, cash flow, positively and if our numbers were matching the ask." Do you see that sentence?

A. Would Lazard -- we were in talks with 6th Street. 6th Street was controlling the whole what happens at Lazard at that time because they were the main, what you call that, the main guy over there of the money that was owed to them. We were working at

179

1                           M. Srour

2      the same time with 6th Street to bring them

3      in as an investor into the deal.

4           We spoke -- I know that we spoke to

5      many -- we had many conversations with them.

6      And I won't be surprised if that information

7      was shared between 6th Street and Lazard.

8           So if you are putting the two together,

9      it makes sense what they are, what is the

10     asking over here.

11          Q.   The beginning of this sentence that

12     I'm referring to today, they, they being

13     Lazard, challenged our due diligence.  Do you

14     see that on the screen, Mark?

15          A.   Yes, I do.

16          Q.   Do you know why they were

17     challenging your due diligence?

18          A.   Again Steve, you asked me that four

19     times already.  You have to ask those

20     questions to Avish.  He wrote that email over

21     there.  He will be able to answer you.  I

22     can't answer on his behalf.

23          Q.   That's why I'm asking --

24          A.   I don't know.

25          Q.   -- whether you know.

1                          M. Srour

2          A.   You need to ask him those

3     questions.  I'm sure he will have an answer

4     for you on that.

5          Q.   Do you agree that at this time your

6     due diligence was deficient?

7          A.   No.

8          Q.   Why not?

9          A.   Because again, the whole process

10    over here of getting the buybuy BABY depended

11    on my direct importability.  By me getting

12    additional margin, it's going to make the

13    difference.

14         Q.   In the next paragraph, Avish

15    writes, "Lack of proper internal teams,

16    professionals to work on this project, we are

17    all shooting in the dark with no internal

18    capabilities to help."  Do you see that

19    sentence?

20         A.   Yes, I do.

21         Q.   Do you know why Avish is writing --

22         A.   You need to ask him.

23         Q.   Excuse me, please let me finish the

24    question.

25              Do you know why Avish is writing that

181

1                          M. Srour

2    there are a lack of proper internal teams and

3    professionals at Go Global to work on this

4    deal?

5         A.   Where are you getting Go Global in

6    the middle of this?

7         Q.   I may have misspoken.  Do you know

8    why Avish is writing that there is a lack of

9    proper internal teams and professionals at

10   Dream On Me who are working on this deal?

11        A.   I don't think he's referring to

12   Dream On Me over here.

13        Q.   Why do you say that?

14        A.   I don't know.  Again, you have

15   to --

16        Q.   You don't know why you just said

17   that?

18        A.   You need to ask him that question.

19   He will answer you.  I'm not here to -- I'm

20   not going to answer on his behalf.

21        Q.   I'm asking you to answer on his

22   behalf.

23        A.   I do not know, Steve.

24        Q.   He writes in the next part of that

25   sentence, "We are all shooting in the dark

182

                              M. Srour

1
2      with no internal capabilities to help."  Do

3      you see that part of the sentence?

4          A.   Go ahead.

5          Q.   Would you agree with me that when

6      he says we, he is referring to Dream On Me?

7          A.   I believe so.

8          Q.   And he is saying that you're

9      shooting in the dark with no internal

10     capabilities, is that right?

11         A.   That's what he's saying there.

12         Q.   Do you know whether he's saying

13     that?

14         A.   No, you would need to ask him.

15         Q.   Is it your opinion that Dream On Me

16     was shooting in the dark with no internal

17     capabilities to help?

18         A.   No.

19         Q.   Why do you say that?

20         A.   Because.

21         Q.   Because why?

22         A.   Because depends on the direct

23     import that would make up the difference.

24         Q.   You realize that -- do you realize

25     that Avish is referring to the due diligence

183

M. Srour

1

2    and the efforts that Dream On Me would need

3    to put in to win the bid?

4         A.    I don't know what he was referring

5    to.

6         Q.    Okay.  He next writes, "While we

7    were trying to do deals, there should have

8    been a team of ours with legal, financial and

9    technology capabilities working in the

10   background on due diligence and working with

11   their operating teams."  Do you see that

12   sentence?

13        A.    Yes.

14        Q.    Did Dream On Me up to this point

15   have a team, a legal team working on due

16   diligence?

17        A.    Yes, the legal team was working

18   with us.

19        Q.    Who was on that legal team?

20        A.    My lawyer at that time.

21        Q.    Who is your lawyer?

22        A.    Ian.

23        Q.    Ian, is that Ian Winters?

24        A.    Yes.

25        Q.    Anyone else?

184

M. Srour

1

2          A.   He had, I think, two or three

3     lawyers also at the same time there.

4     Stephanie, Brendan, Brad.  I forgot -- I know

5     Brendan and I know about Stephanie.

6          Q.   Did Dream On Me have a financial

7     team working on due diligence at this point?

8          A.   I was the financial team that was

9     working on it.

10         Q.   And what did you do in terms of due

11    diligence?

12         A.   If I had the money, I'll go ahead

13    and buy it.  If I do not have the money, I

14    would stay away from it.

15         Q.   You were just providing the

16    funding?

17         A.   Yes.

18         Q.   You provided no other input as far

19    as due diligence?

20              MR. SKOFF:  I object.  I think this

21         question has been asked ten times

22         already.

23         A.   I don't understand what he's trying

24    to --

25              MR. SKOFF:  You can answer again.

185

M. Srour

1

2    Q.    Sorry, what is your answer?

3    A.    I forgot the question.

4        (Whereupon, at this time, the record was

5    read as requested.)

6    A.    Correct, yes.

7    Q.    I believe we discussed that

8    technology was Amit's sphere?

9    A.    Correct.

10    Q.    In the middle, the paragraph that

11    says we have one expert, Avish writes, "This

12    is a large investment."  Do you agree that

13    this was a large investment?

14    A.    Yes, it is.

15    Q.    In the next sentence he writes, "We

16    do not know much about other areas to

17    validate transition and validation of

18    information."  Do you see that sentence?

19    A.    Yes.

20    Q.    Do you agree with that sentence?

21    A.    No.  Because what we did, we hired

22    the buybuy BABY team and the transition was

23    very smooth.

24    Q.    At the time that Avish wrote this

25    email, had you hired the buybuy BABY team?

186

M. Srour

1

2      A.   If I'm not mistaken, the last day

3    of the buybuy Baby was July 31 and we hired

4    the team the day after.

5         We were not allowed to talk to the team

6    because any time that we spoke, I remember

7    with Patty she needed to report it to Lazard.

8      Q.   So you didn't speak with a team

9    about the transition?

10      A.   We knew that -- they knew that

11   we -- we knew that we were going to hire

12   them.

13      Q.   My question is, you didn't speak

14   with them until you hired them, correct?

15      A.   We were not allowed to talk to

16   them.

17      Q.   And when did you hire them, was it

18   August 1?

19      A.   I believe so.

20      Q.   Before you hired -- you hired them

21   after Avish wrote this email, correct?

22      A.   Yes.

23      Q.   That team, until August 1, was

24   unable to assist you, is that right?

25      A.   Correct.

187

1                          M. Srour

2          Q.    Did you have anyone else assist you

3     in this regard?

4          A.    Patty.  She was only one who was

5     assisting us.  Alixpartners.

6          Q.    The next sentence, the paragraph

7     that begins, "Like Go Global which had a team

8     of eight working on BBB, we should have, by

9     now, made a team of experts who would have

10    been looking at all aspects of this business

11    and have a plan of execution during

12    transition time."  Do you see that sentence?

13         A.    Yes.

14         Q.    He goes on to list dealmaking and

15    funding, legal and retail lease team,

16    financial team, HR team, operation's team,

17    store and corporate, technology and IT team,

18    and finally logistics, supply chain and

19    sourcing team.  Do you see that?

20         A.    Yes, I do.

21         Q.    At the time --

22         A.    We hired what all what he's asking

23    for over here as soon as we got the IP and we

24    got the stores, we hired those people.

25         Q.    So at the time that Avish wrote

188

M. Srour

1

2      this email, you had not -- you didn't have

3      experts, either internally at Dream On Me or

4      experts that you had hired to do this work,

5      is that right?

6           A.   We didn't -- I didn't feel that we

7      needed it.

8           Q.   You didn't have people working on

9      those items, is that right?

10          A.   I did not feel that we needed it

11     and when we had the IP in our hand, then we

12     will go and do whatever we needed to do.

13          Q.   In the next paragraph, the second

14     sentence, "Our partners need information and

15     we needed to build the terms and investment

16     models/deal sheet that we could have

17     presented including NDA's."  Do you see that

18     sentence?

19          A.   Yes.

20          Q.   At this point, had Dream On Me

21     built its own independent model?

22          A.   I believe we did.

23          Q.   What was that model called?

24          A.   I'm not sure.

25          Q.   Did you work on that model?

                           M. Srour

1

2          A.    My people worked on it.

3          Q.    Who were your people that worked on

4     it?

5          A.    We hired people at that time to

6     work on it.

7          Q.    Who were those people?

8          A.    A guy by the name Joseph, Joseph

9     Moskowitz I think.

10         Q.    Do you know when you hired Joseph

11    Moskowitz to work on this?

12         A.    Somewhere in July.

13         Q.    This email was sent on June 23.  At

14    this point, did Dream On Me have a model that

15    it independently developed?

16         A.    I believe we did.

17         Q.    And who developed that model?

18         A.    Again, whoever was working on it.

19         Q.    I'm asking if you know who that

20    person is?

21         A.    I don't.  I know that we hired --

22    we hired that guy Joseph at that time and --

23         Q.    The final sentence --

24         A.    You have to understand something,

25    we knew that we were getting the team.  So

190

M. Srour

1    that transition team that's going to get

2    hired is going to fulfill all what you are

3    asking over here.  And that's basically what

4    we did.

5         Logistics from technology, logistics

6    from whatever sourcing, that was the buybuy

7    BABY team.  I don't even remember how many

8    people we hired.  50, 60, 70 people.  I don't

9    even remember how many people we hired.

10        Q.   You hired those people?

11        A.   As soon as the shutdown.

12        Q.   Sometime in July, is that right?

13        A.   I know we were not allowed to talk

14   to them or to hire them prior to the shutting

15   down of the buybuy Baby.

16        Q.   I believe you testified that you

17   hired the BBBY team to help, is that right?

18        A.   Correct.

19        Q.   Why did you decide to hire them as

20   opposed to other individuals?

21        A.   Because they knew the operation.

22   They worked there.  They knew it inside out.

23   And it was the best team for us to do it at

24   that time.

191

1                          M. Srour

2           We picked and choose who from the people

3      that were there, who to hire and that's what

4      we did.

5           Q.   The final sentence of this

6      paragraph says, "We have been sharing

7      information across all and exposing ourselves

8      in the process."  Do you see that sentence?

9           A.   Can you highlight it?

10          Q.   Of course.

11               (Indicating.)

12          A.   Okay.  The question?

13          Q.   My question is, what information

14     were you sharing?

15          A.   You would need to ask him.

16          Q.   Do you know whether you were

17     sharing Go Global information at this time?

18          A.   I do not have no idea.

19          Q.   He also writes that Dream On Me was

20     exposing itself in the process.  Do you know

21     why he's writing that?

22          A.   No, I don't.

23          Q.   I apologize if you answered this

24     question, did you speak with Avish about this

25     email after you read it?

192

M. Srour

1    A.    I don't think I did.

2    Q.    Do you know why?

3    A.    We were working hand-to-hand

4    together.  Avish's office is exactly like

5    20 feet from my office.  So we were back and

6    forth, back and forth.  A lot of this thing,

7    we -- if that's the way he feels, if he

8    wanted to summarize the whole thing into one

9    email, that's what he did.  You would need to

10   ask him those questions.

11   Q.    Would you agree that Avish is

12   highlighting a number of concerns he has in

13   this email?

14   A.    Avish is the one who pushed me to

15   go for the -- for this adventure.

16   Q.    My question is, would you agree

17   that Avish is highlighting a number of

18   concerns he has in this email?

19   A.    It's possible.  I cannot get into

20   what -- into his mind at the time that he

21   wrote email.

22   Q.    No, but you can read what he wrote.

23   A.    Correct, but everything was there

24   when we got the IP and the stores.

193

M. Srour

1

2      Q.   Do you remember reading this email

3  when you received it?

4      A.   No, I do not.

5      Q.   Okay.

6      A.   I receive close to a thousand

7  emails everyday so a lot of emails I skip.

8      Q.   I know that game.

9      A.   That's beside the emails that go

10  into spam all the time.

11      Q.   I will go -- that was the email

12  that Avish wrote.  This is the email that

13  Brendan Shay wrote from Lazard.  I will let

14  you read this email and I believe it's

15  just -- it's pretty short, but it bleeds onto

16  a second page.  I think I can capture all of

17  it and please read it and let me know when

18  you're done.

19          (Whereupon, at this time, there was

20      a pause in the proceeding.)

21      A.   You see this is the model that Go

22  Global went ahead and used that -- that's

23  indicating that the model, where the model is

24  coming from.

25      Q.   Have you read this email just now?

194

M. Srour

1

2      A.    Yes, I read it.

3      Q.    I want to direct your attention to

4      the final paragraph.  This email was written

5      by Brendan.  It is dated June 23.  It is to

6      Avish and Milan.  Christian is also cc'd.

7      Final paragraph I will direct your

8      attention to, "We understand that in order to

9      secure financing you are looking to

10     incorporate transaction sources and uses and

11     we have in the impact of the capital

12     structure on cash flow, but that portion of

13     the model should be built and supported by

14     you, the buyer."  Do you see that sentence?

15     A.    Yes.

16     Q.    Did Dream On Me build and support

17     that model?

18     A.    I believe we did.

19     Q.    What is the name of the document

20     that contains Dream On Me's independent

21     model?

22     A.    You'll -- you will need to ask

23     Avish of that.

24     Q.    You don't know the answer to that?

25     A.    No.

195

1                          M. Srour

2          Q.   But you are sure that you made a

3     document?

4          A.   I believe we did.

5          Q.   And you're sure that that document

6     existed on June 23?

7          A.   I'm not sure -- I don't know when,

8     but I know it was built after actually.

9          Q.   Do you know --

10         A.   You see the model that was shared

11    from Lazard that was prepared by the buybuy

12    BABY and the Alixpartners had different

13    mini-models.  It was a model for 95 stores.

14    There was a model for 70 stores, 50 stores.

15    Then we built a model for 11 stores also

16    there when we took the stores before getting

17    into the auction.

18         Q.   You said that you reviewed Go

19    Global's model previously.  Do you recall

20    that?

21         A.   Go ahead.

22         Q.   Do you recall that?

23         A.   Yes.

24         Q.   Do you know whether Go Global's

25    model provided transaction sources?

196

                           M. Srour

1

2        A.    I'm not sure.

3        Q.    Do you know whether it provided a

4   capital structure?

5        A.    I believe it did.

6        Q.    Do you know whether it provided

7   cash flow?

8        A.    I believe it did.

9        Q.    And they provided that information

10  to you, is that right?

11       A.    That information came in from the

12  Lazard data room.

13       Q.    Go Global provided you access to

14  their data room, is that right?

15       A.    That information, they took that

16  information from the Lazard room, put their

17  name on it and they shared it.  So it's not

18  something that they built on their own.  They

19  used the buybuy BABY and the Alixpartners

20  model that they were sharing with their

21  investors.  It was not their own model.

22       Q.    You know that for a fact?

23       A.    Hundred percent.

24       Q.    No doubt in your mind?

25       A.    Hundred percent.

197

M. Srour

1

2          Q.   You're okay sharing that

3     information as a result?

4          A.   What do you mean by sharing this

5     information?

6          Q.   Well, we saw that you emailed Go

7     Global's model to Scott Englander, Yussi,

8     Joseph Friedland, Jacob Sod and you also

9     testified that you emailed it or presented

10    that information to many other people?

11         A.   Correct.

12         Q.   You have no problem sharing that

13    information?

14         A.   Again, that model that was shared,

15    that's the model that came in from Lazard.

16    Understand, for the 50th time that was

17    mentioned during this, this model was created

18    by the buybuy BABY team and the Alixpartners

19    who was at the Lazard data center.

20         They took it, they put their name on it

21    and they make believe that this is their own

22    model there.

23              MR. BERLOWITZ:  We've been going

24         for maybe an hour.  I don't think I have

25         that much more left.  Is now a good time

198

1                           M. Srour

2          to break?

3                  MR. SKOFF:  If you don't have much

4          more left, we can wrap it up.

5                  MR. BERLOWITZ:  I want to take a

6          break to figure out my brief wrap up.

7                  MR. SKOFF:  Okay.  That's fine.

8                  MR. BERLOWITZ:  15 minutes.

9                  MR. SKOFF:  All right.  Back at

10         3:30.

11                 (Whereupon, at this time, there was

12         a pause in the proceeding.)

13         A.   I would like to add to the

14    previous --

15                 MR. SKOFF:  Wait.  Mark, there's no

16         question on the table right now.

17                 THE WITNESS:  I want to go back to

18         the prior question over there regarding

19         Avish's email there.

20         Q.   What do you want to say, Mark?

21         A.    Prior to the email of Avish on

22    June 23, the due diligence that we did, we

23    had spoken to approximately 25 top vendors

24    that we knew that they are coming onboard

25    with us into this venture.  I'm talking about

199

1                          M. Srour

2        we talked to Greco, Bright Tap, Kiko, Chico,

3        whoever the top vendors of buybuy BABY.

4              We did have meetings with the buyers

5        prior to that June 23 email of Avish.  So we

6        knew that we are -- who we are hiring and

7        whose going to do the transition to continue

8        running the operation.

9              We also had HR meetings that we knew

10       that we had -- whoever is going to handle

11       that.

12             The IT, I know that there was a lot of

13       talk regarding the IT and there was a whole

14       team that we put together also.

15             Regarding we also had many talks with

16       Helco regarding the whole process where they

17       were also trying to help us over here with

18       the bringing in investors.

19             And regarding the financial, we kept

20       changing the model with Alixpartners so

21       whatever -- whatever the due diligence that

22       we were doing, we were doing it from the data

23       room from inside Lazard.  So we were using

24       their sources to get the information that we

25       need.

200

M. Srour

1

2      Q.   Is it your testimony that you were

3   speaking to a number of vendors before the

4   June 23 email that Avish sent?

5      A.   I believe so.  I believe so.

6      Q.   Is it --

7      A.   No --

8      Q.   Excuse me.  Excuse me, Mark.

9      A.   One second.  I'm trying to say.  We

10   spoke to the vendors.  I'm not sure if it was

11   before getting the IP or after getting the IP

12   so whatever was the date of the IP, but I

13   know that we spoke to the top vendors that

14   they knew for them to know what's going on.

15   I believe it was after the IP purchase.

16      Q.   Did you speak with those vendors

17   before the intellectual property purchase?

18      A.   I believe it was after.

19      Q.   Okay.

20      A.   I believe it was after because, if

21   I'm not mistaken, I know that the market was

22   surprised that we went ahead and purchased

23   the IP so I believe it was after.

24      Q.   Are you aware that there was a IP

25   auction and separately an auction for the

201

1                           M. Srour

2       going concern?

3              A.   Go ahead.

4              Q.   Are you aware of that?

5              A.   Yes.

6              Q.   Dream On Me only bid for the IP

7       assets and not the going concern, is that

8       right?

9              A.   First you get the IP, then you do

10      the going concern.

11             Q.   Did Dream On Me bid for the going

12      concern?

13             A.   I'm not sure what we did at that

14      time.

15             Q.   You're not sure whether Dream On Me

16      placed a bid for the going concern?

17             A.   Not sure.

18             Q.   Do you know whether --

19             A.   First there was the IP.

20             Q.   I realize this is probably a little

21      self-evident, but do you know whether you won

22      the bid for the going concern?

23             A.   No, I don't because I don't think

24      we ever -- because our bid over there was

25      going -- was not based on the going concern.

202

1                          M. Srour

2                    MR. BERLOWITZ:  One moment, please.

3                    (Whereupon, at this time, there was

4              a pause in the proceeding.)

5              Q.   Do you know how much Dream On Me

6         bid for the intellectual property assets?

7              A.   15 and a half million.

8              Q.   Why that amount?

9              A.   Because I needed to -- because

10        that's the number that we reached.

11             Q.   How did you reach that number?

12             A.   We were bidding at the auction.

13             Q.   How did you determine that that was

14        the number that you wanted to bid?

15             A.   I didn't have no number with me.

16             Q.   Sorry, can you repeat that?

17             A.   I did not have a number with me or

18        a max to get the IP.  I wanted it and I was

19        willing to pay higher than that.

20             So for me the 15 and a half million

21        dollars was a bargain.

22             Q.   Other than Go Global, did you know

23        what anyone else was bidding before you

24        placed a bid for the intellectual property

25        assets?

203

1                          M. Srour

2          A.    No.

3          Q.    I believe you previously testified

4     about a two and 20 financial structure.  Do

5     you recall that?

6          A.    Yes.

7          Q.    Is it your testimony that Go Global

8     wanted a two and 20 financial structure?

9          A.    Yes.

10         Q.    And you didn't want that, right?

11         A.    No, I wanted to share it with them.

12         Q.    Prior to your discussions with Go

13    Global, had you considered a two and 20

14    financial structure?

15         A.    No.

16         Q.    Why not?

17         A.    Because it's not something that --

18    it's not my model.

19         Q.    And just going back to your bid for

20    the intellectual property, why were you

21    willing to bid an unlimited amount?

22         A.    Because I wanted the IP.

23         Q.    So you would have bid anything?

24         A.    Yes, I will.

25         Q.    Did you want the stores too?

204

1                          M. Srour

2          A.    Yes.

3          Q.    You wanted it all?

4          A.    Yes.

5          Q.    Was there a limit to how much you

6     were willing to bid?

7          A.    You have to look at the package

8     together and you have to see how many

9     investors are coming in, how much money you

10    will have, so you are putting it together.

11         So based on stores, based on how many

12    people coming in with you, you'll do whatever

13    you need to do.

14         Because we had the option at the auction

15    of the stores that you -- putting a deal

16    together for certain stores.  And you are

17    making inside deals over there at the

18    auction.

19         Q.    When you bid for the intellectual

20    property assets, how much money did you have

21    from investors?

22         A.    Zero at that time.

23         Q.    And you were still willing --

24         A.    Yes.

25         Q.    You were still willing to pay as

205

1                          M. Srour

2        much as it took to win the bid?

3             A.   Then I'm able to use the name for

4        myself.  I can just add it into the Dream On

5        Me, what you call it, umbrella and create a

6        line for the buybuy BABY.

7             It's the same thing that happened right

8        now with Toys "R" Us or Babies "R" Us.  They

9        shut down for the last five or six years and

10       now they are back.  It is a name that is

11       getting recognized in the market, yes.

12            So we were doing the same thing.  We had

13       the name that's been out for the last 30

14       years and people knew the name.  People

15       trusted the name.  So we wanted to take

16       advantage of the name.

17            Q.   I believe you said a moment ago

18       that you had, before the IP auction, you had

19       no investors, is that right?  Did I hear you

20       correctly?

21            A.   Sorry?

22            Q.   I believe you testified a moment

23       ago that before you made the bid for the

24       intellectual property assets, you had no

25       investors, is that correct?

206

1                           M. Srour

2          A.    I did have investors coming with me

3     into the auction that I was representing.

4     That was Jacob Sod, whatever, he was there.

5     He was coming in with $20 million.

6          Q.    Was Scott Englander coming in with

7     money, was he an investor?

8          A.    He was coming in, I think, with

9     $2 million.

10         Q.    And what about Joseph Friedland,

11    was he an investor?

12         A.    I'm not sure if at that time he was

13    already in.  I'm not sure.  I know he was

14    coming in.

15              MR. BERLOWITZ:  I think I have no

16         further questions.  However, I would

17         like to, for the record, that I believe

18         the witness was inadequately prepared to

19         discuss topics four, five, seven, 12, 13

20         and 14.  I believe he directed me

21         primarily to speak to Avish or Amit

22         about this.  I know that --

23              MR. SKOFF:  Just give me those

24         again.

25              MR. BERLOWITZ:  Topics four, five,

207

1                    M. Srour

2        seven, 12, 13 and 14.  I'm also going to

3        add six on it there.  I think I missed

4        that before.  I believe that the witness

5        directed me to speak to either Avish or

6        Amit.

7            I know that we have the depositions

8        for both of those witnesses scheduled.

9        So I would like to make those also dual

10       and individual 30(b)(6) depositions so

11       we can take care of that.

12           I think that's it.  That's all I

13       have.

14           MR. SKOFF:  All right.  I have no

15       questions.

16           (Whereupon, at this time, the

17       examination of this witness concluded at

18       3:45 p.m.)

19

20

21

22

23

24

25

208

1

2            A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK          )
                                 :ss
5    COUNTY OF                   )

6

7            I, MARK SROUR, hereby certify

8    that I have read the transcript of my

9    testimony taken under oath in my deposition

10   of October 1, 2024; that the transcript is a

11   true, complete and correct record of my

12   testimony, and that the answers on the record

13   as given by me are true and correct.

14

15

16           _____

17                    MARK SROUR

18

19   Signed and subscribed to before
     me, this _____ day
20   of _____, 2024

21

22   _____
     Notary Public, State of New York
23

24

25

209

```
 1
 2                    I N D E X
 3
 4   WITNESS              EXAMINATION BY           PAGE
 5   M. Srour             Mr. Berlowitz              5
 6
 7                    E X H I B I T S
 8   PLAINTIFF'S          DESCRIPTION            FOR ID
 9   Exhibit 1     EBT Notice                        14
10   Exhibit 2     Email - DOM 10726                 19
11   Exhibit 3     Email                             27
12   Exhibit 4     Email - DOM 8791-8794             27
13   Exhibit 5     Email - DOM 2770-2771             33
14   Exhibit 6     Email - DOM 2943                  48
15   Exhibit 7     Email - DOM 2969                  53
16   Exhibit 8     Email - DOM 2995                  57
17   Exhibit 9     Email - DOM 3028                  63
18   Exhibit 10    Email - DOM 3039                  69
19   Exhibit 11    Email - DOM 2800                  77
20   Exhibit 12    Email - DOM 10869                 80
21   Exhibit 13    Transcript                        86
22   Exhibit 14    Email - DOM 11080                119
23   Exhibit 15    Email - DOM 10877                125
24   Exhibit 16    Email - DOM 11644                128
25
```

210

1

2                    E X H I B I T S (Cont'd)

3   PLAINTIFF'S        DESCRIPTION              PAGE

4   Exhibit 17        Confidential document      134

5   Exhibit 18        Email - DOM  11714         169

6

7

8                    REQUESTS/PRODUCTION

9   DESCRIPTION                                 PAGE

10  Native email of DOM 10868                    82

11  Notes from Avish during meeting              93

12  M. Srour notations on notepad                93

13  Signed amended LTD LLC agreement            149

14  Operating Agreement                         151

15  BBBY Acquisition tax returns                154

16  P&L documents                               154

17

18

19

20

21

22

23

24

25

211

1

2                    C E R T I F I C A T E

3

4              I, JENNIE FANTASIA, a Notary

5        Public in and for the State of New York, do

6        hereby certify:

7              THAT the witness whose deposition

8        is hereinbefore set forth, was duly sworn by

9        me and;

10             THAT the within transcript is a

11       true record of the testimony given by such

12       witness.

13             I further certify that I am not

14       related either by blood or marriage; to any

15       of the parties to this action; and

16             THAT I am in no way interested in

17       the outcome of this matter.

18             IN WITNESS WHEREOF, I have

19       hereunto set my hand this 14th day of

20       October, 2024.

21

22                         Jennie Fantasia Kilgallen

23

24

25

**A**

**A-F-T-E-R-N-O-O-N** 132:10
**a.m** 1:12
**ability** 9:19,22 10:8
**able** 10:2 15:16 21:23 22:6,18
    25:21 36:5,13 39:21 44:5 45:6
    61:14 84:17,19 94:23 99:4,11
    105:2,25 106:19 112:15 140:8
    164:14 174:24,25 175:4 176:19
    179:21 205:3
**abroad** 139:9
**abscess** 46:22
**Absolutely** 83:9
**access** 23:20 44:18,20,22 45:5 46:3
    46:22 51:20 73:9 81:19 196:13
**accomplish** 172:18 178:7
**accurate** 22:25 36:17 68:13 99:10
**acquire** 148:12 149:8
**acquisition** 132:21 134:12 135:6
    138:2,11,21 139:15,19 140:20
    144:11 145:24 147:6 149:15
    151:25 152:18,21 153:22 154:4
    210:15
**acronym** 120:15 142:13,14
**action** 6:15 11:6 211:15
**actively** 37:14,15
**add** 20:23 36:13,16 172:12 198:13
    205:4 207:3
**added** 99:6
**additional** 112:8 180:12
**address** 6:2
**addresses** 49:21
**admitting** 165:10
**advantage** 205:16
**adventure** 192:16
**advise** 124:7,9
**advised** 94:22 115:3 123:23 140:21
**advisement** 82:25
**adviser** 20:5,8,13 22:10
**advises** 22:11 124:3
**advising** 20:21
**affect** 9:17 10:8
**affirmation** 55:15
**affirmed** 5:19
**afterward** 82:22
**against-** 1:6
**age** 11:16
**agency** 4:10
**agent** 63:19 72:17
**aggressive** 40:5
**ago** 6:13 10:14 118:6 151:22
    168:16 205:17,23
**agree** 38:18 40:24 41:2 129:14
    166:2,3 174:9 178:6 180:5 182:5
    185:12,20 192:12,17
**agreed** 3:5,10,14 4:2 41:11
**agreement** 28:2 31:3 47:2 120:13
    120:16 134:11,17,19,22 150:22

**150:25 151:5,6,10 210:13,14**
**agreements** 30:10 151:8,9
**ahead** 20:2 24:16 25:13 26:3 33:24
    34:17 45:4 50:17 53:23 55:13,14
    57:23 62:6 69:14,19 77:21 80:12
    80:22 82:12 111:11 116:6 117:2,4
    122:23 125:8,14 128:12,16 131:5
    153:5 170:25 171:12 172:25
    175:8 182:4 184:12 193:22
    195:21 200:22 201:3
**Alixpartners** 48:13 108:11,12
    130:2 187:5 195:12 196:19
    197:18 199:20
**Aliz** 108:9
**Alizpartners** 79:20
**allow** 89:12
**allowed** 169:3,10 186:5,15 190:14
**amended** 134:10,18 150:24 210:13
**Amit** 96:23 160:3,6 162:21 172:6
    177:24 206:21 207:6
**Amit's** 185:8
**amount** 39:18 166:2,5 202:8
    203:21
**and/or** 130:20
**annual** 142:25
**answer** 7:2,10,21 22:14 23:9 59:3,9
    67:21 77:23 78:2 84:6 89:12 96:6
    96:9 98:19 115:15 120:23 121:3
    124:6,12,13,16,17,19 126:4,7
    152:6 174:16,23 176:8,9,17
    178:10 179:21,22 180:3 181:19
    181:20,21 184:25 185:2 194:24
**answered** 94:17 191:23
**answering** 38:9 91:5
**answers** 7:6 208:12
**anybody** 14:3 16:3 73:5 129:2
    177:20,22,25
**anymore** 12:18 52:24 106:15
    133:14,20
**apart** 106:2
**apologize** 26:22 31:8 44:10 63:23
    89:19 191:23
**appear** 22:24
**appearing** 5:10 91:21
**appears** 27:9 68:10 69:17 81:2
**appreciate** 44:15 69:20 77:22
    117:25
**appreciated** 78:3
**approach** 130:13,19
**approximate** 140:8
**approximately** 39:14 198:23
**April** 23:16,16,24 125:22
**area** 25:3
**areas** 185:16
**arranging** 22:24
**arrested** 9:13
**Ashland** 54:14,15
**asked** 7:23 31:8 41:11 65:5,5,7
    89:20 99:7 168:6 179:18 184:21

**asking** 6:17 7:9 13:10,11 15:3
    37:20 41:2,24 51:18 64:25 65:3
    77:12 80:15 100:6,7 104:9 111:10
    115:12 121:13 131:6 149:3 151:2
    161:10 167:13 169:4 174:20
    176:14,24 177:6 178:16 179:10
    179:23 181:21 187:22 189:19
    190:4
**aspects** 160:25 187:10
**assets** 17:10,19 18:2 62:3 92:21
    132:16,24 133:3 159:11,16
    160:10,14 162:14 163:6,12,22
    172:15 201:7 202:6,25 204:20
    205:24
**assist** 85:4 186:24 187:2
**assisting** 187:5
**assume** 7:22 10:23 14:2 92:9
**attached** 50:18 68:15 122:18
**attaches** 49:5
**attachment** 27:9
**attachments** 68:11,11
**attend** 10:17,21,23 103:4
**attended** 34:22 35:5,8 93:5 156:15
**attention** 100:15 142:17 194:3,8
**attorney** 1:16 33:16,22 34:3 150:20
    170:14
**attorney's** 134:7
**attorneys** 2:4,9 5:3
**auction** 17:10,18,21 18:10,13 23:14
    31:7,14,18 55:6 78:16 81:20,24
    92:10 118:20 125:19 132:17,24
    133:17 149:2 155:19 156:8,11
    161:19 165:17 166:14,21 167:11
    167:12,12 170:3,7 195:17 200:25
    200:25 202:12 204:14,18 205:18
    206:3
**auctioned** 60:22
**auctioneer** 167:23
**audio** 93:15
**August** 186:18,23
**authorization** 32:6,22
**authorize** 47:3
**authorized** 29:13,19,20 47:4
**Avenue** 2:10
**averaging** 139:25
**Avish** 16:14,15 19:4 27:6 28:21
    29:13,18,22,23 31:19 32:5,12
    35:9 45:24 46:5,15,17,19,23
    47:14 50:15 64:24,25 72:9 76:24
    78:20 79:11 80:2,20 81:9,25 82:5
    82:6 90:3 93:19 95:11 121:15
    122:17 124:25 125:10 126:2,6,8,9
    126:15,18,21 128:7,13 129:13
    130:3,15,20 131:8 158:5,6,9,11
    158:12 159:4 164:13,16 168:11
    169:13 170:20 171:4,20 172:6
    176:3 177:6,8,10 178:5,13 179:20
    180:14,21,25 181:8 182:25
    185:11,24 186:21 187:25 191:24

192:12,15,18 193:12 194:6,23
198:21 199:5 200:4 206:21 207:5
210:11
**Avish's** 192:5 198:19
**avoidance** 148:8
**aware** 18:10 23:3 31:10 32:5 75:7
77:25 90:21 91:13,16,24 93:6
94:9,14 96:11,17,18 97:9 126:9
200:24 201:4
**Azot** 108:17 109:18 110:13,14
112:20 153:2,12,16

---

**B**

**B** 96:2 141:24 209:7 210:2
**Babies** 205:8
**baby** 17:10,19 20:25 21:10,16 22:7
23:17 24:14 39:11,12,17 43:2
44:5 45:10,19 48:12 49:6,6 53:6
54:22 55:5 56:14 58:13 59:15
61:12,23,23 62:4 67:16 68:12
70:19 78:16 79:7,19 81:20 92:10
92:22 105:11,16,22 107:2 108:3
111:3,3,17 112:3 118:10 123:19
125:19 129:25 132:17 133:7
135:8,24 137:3 148:13 164:4
165:7 175:25 180:10 185:22,25
186:3 190:8,16 195:12 196:19
197:18 199:3 205:6
**BABY'S** 155:19
**back** 7:14 9:8 12:15 17:16 18:7
21:12 22:2,21 23:16,24 26:10
38:9 40:8 58:22 75:21 77:14,15
79:5 85:16 89:19 100:5 105:11,13
106:8 114:16 125:22 131:12
132:5 140:16 144:18 150:15
151:3,14 157:9 168:19 192:6,7
198:9,17 203:19 205:10
**background** 39:8 183:10
**bad** 135:20 136:3,4,5
**bankruptcy** 17:10 23:6,18 31:18
55:6 92:10 132:17 141:21 155:19
156:7 161:18 163:2
**bargain** 163:19 202:21
**based** 113:18 144:21 149:8 159:22
175:7,11 176:5 201:25 204:11,11
**basically** 42:6 46:2 67:22 76:11
126:8 154:12 190:4
**basis** 79:11 167:15
**Bates** 19:2 26:18 28:2 33:10 49:7
53:10 57:16 62:24 69:17 77:2
80:9 87:14 119:16 125:2 128:8
134:8
**Bath** 21:11 22:7 105:19 108:8
159:18
**BBB** 49:4 50:19 76:25 122:18
187:8
**BBB's** 133:2
**BBBY** 40:20 132:21 134:8,12 135:5
138:2,10,21 139:15,18 140:20

144:11 145:24 147:6 149:15
152:17,20 153:18,21 154:4 156:7
159:11 160:14 162:14 163:2,21
169:14 190:18 210:15
**BBBY's** 160:10 163:6,12
**bearing** 33:10 134:8
**bears** 19:2 26:18 28:2 53:9 57:15
69:16 77:2 119:16 125:2 128:8
**Bed** 21:11 22:7 105:19 108:7
159:18
**bedrails** 44:4
**Bee** 88:6,21
**beginning** 40:11 104:23 140:12
142:23 164:3 179:11
**begins** 52:2 187:7
**behalf** 28:19,23 32:13 178:11
179:22 181:20,22
**belief** 5:9,13
**believe** 13:22 15:17,23 16:14 18:9
24:15 43:6 44:7,24 56:4,8 60:17
64:18,23 65:13,20 68:5 70:6 76:7
77:10,11,17 78:13 79:10,17 81:21
83:13 88:6,20 92:25 93:8,19,21
110:17 119:4 120:11 132:25
137:8 139:8 140:16 149:17
153:25 156:25 157:17 162:20,21
167:16 168:4,15,18 170:5,7
172:22 182:7 185:7 186:19
188:22 189:16 190:17 193:14
194:18 195:4 196:5,8 197:21
200:5,5,15,18,20,23 203:3 205:17
205:22 206:17,20 207:4
**believed** 110:21,23
**belonged** 108:2
**benefit** 166:22
**Berkman** 2:4,15 6:9
**Berlowitz** 2:6 5:5 6:6,8 14:11 18:6
26:6,20 27:3,22 44:7 48:22 53:9
57:12 69:4 80:9 82:19 83:2,5
85:16 87:16,25 88:5,9,17,20,24
89:17 90:11 93:21 99:22 114:16
117:24 127:24 131:21 132:7,12
134:5 149:22 150:6,12 151:12
154:2,9 197:23 198:5,8 202:2
206:15,25 209:5
**best** 5:8,12 70:7 190:24
**better** 99:11
**beyond** 18:4 21:12 22:7 105:19
108:8 159:18
**bid** 17:25 38:24 40:5 41:6 92:20
104:15,16,20 105:6,14,15 106:4
116:20,24 148:19 155:19 156:7
156:13,21 159:15,17 160:9,13
162:14 163:10,20,23 165:7,12,16
165:16 166:4,9,16 167:2 168:8,24
169:3,10 173:6,10 176:19 183:3
201:6,11,16,22,24 202:6,14,24
203:19,21,23 204:6,19 205:2,23
**bidder** 174:8

**bidders** 174:22,23
**bidding** 50:22 51:4,5 61:21 164:3
202:12,23
**big** 104:24,24 165:14 172:7
**bind** 30:9 123:24
**binding** 123:20
**bit** 59:12
**bleeds** 193:15
**blood** 211:14
**BN** 146:17
**board** 101:4 103:9
**body** 11:7
**bonus** 148:10
**Bookstores** 11:21
**bottom** 19:12 20:18 68:10 82:9
98:25 100:16
**bought** 132:18
**box** 77:20
**boy** 11:20
**Brad** 184:4
**brain** 157:9
**brand** 38:17
**break** 8:2,3 24:8 26:11 83:7 94:21
96:18 115:20 198:2,6
**Brendan** 124:25 125:11,11 184:4,5
193:13 194:5
**brief** 198:6
**Bright** 199:2
**bring** 14:11 55:2 58:22 60:25 61:3
61:3 71:6 72:2,4 84:23 96:3
103:14 106:6 107:14 112:15
179:2
**bringing** 71:8 85:20 138:18 199:18
**broker** 109:10
**Brooklyn** 6:4
**BS** 101:24 102:5,6,10
**build** 110:5 188:15 194:16
**building** 108:21
**built** 188:21 194:13 195:8,15
196:18
**bullet** 52:3,14
**bullshit** 102:6,12,17
**business** 8:15 9:9 12:17 37:2,4,16
37:25 38:8 39:9,10,13,16,23 42:5
50:24 60:2,11,11,14 64:3,12 65:6
65:10 66:19,23 110:9,10 155:24
155:24 156:4 178:15,17 187:10
**businessman** 21:22
**buy** 21:15 60:12 71:12 105:21
184:13
**buybuy** 17:10,19 21:10,16 22:7
23:17 24:14 39:17 45:9,19 48:12
55:5 56:14 58:13 59:15 61:12,23
61:23 62:3 67:16 70:19 78:16
79:7,19 81:20 92:10,22 105:11,16
105:22 107:2 108:3 111:2,3,17
112:3 118:9 123:18 125:18
129:25 132:16 133:7 135:8,24
137:3 148:12 155:19 164:4 165:7

175:25 180:10 185:22,25 186:3
190:7,16 195:11 196:19 197:18
199:3 205:6
**buyer** 194:14
**buyers** 199:4
**buying** 13:16,17 61:11 62:10 112:6
112:8 138:13 140:22 146:12
148:19

----

**C**

**C** 2:2 208:2 211:2,2
**C-A-R-Y** 137:24
**California** 102:25 107:11,15
**call** 37:6 44:13,14 56:7 57:4 70:2,4
70:4,8,21 75:9,16 76:17,21 85:6
85:12,12 93:22,23 98:22 99:23
106:10 110:3,4 113:24 118:20
144:18 145:12,17 149:23 151:12
154:2,9 178:23 205:5
**called** 11:20 27:10 113:16 132:21
188:23
**calling** 111:13 112:10 150:6
**calls** 124:4
**camera** 26:9
**Canal** 132:19
**capabilities** 180:18 182:2,10,17
183:9
**capacity** 8:21 174:19 176:20
**capital** 40:16 41:23 50:24 51:9
59:11 148:10 194:11 196:4
**caption** 98:23,25
**captions** 98:21,22 99:2,6
**capture** 193:16
**care** 112:13 117:14 207:11
**carry** 25:8
**Cary** 137:25
**cases** 8:16
**cash** 169:15 178:17 194:12 196:7
**catch** 119:5
**cc'd** 27:7 80:18 194:6
**cc'g** 19:4
**censure** 11:6
**center** 197:19
**Centre** 2:5
**CEO** 13:12 48:12 57:2 79:19
105:20 118:9 136:24 138:4,8
**certain** 30:10 170:6 173:18 204:16
**certificates** 11:3
**certification** 3:7 88:23
**certified** 88:18
**certify** 208:7 211:6,13
**CFO** 49:17 50:7,10
**chain** 40:15 41:4,23 42:17,18,22
43:10 82:11,15 163:5,15,16
187:18
**challenged** 178:14 179:13
**challenging** 179:17
**change** 44:9 62:22 106:5
**changed** 14:6 45:8 46:7

**changes** 12:17
**changing** 199:20
**character** 25:17,19
**charge** 13:13 60:8 117:13 136:22
136:24 138:3,5,16,19 145:16
**Charles** 49:4,13,16,23 109:7,12,15
112:20 152:25 153:9
**Charles'** 49:24
**Chico** 199:2
**children's** 12:6,8,9
**China** 43:3,11 138:23 139:2,9
146:15
**Chinese** 146:22,23
**choose** 191:2
**Chris** 19:4
**Christian** 2:17 20:19 27:7 35:14
47:21 90:3 101:20 102:2,2 194:6
**Civil** 1:18
**claim** 86:6
**claimed** 86:10
**clarification** 161:10,11
**clarify** 19:23 53:5 61:25 68:9 73:12
94:12 142:22 168:22
**clarifying** 38:13 142:12
**clarity** 78:5
**clean** 78:2
**clearly** 10:3
**client** 20:23
**clock** 174:6 177:13,14,18
**close** 43:5 154:19 193:6
**closed** 98:25
**clothing** 12:6,22 39:11
**CMO** 29:23
**collaborate** 40:19
**collect** 113:19
**collecting** 17:2,6 166:13
**collection** 29:4
**collectively** 40:19
**college** 10:21
**come** 32:12,17 56:15 59:18,20,21
64:13 66:4 71:5 85:23 101:22
104:22 110:10 112:6 116:3,12
132:5 143:25 167:13
**comfortable** 25:12 84:9 102:13
158:15
**coming** 36:6 43:10 48:10 53:2
59:11 84:20 85:3,22 96:4 101:13
101:13,15,19 102:25 103:8,15,16
106:11 115:4 121:20 144:15
193:24 198:24 204:9,12 206:2,5,6
206:8,14
**commissioned** 88:15
**common** 112:23
**companies** 29:5 43:13,18,19 106:2
147:6
**company** 12:25 22:17 24:9,10 29:7
29:23 54:10,13,16 91:19 101:23
132:20,23 133:2 134:11 135:7,10
135:14 136:11 138:11,17,21

139:15,19 140:20 141:12 142:24
142:24 144:11,24 145:3,24,24,25
147:7 148:11 149:15 150:25
152:18,21 153:22 154:4
**compare** 161:24
**compensated** 140:24 141:3
**compensation** 141:14 143:12
147:16 149:15 151:24
**complete** 7:9 208:11
**complicate** 123:6
**computer** 137:13
**concern** 20:25 62:4 161:19 201:2,7
201:10,12,16,22,25
**concerned** 25:24 45:16 122:12
161:3
**concerns** 192:13,19
**concluded** 207:17
**conclusion** 102:16 124:5,12
**condition** 117:9
**conducted** 4:4 55:4 81:23
**conference** 1:18 4:5,9,12 5:10
**confidential** 122:20 210:4
**confirm** 143:3
**confused** 119:9
**connect** 19:6 27:8
**connected** 96:21
**consent** 4:14 166:8 168:7
**considered** 4:15 141:10 203:13
**consult** 97:22
**consulting** 165:9
**consumers** 40:21
**Cont'd** 210:2
**contact** 23:3,13,16
**contained** 127:20
**contains** 194:20
**contents** 45:2
**context** 174:14
**continue** 106:14 176:21 199:7
**CONTINUED** 132:11
**continues** 77:19
**contours** 59:13
**contract** 124:2
**contracts** 123:22
**contribute** 106:4
**control** 4:10 101:4 103:9 135:14,18
135:22,23
**controlling** 138:12,14 178:21
**conversation** 20:20 56:10 57:7
61:16,20 62:18,19 64:22 65:16,19
68:19 78:4 95:21 114:25
**conversations** 21:11,14 118:11
179:5
**convert** 112:7
**convicted** 9:14
**convince** 67:18
**copied** 45:17 46:6
**copy** 90:10 149:17,20 150:7
**corporate** 187:17
**correct** 8:8 13:3,23,25 16:11 18:2

18:14 20:17 22:4 27:16 28:22
29:8,20 31:3,15 38:19 39:2,5,22
40:3 43:23 46:9 47:5,18 49:11
52:8 53:22,24,25 54:3,4,20,24
55:16,22 56:20,21 58:6 60:6,19
62:5 63:17,20,24 64:5,15 68:16
71:16 77:20 79:13 80:18 83:15,16
83:18,22 84:13 85:20 86:3 87:11
88:17 89:23 93:9,10 95:4 99:13
102:4 103:25 105:8,15 109:20
116:22 120:8,9,17 127:8 129:18
131:4 132:22 133:18 136:12
139:11 143:10,16,23,24 154:25
155:4 158:22 162:16,23 163:3
170:24 174:18 175:22 185:6,9
186:14,21,25 190:19 192:24
197:11 205:25 208:11,13
**correctly** 205:20
**cost** 113:5 116:16 149:12 159:23
**costs** 115:8 116:2,4,7
**counsel** 3:7 4:3,7,20 5:7 16:4,8
**country** 163:18
**COUNTY** 208:5
**couple** 6:22 19:4 52:2 151:22
167:12 169:23
**course** 32:14 59:5 113:8 121:4,12
170:12 171:15 191:10
**court** 1:2 3:18 4:1,6,10,21 5:7,22
5:25 7:5,13
**create** 78:2 205:5
**created** 79:21 108:8 111:18 114:4,7
197:17
**creating** 111:4
**credentials** 11:3
**crime** 9:14
**cross** 164:25
**current** 27:3
**currently** 22:10
**cut** 61:7 113:20,25

**D**

**D** 142:3 208:2 209:2
**D-A-L-E-I-D-E-N** 137:20
**D-I-B** 141:18
**D-O-M** 29:3
**Dahiya** 27:6 28:21
**Daleiden** 137:18
**Danny** 107:10
**dark** 180:17 181:25 182:9,16
**data** 23:21 26:3 44:18,21 45:2,5,7
47:25 51:20 73:9,17 75:25 76:3
80:20 108:4 111:15 122:5,8,14
127:6,20 128:14 129:2,4,7 130:7
130:14,22,25 131:4,10,17 175:7
176:2 196:12,14 197:19 199:22
**date** 1:19 5:2 14:15 18:24 27:2,21
33:7 48:21 53:16 57:20 63:5
69:13 77:8 80:8 86:25 119:22
125:5 127:7 128:4 134:4 140:13

**dated** 33:10 50:15 53:12,24 57:15
62:23 69:16 76:25 80:3 124:25
128:8 169:14 194:5
**dates** 22:2
**DAVIS** 2:9
**day** 18:17 20:9 30:25 74:21 76:5
103:2 145:2 164:14 165:25
167:11 186:2,4 208:19 211:19
**day-to-day** 36:25 37:16,25 38:8
60:2
**days** 167:12
**dead** 136:14
**deal** 55:3 62:15 64:17 66:4 71:10
71:13,15 110:11 160:8 166:24
171:24 172:3,4,7,18,21 177:15,18
178:8 179:3 181:4,10 204:15
**dealmaking** 160:12,17,20 187:14
**deals** 183:7 204:17
**debtors** 148:13
**decide** 103:6 190:20
**decided** 24:16 102:18 104:6
**deep** 157:13
**defendant** 1:15 2:9 8:11
**Defendants** 1:10
**deficient** 180:6
**delaying** 165:14,15,15
**demand** 168:20
**depend** 60:13
**depended** 180:10
**depending** 42:18 172:19
**depends** 60:9 101:4 139:22 182:22
**deposed** 6:12,15
**deposition** 1:14 4:4 6:23,24 15:25
16:10,17,20,23 82:24 139:5
150:11 208:9 211:7
**depositions** 207:7,10
**describe** 10:12 11:9
**DESCRIPTION** 209:8 210:3,9
**designees** 142:25
**details** 59:13
**determine** 202:13
**develop** 45:15 60:13 175:10 176:3
176:4
**developed** 118:22 189:15,17
**developer** 54:11,19 60:11,18
**developing** 116:20,24
**devoting** 116:20
**DI** 141:16,19,22 143:22,25 144:8
144:10 145:20,21 148:10
**DIF** 142:2
**difference** 62:2 180:13 182:23
**different** 27:23 29:5 60:24 70:12
107:18 195:12
**difficult** 174:5
**difficulties** 173:22 174:3
**dig** 147:3
**diligence** 31:16,20 55:5,9 81:23
125:12,18,20,24 126:10,19,22,25

171:14 172:14 173:6,19,23 176:5
178:14 179:1,13,17 180:6 182:25
183:10,16 184:7,11,19 198:22
199:21
**dinner** 34:14,18,20,23,25 35:7,17
**direct** 20:20 40:13 112:8,16 113:3
124:17 138:13,19 141:23,25
142:8,16 145:14,23 147:7 172:19
180:11 182:22 194:3,7
**directed** 206:20 207:5
**directly** 20:24
**disappeared** 52:23
**disciplinary** 11:6
**discuss** 35:16,21 56:2 65:14,24
70:17,23 72:25 82:21 118:17,21
157:12 206:19
**discussed** 18:5 30:5 35:18,19,25
36:3,12,15 56:11,12,16,18 66:6
68:18,22 70:18 71:3 107:3 118:19
155:3 185:7
**discussing** 68:24 78:23 105:10
106:20,25
**discussion** 37:21,22 52:25 65:25
157:13
**discussions** 17:24 105:19 109:17
203:12
**displayed** 14:17 18:21 27:18 32:25
48:18 53:18 57:11 58:19 63:2
69:10 77:5 80:5 86:19 119:19
128:6 133:25 169:17
**displaying** 14:19 33:3 48:25 62:21
86:20 100:14 112:25
**distinct** 62:4
**distributed** 145:11
**distribution** 113:20
**DISTRICT** 1:2,2
**DIV** 141:21
**DNA** 120:6,9,10
**document** 14:14,21 18:23 26:15,16
26:18,25 27:4,11,20,23 28:5,6,9
28:20,20 30:14,21 32:13,21 33:2
33:6 34:5 48:15,20,24 49:6,8
53:15 55:20 57:13,19,22 58:22
63:4 69:5,12,18 77:2,7,9 80:7
86:20,24 87:24,25 100:8 108:13
119:14,17,21,24 125:4 128:3
133:22 134:3,5,7,10,13,24 149:20
149:24 150:2,8,9 151:13 169:19
177:2 194:19 195:3,5 210:4
**documents** 9:22 10:2,9 16:16 17:3
17:6 29:9 31:23 32:3 45:15 46:6
46:21 47:25 48:5 49:5 67:19
68:15,22 78:12 81:4,19 109:16
121:22,25 122:3 127:20 129:5,11
144:6 154:3,5,7,11 176:5 210:16
**dog** 142:3
**doing** 11:19 31:20 36:5 37:22 39:21
40:8 56:13 104:16 125:20 126:21
126:24 131:11 140:3,22 173:4

199:22,22 205:12
**dollars** 113:5 114:3,6 115:9 116:8
141:6,7 143:12 145:15 202:21
**DOM** 19:2,18 21:9 22:10,24 26:19
29:2,4 31:16,21,25 32:13 33:10
36:16 41:5,14 49:4,7,13,16,18
53:10 57:16 62:24 69:17 77:2
80:10,21 81:23 87:20 91:16
119:17 125:2,11,17 128:9 168:8
173:22 209:10,12,13,14,15,16,17
209:18,19,20,22,23,24 210:5,10
**domestically** 139:25
**doubt** 148:9 196:24
**download** 44:25
**downloaded** 46:6 47:25 122:4,6
127:19 129:6
**draft** 89:7
**dragging** 102:23
**draw** 100:15
**Dream** 1:9,9 6:11 8:18,24 12:25
13:2,7 14:6 17:23 20:5,7,10,12,21
28:20,23 29:3,24 30:9,20,22 32:2
36:24 37:8,10,15 39:14 41:17,24
42:3 43:14,21,22 44:17,22,25
47:12 48:2 50:10 54:7 55:4 63:17
63:19 64:21 66:24 72:15,17,20
76:12 78:6,11,14,25 81:4,18
83:14 84:2,19 93:4,17 94:6 96:3
97:5,7,15,18 122:4 123:9 125:24
126:11 127:18 129:6 132:19
138:24,25,25 139:17 146:4,5,6
155:8,17,18,21 156:4,8,13,20
158:7,12,24,24 159:10 160:8,12
160:16,22 161:2,6,12,15 162:4,8
162:13,17,24 163:4,6,17 166:8,9
171:13,22 174:2,13,19,20 181:10
181:12 182:6,15 183:2,14 184:6
188:3,20 189:14 191:19 194:16
194:20 201:6,11,15 202:5 205:4
**driver's** 5:16
**drop** 77:19
**Dropbox** 78:6,8,14 79:2 81:5
**dual** 207:9
**due** 31:16,20 55:4,9 81:23 125:12
125:18,20,24 126:10,19,22,25
171:14 172:14 173:6,18,23 176:4
178:14 179:13,17 180:6 182:25
183:10,15 184:7,10,19 198:22
199:21
**duly** 5:18 211:8
**duplicated** 26:4

**E**

**E** 2:2,2 142:5,5 208:2,2 209:2,7
210:2 211:2,2
**earlier** 139:4
**easier** 154:14
**East** 6:3
**easy** 78:4

**EBITDA** 144:25 145:2,4
**EBT** 209:9
**edit** 99:4
**education** 10:12,14
**Edward** 142:5,6
**effect** 3:17 131:17,18
**efforts** 183:2
**eight** 187:8
**either** 90:15 163:21 188:3 207:5
211:14
**EI** 107:10
**electronically** 19:25
**email** 18:25 19:2,3,8,11,25 20:3,18
22:21,22 26:20 27:6,14 33:9,13
33:18 34:10,13 40:10 49:3,10
50:6,9,14,15 51:3,7 53:8,9,10,19
53:21 54:21 56:19 57:13 58:20,25
59:7 61:10 62:21 63:6,8 68:10,13
69:15 70:3 74:17 75:5 76:23
77:13,19 78:18,21 80:2,11,13,16
80:17,18 81:15 82:9,14,21 90:10
90:12,13 119:15 120:8 124:24,24
125:6,9,10 127:7,10,17,18,25
128:7,10 130:4,15,21 131:8
169:12 170:18,20,23 171:2
174:15,17 175:18 179:20 185:25
186:21 188:2 189:13 191:25
192:10,14,19,22 193:2,11,12,14
193:25 194:4 198:19,21 199:5
200:4 209:10,11,12,13,14,15,16
209:17,18,19,20,22,23,24 210:5
210:10
**emailed** 30:15,19,21 197:6,9
**emails** 197:7,7,9
**employ** 43:5
**employed** 155:12,17 162:4
**employee** 20:14
**employees** 16:6 43:20 84:2
**encourage** 20:24
**ended** 72:5,5
**engaged** 17:24
**Englander** 62:23 63:8,9,16 65:12
66:7 68:7,14 69:16 70:3,9 80:3
81:16 82:10 106:24 112:21
129:16 130:14,20,25 131:9 197:7
206:6
**enjoin** 166:21
**entail** 171:18
**entitled** 148:9
**entity** 132:15 133:6
**envision** 37:15 59:22,25
**envisioned** 38:7
**especially** 61:6 112:6
**ESQ** 2:6,11,15 6:6 132:12
**establish** 46:14
**estate** 54:6,11,18 60:18,24 63:10,11
63:13 64:3 109:10 155:23
**estimate** 123:13
**event** 148:10,11

**events** 164:17
**everybody** 67:22 129:20,21,22
**everyday** 193:7
**ex-employee** 137:2
**exactly** 49:22 77:16 84:17 88:13
115:10 119:13 139:6 158:3 192:5
**examination** 3:8,15 6:5 132:11
207:17 209:4
**examined** 5:20
**example** 32:20
**excited** 38:23 165:6
**excuse** 62:13 79:25 180:23 200:8,8
**executed** 150:7
**execution** 159:11 164:17 187:11
**exhibit** 14:12,15,17 18:8,21,24
26:22 27:2,5,18,21,24 32:25 33:7
33:16,22 34:3 44:8 48:18,21
53:13,16,18 57:11,20 58:19 63:2
63:5 69:10,13 77:5,8 80:5,8 86:19
86:25 87:14 119:19,22 125:5
128:4,6 133:25 134:4 150:20
169:17,20 170:14 209:9,10,11,12
209:13,14,15,16,17,18,19,20,21
209:22,23,24 210:4,5
**existed** 195:6
**existence** 94:10,15
**expand** 114:5 121:13 152:15
**expect** 50:23
**expected** 51:8
**expedited** 166:4
**experience** 11:10,12 41:14,17,25
42:3,8,14,20,21,24,25
**expert** 160:3 162:15,22 172:23
173:3 185:11
**expertise** 25:2,4 160:19,23 161:3,7
161:13 172:20 173:13,15
**experts** 187:9 188:3,4
**explain** 77:12 101:8
**explained** 25:18
**exposing** 191:7,20
**express** 4:14
**extensive** 174:8,22
**extract** 159:17
**extremely** 136:8,16
**eyes** 134:7

**F**

**F** 142:5 211:2
**F-E-E** 141:25 142:5
**fact** 5:11 39:3 196:22
**factories** 138:23,24,25 139:3,9,13
146:4,6,9,10,11 147:5
**factory** 43:11 146:14,15,18,20
147:10,11
**fails** 148:11
**fair** 61:3,3
**fairly** 166:4
**Falcon** 2:4,15 6:9
**familiar** 17:9,11,20,23 28:8 34:19

132:20
**family** 28:24 29:2,4 43:15
**Fantasia** 211:4,22
**far** 22:2 25:24 45:16 83:3 122:12
    129:23 140:10 153:23 184:18
**Federal** 1:17 3:3
**fee** 141:17,19,25 142:4,9 143:2,22
    144:2,8,10 145:14,20,21 147:19
    148:10,11
**feel** 25:11 102:13 158:15 188:6,10
**feeling** 167:20,21
**feels** 192:8
**fees** 144:14
**feet** 192:6
**fell** 106:2
**felt** 157:14,15
**Fern** 109:7,12,15 112:20 152:25
    153:9
**Feuer** 2:17 19:4 27:7 102:2
**figure** 198:6
**filed** 23:17 153:24
**files** 153:22
**filing** 3:8
**fill** 42:13
**final** 58:21 189:23 191:5 194:4,7
**finally** 187:18
**finance** 13:16,17 138:15 140:23
**financial** 20:5,8,13 22:9 50:20
    154:5 162:8,10,15 172:23 173:15
    183:8 184:6,8 187:16 199:19
    203:4,8,14
**financials** 173:4 176:20
**financing** 194:9
**find** 101:6,20 103:3 149:19 168:18
**fine** 44:12 74:13 89:17,18 150:12
    198:7
**finish** 62:13 96:6 115:12 117:22
    132:6 180:23
**finished** 23:8 61:8 96:9 116:5
    169:22
**fire** 6:16,20,20,21,21
**firm** 6:8
**first** 5:18 11:19 12:2 18:17 23:13
    25:10 26:13 27:13,15 28:7 29:11
    31:9 35:18 52:10 75:5 87:9 91:8
    91:20 101:12 102:9 124:3 134:9
    134:16 142:2,7,10,13 144:4
    146:25 148:7 150:17 157:2,19
    168:19 172:11,15 201:9,19
**fit** 24:15
**five** 12:16,16 59:21 136:2 140:10
    205:9 206:19,25
**fixed** 22:18
**flier** 6:18
**flow** 169:15 178:17 194:12 196:7
**focus** 160:17
**follow** 101:9
**followed** 82:14
**following** 157:24 175:9

**follows** 5:21
**followup** 150:11
**foot** 161:22
**force** 3:16
**Forget** 73:25
**forgot** 98:14 184:4 185:3
**form** 3:11 10:5 59:2 67:20 84:4,5
    120:22
**forth** 9:8 131:13 192:7,7 211:8
**forward** 54:25 89:13 118:19
**forwarded** 112:22
**forwarding** 50:15 54:22
**found** 106:3
**four** 117:14 135:25 177:25 179:18
    206:19,25
**Frank** 142:5
**Friedland** 64:4 107:16 129:19
    152:25 153:6 197:8 206:10
**friend** 72:14
**front** 16:22 90:16 106:8 125:6
    128:11 177:2
**fulfill** 190:3
**full** 52:14 102:17 137:4,12
**fully** 142:14
**functions** 40:16 41:23
**funding** 40:15 41:18,19,22 42:4
    160:9,13,17,18,20 184:16 187:15
**funny** 158:13,14
**furniture** 39:11 43:12 44:2
**further** 3:10,14 4:11 101:8 206:16
    211:13
**future** 5:2 144:13

## G

**G** 208:2
**game** 193:8
**Gandhi** 19:3 20:4 33:9 41:22
    169:13
**gaps** 42:14
**Gary** 53:11 56:19,22,24 57:3,7,14
**gathering** 175:6
**gear** 39:11
**general** 36:20,21 65:9 67:14,19
    129:9
**gentleman** 90:7,8 108:16
**getting** 23:18 46:3 94:22 96:20
    127:4 144:22 149:2 161:21
    167:16,19 168:5 178:3 180:10,11
    181:5 189:25 195:16 200:11,11
    205:11
**GG** 27:10 28:3 49:6
**give** 19:7 25:22,23 30:8 33:12
    114:14 165:24 206:23
**given** 208:13 211:11
**gives** 168:24
**Glen** 136:23,25 137:2 138:3,5
**Glen's** 137:4,22
**Glickman** 49:25 50:2
**Global** 1:3 6:10,10 17:24 18:16

19:18 22:23 23:11 24:3,11,19,23
    27:25 35:13 36:19,24,25 37:10,14
    38:7 44:20 45:4,10,11,14 46:4,5
    46:22 47:17,19,23,24 48:4 49:4
    50:19 51:5,13,19 52:12,16 53:5
    54:22 56:2 63:18 65:7,9,12,15,24
    66:6 68:2,3,6,12,25 70:24 71:3,18
    71:23 72:23,25 73:5,13,17,21,22
    74:9,14 75:3,15,17,19,25 76:16
    76:17,18,25 79:6,8 83:14,23 84:3
    84:15,19,23 85:25 86:14 91:22
    97:11,15,19 101:12 102:3,16
    103:7 104:7,17,17,18 105:6 106:3
    106:5 107:24 108:2,6,14,22,23
    109:5,11 111:5,13 114:20 116:19
    116:23 117:17 118:3,22 119:2,7
    119:12,12 122:4,8,14 127:11,15
    128:14 129:2,6,16 130:7,14,21,25
    131:3,10 144:18 156:24 157:5
    158:8,18,24 163:23 164:10
    165:19,20,21 166:8,9,13,19,24
    167:4,14,16,18 168:8,9,23 175:21
    175:24 181:3,5 187:7 191:17
    193:22 196:13 202:22 203:7,13
**Global's** 25:2 44:18 52:6 55:11
    75:23 78:15 79:24 118:23 127:19
    127:20 131:17 175:16 195:19,24
    197:7
**go** 1:3 6:10,10,22 17:24 18:16
    19:18 20:2 22:23 23:11 24:2,11
    24:12,16,19,23 25:2 27:25 33:24
    33:24 34:17 35:13 36:19,24,25
    37:5,10,14 38:7 40:20 44:18,20
    45:3,10,11,14 46:4,5,15,22 47:17
    47:19,23,24 48:4 49:4 50:17,19
    51:4,13,19 52:6,12,16 53:5,23
    54:22 55:11,13,14 56:2 57:23
    62:6 65:7,9,12,14,23 66:6 68:2,3
    68:6,12,24 69:14,19 70:23 71:3
    71:18,23 72:5,22,25 73:4,13,17
    73:21,22 74:8,14 75:3,15,16,19
    75:23,24 76:16,17,18,25 77:14,21
    78:15 79:5,5,8,23 80:12,22 82:12
    83:14,23 84:3,15,18,23 85:25
    86:14 89:13,21 91:22 97:11,15,19
    101:12 102:3,16 103:7 104:6,17
    104:17,18 105:6 106:3,5 107:24
    107:25 108:6,13,22,23 109:4,11
    111:5,13 114:3,20 116:6,19,23
    117:2,4,17 118:2,21,23 119:2,6
    119:12,12 122:4,8,14,23 125:8,14
    127:11,15,19,20 128:12,14,16
    129:2,6,15 130:7,14,21,25 131:3
    131:5,10,17,25 144:18,18,23
    148:21 150:15 151:3 153:5
    156:23 157:4 158:8,18,24 163:22
    164:7,10 165:19,20,21 166:8,9,13
    166:14,19,21,24 167:4,14,16,18
    167:25 168:2,8,9,23 170:25

171:12 172:25 175:16,21,23
181:3,5 182:4 184:12 187:7
188:12 191:17 192:16 193:9,11
193:21 195:18,21,24 196:13
197:6 198:17 201:3 202:22 203:7
203:12
**goes** 143:3 187:14
**going** 6:21 9:8,25 14:23 20:25
22:22 26:22 31:7 39:25 40:4,17
41:5,10 48:15 62:4 64:11 67:3
83:5 87:2 89:11,13 93:23 94:24
95:2 96:4 99:13 102:10 103:4
104:14 106:4 113:24,24 114:3,7
115:2 118:19 122:12 124:17
144:21 148:24 151:14 154:14
163:23 164:9 166:15 172:20
176:18 180:12 181:20 186:11
190:2,3 197:23 199:7,10 200:14
201:2,7,10,11,16,22,25,25 203:19
207:2
**good** 59:10 61:2 67:3,6,7 71:5,10
71:13,15 105:23 110:2,13 111:6,8
111:20,24,25 112:9,10 131:22
132:7 197:25
**Goodman** 119:16 120:2 121:23
**graduate** 10:19,23
**graphic** 51:25 52:4,6 53:4,5
**great** 58:4,8
**Greco** 199:2
**GREENBAUM** 2:9
**gross** 140:5
**Group** 96:4 103:14
**guess** 15:21 51:24 59:12 82:20
**guide** 6:22
**guy** 72:4 97:2 102:14,14,20 107:9
121:19 159:6 161:17 178:24
189:8,22
**guys** 37:2 38:23

---

**H**

**H** 209:7 210:2
**half** 11:16,18 83:6 87:6 88:12,13,14
113:7 165:2 202:7,20
**hand** 188:11 211:19
**hand-to-hand** 192:4
**handle** 159:11 199:10
**hang** 158:4
**happen** 9:9 22:5 47:11 123:12
149:19
**happened** 18:18 65:19 98:6,10
104:10 166:10,12 205:7
**happening** 22:17 135:19
**happens** 178:22
**happy** 113:7
**head** 102:20 115:16,18,19 160:7
**header** 150:15
**healthy** 21:17,24 105:22
**hear** 28:16 142:2,7,10 152:5 205:19
**heard** 28:14 106:13 144:4

**heavy** 64:11
**Helco** 199:16
**held** 1:18 87:4
**help** 6:22 25:5 176:10 177:3 180:18
182:2,17 190:18 199:17
**helpful** 140:18
**helping** 59:25 162:3
**helps** 58:23
**hereinbefore** 211:8
**hereto** 3:6
**hereunto** 211:19
**Hi** 122:17 125:11
**high** 10:17 122:18
**higher** 202:19
**highlight** 171:9 191:9
**highlighted** 176:25
**highlighting** 192:13,18
**Highway** 2:5
**hire** 42:5 117:20 186:11,17 190:15
190:20 191:3
**hired** 42:11,13 185:21,25 186:3,14
186:20,20 187:22,24 188:4 189:5
189:10,21,22 190:3,9,10,11,18
**hiring** 199:6
**Hold** 84:5 151:15
**hope** 10:17
**hoping** 24:18 86:9
**hour** 83:6 131:23 197:24
**HR** 162:17 187:16 199:9
**Human** 40:15 41:23 162:19
**hundred** 30:11 40:7 47:15 99:10,15
196:23,25

---

**I**

**Ian** 183:22,23,23
**iconic** 38:17
**ID** 209:8
**idea** 24:5 36:19,23 44:19 84:18
111:3 122:10 152:11 173:24
191:18
**Identification** 14:14
**immediately** 164:25
**impact** 149:14 194:11
**implemented** 138:13 144:12
**import** 112:8,16 138:13,19,22
140:3 141:23,25 142:8 145:14
172:20 182:23
**importability** 180:11
**importing** 139:12 146:3
**imports** 145:23 147:7
**inability** 173:18
**inadequately** 206:18
**Inc./DOM** 28:24
**include** 75:23
**included** 143:7
**including** 48:7 112:20 188:17
**incomplete** 88:7,10 89:9
**incorporate** 194:10
**increase** 117:14

**independent** 57:6 151:5 188:21
194:20
**independently** 189:15
**Index** 1:6
**India** 43:7
**indicated** 143:4
**indicating** 171:11 191:11 193:23
**indirectly** 171:6
**individual** 8:21 207:10
**individually** 24:9
**individuals** 190:21
**Industries** 1:9 43:22
**information** 5:13 15:18 23:11,19
26:4 45:17,18 51:12,19,23 63:14
74:21,24 75:21,24 76:5,6,9 78:9
78:10 79:22,24 120:4,5 121:8,15
122:13,20 123:8 127:5 131:7
166:14 175:6 178:3 179:6 185:18
188:14 191:7,13,17 196:9,11,15
196:16 197:3,5,10,13 199:24
**Ingrid** 142:4
**inherent** 40:16 41:24
**input** 184:18
**inside** 39:20 79:23 105:21 190:23
199:23 204:17
**instance** 67:25
**intellectual** 17:19 21:5,10 61:12
62:3 92:21 133:3 159:16 163:21
200:17 202:6,24 203:20 204:19
205:24
**intention** 38:4 40:8 104:19 105:5
105:13 164:2
**interested** 21:9,19,20 39:3 60:21
85:24 86:11,14 131:15 148:18
211:16
**internal** 55:9 171:14 180:15,17
181:2,9 182:2,9,16
**internally** 173:19 188:3
**introduced** 18:16 19:18,23 35:19
166:19
**introduction** 22:24 36:3
**invalid** 124:10
**inventory** 138:17
**invest** 37:8 55:21,23 58:9,13 60:3
60:15 66:9,11,15 71:7 72:3
110:18
**invested** 60:23 66:17,21 67:8
110:19,21 141:11
**investing** 56:13 59:15 101:6
**investment** 38:15 49:5 50:19 52:2
57:8 58:4,8,12,24 59:6,10,14
64:12,24 67:3,6 107:2 111:24
112:2 145:8 185:12,13 188:15
**investments** 60:4
**investor** 72:13 96:5 100:18,19
106:17,22 108:18 109:8 110:11
115:3 120:3 121:19 150:3 153:18
179:3 206:7,11
**investors** 61:14 67:12,13,15 76:16

78:24 85:22 86:2 100:19 104:22
106:11 107:4,5,12 112:19 113:21
117:13 121:20 145:11,13 151:11
152:22,24 165:16 167:24 196:21
199:18 204:9,21 205:19,25 206:2
**involved** 8:20,24 43:2 47:21 48:11
48:14 49:23 50:2,3,4,8 63:11
127:3 135:9,21 136:2 155:23
161:7 163:5
**IP** 17:14 31:12 62:14 175:3,8
187:23 188:11 192:25 200:11,11
200:12,15,23,24 201:6,9,19
202:18 203:22 205:18
**IPS** 18:13
**Israel** 107:10
**issue** 105:11 163:11,14
**items** 43:2 136:14 188:9

—————————————
**J**
—————————————
**jack** 33:9 35:10 36:11 37:19 72:10
90:4 95:16,17 143:7 153:2,12,16
155:3,8,15,17,21,23 156:6,15
158:9 159:4,9
**Jack's** 156:23
**Jacob** 72:8,12,13,15,17,19,23 73:2
73:4,9,16 74:6,6,7,10,14 80:2
81:15,18 106:24 197:8 206:4
**Jacoba** 108:17
**Jeff** 47:21 90:6 102:20
**Jen** 36:11
**Jennie** 1:19 211:4,22
**Jersey** 2:10
**Jessica** 2:15 90:11
**JFR** 63:11,12,18 64:2
**job** 11:23 12:20 14:5
**join** 67:18 168:4
**joined** 105:7
**joint** 17:25 37:2 146:13
**joke** 165:25
**Joseph** 64:4 107:15 152:25 153:6
189:8,8,10,22 197:8 206:10
**jskoff@greenbaumlaw.com** 2:12
**Judah** 2:11 87:19 124:18
**July** 28:7,13 31:12 92:23,24,25
93:3 168:19 186:3 189:12 190:13
**jump** 18:6
**June** 18:19 19:19,20 29:25 31:17
33:10 34:19 38:6 50:16 52:11,23
53:12,24 57:15 62:24 64:11 65:21
69:16 74:18 75:6 76:25 80:3
81:22 83:15,18,20,24 84:12,15
87:4,10,21 89:22 91:10 92:14,17
92:19 93:3,5,9,18 94:2,6,16,18
96:12 97:16,23,23 98:2,2,17
101:15 103:24 104:5,13 113:2
119:16 124:25 125:17 126:11
127:7,11,14 128:8 156:16,24
157:2,25 158:2,20,21,25 166:17
169:14 174:15 175:19,20 189:13

194:5 195:6 198:22 199:5 200:4
**juvenile** 39:11

—————————————
**K**
—————————————
**K** 5:17 208:2
**keep** 44:10,10 81:4 107:25 111:12
**kept** 157:9 165:14 199:19
**kick** 145:6
**kickback** 166:25 167:5 168:5
**kickbacks** 167:16,19
**kicks** 145:6
**Kiko** 199:2
**Kilgallen** 1:20 211:22
**kind** 84:21,25 154:7 166:24 168:5
**kinds** 41:25
**knew** 23:7 35:9 39:19,20,21 51:18
61:22 104:2 116:19,23 125:21
127:3 142:15 157:19 158:13
161:21 164:2 166:13 186:10,10
186:11 189:25 190:22,23 198:24
199:6,9 200:14 205:14
**know** 6:14,24 7:13,17,25 9:24
17:12,13,20 18:15 19:8,12,24
22:14,16,19 23:22 24:9 25:6,12
26:9,12 28:10 30:17,20 31:5,21
31:25 33:14 35:14 36:6 42:5
44:17 45:14,17 46:19 47:22 48:9
49:22 50:13 51:4,8,10,12 54:12
56:24 58:14 59:12 61:2 65:11,18
66:17 71:9 72:22 73:4,7,8,12,15
73:16 74:8,11,11 75:13,18 76:2,9
78:4,17,18 79:15 81:6,7,9,13 82:2
82:4,13,16,17 83:3,25 84:7 88:13
89:8 90:2,3 92:3,19,20 93:2,4
94:5 95:9,11,14,23 97:14,17,18
97:21 98:3,18,20,25 99:5 104:23
105:11 107:9,13 108:16,19,25
109:4,6,7,9 110:8,8 111:8 112:12
116:17 117:17 118:2 119:10,11
121:22 122:11 124:20,21,22
126:4,7,12,18 127:2 128:19,22,25
129:8,10,24 131:12 132:15 133:4
133:6 134:15,21 136:6 137:5,12
139:21 140:5 141:5,16 142:8,20
143:18 144:5 146:16,18 147:2,15
147:21 149:25 150:3 151:2,4,24
152:4,4,17,20 153:18,21,23 154:7
155:4 156:15,23 158:9 161:19
163:18,19 166:10,12,15,18,23
168:6 169:2,9,22,24 171:21,24
174:12,16,20,24 175:4,15 176:8
176:23 177:6,10,12 178:9,16
179:4,16,24,25 180:21,25 181:7
181:14,16,23 182:12 183:4 184:4
184:5 185:16 189:10,19,21
190:14 191:16,20 192:3 193:8,17
194:24 195:7,8,9,24 196:3,6,22
199:12 200:13,14,21 201:18,21
202:5,22 206:13,22 207:7

**knowing** 51:22
**knowledge** 5:9,13 91:9 103:11
**knows** 66:18 164:18,22,23

—————————————
**L**
—————————————
**L** 208:2
**lack** 180:15 181:2,8
**ladies** 35:15 90:7
**landlord** 108:20
**large** 39:18 185:12,13
**laughed** 118:24
**law** 4:16 6:8
**lawsuit** 8:11,21,23 9:5
**lawsuits** 8:13 9:8,11
**lawyer** 29:17 30:13 47:10,13
123:23 124:2,7,9 160:24 164:24
164:25 165:9 183:20,21
**lawyers** 178:2 184:3
**Lazard** 23:4,5,6,14,21 26:3 45:5,18
46:6,22 48:10 62:18 73:9,20 79:8
108:3 111:15 114:19 122:14 122:6
122:15,21 127:3 129:3,24 165:20
166:18,22,24 167:17 171:5,22
175:25 176:18 178:4,13,20,22
179:7,13 186:7 193:13 195:11
196:12,16 197:15,19 199:23
**learn** 98:16 103:17,19
**learned** 10:15 46:19 103:23
**lease** 187:15
**leases** 60:22 133:7,8,9,10,11,12,14
133:20 148:13,20 149:13 152:2
159:17,25 161:3,7,13,23,24,25
162:2 163:22 170:8
**leave** 14:20
**left** 145:11 149:7 158:2,4 197:25
198:4
**legal** 124:5,11 160:23,25 183:8,15
183:17,19 187:15
**legwork** 113:6 115:9 116:8,11
117:17 118:2
**let's** 70:3 84:16 131:25 132:5
150:11 155:2
**letting** 72:5
**level** 122:18
**Liability** 134:11,19 150:25
**license** 5:16
**licenses** 11:3
**licensing** 11:6
**lifetime** 38:16,20
**light** 123:3 159:4
**liked** 71:22,23
**limit** 204:5
**limitation** 147:17,18
**limitations** 147:16
**limited** 37:11,12 106:17,18,21
134:11,18 150:25
**line** 19:5 113:3 116:3 205:6
**link** 77:2,20 80:20,25
**list** 15:13,15 187:14

**listed** 15:6 145:22
**listen** 61:22 94:23 95:2 115:22 165:6 174:4
**listening** 86:12 92:8 95:5,6,19,20 96:22
**litigation** 4:18 17:3,7 85:14
**little** 59:12 114:6 118:6 119:9 168:7 201:20
**Livingston** 2:10
**LLC** 1:3 132:21 134:12 135:6 153:15,19 210:13
**LLP** 2:9
**locations** 4:7
**logistics** 159:10,12,13 163:5,9,12 163:18 187:18 190:6,6
**long** 8:14,18 10:14 142:23 143:9 162:2
**look** 32:17 58:3,24 59:6 77:15 112:18 204:7
**looked** 15:9 58:14,16 151:21
**looking** 21:15 24:12 48:8 51:16 55:2 58:9 60:12 61:13 62:14 67:22,24,25 71:7 90:17,18,20 91:7 101:4,21 104:22 113:19,22 117:12 134:14 137:14 148:21 149:7 151:6 153:3 155:18 156:7 162:25 187:10 194:9
**lose** 96:4
**loss** 154:17
**losses** 154:19
**lost** 154:22
**lot** 102:10 106:19 112:4 123:9,12 136:15 138:13 192:7 193:7 199:12
**lots** 126:12
**LRP** 49:6 53:6 54:22 68:12 108:14 108:23 111:5
**lunch** 131:23
**luncheon** 132:9

---

**M**

**M** 5:17 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1

112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:2 209:5 210:12
**mailbox** 49:21
**main** 41:3 136:19 155:24 159:6 161:19 178:23,24
**making** 43:24 117:16,16 160:8,10 204:17
**management** 40:18 143:2 148:10
**manager** 11:24 13:12 142:24
**managing** 41:25 42:4
**manner** 4:13
**manufacture** 12:22 44:3,6
**manufacturing** 43:25
**marbles** 144:9
**March** 125:22
**margin** 140:2 180:12
**mark** 1:14 5:11,14,24 27:4,7,23 44:13,15,17 48:22,25 49:3 53:11 57:14,21 62:23 69:7,15,20 83:13 85:12 86:20 87:13 89:21 90:15 93:24 96:7 110:23 113:4 114:13 114:13 115:11,11,17 117:21,21 117:23 118:2 119:14 121:3 124:5 124:12,19,23 128:7,10 132:13,15 133:22 134:13,15,16 142:16 148:2 169:13 176:16,16,24 179:14 198:15,20 200:8 208:7,17
**marked** 14:14 18:8,23 26:25 27:20 33:6 48:20 53:15 57:19 63:4 69:12 77:7 80:7 86:24 119:21 125:4 128:3 134:3,7 169:19
**market** 39:16 44:6 161:20,22,25 200:21 205:11
**marriage** 211:14
**married** 100:20
**Mason** 53:12 56:20,22,24 57:3,7,15 200:21 205:11
**matching** 178:18
**materials** 68:17 75:9,12 107:22
**matter** 6:10 56:17 211:17
**max** 202:18
**Mazer** 153:15,16

---

**Me's** 158:24 162:14 194:20
**mean** 11:11 17:11,16 19:24,24 25:9 25:15 34:6 36:21 37:12 41:7,19 47:17 59:24 61:7 67:2 86:8,9 92:12 100:25 113:14 120:10 121:6,7,10 124:10 131:2,23 136:4 136:5,6 159:20 160:15 197:4
**means** 41:13 130:10 146:6
**meant** 26:2
**medication** 9:16 10:8,11
**meet** 16:3,5 24:2,10,16 102:19
**meeting** 4:9 18:3,17 25:10 37:9,18 37:20 38:2,6,11 64:23 70:8,10,11 72:7 73:3 83:14,17,20,24 84:8,11 84:12,15 87:3,10,21 89:22 90:2 91:10,13,17,23,25 92:16 93:5,6,8 93:11,18,20 94:3,7,16,21,22,24 95:3 96:11 97:10,11,15,19,20,23 98:2,7,10 100:11,23 101:15 102:9 102:21,22,23,24 103:2,5 104:11 104:12,13 105:4 106:14 113:12 118:14,18 119:3 127:11,15 156:16,24 157:25 158:3,21,23 159:3 160:2 165:23 210:11
**meetings** 70:12 90:21 103:3 111:16 119:4,6,12,13 199:4,9
**members** 152:17,20 156:20
**memory** 9:17
**mentioned** 21:6 45:3 63:22 101:5 101:10 103:20,21 118:5 137:7 143:11 144:17,20 159:8 168:15 168:16 197:17
**mentioning** 43:14 107:25 118:24 158:3
**mentions** 143:22
**merchandise** 39:12 136:13
**met** 16:4,8,9 25:10,13 72:19 156:25
**Michael** 53:11 54:2,5 55:8 56:23,25 57:4,14 59:7 60:17 61:11 62:9 106:23
**Microsoft** 160:2
**middle** 40:10 51:25 140:13 178:12 181:6 185:10
**Mike** 58:3,14 60:23 63:15 66:2
**Milan** 19:3 20:4,20,23 22:9 31:19 33:9 34:10,11,12 35:10 38:14 41:10 50:12 72:9 76:24 82:6 90:4 95:13 126:15,18,24 127:3 169:13 172:6 176:10 177:2,19 194:6
**Milan's** 34:13
**million** 36:7 50:23,23 51:5,9,17 52:13 53:3 59:21 66:16 101:14,16 103:15 113:5,23 114:2,2,6 115:9 116:8 140:10 141:6,7 143:2,12 145:2,4,5,8,15 149:12 154:18,20 159:23 202:7,20 206:5,9
**mind** 192:21 196:24
**mine** 63:12 146:22
**mini-models** 195:13

---

**minutes** 83:10 131:23 151:22 158:5
    198:8
**mispronounce** 63:23 108:17
**mispronouncing** 44:11
**missed** 207:3
**misspoken** 181:7
**mistake** 164:23 165:8,9,10
**mistaken** 18:18 23:15 31:11 35:15
    47:20 79:18 99:3 101:14 103:20
    121:14 143:6 154:19 156:9,10
    159:22 167:10 176:12 186:2
    200:21
**mistakes** 39:20 112:5
**model** 48:7,9,10 50:20 51:11,11,15
    53:6 54:22 56:2 65:6,8,12,15,24
    66:6 67:23,24 68:2,4,6,12,25
    70:24 71:4,18,22,23 72:23,25
    73:5,13 74:9,15 75:3,14,15,19
    76:11,18 77:10,12,17,18 78:22
    79:6,7 83:4 101:12,18 108:2,6,7,8
    108:23,24,25 109:2,5,11,13,14
    110:2,13,22,25 111:6,6,8,13,14
    111:14,17,18,19,20 112:9,10,11
    112:14,17,21,22,24 113:15 114:4
    114:8,9 117:11 118:21,23,25
    119:2,2 121:24 122:16 129:16,23
    131:13 144:19 169:15 175:16,21
    175:24 176:13 188:21,23,25
    189:14,17 193:21,23,23 194:13
    194:17,21 195:10,13,14,15,19,25
    196:20,21 197:7,14,15,17,22
    199:20 203:18
**models** 76:15,21 79:21 101:11
    107:24 111:8 131:12
**models/deal** 188:16
**modified** 111:11,12
**MOISHE** 2:18
**moment** 19:7 33:12 74:3 133:21
    202:2 205:17,22
**Monday** 25:11 75:10 81:22
**money** 22:19 36:24 52:24 55:24
    56:14 60:3,5,15 61:6,13 62:20
    71:9 85:21,23,25 101:7,13,19,21
    103:9 104:23,25 105:3 106:4,8
    107:14 113:17 116:12,14,17,24
    139:17,21 141:10 145:19 149:9
    165:24 172:21 173:7,10 178:24
    184:12,13 204:9,20 206:7
**month** 76:8
**months** 135:13,15,25 136:2
**MOORE** 2:15 90:13
**morning** 6:7 88:2
**Moskowitz** 189:9,11
**mouth** 144:9
**moved** 91:19,20
**movement** 7:4

                    **N**

**N** 2:2 208:2,2 209:2

**name** 5:23 6:7 12:7 24:14 34:8 35:4
    44:4,11 45:8 48:13 49:18,24
    52:23 53:20 54:12 72:8 79:8 97:2
    97:3 107:5,9,11,20,21 108:5,17
    111:2 122:15 137:4,6,8,12,16,22
    146:16,23,24,25 147:2,4 153:7,10
    189:8 194:19 196:17 197:20
    205:3,10,13,14,15,16
**named** 63:22 102:2 118:5
**names** 43:17 90:23 91:2 107:8
**native** 82:20 210:10
**nature** 6:14 21:13
**NDA** 23:4,23 27:10 28:11,13,14
    29:14,15,19 30:5,24 31:10 32:6,9
    44:19 47:10,13,16 73:10,17,19
    80:21 120:9,10,12,15,19 121:5,9
    121:16 122:21 123:5,7,15 124:10
    124:10 164:5,8,11,13,17 168:10
    168:12
**NDA's** 120:21,25 121:12 123:10,20
    188:17
**necessarily** 104:21
**necessary** 34:14 58:23
**need** 7:12,18 8:2 17:17 22:18 26:11
    29:16 32:18 33:14 39:7 44:12
    50:9 61:6 104:25 106:22 121:16
    121:20,20 122:20 123:11 124:7
    126:23 127:2 161:14 172:12
    180:2,22 181:18 182:14 183:2
    188:14 191:15 192:10 194:22
    199:25 204:13
**needed** 23:5 32:5 62:20 73:10
    120:4 171:17 186:7 188:7,10,12
    188:15 202:9
**needs** 13:9 22:16,20 32:10,16 120:6
    121:8
**never** 30:5 37:24 38:5 79:4
**new** 1:2,21 2:5,10 5:20 6:4 23:7,10
    35:2 46:11 57:13 91:18 149:11
    208:4,22 211:5
**Newco** 40:18
**nicely** 40:20
**night** 25:11
**No.1:23-cv-07987** 1:6
**nod** 7:4
**noncertified** 89:8
**nondisclosure** 28:2 120:12,16
**north** 43:3
**Notary** 1:20 3:16 5:19 208:22
    211:4
**notations** 210:12
**note** 8:2 90:22,24 91:4 101:22
    134:6
**notepad** 210:12
**notes** 16:19,22 93:18,20 94:2,6
    210:11
**notice** 18:7 21:5 209:9
**noticed** 136:3
**number** 19:2 26:18 28:3 53:10

    57:16 62:24 69:17 77:2 80:9
    87:15 112:13 119:16 125:2 128:9
    149:13 192:13,18 200:3 202:10
    202:11,14,15,17
**numbers** 33:10 140:7 178:18
**NY** 5:16

                    **O**

**O** 5:17 208:2
**oath** 8:7 208:9
**object** 89:3 184:20
**objection** 4:24 5:2,4,5,6 10:5 59:2,8
    67:20 84:4,5 87:13 89:5,14
    120:22 121:2 124:4,11
**objections** 3:11
**obtain** 166:8 168:7
**obtained** 75:24
**Obviously** 31:4 34:8 75:20 175:19
    175:23
**occurred** 34:19 97:20
**October** 1:12 208:10 211:20
**October/November** 140:16
**offer** 84:17,19 106:19
**offered** 117:7
**offering** 114:11
**office** 43:6,8,9 83:21 91:19,21
    192:5,6
**offices** 43:3 158:25
**okay** 6:21 14:23 15:20 19:16 20:22
    22:15 26:12 35:8 46:10 51:25
    55:17 62:16 64:8 69:3 74:13 83:8
    88:3 94:19 100:3 114:15 126:9
    127:23 135:9 137:17,21,25
    140:18 142:21 143:8,21 144:3,7
    147:13 150:5 151:18 152:8
    154:13,24 170:16 183:6 191:12
    193:5 197:2 198:7 200:19
**old** 155:15 159:25 161:23
**onboard** 198:24
**once** 6:13 20:9,12 38:16,20
**open** 149:11 152:12
**opened** 12:2
**operating** 41:14 135:7 150:22
    151:5,10 183:11 210:14
**operation** 21:16,23 35:20,23 39:19
    51:17 66:24 103:11 104:24,24
    105:23 106:11 152:16 156:3
    190:22 199:8
**operation's** 187:16
**operations** 13:21 136:8 140:15
**opinion** 106:5 182:15
**opportunity** 24:22 38:15,16,21
    40:2 44:5 70:19 71:5 110:3
    122:19
**opposed** 190:21
**option** 113:16 204:14
**Oracle** 159:25
**oral** 169:7
**order** 26:23 30:9 89:21 172:14

194:8
**organization** 105:21
**organize** 145:17
**original** 111:15 134:22 144:25
    145:7
**originally** 129:25 148:21,23,24
    149:5
**originated** 162:2
**ourself** 160:4 164:9
**outcome** 211:17
**outside** 48:2 158:5
**outsider** 105:2 162:7
**overlook** 13:21
**overseas** 75:7 107:7
**oversees** 146:7
**overwhelmed** 177:8,11
**owed** 178:25
**owner** 64:2
**owners** 38:17 47:22
**owns** 54:17 132:15,23 133:7 146:18
    146:21

**P**

**P** 2:2,2
**P&L** 154:8,10 210:16
**p.m** 207:18
**package** 62:15 204:7
**pad** 90:15,22,24 91:4 93:24
**page** 14:24 28:18,19 40:9 69:18
    100:13 134:9 149:19 150:17
    151:16 193:16 209:4 210:3,9
**pages** 169:23
**paid** 34:23 35:7 141:7,10
**papers** 147:3
**paragraph** 38:15 40:10,14 143:4
    143:22 171:8 175:10 178:12
    180:14 185:10 187:6 188:13
    191:6 194:4,7
**Pardon** 31:24
**part** 43:14 52:6 98:3 112:25 116:9
    141:12 181:24 182:3
**partial** 89:15
**participate** 57:3 64:21 70:20 72:6
**participated** 87:10 89:22,25 90:20
**participating** 4:8
**particular** 65:23 66:5 90:21 91:21
    98:8 108:2 114:12,24 115:24
**parties** 3:6 4:3,15 34:15 211:15
**partner** 24:24 36:20,22 37:5,11
    54:6 63:12 103:7 106:17,18 115:4
    146:22
**partner's** 146:23
**partnering** 115:25 117:10
**partners** 113:21 115:6 188:14
**partnership** 21:2 24:20 36:14,16
    37:2,8 53:3 84:21,23 153:15,16
**party** 122:21
**Patty** 48:13 79:19 111:16 118:5,8,9
    118:12,14 119:3 124:24 125:10

186:7 187:4
**pause** 19:10,15 74:5 83:12 85:9
    89:2 132:4 143:20 147:25 148:6
    151:20 152:10 170:2,10 193:20
    198:12 202:4
**pay** 113:7,8 114:10,20 117:7 160:4
    202:19 204:25
**PELTZ** 2:18
**penalty** 8:7
**pending** 8:3
**people** 19:5 23:15 24:5,10,12,16
    42:6,11,11,13 43:6 45:22 55:7
    60:7 64:20 71:6,8 95:9,15 105:20
    105:20,21 106:6 107:7 110:7,8
    116:16 117:20 127:4 157:19
    171:25 172:3,9,12,13 187:24
    188:8 189:2,3,5,7 190:9,9,10,11
    191:2 197:10 204:12 205:14,14
**percent** 30:11 40:7 47:15 99:10,15
    112:7,9 113:25 117:12,14,15
    140:2,4 144:20,23 145:6,10,22
    146:19,21 147:19 196:23,25
**perjury** 8:8
**permission** 30:8 73:17 168:24
    169:8
**person** 19:24 60:10 61:4 72:8 94:21
    96:19,23,25 99:4,5 107:11 108:19
    137:8 162:3 189:20
**person's** 107:20
**personal** 91:9
**personnel** 22:23,23 43:7
**Pete** 136:24 137:8,18 138:4,8
**Pete's** 137:12
**phone** 37:19 64:25 85:12 96:21
    166:12
**physical** 7:4,4
**physically** 4:23
**picked** 191:2
**piece** 52:3,17 114:6
**place** 40:20 89:5 172:15
**placed** 92:20 128:10 163:20 201:16
    202:24
**places** 139:9
**plaintiff** 1:5,16 2:4 8:10,16
**Plaintiff's** 14:15 18:8,23 26:21,25
    27:4,20,24 33:6 44:8 48:20 53:13
    53:15 57:17,19 63:4 69:12 77:7
    80:7 86:24 119:21 125:4 128:3
    134:3 169:19 209:8 210:3
**plan** 96:2 187:11
**platform** 4:9
**play** 115:16
**player** 102:14
**playing** 115:17,19
**please** 7:2,8,13,17,25 8:2 10:13
    11:10 56:10 57:24 62:13 74:3
    85:7 114:13 134:6 137:23 143:18
    170:11 180:23 193:17 202:2
**PLLC** 2:4,15

**plus** 50:25
**point** 52:14 55:3 81:22 102:15,17
    103:6 104:5 106:18 116:13 118:3
    125:17 131:22 171:13 174:14,21
    175:5,17,22 183:14 184:7 188:20
    189:14
**pointing** 52:20
**points** 52:3
**policy** 31:22 32:2
**Por** 96:4 103:14
**portion** 170:17 194:12
**portions** 66:5 87:7
**position** 13:23 14:9
**positively** 178:17
**possession** 99:20 135:2
**possible** 31:6 75:14 159:14 192:20
**potential** 17:25 20:25 24:20 57:8
    106:25
**potentially** 38:24
**predated** 134:22,25
**preface** 9:24
**prefer** 78:5
**preparation** 16:13
**prepare** 15:24 16:10,17,19 172:14
**prepared** 15:10 75:19 76:13 154:5
    195:11 206:18
**presence** 4:23
**present** 2:14 4:3 10:9 16:12
**presentation** 50:19 52:7,10,11,21
    122:18
**presented** 5:15 26:21 46:7 188:17
    197:9
**pressure** 30:24 31:6 47:16 165:21
    166:6,7 174:4
**pretty** 193:15
**prevent** 164:8
**preventing** 164:6
**previous** 58:21 198:14
**previously** 69:25 93:25 129:15
    195:19 203:3
**price** 145:22 167:25 168:2
**primarily** 206:21
**prior** 119:4,6 126:10 135:17 144:17
    161:18 166:17 190:15 198:18,21
    199:5 203:12
**probably** 201:20
**problem** 26:14 77:24 197:12
**Procedure** 1:18
**proceeding** 19:10,15 74:5 83:12
    85:9 89:2 132:4 143:20 147:25
    148:6 151:20 152:10 170:2,10
    193:20 198:12 202:4
**process** 6:23 133:19 176:21 180:9
    191:8,20 199:16
**produced** 17:3,6 87:17,20 89:10
    175:24
**production** 82:20 93:22,24 99:23
    149:23 150:7 151:13 154:3,10
**products** 138:14 139:18 146:3

**professional** 11:2
**professionals** 180:16 181:3,9
**profit** 60:16
**project** 125:12 126:13,14,22,25
  180:16
**projects** 60:25 67:9,13
**proper** 180:15 181:2,9
**properties** 21:6
**property** 17:19 21:10 60:12 61:12
  62:3 92:21 133:3 159:16 163:21
  200:17 202:6,24 203:20 204:20
  205:24
**provide** 36:24 173:9,12
**provided** 25:25 45:19 46:12 51:13
  51:19 184:18 195:25 196:3,6,9,13
**providing** 81:18 184:15
**provision** 151:3,21
**public** 1:21 3:16 5:19 144:24
  208:22 211:5
**pulling** 41:20
**purchase** 105:16 145:22 148:12
  149:14 200:15,17
**purchased** 17:14 93:2 132:16,24
  133:11,12,14,17 136:13,14,15
  145:23 161:23 175:8 200:22
**purchases** 151:25
**purchasing** 62:2 133:20 136:15,20
  138:16
**purpose** 4:17
**purposes** 134:6
**pursuant** 1:17
**pushed** 192:15
**pushing** 101:3 167:6,7,7,17
**put** 30:11 45:10 47:15 49:20 79:8
  89:14 107:13 108:4 122:15
  141:11 153:14 183:3 196:16
  197:20 199:14
**putting** 24:13 52:24 165:13,21
  179:8 204:10,15

**Q**

**quality** 110:24
**quantity** 136:14
**question** 3:12 7:9,12,18,21,22 8:3
  10:6,7 17:17 31:9 38:5 42:16
  58:21 59:4 67:7 75:5 85:17 89:20
  94:13 97:24 103:18 106:12
  109:18,21 114:14,17 115:13,23
  117:23 120:24 124:14,18,20
  126:3,7 152:5 161:5 163:7 178:7
  180:24 181:18 184:21 185:3
  186:13 191:12,13,24 192:17
  198:16,18
**questioning** 89:4,13
**questions** 6:17 7:3 57:25 65:2,3,4
  69:23 74:14 89:12,15 91:5 129:12
  170:19 177:7 179:20 180:3
  192:11 206:16 207:15
**quick** 83:7 151:4

**R**

**R** 2:2 5:17,17,17 205:8,8 211:2
**raise** 113:23
**raised** 114:2
**raising** 113:18 144:23 149:9
**Rappaport** 2:4,15 6:9
**reach** 131:8 202:11
**reached** 202:10
**read** 7:14 9:22 10:2,9 19:7,12 30:14
  30:21 33:12,18 41:21 85:16,18
  114:16,18 123:23 142:19 143:17
  147:20 148:2 168:12,12 169:21
  185:5 191:25 192:23 193:14,17
  193:25 194:2 208:8
**reading** 41:9 148:3 193:2
**reads** 100:17 124:2 173:17 174:7
  175:10
**ready** 132:13 134:16 169:24
**real** 54:6,11,18 60:18,24 63:10,11
  63:12 64:3 109:10 151:3 155:23
**realize** 125:9 182:24,24 201:20
**really** 16:21 35:24 79:3 95:10
  112:12 131:14 144:4 178:16
**reason** 22:5 25:20 79:16 85:24 86:4
  86:13 104:8,9 106:14 168:3
**reasons** 86:15,16 89:16 136:18
**recall** 9:2,4,6 28:17 32:20,23 35:4,5
  35:24 36:2 48:3 51:6,21,22 55:10
  55:18 57:5 65:4 68:20,21,24 71:2
  74:16 76:14 79:10 81:14 91:18
  92:18 93:7 95:10,25 96:14 100:22
  108:15 109:13 111:21 113:11
  118:6 119:25 123:14,15,17
  130:23 131:11,20 134:23 137:5
  139:6,10 159:9 163:25 165:11
  171:19 195:19,22 203:5
**receive** 144:10 193:6
**received** 51:3,7 74:20 131:7 141:13
  143:12 168:20 170:23 193:3
**receiving** 122:21
**recess** 132:9
**recognize** 14:21 27:10 34:5,6 49:8
  52:4 53:19,20 57:21 63:6 69:18
  77:9,13 80:11,13 119:24
**recognized** 205:11
**recollection** 19:17 70:7
**recommended** 24:5 166:18,20
**record** 4:21 5:23 6:2 26:6,7 78:2,5
  85:11,18 89:6 94:12 114:18 132:2
  134:6 150:13 185:4 206:17
  208:11,12 211:11
**recorded** 4:12 6:25 91:14,17,23
  93:6,11 94:23 96:12,20 97:10,12
  97:16,20
**recording** 4:13 87:21 91:25 92:4
  93:13,15 94:10,15 97:22,25 98:17
  99:2,17 103:24
**reduce** 145:7

**reducing** 167:25
**refer** 143:5 165:18
**referred** 101:25
**referring** 8:18 17:18 34:18 52:17
  70:5 73:23 74:24 75:13,18,20
  84:11 91:4 93:25 108:10 121:11
  131:13 176:22 178:10 179:12
  181:11 182:6,25 183:4
**reflect** 26:7 85:11
**reflected** 90:22
**reflecting** 114:11
**reflects** 113:17 114:25
**refresh** 19:17
**refusing** 124:13
**regard** 31:22 32:2 42:4 81:19
  156:13 162:13 163:2,12 173:6,23
  187:3
**regarding** 17:25 23:6 56:17 64:24
  79:5 198:18 199:13,15,16,19
**regardless** 104:17 105:6
**regards** 140:20
**regularly** 154:5
**related** 89:15 144:11 211:14
**relation** 23:14 31:17 55:5 78:15
  81:24 125:18 160:9,13 163:6
**relied** 46:17
**remained** 14:8
**remember** 80:15,17 95:18 131:14
  171:2 186:6 190:8,10 193:2
**remote** 4:7
**remotely** 4:5 5:19
**removed** 45:9 101:18
**rent** 161:20
**repeat** 17:4,15 122:13 202:16
**repeated** 7:13
**repeating** 105:24
**rephrase** 7:19 36:23 115:22
**reply** 34:9
**replying** 34:12
**report** 14:2,4 186:7
**reporter** 1:20 4:1,6,21 5:7,22,25
  7:5,14
**reporting** 4:10 88:6,22
**represent** 5:8 6:9 27:25 33:8 87:2
  87:19 170:6
**represented** 153:13
**representing** 88:9 160:25 174:19
  206:3
**request** 7:2 26:12 82:20
**requested** 33:17,23 34:4 44:18
  85:19 114:19 115:14 150:21
  170:15 185:5
**requesting** 32:21
**requests** 32:13 82:23
**REQUESTS/PRODUCTION**
  210:8
**reserved** 3:12
**resources** 116:20 162:19
**respective** 3:7

**respond** 74:20 114:14
**response** 38:13 110:16 157:7
**responsibilities** 13:15,20 14:5
   140:19
**Restated** 134:10,18 150:25
**restaurant** 35:2,3 83:15 84:8,11
   93:9
**restrictions** 165:2
**result** 197:3
**retail** 1:3 6:10,11 12:4 38:17 41:15
   41:18 161:3,8 187:15
**retailer** 36:11
**returns** 210:15
**revenue** 140:5
**review** 15:8 16:16 29:17 47:10,13
   48:4 75:8 92:9,17 112:17
**reviewed** 92:4 112:11,21,23 195:18
**reviewing** 92:12
**right** 11:18 13:5 16:23 18:10,13
   21:4,8 34:11 38:25 39:4 40:2,6
   42:9,14 44:23 49:14 51:14,23
   52:4,7,15 53:6 54:23 55:12 58:5
   60:5 61:17 68:2,7 71:11,15,24
   73:14 76:19 77:15 81:20 83:21
   86:2,5 90:14 91:5,7,11 92:11
   96:14 101:17 103:24 109:19
   110:25 113:6 116:21,25 117:3,8
   120:19 123:22 127:12,21 128:12
   129:17 137:10,13 138:12,17
   145:4,25 146:4 151:6 155:11,12
   158:25 162:5,22 165:5 167:23
   170:21 172:7,24 173:2 182:10
   186:24 188:5,9 190:13,18 196:10
   196:14 198:9,16 201:8 203:10
   205:7,19 207:14
**rip** 164:25
**risk** 42:4
**risks** 40:17 41:24 42:2
**Rockville** 2:5
**role** 17:2,5 59:22,24 135:12 138:10
   140:19 144:10 173:9
**roles** 138:2
**room** 23:21 26:3 44:18,21 45:2,5,7
   47:25 51:20 73:10,18 75:25 76:3
   80:21 108:4 111:15 122:5,9,14
   127:6,20 129:4,7 175:7 176:2
   196:12,14,16 199:23
**Roseland** 2:10
**rough** 89:7,8 113:2
**ROWE** 2:9
**Rule** 1:17 14:24 15:4
**rules** 1:17 6:22
**run** 30:12 36:25 50:24 51:17 60:2
   61:15 103:10 106:7,9 115:5 136:9
   136:11 159:21 178:17
**running** 12:20 37:15,25 38:7 66:24
   136:7 161:17 178:15 199:8
**rush** 164:8,13 165:14

**S**

**S** 2:2 5:17 209:7 210:2
**S-E-S-S-I-O-N** 132:10
**safe** 156:19
**salary** 141:4,5 145:20
**sales** 39:18 140:9
**Saturday** 164:14
**save** 22:19
**saw** 14:22 19:21 28:6 197:6
**saying** 23:10 95:24 99:25 100:6,15
   100:22 109:19 111:7,21 113:11
   119:2 127:13,16,22 128:22 129:9
   142:3,4 144:8 146:5 172:13 182:8
   182:11,12
**says** 14:24 20:19 40:14 41:10 50:18
   52:12,16 53:7 75:8,12 125:11
   134:18 142:22 148:8 150:24
   170:22 177:2 182:6 185:11 191:6
**sberlowitz@frblaw.com** 2:7
**schedule** 70:4 149:18 153:3
**scheduled** 207:8
**scheduling** 70:2
**school** 10:17,24 11:14 155:13
**Scott** 62:23 63:8,9,16 64:6,7,8
   65:11 66:7,11,12 68:6,14 69:15
   70:9,11,14,23 71:7,8,14,18 72:2,7
   72:13,22 74:8,13,17 75:6 76:10
   76:13 80:3 81:16,19 82:10 106:24
   112:20 129:16 130:13,20,24
   131:9,18 197:7 206:6
**Scott's** 72:14
**scrap** 128:14,22 130:11
**scrapping** 130:21
**screen** 10:3,10 26:16 48:25 62:22
   69:6 86:21 179:14
**scroll** 14:23 15:14 33:13,14,19,24
   169:23 170:11
**scrolled** 33:16,22 34:3 150:20
   170:14
**sealing** 3:8
**second** 29:13 38:2,10,14 40:9 73:8
   73:8 85:7 88:12 94:20,20 141:16
   142:19 151:15 171:4,8 188:13
   193:16 200:9
**section** 142:17 145:21
**secure** 194:9
**see** 14:18,25 15:3,6 19:20 21:2,3,7
   25:4 26:16 28:19,21,24 33:2,20
   34:16 40:22,23 44:4 48:24 50:16
   50:20,25 52:12,20 64:14 67:19
   69:6 74:22 75:10 79:22 80:21,23
   81:16 82:11 84:17 86:21 90:15
   100:18 101:10 113:8 116:9
   119:17 120:9 122:22,24 125:6,13
   125:15 128:10,15,17 134:13,16
   142:17 148:7,14,16 151:17,22
   153:4,6,6,9,9,12 171:7,10 173:19
   175:12 176:11,13,14,24 177:4,5

   178:19 179:14 180:18 182:3
   183:11 185:18 187:12,19 188:17
   191:8 193:21 194:14 195:10
   204:8
**seeing** 27:12,14 80:14 100:17
**seek** 60:4
**seen** 28:4 34:7 46:21
**self-evident** 201:21
**sell** 12:5,6 39:15 44:5 144:24
**selling** 139:24 145:3,3
**sells** 39:13 139:18
**send** 29:16 50:6 55:8,11,20 68:6
   76:12 78:10 82:23 107:22,24
   108:13,22 109:2,11 121:15,17
   122:3 123:8
**sending** 55:18 121:8
**sense** 21:2 112:23 141:23 159:7
   163:7 179:9
**sent** 48:5 49:10,13 50:11 54:2 56:3
   56:6,19 57:13 58:25 59:7 61:10
   63:14,15 65:11 68:13 74:18,21
   75:21 76:4,10 78:18 81:8,10,15
   108:24,25 109:4,13,14,16 121:22
   122:7,11 127:10,18 129:15,19,21
   130:14,15 131:3,6 170:20 174:15
   189:13 200:4
**sentence** 20:19 40:14,22,24 41:9,21
   50:22 82:14 113:9 114:24 115:24
   122:22,24 123:3 134:17 171:4,7
   171:10,10 173:17,20 174:7,9
   175:9,12 176:25 177:4 178:19
   179:11 180:19 181:25 182:3
   183:12 185:15,18,20 187:6,12
   188:14,18 189:23 191:5,8 194:14
**separate** 4:7 22:6 105:25 151:4
**separately** 200:25
**serves** 142:24
**services** 139:18
**set** 159:10,13 211:8,19
**seven** 206:19 207:2
**share** 47:24 48:15 60:15 76:18
   116:3 120:4 129:5 142:25 169:12
   203:11
**shared** 52:22 72:22 73:4,13 74:8
   75:14 76:15,21 77:18 83:4 101:11
   111:9 127:6 129:2,3,8,11,24
   175:12,14,16,20 176:6 179:7
   195:10 196:17 197:14
**sharing** 18:25 26:15 27:22 57:12
   69:4 119:14 120:6 124:23 127:24
   133:22 191:6,14,17 196:20 197:2
   197:4,12
**Shay** 124:25 193:13
**sheet** 188:16
**ship** 163:17
**shooting** 180:17 181:25 182:9,16
**short** 166:5 193:15
**show** 9:23 32:17 71:18 106:7,9
   115:5 161:17 170:18

**showed** 111:17 118:25 154:17
**showing** 9:25 16:24 53:8 58:20
  76:23 79:25 80:2 112:14 127:9
  164:24 175:18
**shows** 173:18
**shrug** 7:5
**shut** 205:9
**shutdown** 190:12
**shutting** 190:15
**side** 35:9,11,13 52:15 63:13 140:3
**sidetracked** 168:7
**sign** 29:9,13,16,19,21 30:24 31:6
  32:6,13,18,19,19,22 47:2,3,4,16
  73:10,19 122:21 123:7,9 164:6,7
  164:11,11,13 165:4,24 168:13
**signature** 28:19 29:12 30:12 31:5
  88:22 149:19
**signed** 3:15,17 23:4,24 28:11,15,20
  29:17 31:3,4 32:9,10,11,16 44:20
  47:10,14 121:9 123:16 144:5
  149:20 150:3 151:11 165:8
  208:19 210:13
**signing** 31:22 32:3
**signs** 28:23
**silent** 106:17
**Similar** 75:5
**simple** 173:7
**sir** 6:2 116:6
**sit** 84:16
**six** 12:16 48:23 117:15 205:9 207:3
**skip** 193:7
**SKOFF** 2:11 5:6,12 10:5 59:2,8
  67:20 82:23 83:9 84:4 87:13,23
  88:3,7,15,18,21 89:3 90:9 117:22
  120:22 121:2 124:4,11,19 131:25
  132:5 150:10,14 154:16 184:20
  184:25 198:3,7,9,15 206:23
  207:14
**SKU's** 39:15
**slick** 157:20
**slip** 40:2
**SMITH** 2:9
**smooth** 185:23
**Sod** 74:6,7,10 80:2 81:15 106:24
  197:8 206:4
**sold** 12:14
**sole** 106:9
**solo** 104:15,16,20 105:14,15
**somebody** 167:22
**Somerset** 108:20
**son** 35:10 72:10 90:4 95:16 143:7
  155:5,6
**soon** 23:17,22 31:6 158:2 187:23
  190:12
**sooner** 74:19
**sorry** 9:3 12:9 17:15 23:8 26:10
  38:5 66:13 73:24 85:10 90:9 96:8
  114:5 119:5 130:17 147:13 148:4
  152:19 160:11 164:19 185:2

  202:16 205:21
**sought** 59:14
**Sound** 132:7
**sources** 194:10 195:25 199:24
**sourcing** 187:19 190:7
**south** 43:4
**SOUTHERN** 1:2
**spam** 193:10
**speak** 20:24 62:10 64:16,19 70:14
  78:20 109:15,25 130:3 164:16
  169:7 186:8,13 191:24 200:16
  206:21 207:5
**speaking** 60:20 86:14 98:24 200:3
**specialized** 85:2
**specific** 22:12 32:20,23 47:19 98:12
  98:13,15 113:3 136:10
**specifically** 24:19 71:2 173:5
**spell** 137:19
**spend** 116:12,14,14
**spent** 116:24 126:12
**sphere** 185:8
**spoke** 24:22 56:9 61:19 62:9 67:17
  69:25 109:23 110:12 131:16
  179:4,4 186:6 200:10,13
**spoken** 161:16 198:23
**spot** 39:22
**square** 161:22
**Srour** 1:14 5:11,14,24 6:1,7 7:1 8:1
  9:1 10:1 11:1 12:1 13:1 14:1,18
  15:1 16:1 17:1 18:1,25 19:1 20:1
  21:1 22:1 23:1 24:1 25:1 26:1
  27:1 28:1,4 29:1 30:1 31:1 32:1
  33:1,9 34:1 35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1 43:1 44:1,9
  45:1 46:1 47:1 48:1 49:1 50:1
  51:1 52:1 53:1 54:1 55:1 56:1
  57:1 58:1 59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1 67:1 68:1
  69:1 70:1 71:1 72:1 73:1 74:1
  75:1 76:1 77:1 78:1 79:1 80:1
  81:1 82:1 83:1 84:1 85:1 86:1
  87:1 88:1 89:1 90:1 91:1 92:1
  93:1 94:1 95:1 96:1 97:1 98:1
  99:1 100:1 101:1 102:1 103:1
  104:1 105:1 106:1 107:1 108:1
  109:1 110:1 111:1 112:1 113:1
  114:1 115:1 116:1 117:1 118:1
  119:1 120:1 121:1 122:1 123:1
  124:1 125:1 126:1 127:1 128:1
  129:1 130:1 131:1 132:1 133:1
  134:1 135:1 136:1 137:1 138:1
  139:1 140:1 141:1 142:1,25 143:1
  143:4 144:1 145:1 146:1 147:1
  148:1,9 149:1 150:1 151:1 152:1
  153:1 154:1 155:1,3 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1

  178:1 179:1 180:1 181:1 182:1
  183:1 184:1 185:1 186:1 187:1
  188:1 189:1 190:1 191:1 192:1
  193:1 194:1 195:1 196:1 197:1
  198:1 199:1 200:1 201:1 202:1
  203:1 204:1 205:1 206:1 207:1
  208:7,17 209:5 210:12
**ss** 208:4
**stamp** 134:8
**stamped** 49:7 150:23
**stand** 141:24
**standing** 89:5,14
**stands** 29:3 120:12,15 141:22
**start** 31:2 108:5 110:4
**started** 12:23,25 13:2,22 14:6
  140:15
**starting** 125:12
**state** 1:21 5:3,16,19 208:4,22 211:5
**stated** 89:16
**statement** 71:17 101:2 121:11
**States** 1:2 11:15
**stay** 157:2,4 184:14
**stenographically** 6:24
**Stenotype** 1:20
**Stephanie** 184:4,5
**stepped** 26:8
**Steve** 44:14 97:2 115:15 119:15
  120:2 121:23 142:11 179:18
  181:23
**Steven** 2:6 6:6,8 122:17 132:12
**stipulate** 4:20
**stipulated** 3:5,10,14 4:2,11 5:4
**STIPULATIONS** 3:3
**stock** 11:20
**stop** 89:4 118:23 119:2
**stopped** 11:13
**stopping** 131:22
**store** 6:16,19 11:20 12:2,3,4,7,12
  39:13 60:22 78:12,15 133:7,11,20
  148:13,19 149:11,13 152:2
  159:17 161:13 163:22 170:8
  187:17
**stored** 78:9
**stores** 12:16,17,18,20 21:17 36:11
  41:15,18 50:25 60:21 61:15 62:11
  62:15 136:23 138:3,6 148:18,22
  148:25 149:6,6,10 152:12 161:4,8
  161:18,21 170:4 187:24 192:25
  195:13,14,14,15,16 203:25
  204:11,15,16
**Street** 6:4 62:20 178:21,21 179:2,7
**strollers** 44:3
**structure** 194:12 196:4 203:4,8,14
**structured** 133:4
**subject** 11:5 19:5 27:8 36:4 49:4
  76:25 169:14
**submit** 165:12
**subscribed** 208:19
**substantiate** 46:13 71:17

**succeed** 104:25
**sudden** 101:17 103:3
**sufficient** 172:18
**Suite** 2:5
**summarize** 22:22 192:9
**summary** 40:11
**Sunday** 70:4,15
**Sunrise** 2:5
**supply** 40:15 41:3,23 42:16,18,21
    42:21 43:10 163:5,15,16 187:18
**supplying** 164:9
**support** 194:16
**supported** 194:13
**supposed** 102:21 136:16
**sure** 6:23 9:7 17:5 23:23,25 26:14
    32:4 44:16 58:17 59:5 75:2 77:24
    92:18 93:3 94:8 95:7,12,14 97:4
    98:18 101:9 119:8,13 122:2
    130:19 133:5 142:14 144:16
    150:17 156:14 161:6 176:18
    180:3 188:24 195:2,5,7 196:2
    200:10 201:13,15,17 206:12,13
**surprised** 166:23 167:4 179:6
    200:22
**surrounding** 164:17
**swear** 4:19,22
**switch** 155:3
**sworn** 3:17 211:8
**system** 138:14

**T**

**T** 208:2 209:7 210:2 211:2,2
**table** 36:7 85:21 96:3 112:15
    198:16
**take** 7:5 8:3 16:19 21:15,23 24:13
    26:11 60:14 82:25 83:7 85:6
    93:18 94:2 110:4 145:9,18 155:2
    178:16 198:5 205:15 207:11
**taken** 1:16 79:7 208:9
**takes** 147:7
**talk** 24:17 50:13 84:16 159:5
    164:14 186:5,15 190:14 199:13
**talked** 199:2
**talking** 31:2 79:19 95:21,25 103:21
    110:7 143:14 165:19 166:11
    198:25
**talks** 178:20 199:15
**Tap** 199:2
**tax** 210:15
**taxes** 153:22,24
**teach** 156:3,3
**team** 40:19 45:19 135:24 156:6
    160:9,13,15 162:9,10,17,19,25
    172:17,23 183:8,15,15,17,19
    184:7,8 185:22,25 186:4,5,8,23
    187:7,9,15,16,16,16,17,19 189:25
    190:2,8,18,24 197:18 199:14
**teams** 180:15 181:2,9 183:11
**technically** 37:7 100:20 167:24

**technology** 40:15 41:4,15,22
    159:18,21 162:22,25 183:9 185:8
    187:17 190:6
**telephone** 56:7
**tell** 36:8 45:21 56:10 61:19 77:16
    79:14 89:11 91:22 92:2 97:11
    102:11 104:2 107:8 112:19
    130:24 131:9 140:14 149:3 158:7
    163:22 167:18 168:14
**telling** 46:16 123:4 128:19 159:9
    171:6,21,22
**ten** 10:15 140:4 145:22 147:19
    184:21
**Tennyson** 53:11 54:2,5 55:8 56:23
    56:25 57:4,14 58:25 59:7 60:18
    60:24 61:11,17 62:10 63:15 66:2
    106:24
**tenth** 19:22
**terms** 25:19 35:21 41:21 162:13
    184:10 188:15
**territory** 40:18 41:6,8,11
**testified** 5:20 9:10 18:9,12 29:18
    68:5 83:13 129:15 139:4 162:21
    190:17 197:9 203:3 205:22
**testify** 9:19 15:10,16
**testifying** 8:7
**testimony** 22:3 28:12 47:12 85:5
    96:13 119:10 123:25 158:11
    200:2 203:7 208:9,12 211:11
**thank** 5:14 20:3 38:13 58:3 69:25
    80:25 89:18 104:12 105:9 117:24
    123:2 140:18
**thanks** 34:11
**thing** 22:5 41:3 48:8 56:18 90:9
    93:2 96:20 101:5 106:2,21 107:13
    115:7 136:19 144:12 152:6,13
    157:14 174:6 192:7,9 205:7,12
**things** 9:9 22:18 47:11 67:11
    135:20 136:4,5,5
**think** 12:22 14:7,22 25:18 30:18
    31:8 44:10 46:2 57:9 58:7,23
    59:19 71:13 72:10 84:3 87:6 90:8
    91:20 92:15 94:4 98:3 102:7
    111:5,23,25 120:2 123:18,20
    131:22 132:18 143:6 156:10
    157:13 158:4,19 163:11,14
    168:11,18 174:2 181:11 184:2,20
    189:9 192:2 193:16 197:24
    201:23 206:8,15 207:3,12
**thinking** 61:11 148:24 149:4
**third** 29:15
**thought** 71:10,14 73:25 85:4 102:5
    102:12,16 104:14 136:12 158:14
    172:17
**thousand** 193:6
**three** 135:13,15,25 152:22,24 172:3
    184:2
**Thursday** 25:14 37:18 38:11
**time** 1:19 3:12 4:25 7:25 12:16,21

    14:13,16 16:9 18:20,22 19:9,14
    21:18 24:25 26:24 27:13,15,17,19
    28:7 32:24 33:5,15,21 34:2 45:20
    47:21 48:9,12,17,19 53:14,17
    55:25 57:10,18 58:18,25 59:6
    61:5,10 62:25 63:3 67:11 69:9,11
    72:19 74:4 76:22 77:4,6,18 80:4,6
    83:11 85:8 86:18,23 88:25 91:8
    91:20 92:14 104:14 113:22
    114:14 118:10 119:18,20 125:3
    126:12 128:2,5 129:2 132:3,8,18
    133:5,13,17,24 134:2 142:2,7
    143:19 147:24 148:5,7 149:4
    150:19 151:19 152:9 155:22
    156:5 157:2 161:17 166:5 168:12
    168:21 169:16,18,25 170:9,13
    175:2 178:22 179:2 180:5 183:20
    184:3 185:4,24 186:6 187:12,21
    187:25 189:5,22 190:25 191:17
    192:21 193:10,19 197:16,25
    198:11 201:14 202:3 204:22
    206:12 207:16
**timeline** 165:11 166:3
**times** 111:12 151:25 179:19 184:21
**timing** 174:4
**title** 13:7,8,11 15:3 134:9,17
**titled** 108:13
**today** 5:10 9:16 15:25 92:5 154:19
    178:13 179:12
**today's** 161:24
**told** 32:8 37:24 38:6 45:22,23 46:5
    56:12 71:14 79:12 84:7 96:19
    97:15,19 102:24 117:13 118:25
    120:5 121:16,17 141:22 157:2,17
    158:12 159:4
**Tony** 146:25
**top** 88:14 151:16 198:23 199:3
    200:13
**topic** 38:10
**topics** 14:24 15:4,6,8,11,13,15 36:2
    44:9 62:22 155:3 206:19,25
**total** 51:16 103:10 140:9 144:22
**Toys** 205:8
**transaction** 20:25 194:10 195:25
**transcribed** 88:12
**transcribes** 100:10
**transcript** 87:3,5,6,22 88:8,11,19
    89:6,9,16 99:14,16,19,24,25
    100:2,6,7,13 113:2,2 208:8,10
    209:21 211:10
**transferred** 45:6
**transition** 185:17,22 186:9 187:12
    190:2 199:7
**trial** 3:13
**tricked** 164:7
**tried** 107:13 156:2,3
**true** 46:14 208:11,13 211:11
**trust** 46:23,25 47:6
**trusted** 66:18 112:15 205:15

**truthfully** 9:20
**try** 61:14 67:17 84:20 105:21
  130:24
**trying** 70:15 89:21 98:16 104:10
  115:20 137:15 149:18 150:13
  152:6 161:9 165:15 183:7 184:23
  199:17 200:9
**Turkey** 43:9
**two** 10:18 35:15 43:3 49:5 67:15
  75:8 90:7 105:25 113:25 117:12
  144:20 149:12 172:2 179:8 184:2
  203:4,8,13
**type** 59:14

**U**

**U** 5:17
**U.S** 40:21
**umbrella** 205:5
**unable** 186:24
**unauthorized** 4:16
**unaware** 28:13
**unchartered** 40:17 41:5,7,10
**understand** 7:6,10,15,18,19,22,23
  8:4,6 17:17 34:13,15 37:10,13
  38:12 39:7 41:12 61:25 77:15
  86:7 98:6,9,16 99:12 104:10
  110:6 117:11 135:5 143:25 144:7
  144:14 150:14 184:23 189:24
  194:8 197:16
**understanding** 79:11 84:24 164:5
  178:15
**understands** 66:22
**understood** 22:21 30:23 37:17 38:3
  38:12 79:6 83:2
**unfinished** 114:17
**unfortunately** 87:5 88:10
**United** 1:2 11:15
**Universe** 12:8,10
**unlimited** 203:21
**unsigned** 149:18
**upfront** 144:21 145:19
**upset** 47:9 164:18,19
**use** 78:6,8,11,14 89:4,6 108:6
  128:14 130:7,25 131:2,10,17
  139:2 146:7 156:2 159:25 163:18
  205:3
**uses** 78:11 194:10
**usually** 29:15 32:10 145:17

**V**

**valid** 124:2
**validate** 185:17
**validation** 185:17
**value** 161:20,22,25
**vendor** 39:17
**vendors** 139:2 146:7 198:23 199:3
  200:3,10,13,16
**venture** 145:18 146:13 198:25
**verbally** 7:3

**versions** 150:2,8
**versus** 6:11
**video** 4:5,12 87:20 92:13 93:13
  94:15 98:20 99:2,6,9 100:2,4
**Vietnam** 43:8
**view** 73:17 83:23 84:22 156:23
**views** 34:15,16
**violation** 4:16
**virtual** 9:25
**virtually** 19:25
**vouched** 110:24 111:2

**W**

**W** 208:2
**W-2** 20:14
**wait** 7:8 123:7 198:15
**waiting** 88:11
**waived** 3:9
**walkers** 44:3
**want** 15:14 17:20 18:6 23:2 24:2
  25:2 26:7 37:13 53:4 59:12,16
  60:5,7,7 67:18 68:9 75:16,18
  77:14,25 85:11 94:12 98:8 103:7
  103:9,10 104:6,25 106:7,16 113:3
  123:6 124:16 131:24 136:5
  137:22 142:13,22 143:3 144:13
  149:10 152:14,15 168:3,22
  169:21 170:18 194:3 198:5,17,20
  203:10,25
**wanted** 20:20 24:10,23,24 26:5
  37:10 55:21 84:23 99:11 102:19
  103:13,13 106:6 121:14 123:7
  136:9 149:5 159:5 165:24 176:13
  176:18 192:9 202:14,18 203:8,11
  203:22 204:3 205:15
**wasn't** 25:21 76:16 102:22 111:7
**watch** 92:13 97:25
**watched** 98:17
**watching** 103:23 135:19 140:22,23
**way** 12:23 49:20 133:4 136:7,8,10
  157:16 192:8 211:16
**we'll** 27:24 48:22 60:15 82:24
  122:20 132:6
**we're** 9:24 44:5 99:25 131:21 151:6
  167:13 169:10
**we've** 8:14,17 83:5 105:10 125:20
  197:23
**web** 1:18 4:8 5:10
**week** 14:22 16:4,9 20:9,9,13 64:18
  65:20,21 165:14
**weekend** 75:9
**weeks** 75:8 168:16
**welcome** 105:3
**went** 12:24,24 17:16 25:13 26:3
  45:4 111:11 125:22 131:12
  157:13 175:7 193:22 200:22
**weren't** 39:25
**WHEREOF** 211:18
**willing** 114:10 202:19 203:21 204:6

  204:23,25
**win** 167:2 183:3 205:2
**win/win** 21:25 39:24 66:25 67:2
**winning** 38:24 40:5
**Winters** 183:23
**wish** 74:18
**withdraw** 94:13
**witness** 1:15 4:6,19,22,24 5:9,14,15
  5:18,24 6:3 26:8,10 198:17
  206:18 207:4,17 209:4 211:7,12
  211:18
**witnesses** 207:8
**won** 18:12 31:13 41:6 159:15,16
  201:21
**word** 40:11 142:4
**words** 98:24 144:8
**work** 11:9,11,14 13:4 20:10 43:21
  45:11 50:12 54:7,9,15 63:16 64:6
  72:15,20 78:15 97:5,7 102:18
  104:6 114:20 117:8,19 126:21,24
  140:24 141:8 155:8 156:6,12
  171:6,14,16,23 173:5 174:8,13,20
  174:22 180:16 181:3 188:4,25
  189:6,11
**worked** 29:24 189:2,3 190:23
**working** 11:17 43:7 50:24 51:9
  67:10 71:8 100:19 110:9 116:17
  126:13,14 156:19 172:2,3,4,10,14
  174:5 177:12,14,17 178:3,25
  181:10 183:9,10,15,17 184:7,9
  187:8 188:8 189:18 192:4
**works** 20:7,9,12 30:3 40:18 56:23
  63:11,18 64:7,8
**worry** 120:18,21,25 121:4,12,17
  123:4
**wouldn't** 22:13 46:24 74:11 98:18
  167:4
**wrap** 198:4,6
**write** 34:11 58:3 64:10 70:3 116:7
  120:18
**writes** 34:14 38:14 41:22 74:17
  75:6 80:20 82:10 122:17 128:13
  130:10,11 171:4 176:3,10 178:5
  178:13 180:15 181:24 183:6
  185:11,15 191:19
**writing** 82:24 123:4 150:11 168:23
  169:5 180:21,25 181:8 191:21
**written** 4:14 31:21 32:2 53:21
  98:24 100:8 194:4
**wrong** 13:24
**wrote** 34:10 76:4 120:8,10 130:4,20
  179:20 185:24 186:21 187:25
  192:22,23 193:12,13
**Wu** 124:24

**X**

**X** 1:3,11 209:2,7 210:2

**Y**

**yeah** 55:7 121:4
**year** 77:14 113:25 139:23 140:11
  141:6,8 159:24
**years** 6:13 10:15,18 39:9,19 42:23
  42:25 61:24 64:13 66:23 112:4,5
  205:9,14
**Yeshiva** 155:11
**yesterday** 92:8
**Yesterday's** 34:14
**York** 1:2,21 2:5 5:20 6:4 35:2
  208:4,22 211:5
**Yosi** 107:11,15,18,21
**Young** 11:21
**Yussi** 63:15 197:7
**Yussy** 63:23,25 64:2,4,6,7,8,10,11
  64:16,24,25 65:12 66:7,9,15 67:4
  67:8,25 68:7,14,18 70:2,9,10,20
  75:7 76:10,13 129:19 130:13,19
  130:24 131:9,19

---

**Z**

**Z-A-M-I-R** 107:21
**Zamir** 107:21
**Zero** 159:19 204:22
**Zoom** 4:8 14:17 18:21 27:18 32:25
  48:18 53:18 57:11 58:19 63:2
  69:10 77:5 80:5 86:19 90:6 103:4
  119:19 128:6 133:25 169:17

---

**0**

**005** 134:9
**07068** 2:10

---

**1**

**1** 1:12 14:15 18:8 143:2 186:18,23
  208:10 209:9
**1.6.1** 49:6
**1.6.2** 49:6
**1:45** 132:5
**10** 19:19,20 29:25 31:17 59:21
  69:13 166:17 209:18
**10:00** 1:12
**10726** 19:3 209:10
**10868** 80:10 210:10
**10869** 209:20
**10877** 125:2 209:23
**1099** 20:16
**10th** 30:25
**11** 50:16 77:8 133:12,16 195:15
  209:19
**11080** 119:17 209:22
**112** 100:13
**11229** 6:4
**11570** 2:5
**11644** 128:9 209:24
**11714** 210:5
**119** 209:22
**12** 34:19 38:6 83:15,24 84:12,15
  93:9,18 101:15 127:14 156:24

157:2,25 158:2,20,21 159:23
  206:19 207:2 209:20
**12:52** 131:21
**120** 21:17 149:6
**125** 209:23
**128** 209:24
**12th** 52:25 102:9 156:18
**13** 33:10 86:25 206:19 207:2
  209:21
**134** 210:4
**135** 21:17
**13th** 52:12,22 75:22 76:7,7
**14** 52:11 53:24 57:15 64:11 65:21
  76:25 119:22 206:20 207:2 209:9
  209:22
**149** 210:13
**14th** 6:3 52:23 75:22 211:19
**15** 52:13 62:24 75:6 83:9,18,20
  87:4,10,21 89:22 91:10 93:5 94:2
  94:6,16 96:12 97:16,23,23 98:2,2
  98:17 103:24 104:5,13 113:2
  125:5 127:11 156:16 158:25
  198:8 202:7,20 209:23
**150** 51:16 149:6
**151** 210:14
**154** 210:15,16
**15th** 102:21,22,24 165:23
**16** 11:16,18 69:16 74:18 128:4
  209:24
**160** 51:17
**169** 210:5
**16th** 70:16 75:22
**17** 134:4 210:4
**17037** 26:19
**18** 154:20 169:20 210:5
**18th** 70:16
**19** 80:3 81:22 119:16 124:25
  125:17 126:11 127:7 175:19
  209:10
**1969** 6:3
**1995** 13:2,23 14:9

---

**2**

**2** 18:24 26:22 206:9 209:10
**2,000** 39:15
**2/20** 113:16,17,18 144:19 145:12
**20** 53:2 101:14,16 144:23 145:6
  154:20 192:6 203:4,8,13 206:5
**2021** 21:12 22:2 39:4 105:13
**2022** 21:12 105:17
**2023** 28:13 29:25 31:17 33:10
  34:19 50:16 53:12 57:15 128:8
  140:13 153:24 155:18
**2024** 1:12 208:10,20 211:20
**21** 22:4 40:8 105:12,18,18
**22** 22:4 40:8 105:12
**23** 17:16 125:23 128:8 140:16
  154:17 169:14 174:15 175:20
  189:13 194:5 195:6 198:22 199:5

200:4
**24** 53:12
**25** 36:7 53:3 101:16 112:7 198:23
**250** 145:5,5,8,9,10
**265** 2:5
**27** 209:11,12
**2770** 33:11
**2770-2771** 209:13
**2771** 33:11
**2800** 77:3 209:19
**2943** 49:7 209:14
**2969** 53:10 209:15
**2995** 57:16 209:16

---

**3**

**3** 27:2,5 149:12 209:11
**3:30** 198:10
**3:45** 207:18
**30** 61:24 103:15 112:4,7 140:2
  205:13
**30(b)(6)** 1:17 14:24 15:4 18:7
  207:10
**300** 145:3,7
**3028** 62:24 209:17
**3039** 69:17 209:18
**31** 186:3
**33** 155:16 209:13
**35** 43:6 112:7,9 140:2

---

**4**

**4** 27:21,24 209:12
**40** 43:6 103:15 112:9 148:12
**43** 64:13 66:23
**45** 39:9 42:23,25 131:23
**48** 209:14

---

**5**

**5** 33:7 154:18 209:5,13
**5.1.2** 142:17
**5.1.4** 143:17 145:21
**5.1.5** 147:20,22 148:2 151:14,15
**50** 2:5 103:15 113:23 114:2 145:2,8
  146:19,21 148:22,24 190:9
  195:14
**50/50** 115:6,25 117:11
**50th** 197:16
**53** 209:15
**545** 132:19
**57** 209:16

---

**6**

**6** 44:8 48:21 140:10 209:14
**60** 190:9
**63** 209:17
**69** 209:18
**6th** 62:19 178:21,21 179:2,7

---

**7**

**7** 53:13,16 209:15

**70** 50:23 51:5 148:22,24 190:9
  195:14
**75** 2:10
**77** 209:19

**8**

**8** 57:17,20 66:16 209:16
**80** 43:7 209:20
**80's** 12:15
**82** 210:10
**83** 12:2
**86** 209:21
**8791** 28:3
**8791-8794** 209:12
**8794** 28:3
**88** 12:22

**9**

**9** 63:5 209:17
**90** 50:23,24 51:8
**900,000** 168:20
**93** 210:11,12
**95** 12:23,24,24 195:13