# EXHIBIT E

| | |
|---|---|
| **From:** | Khanna, Serena |
| **Sent:** | Fri, 2 Jun 2023 02:07:33 +0000 |
| **To:** | Avish Dahiya; Milan Gandhi |
| **Cc:** | Project Butterfly 2023; Shea, Brendan |
| **Subject:** | RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process |
| **Attachments:** | Bed Bath Strategic Options Discussion June 2 2023.pdf |

Hi All,

In advance of tomorrow's call, please see the materials that management plans to share attached.

Best,
Serena

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Thursday, June 1, 2023 5:32 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>; Milan Gandhi <milan@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brendan,
We will have Mark (Owner), Amit (IT) and I and Milan participate in tomorrow call from DOM end.
Thank you
Avish

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Thursday, June 01, 2023 9:58 AM
**To:** Avish Dahiya <avish@dreamonme.com>; Milan Gandhi <milan@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Avish / Milan,

We understand that you spoke to Sue, and coming out of that conversation, we have invited you to a management presentation tomorrow alongside other potential partners. Let us know if you did not receive the invite.

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Friday, May 26, 2023 11:25 AM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Avish Dahiya <avish@dreamonme.com>; Project Butterfly 2023

<project.butterfly.2023@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Brendan

Are you available to speak around 5pm today?

Regards
Milan

Sent from my iPhone


On May 26, 2023, at 10:09 AM, Shea, Brendan <brendan.shea@lazard.com> wrote:


Avish / Milan,

I just wanted to follow up here. Let me know if there is a good time for a conversation this afternoon.

Best,
Brendan

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Thursday, May 25, 2023 8:17 PM
**To:** Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Milan,

Apologies for the delay in getting back to you. What is your availability for this conversation tomorrow?

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, May 25, 2023 2:55 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brandan

Thank you for additional data in data room.

We are keenly reviewing new data and assessing requirements. While we continue to explore alignment within our partners, real challenge is Time. As you would agree, to ensure success of

this business, it requires significant brainstorming and planning and we find it extremely challenging in the given deadlines.

We are happy to get on call with you today for discussion and hear from you about progress.

Please let us know.

Regards
Milan

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Friday, May 19, 2023 1:09 PM
**To:** Avish Dahiya <avish@dreamonme.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Avish,

I realize I didn't address your follow up regarding leases: yes, there is a separate process run by A&G Real Estate Partners for parties that are interested in leases alone. However, any party that is interested in a going concern should participate in the process Lazard is running, and in their bids, should specify the number of store leases you would intent to assume. In that scenario, assuming the value of the bid was attractive, we would be able to sell the rights to those leases as part of our sale process.

Let me know if that makes sense.

Best,
Brendan

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Friday, May 19, 2023 12:43 PM
**To:** Avish Dahiya <avish@dreamonme.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Avish,

We will see what we can provide on YTD financials. Regarding your questions on how to re-ignite the business and the payroll / team, I'd encourage you to take a look at file 3.3.6.3.1 in the VDR, which we uploaded yesterday. This represents management's vision for a go-forward standalone BABY, including the financial ramp up (with required inventory costs) and the IT separation costs.

Best,
Brendan

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Friday, May 19, 2023 7:10 AM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023
<project.butterfly.2023@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brendan,

My comments below and more.

Thanks
Avish


On Thu, May 18, 2023 at 1:55 PM Shea, Brendan <brendan.shea@lazard.com> wrote:

Hi Milan,

1.  Unfortunately that IP valuation is the only one that is available

    1.  As you note, it is a year old and was performed on a business that was much bigger than the business today

OK Got it.

    1.

2.  Are there specific metrics you are looking for?

    1.  We can request them, but the business is only 2 months into its fiscal year so not much will be available

We are keen on seeing sales, store/e-com, registry, website traffic, etc... what impact did the present event have on BBB assets as we are looking at it from a going concern...  What will it take for us to ignite it back?

    1.

2.  If you submit a proposal, you will be able to indicate how many leases you would like to take on; if there is adequate value in your proposal, it is possible to exclude those leases from the separate lease sale process that is ongoing

The lease sale process is separate?

DO we have the present payroll and team info? for our going concern we will need some form of team and ops running. Do we have those insights?

    1.

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, May 18, 2023 1:16 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Thanks for the update, Brendan.

Few questions emerged out of our internal conversation.

1. Do you have current valuation as the one you shared is one year old.
2. Any 2023 financial data available and
3. If we look at from 'Going Concern' perspective, what guarantees we have for current leases.

Regards
Milan

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Thursday, May 18, 2023 12:14 PM
**To:** Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 <project.butterfly.2023@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Avish / Milan,

We wanted to provide you with an update on the timing of the Bed Bath & Beyond sale process. The sale process deadlines have now been extended. A notice of this extension will also be filed with the court shortly, and we will post to the VDR once that happens. Below is the updated timeline:

1. Deadline to choose a Stalking Horse Bidder: Moved from May 22, 2023 at 5:00 p.m. ET to **June 1, 2023 at 5:00 p.m. ET**
2. Binding Bid Deadline: Moved from May 28, 2023 at 12:00 p.m. ET to **June 7, 2023 at 12:00 p.m. ET**
3. Auction (if needed): Moved from June 2, 2023 at 10:00 a.m. ET to **June 14, 2023 at 10:00 a.m. ET**
4. Sale Hearing: Moved from June 7, 2023 at 11:00 a.m. ET to **June 21, 2023**, or as soon thereafter as the Debtors may be heard

Let us know of any questions.

Best,
Brendan

DOM0010366

**From:** Shea, Brendan
**Sent:** Thursday, May 11, 2023 1:54 PM
**To:** Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

The details around bidding procedures, as well as the form APA, are included in the attached sale motion & bid procedures document.

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, May 11, 2023 1:53 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Thanks Brendan.

Where would we find process for becoming qualified bidder OR is it open for All?

Regards
Milan Gandhi

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Thursday, May 11, 2023 12:42 PM
**To:** Milan Gandhi <milan@dreamonme.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Yes, please see folder 3.3.2.3. Various files in this folder have store-level financials.

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Thursday, May 11, 2023 12:38 PM
**To:** Shea, Brendan <brendan.shea@lazrd.com>; Avish Dahiya <avish@dreamonme.com>
**Cc:** Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brendan

Do you have P&L by locations for BBBY in data room?

Please advise.

Thanks
Milan

---

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Monday, May 8, 2023 3:09 PM
**To:** Avish Dahiya <avish@dreamonme.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 WG
<project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Avish,

You can see the 2019-2021 financials in folder 3.3.2.1.1.2. The files in this folder extend through
November 2022, the Company's fiscal Q3. File 3.3.6.1.2 has a high level view of the full year 2022.

The Company's Q1 2023 ends at the end of this month, so we do not yet have that financial detail
available.

Best,
Brendan

---

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Monday, May 8, 2023 3:02 PM
**To:** Avish Dahiya <avish@dreamonme.com>; Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 WG
<project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brendan,

Quick Question:

Do we have BuyBuy Baby 2020/21 and Q1 2023 financial? I see only 2022. Did I miss them.. or they
were not shared.

Thank you
Avish

---

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Saturday, May 06, 2023 4:47 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 WG
<project.butterfly.2023.wg@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

This should be good.. Thanks

On Sat, May 6, 2023 at 3:00 PM Shea, Brendan <brendan.shea@lazard.com> wrote:

Thank you Avish – we will send VDR access to you and Milan shortly. Let us know if anyone else needs access.

Best,
Brendan

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Saturday, May 6, 2023 2:57 PM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Milan Gandhi <milan@dreamonme.com>; Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Attached Signed NDA. Thank you!
Avish

On Thu, May 4, 2023 at 12:23 PM Shea, Brendan <brendan.shea@lazard.com> wrote:

Milan,

Thank you for the time on the phone just now. Per our conversation, please see attached the Company's form NDA. Let us know of any questions as you review.

Best,
Brendan

**From:** Shea, Brendan
**Sent:** Tuesday, May 2, 2023 1:19 PM
**To:** Milan Gandhi <milan@dreamonme.com>
**Cc:** Avish Dahiya <avish@dreamonme.com>; Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** RE: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Thank you Milan – that should work well.

I'll send an invite shortly.

Best,
Brendan

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Tuesday, May 2, 2023 12:25 PM

DOM0010369

**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Avish Dahiya <avish@dreamonme.com>; Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Thanks Brendan.

We will review internally.

Can we speak at noon EST on Thursday?

Please advise.

Thanks
Milan

Sent from my iPhone


On May 2, 2023, at 10:28 AM, Shea, Brendan <brendan.shea@lazard.com> wrote:


Hi Milan,

Good to meet you. Please see a few items attached:

1. First day declaration: includes an overview of the business and history
2. Sale motion and bidding procedures, which outline the process and also includes the form APA
3. Teaser on the intellectual property, should that be your area of interest

    1. We are accepting bids for the assets as either a going concern or as a sale of intellectual property
    2. There is further detail on the business as a going concern in the VDR, which we can provide access to if you choose to execute an NDA

The process timeline currently approved by the court is as follows:

1. Deadline to choose a Stalking Horse Bidder: May 22, 2023 at 5:00 p.m. prevailing Eastern Time
2. Binding Bid Deadline: May 28, 2023 at 12:00 p.m. prevailing Eastern Time
3. Auction: June 2, 2023 at 10:00 a.m. prevailing Eastern Time, if needed
4. Sale Hearing: June 7, 2023 at 10:00 a.m. prevailing Eastern Time, or as soon thereafter as the Debtors may be heard

Let us know some times that work on Thursday for a call and we will get something on the calendar.

DOM0010370

Best,
Brendan

---

**From:** Milan Gandhi <milan@dreamonme.com>
**Sent:** Tuesday, May 2, 2023 10:21 AM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Avish Dahiya <avish@dreamonme.com>; Wooten, Jason <jason.wooten@lazard.com>;
Project Butterfly 2023 WG <project.butterfly.2023.wg@lazard.com>
**Subject:** Re: [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Brendan

It is pleasure to connect with you.

Do you have a teaser that you can share outlining the process and assets available to review
before we get on call.

We would suggest a call on this Thursday sometime.

Looking forward to speaking with you soon.

Regards
Milan Gandhi

Sent from my iPhone

On May 1, 2023, at 3:37 PM, Shea, Brendan <brendan.shea@lazard.com> wrote:

Avish / Milan,

We just wanted to follow up on the below – happy to schedule a call to walk you through the
process and answer any questions you may have.

Please let us know when you have a chance.

Best,
Brendan

---

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Monday, April 24, 2023 6:13 AM
**To:** Shea, Brendan <brendan.shea@lazard.com>
**Cc:** Wooten, Jason <jason.wooten@lazard.com>; Project Butterfly 2023 WG
<project.butterfly.2023.wg@lazard.com>; Milan Gandhi <milan@dreamonme.com>
**Subject:** [EXTERNAL]: Re: Bed Bath & Beyond Sale Process

Hi Brendan,
Thank you for reaching out to us regarding BBB opportunity.
We will review the documents attached and get back to you soon.
We continue to be interested in this opportunity.
very best
Avish

+ CC Milan

On Sun, Apr 23, 2023 at 7:46 PM Shea, Brendan <brendan.shea@lazard.com> wrote:

Avish,

As you may have seen, this morning Bed Bath & Beyond (the "Company") filed for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. Lazard, acting as the Company's investment banker, is soliciting interest in one or more sales of some or all of its assets, including a going concern of the business and/or buybuy BABY or a sale of intellectual property.

Subject to court approval, the Company is contemplating the following deadlines for this marketing process:

1. Deadline to choose a Stalking Horse Bidder: May 22, 2023 at 5:00 p.m. prevailing Eastern Time
2. Binding Bid Deadline: May 28, 2023 at 12:00 p.m. prevailing Eastern Time
3. Auction: June 2, 2023 at 10:00 a.m. prevailing Eastern Time, if needed
4. Sale Hearing: June 7, 2023 at 10:00 a.m. prevailing Eastern Time, or as soon thereafter as the Debtors may be heard

Should this be of interest, I've attached a few documents to facilitate your review of the opportunity:

1. The Company's First Day Declaration, which includes background on the business and situation
2. The Sale Motion and Bidding Procedures filed with the Court, which include the form APA, key deadlines, and details on next steps / requirements to bid

Best,
Brendan

Brendan Shea
VICE PRESIDENT
Consumer, Retail & Leisure

<image001.png>

30 Rockefeller Plaza
New York, NY 10112

DOM0010372

+1 212 632 6463  (O)
+1 516 524 5498  (M)

\<Bed Bath & Beyond First Day Declaration.pdf\>
\<Bed Bath & Beyond Sale Motion & Bid Procedures.pdf\>

\<Bed Bath & Beyond First Day Declaration.pdf\>
\<Bed Bath & Beyond Sale Motion & Bid Procedures.pdf\>
\<(2023.04) Bed Bath & Beyond IP Teaser.pdf\>