# EXHIBIT F

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X
GO GLOBAL RETAIL, LLC,


                    Plaintiff,

        -against-            Index No. 1:23-cv-07987



DREAM ON ME, INC. and DREAM ON ME INDUSTRIES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

                            October 24, 2024
                            10:00 a.m.


                    DEPOSITION of AMIT

        MALHOTRA, a witness for the Defendant herein,

        taken by the attorney for the Plaintiff,

        pursuant to Notice, held via web conference,

        on the above date and time, before Jennie

        Kilgallen, a Stenotype Reporter and Notary

        Public within and for the State of New York.

2

1

2    A P P E A R A N C E S:

3

4    FALCON, RAPPAPORT & BERKMAN, PLLC
          Attorneys for the Plaintiff
5          265 Sunrise Highway - Suite 50
          Rockville Centre, New York 11570
6
     BY:   STEVEN BERLOWITZ, ESQ.
7           sberlowitz@frblaw.com

8

9    GREENBAUM, ROWE, SMITH & DAVIS, LLP
          Attorneys for the Defendant
10         75 Livingston Avenue
          Roseland, New Jersey  07068
11
     BY:   THOMAS MURPHY, ESQ.
12          tmurphy@greenbaumlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2                    FEDERAL STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED, by

5    and between the parties hereto, through their

6    respective Counsel, that the certification,

7    sealing and filing of the within examination

8    will be and the same hereby waived;

9          IT IS FURTHER STIPULATED AND AGREED that

10   all objections, except as to the form of the

11   question, will be reserved to the time of the

12   trial;

13         IT IS FURTHER STIPULATED AND AGREED that

14   the within examination may be signed before

15   any Notary Public with the same force and

16   effect as if signed and sworn before the

17   Court.

18

19

20

21

22

23

24

25

4

1

2          THE COURT REPORTER:  It is hereby

3     stipulated and agreed to by and between

4     counsel for all parties present that

5     this deposition is being conducted

6     remotely by video conference, and that

7     the court reporter, witness and all

8     counsel are in separate remote locations

9     and participating via Zoom or any web

10    conference meeting platform under the

11    control of the court reporting agency.

12         It is further stipulated that this

13    video conference will not be recorded in

14    any manner and that any recording

15    without the express written consent of

16    all parties shall be considered

17    unauthorized, in violation of law and

18    shall not be used for any purpose in

19    this litigation or otherwise.

20         Before I swear in the witness, I

21    will ask each counsel to stipulate on

22    the record that I, the court reporter,

23    may swear in the witness even though I

24    am not physically in the presence of the

25    witness and that there is no objection

5

1
2          to that at this time nor will there be
3          any objection at a future date.
4              All attorneys state they have no
5          objection or so stipulated?
6              MR. BERLOWITZ:  I consent.
7              MR. MURPHY:  I consent as well for
8          defendants.
9              THE COURT REPORTER:  Counsel, can
10         you represent to the best of your
11         knowledge and belief, that the witness
12         appearing today via web conference is,
13         in fact, Amit Malhotra?
14             MR. MURPHY:  Yes, I can.
15             (Whereupon, the Witness presented a
16         NJ State driver's license.)
17  A M I T   M A L H O T R A,
18      The witness herein, having been first duly
19  sworn remotely by a Notary Public of the State of
20  New York, was examined and testified as follows:
21             THE COURT REPORTER:  May we have
22         your name for the record, sir.
23             THE WITNESS:  Amit Malhotra.
24             THE COURT:  And your address for
25         the record.

6

```
 1                    A. Malhotra
 2              THE WITNESS:  6607 Winterbery
 3          Drive, Austin, Texas, 78750.
 4   EXAMINATION BY
 5   STEVEN BERLOWITZ, ESQ.:
 6          Q.   Good morning Mr. Malhotra.  My name
 7      is Steve Berlowitz and I am from the law firm
 8      of Falcon, Rappaport & Berkman.  I represent
 9      the plaintiff Go Global Retail in the matter
10      of Go Global Retail versus Dream On Me
11      Industries and Dream On Me, Inc.
12              Have you ever been deposed before?
13          A.   No.
14          Q.   I'm going to go over a few ground
15      rules to help streamline the process.
16              So this deposition is being
17      stenographically recorded.  It is not being
18      videotaped though.  The court reporter is
19      going to take down my questions as well as
20      your responses.  What she can't take down are
21      nonverbal responses such as a shrug or even
22      an uh-hum.
23              So my request to you is that please
24      answer all questions verbally and not with
25      physical movements so the court reporter can
```

7

```
 1                        A. Malhotra

 2      record your response.  Do you understand

 3      that?

 4          A.   Yes.

 5          Q.   Please wait until I've finished

 6      asking my question before answering and I

 7      will do the same with your answer.  Do you

 8      understand that?

 9          A.   Yes.

10          Q.   If you need to have a question

11      repeated, please let me know and I can have

12      the court reporter repeat it back to you and

13      I can also rephrase the question if you do

14      not understand.  Do you understand that?

15          A.   Yes.

16          Q.   Please let me know if you don't

17      understand a question.  If you do answer, I

18      am going to assume that you do understand the

19      question.  Do you understand that?

20          A.   Yes.

21          Q.   Please also just let me, if you

22      need a break I'm happy to give you one.

23      Please note you cannot take a break while a

24      question is pending so I would just ask that

25      you answer the pending question before we
```

8

```
 1                      A. Malhotra
 2      take a break.  Do you understand that?
 3           A.   Yes.
 4           Q.   You understand that you are
 5      testifying under oath and under penalty of
 6      perjury, right?
 7           A.   Yes.
 8           Q.   And have you ever been a plaintiff
 9      or a defendant in another lawsuit before?
10           A.   No.
11           Q.   Have you ever been arrested or
12      convicted of a crime?
13           A.   No.
14           Q.   Have you ever testified as a
15      witness in another lawsuit before?
16           A.   No.
17           Q.   Are you taking any medications that
18      might affect your memory or your ability to
19      testify truthfully today?
20           A.   No.
21           Q.   I see you're wearing glasses.  I'm
22      going to be sharing documents on the screen
23      that I'm going to ask you questions about,
24      those documents.  Is there anything that's
25      going to prevent you from reading those
```

9

1                          A. Malhotra

2      documents on your screen this morning?

3           A.   No.

4           Q.   I'll obviously zoom in and, you

5      know, navigate the documents for you.

6           A.   Okay.

7           Q.   Can you please describe your

8      education?

9           A.   I have a Bachelor's in information

10     technology and sciences.  And I have an

11     executive program from Harvard.

12          Q.   I was going to ask where did you

13     get your degrees from.

14          A.   So the Bachelor's is from BMS

15     College of Engineering and the Harvard

16     version of an executive MBA, that's from

17     Harvard business school.

18          Q.   Do you have any other undergraduate

19     or graduate degrees?

20          A.   No.

21          Q.   When did you graduate from high

22     school?

23          A.   1990.

24          Q.   When did you graduate from college?

25          A.   '94.

10

1                          A. Malhotra

2          Q.   And did you go straight through to

3      your graduate program after that?

4          A.   No, I went in 2011.

5          Q.   So --

6          A.   That's usually done later.

7          Q.   So what did you do after you

8      graduated college?

9          A.   I worked at Hewlett Packard for

10     about three years.  Then I worked in a

11     company called Trilogy which was a software

12     company.

13          And then do you want me go through all

14     the companies?

15          Q.   Yeah, I don't need the most

16     detailed explanation, if you can tell me

17     where you worked and what you did at each

18     place generally that would be helpful.

19          A.   It was HP in the operating systems

20     group which a lot of hardcore software

21     programming.  Trilogy, bunch of AI, the

22     stuff, expert systems and artificial

23     intelligence at the time.  That was one of

24     the first companies sort of doing that.

25          Then it was Core Metrics, one of the

11

1                          A. Malhotra

2      first companies to actually use web tracking.

3      They sort of almost invented the Pixel

4      tracking that is very prevalent now.

5          I did my own startup, first company to

6      go out there, Novella where we basically were

7      tracking purchases made in grocery stores and

8      married it to the health of what people are

9      sort of -- nutritional content, what people

10     are actually buying and doing that.

11         After that I worked in a company called

12     Backbone Software which was a spinoff of AT&T

13     in data protection and we had customers like

14     Facebook, Yahoo and I worked closely with Net

15     App, very large companies, a lot of what you

16     see in data center software.

17         2010 I joined the advisory board company

18     which is Optum United right now where I

19     developed basically a platform to connect

20     their 45 acquisition centers in the health

21     care space.

22         After that I worked with BP3, sort of a

23     midsize software company in area of process

24     automation and cognitive -- basically all of

25     older versions of what AI is right now.

12

1                          A. Malhotra

2           I also after that I worked with a

3       private equity firmed called ESW for a few

4       years.  We were acquiring companies and

5       basically putting those together in a sort of

6       a suite.  Those companies were in different

7       sectors like retail, health care.  I got a

8       chance to work with a lot of large

9       organizations, Apple, Cleveland Clinic,

10      Gatorade, some energy.  I did my own startup

11      in health care that's still running called

12      Continuity Care.

13          Then I worked -- I started getting more

14      and more into doing diligence work.  I worked

15      with Advent International in multiple deals

16      and acquisitions and I also had some previous

17      experience from working with ESW on that.

18          And then I worked as part of KKR which

19      owns 1-800 contact which is very large

20      organization.  I was the CTO there for a

21      while and that was sort of what I was doing.

22          Then I came across the opportunity for

23      Dream On Me or buybuy BABY sort of came by

24      and that was to help with the diligence and I

25      started looking into it and I got sucked into

13

1                        A. Malhotra

2        it.  It just became -- it was so big, it was

3        so much bigger because ultimately the

4        challenge was to understand -- buybuy BABY

5        was actually part of Bed, Bath & Beyond so

6        there was no way to like take it out.  You

7        had to understand all of the ecosystem of

8        Bed, Bath & Beyond to understand what would

9        buybuy BABY be.

10            So that's a quick summary.  I may have

11       left some pieces out.

12            Q.   That's fine.  I believe working for

13       Dream On Me, when did you start at Dream On

14       Me?

15            A.   In May.  In May.

16            Q.   In May of what year?

17            A.   '23.

18            Q.   Do you still work there?

19            A.   No.

20            Q.   When did you leave?

21            A.   End of last month, so as of

22       October 1.

23            Q.   And why did you leave?

24            A.   Dream On Me or buybuy BABY -- well,

25       I worked for buybuy BABY Acquisition so I

14

1                            A. Malhotra

2       wasn't actually -- so they were -- the

3       initial outreach was when buybuy BABY didn't

4       exist.  Then when I ended up joining and I

5       was working, then I was working at buybuy

6       BABY, to just make it clear, because by that

7       time the company had formed.

8            So the reason I left is because right

9       now buybuy BABY is on a very different path.

10      My objective there was to actually work with

11      them until the end of 2023 to basically set

12      them up, get the team going.

13           And, you know, so they were operational.

14      They had the platform.  They had everything

15      to, you know, sort of move them forward.

16           Mark asked me to stay sort of a little

17      bit longer, a little bit longer.  By the time

18      of September, the end, it didn't make any

19      sense for me to be there because they were

20      developed, set up in the path they're doing

21      and right now they're, you know, whatever

22      they're focused on, it's moving to a

23      digital -- all the components are there.

24      Unless they're doing a big lift or moving in

25      a different direction I'm not needed.

15

```
 1                      A. Malhotra
 2          Q.   I want to clarify something, after
 3     Dream On Me purchased the buybuy BABY assets,
 4     you went to go work for buybuy BABY, is that
 5     an accurate reflection of what you just said?
 6          A.   Yes.  Yes.  I was paid by buybuy
 7     BABY.
 8          Q.   Do you have an employment agreement
 9     with Dream On Me?
10          A.   I'm a contractor.
11          Q.   Do you have some kind of
12     contract/consulting agreement with Dream On
13     Me?
14          A.   No.  No.
15          Q.   Were you an employee with the new
16     buybuy BABY entity that you then went to go
17     work with?
18          A.   No, it's a consultant.
19          Q.   Did you have a consulting agreement
20     with buybuy BABY?
21          A.   It was verbal and in an email
22     format so it wasn't something that was
23     signed.  I sent my terms and they said that's
24     fine.
25          Q.   But when did you make the
```

16

1                          A. Malhotra

2        transition from working for Dream On Me to

3        buybuy BABY?

4            A.    The day buybuy BABY was formed.

5            Q.    Do you know when that was?

6            A.    I think the end of July 23 or early

7        August.  I don't remember the exact date.

8            Q.    I'm going to circle back to this.

9        I just want to do some other preliminary

10       stuff.  I want to focus on you a little bit.

11           Do you have any professional licenses or

12       credentials?

13           A.    As in like a -- in the context of

14       what?  I don't understand the question.

15           Q.    Well, you know, you have an

16       undergraduate degree, for example, and you

17       have a graduate degree.

18           I wonder if there are any types of

19       licensing bodies that wouldn't have given you

20       a degree, certificate, maybe you took a class

21       in something specific for your work related

22       to your work?

23           A.    No.  No.  In software there's

24       nothing like licenses.

25           Q.    Have you ever been the subject of

17

1                    A. Malhotra

2        any disciplinary action by a court, tribunal

3        or licensing body?

4            A.   No.

5            Q.   You mentioned that you began

6        working for Dream On Me around May of 2023,

7        is that right?

8            A.   Yes.

9            Q.   What was your title with Dream On

10       Me?

11           A.   There wasn't a --

12                MR. MURPHY:  Objection.

13           A.   There wasn't a title.  It was just

14       like hey, we need help with diligence, can

15       you help us out.  You know, this is a fast

16       moving initiative.  I knew the people there.

17           So I knew Avish from before so I just

18       jumped in and, you know, I knew we'll sort

19       the employment and all that stuff and terms

20       later.

21           At that time we were very much focused

22       on figuring out what was the asset, what are

23       the moving pieces.  Things were changing in

24       terms of the auction, in terms of the IP and

25       the going concern.

18

1                    A. Malhotra

2          And then, of course, we had to quickly

3     understand what it meant for us to acquire --

4     what form we would acquire and then what

5     would be the sort of the plan after.

6          Q.   So were you brought into Dream On

7     Me specifically to help with the bankruptcy

8     auction for buybuy BABY assets?

9          A.   Yes.

10         Q.   Did you have any other duties or

11    responsibilities while you were working with

12    Dream On Me?

13         A.   No.  No.  By the time it sort of

14    really kicked in, I was full-time on it.

15         Q.   You were just working on the Baby

16    bankruptcy acquisition?

17         A.   That's right.

18         Q.   Can you tell me what your duties

19    and responsibilities were with regard to that

20    project?

21         A.   One was trying to getting a clear

22    picture of the product and technology assets

23    of buybuy BABY, what it meant, where the

24    teams are, where the people are and then sort

25    of look at what would be the plausible go

19

                         A. Malhotra

1

2    forward plans both in terms of what would it

3    be mean for an ongoing, what would be the

4    estate, how would the estate support us, if

5    we were choosing to go ongoing, understand

6    the TSA.  That's the transition services

7    agreement.

8        So when you acquire an asset, which is,

9    you know, you're just taking it as a going

10   concern, the estate will then run the asset

11   for you for a fee until you can stand up on

12   your own sort of systems and operations to

13   then fully transfer control over.

14       Q.   Did you have any other duties or

15   responsibilities?

16       A.   No.

17       Q.   Were you responsible for developing

18   a financial model --

19       A.   No.

20       Q.   -- as part of this project?

21       A.   No.

22       Q.   Were you responsible, I believe you

23   were, for assessing how to extract the

24   technology from Bed, Bath & Beyond?

25       A.   Yes.

20

1                    A. Malhotra

2          Q.   Was that extracting the technology

3     the only scope of your responsibilities?

4          A.   No.

5          Q.   So can you explain in a little bit

6     more detail what else you would have been

7     working on?

8          A.   So this extraction of the

9     technology assessment and the teams and the

10    organizational structure of what -- how the

11    operations are run and what then for us it is

12    to run it when it transitions to us and who

13    are the people and the teams who would be the

14    right fit for doing that.

15         Q.   What did you do to prepare for this

16    deposition?

17         A.   I just -- nothing specifically.  I

18    just looked at some of the, this was not

19    recently, but looked at some of the materials

20    that I have shared just to sort of remind

21    myself as part of this discovery, but that

22    was a few days ago.

23         Q.   Do you remember what documents you

24    looked at?

25         A.   I think the documents that we had

21

                        A. Malhotra

1

2        shared with you guys, some of the emails and

3        notes and all those --

4            Q.   Did you speak with anyone in

5        preparation for this deposition?

6            A.   I spoke to Tom.

7            Q.   I don't want to know what you said

8        to Tom, so don't tell me and don't tell me

9        what Tom told you.  Did you speak with anyone

10       from Dream On Me in preparation for this

11       deposition?

12           A.   Not in preparation.  I let them

13       know that the deposition is today.

14           Q.   Did you take any notes in

15       preparation for this deposition?

16           A.   No.

17           Q.   Do you have any notes or documents

18       in front of you today?

19           A.   No.

20           Q.   Did you have a role in collecting

21       documents to be produced in this litigation?

22           A.   Not in collection, but I was

23       sharing it with Steve who was putting them

24       together, Steven and Avish for Tom.  So I was

25       just pulling my own documents in terms of,

22

1                              A. Malhotra

2       you know, the ones I could find.

3            Q.   You mentioned a man named Steve.

4       What is Steve's last name?

5            A.   Steve Kathtan.

6            Q.   Do you know if he works for Dream

7       On Me?

8            A.   He works for Dream On Me, yes.

9            Q.   Do you know what he does there?

10           A.   He's the director -- the head of

11      IT.

12           Q.   Understood.  Do you know if he had

13      any involvement in Dream On Me's acquisition

14      of the buybuy BABY's assets?

15           A.   Yes.  He was performing some of the

16      tasks that I asked him to do in terms of what

17      assets to get, where to put them.

18           So he's more like the operational

19      person, just making sure the data actually

20      gets transferred, the files are moving, all

21      those kinds of things.

22           Q.   Do you know what Dream On Me does

23      as a business?

24           A.   Yes.

25           Q.   What do they do?

23

1                          A. Malhotra

2          A.    They are a wholesaler of -- they

3     manufacture baby furniture.  They're in a

4     segment in the baby space and baby furniture

5     in other baby-related goods.

6          They have -- they do manufacturing.

7     They do importing.  They have a bunch of

8     warehouses and they sell through Amazon,

9     Walmart and also they sell direct.

10         Q.    Do you know if Dream On Me has

11    experience running retail stores?

12         A.    As in retail physical stores?

13         Q.    Yes.

14         A.    I don't know if they have

15    experience running retail physical stores.

16         Q.    Do you know if Dream On Me has

17    ever participated in a bankruptcy auction

18    before?

19         A.    No.  I don't know.

20         Q.    Have you ever worked on a

21    bankruptcy auction before?

22         A.    No, I have not.

23         Q.    Do you know if anyone else at

24    Dream On Me who was working on this project

25    who had worked on a bankruptcy auction

24

```
 1                    A. Malhotra

 2      before?

 3           A.   I don't know.

 4           Q.   Have you ever heard of an entity

 5      called Go Global?

 6           A.   Have I heard of them?

 7           Q.   Yes.

 8           A.   Yes, I have.

 9           Q.   And what do you know about Go

10      Global?

11           A.   They were very active during the

12      bankruptcy auction.  There was a lot of news

13      being leaked or shared on CNBC and we always

14      saw Go Global.  So that was my first sort

15      of -- first when I heard about them.

16           And then there was a conversation that

17      Go Global was having with Dream On Me for a

18      potential partnership that was -- so the

19      context was Lazard or when we were being

20      presented by the Bed, Bath folks, they said

21      hey you guys, you know, the buyers can

22      probably get together and here are some of

23      the other bidders, why don't you guys join

24      forces.  And so there was that conversation.

25           And after that, I spoke to Thoryn
```

25

                        A. Malhotra

1

2    Stevens from Go Global to understand where --

3    what they were doing, what their experience

4    has been working with the buybuy BABY teams

5    and just to share notes on that.

6        Q.   I believe you first heard about Go

7    Global from CNBC?

8        A.   Not a news alert.  You know when we

9    were in the auction so everyday, this was a

10   very famous/public auction, there would be

11   some news or other thing popping up and Go

12   Global's name was always sort of coming up as

13   one of the bidders or one of the people who

14   were interested in it.

15       Q.   Do you know when you -- when that

16   was, when you first heard about Go Global?

17       A.   That was in May, May of 2023.

18       Q.   And at that point you had just

19   started working at Dream On Me, is that

20   right?

21       A.   Yes.  Because then I was, of

22   course, you know, the news of buybuy BABY and

23   Bed, Bath & Beyond's public bankruptcy was

24   very, very much in the media.

25           And then as I was talking to the folks

26

1                         A. Malhotra

2     at buybuy BABY, I would see information out

3     there on CNBC and then there would be Go

4     Global's name attached to it.

5         Q.  Can you approximate for me when you

6     started working at Dream On Me on this

7     project?  I know you said May.  Do you know

8     when in May?

9         A.  It was -- it was in May.  I think

10    the last two weeks or a week or so.

11        Q.  The end of May, yeah?

12        A.  Towards the end of May.

13        Q.  When you started at Dream On Me,

14    what work had Dream On Me performed at that

15    time in relation to this project for a

16    potential bid for buybuy BABY assets?

17        A.  I was -- I was focused on -- they

18    had an idea of acquiring the asset.  They

19    mentioned to me that they have been

20    interested in this asset for a couple of

21    years.

22        They had talked to the management.  They

23    had a good sense of all the players so they

24    knew people at the Board or sort of all the

25    moving pieces, right, because there was --

27

1                           A. Malhotra

2      this is not an industry that I knew a lot

3      about just in terms of this company and this

4      whole ecosystem at Baby.

5          I got the rundown that they had a fair

6      understanding of what this business means,

7      what the gaps were, where they thought that

8      buybuy BABY was not performing.

9          Buybuy BABY was also a good part of

10     their sales and so they were, you know,

11     not -- they were not wanting to lose that

12     channel.  So that was one of their

13     motivations to acquire the asset.

14         So I had context about the baby business

15     from them.  I had context where buybuy BABY

16     played, their position, how they're

17     positioned.

18         I was also curious, hey, what is this

19     company?  What do they do?  My kids are

20     older, the baby universe wasn't fresh for me

21     on what is going on, what parents are

22     thinking, where the gaps in the market are,

23     why this company is relevant?

24         And then it was -- there was a lot of

25     the buybuy BABY management team had their own

28

```
 1                        A. Malhotra

 2      idea of a transition plan.  So the way buybuy

 3      BABY was, Bed, Bath & Beyond and buybuy BABY

 4      were being sold and presented was that, I

 5      think, they assumed they're going to get a

 6      huge amount of capital from their existing

 7      investors.

 8           They were actually coming up, hey, this

 9      is our plan, when the organization sort of

10      splits, this is what we want to do, here's

11      the people that will be part of it, here's

12      how the teams are going to work, here's how

13      we're going to operate.

14           Q.   I believe you mentioned that Dream

15      On Me had some context and some ideas.

16           What I want to know, when you joined

17      Dream On Me in late May, I want to know what

18      work they had performed in preparation for,

19      you know, submitting a bid or any analysis

20      that they had performed to submit a bid?

21           A.   So I want to make it clear, it's

22      not just an idea.  Obviously work is needed

23      to be done to have a sense of whether you're

24      going to bid for an asset or not.

25           If you're asking if there was a very
```

29

1                          A. Malhotra

2      nice crisp document where they wrote all

3      these things they told me, there wasn't

4      one.

5           But I want to make it clear that, you

6      know, it's not like they were reading the

7      media.  This is what this asset is and here's

8      what we can do with it.  Let's learn some

9      more in terms of what exactly is going on

10     with these teams.  Let us see what is in

11     discovery, what is being shared by them and

12     figure out the readiness of this team and

13     their ability to actually perform and do what

14     they're saying they will do when they spin

15     off.

16          Q.   I believe you said that at this

17     point in time there was no written document.

18     Is that fair to say, there wasn't work

19     product you saw from Dream On Me at this

20     point?

21          A.   No.  I don't recall.

22          Q.   Do you know what Dream On Me

23     reviewed to come up with the context and

24     ideas and basis for its plan to bid at the

25     point that you joined Dream On Me in May?

30

1                          A. Malhotra

2          A.   At the point I joined they had

3     looked at some of the assets in the data room

4     that was provided by buybuy BABY.  And

5     they -- the buybuy BABY had shared decs of

6     their vision and where they wanted to go to.

7     So I know that materials had been reviewed.

8          Q.   You just referred to the data room

9     by buybuy BABY.  If I called that the Lazard

10    data room, does that seem accurate to you?

11         A.   Yes.

12         Q.   Because that's how we've been

13    referring to it.  So I will call it the

14    Lazard data room for reference.

15         A.   Yes.

16         Q.   At that point Dream On Me had been

17    in the Lazard data room?

18         A.   Yes.

19         Q.   Do you know what they reviewed at

20    that point?

21         A.   I don't personally know which

22    specific documents they had reviewed, but

23    they could speak to the documents so I assume

24    they had reviewed quite a few of the

25    materials.

31

                          A. Malhotra

1

2          Q.    Had you been in the Lazard data

3     room?

4          A.    Yes.

5          Q.    What did you see in the Lazard data

6     room?

7          A.    There was -- they had their -- so

8     there was a lot of documents around their

9     existing business, how the business was

10     performing, what systems they were using,

11     data architecture, software architecture,

12     insights on basic documents on their teams,

13     and then what their business is, their own

14     presentations on what they wanted to do with

15     buybuy BABY, Bed, Bath & Beyond.

16          Also because there was Bed, Bath &

17     Beyond data in there, in the presentations,

18     but I was focused on the buybuy BABY side.

19          Q.    Do you know when you went into the

20     Lazard data room for the first time?

21          A.    No, I don't have the specific date.

22          Q.    Can you recall?  Can you

23     approximate?

24          A.    Probably in the end of May.  I can

25     look up really quickly -- actually -- I

32

1                        A. Malhotra

2      probably have like a shared --

3           Q.   I don't need you to look it up.

4      I'm trying to get an idea of when you were

5      looking at it.  It's around when you started

6      on the project, is that right?

7           A.   Yes.

8           Q.   When you went into the Lazard data

9      room, how many documents do you recall

10     seeing?

11          A.   I say there were tens of hundreds.

12     And I'm pretty quick with reading documents

13     and understanding really quickly what is

14     going on so I'm really fast in finding out

15     what's important.

16          So I would have gone through probably

17     hundreds of documents or tens of hundreds and

18     finding out what is relevant, where the gaps

19     are, what they're showing, what is

20     interesting, what is not interesting.

21          Q.   To clarify, there were hundreds of

22     documents in the data room that you saw?

23          A.   Yes, that's what I believe, yes.

24          Q.   Do you recall going through each

25     document?

33

1                     A. Malhotra

2          A.   I don't recall going through every

3     single document, but as different sections

4     come up and different areas, then I would

5     look at them more carefully.

6          So there were documents I would spend

7     more time on and I would skim some.

8          Then I would go back and say okay that

9     one is interesting, I need to understand this

10    contract they have.  What are their pending

11    liabilities with some of the vendors?  How

12    are they thinking about it?

13         The first question, how entrenched they

14    are with the whole buybuy BABY system?  What

15    it takes to move those things.  Getting what

16    sense of what systems they are using, which

17    were hundreds of systems that were all being

18    used interconnected and intertwined with Bed,

19    Bath & Beyond.

20         And then also they had this huge -- they

21    had a lot of talk that they were working with

22    Oracle, Salesforce, you know, Google I and

23    all that and finding out how much of that is

24    real and how much are they actually -- how

25    are the systems actually running, which

34

```
 1                          A. Malhotra
 2        turned out to be most of the systems were
 3        still in an old IBM AS-400.
 4             Many of their core systems were pretty
 5        antiquated at the bottom, but they had all
 6        these systems which were in various stages of
 7        being deployed all going live.
 8             Q.   Do you know who else at Dream On Me
 9        was working on this project to acquire buybuy
10        BABY's assets?
11             A.   It was Avish, he was pretty
12        engaged, myself, and I think -- I don't know
13        if Milan had access to the data room or he
14        spent much time there.  He was in the
15        presentations so we did talk about all the
16        pieces.
17             But mostly it was -- I was working
18        mostly with Avish and giving out dates to
19        Mark.
20             Q.   Anyone else other than Avish, Mark,
21        Milan or yourself?
22             A.   I don't recall.
23             Q.   Do you know if any one of those
24        people we just discussed other than yourself
25        went into the data room?
```

35

1                          A. Malhotra

2          A.   I know --

3          Q.   The Lazard data room just to

4     clarify.

5          A.   Avish was definitely there.

6          Q.   And anyone else?

7          A.   No.  I don't recall anyone else,

8     not that I know.

9          Q.   That's fine.  That's fine.  Do you

10    know why Dream On Me was interested in buybuy

11    BABY's assets?

12         A.   I think I answered that question.

13         Q.   Okay.  Can you repeat it for me,

14    please.

15         A.   So Dream On Me has been in the baby

16    business for about 20-plus years.  They know

17    that having a sales channel apart from Amazon

18    and Walmart, having someone more focused is

19    important for those businesses.

20         They had a significant amount of their

21    business coming from buybuy BABY.  They had

22    spoken to buybuy BABY, I believe, in the past

23    even before this auction.

24         So it's a market they believed in.  They

25    understood this baby business at a very -- in

36

```
1                         A. Malhotra
2      terms of what it means and the value of that
3      business.
4           So they were very keen on figuring out a
5      way that they could acquire -- to be clear, a
6      lot of conversations were for an ongoing
7      concern, right.  So when we were talking in
8      May and June and the way buybuy BABY was
9      presenting itself was not hey, here's the IP
10     and we're going to walk away from it.
11          Most of the conversation was around what
12     would an ongoing concern model look like,
13     what would this business look like as an
14     ongoing concern.
15          Q.   Okay.  Do you know why Dream On Me
16     was interested in obtaining a partner in this
17     potential venture to purchase buybuy BABY's
18     bankruptcy assets?
19          A.   I don't -- I don't believe they
20     were seeking a partner.  This was a
21     connection made by Lazard or in one of those
22     calls by the sellers.
23          I don't know if it was Lazard or 6th
24     Street, whoever made that comment, and they
25     recommended that some of the buyers -- the
```

37

1                          A. Malhotra

2      bidders get together and see if they could

3      do a joint bid or something like that.

4          So there was no plan or any conversation

5      that I had with Dream On Me where they said,

6      oh, we need to get a partner.

7          Q.   Did you have any conversations with

8      the people over at Lazard?

9          A.   Personal one-on-one, maybe a couple

10     of phones calls or something, but it was

11     always in the context of being in conference

12     calls with the folks at Lazard.

13         Q.   Do you know when Dream On Me was

14     introduced to Go Global?

15         A.   Sometime in the first week or

16     second week of June.  It was a period of a

17     week or so.

18         Q.   And do you recall that during that

19     week or so time period Dream On Me and Go

20     Global had conversations with potential

21     partnership, is that right?

22         A.   Yes.

23         Q.   Before Dream On Me met with Go

24     Global, but after you had decided to look

25     into a potential partnership, did you speak

38

```
 1                      A. Malhotra
 2      with anyone at Dream On Me about this
 3      potential partnership?
 4          A.   I was curious about -- before they
 5      were introduced, yes.  I mean they told me
 6      that Go Global is coming and we were like
 7      let's see what they have to say.
 8          You know, because Go Global was very
 9      active in the news, you know, making a lot of
10      ruckus.
11          So I think I was just curious what it
12      is, what do we know.  I don't believe we knew
13      much about what -- where they were, what they
14      were planning to do with it.  So I was trying
15      to learn about the company, what other assets
16      they had, what they do in the past.
17          And then, of course, I had a call with
18      Thoryn who worked for Go Global at the time
19      just to get up to speed on what they were
20      doing, what we were finding.
21          Because any information that a potential
22      bidder has with the folks at buybuy BABY is
23      made available to all the other bidders.  So,
24      you know, I was just saying okay, what have
25      you done with them, where are you in this
```

39

1                          A. Malhotra

2          process, how are you guys thinking about it,

3          those kind of things.

4               Q.   When you say where are you,

5          you're talking about your conversation with

6          Thoryn?

7               A.   Yes.

8               Q.   I want to go back to your

9          conversations within Dream On Me and with

10         Lazard though.

11              A.   Yes.

12              Q.   What I want to know is if you

13         were speaking to anyone either at Lazard or

14         at Dream On Me about what this potential

15         partnership with Go Global was and what that

16         would look like.  Do you recall any

17         conversations like that?

18              A.   Yes.  I mean, before the

19         partnership, we were speculating what it

20         could be.

21              I don't know if I had an email or a

22         WhatsApp message, probably the thing which --

23         again, this is, to be clear, 99 percent of my

24         attention was on the asset, talking to the

25         buybuy BABY people, what's going on there,

40

```
  1                          A. Malhotra

  2     how this is going to look like.

  3          And then I think I had talked to Avish

  4     before hey, do you know -- when he mentioned

  5     these guys are coming in for a meeting, from

  6     what I can recall yeah, let's see what they

  7     have to say, what's going on, what would this

  8     look like.

  9          So I didn't have -- I don't know if your

 10     question is what specific conversation or we

 11     had an idea of their partnership or --

 12          Q.  Well, I guess my question is if

 13     Dream On Me is entertaining a potential

 14     partnership with Go Global, do you know what

 15     Dream On Me would have expected to get out of

 16     that partnership and specifically what they

 17     would have expected to get out of Go Global

 18     from that partnership.

 19          A.  I don't know if they had a specific

 20     reason or a plan.  I don't believe they had

 21     one.

 22          We just wanted to learn what -- I mean,

 23     if someone says meet someone, I'm not going

 24     to start speculating like this, this, this

 25     this.  It will be interesting.
```

41

```
 1                    A. Malhotra
 2         Obviously they're part of the bidding
 3    process and we are part of the bidding
 4    process.  And if the Lazard folks are saying
 5    you guys need to have a conversation, then
 6    we'll have a conversation.
 7         Q.   So is it fair to say you were
 8    interested in learning from Go Global?
 9              MR. MURPHY:  Objection.
10         A.   You're putting words in my mouth
11    because we -- Lazard said you guys should
12    meet because you're both bidders and join
13    forces.
14         So we were yes, basically, what would
15    this partnership look like.  Obviously you
16    talk to the person.  You can't speculate on
17    what a partnership means.  Partnership is a
18    very broad term.
19         Q.   You mentioned speaking with Thoryn
20    Stevens at Go Global, is that right?
21         A.   Yes.
22         Q.   Did you speak with anyone else at
23    Go Global?
24         A.   No.
25         Q.   Just Thoryn?
```

42

1                          A. Malhotra

2          A.    Yes.

3          Q.    And what did you speak with him

4     about?

5          A.    About where -- so the first part of

6     the conversation was just our background.  He

7     was also doing some work in health care.  I

8     have done a lot of work in health care so we

9     talked about that.

10          We talked about what our sense was of

11     more like a technical level, like what our

12     sense of the buybuy BABY team was, where they

13     are in their journey, where we are in the

14     journey, how hard it was to basically get

15     hold of some of the buybuy BABY people.

16          We talked about the process they're

17     following.  They seemed to be very busy in

18     conversations with Oracle spending time with

19     buybuy BABY people.

20          So it just was learning about his

21     background and what they were doing, just

22     more informational.

23          And I was sharing with him what we were

24     doing and how we were sort of approaching it.

25          Q.    You said that part of the

43

```
 1                    A. Malhotra

 2      discussion entailed where they are in the

 3      journey.

 4           So by that you mean where Go Global was

 5      in the journey, in their process for --

 6           A.   Correct.

 7           Q.   -- for a potential acquisition of

 8      buybuy BABY's assets?

 9           A.   Yes.

10           Q.   Did Thoryn tell you where they

11      were?

12           A.   Yes, he said that they were few

13      more weeks in.  I think they had started to

14      look to -- to look at this in April or

15      earlier.

16           They had talked to more buybuy BABY

17      people.  They were approaching -- I heard

18      from the buybuy BABY people that, you know,

19      they felt that they are going to go with Go

20      Global.  So the buybuy BABY people were

21      spending all their time with Thoryn and the

22      folks at Go Global.

23           And it was very hard for us to, you

24      know, get time with the buybuy BABY folks

25      just in terms of getting conversations,
```

44

1                        A. Malhotra

2      sharing their plans, giving us a view of, you

3      know, their architecture, what they had in

4      place, what they did not have in place.

5          Q.   Is it fair to say when you spoke to

6      Thoryn, Go Global was further along in the

7      process than Dream On Me?

8          A.   Yes.

9          Q.   And in what ways?

10         A.   They had spent more time with the

11     team.

12         Q.   They had spent more time with the

13     Baby team?

14         A.   With the Baby team.  They had

15     spoken to the vendors like Oracle, Infosys,

16     all the vendors that buybuy BABY was working

17     with.  Go Global spent more time with them.

18         Q.   Had Dream On Me spent time with

19     those vendors?

20         A.   Not much.

21         Q.   Were there other ways in which Go

22     Global was further along in their process

23     than Dream On Me?

24         A.   They had -- no, it was just more

25     conversations, more time with the teams, more

45

                         A. Malhotra

1

2      time coming up with potential scenarios or

3      what the going concern would be.

4           Now to be clear, any time that Go Global

5      spent with the buybuy BABY team legally, by

6      the Baby team, they are to share with all the

7      bidders.

8           So yes, they had spent more time with

9      the buybuy BABY team, but that information of

10     what they did with them was public to the

11     bidders.

12          Q.   Do you know what kind of

13     information was being uploaded to the Lazard

14     data room?

15          A.   Yes.   Do you want me to expand on

16     it?

17          It's all standard diligence materials,

18     system, potential plans, what the 50 store

19     model looked like.

20          I don't know if they did ten stores.

21     Which are the stores they -- the performance

22     of every store, how much they spend on every

23     aspect of technology, where each technology

24     initiative was in its journey, which is

25     getting completed, the spend for each of the

46

                          A. Malhotra

1

2    vendors.  How some of the pieces sort of

3    worked?  What are the potential ways they

4    could take out costs out of there and what

5    that cost model would look like, all of that

6    information.

7         Q.   That was information that was

8    available to any of the potential bidders in

9    this auction, is that right?

10        A.   Yes, by law, by the terms of the

11   auction.

12        Q.   Are you aware whether that data

13   room was being continuously populated with

14   new documents?

15        A.   Yes.  And I continued to look at it

16   everyday.

17        Q.   You looked at -- everyday you would

18   look at the data room and read the new

19   documents?

20        A.   Yes.

21        Q.   Do you think you read every

22   document in that data room?

23        A.   No, I did not read every single

24   document in that data room.

25        Q.   Is it fair to say that the

47

```
 1                    A. Malhotra
 2      information in that data room is raw data?
 3          A.   No.  No.
 4          Q.   None of it is?
 5          A.   No, it is not just raw data.
 6          Q.   Okay.  Is it fair to say that some
 7      of what's in that data room is raw data?
 8          A.   What do you mean by raw data?
 9          Q.   I believe you said there were like
10      financial statements in there, that's raw.  I
11      would consider that raw data.
12          A.   Yes.
13          Q.   That the Lazard or Baby would then
14      want -- I won't say what they would want --
15      they were providing the potential bidders for
16      the bidders to make use of it?
17          A.   Yes, some of the data was raw data,
18      but as buybuy BABY continued to have
19      conversations on potential exit options, they
20      were sharing those as well.
21          Q.   Do you recall whether you attended
22      any meetings with Go Global other than the
23      one with Thoryn Stevens?
24          A.   No, I did not.
25          Q.   I want to clarify, you do not
```

48

```
 1                      A. Malhotra
 2      recall attending a meeting on June 12?
 3           A.   No.  Was it the meeting with
 4      Thoryn?
 5           Q.   No.
 6           A.   No?
 7           Q.   I will represent the following to
 8      you; there was a meeting on June 12 which was
 9      a dinner meeting.  I want to know if you
10      attended that meeting.
11           A.   I did not.
12           Q.   I will also represent to you there
13      was an in-person meeting on June 15 at Dream
14      On Me's offices in New Jersey.  Did you
15      attend that meeting?
16           A.   No, I did not.
17               (Whereupon, at this time, an
18               exhibit was displayed via Zoom.)
19               MR. BERLOWITZ:  I will share this
20               document with you.  I hope I'm sharing
21               my PDF with you.
22               THE WITNESS:  Yes.
23           Q.   This is an email at the very top
24      that you sent on June 12.  It is a two page
25      email.  First page is Bates number GG 8935.
```

49

                              A. Malhotra

1          I'm interested in the entire chain so I

2    will give you a minute to read the email

3    that's below that and let me know when you

4    want me to scroll down and let me know when

5    you're finished reading it.

6                (Whereupon, at this time, a

7          document was marked as Plaintiff's

8          Exhibit 1, as of this date.)

9                MR. MURPHY:  We will mark this as

10         one?  Do you want him to read all the

11         way to the bottom?

12               MR. BERLOWITZ:  I was going to give

13         him a chance to read it.

14               (Whereupon, at this time, the

15         attorney scrolled through the exhibit as

16         requested.)

17    A.    Okay.

18    Q.    So I'm going to ask you first about

19    the email that was sent on June 12 at

20    3:00 p.m.  You're not on this email?

21    A.    Yes.

22    Q.    But in this email there are a

23    number of questions that were posed that

24    seems by Dream On Me to Go Global and then Go

50

1                              A. Malhotra

2    Global provides responses.  Is that an

3    accurate reflection of what's going on in

4    this email?

5         A.   Yes.

6         Q.   I want to know, do you know who

7    came up with these questions?

8         A.   I know Avish -- I think Avish and I

9    talked about these questions because I had

10   had a briefing of what I was finding in the

11   data room and, you know, what is being

12   shared.

13        Q.   Did you help draft these questions?

14        A.   I think so.  I'm not a hundred

15   percent sure.

16        I do remember talking about these

17   questions or -- whether I wrote it down for

18   Avish or we talked about it, yeah, I cannot

19   say yes or no, but probably yes.

20        Q.   At the top you write to Christian

21   thanking for him for the responses.  Do you

22   see that?

23        A.   Yes.

24        Q.   Is it fair to say that you reviewed

25   the questions and responses on June 12 or

51

1                    A. Malhotra

2    thereabouts?

3         A.   Yes.

4         Q.   I want to focus your attention on

5    parts of these questions and parts of these

6    responses.



52

1                    A. Malhotra



53



11      Q.   My question is as of June 12, had

12    Dream On Me identified key people needed from

13    transition to stabilization?

14      A.   I had an idea of some of the

15    players but -- we did not have a locked down

16    plan of who were these key people.

17      Q.   As of June 12, had Dream On Me

18    begun the locking necessary processes needed

19    to do -- to transition to stabilization?

20      A.   I think at that time I had an idea

21    of -- what was basically plausible ideas,

22    right, in terms of what things are essential

23    and what things may not be essential and

24    that's where I was in the process of

25    discovery.

54

1                      A. Malhotra

2          But, to be clear, in my conversation

3      with Thoryn, they hadn't identified that

4      themselves.  They were wholly dependent on

5      what buybuy BABY was telling them.

6          And so they would say hey, can you cut

7      these costs and buybuy BABY would do that and

8      share this information with everybody else.

9          Q.   As of June 12 had Dream On Me

10     looked into the applications needed for the

11     transition to stabilization?

12         A.   We had looked into it.  We knew we

13     did not need all of them and we were

14     basically working with the buybuy BABY folks

15     to whittle them down.

16         Q.   I believe for the first two points,

17     identification of key people and processes,

18     you said that you had ideas about it, is that

19     right?

20         A.   Because I had started to talk to

21     the folks at buybuy BABY and I was getting a

22     picture of all the people who were involved

23     who were sharing what and who was doing what,

24     but we had not locked it down as of June 12.

25         Q.   When did you begin speaking to the

55

1                      A. Malhotra

2        people at buybuy BABY about these specific

3        issues?

4            A.   Almost immediately.  Right when I

5        started.  I don't recall the first call with

6        buybuy BABY, but it was pretty immediate.

7            And the first question was who do you

8        have, how are you thinking about it, who are

9        the players involved, who do you think are

10       good, what are you thinking about the go

11       forward and buybuy BABY started to share some

12       of that information.

13           I mean the first day that Avish sent me

14       the dec back in May, I already like -- the

15       reason I got involved in this is because I

16       was actually jet lagged at the time so I

17       spent all night and came up with a whole

18       litany of comments and questions and sort of

19       running through what makes sense, what does

20       not make sense, what are the different

21       plausible paths.

22           So yes, I mean -- we had -- I mean we

23       had -- we were looking at the same data for

24       about two, three weeks at the time.

25           Q.   Did you --

56

```
 1                    A. Malhotra
 2         A.    That's why in the conversation with
 3    Thoryn, I want to make it clear, they were
 4    going down this path with Oracle and they
 5    were talking to all these different vendors
 6    and we were questioning whether these vendors
 7    would even be needed, right.
 8         It seems like Go Global was going with
 9    whatever the buybuy BABY team was telling
10    them.
11         Q.    As of June 12, did you or Dream On
12    Me have any work product with regard to the
13    identification of key people?
14         A.    Conversationally, yes.  You have to
15    remember, this was --
16         Q.    I'm asking about work product.
17         A.    I don't recall.  No, work product
18    in terms of what we saw in the data room?  I
19    had a note -- I think I had a note to Avish,
20    right, on day one or day two of my getting
21    involved.  Like I mentioned, I can pretty
22    quickly run through these documents.
23         Q.    You didn't have any work product
24    with regard to the identification of key
25    people as of June 12, is that accurate?
```

57

                              A. Malhotra

1                    MR. MURPHY:  Objection.  You can

2          answer.

3          A.    I know I had -- I had produced my

4    sort of quick summary when we first started

5    looking at this.  And I was sharing insights

6    probably two or three times a day with Avish

7    in multiple phones calls, what we were

8    learning and finding.

9          But if you are asking me that we had

10   fully baked investment pieces ready to go by

11   this time, no.  And neither did buybuy BABY.

12         Q.    I'm not asking you that question.

13   I want you to listen to the question I'm

14   asking.

15         A.    Okay.

16         Q.    I understand you had conversations

17   with people.

18         A.    Yes.

19         Q.    I'm not asking about those

20   conversations.  I'm asking whether you had

21   work product, a draft or a final form with

22   regard to the identification of key people as

23   of June 12?

24         A.    No.

58

1                          A. Malhotra

2          Q.    Thank you.

3          A.    No.

4          Q.    Same question, but for processes.

5          A.    Processes I don't recall.  Because

6     I remember talking about it extensively and I

7     don't know if I wrote it down somewhere.

8          Q.    Is your response you don't recall?

9          A.    I don't recall.  And applications.

10          Q.    You also don't recall for

11     applications?

12          A.    Yes, I don't recall for

13     applications.

14          Q.    Thank you.  I want to direct your

15     attention to another one of the questions

16     here.  It says -- can you see my cursor?

17          A.    Yes.

18          Q.    Good.  I will try to highlight it.

19     This question reads, "Tech team is in

20     yellow/white.  Are those BBY people?  How

21     quickly do you think the Baby team can get

22     online and start transition, i.e. wean out of

23     BBY systems.  Any SME gaps?  Who is

24     responsible for IT and any on prem systems.

25     Do you foresee any IP issues with BBBY? "

59

```
 1                         A. Malhotra
 2      Do you see that question?
 3          A.   Yes.
 4          Q.   My first question to you is, what
 5      does SME stand for?
 6          A.   Subject matter expert.
 7          Q.   So can you just explain to me why
 8      you're asking about subject matter expert?
 9          I realize we don't know if you drafted
10      this question, but do you know why Dream On
11      Me is asking about subject matter expert gaps
12      to Go Global?
13          A.   I think the intent here is to just
14      basically see what Go Global is sort of
15      finding out.
16          It's information sharing.  It's sort of
17      like hey, what have you guys done?  Have you
18      seen any subject matter experts, I guess.
19          Q.   You were interested in the
20      information that Go Global had?
21          A.   We were interested in learning
22      about the work that they had done, what work,
23      if any, they had done on this.
24          Q.   I'm sharing another document with
25      you.  We will mark this as Exhibit 2.
```

60

```
 1                    A. Malhotra
 2              (Whereupon, at this time, a
 3         document was marked as Plaintiff's
 4         Exhibit 2, as of this date.)
 5              (Whereupon, at this time, an
 6         exhibit was displayed via Zoom.)
 7         Q.   This is an email -- Mr. Malhotra,
 8    do you mind if I call you Amit?
 9         A.   Yes.
10         Q.   You can call me Steve.  I just
11    prefer informality.  I appreciate that.
12         A.   Yes.
13         Q.   This is an email sent by Amit to
14    Thoryn Stevens.  It is dated June 13.  It is
15    four pages.  The first page is Bates stamped
16    DOM 3073.
17         You can scroll through this email, but
18    my first question to you is do you recognize
19    it?
20         A.   Yes.
21         Q.   You write to Thoryn -- you said,
22    "Thank you again for your time today.  Would
23    you have time tomorrow to continue our
24    conversation?"  Do you see those two
25    sentences?
```

61

                          A. Malhotra

1

2         A.    Yes.

3         Q.    So you had a meeting with Thoryn

4    Stevens from Go Global, is that right?

5         A.    That's correct.

6         Q.    And do you know if that meeting was

7    on June 13?

8         A.    Yes.  Yes, if I'm saying that,

9    yes.

10        Q.    What did you discuss at this

11   meeting?

12        A.    It was expanding more.  I think,

13   like I mentioned, it was the sharing of our

14   backgrounds, sharing our experience with what

15   we are learning from the folks at buybuy

16   BABY, how they're set up.

17        Both of us -- I mean he was also asking

18   me questions what is my background, what I've

19   done in the past and what our experience has

20   been working with the buybuy BABY folks.

21        So yeah, it was all of that, that stuff,

22   and basically going a little bit deeper into

23   these questions.

24        They were telling me, okay, this is how

25   we're thinking about it, the conversations we

62

                                A. Malhotra

1

2       are having with -- he mentioned he had to

3       jump off to get on a call with Oracle.

4           So that was the context of that

5       conversation.

6           Q.   Do you remember speaking about

7       anything else?

8           A.   It was sharing -- it was -- I think

9       we basically talked about the fact that there

10      was a lot of complexity built into the buybuy

11      BABY organization that was coming in from the

12      Bed, Bath & Beyond and what, you know, what

13      could be possible ways that, you know, we

14      would carve it out or where some of the

15      challenges -- what are we sort of finding

16      out, sharing more.

17          You've gone through the diligence

18      process.  I've gone through the diligence

19      process.  You've spent more time with them

20      and so more information.

21          Clearly, we could not have a completed

22      conversation.  Like I mentioned, the first

23      part was me talking to him about health

24      care.  So I would ask for more time to

25      continue the conversation.

63

1                         A. Malhotra

2           Q.   So what did you want to speak about

3       when you continued the conversation with

4       Thoryn?

5           A.   I don't recall at the time.  I

6       mean -- just getting a sense of what it is

7       that they are -- I'm trying to remember

8       what -- I don't remember specifically what I

9       wanted to talk to him about right now.  No I

10      don't.

11          Q.   Fine.

12          A.   I don't want to speculate.  It's

13      about a year and three months ago.

14               (Whereupon, at this time, an

15               exhibit was displayed via Zoom.)

16               (Whereupon, at this time, a

17               document was marked as Plaintiff's

18               Exhibit 3, as of this date.)

19          Q.   I'm showing you another email.

20      This is one from is Thoryn Stevens to

21      yourself, Amit.  It's dated June 15.  It is

22      six pages.  First page Bates DOM 3098.

23          Do you recognize into email, Amit?

24          A.   Yes.

25          Q.   In the second email that is part of

64

1                          A. Malhotra

2       this chain from the top, you write, "I

3       believe," to Thoryn, "at this point my main

4       goal is to get a deeper understanding of the

5       transition plan and the risks.  This will

6       help me better support our investment and

7       partnership with Go Global in a clarity of

8       how buybuy BABY will be successful."  Do you

9       see that?

10          A.   Yes.

11          Q.   So does that refresh your

12      recollection that you wanted to speak with

13      Thoryn to get a deeper understanding of the

14      transition plan?

15          A.   Yes.  So this is the TSA document.

16      Let's go further down here.

17

18

19

20

21

22

23

24          What was happening and what I've started

25      to discover was while all the future plans

65

1                          A. Malhotra



24          Bed, Bath & Beyond were or buybuy BABY

25       was trying to do it for three years and, in

66

1                        A. Malhotra

2      fact, they were trying to do it for ten years

3      and they were not successful.

4          And that was, okay, so my conversation

5      with Thoryn, you are talking about a

6      transition and stabilization, all this stuff,

7      but the reality is everything is running on

8

9

10

11

12

13

14

15          Q.   Did you also speak with Thoryn to

16      get a deeper understanding of the risks?

17          A.   I don't think I had this call with

18      him, the one after that.  I don't recall

19      having a second call.  I recall only the one

20      conversation with him.

21          Q.   When you say in the email, when you

22      write deeper understanding of the transition

23      plan, are you referring to Go Global's

24      transition plan?

25          A.   There was no Go Global -- there was

67

1                          A. Malhotra

2      a transition plan by buybuy BABY.

3            And, again, I want to make it clear,

4      there's a gap in even how buybuy BABY was

5      selling us this idea of everything is Oracle,

6      talk to Oracle.  Oracle kept saying, oh we

7      are 95 percent done.

8            And I've seen these things so many

9      times.  Someone says they're 95 percent and

10     even 99 percent done.  They're not done.

11     They're nowhere close to being done.

12           And this was, from my perspective, a big

13     risk.

14           Today your systems are running on IBM,

15     why are we talking about Oracle and all this

16     other Google and all those things.

17           And the reason I think buybuy BABY was

18     talking about it was because they wanted to

19     drive the valuation higher.  They didn't want

20     to admit to the public that we are still

21     running on an IBM system and if you need to

22     transition off of it you need to go to eBay

23     and buy an old IBM computer and hire all

24     these people that are not in the market to

25     transition.  This is a big problem.

68

```
 1                    A. Malhotra

 2           Why are you looking there?  Because I

 3      saw the contracts.

 4           Q.  Did you speak to Thoryn about a

 5      transition plan?

 6           A.  A specific transition plan, that

 7      was independent of -- so the TSA was being

 8      drafted by the buybuy BABY folks.  So I don't

 9      recall whether we had tried to create a new

10      transition plan or something.

11           Q.  Did you ask Thoryn questions about

12      the transition plan?

13           A.  I don't recall if I asked him a

14      specific question about their transition plan

15      outside of what was being covered by buybuy

16      BABY.

17           Q.  Did you ask Thoryn questions about

18      the buybuy BABY transition plan?

19           A.  Yes, I think so.

20           Q.  Which questions did you ask him?

21           A.  I don't recall the questions.

22           Q.  Do you know how many questions you

23      asked him?

24           A.  I don't recall.  I mean that wasn't

25      the focus.
```

69

1                    A. Malhotra

2          Again, we were both in discovery.  He

3     was also trying to get a handle around what

4     was happening.

5          I think the idea you have that Thoryn

6     had a clear picture of what they're going to

7     do is entirely false.  He was also sort of

8     discovering.

9          It was a little bit of a venting session

10    of how hard it was to get information out of

11    the buybuy BABY people and why don't they get

12    it and they need to get over their corporate

13    thinking and work on how to have a specific

14    idea.  And this is an example of it.

15         Because there is something I discovered,

16    you can see it in my email, hey, you are

17    talking -- if you go to talk to buybuy BABY

18    people, they're talking about Oracle and all

19    these Google things and they were paying

20    millions of dollars to Akamai, which is not

21    even a technology company you should be using

22    in this market.  Meanwhile, their core

23    systems were running on IBM.

24         Q.   Amit, respectfully my question is

25    whether you asked Thoryn questions about the

70

1                          A. Malhotra

2      transition plan.  I don't want to have to do

3      this, but I will focus you if I need to.  I

4      want you to listen to the question I'm

5      asking.

6          A.   Okay.

7          Q.   Okay?

8          A.   Yes.

9          Q.   Now you mentioned that Thoryn was

10     also getting a handle on the information.

11         A.   Yes.

12         Q.   Is it fair to say that you, at this

13     point, were trying to get a handle on the

14     information in the Lazard data room?

15         A.   Yes.

16         Q.   What specifically were you

17     interested in?

18         A.   I mean a question right here is the

19     IBM question, what is running right now in

20     the buybuy BABY universe?  What is actually

21     working?

22         Q.   Did you speak to Thoryn about

23     that?

24         A.   No, not -- because I think this is

25     after so I don't believe I actually ended up

71

1                          A. Malhotra

2       talking to him about this, but I pointed out

3       that.

4            Q.   Did you share with Thoryn the

5       information you were looking for in the

6       Lazard data room?  Let me rephrase.

7            Did you ask Thoryn where can I find, you

8       know, X information that might be stored in

9       the Lazard data room?

10           A.   I don't recall.

11                MR. MURPHY:  Objection.

12           A.   I don't recall asking that

13      question.

14           This is a year and three months and it

15      was a very high level general conversation of

16      us getting to know each other and the idea

17      that we would be spending more time so it was

18      a lot of introductions and about our

19      backgrounds in health care.

20           Q.   Do you know what is tech stack

21      migration?

22           A.   Yes.

23           Q.   What is it?

24           A.   So when you have a suite of

25      technologies and technology products and

72

```
 1                    A. Malhotra
 2    applications being used together, they're
 3    all -- you can say they're in a stack.
 4         Then when you want to transition it into
 5    a different organization or start a new
 6    organization, you need to have a before and
 7    after view of what the new tech stack, new
 8    set of applications, processes and tools
 9    might look like or if you're using the
10    existing ones, how you're using the existing
11    ones.
12         So sometimes it could just be a
13    straight-up transition.  Sometimes it could
14    be that you could replace almost everything
15    in the tech stack.
16         Q.   Did you ask Thoryn about his view
17    on the tech stack migration?
18         A.   No, I don't recall asking that
19    specifically in that manner.
20         Q.   What do you recall asking about the
21    tech stack migration?
22         A.   Not specifically -- I don't recall
23    actually because -- we were talking at this
24    time more about the TSA, which is their --
25    buybuy BABY's ability to support the
```

73

```
 1                    A. Malhotra
 2      transition because the transition, the TSA is
 3      run by buybuy BABY.  It does not --
 4           Q.   I'm asking about the tech stack
 5      migration.
 6                MR. MURPHY:  He said he didn't
 7           know.
 8                MR. BERLOWITZ:  I understand that.
 9           I want to streamline this a little bit.
10           A.   Yes, I don't know.
11           Q.   I don't want to know about the TSA
12      right now.
13           A.   The note you're showing me is about
14      TSA.
15           Q.   I understand that, but I'm not
16      asking you a question about the TSA.  I'm
17      asking about the tech stack migration.
18           A.   I don't recall having that
19      conversation specifically in what
20      specifically he was thinking.
21           The only thing I gathered was he was
22      just working with buybuy BABY to figure out
23      what they were looking at in terms of what
24      they were doing with Oracle and where
25      everything is.
```

74

```
 1                    A. Malhotra

 2          Q.   Did you ask him about those

 3     conversations that he had with buybuy BABY?

 4          A.   Yes, the types of meetings he's

 5     having, who he's talking to and it was the

 6     same people I was talking to.

 7          Q.   What did he tell you?

 8          A.   I mean, he was having those

 9     conversations.  I mean -- I think I recall

10     talking about their CTO who, in the middle of

11     all this while we are trying to get with

12     them, decided to go on a two week vacation.

13          Q.   Do you remember anything else?

14          A.   I don't recall anything else.

15          Q.   Did you ask to see Thoryn's tech

16     stack migration?

17          A.   No.

18          Q.   Were you interested in seeing it?

19          A.   It's not relevant because the --

20          Q.   I'm not asking whether it's

21     relevant.  I'm asking whether you were

22     interested in seeing it.

23               MR. MURPHY:  I think he's answering

24          the question.

25          A.   Sorry.
```

75

```
 1                    A. Malhotra

 2              MR. MURPHY:  Go ahead.

 3         A.   I'm saying I was not interested

 4    because it's not relevant.

 5         Q.   I understand, okay.  Going back to

 6    this first email I showed you, this is

 7    Exhibit 1.

 8         A.   Yes.

 9         Q.   You write, "Thank you for the

10    responses -- "Thank you Christian for the

11    responses.  These are great."  Do you see

12    that?

13         A.   Yes.

14         Q.   What about these responses were

15    great?

16         A.   Politeness.  Generally politeness.

17    Just like you're saying you're awesome.

18         Q.   You didn't actually think --

19         A.   Passive aggressive.  Just generally

20    how people saying these are great.

21         Q.   Was there anything else

22    specifically in here you thought was great?

23         A.   No.  I mean that's just a general

24    way of thank you and, you know, if you start

25    dissecting words like thank you, what did you
```

76

1                    A. Malhotra

2     mean because you're saying thank you, that's

3     not -- these are meaningless.

4          Q.   This first sentence to you is

5     meaningless?

6          A.   I mean it's general conversation,

7     right.  I want to make sure that we are not

8     getting -- when you asked me questions, these

9     are great, you know, how are you doing, I'm

10    great.

11          Not everything is great all the time

12    obviously.  So, you know -- I'm trying to

13    like -- I don't understand the relevance

14    here.  What are you trying to get at?

15          Q.   I promise I'm not trying to trick

16    you.  I'm reading an email that you wrote and

17    I'm asking.

18          If your response is that you were being

19    polite, that's fine.  That's all I want to

20    know.

21          A.   Yes.

22              MR. MURPHY:  Just answer his

23          questions, Amit.

24              THE WITNESS:  Okay.

25          Q.   You write in the -- the second

77

1                          A. Malhotra

2      paragraph, "Would it be possible to connect

3      with me?  Would it be possible to connect me

4      with the technology team so we can get on a

5      call to get a little bit deeper."  Do you see

6      that sentence?

7           A.   Yes.

8           Q.   Is the technology team you're

9      referring to just comprised of Thoryn?

10          A.   That's right.

11          Q.   "So we can get a little bit

12     deeper." Do you see that part?

13          A.   Yes.

14          Q.   What did you want to go deeper on?

15

16

17

18

19

20

21

22

23          Q.   Okay.

24          A.   Actually it was existing in the IBM

25     system.

78

1                    A. Malhotra

2         Q.   Was there anything else you wanted

3    to go deeper on?

4         A.   That's an example.  Obviously, if

5    you're having a conversation and you're

6    looking at a potential partnership working

7    together, and could he run this or however

8    that might come up, then I want to know more

9    about the capability of the company that we

10   may be partnering with.

11        Q.   Did you ask Thoryn about the

12   capability of Go Global?

13        A.   Yes.

14        That was the initial conversation I had

15   with -- not Go Global, I asked for his

16   capability.

17        Q.   And can you be more specific about

18   what you mean by capability?

19        A.   Getting his understanding.  So I

20   mentioned to you, understanding his

21   background, the kinds of work he had done.

22   We talked about the health care pieces.  Just

23   getting to know a person you might be working

24   with.  So you keep it high level, try to get

25   a sense of what they've sort of have done or

79

```
 1                      A. Malhotra
 2      he has done in his life outside of Go Global
 3      because I want to go get to know the person.
 4           Q.   Did you want to go deeper on any of
 5      the specific topics or issues that may have
 6      been relevant to the acquisition of BBBY's
 7      assets?
 8           A.   At a general level.  I don't recall
 9      if I was asking him things that I already
10      knew or was already shared by the buybuy BABY
11      team, okay.
12           I did ask what he thought of the CTO
13      and he said she was great.  He really liked
14      her.
15           Q.   Do you recall any other questions
16      you asked him?
17           A.   No.  The reason I recall that
18      question is because I did fire her the first
19      day, that's why I remember.
20                MR. BERLOWITZ:  We've been going
21           for a hour an half.  Can we go a little
22           bit longer.
23                THE WITNESS:  We can take a two
24           minute break.
25                MR. BERLOWITZ:  Let's take a five
```

80

```
 1                    A. Malhotra
 2         minute break.  Stretch your legs and
 3         we'll come back at 11:35.
 4              (Whereupon, at this time, there was
 5         a pause in the proceeding.)
 6         Q.   Amit, I'm showing you another
 7    document.  This is an email that you wrote to
 8    Avish.  It's dated June 11.  It is two pages
 9    and the first page bears Bates number DOM
10    3128.
11              (Whereupon, at this time, a
12         document was marked as Plaintiff's
13         Exhibit 4, as of this date.)
14              (Whereupon, at this time, an
15         exhibit was displayed via Zoom.)
16         Q.   Do you recognize this document?
17         A.   Yes.
18         Q.   You see the first sentence, "What
19    is the benefit of DOM investing ███████████
20    versus ██████████?"  Do you see that?
21         A.   Yes.
22         Q.   Why are you asking that question?
23         A.   I think I was trying to get a sense
24    of control, right.  I can see it.
25              So if it is a smaller investment, then
```

81

```
 1                        A. Malhotra
 2      my thought was then they would have minority
 3      sharing in the partnership depending on the
 4      exit value.
 5           So the value of the assets -- sorry, my
 6      question was like, what would be DOM's --
 7      would DOM have more say in the direction of
 8      the company being part of the Board or would
 9      it be like a supplier or --
10           I don't know why I said conflict of
11      interest.  Maybe it was being a supplier and
12      being part of the Board.  Maybe.
13           But yeah, I wanted to understand.
14      Because Avish said we'll invest █████████
15      ███████ and my question was does that mean
16      that you're a minority partner or an equal
17      partner.
18           Q.   Do you know how Dream On Me viewed
19      its role if it won the buybuy BABY assets?
20           A.   In partnership with --
21               MR. MURPHY:  Can you clarify,
22           Steve.
23           Q.   Let's start, let's say it was
24      partnering with Go Global.  Do you know how
25      Dream On Me viewed its role?
```

82

1                          A. Malhotra

2          A.   No.  That's why I think I asked

3      these questions.  Hey, would you be an

4      investor?  Would you want to have direction

5      of how this company is going to be run?

6          Q.   Do you know if Dream On Me wanted

7      to run the day-to-day business of, you know,

8      the new company if it won a bid?

9          A.   Yes, that's why I believe they were

10     bidding.

11         Q.   You write, I guess it's the last

12     sentence, "Is DOM guaranteed or maybe more

13     assured of revenue from DOM as a supplier if

14     this is so?"  Do you see that sentence?

15         A.   Yes.

16         Q.   What do you mean by that?

17         A.   It kind of reads weird.  I'm trying

18     to recall probably if there's a --

19         Remember, I mentioned that one of the

20     things that DOM lost was being a supplier to

21     buybuy BABY.  So if there is a new buybuy

22     BABY being run in partnership with Go Global,

23     then what would -- you know, what would

24     DOM -- so there's DOM, sort of the investment

25     side, and then would DOM continue to be a

83

1                         A. Malhotra

2        supplier to this new entity.

3             Q.   Okay.

4             A.   Because one of secret sauces if you

5        may, one of the things we learned about the

6        buybuy BABY from a supply chain perspective,

7        they were very dependent on middlemen.  And

8        so their margins were very slim and they were

9        very much affected by any issues that the

10       wholesalers or the people in the middle had.

11            DOM has a lot of relationships overseas,

12       including their own factories.  So Mark's

13       sort of view was always that hey, if I can

14       have that same sales channel, but I can take

15       out 20, 30 points off the middle, then

16       suddenly this becomes a very lucrative

17       business.

18            Q.   Do you know if Mark or Dream On Me,

19       in general, was concerned about losing their

20       business, that business if they didn't win

21       the bid?

22            A.   I don't know if they were

23       concerned -- I don't know the -- obviously

24       that's why they were in the bidding process,

25       but I don't know if that was the only reason

84

```
  1                     A. Malhotra
  2    for that.  Obviously they're in the market.
  3          Q.    It was one of the reasons, is that
  4    right?
  5          A.    That's what I believe, yes.
  6          Q.    Do you know if DOM now has a
  7    guaranteed source of revenue as a supplier to
  8    the new buybuy BABY company?
  9          A.    I would say yes, because a lot of
 10    buybuy BABY's current -- buybuy BABY products
 11    are sourced from DOM and in the future the
 12    plans are to continue to expand that.
 13          Q.    What are those future plans?
 14          A.    They wanted to source more private
 15    brands and source more products and partner
 16    with other brands in terms of, you know, like
 17    if you have a co-branded product, then you
 18    can keep more margin.
 19          Q.    Do you know which products they're
 20    looking to introduce?
 21          A.    Not specifically, but you can see
 22    here, recliners, mattresses, bedding.
 23          Q.    Okay.
 24          A.    I don't know which ones are getting
 25    activated, when or what the specific plans
```

85

1                       A. Malhotra

2       are now.

3            Q.   Do you know which partners they're

4       interested in working with in the future?

5            A.   I mean, again, it's in this email.

6       DOM has a relationship was Fisher Price,

7       Barbie, Elle, all those.  So I think they

8       were probably looking at using that part of

9       their muscle to do that.

10           Q.   I'm not -- I understand what you

11      are referring to in this email, but I'm not

12      asking what is listed in the email.  I'm

13      asking if you know any other partners.

14           A.   I don't know any other partners.

15           Q.   I'm sharing another email with you.

16      I don't know why the Bates number is not

17      listed on this, but I will represent to you

18      that it bears Bates number DOM 3154 and I

19      will get a Bates stamped copy when I send the

20      exhibits.

21                (Whereupon, at this time, a

22           document was marked as Plaintiff's

23           Exhibit 5, as of this date.)

24                (Whereupon, at this time, an

25           exhibit was displayed via Zoom.)

86

1                      A. Malhotra

2          Q.   This is an email from Avish sent to

3     Amit dated June 15.  I already said what the

4     Bates number is.  Amit, do you recognize this

5     email?

6          A.   Yes.

7          Q.   This email contains a number of

8     attachments, is that right?

9          A.   It contains a link, it doesn't

10    contain attachments.  It contains --

11         Q.   If you look at the top under

12    subject it says attachments, is that right?

13         A.   Oh, yeah.  Yeah.  Okay.

14         Q.   So this email contains a number of

15    attachments, is that right?

16         A.   Yes, I would assume so.  I don't

17    recall right now.

18         Q.   One of those attachments is labeled

19    1.6.1 GG Baby LRP version 9.  Do you see

20    that?

21         A.   Yes.

22         Q.   Do you know what that document is?

23         A.   I think it was a Go Global model

24    for how they would run basically -- their

25    financial model from buybuy BABY.

87

1                        A. Malhotra

2          Q.    Did you open or view at any time

3      their model?

4          A.    I had a quick look at it, yes.

5          Q.    The contents of this email is a

6      Dropbox link.  Do you see that?

7          A.    Yes.

8          Q.    Do you know how Dream On Me shares

9      and stores documents and information?

10         A.    They use Dropbox quite a bit on the

11     Dream On Me side.  On the buybuy BABY said we

12     use Microsoft Teams.

13         Q.    I'm asking about the Dream On Me

14     side for now.

15         A.    All I know is this is a Dropbox

16     link and especially at that time I did not

17     have full access to their internal sharing

18     tools and all that.

19         Q.    My question is, do you know if

20     Dream On Me used another platform other than

21     Dropbox to share or store documents and

22     information?

23         A.    I don't know.

24         Q.    Do you remember or know why Avish

25     is sending you this email?

88

1                        A. Malhotra

2          A.    No.  I mean -- this is sort of Go

3     Global's views and the background about the

4     funds and the buybuy BABY investor

5     presentation.

6          So yeah, just information about the

7     meeting from the past week, I believe.  I

8     believe this was after the meeting.

9          So you have to remember, this is -- Go

10    Global wasn't like the only thing -- it was a

11    very, very tiny portion of the work that was

12    going on at that time.

13         So if I had like, you know, 24 hours a

14    day, this would be like a quick, okay, this

15    is their looking at what was happening.

16         It's not like we were obsessing about

17    it.  We were very, very busy with talking to

18    the Baby people, figuring out plans, figuring

19    out what was going on, who is who and all

20    that stuff.

21         Q.   What other work were you doing at

22    this time?

23         A.   Related to the acquisition, that

24    was the other work.

25         Q.   Okay.  I'm asking what other work

89

1                         A. Malhotra

2      related to the acquisition were you doing at

3      this time?

4            A.   Going deeper into the Lazard data

5      room.

6            I think that was probably after I raised

7      the IBM question.  So talking to the folks at

8      buybuy BABY, figuring out who was who, what

9      was happening.

10           I think the CTO was about to go or had

11     already gone on a vacation right at this

12     critical time.  Just consuming all the

13     material and formulating all different

14     options at this time.

15           I think we are also -- the date for the

16     IP bid always kept on moving.  The going

17     concern bids, they kept on moving.  So there

18     was a lot of noise in terms -- just constant

19     phone calls and everything.  So it was an

20     insanely busy time.

21           Q.   At this point in time June 15, did

22     you feel like you had the information you

23     needed?

24           A.   Needed for what?

25                MR. MURPHY:  Yes, can you clarify

90

1                          A. Malhotra

2          that?

3          Q.   Sure.  Do you feel like you had the

4      information you needed to --

5          I guess, let's take it topic by topic.

6      Did you feel you had the information you

7      needed with regard to the tech stack

8      migration?

9          A.   Um, I had a pretty good idea of how

10     we would approach the tech stack migration.

11         There was a lot of negotiation with

12     Lazard and Alixpartners in terms of how we

13     would draft the APA.  And the APA was

14     basically the asset purchase agreement, what

15     would be in there and how the TSA would be

16     formulated, what would be in the TSA or not

17     in the TSA.

18         So there was a bunch of conversations

19     all in real time going on at this time.

20         Q.   You had those conversations of

21     June 15?

22         A.   Yes, I believe so.

23         Q.   Did you ever click on this Dropbox

24     link?

25         A.   Yes, I did.

91

                          A. Malhotra

1

2          Q.   What else was in there when you

3     clicked on it?

4          A.   There were documents -- I think it

5     was Thoryn's data room.  It looked like very

6     similar documents and these documents were

7     there.  Basically it was a copy of the Antora

8     data room.

9               MR. MURPHY:  He's referring to

10          Ankura.

11         Q.   Ankura?  I was going to ask you,

12    Antora -- if I tell that you Go Global -- if

13    I represent to you Go Global was working with

14    an entity called Ankura, is that what you're

15    referring to?

16         A.   Yes.  Yes.

17         Q.   Do you know if you circulated this

18    Dropbox link to anybody?

19         A.   I did not.

20         Q.   Do you know if you ever clicked on

21    it again after reading this email?

22         A.   Maybe.  I'm not sure.

23         Q.   Did you look at the Go Global

24    financial model?

25         A.   Yes.

92

```
 1                    A. Malhotra
 2         Q.   I believe you said you just skimmed
 3    though it, right?
 4         A.   Yes.  I mean I looked at the
 5    highlights and it was basically they had a
 6    layer on top of whatever buybuy BABY had
 7    talked about.  That was my takeaway, but --
 8    but I was more concerned about how --
 9         Look, I was more concerned about the TSA
10    because it really didn't matter what -- look,
11    my sort of background is a lot of people make
12    all sorts of plans and it didn't really
13    matter.
14         What really matters is what is actually
15    out there and what is actually working.  It's
16    easy to make plans and easy to pontificate,
17    but they're almost always meaningless.
18         Q.   What do you mean there was a layer
19    on top of --
20         A.   Like they had a cover -- like they
21    had a cover, put their name on a lot of what
22    we were already talking to buybuy BABY about.
23    That was my recollection.
24         Q.   How long would you say you looked
25    at this financial model for?
```

93

                              A. Malhotra

1

2          A.   Model, maybe --

3          Q.   To be clear, I'm referring to the

4     1.6.1 GG baby LRP model.

5          A.   Few minutes or --

6          Q.   Okay.

7          A.   Okay.  You know, sort of okay

8     that's what they're thinking and it wasn't

9     anything interesting because it goes on five

10    years.  It's completely meaningless when

11    you're trying to try a lot of real issues of

12    how a TSA is going to work and even if what

13    buybuy BABY was claiming was even viable.

14         Q.   There were a lot of issues that you

15    had to address at this time in terms of the

16    acquisition of buybuy BABY's assets?

17         A.   There always are.  Even after we

18    acquired these assets it was, you know, we

19    had to constantly prod them, ask them where

20    is this information.

21         You know, they were sending files from

22    old systems.  So any acquisition, if your

23    view is that oh, you come up, you write a

24    thesis, it always goes smoothly, that doesn't

25    happen.  That's where people get tripped up.

94

1                      A. Malhotra

2           You have grandiose plans to seal the

3      deal, but to actually make it work, which was

4      our responsibility, you have to go really

5      deep and figure out exactly what is going on

6      in today's world.

7           Because unless you figure out or, as I

8      figured out, what is exactly happening in the

9      way buybuy BABY was being run today, it's

10     meaningless to talk about any future plans.

11          An example, like they were clearly not

12     done with the Oracle migration when we

13     acquired the asset.  The CTO asked me for

14     ████████████     to complete the migration before

15     we even made a dollar.

16          This was a company that was so used to

17     working with big operations, big spend and

18     all those things and they were totally

19     disconnected, even to themselves.  The CTO,

20     everyone was totally disconnected on how the

21     business actually ran.

22          Q.   Would you have liked, at this point

23     in time, June 15, would you have liked more

24     time to work on whatever the work you were

25     doing in relation to the acquisition of

95

```
 1                         A. Malhotra
 2      buybuy BABY's assets?
 3           A.   It's a continuous process.  At the
 4      time I was working 20 hours a day, weekends
 5      and everything.
 6           Q.   So you were working seven days a
 7      week?
 8           A.   Yes.
 9           Q.   For how long?
10           A.   It went pretty much until we
11      launched.  It was pretty intense.
12           Q.   From when you began working at
13      Dream On Me?
14           A.   When I began working the amount of
15      information that was there, talking to the
16      people, coming up with plan A, B, C, how
17      we're going to approach it, the shifting
18      court dates, the terms changing, the estate,
19      then finally saying we don't want to do the
20      TSA, us formulating now that we have the
21      asset, how are we going to make sure we are
22      executing on a plan, get something out there,
23      it was a very, very -- as you can imagine,
24      when you have an asset purchase agreement,
25      basically you acquire the asset.
```

96

1                        A. Malhotra

2          On August 1, we had a sheet of paper

3      that said we own buybuy BABY.  So to redo

4      everything from scratch is quite a bit.

5          Q.   Is it fair to say there was a lot

6      of -- in the process in relation to this

7      potential acquisition, there was a lot of

8      information?

9          A.   Yes.

10          Q.   Fair to say it was a fluid and

11      dynamic process?

12          A.   Yes.

13          Q.   Is part of the reason because dates

14      kept getting changed?

15          A.   Dates kept getting changed and also

16      there is obviously things that people share

17      and then you find out what is actually

18      happening.  There's terms getting changed by

19      TSA.  No TSA.  We are doing an IP auction.

20      We're doing a going concern auction.  Now

21      we're doing an IP auction.  We canceled the

22      going concern auction.

23          All those things meaning you have to

24      recalibrate and make sure that the pieces are

25      still intact.

97

```
 1                    A. Malhotra
 2        Q.   Is it fair to say that the timeline
 3   which you had to complete this was fairly
 4   compressed?
 5        A.   It always is.  I mean it's --
 6   again, from my previous work with diligence
 7   work, it's always -- there's always a lot
 8   going on and a lot of information to process,
 9   not only consuming the information and
10   figuring out the question behind the
11   question.
12        So investment diligence initiatives like
13   this are always very compressed.
14        Q.   I'm not talking about other
15   diligence or other cases.
16        I'm just asking about in this case, was
17   there a lot of information to process over a
18   short amount of time?
19        A.   I'm saying as is with other
20   diligence, yes.
21        Q.   You agree?
22        A.   Involved in any diligence where we
23   have all the time in the world and, you know,
24   you have all the information in the world, I
25   don't think that ever exists anywhere.
```

98

```
 1                        A. Malhotra

 2          Q.    This case was no exception, is that

 3     right?

 4          A.    Right.

 5                (Whereupon, at this time, an

 6                exhibit was displayed via Zoom.)

 7                (Whereupon, at this time, a

 8                document was marked as Plaintiff's

 9                Exhibit 6, as of this date.)

10          Q.    I'm sharing another document with

11     you.  It is an email that you wrote Amit,

12     dated July 18, you sent it to Avish.  It is

13     two pages.  The first page bears Bates number

14     DOM 17348.  I think it is going to be Exhibit

15     6.  Do you recognize this email Amit?

16          A.    Yes.

17          Q.    In the first sentence in that first

18     real paragraph you write, "I'm concerned that

19     we have delayed on engaging someone who knows

20     these tables and are instead trying to

21     onboard new resources that are not local to

22     the India DOM team."  Do you see that?

23          A.    Yes.

24          Q.    Can you explain to me what is going

25     on here in that sentence and what you're
```

99

1                        A. Malhotra

2      writing about?

3          A.   Yes.  So buybuy BABY was -- this is

4      during the transition of the data after

5      acquiring the asset.

6          And, as I mentioned, a lot of their data

7      was not as well structured.  Like I

8      mentioned, it was not Google Cloud, it was in

9      all these older systems.

10         And the size of these tables, these data

11     tables was fairly large and fairly complex

12     and I wanted to make sure that, from a DOM

13     perspective or buybuy BABY perspective, we

14     had the right resources to pull in this data.

15         Q.   Would it have been buybuy BABY's

16     responsibility to help you pull in that

17     data?

18         A.   At this time buybuy BABY was not

19     formed, I don't think.  I'm not a hundred

20     percent sure if it was formed.

21         Q.   Let me back up and just help

22     provide the context for you.

23         A.   Sorry, I get it.  So remember --

24     yes, so buybuy BABY -- no, Bed, Bath &

25     Beyond, Bed, Bath & Beyond was the entity.

100

1                          A. Malhotra

2        All the IT people worked as part of Bed, Bath

3        & Beyond, right.  And they were sort of

4        assigned to buybuy BABY, but many of them

5        were, you know, considered themselves part of

6        the broader enterprise.  And they were not

7        the most helpful in how they provided the

8        data.

9            I got into many arguments with Vincent,

10       who was the head of IT there, in order to

11       provide this data.  You can see all the other

12       executives and some of these folks being cc'd

13       on it.

14           I think they underestimated the work and

15       the capability of their systems to be able to

16       even process their data.

17           To give you a sense, for them to pull

18       one year of data it used to take one day and

19       they needed -- they even needed specialized

20       people on their side to even pull the data.

21           So for us to verify that we were getting

22       the data correctly in this instance, because

23       these were from old data systems, we needed

24       someone who was, in this case, familiar with

25       these data tables, a person who had worked at

101

                              A. Malhotra

1
2      Bed, Bath & Beyond many months ago.  And we

3      wanted to bring him in as a contractor.

4           Q.   I see.  Did you end up bringing

5      someone in as a contractor?

6           A.   Yes.

7           Q.   Do you know who that person is?

8           A.   Anuj.

9           Q.   A-N-U-J, is that right?

10          A.   Yes.

11          Q.   Who else, at this time, on July 18

12     was working --

13          A.   So there was Steven.  You can see

14     the people cc'd here.  Steven Kathtan, who

15     was setting up all the systems to pull in the

16     data, and the folks from the DOM team.  You

17     have Priyanka, Tulika, Avish, Kaustubh and

18     these folks.

19          Q.   All these people were working --

20     were they working underneath you?

21          A.   Underneath me and Avish.  So if you

22     look at some of the folks were in marketing,

23     so getting the Twitter account, social media

24     accounts transferred, the domain name

25     transferred.

102

```
 1                    A. Malhotra
 2          Like Steve was working on that, making
 3    sure many of the store contracts in terms of
 4    like the connections, all sorts of pieces.
 5          When you do an IP transfer, it's just
 6    not the data.  It is also the rights and
 7    access to multiple systems that are being
 8    used.  Then making sure we had access to
 9    those systems as well.
10          Q.   In the second paragraph, the first
11    sentence you write, "This is an asset that
12    DOM paid a lot of money for."  Are you
13    referring to the tables?
14          A.   No, I'm talking about --
15          Q.   Just so it's clear, what asset are
16    you referring to in this sentence?
17          A.   Buybuy BABY.
18          Q.   Okay.  Do you know if DOM had
19    acquired buybuy BABY as of this point,
20    July 18?
21          A.   Yes.
22          Q.   You write in that second paragraph,
23    third sentence, "We also have risk on all the
24    other assets since we have not engaged anyone
25    who has done a retail bankruptcy transfer in
```

```
 1                    A. Malhotra
 2      this short duration in the past."  Do you see
 3      that?
 4          A.   Yes.
 5          Q.   By we, are you referring to Dream
 6      On Me in that sentence?
 7          A.   That's right.
 8          Q.   Had Dream On Me ever done a retail
 9      bankruptcy transfer before?
10          A.   I don't believe so.
11          Q.   Setting that aspect aside that they
12      hadn't done one before, it's your opinion
13      that this was a bankruptcy transfer that was
14      done relativity quickly?
15          A.   That's right.
16          Q.   Did that pose any difficulties?
17          A.   Not if we had the right people.  So
18      in this case I just wanted to highlight
19      getting that contractor in immediately, like
20      within the day, as opposed to waiting for a
21      couple of days.
22          Q.   Did you get that person?
23          A.   Yes.
24          Q.   Did you feel that you had the right
25      people in place?
```

104

                              A. Malhotra

1

2          A.   Yeah.   After I got that person and

3     other people, yes.

4          And, you know, what I heard from the

5     Bed, Bath people was that, you guys were

6     asking for a lot of data and it was very --

7     you guys were very thorough in all the data

8     requests that you had.

9          And I believe they were underestimating

10    us or whatever and we also tend to work at a

11    very fast pace as opposed to, I guess, they

12    were sending the data to Overstock who

13    acquired the Bed, Bath assets.

14                    (Whereupon, at this time, an

15               exhibit was displayed via Zoom.)

16                    (Whereupon, at this time, a

17               document was marked as Plaintiff's

18               Exhibit 7, as of this date.)

19         Q.   This is another email that you

20    wrote, Amit, to Avish.   It is dated July 18.

21    It is three pages.   The first page bears

22    Bates number 17426.   Do you recognize this

23    email?

24         A.   Yes.

25         Q.   And the first, "We should

```
 1                    A. Malhotra

 2     immediately get the data resource engaged."

 3     Do you see that?

 4          A.   Yes.

 5          Q.   Is that a reference to engaging

 6     Anuj?

 7          A.   Yes.

 8          Q.   Or someone else?

 9          A.   Yes.

10          Q.   And this is sort of like a

11     continuation what you were talking in the

12     previous email?

13          A.   Yes.  Is the date different?

14          Q.   I'll represent they're both are

15     dated July 18.

16          A.   Okay, yeah.  That's Anuj.

17          Q.   You write down here at the last

18     paragraph, first sentence, "Basically the

19     teams need to engage and drive this process."

20     Which teams are you -- do you see this

21     sentence?

22          A.   Yes.

23          Q.   And which teams are you referring

24     to in this sentence, what do you mean by

25     that?
```

106

1                          A. Malhotra

2          A.   Internal teams within DOM.  Steve

3     and the India, there was a bunch of India

4     teams.

5          Q.   At this point had those teams not

6     been driving the process?

7          A.   No, I was driving the process.  I

8     needed to get this off my plate.

9          Q.   Okay.

10         A.   I said that I put the initial data

11    request list and I said please go deeper and

12    mark up anything else that we might need.

13         Q.   The email that this is in response

14    to is written by Avish?

15         A.   Yes.

16         Q.   And he writes to you, "Hi Amit.

17    What do you need and what is the budget to

18    make IP transfer a success, given what we

19    already have."  Do you see that sentence?

20         A.   Yes.

21         Q.   At that point what did you already

22    have in place?

23         A.   That was Steve.  I think he had a

24    couple of people within DOM and then the

25    India folks that I mentioned, Kaustubh and

107

1                      A. Malhotra

2       Priyanka and some of the other folks.

3            Q.   Anything else?

4            A.   No, that was all internal teams.

5       That's what I can recall.

6            Q.   And we went over some of this.

7       What did you need in order to make the IP

8       transfer a success?

9            A.   I needed -- so first was the

10      data -- we could only verify at the time from

11      that, the data was being sent to us.  But a

12      lot of times when you do a raw data transfer,

13      you may be missing the key.  So it is not

14      just acknowledging that you got the data, you

15      almost have to start putting it together to

16      make sure that something is not missed by the

17      Bed, Bath people.

18           So that was the one thing, why I needed

19      the data warehouse piece.

20           The second is from the India team and

21      Steve.  This is the second point I made.

22           And I think this last paragraph is more

23      summarizing that, like guys, let's get

24      engaged.

25           This is, again, a call to action, no

108

1                         A. Malhotra

2      different than anybody anywhere else, right,

3      where a lot of Avish and I and Mark, we were

4      working on this 24/7 sort of timeline.

5          I think at that point, it was almost two

6      months.  And then you bring new people in and

7      they may not understand, you know, the

8      background, the urgency, what they need to do

9      to get them up to speed.

10         This is a more of a call to action,

11     guys, we are together, you know.  Because I

12     think they were working on regular DOM stuff

13     as well so it was a call to action to free up

14     their time to be able to work on this, all

15     those things.

16         Q.   Okay.

17         A.   More of like look, I need you guys

18     to step it up, make sure you're allocating

19     time for this.  Let's make sure -- this is

20     going to be a lot of work.  Let's make sure

21     we are not only getting the data, but we are

22     understanding how this data is coming in and

23     this data is going to be useful.

24         So I've ceded a lot of time and they

25     send you the data and you look at it later,

109

```
 1                    A. Malhotra
 2    we can't make sure of it.
 3         Q.  Would you have wanted to see that
 4    data as part of your analysis and preparation
 5    for submission of a bid?  Well, the
 6    submission of the bid.
 7         A.  We had a lot of stipulations, but
 8    at the end, the estate just said we will not
 9    take requests in terms of what you guys want
10    as part of this.
11         And they created one template and they
12    sent it to all the bidders.  They're like
13    take or leave it.  We will define what we can
14    give.
15         Q.  Did you look at that template?
16         A.  Yes.  That was a big change because
17    we had stipulations on how we wanted to
18    access the data.
19         Our initial drafts were pretty
20    descriptive in what we wanted in the APA.
21              (Whereupon, at this time, an
22         exhibit was displayed via Zoom.)
23              (Whereupon, at this time, a
24         document was marked as Plaintiff's
25         Exhibit 8, as of this date.)
```

1                      A. Malhotra

2          Q.   I'm showing you another document.

3     This is eight.  This is an email that you

4     wrote, Amit, to Avish, Mark, Mark is cc'd.

5     It's dated July 20.  First page Bates number

6     DOM 17801.

7          You write in the first paragraph, second

8     sentence, "In addition, the Bed, Bath team

9     has tendency to send us minimal data from our

10    requests unless we explicitly ask."  Do you

11    see that sentence?

12         A.   Yes.

13         Q.   I believe you spoke a little bit

14    about this, was getting information or data

15    from the Bed, Bath team a problem?

16         A.   Yes.  Yes.  They don't want to do

17    the work and there's a lot of work to do.

18         Q.   What work did they not want to do

19    it?

20         A.   Basically they had to go to their

21    old existing systems.

22         There were two things in play.  This is

23    the 20th of July.  By the end of July, a big

24    chunk of their people in the IT staff were

25    going to be let go.  Effectively Bed, Bath

111

1                           A. Malhotra

2     and buybuy BABY would be shut at that time.

3     And then they would have a skeleton staff to

4     support us.

5          I want to make it clear, we went in

6     quite deep and we were very specific with

7     these asks.  Overstock, which a much larger

8     organization, they seemed to be happy with

9     it.

10         One of the complaints Bed, Bath had was

11    why are you asking for all this data, why are

12    you asking us to verify all this when

13    Overstock is happy with it.

14         And we said no, we need to make sure

15    this is correct and this works.

16         These are people getting laid off from

17    their jobs.  They've been through a crazy

18    bankruptcy for about a year, however long it

19    was.  This company was going south.  So their

20    motivation to do any work was very low on the

21    Bed, Bath side.

22         And clearly after, you're not going to

23    spend days pulling out one year of data when

24    you will be let go in a week.

25         Q.   This email is dated July 20, is

112

1                         A. Malhotra

2          that right?

3               A.   Yes.

4               Q.   This is after Dream On Me had

5          already won the buybuy BABY assets, is that

6          accurate?

7               A.   Yes.

8               Q.   Before Dream On Me won the assets,

9          were they having problems getting data from

10         the Bed, Bath team?

11              A.   The Bed, Bath team, as part of that

12         initial process when in the data room, the

13         data that is provided is high level data.  We

14         saw so much.  This is top selling.  This is

15         that.  This is that.

16              This data is specific actual customer

17         records of millions and millions of people.

18              So I don't believe in any organization

19         you can put that kind of information in the

20         data room.  This is the asset we are buying.

21         So these are two different data sets.

22              Q.   That's fair.  But I still want to

23         know if you had trouble getting information

24         before Dream On Me won the bid?

25              A.   I think there was trouble getting

113

1                            A. Malhotra

2      access to people because they were

3      disengaged.  They were burnt out.

4           Like I mentioned, the CTO went on a

5      vacation right in the middle of all this.

6           So just general things that happened

7      when, you know, an organization is being

8      shutdown and they have different priorities.

9           Q.   Can you recall what type of

10     information you were interested in obtaining

11     that you had difficulty obtaining?

12          And to be clear, the time period I'm

13     referring to is before Dream On Me won the

14     bid.

15          A.   Before we won the bid, there were a

16     couple of folks in Bed, Bath who were -- so

17     very quickly, what I did, I was went to their

18     second tier of managers and there were a

19     couple of them who were actually very open

20     about this, where we are and this is -- so by

21     that time Baby had a good sense of what this

22     thing was, there was no point to keep on

23     talking about it, what this organization is.

24          We were planning to tear it up anyway,

25     so it was at that time trying to get a sense

114

1                        A. Malhotra

2        of people also.

3            The TSA -- so specifically I don't think

4        they ever refused any information and

5        anything they were sharing with any potential

6        bidder, they were putting it in the data room

7        anyway.

8            By that day, the APA, this was probably

9        a couple of weeks or longer after the APA --

10       I'm trying to remember the timeline when the

11       APA was first given to us.

12           By that time, they just said take it or

13       leave it.  This is part of the APA and all

14       bidders will accept the same terms and we are

15       not allowing any bidder to have their own

16       specific requests.

17           You couldn't bid if -- you couldn't

18       bid -- you couldn't have a conditional bid, I

19       will bid for this if I get this or you need

20       to provide me this.

21           At a certain point the estate just said

22       this is what you guys are getting, take it or

23       leave it.

24           Q.   In the second paragraph, you write,

25       "I would like to engage Anuj who worked in

115

1                    A. Malhotra

2    Bed, Bath data team in the past for the next

3    few weeks."  Do you see that?

4         A.   Yes.

5         Q.   Anuj is the person you referred to

6    with regard to hiring for certain of those

7    tables we were discussing previously, is that

8    right?

9         A.   Correct.

10        Q.   You did end up engaging Anuj, is

11   that right?

12        A.   That's right.  He is now an

13   employee of buybuy BABY.

14        Q.   He now is an employee of buybuy

15   BABY?

16        A.   That's right.

17        Q.   Did you engage any other

18   individuals to assist with this project?

19        A.   No.  No.

20        Q.   Just Anuj?

21        A.   Anuj initially, but then within the

22   week we had hired some of the key technical

23   people by the time they had left buybuy BABY,

24   like I think July 31.  And we had hired other

25   people from buybuy BABY that we knew would

```
 1                    A. Malhotra

 2      help us in acquiring the asset and also be

 3      the right people to build it -- build the new

 4      company.

 5          Q.   This is the period after which

 6      Dream On Me had already won the bid, is that

 7      right?

 8          A.   That's right.

 9              (Whereupon, at this time, an

10          exhibit was displayed via Zoom.)

11              (Whereupon, at this time, a

12          document was marked as Plaintiff's

13          Exhibit 9, as of this date.)

14          Q.   I'm sharing another email.  I think

15      is 9.  It's also it doesn't have a Bates

16      number on I will represent that this email

17      Bates number DOM 18198.  It is an email from

18      Patty Wu to Avish and Amit.  Amit, do you

19      recognize this email?

20          A.   Yes.

21          Q.   In the middle of the email Patty

22      writes, "For the tech team we would recommend

23      that Amit provide guidance on the revised

24      team structure given he has a perspective and

25      vision on the new business platform."
```

117

1                         A. Malhotra

2          A.   Yes.

3          Q.   Do you see that sentence?

4          A.   Yes.

5          Q.   What was your perspective and

6     vision on the new business platform?

7          A.   This was that we were going to --

8     at this time we had won the IP bid and I was

9     already talking to a couple of new vendors

10    given my relationships and also I was talking

11    to -- I mentioned there were people within

12    buybuy BABY who were very interested in the

13    go forward plan who were not the CTO, tier-2

14    managers and some of other staff.

15         With them I was able to put together a

16    view, and I think I've shared that, we were

17    going to use a completely different tech

18    stack for this platform.

19         So it would be ground up brand new and

20    with Shopify, Microsoft, a whole series of

21    vendors that the previous team or Go Global

22    wasn't talking to or thinking about.

23              (Whereupon, at this time, an

24         exhibit was displayed via Zoom.)

25              (Whereupon, at this time, a

118

```
 1                    A. Malhotra
 2         document was marked as Plaintiff's
 3         Exhibit 10, as of this date.)
 4         Q.   This is Exhibit 10.  This is an
 5    email that you wrote Amit is dated August 1.
 6    You sent it to Mark and Avish.
 7         A.   Yes.
 8         Q.   It's Bates number DOM 18444.  Do
 9    you recognize this email?
10         A.   Yes.
11         Q.   You write in the first sentence,
12    "We've been running at an extremely fast pace
13    for the past few months." Do you see that?
14         A.   Yes.
15         Q.   You agree that the pace at which
16    this deal was done was extremely fast?
17         A.   Yes.
18         Q.   You next write, "We haven't had a
19    chance to talk about the technology plan, org
20    and budget."  Do you see that sentence?
21         A.   Yes.
22         Q.   As of August 1, had you not
23    discussed the technology plan with Mark or
24    Avish?
25         A.   That is not true.
```

119

1                         A. Malhotra

2          Q.   You write we haven't had a chance

3     to talk about the technology plan, org and

4     budget?

5          A.   I want to make sure we understand.

6          Q.   Excuse me, I don't mean to

7     interrupt, but I haven't asked a question

8     yet.

9          A.   Okay.

10         Q.   At this point in time, did you have

11    a technology plan?

12         A.   Yes.

13         Q.   What was that plan?

14         A.   I believe I've shared it in the

15    next slide, in the attachment to this email.

16         Q.   Okay.  That's fair enough.  We'll

17    get to that.

18         I would like you to share with me what

19    you remember about that plan?

20         A.   So this plan was quite a few

21    weeks -- right from the get-go I was thinking

22    about what would work.  I was talking to

23    people within the industry, texting,

24    following up with them, talking to different

25    folks and formulating what would be the plan,

120

```
 1                    A. Malhotra
 2     what would be different approaches that
 3     would -- we would take depending on how the
 4     auction plays out, who would be the people.
 5          This email is more of a line in the sand
 6     to sort of summarize all that.
 7          So that doesn't mean that I haven't
 8     actually talked about, you know, these things
 9     separately in different components, but this
10     was just more around putting it into a
11     package and giving a summary to Mark.
12          So we were constantly talking about
13     these things.  But, as you can see, the email
14     from Patty Wu -- what was the date from Patty
15     Wu?  Can you go back?  I think you are
16     referring to --
17          Q.   This email?
18          A.   The email from Patty Wu, 25th of
19     July.  We're talking about very specific
20     budgets.  My email to Mark was more of a
21     summary of all the things, sort of the moving
22     pieces so he has one clear view of everything
23     together.
24          So it was more look a formal line in the
25     sand type of email as opposed to that is the
```

121

1                          A. Malhotra

2       first time I mentioned that.

3            Q.   For clarity, we jumped back to what

4       I believe is deposition Exhibit 9, Bates DOM

5       18198.  That's the Patty Wu email.

6            You said that you were having

7       conversations within DOM about the technology

8       plan, is that fair to say?

9            A.   Within DOM and also outside with my

10      network.

11           Q.   Who were you speaking to outside of

12      DOM about this?

13           A.   Well, for example, we were looking

14      at Shopify and I know people there, and I was

15      trying to get their readiness.

16           By this time we even have a prototype

17      ready with Shopify by August 1.  We already

18      signed up with them.  Looking at a lot of

19      backing systems, picking which ones we will

20      pick, which ones we may not pick, how the

21      staff is going to look like, all those

22      things.

23           We were just looking at what you talked

24      about, tech stack.  You make a list.  I need

25      someone to do this, I need somebody to run

122

1                          A. Malhotra

2       marketing, to store data, advertising.

3              So we had picked and we were already

4       implementing those things.  A lot of things

5       were already that Mark is seeing, that I sent

6       as a summary to Mark, were already in place

7       or being put in place.

8              Q.   Do you believe you were having

9       conversations with Mark about the technology

10      plan?

11             A.   Before this?

12             Q.   Yes, before this.

13             A.   Yes.  Yes.  I mean, he's not deep

14      on technology, to whatever he can understand.

15      We are trying to take a very different path

16      here in terms of how we're going to do this.

17      So those were conversations I had with him.

18             And we were going to run very

19      differently than the way buybuy BABY and

20      Oracle and all that stuff, we're going to do

21      different, all those things.

22             Q.   Do you remember the first

23      conversation you had with him about the

24      technology plan when that was?

25             A.   I think -- so it was before we bid.

123

```
 1                        A. Malhotra
 2        It was maybe even before -- I remember Mark
 3        asking me in a very early conversation not
 4        long after I joined, he says if we get this,
 5        can you do it?  And, you know, I said yes.
 6             Q.   Why did you say yes?
 7             A.   Because I knew we could do it and
 8        we did it.
 9             Q.   How did you know you could do it
10        though, what were you basing it on?
11             A.   Basing it on the scope of what the
12        business needed to be, if we were -- there
13        were two sorts of roles, two approaches.  If
14        you were doing an ongoing concern, what
15        things we may need to do with the team and
16        what the TSA may look like.  We had the
17        technical capability to do it.  At least I
18        had it.
19             Based on my experience, this is --
20        retail is not a terribly hard business.
21        Health care and all those are much, much
22        trickier.  This is -- the way many retail
23        companies are run right now, run with very
24        old technology and if you look at new
25        technology platforms, they let you do
```

124

1                    A. Malhotra

2      things -- for example, our current data

3      systems can put ten years of system within an

4      hour versus this gigantic organization with

5      hundreds of millions of investments would

6      take a day to process one year of data.

7          Q.   If you could finish the last --

8      repeat the last part.

9          A.   Yes, many retail companies have

10     very antiquated technology and they

11     overcomplicate things and I know that newer

12     technology, newer components and pieces can

13     easily, not easily, but in a very doable way

14     give you pretty much the same outcome.

15         And many companies don't take advantage

16     of it so we could do it at a far lower cost

17     and in a quicker manner than being dependent

18     on whatever systems Bed, Bath and buybuy BABY

19     were running on.

20         Q.   Before you sent this email to Mark

21     with the baby tech attachment PDF, had you

22     ever sent Mark a draft of the technology

23     plan?

24         A.   Mark -- I may have drawn on a white

25     board or something.

125

1                       A. Malhotra

2           You have to remember again, about the

3    pace at which everything was going on and

4    Mark is not a very PDF email person.  He

5    likes to see things in person.  He likes to

6    talk in person.  He's the look you in the

7    eye -- look you in the eye kind of person and

8    ask you questions.

9           So conversations with Mark and the

10   culture at DOM is a lot conversational then

11   almost any other place then I've ever been

12   at.

13          Q.   I understand that.  My question is,

14   did you show him a draft or final technology

15   plan at any time before August 1?

16          A.   Not in a cohesive way.  Did I tell

17   him that we are talking to these vendors,

18   this org, here are some of the people we are

19   looking at, we're way under budget.  Because

20   I already talked with Patty Wu, but I had not

21   sent a draft of this to work.

22          Q.   Do you know when you began first

23   drafting this baby tech document?

24          A.   This was from -- in terms of

25   components, it was probably within a week of

126

                          A. Malhotra

1

2      looking into getting this engagement because

3      I was always thinking about what would be a

4      future view of how this business is going to

5      work.

6          Q.   Okay.   In this second sentence you

7      say, "We haven't had a chance to talk about

8      the technology plan, org and budget.  I've

9      been focusing on the technology."

10          Is the org and budget, is that

11      information contained in this baby tech PDF

12      attachment?

13          A.   Yes.

14          Q.   Let's talk about the organization.

15      So what was your plan for the organization?

16          A.   Plan for the organization was to

17      get very small -- so the whole Baby team had

18      recommended that we hire about 60 people or

19      so from the technology team and, you know, be

20      on that path working with Oracle, Infosys,

21      keep all the vendors and all that stuff.

22          I didn't feel that was necessary.  I

23      think we ended up hiring four or five people

24      and getting a very small team and then

25      partnering with companies who were very

127

```
 1                        A. Malhotra

 2     specialized in, you know, launching the

 3     platforms that we had picked on Microsoft and

 4     on Shopify and some of these other products

 5     that we ended up with, tech stack.

 6          Q.   And how did you come to those

 7     conclusions?

 8          A.   How did I come to those

 9     conclusions?  I've been working on this for

10     30 years, this is what I do.

11          Q.   Well, you haven't been working on

12     this specific project for 30 years, is that

13     accurate?

14          A.   People that work on this specific

15     thing for 30 years have no clue how to design

16     a future project.

17          Q.   Respectfully, Amit, I will ask you

18     some very direct questions.

19          A.   I'm being very clear here.

20          Q.   I'm asking you --

21          A.   Yes.

22          Q.   I'm asking you the basis for how

23     you came to this.  You said your experience

24     for 30 years.

25                    MR. MURPHY:  Which is a fair
```

128

```
 1                    A. Malhotra

 2         answer.

 3         Q.   Anything else?

 4         A.   The conversations I had with

 5    industry folks.  I know folks at Shopify.  I

 6    looked at -- Shopify, for example, is treated

 7    in the industry as a platform for low end

 8    E-commerce, but I went and talked to them.  I

 9    looked at it and they're running Staples

10    Canada.

11         I talked to a number of companies that

12    are using Shopify at scale, for example, just

13    as one piece.

14         And I know the way technology works.

15    I've seen it many, many, many, many times

16    companies will continue to either overspend

17    or overbuild.  And having these conversations

18    with Oracle and all those kind of players --

19    for example, we don't use Salesforce.  We use

20    Klaviyo.  That is our email and customer

21    engagement platform.  Those platforms are far

22    superior and are available for a fraction of

23    the cost.

24         Q.   I didn't mean to interrupt.

25         A.   Go ahead.
```

129

                              A. Malhotra

1

2          Q.   You said you spoke to people

3     outside of Dream On Me in coming to your

4     conclusions with regard to the technology,

5     org and budget plan, is that right?

6          A.   Yes, and research, a lot of

7     research.

8          Q.   Did that include speaking to Go

9     Global?

10         A.   No.

11         Q.   Why not?

12         A.   Because after -- look, outside of

13    that one short window where we had that

14    meeting, and by that Thursday I didn't think

15    about Go Global until like in October or

16    something.

17         Go Global was not -- it was a very

18    parasocial relationship.  We were not

19    thinking about them and they were not in our

20    mind.  It was out of our mind.  We had other

21    fish to fry.

22         I know Go Global, this lawsuit looks

23    like it is like they were in our head space.

24    I was not thinking about them at all.

25         Like after that thing, we were just so

130

1                    A. Malhotra

2       busy with all the other things as you can

3       imagine.  They had 300 plus systems and we

4       had to vet every one of them and make sure it

5       works, what the stack is going to look like.

6           We basically needed to higher tens and

7       tens of people that we need across all

8       functions.  So after that last connection

9       with Go Global, it was out of site, out of

10      mind.  This was no conversation, no nothing.

11          Q.   Well, I'm not asking about what

12      happened after you stopped talking to Go

13      Global.  I'm asking when you did speak to Go

14      Global.

15          A.   That was a flash in the pan.  It

16      wasn't like -- it wasn't anything, Go Global.

17      It's not like -- I think we are -- okay, it's

18      almost like you're going through your day,

19      someone comes by, asks you for a dollar or

20      something, then they go away.  You're not

21      thinking about it at all.  You're focused on

22      your own thing.

23          So I'm trying to communicate to you

24      like, Go Global wasn't central to my thinking

25      or even in my head space.  So I wasn't

131

1                          A. Malhotra

2     thinking about them or asking them or even

3     the conversation was like there's a potential

4     partnership maybe talk to these guys, see if

5     they're good.  They talk a big game outside

6     the media, but not that, you know, kind of

7     like nothing interesting.  We just moved on.

8          Q.    You moved on after June 16, 17 or

9     thereabouts?

10         A.    When I say moved on, I mean that

11    one conversation was like there's nothing

12    here, even from my tech perspective.  They

13    were just doing whatever the buybuy BABY team

14    was telling them and I had lost faith in the

15    buybuy BABY's team to execute.

16         That's why I fired the entire team.  I

17    didn't hire any of those guys.  I didn't hire

18    the CTO that Thoryn said was actually good.

19    They had -- I didn't hire any of the people

20    that they put in the recommendation list.

21              (Whereupon, at this time, an

22         exhibit was displayed via Zoom.)

23              (Whereupon, at this time, a

24         document was marked as Plaintiff's

25         Exhibit 11, as of this date.)

132

1                        A. Malhotra

2          Q.   I'm sharing another document with

3     you.  This is a technology road map, buybuy

4     BABY start.  It is eight pages and bears --

5     first page has Bates number DOM 18445.

6          A.   Right.

7          Q.   Do you recognize this document,

8     Amit?

9          A.   Yes.

10         Q.   Is this the baby tech document that

11    was attached to the August 1 email I just

12    previously showed you?

13         A.   Yes.

14         Q.   Did you draft this document?

15         A.   Yes.

16         Q.   Did anyone else help you draft it?

17         A.   I've shown a preview to Avish.

18         Q.   So just Avish saw a preview and no

19    one else.

20         A.   No one else.

21         Q.   Did anyone help you draft this

22    though?

23         A.   No.

24         Q.   Did you review this document with

25    anyone at Dream On Me?

133

1                           A. Malhotra

2          A.    Probably with Steve.  I'm trying to

3     recollect.  Not a hundred percent sure.  If I

4     would have, I would have been previewing it

5     with Steve and then, of course, I showed it

6     to the team that we ended up hiring saying

7     this is what we got -- here's a summary of

8     everything that happened and here's where --

9     what we're going to do.  Here is how we're

10    going to think about it at a very high

11    level.

12         This was more of a Mark document.  This

13    wasn't like I would give it to the team to

14    execute.  We had so many -- the team

15    understood what needed to be done.  They were

16    very much focused.  This was high level for

17    Mark to sell him the idea that hey, this is

18    what we're doing.

19         Q.    I know you emailed the document to

20    Mark.  We saw that.  Did you show Mark this

21    document and have a conversation with him

22    about it?

23         A.    Yes.

24         Q.    Was that in person?

25         A.    Yes.

134

1                    A. Malhotra

2          Q.    What was that conversation like?

3          A.    The conversation was look, this is

4     where we started.  There were all these sorts

5     of plans of how people were trying to solve

6     this problem of what a going concern would be

7     and we pivoted to rebuild the asset and we

8     rebuilt the whole stack.

9          It was tailored and oversimplified for

10    him, but it gives a recap of what are some of

11    the resources we need, what are some of the

12    areas we're going to start investing in, are

13    we going to bring in some vendors.  I don't

14    recall every page of it right now.

15         Q.    Were you involved in determining

16    the amount of stores that Dream On Me should

17    purchase?

18         A.    There was a model that

19    Alixpartners, the finance person at

20    Alixpartners, I think it was at Alixpartners

21    working very closely with us, what the asset

22    could do.

23         The thinking was that it needed to be 50

24    stores to achieve profitability, but we were

25    very concerned now that we are going to go

135

1                    A. Malhotra

2    dark, because we have an asset purchase, the

3    goal was to restart as many as we could.

4        I know Mark was very much focused on

5    acquiring the stores.  I don't know how much

6    Avish was spending time on that.  And then he

7    was trying to get those stores from the

8    auction.

9        The auction ended up being a little more

10   competitive then we expected.  We thought we

11   would be able to get more stores, but we only

12   could get 11.  Then in Baby's document two or

13   three were even marked closure.

14       We knew we wanted to -- having a going

15   concern, a company that is operational is

16   very important.  We did not want to be one of

17   those people where we go dark and a year

18   later when people have forgotten the brand,

19   we launch.

20       And you have to remember, this is the

21   baby market.  So a lot of moms who are

22   already having babies would have had their

23   babies and new moms would say, this company

24   doesn't exist.  Keeping that alive in the

25   mind of the customer was very important for

136

1                    A. Malhotra

2     us.

3          Q.   Was it useful to look at some

4     of the other like store models in arriving

5     at the store model that you ultimately

6     used?

7          A.   Yes.  I think they shared, Patty

8     and I, I forget that person in Alixpartners,

9     she was pretty involved.  They had presented

10    fewer store models, more store models, all

11    those kind of things.

12         There were multiple store models being

13    tossed around and shared.  I don't remember

14    how many iterations of which stored models

15    and where it ended up.

16         Q.   You looked at those models, right?

17         A.   Yes.

18         Q.   Did you find them useful?

19         A.   I found them useful, but again, as

20    I mentioned, you can -- that gives you a

21    directional, yes, we do need to have a bunch

22    of stores.

23         My focus was very much around not

24    having -- for my perspective, and I impressed

25    this upon Mark and Avish and my team, the way

137

1                          A. Malhotra

2          I was approaching this, we could take a month

3          off and start planning and put all sorts of

4          things in place.  Most people are terrible at

5          doing that.  So we would focus our time and

6          getting this up and back online.

7               Q.   Why did you find looking at these

8          models useful?

9               A.   Well, to make sure there is a there

10         there, which means at the end of this there

11         is a business, there is some model which is,

12         you know, which is going to make money.

13              But honestly, like from my perspective,

14         I wanted us to get started and reimagine what

15         stores mean, because a lot of this was legacy

16         business that was running in a standard

17         format for 10/15 years.  Customers who were

18         really the retail customers in 2018, 2019

19         pre-Covid are very different than customers

20         in 2023.

21              So from my perspective, getting back out

22         there, opening some stores would then give us

23         a lot of 2023 data on exactly how the

24         customers and the market is responding and

25         behaving.

138

```
 1                    A. Malhotra

 2         Q.   I'm moving to page -- it looks like

 3    three, just for the record.  This is DOM

 4    18447.  Do you recognize this particular

 5    slide?

 6         A.   Yes.

 7         Q.   Can you just tell me what is going

 8    on in this slide?

 9         A.   So this was a recap because

10    initially we were saying there was this

11    concept of TSA.  You guys are aware of TSA.

12         Steven, you probably have gotten into

13    the TSA and looked at the document.

14         Q.   I'm aware of it, yes.

15         A.   So again, so the first pass of the

16    TSA that buybuy BABY had given, I want to

17    give Mark this idea, that first pass was, you

18    know, it's going to cost us $55 million.

19         Around the time where -- and I have

20    mentioned Go Global was there, again that

21    data was shared back officially through the

22    Lazard data room.  The second number was

23    shared to the Lazard data room was okay that

24    55 million can go to 48 million.

25         We looked at three to five months TSA
```

139

1                          A. Malhotra

2      period, which would cost an additional nine

3      to $15 million, but that means that we

4      basically shut down for a period of time, go

5      dark and still spend even if we -- I think

6      I'm trying to remember these models --

7           So the key point here is that getting,

8      being dark, mean the stores shut down and we

9      take a long time based on the existing

10     approach that buybuy BABY had taken.

11          Even if we drilled then further from the

12     $48 million to a $33 million number, which is

13     what the Baby team was sort of coming up

14     with, if we use Oracle and all their plethora

15     of vendors and worked a little bit with their

16     existing platform, it would still cost us

17     money and we would be dark for nine months or

18     even three to four months.

19          This is the case why I didn't want to

20     hire any of the existing buybuy BABY team

21     because they were just used to the corporate

22     world and to do a restart, spend only as we

23     are starting to scale and we would be dark

24     only for one month.

25          I had internally set a goal for one

140

1                        A. Malhotra

2      month to have all the technology platforms

3      and everything operational at least to just

4      get the ball rolling in a limited sense.

5           Q.   Did you get the technology platform

6      up operational within that one month period?

7           A.   Yes, I did.  The first order we

8      placed that went end to end was exactly one

9      month after, was September 1 at midnight or

10     something like that.  Of course, the

11     inventory and all that hadn't come in so I

12     ended getting a pet bed for my dog.

13          We wanted to make sure I could order

14     something and everything sort of flows

15     through it and the payment is made, the

16     payment is captured, we are recording, the

17     data comes in, the shipping labels are

18     generated, goes to the warehouse and

19     everything comes out of there.

20          Q.   The second red circle from the

21     left, which says 48 million, three to four

22     months TSA and nine to 15 million under that,

23     can you walk me through those numbers real

24     quick, what they mean here?

25          A.   So the -- buybuy BABY's team had

141

1                          A. Malhotra

2       spent -- their current spend was

3       $110 million.  They said that if we covered

4       buybuy BABY the first pass that they've done

5       was -- it will cost us 55 million.  I think

6       in the red after Go Global had talked to them

7       around that time, they had published a new

8       document saying that this is published, this

9       is the data room, it will cost us $48 million

10      and three to four months TSA.

11          Red circles are different models of

12      using existing technology.

13          I went further and I felt that we could

14      take that 48 down to 33 and 21 after I talked

15      to the buybuy BABY team and there was some

16      more opportunity there.

17          Like I mentioned, there were -- things

18      were entirely not useful.  Like you talk

19      about Google, you talk about Akamai, but

20      still what it really meant was even in the

21      best scenarios that we -- that buybuy BABY

22      vendors were giving us, which we know in IT

23      or tech if they said three to four months, it

24      will be six and eight, nine, ten months and

25      you can call the lawyer and argue with them,

142

1                           A. Malhotra

2        but your stores are shut.  It will still be

3        dark.

4             Look, we should not do any of this.  We

5        should dump this entire thesis of how the

6        buybuy BABY people are thinking about it, how

7        the leadership is thinking about it and do it

8        our way.

9             Q.   Just to clarify, the thesis that

10       would have fallen -- that would have fallen

11       under BBB's working Go Global platform

12       estimate, that was a document that was shared

13       through the Lazard data room?

14             A.   Yes.

15             Q.   Okay.

16             A.   You'll see it formally in an

17       ongoing computer cost.

18             Q.   Going to the last page in this

19       model, this document, this page bears Bates

20       number DOM 18452, and the slide is titled how

21       did we get here?  Do you see that at the top?

22             A.   Yes.

23             Q.   Do you see, I'll highlight it for

24       you, one of the steps listed is how Dream On

25       Me got here was review Go Global's tech and

143

1                          A. Malhotra

2        product plan, understand how they think they

3        can pull this off by reviewing their tech

4        stack partners and risks on Dream On Me if

5        this approach is followed.

6             A.    Yes.

7             Q.    Do you see that?

8             A.    Yes.

9             Q.    Was that one of the steps in how

10       Dream On Me got here?

11            A.    That was not a build-up step.  It

12       was a point in time.  And, like I said, their

13       tech stack, whatever they were talking was no

14       different than what buybuy BABY was doing.

15            It's not like they had a unique -- it

16       was -- if you look at buybuy BABY, they were

17       evolving so we were pushing them, all the

18       bidders were pushing them to continue to

19       drive their costs lower.  As they were

20       driving their costs lower, they were

21       publishing those plans.

22            So this was the same buybuy BABY stack

23       or whatever it is that buybuy BABY was doing

24       because what Go Global was doing was talking

25       to the same vendors.  We talked about Oracle.

144

```
 1                    A. Malhotra
 2    We talked about Salesforce.  They were
 3    talking to the same force that the buybuy
 4    BABY team was in partnership with.
 5         So it wasn't anything unique or
 6    different than -- if you see another one,
 7    right, there wasn't anything sort of unique
 8    or different.  It was just following along
 9    whatever buybuy BABY team was saying.  This
10    is how we think this asset will be separated.
11         Q.   How do you know what Go Global was
12    proposing was what just what buybuy BABY was
13    proposing?
14         A.   Because that's what they talked
15    about.  They were talking about the same
16    vendors.  They were talking about the same
17    approaches.
18         Q.   Okay.
19         A.   There wasn't anything new or
20    something different I heard in the
21    conversations.
22         When I would talk to the buybuy BABY
23    people, they will say yeah, this is -- we
24    were working with Go Global.  This is what we
25    have published because they had spent time
```

145

A. Malhotra

1

2      with them.  They thought they were going to

3      be bought by Go Global so they were following

4      that path.

5          Q.   When you spoke to Thoryn Stevens

6      from Go Global, did you get the same sense

7      from him as well?

8          A.   Yes.  I think I mentioned that.

9          Q.   You didn't learn any information

10     you didn't already know from Thoryn Stevens?

11         A.   I did not, in talking to Thoryn

12     Stevens, I guess I was not aware of how -- I

13     thought that they might actually have

14     something different, but I learned that they

15     were just following the same plan, which was

16     personally, it was like oh, well, for all

17     their marketing and everything --

18         Q.   Did you review Go Global's tech

19     plan?

20         A.   I don't think there was a tech

21     plan, anything different.  I don't recall

22     reviewing a document called here's our tech

23     plan and product plan apart from, you know,

24     like I mentioned, the stabilize and then

25     we'll transition or --

146

```
 1                      A. Malhotra

 2           Q.   You wrote this document, is that

 3      right?

 4           A.   I don't recall seeing a document

 5      or --

 6           Q.   No, you wrote the document we're

 7      looking at right now, you wrote this --

 8           A.   Yes.

 9           Q.   -- technology road map?

10           A.   Yes.

11           Q.   And you wrote this line?

12           A.   Yes.

13           Q.   Did you write this entire slide?

14           A.   Yes.

15           Q.   Did you review Go Global's tech

16      plan?

17           A.   The tech plan as in -- when you say

18      review, I don't recall if there was an actual

19      document that they produced that -- I

20      understood what their thinking was in terms

21      of their tech plan so --

22           Q.   You spoke to Go Global about their

23      tech plan?

24           A.   Right.

25           Q.   And you got an understanding of
```

147

1                           A. Malhotra

2       their tech plan, is that right?

3           A.   I'd a sense of their tech plan, not

4       in detail because it was just one

5       conversation and they were following the same

6       path.

7           I think you are alluding to a document

8       that I don't recall where they had, you

9       know --

10          Q.   I'm not alluding to anything.  You

11      wrote this sentence.

12          A.   I wrote this sentence, but you need

13      to understand the meaning behind the sentence

14      is getting an understanding of how Go Global

15      was approaching this as opposed to reading a

16      20 page document where they have details on

17      anything.

18          Q.   Did you get an understanding of how

19      Go Global was approaching the --

20          A.   I had a sense of their approach

21      which, I said, was very similar to what was

22      being shared by buybuy BABY and then legally

23      speaking, that gets shared back to the Lazard

24      data group.

25          Q.   Just sir, are you an attorney?

148

                              A. Malhotra

1

2          A.    No.

3          Q.    Okay.

4          A.    My understanding is any

5    conversation with Go Global and buybuy BABY

6    on how -- what information is requested or

7    what plans are created had to be shared back

8    to the Lazard data room.

9          Q.    Before you spoke with Go Global,

10   did you have an understanding of what their

11   tech plan was?

12         A.    Go Global's?  No.

13         Q.    Before you spoke with Go Global did

14   you have an understanding of what their

15   product plan was?

16         A.    No.

17         Q.    When you spoke with Go Global did

18   you get an understanding of what their

19   product plan was?

20         A.    I had a high level understanding of

21   their approach, that they're following

22   whatever buybuy BABY was doing.

23         Q.    Before you spoke with Go Global,

24   did you know or have an understanding of what

25   their tech stack was?

149

1                           A. Malhotra

2          A.    No, but again, I want to mention

3     that when we were talking to them, we talked

4     to Oracle and all these guys, wait a second,

5     all the existing systems are on IBM and Go

6     Global or Thoryn wasn't thinking about that

7     or where their existing system was in.

8          He was bought into the whole narrative

9     of what buybuy BABY was telling him.

10         Q.    Before you spoke with Go Global,

11    did you know or have an understanding about

12    potential partners that they might be

13    interested in?

14         A.    No.

15         Q.    Did you get an understanding --

16         A.    Let me rephrase it.  I knew that

17    they were trying to get money from the Perot

18    family.

19         Q.    P-E-R-O-T.

20         A.    The Perot family.

21         Q.    You knew that before you met with

22    Go Global?

23         A.    Before I met with Thoryn.

24              MR. MURPHY:  Clarify, he talked, he

25         didn't meet with him.

```
 1                    A. Malhotra
 2            MR. BERLOWITZ:  Fair.  Fair.
 3       Q.   You knew that before you spoke with
 4   Thoryn?
 5       A.   Yes.
 6       Q.   Before you met with Go Global
 7   and/or Thoryn?
 8       A.   Let's make it Thoryn because I
 9   didn't meet with Go Global.
10       Q.   Fair enough.  Before you met with
11   Thoryn, did you know or have an understanding
12   of the risks of Go Global's plan if it was
13   followed?
14       A.   No, but -- let's remember that
15   there was no plan.  Like I think there was an
16   idea that they had of --
17       Q.   Amit, respectfully --
18       A.   Yes.
19       Q.   I want you to answer the questions
20   I'm asking.
21       A.   Okay.  I want make sure that the --
22       Q.   I understand, and you will have an
23   opportunity, your attorney can question and
24   can clean up anything you want, but I'm
25   asking very specific questions and this is
```

151

1                          A. Malhotra

2        going on needlessly long.

3            A.   Okay.

4            Q.   I don't need to keep you that much

5        longer, but I am going to go for a lot longer

6        and it doesn't need to be that way if you

7        just answer my question.

8                    MR. MURPHY:  I think he answered.

9                    MR. BERLOWITZ:  I don't know.  I

10               think we should break for launch.

11                   MR. MURPHY:  It's 1:00 o'clock now.

12                   MR. BERLOWITZ:  Can I finish this

13               line, is that okay?

14                   MR. MURPHY:  Yes.

15                   MR. BERLOWITZ:  Let's take a lunch

16               break.  It's fine.  One hour.

17                   MR. MURPHY:  That's fine.

18                   MR. BERLOWITZ:  We'll come back at

19               two.

20                   (Whereupon, at this time, there was

21               a luncheon recess.)

22                   A-F-T-E-R-N-O-O-N   S-E-S-S-I-O-N

23       CONTINUED EXAMINATION BY

24       STEVEN BERLOWITZ, ESQ.:

25                   Q.   I will share another document with

152

```
 1                      A. Malhotra
 2     you.
 3              (Whereupon, at this time, a
 4          document was marked as Plaintiff's
 5          Exhibit 12, as of this date.)
 6              (Whereupon, at this time, an
 7          exhibit was displayed via Zoom.)
 8          Q.   This is a WhatsApp texting chain.
 9     Can you confirm that's what I'm sharing with
10     you?
11          A.   Yes.
12          Q.   The first page bears Bates number
13     DOM 10092.  It is nine pages long.  At the
14     very top it says on June 9 that Amit Malhotra
15     created the group called Bbuy.  Is that
16     accurate here?
17          A.   Yes.
18          Q.   So you created this text group?
19          A.   Yes.
20          Q.   Do you remember why you created it?
21          A.   Just to chat, I guess.  Just to
22     make sure all the conversations we were
23     having -- it's a WhatsApp group so there's no
24     deviate plan behind it.  Sometimes you create
25     a group to keep the conversations within
```

153

1                         A. Malhotra

2          context.

3               Q.   I'm certainly not suggesting there

4          was anything devious.  I just wanted to know

5          why you created it.

6               A.   It's a text chat when you text

7          someone that you want to mark it.  It's not

8          like I created a group.  I'm texting someone

9          then I can say let me type all these as to

10         buybuy BABY.

11              Q.   You created this group on June 9,

12         is that accurate?

13              A.   Yes, I guess.

14              Q.   At this point what work had you

15         specifically done with regard to the

16         potential acquisition of buybuy BABY's

17         assets?

18              A.   I reviewed a bunch of their

19         documents on the Lazard data room.  I think I

20         mentioned even back in May I had reviewed --

21         I had some idea on like, when I say some

22         ideas, like strong opinions on what this

23         company was, what was going on there, how

24         many IT systems they had.

25              So this was probably just for a specific

154

1                          A. Malhotra

2       conversation around the bidding or something.

3            This is not, to be clear, this is not

4       the universal of all the conversations I had

5       with Avish and buybuy BABY or DOM.

6            Q.   I understand.  I just also want to

7       circle back and clarify the scope of the work

8       that you were working on with regard to this

9       project.

10           We discussed technology.  Were you

11      involved in the technology aspect of this

12      project?

13           A.   Was I involved in the technology

14      aspect of this project?  Is this a new

15      question or are you trying to find out if I

16      answered it?

17           Q.   I apologize if I've asked this

18      before.  I believe I have.  I'm trying to

19      clarify.

20           I want to know what you were working on

21      at Dream On Me with regard to Dream on Me's

22      acquisition of buybuy BABY's assets.  I

23      believe you were working on the technology

24      aspect.  If you want to correct me if you

25      can --

155

                          A. Malhotra

1

2          A.   When you're a small team, it's a

3     focus area for me, but obviously I was very

4     well aware of all the other pieces that are

5     happening.  So this isn't like you go do this

6     one box and you stay in this box.

7          So yeah, I mean I was talking and aware

8     of talking of the other pieces too.

9          Q.   Were you working on those other

10    pieces?

11         A.   Can you define working on?  Like

12    what is working on mean?

13         You can see here I'm giving sort of an

14    update on the new store model, for example.

15         And you can see the hearing date is

16    moving.  I was just working on technology and

17    I would be tracking the auction dates, but my

18    focus was on the technology.

19         Q.   If I use the word responsible, the

20    phrase responsible, would that help clarify

21    what I'm asking you and I'm asking what you

22    worked on?

23         A.   Yes.

24         Q.   Were you responsible for the

25    technology piece with regard to this

156

1                         A. Malhotra

2      particular project.

3           A.   Yes.

4           Q.   Were you responsible for due

5      diligence for this particular project?

6           A.   Due diligence, the focus was

7      technology and also give my opinion on, you

8      know, what the conversations were that was

9      going on, everything that was going on.  It

10     was a small group.  That is part of due

11     diligence.

12          Q.   Would you say you were responsible

13     for due diligence?

14          A.   No, not all of it.

15          Q.   Who was responsible for due

16     diligence?

17          A.   I think it was combination mainly

18     Avish and myself.  We were sort are really

19     thinking it.

20          Milan was kind of giving his opinion.

21     Milan -- so if you look, Mark says we want to

22     do this and what is the data you and Avish --

23     Avish was on point and then I started playing

24     more of the roll as I got sort of deeper into

25     it and then -- it was Avish.

157

1                          A. Malhotra

2              Initially the roles continued to change

3         and evolve as we learned different things

4         about what was going on, what was going on in

5         the media.  The dates started moving and all

6         kind of things.

7              Q.   In what way did your specific role

8         change and evolve?

9              A.   I think giving -- for example,

10        looking at a lot of vendor contracts, again,

11        as related to technology, but in terms of

12        what product -- how would the product

13        platform, how would some aspect of business

14        work, what we can get away with, what we

15        cannot get away with, away with like scoping

16        it out, to launch.

17             I'm kind of thinking if there was a

18        specific -- I guess, it wasn't -- it wasn't

19        that I was responsible for another component

20        or I was responsible for a different model.

21        I am guessing.  I'm not quite understanding.

22             Q.   I can appreciate that you're trying

23        to give a nuanced accurate answer, but I want

24        you to listen to what I'm asking you.

25             We have talked about this team is small

158

1                              A. Malhotra

2       and therefore people share some work.  I

3       understand that.

4           I'm asking for the work that you did

5       specifically and the work you were

6       responsible for, I want to know if you were

7       responsible for all the work in this project

8       because based on your testimony it seems like

9       you had your hands in many pies.

10           A.   I mean, I had hands and awareness

11      of many pies, but my core focus was around

12      technology.

13           Q.   Is it accurate to say that in

14      addition to technology one of your core

15      focuses was IT?

16           A.   Yes.

17           Q.   Any other core focus that you were

18      tasked with for this project?

19           A.   No.  No.  Other people -- I was

20      just advising.

21           Q.   I understand you did -- you

22      contributed to due diligence, but you were

23      not responsible for due diligence, is that

24      accurate?

25           A.   That's right.

159

1                              A. Malhotra

2              Q.   Were you responsible for either --

3         were you responsible for the financial model?

4              A.   No.

5              Q.   Were you responsible for coming up

6         with capital or financing for Dream On Me in

7         relation to this project?

8              A.   No.

9              Q.   Were you responsible for

10        determining how logistics and supply chain

11        would work in relation to this project?

12             A.   Yes.  I mean --

13             Q.   Okay.

14             A.   I did talk to their head of

15        logistics and I reached out to some of my --

16        just in terms of like figuring what are some

17        of the three PL's, the logistics supplier, I

18        spent quite a bit of time with -- I forget

19        the name of the logistics guy that buybuy

20        BABY had, and that was one of the areas I

21        wanted to make sure and they assured me they

22        would have a plan by the end of July on

23        exactly how the logistics is going to work,

24        who the logistics partners would be.

25             Q.   Was that work connected to your

160

```
 1                    A. Malhotra
 2     work with technology and IT or was that
 3     separate?
 4          A.   It was connected, but again, I was
 5     the point person talking to that person at
 6     buybuy BABY.
 7          Q.   Okay.
 8          A.   That he was supposed to pick a
 9     logistics provider and I was asking how many
10     he had picked and who he was talking to and
11     all those pieces.
12          Q.   Even if this isn't strictly
13     speaking every single instance, is it fair to
14     say that the work end and responsibilities
15     that you were tasked with, you know, that you
16     were tasked with dealt with technology and
17     IT?
18          A.   Yes.
19          Q.   Were you responsible for operations
20     in relation to this project?
21          A.   Not directly responsible.
22          Q.   Did you touch on it with regard to
23     your expertise with technology an IT?
24          A.   Yes.  Then also as we were talking
25     to different -- talking to different team
```

161

1                    A. Malhotra

2      members, Avish and I would share notes about

3      what did we think about Patty, some of her

4      reports.  We would talk about that.

5           What the teams looked like, who was

6      good, who was bad or, you know, who were the

7      right people to be more specific for the go

8      forward.  And in that case, we talked about

9      almost every function.

10          Q.   I'm going to try to highlight texts

11     that I want to draw your attention to.  I

12     apologize if the highlighting gets a little

13     out of hand.

14          A.   Okay.

15          Q.   Can you see I highlighted a portion

16     that I've marked for you?

17          A.   Yes.

18          Q.   This portion reads, this is

19     something that you wrote, "Someone driving

20     hard for a carve out with similar thought

21     process to us."

22          A.   Right.

23          Q.   "Bare IT, (saw their updated plans)

24     and small store count."  Do you see that

25     sentence?

162

```
 1                    A. Malhotra

 2          A.   Yes.

 3          Q.   You referred to someone driving

 4     hard for a carve out with similar thought

 5     process to us.  Do you know if that someone

 6     was Go Global?

 7          A.   Avish answered that it was Go

 8     Global because I started, I guess -- like I

 9     mentioned, everything, everything that Go

10     Global is talking to with the buybuy BABY

11     team has to be published by them.  So that's

12     what I meant.

13          I guess in the previous conversation now

14     that you brought this up, similar thought

15     processes and what would a smaller store

16     count and how much we can cut down the IT

17     side.  Because historically, I think buybuy

18     BABY thought they going to get more funding

19     from the existing lenders and everything is

20     going to be hunky dory.

21          Q.   I want to zero in on the similar

22     thought process to us part of the sentence.

23          What was similar about what you were

24     seeing in those plans as compared to the

25     plans you were contemplating?
```

163

                              A. Malhotra

1

2        A.   Just what was -- so the buybuy BABY

3    team had all this extraneous, we talked about

4    it, vendors, Akamai, and there was some other

5    venders that seemed very extraneous with a

6    lot of spend and I could see that they

7    were -- the new plans they were updating,

8    they would be cutting down spending that I

9    would focus on and I would cut down

10   spending.

11        So that's like there's a smaller store

12   model and there is, you know, there's more

13   cut down on the IT side.

14        I guess that's -- that's what why I felt

15   it was similar because you were driving hard

16   for what is the bear minimum needed to

17   transition this and punch this.

18        Q.   Were those similarities some of the

19   reasons that you were interested in speaking

20   to Thoryn at Go Global?

21        A.   No, my interest in Thoryn wasn't my

22   personal interest.  It was just that we had a

23   conversation with them and it was a followup

24   of that.  It wasn't like I was personally

25   interested in talking to them or I needed to

164

1                    A. Malhotra

2       talk to him.

3           Q.   Well, I'm not really asking about

4       your personal interest.  I'm asking about

5       your participation vis-a-vis on this project.

6           My question, was Dream On Me, as an

7       entity, interested in learning some of this

8       information?

9           A.   Dream On Me had a conversation with

10      Go Global if I get the timing right.  As part

11      of having a conversation, when you're

12      potentially, I guess, running an asset

13      jointly, you want to talk to the other

14      person.

15          In general, if you're looking at going

16      into business with them and putting money or

17      however, wouldn't you talk to them?  It seems

18      like there wasn't a -- it was normal business

19      next step to talk to Thoryn.

20          Q.   A couple of lines down, 8:37, Avish

21      writes, "Go Global retail is pushing them."

22      Do you know who them is in this sentence?

23          A.   I think, I am guessing --

24          Q.   If you don't know, I don't want you

25      to guess.  If you have an idea.

1                     A. Malhotra

2          A.    My idea is that it's buybuy BABY.

3          Q.    Okay.  At the bottom 9:56 a.m.,

4     "Why is the other bidder, Go Retail, seeking

5     an additional ████████?  Is there our only

6     two players?  One Baby List for trademarks

7     and the other Go Retail, then why bid hire?

8     What other options does the estate have?"  Do

9     you see that sentence.

10         A.    Yes.

11         Q.    This is dated June -- this message

12    is dated June 11, 2023, is that right?

13         A.    Yes.

14         Q.    At this time what was your

15    understanding of who the potential bidders in

16    this auction were?

17         A.    I don't recall what I was thinking

18    at this time.  Why would they seek another ██

19    ████████?  See Avish's response?  Can you move

20    your mouse.

21         Q.    Sure.  To be clear, I'm not asking

22    about the ████████.  I'm asking if you know

23    who the other potential bidders were as of

24    the date that you wrote that message?

25         A.    Yeah, I don't recall if I knew it

166

```
 1                        A. Malhotra
 2      or not.  Again, it's -- because I know I
 3      mentioned Baby List because we always thought
 4      that Baby List might want to go for it, but I
 5      don't fully recall if I knew that there were
 6      other bidders in this mix.
 7             Q.   At this point Dream On Me was in
 8      the mix, is that right?
 9             A.   Yes.
10             Q.   And Go Global Retail was in the
11      mix, is that also right?
12             A.   Yes.
13             Q.   I didn't catch the response?
14             A.   Yes.
15             Q.   Thank you.  And the other company
16      you just mentioned, what was their name, baby
17      something?
18             A.   Baby List.
19             Q.   They were potentially in the mix?
20             A.   Yes.
21             Q.   But you can't think of anyone else?
22             A.   Not right now.  Maybe at the time.
23             Q.   Avish responds at the very bottom,
24      "They know what debtor wants to make it
25      work."
```

167

```
 1                    A. Malhotra
 2         I will take a little liberty.  I realize
 3    you didn't write this.  I want to have an
 4    understanding, is the they in this sentence
 5    Go Global.
 6         A.   No, I think it is estate.
 7         Q.   Okay.  Why did you want to know
 8    about the additional ███████?
 9         A.   I mean, one of the things, I guess,
10    I get hired by people because I actually look
11    at all aspects.  I just don't look at
12    technology.  So yeah, I can press this
13    button, this is going to happen.  So I want
14    to understand where -- I mean, yeah, I guess
15    I want to understand how the broad picture
16    is.
17         Q.   Okay.  The top of the next page you
18    write, "By the way, the dock 1.6.2 has full
19    summary of the plan.  Few gaps in tech that I
20    can see."  Do you see that sentence?
21         A.   Yes.
22         Q.   You're referencing in this text to
23    1.6.2.  Do you know if that's the Go Global
24    financial model?
25         A.   No, I think it's the Lazard.  It's
```

168

1                          A. Malhotra

2          from the Lazard data room.

3               Q.   What makes you think that?

4               A.   I'm guessing, but that's where my

5          head was at.

6               Q.   You are -- I don't want you to

7          guess.

8               A.   I can look.  You guys might have a

9          summary of what 1.6.2 is.

10              Q.   Well, I can represent to you that

11         in previous emails I've shown you the Go

12         Global model is labeled 1.6.2, but you wrote

13         this sentence and I'm asking if you know what

14         that refers to in this context of this

15         sentence?

16              A.   I don't recall this one specific

17         note.  If you say it is that, then I believe

18         it.

19              Q.   Okay.  It appears, based on the

20         sentence, that you reviewed that document?

21              A.   Yes.

22              Q.   Based on the sentence it appears

23         that you reviewed the full summary of that

24         document, is that accurate?

25              A.   Yes.

169

```
 1                    A. Malhotra
 2         Q.   Do you recall what portions of this
 3    document you reviewed?
 4         A.   No, not right now.
 5         Q.   Do you recall when you reviewed it?
 6         A.   Probably that morning.
 7         Q.   Did you discuss your review of the
 8    this document with anybody.
 9         A.   No, not -- not other than Avish.
10         Q.   What did you say to Avish about it?
11         A.   I would have to -- I mean
12    nothing -- I don't think anything beyond that
13    I'm talking here.  Maybe I started a call
14    but -- yeah, I don't --
15         I don't recall if I highlighted or spoke
16    about anything else because I think this is
17    the one where I probably wrote my thoughts
18    that Avish used to ask the questions in his
19    email.  I may be getting my timeline mixed.
20              THE WITNESS:  Tom, maybe you can
21         clarify.
22              MR. MURPHY:  I can't.
23         Q.   Unfortunately, this is your
24    deposition.
25         A.   I understand, but again --
```

170

1                      A. Malhotra

2              MR. MURPHY:  Maybe can show him the

3         other email.  It might help clarify if

4         you look at the other email that you

5         marked earlier, the date on it anyway.

6         A.   The document that Avish sent out.

7         Q.   Yes.

8         A.   Which was after my conversation

9    with Thoryn.

10        Q.   If we go down to the middle of this

11   page, at the 11:32 time stamp you write "Yep,

12   no major comments.  Let me know when I can

13   send over some tech questions."  Do you see

14   that?

15        A.   Yes.

16        Q.   Does that refresh your recollection

17   about the timeline and the questions you were

18   developing?

19        A.   It doesn't refresh my timeline.  So

20   if you go back to the other email then I'm

21   guessing that this would be the email that I

22   probably sent to Avish before that.

23        Q.   This is an -- is this the email you

24   were referring to with the questions and

25   responses?

171

1                         A. Malhotra

2           A.    Yes.  Yes.

3           Q.    This email is dated June 12?

4           A.    Correct.

5           Q.    Does that refresh your

6     recollection?

7           A.    Yes, so then this was --

8                 MR. MURPHY:  That's the --

9           A.    When did you send the email out?

10          Q.    I see.  I don't have that on me.

11          A.    It was probably on that day.

12    Everything was real time.  So go -- when you

13    say doc 1.6.2, when did Avish send me the

14    link to that Dropbox?  Can you pull that?

15                MR. MURPHY:  You just have to

16          answer his questions.

17                THE WITNESS:  1.6.2, Steven said

18          that was a Go Global document.

19                MR. MURPHY:  Just answer his

20          questions.  If you don't remember, you

21          don't remember.

22                THE WITNESS:  What I'm saying is he

23          said that that is the same number as a

24          Go Global.  And I just want to make sure

25          it is the same number as a Go Global

172

1                          A. Malhotra

2              because this was on June 11.  And the

3              email when the Go Global document was

4              sent to me, I want to make sure that

5              date is accurate.

6              Q.   Let me ask you a different

7     question.  At a certain point in time, were

8     you granted access to a data room hosted by

9     Ankura for Go Global?

10             A.   Yes.

11             Q.   Did you enter that data room?

12             A.   Yes.

13             Q.   Did you download documents from

14    that data room?

15             A.   I think I downloaded some documents

16    because when you click it downloads the

17    document.

18             Q.   Did you look at documents in that

19    data room even if you didn't download them?

20             A.   Should be.  Yes, probably.

21             Q.   Do you recall which documents you

22    looked at?

23             A.   No.

24             Q.   I am sharing with you another

25    document.  This document bears Bates number

173

1                      A. Malhotra

2      DOM 75.  I will represent to you that this is

3      one version of the Go Global model.  I am not

4      sure if it is 1.6.2, but it is one version.

5      Do you recognize this document?

6                  (Whereupon, at this time, a

7           document was marked as Plaintiff's

8           Exhibit 13, as of this date.)

9                  (Whereupon, at this time, an

10          exhibit was displayed via Zoom.)

11          A.   This does not have a tech plan in

12     it.  I think the 1.6.4 that I mentioned had a

13     tech plan that you're alluding to which had

14     gaps.

15          Q.   Did you look at this document?

16          A.   Yes, I've seen this document.

17          Q.   But this is not the document that

18     is labeled 1.6.2?

19          A.   6.4, the document 1.6.4.

20          Q.   No, it was -- it's 1.6.2.

21          A.   Okay.  What is the question?

22          Q.   My question is, is the document I

23     just showed you, which is that Excel

24     document, is the 1.6.2 you are referring to

25     in your WhatsApp message?

174

                         A. Malhotra

1          A.    No, because this would be part of

2    a -- there is no tech plan in here.  I don't

3    know if you can show me the other tabs.

4          Q.    I certainly can.  So right now the

5    first tab is ROI.  Second tab is a model tab.

6          I'll scroll up and to the left so you

7    can see it.  A third tab is WC&F.  The third

8    tab is monthly sales, inventory receipts.

9    The fourth tab are slides.  The fifth tab are

10   store recommendations.  And the final tab is

11   a weekly CF Baby.

12         This is the penultimate document.

13   That's a 2021 P&L statement.

14         A.    I don't think I would be referring

15   to this document because this does not have

16   any tech plan in it.

17         Q.    I'm still in the WhatsApp text

18   chain, but I'm on page bearing --

19         A.    Can you share that?

20         Q.    I apologize.

21              (Whereupon, at this time, an

22              exhibit was displayed via Zoom.)

23         Q.    Can you see I'm sharing the

24   WhatsApp text chain again?

175

1                              A. Malhotra

2              A.    Yes.

3                    MR. MURPHY:   Yes.

4              Q.    I should be on page DOM 10095, is

5       that accurate?

6              A.    Yes.

7              Q.    I want to draw your attention to

8       the statement that you wrote at 10:20, "My

9       meeting with their tech guy moved to tomorrow

10      afternoon as he is back to back with ██████

11      and the Baby team."  Do you see that

12      sentence?

13             A.    Yes.

14             Q.    Are you referring to your meeting

15      with Thoryn Stevens in this sentence?

16             A.    Yes.

17             Q.    You write, "I asked if I can join.

18      Also asked him if he's looked at the TSA

19      doc."

20             A.    Yes.

21             Q.    ████████████████████████████████

22      ██████████████████████████████████████

23             A.    Yes.

24             Q.    Do you see that sentence?

25             A.    Yes.

176

1                    A. Malhotra

2          Q.   At this point on June 14, what

3    work had Dream On Me done with regard to the

4    TSA?

5          A.   I think at that time we had put

6    together our version of the TSA, the TSA

7    document that is provided -- I think the guys

8    at Alixpartners had given us a template and

9    we were working with them on what the TSA

10   would entail and making sure we had

11   everything covered.

12         Q.   Okay.  You also, we went over this,

13   you asked to join Thoryn's meeting with

14   Oracle and the Baby team, is that right?

15         A.   That's correct.

16         Q.   Why did you want to join that call?

17         A.   Because at that time the plan was

18   that Thoryn and I were working together on

19   this initiative.  Now both these meetings

20   never happened and the Oracle meeting never

21   happened.

22         Q.   As of June 14, had you spoken to

23   the Baby team yet?

24         A.   Yes.  Yes.

25         Q.   As of June 14 had you spoken to

177

1                          A. Malhotra

2       Oracle?

3            A.   No.  Actually I don't remember, but

4       probably not.

5            Q.   Okay.  On June 17 at 12:13 p.m. you

6       write, "So what happened yesterday?"

7            And Milan writes, "Go Global proposal is

8       not -- ███████████████."  Do you see that?

9            A.   Yes.

10           Q.   And then at the bottom Milan is

11      writing, "████████████████████████

12      █████████████████████  Do you see

13      that?

14           A.   Yes.

15           Q.   H█████████████████████████

16      █████████████████████████████

17      ███████

18                MR. MURPHY:  Objection.

19           Q.   You can answer.

20                THE WITNESS:  Sorry, what does

21           objection mean?

22                MR. MURPHY:  It's just for legal

23           purposes.

24           Q.   For your purposes if he's not

25      directing you not to answer, I would like you

178

```
 1                    A. Malhotra
 2     to please answer the question.
 3          A.   ████████████████████████
 4     ████████████.  That was announced from
 5     Milan, not from me.
 6               MR. MURPHY:  That was my objection.
 7          Q.   I understand that.  I understand
 8     Milan wrote that.  I understand counsel's
 9     objection.
10          I'm asking, ███████████████████
11     ███████████████████████████████████
12          A.   █████████████████████████████
13     ██t.
14          Q.   Did Milan tell you how he knew
15     that?
16          A.   No.
17          Q.   Did you have any other independent
18     basis upon which to conclude that Go Global
19     did not have enough capital?
20          A.   Specifically, no, but I did -- I
21     don't remember if I had a specific incite or
22     something.
23          Again, with my sort of learning about
24     them up close, I wasn't super impressed with
25     them.
```

179

1                        A. Malhotra

2          So, you know, there was a lot of noise

3     around how they came in and they were talking

4     to CNBC and all that stuff and they were not

5     as impressive so I wasn't surprised, but I

6     don't recall if I had an independent view on

7     it or not.

8          Q.   What did you mean by specifically

9     no at the beginning of your answer?

10         A.   ██████████████████████████████

11    ████████████████   I assumed that -- like I

12    wasn't thinking about it.  I assumed that

13    they just -- at the very process they had

14    capital.

15         Q.   You also testified that you weren't

16    impressed with Go Global, is that right?

17         A.   Yes.

18         Q.   The only person at Go Global with

19    whom you had a conversation was Thoryn

20    Stevens, is that right?

21         A.   Yes.

22         Q.   On June 17 at 1:28 p.m., towards

23    the top of this page, you write,

24    "Interesting.  What is the estate looking

25    for?"

180

1                          A. Malhotra

2              Milan responds, "They would not reveal."

3              And in response to that you write, "Ha,

4       of course they would not.  Any other offers

5       other than Overstock?  What is Go Global

6       thinking next?"  Do you see that exchange?

7              A.   Yes.

8              Q.   Why are you interested in what Go

9       Global is thinking next?

10             A.   I mean curiosity and I mean --

11      you're part of a deal.  Everything is

12      flowing.  There's tons of information going

13      back and forth.  I mean tons of

14      conversations.

15             So it's not like I was sitting in a

16      little box just doing my own thing.  We were

17      exchanging ideas and updates and anything

18      that was going on on a real time basis.

19             So I was thinking if they're going to be

20      back in the bidding, are they going to go

21      independent, you know.

22             Q.   At this point in time was it your

23      understanding that Go Global was competing

24      against Dream On Me in this bid?

25             A.   You mean after this note?

181

```
  1                          A. Malhotra

  2            Q.   No.  At the time that you wrote

  3       this, was it your understanding that Go

  4       Global was competing against Dream On Me in

  5       this bankruptcy auction?

  6            A.   I mean, I guess.  That's why I was

  7       asking what is Go Global thinking.  Are they

  8       going to -- that's the reason I asked this

  9       question.  What is Go Global thinking next?

 10            I was wondering if they're going to

 11       completely withdraw from this auction or are

 12       they going to go and do it themselves.

 13            Q.   What do you mean go and do it

 14       themselves?

 15            A.   Meaning independently as -- they

 16       were an independent bidder just as we were,

 17       right.  And there was a brief period of time

 18       when there was conversation about joining

 19       forces and on 6/17 it was clear there was no

 20       joining forces.

 21            Q.   Do you recall when you learned when

 22       Go Global and Dream On Me were not going to

 23       form a partnership as part of this deal?

 24            A.   You can see it here.  This was when

 25       I learned.
```

182

1                        A. Malhotra

2          Q.   This is when you learned?

3          A.   Yes.

4          Q.   Not before?

5          A.   No, I don't believe so.

6          Q.   Avish says on 6/17 at 2:19 p.m.,

7     "Without Go Global, our chances reduce as we

8     are four weeks behind."  Do you see that

9     sentence?

10         A.   Yes.

11         Q.   Do you agree with Avish's statement

12    that without Go Global, Dream On Me's chances

13    reduce because Dream On Me is four weeks

14    behind?

15         A.   I don't -- I don't -- no, I

16    don't -- I mean --

17         Q.   I'm asking if you agree or not.

18         A.   No.  No, not necessarily.

19         Q.   Why don't you agree with that?

20         A.   Because I was already getting a

21    sense that the approach they were following

22    was already very much mixed up with what

23    buybuy BABY was thinking and I was already

24    starting to think this whole buybuy BABY team

25    really doesn't know what they're doing and Go

183

                        A. Malhotra

1
2        Global is following it so it wasn't -- I just

3        need to just continue talking to the tech

4        team and I was trying to figure out at this

5        time is this going to be an ongoing concern

6        or was there an IP bid.

7              So I think, at this time, everybody

8        was thinking this was an ongoing type

9        concern.

10             Q.    We talked previously about how your

11       core responsibilities included technology and

12       IT, do you recall that?

13             A.    Yes.

14             Q.    Did you have incite into, for

15       example, where Dream On Me was with regard to

16       its financial model as of June 17 at

17       2:19 p.m. when Avish wrote this statement?

18             A.    Dream On Me financial's model?

19             Q.    Correct.

20             A.    No.

21             Q.    What about for their due diligence?

22             A.    Model for their due diligence?

23             Q.    I want to know if you had an

24       understanding of the work that Dream On Me

25       had done as of June 17 with regard to due

184

1                          A. Malhotra

2    diligence?

3         A.   So what would that entail?  For

4    example, are you looking for an investment

5    document or something or --

6         Q.   I want to know the work that Dream

7    On Me had performed.

8         You told me you were involved in due

9    diligence.  Did you not say that?

10        A.   Yes.

11        Q.   So are you able to tell me as of

12   June 17 some of the work that Dream On Me had

13   performed with regard to due diligence?

14        A.   With due diligence, a lot of work

15   was understanding and assessing what the

16   buybuy BABY team was presenting as its go

17   forward plan.

18        So I know that Avish and everybody else

19   was looking at those kind of things and Milan

20   and everyone else.

21        Q.   Okay.  I know that you know they

22   were looking at those things.  I want to know

23   if you had enough information to determine

24   whether Dream On Me was behind in its due

25   diligence work as of June 17?

185

1                              A. Malhotra

2          A.    I did not have enough information

3      to know that they were behind.

4          Q.    What about for capital raised or

5      financing, same question?

6          A.    No, not aware.

7          Q.    Not aware.  What about for

8      logistics and supply chain, same question?

9          A.    Logistics and supply chain, because

10     I was talking to the guy running it and they

11     were looking at a new vendor, you know, we

12     were assured by them they would have a new

13     vendor picked so I think at that time I had

14     started to reach out to a few 3PL's, other

15     logistics companies on my own.

16          But no, I don't think -- I think it was

17     continuing.

18          Q.    The next sentence you write, a

19     couple of minutes later at 2:21, "If we can

20     get time with their tech team and Patty we

21     might have a shot, especially if we can push

22     for a less aggressive store plan, but I think

23     the estate might want more money."  Do you

24     see that?

25          A.    Yes.

186

1                        A. Malhotra

2          Q.   When you say with their tech team,

3     whose tech team are you referring to here?

4          A.   Buybuy BABY.

5          Q.   Why are you saying we might have a

6     shot?

7          A.   It's a matter of -- a shot at

8     winning the auction.  And actually no, we

9     might have a chance to -- let me think.

10         Tech team with Patty, putting a plan.  I

11    don't recall.  I don't know.

12         I don't recall what we might have a shot

13    in terms of -- what was the plan in terms of

14    6/17, whether that was talking about an

15    auction?

16         Remember the auction date kept moving.

17    I'm trying to think if the auction was in two

18    days from that time and then it moved to

19    July.  We knew we had three weeks or we knew

20    we had --

21         Q.   June 19 at 8:57 you write, "Yep,

22    need to set that up.  Are we competing with

23    Go Global or are they out of the picture."

24    Do you see that sentence?

25         A.   Yes.

187

A. Malhotra

1

2      Q.   Why are you asking about whether

3    you're competing with Go Global or not?

4      A.   That's the previous question I

5    asked, whether -- if they're a bidder,

6    then automatically we are competing with

7    them.

8      If they are withdrawn completely from

9    the bid, then they're out of the picture.

10      Q.   You just want to know if they're

11   participating or not?

12     A.   Yes.

13     Q.   Avish writes after that, "Assess

14  where Go Global was."  Do you see that?

15     A.   Yes.

16     Q.   Did you assess where Go Global was?

17     A.   Yes, from the Baby team, basically

18  it was an idea what was -- who they all have

19  talked to.

20     Q.   Why did you do that?

21     A.   Because the Baby team was spending

22  all their time with Go Global.  And we, you

23  know, even from terms of the bidding, they

24  needed to share that with us and, you know,

25  we just wanted to make sure that they're

188

1                      A. Malhotra

2      sharing everything that they have done with

3      Go Global with us.  I think that was the

4      intent.

5          Q.   Were you looking at Go Global to

6      try to recreate some of the information you

7      would have gotten out of the Baby team?

8          A.   No.  No.  This is not looking at Go

9      Global.  This is more like who have they

10     talked to internally, the Baby team.

11          They were spending so much time and Go

12     Global had spent so much time with them and

13     they -- they thought they were going to be

14     sold to Go Global, so they were focused

15     there.

16          We are serious bidders.  You need to

17     spend time with us and give us a sense of

18     where your current plans are.

19          Q.   After Avish writes assess where Go

20     Global was, he writes, "Yes."

21          Then he writes, "They just did digital."

22     Then he writes, "Bid."  Then you write, "So

23     only website, we are doing all, but Baby

24     only, right?"

25          And the Milan, writes, "We suspect their

189

```
 1                        A. Malhotra
 2      focus on digital, but we don't know exactly."
 3           You write, "No, they had stores and POS,
 4      et cetera in mind when I spoke to them."
 5           A.   Yes.
 6           Q.   Is it fair to say that you're
 7      looking into Go Global at this point and not
 8      just because of the people they spoke to?
 9           A.   No.  No.  This is when I spoke to
10      Thoryn.  He said I'm talking to Oracle.
11           I said why are you talking to Oracle for
12      the ERP.  And then for the stores we're going
13      to use Oracle's point of sales systems.
14           So Oracle -- Oracle was kind of shocked
15      after we acquired the asset because they
16      thought they had this in the bag, that was an
17      extension of that same -- this is the store
18      POS, point of sales systems.
19           Q.   I'm a little confused.  So I'm
20      going to back up.  I apologize.  I don't mean
21      to ask the same questions over and over again
22      but I do want to understand.
23           When Avish writes assess where Go Global
24      was, what did you take that to mean?
25           A.   Where they were in the process.
```

190

```
 1                    A. Malhotra
 2      That's what I think I understood.
 3           Q.   Where was Go Global in the process
 4      at this point?
 5           A.   I don't know.  I guess that was --
 6      I'm trying to remember if he's making a
 7      statement because he said they are just
 8      digital.  He's tracking to figure out where
 9      they were in the process.
10           Q.   Is the answer that you don't know?
11           A.   I don't know.  I'm trying to
12      remember.
13                MR. MURPHY:  Amit, you can use this
14           to refresh your recollection, but if you
15           don't know, you don't know.
16           A.   Scroll it down.  Then I can
17      probably see if there is something else that
18      I said that can shed some light and share it
19      with you guys.
20                (Whereupon, at this time, there was
21           a pause in the proceeding.)
22           Q.   Down here at June 19 at 9:03 p.m,
23      you write, "And or speak to Patty to give me
24      a rundown of her tech team.  I have some
25      names from Global."  Do you see that?
```

191

```
 1                      A. Malhotra
 2          A.   Yes.
 3          Q.   What names do you recall getting
 4     from Go Global?
 5          A.   This was their CTO who Thoryn
 6     really liked.
 7          Q.   Whose CTO?
 8          A.   Buybuy BABY's CTO.
 9          Q.   Any other names?
10          A.   I don't recall.  I think he liked
11     her and he liked the team.
12          Buybuy BABY had put a team sort of
13     together, like.  They said this is our
14     proposed team for this transition and Thoryn
15     was like they're good.  So I said okay.
16          Q.   The last message on this page is
17     from Avish.
18          And he writes, "Yeah, we must so you can
19     validate quickly and get info from team on
20     Gone Global."
21          Can we agree Gone Global is some sort of
22     typo or spelling error, you're referring to
23     Go Global there?
24          A.   Yes.
25          Q.   When he said get info from team on
```

192

1                          A. Malhotra

2       Go Global, is he -- do you know what he's

3       referring to?

4            A.   The buybuy BABY team.

5            Q.   Okay.  He's not referring

6       internally to Dream On Me?

7            A.   No.  No.  Because this is when I

8       said I need to get to the next level and he

9       says because if they share with Go Global,

10      whatever work they shared with Go Global,

11      they will share it with us.

12           Q.   This might be repetitive and I

13      apologize if it is, I want to clarify all of

14      this.

15           On June 19, 9:43 Milan writes, "Go

16      Global is closer to Lazard and knows details

17      that we don't.  They work closely with 6th

18      Street.  Seems they have deal discussions

19      prior to submission."  Do you see that?

20           A.   Yes.

21           Q.   Do you know what details Go Global

22      knew at that time that you did not?

23           A.   No.

24           Q.   Did you speak with anyone at Baby

25      or Lazard to follow up on what Go Global

193

```
 1                    A. Malhotra

 2    knew?

 3         A.   No.

 4         Q.   Do you know if anyone at Dream On

 5    Me did that?

 6         A.   I don't think so.  Milan may have

 7    tried.

 8         Q.   On June 20 at 8:41 Avish writes,

 9    "Yes, they are not providing us with what Go

10    Global got."  Do you see that?

11         A.   Yes.

12         Q.   Do you know what information Avish

13    is referring to in this sentence?

14         A.   All their work product that they

15    are -- I think he's --

16         Q.   Let me back up.  Let me back up.

17    It says they're not providing.  Who is they

18    in this sentence?

19         A.   Buybuy BABY.

20         Q.   You previously testified that all

21    the information that Go Global received from

22    Baby would have been put into the Lazard data

23    room, is that right?

24         A.   Should have been put.

25         Q.   Do you have any reason to believe
```

194

                                    A. Malhotra

1    that there was information that was not put

2    in the Lazard data room that should have been

3    there?

4        A.   I don't recall, but it was, you

5    know, it's -- maybe they were following it to

6    the minimum letter of whatever, you know,

7    like we saw with Baby when we were trying to

8    get data from them.

9        Q.   I want to know if you have a basis

10   to know that?

11       A.   No.  Well -- no, my basis to know

12   that is from what -- in my call with Thoryn,

13   if he was so busy on back-to-back calls with

14   buybuy BABY team and buybuy BABY's team and

15   Oracle and everybody else, the amount of

16   information that was being shared with us was

17   very, very little.

18       If you have two days of calls with

19   Oracle, you would expect to see something out

20   of it.  So that would be my basis.

21       Q.   Did you try going to the Lazard

22   data room to find the information that you

23   wanted?

24       A.   Yes.  Yes.

195

1                      A. Malhotra

2          Q.   After this was sent even on

3     June 20?

4          A.   Yes.

5          Q.   Did you find that there was

6     information you wanted that wasn't available?

7          A.   I believe so.  Again, the volume of

8     conversations and engagement that Go Global

9     was having with the buybuy BABY team was not

10    reflected fully in the documents.

11         Q.   Is it your understanding that the

12    conversations that Go Global was having with

13    Baby team members should have always been

14    reduced to writing and uploaded to the Lazard

15    data base?

16         A.   Even in my conversations with the

17    Baby team, right, I did not get them and we

18    had to remind them.

19         I had to remind them because I remember

20    talking about this with Joy, they do need to

21    tell us what they're talking about or, at

22    least, share it with us even if it's not in

23    writing and they were very, very curt.

24         Q.   It's fair to say you were having

25    difficulty getting information out of Lazard?

196

                          A. Malhotra

1

2          A.    Lazard probably did not know.  This

3     was more on the conversations with the buybuy

4     BABY team.

5          Q.    That was on the Baby side, not the

6     a Lazard side.  Thank you for clarifying

7     that, okay.

8          Was this problem compounded by the fact

9     that there was a lot of information in the

10    Lazard room?

11         A.    Possibly.

12         Q.    What do you mean by possibly?

13         A.    I don't know what I don't know.

14         And, again, you're talking about a very

15    specific point in time.  And then we decide

16    to ditch all of this anyways.  Especially

17    with the APA being talked down from them.  A

18    lot of this wasn't even relevant because the

19    APA side here is what we're going to give

20    you, take it or leave it.

21         By the way, below that you can see the

22    3PL person, John Yacka was the person on the

23    supply side.  You can see the conversation.

24         Q.    Did you work closely with Avish on

25    this case?

197

                              A. Malhotra

1

2          A.    Yes.

3          Q.    On the project?

4          A.    Yes.

5          Q.    Did he ever express to you concerns

6     about the project?

7          A.    What kind of concerns?

8          Q.    Concerns about how the project was

9     going?

10         A.    Of course.  Every project -- you

11    are always -- name a project, especially when

12    you're trying to do something of this

13    magnitude and launching something in a month,

14    a company that was making a billion dollars a

15    year.

16         Q.    What concerns did he have?

17         A.    I mean we were all very temporal at

18    the time.  What are -- how are we basically

19    making sure -- getting what we wanted.

20         You know, so it's a very temporal way of

21    operating.  I don't know if he had any

22    philosophical concerns about it.  He was

23    pretty excited about it.

24         Q.    I'm not asking about his

25    philosophical concerns.  What do you mean

198

```
 1                     A. Malhotra

 2      temporal concerns?

 3          A.   Issues coming at the time and hey

 4      let's get with Patty, their CEO, spending

 5      time with them, making sure the plans are

 6      updated, signing off the plans.

 7          So it just was back and forth as you

 8      would do with any kind of something of this

 9      complexity and moving parts and all that.

10          Q.   Did he have concerns about the work

11      that Dream On Me had done to date throughout

12      this project?

13          A.   He did feel that we were a little

14      late in the game than the other bidders

15      because back in January, I think there were

16      like 200 bidders.

17          There was some exhaustion within the

18      team and then we talked about the team as

19      well.  So all these things were all very

20      fluid, very in the mix.

21          Q.   You said back in January --

22          A.   Like there was already some

23      interest in the market.  That's what I, you

24      know, there was a lot of media.  The media

25      noise around this was pretty significant.
```

199

1                           A. Malhotra

2           So that's why I heard from somewhere,

3      not from Avish, they were a lot of people --

4      this whole thing was going left and right

5      with 6th Street coming back and putting more

6      money.  Carve out Baby.  They're going to

7      bankruptcy.  What is happening to their

8      people?

9           There were a lot of things happening.

10     This is a very public, very big bankruptcy.

11          Q.   Did he ever express to you concerns

12     about the amount of work Dream On Me had

13     performed to-date in relation to the amount

14     of work other bidders are performed to-date

15     on this project?

16          A.   The only thing I have is where he

17     said we are four weeks behind so he didn't

18     say -- he just said the other guys.  That's

19     the thing I have.

20          Q.   And you disagreed with that with

21     regard to the IT and technology portion,

22     correct?

23          A.   With regard -- because from what I

24     was learning, yeah, I disagreed with it.

25     It's the quality of the work.  And especially

200

                              A. Malhotra

1

2      after I looked at the facts, it was all bogus

3      what all these teams were doing and their

4      systems were fundamentally broken.

5          Q.   Did you talk to Avish about his

6      concern that Dream On Me was behind in its

7      work?

8          A.   No, not in so many words.  We were

9      just so fixated on making sure this gets

10     done.

11         We are all complaining about being up

12     late nights and working on the APA and all

13     that stuff, but I would suspect other bidders

14     were also in a very tight timeline.  The

15     timeline kept changing so is that was very

16     stressful.

17         Q.   You never spoke to Avish about

18     whether Dream On Me was behind on its due

19     diligence?

20         A.   I don't recall having a very

21     holistic conversation with him and saying we

22     should withdraw from this because we are

23     behind or we are disadvantaged or something

24     like that.

25         Q.   I'm not asking whether you should

201

A. Malhotra

1

2    withdraw.  I'm not asking about that.  I'm

3    asking a very specific question.

4        I'm asking whether you had a

5    conversation with Avish about whether -- you

6    had a conversation with Avish about his

7    concern that they were behind on their due

8    diligence work?

9        A.   I do not recall a specific

10   conversation on that.

11       Q.   Okay.  Did you have a conversation

12   with Avish about them being behind on

13   developing a financial model?

14       A.   No, because -- they were dependent

15   on -- we were dependent on the financial

16   model that the seller, the selling team was

17   putting together.

18       Q.   Did Avish ever express to you that

19   Dream On Me did not have the internal teams

20   or professionals needed to work on this

21   project?

22       A.   Yes, that's why he hired me.

23       Q.   Oh, okay.  Tell me about that

24   conversation, please?

25       A.   He said look, you've done these

202

```
 1                    A. Malhotra
 2    kind of deals before, you have an
 3    understanding.  This is a complex tech stock,
 4    I will need your help.
 5         Q.   Did you ever have a conversation
 6    with him about this after he hired you?
 7         A.    That -- yes, that's why I bought my
 8    own team.  That's why we hired the people.
 9    That's we got Anuj and all those people.
10         Q.   I'm asking if you had a
11    conversation with Avish after he hired you
12    about his concern that Dream On Me did not
13    have the internal teams or professionals to
14    work on this project?  Did you have a
15    conversation with Avish?
16         A.   I mean it was obvious to me that I
17    was hired for a reason.  So I took that as a
18    job.
19         Clearly Steve or someone else who has
20    been working there, they didn't know this
21    stuff.  So, I mean, there's no point having
22    that conversation so I don't recall if I had
23    that conversation.
24         Q.   Is your answer that you do not
25    recall having that conversation?
```

203

1                          A. Malhotra

2          A.    I do not recall.

3          Q.    Thank you.  Would you agree that

4     this project was a fairly large investment?

5          A.    For whom?

6          Q.    For Dream On Me.

7          A.    I cannot speak to it.  I mean, Mark

8     has money so -- but not many people out there

9     who can just write a check for $20 million

10    right off the bat, right.

11         Q.    Do you know what data the Dream On

12    Me team was relying on in order to do the

13    work such as developing a financial model,

14    due diligence, looking at supply chain and

15    logistics, things like that?

16         A.    What does the supply chain and

17    logistics even mean?  You keep bringing it

18    up.

19         Q.    Well, respectfully, I can clarify,

20    but if you want to answer the question I

21    posed to you, you can.

22         A.    I don't know what logistics and

23    supply chain means.

24         Q.    That's why I'm telling you, you can

25    leave that out of your answer.

204

A. Malhotra

2          A.    Repeat the question again.  I
3      forgot.
4                (Whereupon, at this time, the
5                record was read as requested.)
6          A.    The only piece of information I
7      have is that there were suppliers to buybuy
8      BABY, they had an understanding of how buybuy
9      BABY's bosses worked, worked with the gaps,
10     how long it took them to ship products and
11     for buybuy BABY to put those products on the
12     shelves.
13          And they thought there was a tremendous
14     margin opportunity by direct importing many
15     of the products and fixing basically --
16     buybuy BABY went underground because they
17     kept running out of product.
18          One of the things we were told, one
19     was the IT side and then the second thing
20     was in 2022 with Covid, they had financial
21     issues and they had issues keeping product on
22     the shelf and when they did, they had it on
23     poor margin.
24          What I -- what I gathered from my
25     conversation and with Avish and even Mark,

205

```
 1                    A. Malhotra
 2      look, we know how to direct import.  We think
 3      that is the secret sauce in terms of
 4      unlocking, having a retailer and a direct
 5      import and cut out the middleman.  That
 6      expands the margins significantly.
 7           That's the extent of the information
 8      that I had.
 9           Q.   I want you to listen to the
10      question I'm asking you.  And I'm asking,
11      what data, if you know, did Dream On Me
12      have?
13           A.   I pointed it to you, the data of
14      knowing how buybuy BABY's product purchasing
15      process worked and their margins.
16           Q.   Are you pointing to Dream On Me's
17      experience?
18           A.   As they were a vendor with buybuy
19      BABY and they looked at their costs.  Because
20      I know they looked at costs of these goods,
21      where they saw the opportunity of basically
22      going in direct.  I know they looked at that
23      piece of data, that I know.
24           Q.   Where did they get that data from?
25           A.   I don't know.
```

206

                        A. Malhotra

1

2        Q.    Do you know if they did -- if they

3    looked at the Lazard data room?

4        A.    I am guessing.  I don't know which

5    part of the Lazard data room, but that was

6    verification that was part of the Lazard's

7    data, cost of goods.

8        Q.    Is the answer that you don't know?

9              MR. MURPHY:  Don't guess.

10       A.    I don't know.

11       Q.    And to clarify, you don't know what

12    data Dream On Me looked at in order to

13    support its due diligence, for example?

14       A.    No.  I know that they looked --

15       Q.    I'm not -- I'm asking what you

16    know.  Amit, please.  Please.

17       A.    Okay.

18       Q.    I'm trying to be patient with you.

19    I'm giving you a lot of leeway here.  You are

20    providing very non-responsive answers to my

21    questions.

22       A.    Okay.

23       Q.    Listen to the question I'm asking.

24    Do you know what data Dream On Me relied upon

25    in order to develop its financial model?

207

1                          A. Malhotra

2              A.   My understanding is that they

3         looked at the cost of goods data which was

4         likely available in the Lazard data room.

5              Q.   Thank you.  Do you know whether

6         anyone at Dream On Me performed due diligence

7         on the data in the data room?

8              A.   You mean looked at the data and see

9         if that was worth investing it in?  Yes, that

10        was their whole thesis, to go after this

11        asset.

12             Q.   And who did that?

13             A.   It would be Avish and Mark.

14             Q.   Okay.  You didn't have any

15        involvement with that?

16             A.   No, they told me this is what we

17        feel is a good reason to go after this where

18        we think the big opportunity is.

19             Q.   Do you know if you or anyone else

20        at Dream On Me looked at the data in the

21        Lazard data room with regard to Human

22        Resources?

23             A.   Yes.

24             Q.   You did?

25             A.   Yes, I did.

208

```
 1                    A. Malhotra

 2          Q.   What about for financing and

 3     budgeting, was that also you?

 4          A.   I mean I'm sure Avish also looked

 5     at it.  We talked about it.  I looked at it

 6     as well.

 7               MR. BERLOWITZ:  I think I'm

 8          basically done.  Can we take a five

 9          minute break so I can go over my notes?

10               MR. MURPHY:  That's fine.

11               (Whereupon, at this time, there was

12          a pause in the proceeding.)

13               MR. BERLOWITZ:  I have no further

14          questions.  Thank you, Amit.  I really

15          appreciate you taking the time to answer

16          all my questions.

17               THE WITNESS:  Thank you.  Thank for

18          patience.  I know this is really

19          complicated, very fluid.  So I hope you

20          don't take any of this personally.

21               MR. BERLOWITZ:  Not at all.  Same

22          to you.  I hope I don't take my being a

23          bit short with on occasion.

24               THE WITNESS: All good.  We're

25          trying to figure this out.
```

209

1                        A. Malhotra

2              (Whereupon, at this time, the

3         examination of this witness concluded at

4         3:20 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

210

1

2             A C K N O W L E D G M E N T

3

4

5     STATE OF                    )
                                  :ss
6     COUNTY OF                   )

7

8          I, AMIT MALHOTRA, hereby certify

9     that I have read the transcript of my

10    testimony taken under oath in my deposition

11    of October 24, 2024; that the transcript is a

12    true, complete and correct record of my

13    testimony, and that the answers on the record

14    as given by me are true and correct.

15

16

17                  _____

18                          AMIT MALHOTRA

19

20    Signed and subscribed to before
      me, this _____ day
21    of _____, 2024

22

23    _____
      Notary Public, State of New York
24

25

211

```
 1
 2                        I N D E X
 3
 4    WITNESS              EXAMINATION BY          PAGE
 5    A. Malhotra          Mr. Berlowitz            5
 6
 7                      E X H I B I T S
 8    PLAINTIFF'S    DESCRIPTION              FOR ID
 9    Exhibit 1      Email - GG 8935              49
10    Exhibit 2      Email - DOM 3073             60
11    Exhibit 3      Email - DOM 3098             63
12    Exhibit 4      Email - DOM 3128             80
13    Exhibit 5      Email - DOM 3154             85
14    Exhibit 6      Email - DOM 17348            98
15    Exhibit 7      Email - DOM 17426           104
16    Exhibit 8      Email - DOM 17801           109
17    Exhibit 9      Email - DOM 18198           116
18    Exhibit 10     Email - DOM 18444           118
19    Exhibit 11     Email - DOM 18445           131
20    Exhibit 12     WhatsApp document           152
21    Exhibit 13     Email - DOM 75              172
22                   REQUESTS/PRODUCTION
23                     (None this date.)
24
25
```

212

```
 1
 2              C E R T I F I C A T E
 3
 4         I, JENNIE FANTASIA, a Notary
 5    Public in and for the State of New York, do
 6    hereby certify:
 7              THAT the witness whose deposition
 8    is hereinbefore set forth, was duly sworn by
 9    me and;
10              THAT the within transcript is a
11    true record of the testimony given by such
12    witness.
13              I further certify that I am not
14    related either by blood or marriage; to any
15    of the parties to this action; and
16              THAT I am in no way interested in
17    the outcome of this matter.
18              IN WITNESS WHEREOF, I have
19    hereunto set my hand this 8th day of
20    November, 2024.
21
22              Jennie Fantasia Kilgallen
23
24
25
```

**A**

**A-F-T-E-R-N-O-O-N** 151:22
**A-N-U-J** 101:9
**a.m** 1:12 165:3
**ability** 8:18 29:13 72:25
**able** 65:22 100:15 108:14 117:15
  135:11 184:11
**accept** 114:14
**access** 34:13 87:17 102:7,8 109:18
  113:2 172:8
**account** 101:23
**accounts** 101:24
**accurate** 15:5 30:10 50:3 56:25
  112:6 127:13 152:16 153:12
  157:23 158:13,24 168:24 172:5
  175:5
**achieve** 134:24
**acknowledging** 107:14
**acquire** 18:3,4 19:8 27:13 34:9
  36:5 95:25
**acquired** 93:18 94:13 102:19
  104:13 189:15
**acquiring** 12:4 26:18 99:5 116:2
  135:5
**acquisition** 11:20 13:25 18:16
  22:13 43:7 79:6 88:23 89:2 93:16
  93:22 94:25 96:7 153:16 154:22
**acquisitions** 12:16
**action** 17:2 107:25 108:10,13
  212:15
**activated** 84:25
**active** 24:11 38:9
**actual** 112:16 146:18
**addition** 110:8 158:14
**additional** 139:2 165:5 167:8
**address** 5:24 93:15
**admit** 67:20
**advantage** 124:15
**Advent** 12:15
**advertising** 122:2
**advising** 158:20
**advisory** 11:17
**affect** 8:18
**afternoon** 175:10
**against-** 1:6
**agency** 4:11
**aggressive** 75:19 185:22
**ago** 20:22 63:13 101:2
**agree** 97:21 118:15 182:11,17,19
  191:21 203:3
**agreed** 3:4,9,13 4:3
**agreement** 15:8,12,19 19:7 90:14
  95:24
**ahead** 75:2 128:25
**AI** 10:21 11:25
**Akamai** 69:20 141:19 163:4
**alert** 25:8
**alive** 135:24

**Alixpartners** 90:12 134:19,20,20
  136:8 176:8
**allocating** 108:18
**allowing** 114:15
**alluding** 147:7,10 173:13
**Amazon** 23:8 35:17
**Amit** 1:14 5:13,23 60:8,13 63:21,23
  69:24 76:23 80:6 86:3,4 98:11,15
  104:20 106:16 110:4 116:18,18
  116:23 118:5 127:17 132:8
  150:17 152:14 190:13 206:16
  208:14 210:8,18
**amount** 28:6 35:20 95:14 97:18
  134:16 194:16 199:12,13
**analysis** 28:19 109:4
**and/or** 150:7
**Ankura** 91:10,11,14 172:9
**announced** 178:4
**answer** 6:24 7:7,17,25 57:3 76:22
  128:2 150:19 151:7 157:23
  171:16,19 177:19,25 178:2 179:9
  190:10 202:24 203:20,25 206:8
  208:15
**answered** 35:12 151:8 154:16
  162:7
**answering** 7:6 74:23
**answers** 206:20 210:13
**antiquated** 34:5 64:23 124:10
**Antora** 91:7,12
**Anuj** 101:8 105:6,16 114:25 115:5
  115:10,20,21 202:9
**anybody** 91:18 108:2 169:8
**anyway** 113:24 114:7 170:5
**anyways** 196:16
**APA** 90:13,13 109:20 114:8,9,11
  114:13 196:17,19 200:12
**apart** 35:17 145:23
**apologize** 154:17 161:12 174:21
  189:20 192:13
**App** 11:15
**appearing** 5:12
**appears** 168:19,22
**Apple** 12:9
**applications** 51:22 54:10 58:9,11
  58:13 72:2,8
**appreciate** 60:11 157:22 208:15
**approach** 90:10 95:17 139:10
  143:5 147:20 148:21 182:21
**approaches** 120:2 123:13 144:17
**approaching** 42:24 43:17 137:2
  147:15,19
**approximate** 26:5 31:23
**April** 43:14
**architecture** 31:11,11 44:3
**area** 11:23 155:3
**areas** 33:4 134:12 159:20
**argue** 141:25
**arguments** 100:9
**arrested** 8:11

**arriving** 136:4
**artificial** 10:22
**AS-400** 34:3 64:22
**aside** 103:11
**asked** 14:16 22:16 68:13,23 69:25
  76:8 78:15 79:16 82:2 94:13
  119:7 154:17 175:17,18 176:13
  181:8 187:5
**asking** 7:6 28:25 56:16 57:10,13,15
  57:20,21 59:8,11 61:17 70:5
  71:12 72:18,20 73:4,16,17 74:20
  74:21 76:17 79:9 80:22 85:12,13
  87:13 88:25 97:16 104:6 111:11
  111:12 123:3 127:20,22 130:11
  130:13 131:2 150:20,25 155:21
  155:21 157:24 158:4 160:9 164:3
  164:4 165:21,22 168:13 178:10
  181:7 182:17 187:2 197:24
  200:25 201:2,3,4 202:10 205:10
  205:10 206:15,23
**asks** 111:7 130:19
**aspect** 45:23 103:11 154:11,14,24
  157:13
**aspects** 167:11
**assess** 187:13,16 188:19 189:23
**assessing** 19:23 184:15
**assessment** 20:9
**asset** 17:22 19:8,10 26:18,20 27:13
  28:24 29:7 39:24 90:14 94:13
  95:21,24,25 99:5 102:11,15
  112:20 116:2 134:7,21 135:2
  144:10 164:12 189:15 207:11
**assets** 15:3 18:8,22 22:14,17 26:16
  30:3 34:10 35:11 36:18 38:15
  43:8 79:7 81:5,19 93:16,18 95:2
  102:24 104:13 112:5,8 153:17
  154:22
**assigned** 100:4
**assist** 115:18
**assume** 7:18 30:23 51:12 86:16
**assumed** 28:5 179:11,12
**assured** 82:13 159:21 185:12
**AT&T** 11:12
**attached** 26:4 132:11
**attachment** 119:15 124:21 126:12
**attachments** 86:8,10,12,15,18
**attend** 48:15
**attended** 47:21 48:10
**attending** 48:2
**attention** 39:24 51:4 58:15 161:11
  175:7
**attorney** 1:16 49:16 147:25 150:23
**attorneys** 2:4,9 5:4
**auction** 17:24 18:8 23:17,21,25
  24:12 25:9,10 35:23 46:9,11
  96:19,20,21,22 120:4 135:8,9
  155:17 165:16 181:5,11 186:8,15
  186:16,17
**August** 16:7 96:2 118:5,22 121:17

125:15 132:11
**Austin** 6:3
**automatically** 187:6
**automation** 11:24
**available** 38:23 46:8 128:22 195:6
  207:4
**Avenue** 2:10
**Avish** 17:17 21:24 34:11,18,20 35:5
  40:3 50:8,8,18 55:13 56:19 57:7
  80:8 81:14 86:2 87:24 98:12
  101:17,21 104:20 106:14 108:3
  110:4 116:18 118:6,24 132:17,18
  135:6 136:25 154:5 156:18,22,23
  156:25 161:2 162:7 164:20
  166:23 169:9,10,18 170:6,22
  171:13 182:6 183:17 184:18
  187:13 188:19 189:23 191:17
  193:8,12 196:24 199:3 200:5,17
  201:5,6,12,18 202:11,15 204:25
  207:13 208:4
**Avish's** 165:19 182:11
**aware** 46:12 138:11,14 145:12
  155:4,7 185:6,7
**awareness** 158:10
**awesome** 75:17

**B**

**B** 95:16 211:7
**babies** 135:22,23
**baby** 12:23 13:4,9,24,25 14:3,6,9
  15:3,4,7,16,20 16:3,4 18:8,15,23
  23:3,4,4 25:4,22 26:2,16 27:4,8,9
  27:14,15,20,25 28:3,3 30:4,5,9
  31:15,18 33:14 35:15,22,25
  36:8 38:22 39:25 42:12,15,19
  43:16,18,20,24 44:13,14,16 45:5
  45:6,9 47:13,18 51:9 52:7 53:3
  54:5,7,14,21 55:2,6,11 56:9 57:12
  58:21 61:16,20 62:11 64:8 65:24
  67:2,4,17 68:8,16,18 69:11,17
  70:20 73:3,22 74:3 79:10 81:19
  82:21,22 83:6 84:8,10 86:19,25
  87:11 88:4,18 89:8 92:6,22 93:4
  93:13 94:9 96:3 99:3,13,18,24
  100:4 102:17,19 111:2 112:5
  113:21 115:13,15,23,25 117:12
  122:19 124:18,21 125:23 126:11
  126:17 131:13 132:4,10 135:21
  138:16 139:10,13,20 141:4,15,21
  142:6 143:14,16,22,23 144:4,9,12
  144:22 147:22 148:5,22 149:9
  153:10 154:5 159:20 160:6
  162:10,18 163:2 165:2,6 166:3,4
  166:16,18 174:12 175:11 176:14
  176:23 182:23,24 184:16 186:4
  187:17,21 188:7,10,23 191:12
  192:4,24 193:19,22 194:8,15
  195:9,13,17 196:4,5 199:6 204:8
  204:11,16 205:19

**BABY's** 22:14 34:10 35:11 36:17
  43:8 72:25 84:10 93:16 95:2
  99:15 131:15 135:12 140:25
  153:16 154:22 191:8 194:15
  204:9 205:14
**baby-related** 23:5
**Bachelor's** 9:9,14
**back** 7:12 16:8 33:8 39:8 55:14
  75:5 80:3 99:21 120:15 121:3
  137:6,21 138:21 147:23 148:7
  151:18 153:20 154:7 170:20
  175:10,10 180:13,20 189:20
  193:16,16 198:7,15,21 199:5
**back-to-back** 194:14
**Backbone** 11:12
**background** 42:6,21 61:18 78:21
  88:3 92:11 108:8
**backgrounds** 61:14 71:19
**backing** 121:19
**bad** 161:6
**bag** 189:16
**baked** 57:11
**ball** 140:4
**bankruptcy** 18:7,16 23:17,21,25
  24:12 25:23 36:18 102:25 103:9
  103:13 111:18 181:5 199:7,10
**Barbie** 85:7
**Bare** 161:23
**base** 195:15
**based** 123:19 139:9 158:8 168:19
  168:22
**basic** 31:12
**basically** 11:6,19,24 12:5 14:11
  41:14 42:14 53:6,21 54:14 59:14
  61:22 62:9 86:24 90:14 91:7 92:5
  95:25 105:18 110:20 130:6 139:4
  187:17 197:18 204:15 205:21
  208:8
**basing** 123:10,11
**basis** 29:24 127:22 178:18 180:18
  194:10,12,21
**bat** 203:10
**Bates** 48:25 60:15 63:22 80:9 85:16
  85:18,19 86:4 98:13 104:22 110:5
  116:15,17 118:8 121:4 132:5
  142:19 152:12 172:25
**Bath** 13:5,8 19:24 24:20 25:23 28:3
  31:15,16 33:19 62:12 65:24 99:24
  99:25 100:2 101:2 104:5,13
  107:17 110:8,15,25 111:10,21
  112:10,11 113:16 115:2 124:18
**BBB** 51:19
**BBB's** 142:11
**BBBY** 51:8 58:25
**BBBY's** 79:6
**Bbuy** 152:15
**BBY** 58:20,23
**bear** 163:16
**bearing** 174:19

**bears** 80:9 85:18 98:13 104:21
  132:4 142:19 152:12 172:25
**bed** 13:5,8 19:24 24:20 25:23 28:3
  31:15,16 33:18 62:12 65:24 99:24
  99:25 100:2 101:2 104:5,13
  107:17 110:8,15,25 111:10,21
  112:10,11 113:16 115:2 124:18
  140:12
**bedding** 84:22
**began** 17:5 95:12,14 125:22
**beginning** 179:9
**begun** 53:18
**behaving** 137:25
**belief** 5:11
**believe** 13:12 19:22 25:6 28:14
  29:16 32:23 35:22 36:19 38:12
  40:20 47:9 54:16 64:3 65:9 70:25
  82:9 84:5 88:7,8 90:22 92:2
  103:10 104:9 110:13 112:18
  119:14 121:4 122:8 154:18,23
  168:17 182:5 193:25 195:7
**believed** 35:24
**benefit** 80:19
**Berkman** 2:4 6:8
**Berlowitz** 2:6 5:6 6:5,7 48:19 49:13
  73:8 79:20,25 150:2 151:9,12,15
  151:18,24 208:7,13,21 211:5
**best** 5:10 141:21
**better** 64:6
**beyond** 13:5,8 19:24 28:3 31:15,17
  33:19 62:12 65:24 99:25,25 100:3
  101:2 169:12
**Beyond's** 25:23
**bid** 26:16 28:19,20,24 29:24 37:3
  52:6,6,12,13 82:8 83:21 89:16
  109:5,6 112:24 113:14,15 114:17
  114:18,18,19 116:6 117:8 122:25
  165:7 180:24 183:6 187:9 188:22
**bidder** 38:22 114:6,15 165:4
  181:16 187:5
**bidders** 24:23 25:13 37:2 38:23
  41:12 45:7,11 46:8 47:15,16
  109:12 114:14 143:18 165:15,23
  166:6 188:16 198:14,16 199:14
  200:13
**bidding** 41:2,3 82:10 83:24 154:2
  180:20 187:23
**bids** 89:17
**big** 13:2 14:24 67:12,25 94:17,17
  109:16 110:23 131:5 199:10
  207:18
**bigger** 13:3
**billion** 197:14
**bit** 14:17,17 16:10 20:5 61:22 69:9
  73:9 77:5,11 79:22 87:10 96:4
  110:13 139:15 159:18 208:23
**blood** 212:14
**BMS** 9:14
**board** 11:17 26:24 81:8,12 124:25

**bodies** 16:19
**body** 17:3
**bogus** 200:2
**bosses** 204:9
**bottom** 34:5 49:12 165:3 166:23
    177:10
**bought** 145:3 149:8 202:7
**box** 155:6,6 180:16
**BP3** 11:22
**brand** 117:19 135:18
**brands** 84:15,16
**break** 7:22,23 8:2 79:24 80:2
    151:10,16 208:9
**brief** 181:17
**briefing** 50:10
**bring** 101:3 108:6 134:13
**bringing** 101:4 203:17
**broad** 41:18 167:15
**broader** 100:6
**broken** 200:4
**brought** 18:6 162:14
**budget** 51:8 106:17 118:20 119:4
    125:19 126:8,10 129:5
**budgeting** 208:3
**budgets** 120:20
**build** 116:3,3
**build-up** 143:11
**built** 62:10
**bunch** 10:21 23:7 90:18 106:3
    136:21 153:18
**burnt** 113:3
**business** 9:17 22:23 27:6,14 31:9,9
    31:13 35:16,21,25 36:3,13 65:18
    82:7 83:17,20,20 94:21 116:25
    117:6 123:12,20 126:4 137:11,16
    157:13 164:16,18
**businesses** 35:19
**busy** 42:17 88:17 89:20 130:2
    194:14
**button** 167:13
**buy** 67:23
**buybuy** 12:23 13:4,9,24,25 14:3,5,9
    15:3,4,6,16,20 16:3,4 18:8,23
    22:14 25:4,22 26:2,16 27:8,9,15
    27:25 28:2,3 30:4,5,9 31:15,18
    33:14 34:9 35:10,21,22 36:8,17
    38:22 39:25 42:12,15,19 43:8,16
    43:18,20,24 44:16 45:5,9 47:18
    52:7 53:3 54:5,7,14,21 55:2,6,11
    56:9 57:12 61:15,20 62:10 64:8
    65:24 67:2,4,17 68:8,15,18 69:11
    69:17 70:20 72:25 73:3,22 74:3
    79:10 81:19 82:21,21 83:6 84:8
    84:10,10 86:25 87:11 88:4 89:8
    92:6,22 93:13,16 94:9 95:2 96:3
    99:3,13,15,18,24 100:4 102:17,19
    111:2 112:5 115:13,14,23,25
    117:12 122:19 124:18 131:13,15
    132:3 138:16 139:10,20 140:25

141:4,15,21 142:6 143:14,16,22
    143:23 144:3,9,12,22 147:22
    148:5,22 149:4,9 153:10,16 154:5
    154:22 159:19 160:6 162:10,17
    163:2 165:2 182:23,24 184:16
    186:4 191:8,12 192:4 193:19
    194:15,15 195:9 196:3 204:7,8,11
    204:16 205:14,18
**buyers** 24:21 36:25
**buying** 11:10 65:20 112:20

---

**C**

**C** 2:2 95:16 210:2 212:2,2
**call** 30:13 38:17 55:5 60:8,10 62:3
    66:17,19 77:5 107:25 108:10,13
    141:25 169:13 176:16 194:13
**called** 10:11 11:11 12:3,11 24:5
    30:9 91:14 145:22 152:15
**calls** 36:22 37:10,12 57:8 89:19
    194:14,19
**Canada** 128:10
**canceled** 96:21
**capability** 78:9,12,16,18 100:15
    123:17
**capital** 28:6 159:6 177:12,16 178:4
    178:11,19 179:11,14 185:4
**captured** 140:16
**care** 11:21 12:7,11,12 42:7,8 62:24
    71:19 78:22 123:21
**carefully** 33:5
**carve** 62:14 161:20 162:4 199:6
**carving** 64:18
**case** 97:16 98:2 100:24 103:18
    139:19 161:8 196:25
**cases** 97:15
**catch** 166:13
**cc'd** 100:12 101:14 110:4
**ceded** 108:24
**center** 11:16
**centers** 11:20
**central** 130:24
**Centre** 2:5
**CEO** 198:4
**certain** 114:21 115:6 172:7
**certainly** 153:3 174:5
**certificate** 16:20
**certification** 3:6
**certify** 210:8 212:6,13
**cetera** 189:4
**CF** 174:12
**chain** 49:2 64:2 83:6 152:8 159:10
    174:19,25 185:8,9 203:14,16,23
**challenge** 31:4
**challenges** 62:15
**chance** 12:8 49:14 118:19 119:2
    126:7 186:9
**chances** 182:7,12
**change** 109:16 157:2,8
**changed** 96:14,15,18

**changing** 17:23 95:18 200:15
**channel** 27:12 35:17 83:14
**chat** 152:21 153:6
**check** 203:9
**choosing** 19:5
**Christian** 50:20 75:10
**chunk** 110:24
**circle** 16:8 140:20 154:7
**circles** 141:11
**circulated** 91:17
**claiming** 93:13
**clarify** 15:2 32:21 35:4 47:25 81:21
    89:25 142:9 149:24 154:7,19
    155:20 169:21 170:3 192:13
    203:19 206:11
**clarifying** 196:6
**clarity** 64:7 121:3
**class** 16:20
**clean** 150:24
**clear** 14:6 18:21 28:21 29:5 36:5
    39:23 45:4 52:4 54:2 56:3 67:3
    69:6 93:3 102:15 111:5 113:12
    120:22 127:19 154:3 165:21
    181:19
**clearly** 62:21 94:11 111:22 202:19
**Cleveland** 12:9
**click** 90:23 172:16
**clicked** 91:3,20
**Clinic** 12:9
**close** 67:11 178:24
**closely** 11:14 134:21 192:17 196:24
**closer** 192:16
**closure** 135:13
**Cloud** 52:14,15,19 53:9 64:19
    65:13 99:8
**clue** 127:15
**CNBC** 24:13 25:7 26:3 179:4
**co-branded** 84:17
**cognitive** 11:24
**cohesive** 125:16
**collecting** 21:20
**collection** 21:22
**college** 9:15,24 10:8
**combination** 156:17
**come** 29:23 33:4 78:8 80:3 93:23
    127:6,8 140:11 151:18
**comes** 130:19 140:17,19
**coming** 25:12 28:8 35:21 38:6 40:5
    45:2 62:11 95:16 108:22 129:3
    139:13 159:5 198:3 199:5
**comment** 36:24
**comments** 55:18 170:12
**communicate** 130:23
**companies** 10:14,24 11:2,15 12:4,6
    123:23 124:9,15 126:25 128:11
    128:16 185:15
**company** 10:11,12 11:5,11,17,23
    14:7 27:3,19,23 38:15 69:21 78:9
    81:8 82:5,8 84:8 94:16 111:19

116:4 135:15,23 153:23 166:15
197:14
**compared** 162:24
**competing** 180:23 181:4 186:22
187:3,6
**competitive** 135:10
**complaining** 200:11
**complaints** 111:10
**complete** 53:5 94:14 97:3 210:12
**completed** 45:25 53:2 62:21
**completely** 93:10 117:17 181:11
187:8
**complex** 99:11 202:3
**complexity** 62:10 198:9
**complicated** 208:19
**component** 157:19
**components** 14:23 120:9 124:12
125:25
**compounded** 196:8
**compressed** 97:4,13
**comprised** 77:9
**computer** 67:23 142:17
**concept** 138:11
**concern** 17:25 19:10 36:7,12,14
45:3 52:6 89:17 96:20,22 123:14
134:6 135:15 183:5,9 200:6 201:7
202:12
**concerned** 83:19,23 92:8,9 98:18
134:25
**concerns** 197:5,7,8,16,22,25 198:2
198:10 199:11
**conclude** 178:18
**concluded** 209:3
**conclusions** 127:7,9 129:4
**conditional** 114:18
**conducted** 4:5
**conference** 1:17 4:6,10,13 5:12
37:11
**confirm** 152:9
**conflict** 81:10
**confused** 189:19
**connect** 11:19 77:2,3
**connected** 159:25 160:4
**connection** 36:21 130:8
**connections** 102:4
**consent** 4:15 5:6,7
**consider** 47:11
**considered** 4:16 100:5
**constant** 89:18
**constantly** 93:19 120:12
**consultant** 15:18
**consulting** 15:19
**consuming** 89:12 97:9
**contact** 12:19
**contain** 86:10
**contained** 126:11
**contains** 86:7,9,10,14
**contemplating** 162:25
**content** 11:9

**contents** 87:5
**context** 16:13 24:19 27:14,15 28:15
29:23 37:11 52:11 62:4 99:22
153:2 168:14
**continuation** 105:11
**continue** 53:6 60:23 62:25 77:20
82:25 84:12 128:16 143:18 183:3
**continued** 46:15 47:18 52:21 63:3
151:23 157:2
**continuing** 185:17
**Continuity** 12:12
**continuous** 95:3
**continuously** 46:13
**contract** 33:10
**contract/consulting** 15:12
**contractor** 15:10 101:3,5 103:19
**contracts** 65:8 68:3 102:3 157:10
**contributed** 158:22
**control** 4:11 19:13 80:24
**conversation** 24:16,24 36:11 37:4
39:5 40:10 41:5,6 42:6 54:2 56:2
60:24 62:5,22,25 63:3 66:4,20
71:15 73:19 76:6 78:5,14 122:23
123:3 130:10 131:3,11 133:21
134:2,3 147:5 148:5 154:2 162:13
163:23 164:9,11 170:8 179:19
181:18 196:23 200:21 201:5,6,10
201:11,24 202:5,11,15,22,23,25
204:25
**conversational** 125:10
**Conversationally** 56:14
**conversations** 36:6 37:7,20 39:9,17
42:18 43:25 44:25 47:19 57:17,21
61:25 74:3,9 90:18,20 121:7
122:9,17 125:9 128:4,17 144:21
152:22,25 154:4 156:8 180:14
195:8,12,16 196:3
**convicted** 8:12
**convoluted** 51:19
**copy** 85:19 91:7
**core** 10:25 34:4 52:20 69:22 158:11
158:14,17 183:11
**corporate** 69:12 139:21
**correct** 43:6 61:5 111:15 115:9
154:24 171:4 176:15 183:19
199:22 210:12,14
**correctly** 100:22
**cost** 46:5 52:13 124:16 128:23
138:18 139:2,16 141:5,9 142:17
206:7 207:3
**costs** 46:4 54:7 143:19,20 205:19
205:20
**counsel** 3:6 4:4,8,21 5:9
**counsel's** 178:8
**count** 161:24 162:16
**COUNTY** 210:6
**couple** 26:20 37:9 103:21 106:24
113:16,19 114:9 117:9 164:20
185:19

**course** 18:2 25:22 38:17 133:5
140:10 180:4 197:10
**court** 1:2 3:17 4:2,7,11,22 5:9,21
5:24 6:18,25 7:12 17:2 95:18
**cover** 92:20,21
**covered** 68:15 141:3 176:11
**Covid** 204:20
**crazy** 111:17
**create** 68:9 152:24
**created** 109:11 148:7 152:15,18,20
153:5,8,11
**credentials** 16:12
**crime** 8:12
**crisp** 29:2
**critical** 89:12
**CTO** 12:20 74:10 79:12 89:10
94:13,19 113:4 117:13 131:18
191:5,7,8
**culture** 125:10
**curiosity** 180:10
**curious** 27:18 38:4,11
**current** 65:10,11,15,18 66:10 84:10
124:2 141:2 188:18
**cursor** 58:16
**curt** 195:23
**customer** 112:16 128:20 135:25
**customers** 11:13 137:17,18,19,24
**cut** 54:6 162:16 163:9,13 205:5
**cutting** 163:8

**D**

**D** 210:2 211:2
**dark** 135:2,17 139:5,8,17,23 142:3
**data** 11:13,16 22:19 30:3,8,10,14
30:17 31:2,5,11,17,20 32:8,22
34:13,25 35:3 45:14 46:12,18,22
46:24 47:2,2,5,7,7,8,11,17,17
50:11 52:17 55:23 56:18 70:14
71:6,9 77:21,22 89:4 91:5,8 99:4
99:6,10,14,17 100:8,11,16,18,20
100:22,23,25 101:16 102:6 104:6
104:7,12 105:2 106:10 107:10,11
107:12,14,19 108:21,22,23,25
109:4,18 110:9,14 111:11,23
112:9,12,13,13,16,20,21 114:6
115:2 122:2 124:2,6 137:23
138:21,22,23 140:17 141:9
142:13 147:24 148:8 153:19
156:22 168:2 172:8,11,14,19
193:22 194:3,9,23 195:15 203:11
205:11,13,23,24 206:3,5,7,12,24
207:3,4,7,7,8,20,21
**date** 1:18 5:3 16:7 31:21 49:9 60:4
63:18 80:13 85:23 89:15 98:9
104:18 105:13 109:25 116:13
118:3 120:14 131:25 152:5
155:15 165:24 170:5 172:5 173:8
186:16 198:11 211:23
**dated** 60:14 63:21 80:8 86:3 98:12

104:20 105:15 110:5 111:25
  118:5 165:11,12 171:3
**dates** 34:18 95:18 96:13,15 155:17
  157:5
**DAVIS** 2:9
**day** 16:4 55:13 56:20,20 57:7 65:23
  66:14 79:19 88:14 95:4 100:18
  103:20 114:8 124:6 130:18
  171:11 210:20 212:19
**day-to-day** 82:7
**days** 20:22 95:6 103:21 111:23
  186:18 194:19
**deal** 94:3 118:16 180:11 181:23
  192:18
**deals** 12:15 202:2
**dealt** 160:16
**debtor** 166:24
**dec** 55:14
**decide** 196:15
**decided** 37:24 74:12
**decs** 30:5
**deep** 94:5 111:6 122:13
**deeper** 61:22 64:4,13 65:5 66:16,22
  77:5,12,14 78:3 79:4 89:4 106:11
  156:24
**defendant** 1:15 2:9 8:9
**defendants** 1:10 5:8
**define** 109:13 155:11
**definitely** 35:5
**degree** 16:16,17,20
**degrees** 9:13,19
**delayed** 98:19
**dependent** 54:4 83:7 124:17 201:14
  201:15
**depending** 81:3 120:3
**deployed** 34:7
**deposed** 6:12
**deposition** 1:14 4:5 6:16 20:16 21:5
  21:11,13,15 121:4 169:24 210:10
  212:7
**describe** 9:7
**DESCRIPTION** 211:8
**descriptive** 109:20
**design** 127:15
**detail** 20:6 147:4
**detailed** 10:16
**details** 147:16 192:16,21
**determine** 184:23
**determining** 134:15 159:10
**develop** 206:25
**developed** 11:19 14:20
**developing** 19:17 170:18 201:13
  203:13
**deviate** 152:24
**devious** 153:4
**different** 12:6 14:9,25 33:3,4 55:20
  56:5 72:5 89:13 105:13 108:2
  112:21 113:8 117:17 119:24
  120:2,9 122:15,21 137:19 141:11

143:14 144:6,8,20 145:14,21
  157:3,20 160:25,25 172:6
**differently** 122:19
**difficulties** 103:16
**difficulty** 113:11 195:25
**dig** 65:5
**digital** 14:23 188:21 189:2 190:8
**diligence** 12:14,24 17:14 45:17
  62:17,18 97:6,12,15,20,22 156:5
  156:6,11,13,16 158:22,23 183:21
  183:22 184:2,9,13,14,25 200:19
  201:8 203:14 206:13 207:6
**dinner** 48:9
**direct** 23:9 58:14 127:18 204:14
  205:2,4,22
**directing** 177:25
**direction** 14:25 81:7 82:4
**directional** 136:21
**directly** 160:21
**director** 22:10
**disadvantaged** 200:23
**disagreed** 199:20,24
**disciplinary** 17:2
**disconnected** 94:19,20
**discover** 64:25
**discovered** 69:15
**discovering** 69:8
**discovery** 20:21 29:11 53:25 69:2
**discuss** 61:10 169:7
**discussed** 34:24 118:23 154:10
**discussing** 115:7
**discussion** 43:2
**discussions** 192:18
**disengaged** 113:3
**displayed** 48:18 60:6 63:15 80:15
  85:25 98:6 104:15 109:22 116:10
  117:24 131:22 152:7 173:10
  174:23
**dissecting** 75:25
**DISTRICT** 1:2,2
**ditch** 196:16
**doable** 124:13
**doc** 171:13 175:19
**dock** 167:18
**document** 29:2,17 32:25 33:3 46:22
  46:24 48:20 49:8 51:21 59:24
  60:3 63:17 64:15 80:7,12,16
  85:22 86:22 98:8,10 104:17
  109:24 110:2 116:12 118:2
  125:23 131:24 132:2,7,10,14,24
  133:12,19,21 135:12 138:13
  141:8 142:12,19 145:22 146:2,4,6
  146:19 147:7,16 151:25 152:4
  168:20,24 169:3,8 170:6 171:18
  172:3,17,25,25 173:5,7,15,16,17
  173:19,22,24 174:13,16 176:7
  184:5 211:20
**documents** 8:22,24 9:2,5 20:23,25
  21:17,21,25 30:22,23 31:8,12

32:9,12,17,22 33:6 46:14,19
  56:22 87:9,21 91:4,6,6 153:19
  172:13,15,18,21 195:10
**dog** 140:12
**doing** 10:24 11:10 12:14,21 14:20
  14:24 20:14 25:3 38:20 42:7,21
  42:24 54:23 73:24 76:9 88:21
  89:2 94:25 96:19,20,21 123:14
  131:13 133:18 137:5 143:14,23
  143:24 148:22 180:16 182:25
  188:23 200:3
**dollar** 94:15 130:19
**dollars** 69:20 197:14
**DOM** 51:25 60:16 63:22 80:9,19
  81:7 82:12,13,20,24,24,25 83:11
  84:6,11 85:6,18 98:14,22 99:12
  101:16 102:12,18 106:2,24
  108:12 110:6 116:17 118:8 121:4
  121:7,9,12 125:10 132:5 138:3
  142:20 152:13 154:5 173:2 175:4
  211:10,11,12,13,14,15,16,17,18
  211:19,21
**DOM's** 81:6
**domain** 101:24
**dory** 162:20
**download** 172:13,19
**downloaded** 172:15
**downloads** 172:16
**draft** 50:13 57:22 90:13 124:22
  125:14,21 132:14,16,21
**drafted** 59:9 68:8
**drafting** 125:23
**drafts** 109:19
**draw** 161:11 175:7
**drawn** 124:24
**Dream** 1:9,9 6:10,11 12:23 13:13
  13:13,24 15:3,9,12 16:2 17:6,9
  18:6,12 21:10 22:6,8,13,22 23:10
  23:16,24 24:17 25:19 26:6,13,14
  28:14,17 29:19,22,25 30:16 34:8
  35:10,15 36:15 37:5,13,19,23
  38:2 39:9,14 40:13,15 44:7,18,23
  48:13 49:25 53:12,17 54:9 56:11
  59:10 81:18,25 82:6 83:18 87:8
  87:11,13,20 95:13 103:5,8 112:4
  112:8,24 113:13 116:6 129:3
  132:25 134:16 142:24 143:4,10
  154:21,21 159:6 164:6,9 166:7
  176:3 180:24 181:4,22 182:12,13
  183:15,18,24 184:6,12,24 192:6
  193:4 198:11 199:12 200:6,18
  201:19 202:12 203:6,11 205:11
  205:16 206:12,24 207:6,20
**drilled** 139:11
**drive** 6:3 67:19 105:19 143:19
**driver's** 5:16
**driving** 106:6,7 143:20 161:19
  162:3 163:15
**Dropbox** 87:6,10,15,21 90:23

91:18 171:14
**due** 156:4,6,10,13,15 158:22,23
    183:21,22,25 184:8,13,14,24
    200:18 201:7 203:14 206:13
    207:6
**duly** 5:18 212:8
**dump** 142:5
**duration** 103:2
**duties** 18:10,18 19:14
**dynamic** 96:11

**E**

**E** 2:2,2 210:2,2 211:2,7 212:2,2
**E-commerce** 52:17 77:17 128:8
**earlier** 43:15 170:5
**early** 16:6 123:3
**easily** 124:13,13
**easy** 92:16,16
**eBay** 67:22
**ecosystem** 13:7 27:4
**education** 9:8
**effect** 3:16
**Effectively** 110:25
**eight** 110:3 132:4 141:24
**either** 39:13 128:16 159:2 212:14
**Elle** 85:7
**email** 15:21 39:21 48:23,25 49:3,20
    49:21,23 50:4 60:7,13,17 63:19
    63:23,25 66:21 69:16 75:6 76:16
    80:7 85:5,11,12,15 86:2,5,7,14
    87:5,25 91:21 98:11,15 104:19,23
    105:12 106:13 110:3 111:25
    116:14,16,17,19,21 118:5,9
    119:15 120:5,13,17,18,20,25
    121:5 124:20 125:4 128:20
    132:11 169:19 170:3,4,20,21,23
    171:3,9 172:3 211:9,10,11,12,13
    211:14,15,16,17,18,19,21
**emailed** 133:19
**emails** 21:2 168:11
**employee** 15:15 115:13,14
**employment** 15:8 17:19
**ended** 14:4 70:25 126:23 127:5
    133:6 135:9 136:15 140:12
**energy** 12:10
**engage** 105:19 114:25 115:17
**engaged** 34:12 102:24 105:2 107:24
**engagement** 126:2 128:21 195:8
**engaging** 98:19 105:5 115:10
**Engineering** 9:15
**entail** 176:10 184:3
**entailed** 43:2
**enter** 172:11
**enterprise** 100:6
**entertaining** 40:13
**entire** 49:2 131:16 142:5 146:13
**entirely** 69:7 141:18
**entity** 15:16 24:4 83:2 91:14 99:25
    164:7

**entrenched** 33:13
**equal** 81:16
**equity** 12:3
**ERP** 65:10 189:12
**error** 191:22
**especially** 87:16 185:21 196:16
    197:11 199:25
**ESQ** 2:6,11 6:5 151:24
**essential** 53:22,23
**estate** 19:4,4,10 52:8 95:18 109:8
    114:21 165:8 167:6 179:24
    185:23
**estimate** 142:12
**ESW** 12:3,17
**et** 189:4
**everybody** 54:8 183:7 184:18
    194:16
**everyday** 25:9 46:16,17
**evolve** 157:3,8
**evolving** 143:17
**exact** 16:7
**exactly** 29:9 94:5,8 137:23 140:8
    159:23 189:2
**examination** 3:7,14 6:4 151:23
    209:3 211:4
**examined** 5:20
**example** 16:16 69:14 78:4 94:11
    121:13 124:2 128:6,12,19 155:14
    157:9 183:15 184:4 206:13
**Excel** 173:23
**exception** 98:2
**exchange** 180:6
**exchanging** 180:17
**excited** 197:23
**Excuse** 119:6
**execute** 131:15 133:14
**executing** 95:22
**executive** 9:11,16
**executives** 100:12
**exhaustion** 198:17
**exhibit** 48:18 49:9,16 59:25 60:4,6
    63:15,18 75:7 80:13,15 85:23,25
    98:6,9,14 104:15,18 109:22,25
    116:10,13 117:24 118:3,4 121:4
    131:22,25 152:5,7 173:8,10
    174:23 211:9,10,11,12,13,14,15
    211:16,17,18,19,20,21
**exhibits** 85:20
**exist** 14:4 135:24
**existing** 28:6 31:9 72:10,10 77:24
    110:21 139:9,16,20 141:12 149:5
    149:7 162:19
**exists** 97:25
**exit** 47:19 81:4
**expand** 45:15 84:12
**expanding** 61:12
**expands** 205:6
**expect** 194:20
**expected** 40:15,17 135:10

**experience** 12:17 23:11,15 25:3
    61:14,19 123:19 127:23 205:17
**expert** 10:22 59:6,8,11
**expertise** 160:23
**experts** 59:18
**explain** 20:5 59:7 98:24
**explanation** 10:16
**explicitly** 110:10
**express** 4:15 197:5 199:11 201:18
**extension** 189:17
**extensively** 58:6
**extent** 205:7
**extract** 19:23
**extracting** 20:2
**extraction** 20:8
**extraneous** 163:3,5
**extremely** 118:12,16
**eye** 125:7,7

**F**

**F** 212:2
**Facebook** 11:14
**fact** 5:13 62:9 66:2 196:8
**factories** 83:12
**facts** 200:2
**fair** 27:5 29:18 41:7 44:5 46:25
    47:6 50:24 70:12 96:5,10 97:2
    112:22 119:16 121:8 127:25
    150:2,2,10 160:13 189:6 195:24
**fairly** 97:3 99:11,11 203:4
**faith** 131:14
**Falcon** 2:4 6:8
**fallen** 142:10,10
**false** 69:7
**familiar** 100:24
**family** 149:18,20
**famous/public** 25:10
**Fantasia** 212:4,22
**far** 124:16 128:21
**fast** 17:15 32:14 104:11 118:12,16
**FEDERAL** 3:2
**fee** 19:11
**feel** 89:22 90:3,6 103:24 126:22
    198:13 207:17
**felt** 43:19 141:13 163:14
**fewer** 136:10
**fifth** 174:10
**figure** 29:12 73:22 94:5,7 183:4
    190:8 208:25
**figured** 94:8
**figuring** 17:22 36:4 52:25 88:18,18
    89:8 97:10 159:16
**files** 22:20 93:21
**filing** 3:7
**final** 57:22 125:14 174:11
**finally** 95:19
**finance** 134:19
**financial** 19:18 47:10 86:25 91:24
    92:25 159:3 167:24 183:16

**financial's** 183:18
**financing** 159:6 185:5 208:2
**find** 22:2 71:7 96:17 136:18 137:7
154:15 194:23 195:5
**finding** 32:14,18 33:23 38:20 50:10
57:9 59:15 62:15
**fine** 13:12 15:24 35:9,9 51:17 63:11
76:19 151:16,17 208:10
**finish** 124:7 151:12
**finished** 7:5 49:6
**fire** 79:18
**fired** 131:16
**firm** 6:7
**firmed** 12:3
**first** 5:18 10:24 11:2,5 24:14,15
25:6,16 31:20 33:13 37:15 42:5
48:25 49:19 51:7 54:16 55:5,7,13
57:5 59:4 60:15,18 62:22 63:22
75:6 76:4 79:18 80:9,18 98:13,17
98:17 102:10 104:21,25 105:18
107:9 110:5,7 114:11 118:11
121:2 122:22 125:22 132:5
138:15,17 140:7 141:4 152:12
174:6
**fish** 129:21
**Fisher** 85:6
**fit** 20:14
**five** 79:25 93:9 126:23 138:25
208:8
**fixated** 200:9
**fixing** 204:15
**flash** 130:15
**flowing** 180:12
**flows** 140:14
**fluid** 96:10 198:20 208:19
**focus** 16:10 51:4 68:25 70:3 77:21
136:23 137:5 155:3,18 156:6
158:11,17 163:9 189:2
**focused** 14:22 17:21 26:17 31:18
35:18 130:21 133:16 135:4
188:14
**focuses** 158:15
**focusing** 126:9
**folks** 24:20 25:25 37:12 38:22 41:4
43:22,24 54:14,21 61:15,20 68:8
89:7 100:12 101:16,18,22 106:25
107:2 113:16 119:25 128:5,5
**follow** 53:8 192:25
**followed** 143:5 150:13
**following** 42:17 48:7 53:8 119:24
144:8 145:3,15 147:5 148:21
182:21 183:2 194:6
**follows** 5:20
**followup** 163:23
**force** 3:15 144:3
**forces** 24:24 41:13 181:19,20
**foresee** 58:25
**forget** 136:8 159:18

**forgot** 204:3
**forgotten** 135:18
**form** 3:10 18:4 57:22 181:23
**formal** 120:24
**formally** 142:16
**format** 15:22 137:17
**formed** 14:7 16:4 99:19,20
**formulated** 90:16
**formulating** 89:13 95:20 119:25
**forth** 180:13 198:7 212:8
**forward** 14:15 19:2 55:11 117:13
161:8 177:8,12,16 184:17
**found** 136:19
**four** 60:15 126:23 139:18 140:21
141:10,23 182:8,13 199:17
**fourth** 174:10
**fraction** 128:22
**free** 108:13
**fresh** 27:20
**front** 21:18
**fry** 129:21
**full** 87:17 167:18 168:23
**full-time** 18:14
**fully** 19:13 57:11 166:5 195:10
**function** 161:9
**functions** 130:8
**fundamentally** 200:4
**funding** 162:18
**funds** 88:4
**furniture** 23:3,4
**further** 3:9,13 4:12 44:6,22 64:16
139:11 141:13 208:13 212:13
**future** 5:3 64:25 84:11,13 85:4
94:10 126:4 127:16

## G

**G** 210:2
**game** 131:5 198:14
**gap** 67:4
**gaps** 27:7,22 32:18 58:23 59:11
167:19 173:14 204:9
**gather** 53:3
**gathered** 73:21 204:24
**Gatorade** 12:10
**GCP** 51:10 52:13,15 77:16,16,16
77:17
**general** 71:15 75:23 76:6 79:8
83:19 113:6 164:15
**generally** 10:18 75:16,19
**generated** 140:18
**get-go** 119:21
**getting** 12:13 18:21 33:15 43:25
45:25 54:21 56:20 63:6 70:10
71:16 76:8 78:19,23 84:24 96:14
96:15,18 100:21 101:23 103:19
108:21 110:14 111:16 112:9,23
112:25 114:22 126:2,24 137:6,21
139:7 140:12 147:14 169:19
182:20 191:3 195:25 197:19

**GG** 48:25 86:19 93:4 211:9
**gigantic** 124:4
**give** 7:22 49:3,13 100:17 109:14
124:14 133:13 137:22 138:17
156:7 157:23 188:17 190:23
196:19
**given** 16:19 106:18 114:11 116:24
117:10 138:16 176:8 210:14
212:11
**gives** 134:10 136:20
**giving** 34:18 44:2 120:11 141:22
155:13 156:20 157:9 206:19
**glasses** 8:21
**Global** 1:3 6:9,10 24:5,10,14,17
25:2,7,16 37:14,20,24 38:6,8,18
39:15 40:14,17 41:8,20,23 43:4
43:20,22 44:6,17,22 45:4 47:22
49:25 50:2 51:18 53:4 56:8 59:12
59:14,20 61:4 64:7 66:25 78:12
78:15 79:2 81:24 82:22 86:23
88:10 91:12,13,23 117:21 129:9
129:15,17,22 130:9,13,14,16,24
138:20 141:6 142:11 143:24
144:11,24 145:3,6 146:22 147:14
147:19 148:5,9,13,17,23 149:6,10
149:22 150:6,9 162:6,8,10 163:20
164:10,21 166:10 167:5,23
168:12 171:18,24,25 172:3,9
173:3 177:7,11,15 178:3,11,18
179:16,18 180:5,9,23 181:4,7,9
181:22 182:7,12 183:2 186:23
187:3,14,16,22 188:3,5,9,12,14
188:20 189:7,23 190:3,25 191:4
191:20,21,23 192:2,9,10,16,21,25
193:10,21 195:8,12
**Global's** 25:12 26:4 66:23 88:3
142:25 145:18 146:15 148:12
150:12
**go** 1:3 6:9,10,14 10:2,13 11:6 15:4
15:16 18:25 19:5 24:5,9,14,17
25:2,6,11,16 26:3 30:6 33:8 37:14
37:19,23 38:6,8,18 39:8,15 40:14
40:17 41:8,20,23 43:4,19,19,22
44:6,17,21 45:4 47:22 49:25,25
51:18 53:4 55:10 56:8 57:11
59:12,14,20 61:4 64:7,16 66:23
66:25 67:22 69:17 74:12 75:2
77:14 78:3,12,15 79:2,3,4,21
81:24 82:22 86:23 88:2,9 89:10
91:12,13,23 94:4 106:11 110:20
110:25 111:24 117:13,21 120:15
128:25 129:8,15,17,22 130:9,12
130:13,16,20,24 134:25 135:17
138:20,24 139:4 141:6 142:11,25
143:24 144:11,24 145:3,6,18
146:15,22 147:14,19 148:5,9,12
148:13,17,23 149:5,10,22 150:6,9
150:12 151:5 155:5 161:7 162:6,7
162:9 163:20 164:10,21 165:4,7

166:4,10 167:5,23 168:11 170:10
170:20 171:12,18,24,25 172:3,9
173:3 177:7,8,11,12,15,16 178:3
178:10,18 179:16,18 180:5,8,20
180:23 181:3,7,9,12,13,22 182:7
182:12,25 184:16 186:23 187:3
187:14,16,22 188:3,5,8,11,14,19
189:7,23 190:3 191:4,23 192:2,9
192:10,15,21,25 193:9,21 195:8
195:12 207:10,17 208:9
**goal** 64:4 135:3 139:25
**goes** 93:9,24 140:18
**going** 6:14,19 7:18 8:22,23,25 9:12
14:12 16:8 17:25 19:9 27:21 28:5
28:12,13,24 29:9 32:14,24 33:2
34:7 36:10 39:25 40:2,7,23 43:19
45:3 49:13,19 50:3 52:6,24 53:4
56:4,8 61:22 65:22 66:13 69:6
75:5 77:20 79:20 82:5 88:12,19
89:4,16 90:19 91:11 93:12 94:5
95:17,21 96:20,22 97:8 98:14,24
108:20,23 110:25 111:19,22
117:7,17 121:21 122:16,18,20
125:3 126:4 130:5,18 133:9,10
134:6,12,13,25 135:14 137:12
138:7,18 142:18 145:2 151:2,5
153:23 156:9,9 157:4,4 159:23
161:10 162:18,20 164:15 167:13
180:12,18,19,20 181:8,10,12,22
183:5 188:13 189:12,20 194:22
196:19 197:9 199:4,6 205:22
**good** 6:6 26:23 27:9 55:10 58:18
90:9 113:21 131:5,18 161:6
191:15 207:17 208:24
**goods** 23:5 205:20 206:7 207:3
**Google** 33:22 51:9 52:13,15,19
53:9 64:19 65:2,13,17 67:16
69:19 99:8 141:19
**gotten** 138:12 188:7
**graduate** 9:19,21,24 10:3 16:17
**graduated** 10:8
**grandiose** 94:2
**granted** 172:8
**great** 75:11,15,20,22 76:9,10,11
79:13
**GREENBAUM** 2:9
**grocery** 11:7
**ground** 6:14 117:19
**group** 10:20 147:24 152:15,18,23
152:25 153:8,11 156:10
**guaranteed** 82:12 84:7
**guess** 40:12 59:18 82:11 90:5
104:11 145:12 152:21 153:13
157:18 162:8,13 163:14 164:12
164:25 167:9,14 168:7 181:6
190:5 206:9
**guessing** 51:16 157:21 164:23
168:4 170:21 206:4
**guidance** 116:23

**guy** 159:19 175:9 185:10
**guys** 21:2 24:21,23 39:2 40:5 41:5
41:11 59:17 66:10 104:5,7 107:23
108:11,17 109:9 114:22 131:4,17
138:11 149:4 168:8 176:7 190:19
199:18

## H

**H** 5:17 211:7
**Ha** 180:3
**half** 79:21
**hand** 161:13 212:19
**handle** 69:3 70:10,13
**hands** 158:9,10
**happen** 93:25 167:13
**happened** 113:6 130:12 133:8
176:20,21 177:6
**happening** 64:24 69:4 88:15 89:9
94:8 96:18 155:5 199:7,9
**happy** 7:22 111:8,13
**hard** 42:14 43:23 69:10 123:20
161:20 162:4 163:15
**hardcore** 10:20
**Harvard** 9:11,15,17
**head** 22:10 100:10 129:23 130:25
159:14 168:5
**health** 11:8,20 12:7,11 42:7,8 62:23
71:19 78:22 123:21
**heard** 24:4,6,15 25:6,16 43:17
104:4 144:20 199:2
**hearing** 155:15
**held** 1:17
**help** 6:15 12:24 17:14,15 18:7
50:13 64:6 99:16,21 116:2 132:16
132:21 155:20 170:3 202:4
**helpful** 10:18 100:7
**hereinbefore** 212:8
**hereto** 3:5
**hereunto** 212:19
**Hewlett** 10:9
**hey** 17:14 24:21 27:18 28:8 36:9
40:4 54:6 59:17 69:16 82:3 83:13
133:17 198:3
**Hi** 106:16
**high** 9:21 71:15 78:24 112:13
133:10,16 148:20
**higher** 9:19 130:6 175:21
**highlight** 58:18 103:18 142:23
161:10
**highlighted** 161:15 169:15
**highlighting** 161:12
**highlights** 92:5
**Highway** 2:5
**hire** 67:23 126:18 131:17,17,19
139:20 165:7
**hired** 115:22,24 167:10 201:22
202:6,8,11,17
**hiring** 115:6 126:23 133:6
**historically** 162:17

**hold** 42:15
**holistic** 200:21
**honestly** 137:13
**hope** 48:20 208:19,22
**hosted** 17:18
**hour** 79:21 124:4 151:16
**hours** 88:13 95:4
**housing** 52:17
**HP** 10:19
**huge** 28:6 33:20 51:8
**Human** 207:21
**hundred** 50:14 99:19 133:3
**hundreds** 32:11,17,17,21 33:17
124:5
**hunky** 162:20

## I

**i.e** 58:22
**IBM** 34:3 52:21 64:22 65:9,16,21
65:22 66:11 67:14,21,23 69:23
70:19 77:24 89:7 149:5
**IBM-i** 64:22 65:6,8,12 66:8
**ID** 211:8
**idea** 26:18 28:2,22 32:4 40:11
53:14,20 67:5 69:5,14 71:16 90:9
133:17 138:17 150:16 153:21
164:25 165:2 187:18
**ideas** 28:15 29:24 53:21 54:18
153:22 180:17
**identification** 54:17 56:13,24 57:23
**identified** 51:25 53:12 54:3
**identify** 51:21
**imagine** 95:23 130:3
**immediate** 55:6
**immediately** 55:4 103:19 105:2
**implementing** 122:4
**import** 205:2,5
**important** 32:15 35:19 135:16,25
**importing** 23:7 204:14
**impressed** 136:24 178:24 179:16
**impressive** 179:5
**in-person** 48:13
**incite** 178:21 183:14
**include** 129:8
**included** 183:11
**including** 83:12
**independent** 68:7 178:17 179:6
180:21 181:16
**independently** 181:15
**Index** 1:6
**India** 98:22 106:3,3,25 107:20
**individuals** 115:18
**Industries** 1:9 6:11
**industry** 27:2 119:23 128:5,7
**info** 191:19,25
**information** 9:9 26:2 38:21 45:9,13
46:6,7 47:2 54:8 55:12 59:16,20
62:20 69:10 70:10,14 71:5,8 87:9

87:22 88:6 89:22 90:4,6 93:20
95:15 96:8 97:8,9,17,24 110:14
112:19,23 113:10 114:4 126:11
145:9 148:6 164:8 180:12 184:23
185:2 188:6 193:12,21 194:2,17
194:23 195:6,25 196:9 204:6
205:7
**informational** 42:22
**informed** 178:12
**Infosys** 44:15 53:7 126:20
**initial** 14:3 78:14 106:10 109:19
112:12
**initially** 115:21 138:10 157:2
**initiative** 17:16 45:24 176:19
**initiatives** 97:12
**insanely** 89:20
**insights** 31:12 57:6
**instance** 100:22 160:13
**intact** 96:25
**intelligence** 10:23
**intense** 95:11
**intent** 59:13 188:4
**interconnected** 33:18
**interest** 81:11 163:21,22 164:4
198:23
**interested** 25:14 26:20 35:10 36:16
41:8 49:2 59:19,21 70:17 74:18
74:22 75:3 85:4 113:10 117:12
149:13 163:19,25 164:7 180:8
212:16
**interesting** 32:20,20 33:9 40:25
93:9 131:7 179:24
**internal** 87:17 106:2 107:4 201:19
202:13
**internally** 139:25 188:10 192:6
**International** 12:15
**interrupt** 119:7 128:24
**intertwined** 33:18
**introduce** 84:20
**introduced** 37:14 38:5
**introductions** 71:18
**invented** 11:3
**inventory** 140:11 174:9
**invest** 81:14
**investing** 80:19 134:12 207:9
**investment** 57:11 64:6 80:25 82:24
97:12 184:4 203:4
**investments** 64:18 124:5
**investor** 82:4 88:4
**investors** 28:7
**involved** 54:22 55:9,15 56:21 97:22
134:15 136:9 154:11,13 184:8
**involvement** 22:13 207:15
**IP** 17:24 36:9 52:6,11,12 58:25
89:16 96:19,21 102:5 106:18
107:7 117:8 183:6
**issues** 55:3 58:25 79:5 83:9 93:11
93:14 198:3 204:21,21
**iterations** 136:14

**J**
**January** 198:15,21
**Jennie** 1:18 212:4,22
**Jersey** 2:10 48:14
**jet** 55:16
**job** 202:18
**jobs** 111:17
**John** 196:22
**join** 24:23 41:12 175:17 176:13,16
**joined** 11:17 28:16 29:25 30:2
123:4
**joining** 14:4 181:18,20
**joint** 37:3
**jointly** 164:13
**journey** 42:13,14 43:3,5 45:24
**Joy** 195:20
**July** 16:6 98:12 101:11 102:20
104:20 105:15 110:5,23,23
111:25 115:24 120:19 159:22
186:19
**jump** 62:3
**jumped** 17:18 121:3
**June** 36:8 37:16 48:2,8,13,24 49:20
50:25 51:25 53:11,17 54:9,24
56:11,25 57:24 60:14 61:7 63:21
80:8 86:3 89:21 90:21 94:23
131:8 152:14 153:11 165:11,12
171:3 172:2 176:2,22,25 177:5
179:22 183:16,25 184:12,25
186:21 190:22 192:15 193:8
195:3

**K**
**K** 210:2
**Kathtan** 22:5 101:14
**Kaustubh** 101:17 106:25
**keen** 36:4
**keep** 78:24 84:18 113:22 126:21
151:4 152:25 203:17
**keeping** 135:24 204:21
**kept** 67:6 89:16,17 96:14,15 186:16
200:15 204:17
**key** 51:21 52:2 53:12,16 54:17
56:13,24 57:23 107:13 115:22
139:7
**kicked** 18:14
**kids** 27:19
**Kilgallen** 1:19 212:22
**kind** 15:11 39:3 45:12 82:17 112:19
125:7 128:18 131:6 136:11
156:20 157:6,17 184:19 189:14
197:7 198:8 202:2
**kinds** 22:21 78:21
**KKR** 12:18
**Klaviyo** 128:20
**knew** 17:16,17,18 26:24 27:2 38:12
54:12 79:10 115:25 123:7 135:14
149:16,21 150:3 165:25 166:5

178:14 179:10 186:19,19 192:22
193:2
**know** 7:11,16 9:5 14:13,15,21 16:5
16:15 17:15,18 19:9 21:7,13 22:2
22:6,9,12,22 23:10,14,16,19,23
24:3,9,21 25:8,15,22 26:7,7 27:10
28:16,17,19 29:6,22 30:7,19,21
31:19 33:22 34:8,12,23 35:2,8,10
35:16 36:15,23 37:13 38:8,9,12
38:24 39:12,21 40:4,9,14,19
43:18,24 44:3 45:12,20 48:9 49:4
49:5 50:6,6,8,11 51:13,15 53:6
57:4 58:7 59:9,10 61:6 62:12,13
68:22 71:8,16,20 73:7,10,11
75:24 76:9,12,20 78:8,23 79:3
81:10,18,24 82:6,7,23 83:18,22
83:23,25 84:6,16,19,24 85:3,13
85:14,16 86:22 87:8,15,19,23,24
88:13 91:17,20 93:7,18,21 97:23
100:5 101:7 102:18 104:4 108:7
108:11 112:23 113:7 120:8
121:14 123:5,9 124:11 125:22
126:19 127:2 128:5,14 129:22
131:6 133:19 135:4,5 137:12
138:18 141:22 144:11 145:10,23
147:9 148:24 149:11 150:11
151:9 153:4 154:20 156:8 158:6
160:15 161:6 162:5 163:12
164:22,24 165:22 166:2,24 167:7
167:23 168:13 170:12 174:4
177:15 178:10 179:2 180:21
182:25 183:23 184:6,18,21,21,22
185:3,11 186:11 187:10,23,24
189:2 190:5,10,11,15,15 192:2,21
193:4,12 194:6,7,10,11,12 196:2
196:13,13 197:20,21 198:24
202:20 203:11,22 205:2,11,20,22
205:23,25 206:2,4,8,10,11,14,16
206:24 207:5,19 208:18
**knowing** 205:14
**knowledge** 5:11
**knows** 98:19 192:16

**L**
**L** 5:17 210:2
**labeled** 86:18 168:12 173:18
**labels** 140:17
**lagged** 55:16
**laid** 111:16
**large** 11:15 12:8,19 99:11 203:4
**larger** 111:7
**late** 28:17 198:14 200:12
**launch** 135:19 151:10 157:16
**launched** 95:11
**launching** 127:2 197:13
**law** 4:17 6:7 46:10
**lawsuit** 8:9,15 129:22
**lawyer** 141:25
**layer** 92:6,18

**Lazard** 24:19 30:9,14,17 31:2,5,20
    32:8 35:3 36:21,23 37:8,12 39:10
    39:13 41:4,11 45:13 47:13 70:14
    71:6,9 89:4 90:12 138:22,23
    142:13 147:23 148:8 153:19
    167:25 168:2 192:16,25 193:22
    194:3,22 195:14,25 196:2,6,10
    206:3,5 207:4,21
**Lazard's** 206:6
**leadership** 142:7
**leaked** 24:13
**learn** 29:8 38:15 40:22 145:9
**learned** 83:5 145:14 157:3 181:21
    181:25 182:2
**learning** 41:8 42:20 57:9 59:21
    61:15 164:7 178:23 199:24
**leave** 13:20,23 109:13 114:13,23
    196:20 203:25
**leeway** 206:19
**left** 13:11 14:8 115:23 140:21 174:7
    199:4
**legacy** 137:15
**legal** 177:22
**legally** 45:5 147:22
**legs** 80:2
**lenders** 162:19
**let's** 29:8 38:7 40:6 64:16 77:15
    79:25 81:23,23 90:5 107:23
    108:19,20 126:14 150:8,14
    151:15 198:4
**letter** 194:7
**level** 42:11 71:15 78:24 79:8 112:13
    133:11,16 148:20 192:8
**liabilities** 33:11
**liberty** 167:2
**license** 5:16
**licenses** 16:11,24
**licensing** 16:19 17:3
**life** 79:2
**lift** 14:24
**light** 190:10
**liked** 79:13 94:22,23 191:6,10,11
**likes** 125:5,5
**limited** 140:4
**line** 120:5,24 146:11 151:13
**lines** 164:20
**link** 86:9 87:6,16 90:24 91:18
    171:14
**list** 106:11 121:24 131:20 165:6
    166:3,4,18
**listed** 85:12,17 142:24
**listen** 57:14 70:4 157:24 205:9
    206:23
**litany** 55:18
**litigation** 4:19 21:21
**little** 14:16,17 16:10 20:5 61:22
    69:9 73:9 77:5,11 79:21 110:13
    135:9 139:15 161:12 167:2
    180:16 189:19 194:18 198:13

**live** 34:7 77:22
**Livingston** 2:10
**LLC** 1:3
**LLP** 2:9
**local** 98:21
**locations** 4:8
**locked** 53:15 54:24
**locking** 53:18
**logistics** 159:10,15,17,19,23,24
    160:9 185:8,9,15 203:15,17,22
**long** 92:24 95:9 111:18 123:4 139:9
    151:2 152:13 204:10
**longer** 14:17,17 79:22 114:9 151:5
    151:5
**look** 18:25 31:25 32:3 33:5 36:12
    36:13 37:24 39:16 40:2,8 41:15
    43:14,14 46:5,15,18 52:13 65:15
    72:9 77:15 86:11 87:4 91:23 92:9
    92:10 101:22 108:17,25 109:15
    120:24 121:21 123:16,24 125:6,7
    129:12 130:5 134:3 136:3 142:4
    143:16 156:21 167:10,11 168:8
    170:4 172:18 173:15 201:25
    205:2
**looked** 20:18,19,24 30:3 45:19
    46:17 54:10,12 65:8 91:5 92:4,24
    128:6,9 136:16 138:13,25 161:5
    172:22 175:18 200:2 205:19,20
    205:22 206:3,12,14 207:3,8,20
    208:4,5
**looking** 12:25 32:5 55:23 57:6 68:2
    71:5 73:23 78:6 84:20 85:8 88:15
    121:13,18,23 125:19 126:2 137:7
    146:7 157:10 164:15 179:24
    184:4,19,22 185:11 188:5,8 189:7
    203:14
**looks** 129:22 138:2
**lose** 27:11
**losing** 83:19
**lost** 82:20 131:14
**lot** 10:20 11:15 12:8 24:12 27:2,24
    31:8 33:21 36:6 38:9 42:8 52:20
    62:10 71:18 83:11 84:9 89:18
    90:11 92:11,21 93:11,14 96:5,7
    97:7,8,17 99:6 102:12 104:6
    107:12 108:3,20,24 109:7 110:17
    121:18 122:4 125:10 129:6
    135:21 137:15,23 151:5 157:10
    163:6 179:2 184:14 196:9,18
    198:24 199:3,9 206:19
**low** 111:20 128:7
**lower** 124:16 143:19,20
**LRP** 86:19 93:4
**lucrative** 83:16
**lunch** 151:15
**luncheon** 151:21

———————————
**M**
———————————
**M** 5:17,17 210:2

**magnitude** 197:13
**main** 64:3
**major** 170:12
**making** 22:19 38:9 102:2,8 176:10
    190:6 197:14,19 198:5 200:9
**Malhotra** 1:15 5:13,23 6:1,6 7:1
    8:1 9:1 10:1 11:1 12:1 13:1 14:1
    15:1 16:1 17:1 18:1 19:1 20:1
    21:1 22:1 23:1 24:1 25:1 26:1
    27:1 28:1 29:1 30:1 31:1 32:1
    33:1 34:1 35:1 36:1 37:1 38:1
    39:1 40:1 41:1 42:1 43:1 44:1
    45:1 46:1 47:1 48:1 49:1 50:1
    51:1 52:1 53:1 54:1 55:1 56:1
    57:1 58:1 59:1 60:1,7 61:1 62:1
    63:1 64:1 65:1 66:1 67:1 68:1
    69:1 70:1 71:1 72:1 73:1 74:1
    75:1 76:1 77:1 78:1 79:1 80:1
    81:1 82:1 83:1 84:1 85:1 86:1
    87:1 88:1 89:1 90:1 91:1 92:1
    93:1 94:1 95:1 96:1 97:1 98:1
    99:1 100:1 101:1 102:1 103:1
    104:1 105:1 106:1 107:1 108:1
    109:1 110:1 111:1 112:1 113:1
    114:1 115:1 116:1 117:1 118:1
    119:1 120:1 121:1 122:1 123:1
    124:1 125:1 126:1 127:1 128:1
    129:1 130:1 131:1 132:1 133:1
    134:1 135:1 136:1 137:1 138:1
    139:1 140:1 141:1 142:1 143:1
    144:1 145:1 146:1 147:1 148:1
    149:1 150:1 151:1 152:1,14 153:1
    154:1 155:1 156:1 157:1 158:1
    159:1 160:1 161:1 162:1 163:1
    164:1 165:1 166:1 167:1 168:1
    169:1 170:1 171:1 172:1 173:1
    174:1 175:1 176:1 177:1 178:1
    179:1 180:1 181:1 182:1 183:1
    184:1 185:1 186:1 187:1 188:1
    189:1 190:1 191:1 192:1 193:1
    194:1 195:1 196:1 197:1 198:1
    199:1 200:1 201:1 202:1 203:1
    204:1 205:1 206:1 207:1 208:1
    209:1 210:8,18 211:5
**man** 22:3
**management** 26:22 27:25
**managers** 113:18 117:14
**manner** 4:14 72:19 124:17
**manufacture** 23:3
**manufacturing** 23:6
**map** 132:3 146:9
**margin** 84:18 204:14,23
**margins** 83:8 205:6,15
**mark** 14:16 34:19,20 49:10 59:25
    83:18 106:12 108:3 110:4,4 118:6
    118:23 120:11,20 122:5,6,9 123:2
    124:20,22,24 125:4,9 133:12,17
    133:20,20 135:4 136:25 138:17
    153:7 156:21 203:7 204:25

207:13
**Mark's** 83:12
**marked** 49:8 60:3 63:17 80:12
    85:22 98:8 104:17 109:24 116:12
    118:2 131:24 135:13 152:4
    161:16 170:5 173:7
**market** 27:22 35:24 67:24 69:22
    84:2 135:21 137:24 198:23
**marketing** 101:22 122:2 145:17
**marriage** 212:14
**married** 11:8
**material** 89:13
**materials** 20:19 30:7,25 45:17
**matter** 6:9 59:6,8,11,18 92:10,13
    186:7 212:17
**matters** 92:14
**mattresses** 84:22
**MBA** 9:16
**Me's** 22:13 48:14 154:21 182:12
    205:16
**mean** 19:3 38:5 39:18 40:22 43:4
    47:8 55:13,22,22 61:17 63:6
    68:24 70:18 74:8,9 75:23 76:2,6
    78:18 81:15 82:16 85:5 88:2 92:4
    92:18 97:5 105:24 119:6 120:7
    122:13 128:24 131:10 137:15
    139:8 140:24 155:7,12 158:10
    159:12 167:9,14 169:11 177:21
    179:8 180:10,10,13,25 181:6,13
    182:16 189:20,24 196:12 197:17
    197:25 202:16,21 203:7,17 207:8
    208:4
**meaning** 96:23 147:13 181:15
**meaningless** 76:3,5 92:17 93:10
    94:10
**means** 27:6 36:2 41:17 137:10
    139:3 203:23
**meant** 18:3,23 141:20 162:12
**media** 25:24 29:7 101:23 131:6
    157:5 198:24,24
**medications** 8:17
**meet** 40:23 41:12 149:25 150:9
**meeting** 4:10 40:5 48:2,3,8,9,10,13
    48:15 61:3,6,11 88:7,8 129:14
    175:9,14 176:13,20
**meetings** 47:22 74:4 176:19
**members** 161:2 195:13
**memory** 8:18
**mention** 149:2
**mentioned** 17:5 22:3 26:19 28:14
    40:4 41:19 52:14 56:21 61:13
    62:2,22 64:17 70:9 78:20 82:19
    99:6,8 106:25 113:4 117:11 121:2
    136:20 138:20 141:17 145:8,24
    153:20 162:9 166:3,16 173:12
**message** 39:22 165:11,24 173:25
    191:16
**met** 37:23 149:21,23 150:6,10
**Metrics** 10:25

**Microsoft** 87:12 117:20 127:3
**middle** 74:10 83:10,15 113:5
    116:21 170:10
**middleman** 205:5
**middlemen** 83:7
**midnight** 140:9
**midsize** 11:23
**migrate** 65:22 66:14
**migrated** 66:12
**migration** 71:21 72:17,21 73:5,17
    74:16 90:8,10 94:12,14
**Milan** 34:13,21 156:20,21 177:7,10
    178:5,8,14 180:2 184:19 188:25
    192:15 193:6
**million** 52:16 77:15 80:19,20 81:15
    94:14 138:18,24,24 139:3,12,12
    140:21,22 141:3,5,9 165:5,19,22
    167:8 175:22 203:9
**millions** 69:20 112:17,17 124:5
**mind** 60:8 129:20,20 130:10 135:25
    189:4
**minimal** 110:9
**minimum** 163:16 194:7
**minority** 81:2,16
**minute** 49:3 79:24 80:2 208:9
**minutes** 93:5 185:19
**missed** 107:16
**missing** 107:13
**mix** 166:6,8,11,19 198:20
**mixed** 169:19 182:22
**model** 19:18 36:12 45:19 46:5
    86:23,25 87:3 91:24 92:25 93:2,4
    134:18 136:5 137:11 142:19
    155:14 157:20 159:3 163:12
    167:24 168:12 173:3 174:6
    183:16,18,22 201:13,16 203:13
    206:25
**models** 136:4,10,10,12,14,16 137:8
    139:6 141:11
**moms** 135:21,23
**money** 102:12 137:12 139:17
    149:17 164:16 185:23 199:6
    203:8
**month** 13:21 137:2 139:24 140:2,6
    140:9 197:13
**monthly** 174:9
**months** 63:13 65:19,19 71:14 101:2
    108:6 118:13 138:25 139:17,18
    140:22 141:10,23,24
**morning** 6:6 9:2 169:6
**motivation** 111:20
**motivations** 27:13
**mouse** 165:20
**mouth** 41:10
**move** 14:15 33:15 165:19
**moved** 131:7,8,10 175:9 186:18
**movements** 6:25
**moving** 14:22,24 17:16,23 22:20
    26:25 89:16,17 120:21 138:2

155:16 157:5 186:16 198:9
**multiple** 12:15 57:8 102:7 136:12
**MURPHY** 2:11 5:7,14 17:12 41:9
    49:10 57:2 71:11 73:6 74:23 75:2
    76:22 81:21 89:25 91:9 127:25
    149:24 151:8,11,14,17 169:22
    170:2 171:8,15,19 175:3 177:18
    177:22 178:6 190:13 206:9
    208:10
**muscle** 85:9

**N**

**N** 2:2 210:2,2 211:2
**name** 5:22 6:6 22:4 25:12 26:4
    92:21 101:24 159:19 166:16
    197:11
**named** 22:3
**names** 190:25 191:3,9
**narrative** 149:8
**navigate** 9:5
**necessarily** 182:18
**necessary** 53:18 126:22
**need** 7:10,22 10:15 17:14 32:3 33:9
    37:6 41:5 54:13 67:21,22 69:12
    70:3 72:6 105:19 106:12,17 107:7
    108:8,17 111:14 114:19 121:24
    121:25 123:15 130:7 134:11
    136:21 147:12 151:4,6 183:3
    186:22 188:16 192:8 195:20
    202:4
**needed** 14:25 28:22 51:9,22 52:2
    53:12,18 54:10 56:7 65:5,20
    89:23,24 90:4,7 100:19,19,23
    106:8 107:9,18 123:12 130:6
    133:15 134:23 163:16,25 187:24
    201:20
**needlessly** 151:2
**negotiation** 90:11
**neither** 57:12
**Net** 11:14
**network** 121:10
**never** 176:20,20 200:17
**new** 1:2,20 2:5,10 5:20 15:15 46:14
    46:18 48:14 68:9 72:5,7,7 82:8,21
    83:2 84:8 98:21 108:6 116:3,25
    117:6,9,19 123:24 135:23 141:7
    144:19 154:14 155:14 163:7
    185:11,12 210:23 212:5
**newer** 124:11,12
**news** 24:12 25:8,11,22 38:9
**nice** 29:2
**night** 55:17
**nights** 200:12
**nine** 139:2,17 140:22 141:24
    152:13
**NJ** 5:16
**noise** 89:18 179:2 198:25
**non-responsive** 206:20
**nonverbal** 6:21

normal 164:18
Notary 1:19 3:15 5:19 210:23
   212:4
note 7:23 56:19,19 73:13 168:17
   180:25
notes 21:3,14,17 25:5 161:2 208:9
Notice 1:17
Novella 11:6
November 212:20
nuanced 157:23
number 48:25 49:24 80:9 85:16,18
   86:4,7,14 98:13 104:22 110:5
   116:16,17 118:8 128:11 132:5
   138:22 139:12 142:20 152:12
   171:23,25 172:25
numbers 140:23 175:21
nutritional 11:9

### O

O 5:17 210:2
o'clock 151:11
oath 8:5 210:10
objection 4:25 5:3,5 17:12 41:9
   57:2 71:11 177:18,21 178:6,9
objections 3:10
objective 14:10
obsessing 88:16
obtaining 36:16 113:10,11
obvious 202:16
obviously 9:4 28:22 41:2,15 76:12
   78:4 83:23 84:2 96:16 155:3
occasion 208:23
October 1:12 13:22 129:15 210:11
offers 180:4
offices 48:14
officially 138:21
oh 37:6 67:6 86:13 93:23 145:16
   201:23
okay 9:6 33:8 35:13 36:15 38:24
   47:6 49:18 57:16 61:24 66:4 70:6
   70:7 75:5 76:24 77:23 79:11 83:3
   84:23 86:13 88:14,25 93:6,7,7
   102:18 105:16 106:9 108:16
   119:9,16 126:6 130:17 138:23
   142:15 144:18 148:3 150:21
   151:3,13 159:13 160:7 161:14
   165:3 167:7,17 168:19 173:21
   176:12 177:5 184:21 191:15
   192:5 196:7 201:11,23 206:17,22
   207:14
old 34:3 52:21 67:23 93:22 100:23
   110:21 123:24
older 11:25 27:20 99:9
onboard 98:21
one-on-one 37:9
ones 22:2 72:10,11 84:24 121:19,20
ongoing 19:3,5 36:6,12,14 123:14
   142:17 175:21 183:5,8
online 58:22 137:6

open 87:2 113:19
opening 137:22
operate 28:13
operating 10:19 197:21
operational 14:13 22:18 52:20,22
   65:4 77:18 135:15 140:3,6
operations 19:12 20:11 94:17
   160:19
opinion 103:12 156:7,20
opinions 153:22
opportunity 12:22 141:16 150:23
   204:14 205:21 207:18
opposed 65:12 103:20 104:11
   120:25 147:15
options 47:19 89:14 165:8
Optum 11:18
Oracle 33:22 42:18 44:15 52:23,25
   53:2,5,9 56:4 62:3 64:19 65:2,13
   65:17,23 66:9 67:5,6,6,15 69:18
   73:24 94:12 122:20 126:20
   128:18 139:14 143:25 149:4
   175:10 176:14,20 177:2 189:10
   189:11,14,14 194:16,20
Oracle's 189:13
order 65:4 100:10 107:7 140:7,13
   203:12 206:12,25
org 118:19 119:3 125:18 126:8,10
   129:5
organization 12:20 28:9 62:11 72:5
   72:6 111:8 112:18 113:7,23 124:4
   126:14,15,16
organizational 20:10
organizations 12:9
outcome 124:14 212:17
outreach 14:3
outside 68:15 79:2 121:9,11 129:3
   129:12 131:5
overbuild 128:17
overcomplicate 124:11
overcomplicated 51:20
overseas 83:11
oversimplified 134:9
overspend 128:16
Overstock 104:12 111:7,13 180:5
owns 12:19

### P

P 2:2,2
P-E-R-O-T 149:19
P&L 174:14
p.m 49:21 177:5 179:22 182:6
   183:17 190:22 209:4
pace 104:11 118:12,15 125:3
package 120:11
Packard 10:9
page 48:24,25 60:15 63:22 80:9
   98:13 104:21 110:5 132:5 134:14
   138:2 142:18,19 147:16 152:12
   167:17 170:11 174:19 175:4

   179:23 191:16 211:4
pages 60:15 63:22 80:8 98:13
   104:21 132:4 152:13
paid 15:6 102:12
pan 130:15
paper 96:2
paragraph 77:2 98:18 102:10,22
   105:18 107:22 110:7 114:24
parasocial 129:18
parents 27:21
part 12:18 13:5 19:20 20:21 27:9
   28:11 41:2,3 42:5,25 52:5,6 62:23
   63:25 77:12 81:8,12 85:8 96:13
   100:2,5 109:4,10 112:11 114:13
   124:8 156:10 162:22 164:10
   174:2 180:11 181:23 206:5,6
participated 23:17
participating 4:9 187:11
participation 164:5
particular 138:4 156:2,5
parties 3:5 4:4,16 212:15
partner 36:16,20 37:6 81:16,17
   84:15
partnering 78:10 81:24 126:25
partners 85:3,13,14 143:4 149:12
   159:24
partnership 24:18 37:21,25 38:3
   39:15,19 40:11,14,16,18 41:15,17
   41:17 64:7 78:6 81:3,20 82:22
   131:4 144:4 181:23
parts 51:5,5 198:9
pass 138:15,17 141:4
Passive 75:19
path 14:9,20 52:24 53:4,7 56:4
   122:15 126:20 145:4 147:6
paths 53:9 55:21
patience 208:18
patient 206:18
Patty 116:18,21 120:14,14,18 121:5
   125:20 136:7 161:3 185:20
   186:10 190:23 198:4
pause 80:5 190:21 208:12
paying 69:19
payment 140:15,16
PDF 48:21 124:21 125:4 126:11
penalty 8:5
pending 7:24,25 33:10
penultimate 174:13
people 11:8,9 17:16 18:24 20:13
   25:13 26:24 28:11 34:24 37:8
   39:25 42:15,19 43:17,18,20 51:21
   52:2,7 53:12,16 54:17,22 55:2
   56:13,25 57:18,23 58:20 67:24
   69:11,18 74:6 75:20 83:10 88:18
   92:11 93:25 95:16 96:16 100:2,20
   101:14,19 103:17,25 104:3,5
   106:24 107:17 108:6 110:24
   111:16 112:17 113:2 114:2
   115:23,25 116:3 117:11 119:23

120:4 121:14 125:18 126:18,23
   127:14 129:2 130:7 131:19 134:5
   135:17,18 137:4 142:6 144:23
   158:2,19 161:7 167:10 189:8
   199:3,8 202:8,9 203:8
**percent** 39:23 50:15 67:7,9,10
   99:20 133:3
**perform** 29:13
**performance** 45:21
**performed** 26:14 28:18,20 184:7
   184:13 199:13,14 207:6
**performing** 22:15 27:8 31:10
**period** 37:16,19 65:18 113:12
   116:5 139:2,4 140:6 181:17
**perjury** 8:6
**Perot** 149:17,20
**person** 22:19 41:16 78:23 79:3
   100:25 101:7 103:22 104:2 115:5
   125:4,5,6,7 133:24 134:19 136:8
   160:5,5 164:14 179:18 196:22,22
**personal** 37:9 163:22 164:4
**personally** 30:21 145:16 163:24
   208:20
**perspective** 67:12 83:6 99:13,13
   116:24 117:5 131:12 136:24
   137:13,21
**pet** 140:12
**philosophical** 197:22,25
**phone** 89:19
**phones** 37:10 57:8
**phrase** 155:20
**physical** 6:25 23:12,15
**physically** 4:24
**pick** 121:20,20 160:8
**picked** 122:3 127:3 160:10 185:13
**picking** 121:19
**picture** 18:22 54:22 69:6 167:15
   186:23 187:9
**piece** 107:19 128:13 155:25 204:6
   205:23
**pieces** 13:11 17:23 26:25 34:16
   46:2 57:11 78:22 96:24 102:4
   120:22 124:12 155:4,8,10 160:11
**pies** 158:9,11
**pivoted** 134:7
**Pixel** 11:3
**PL's** 159:17
**place** 10:18 44:4,4 103:25 106:22
   122:6,7 125:11 137:4
**placed** 140:8
**plaintiff** 1:5,16 2:4 6:9 8:8
**Plaintiff's** 49:8 60:3 63:17 80:12
   85:22 98:8 104:17 109:24 116:12
   118:2 131:24 152:4 173:7 211:8
**plan** 18:5 28:2,9 29:24 37:4 40:20
   53:16 64:5,14 65:5 66:23,24 67:2
   68:5,6,10,12,14,18 70:2 95:16,22
   117:13 118:19,23 119:3,11,13,19
   119:20,25 121:8 122:10,24

124:23 125:15 126:8,15,16 129:5
   143:2 145:15,19,21,23,23 146:16
   146:17,21,23 147:2,3 148:11,15
   148:19 150:12,15 152:24 159:22
   167:19 173:11,13 174:3,17
   176:17 177:8,12,17 184:17
   185:22 186:10,13
**planning** 38:14 113:24 137:3
**plans** 19:2 44:2 45:18 64:25 84:12
   84:13,25 88:18 92:12,16 94:2,10
   134:5 143:21 148:7 161:23
   162:24,25 163:7 188:18 198:5,6
**plate** 106:8
**platform** 4:10 11:19 14:14 52:14
   52:15,19 87:20 116:25 117:6,18
   128:7,21 139:16 140:5 142:11
   157:13
**platforms** 123:25 127:3 128:21
   140:2
**plausible** 18:25 53:21 55:21
**play** 110:22
**played** 27:16
**players** 26:23 53:15 55:9 128:18
   165:6
**playing** 156:23
**plays** 120:4
**please** 6:23 7:5,11,16,21,23 9:7
   35:14 106:11 178:2 201:24
   206:16,16
**plethora** 139:14
**PLLC** 2:4
**plus** 130:3 175:22
**point** 25:18 29:17,20,25 30:2,16,20
   64:3 70:13 89:21 94:22 102:19
   106:5,21 107:21 108:5 113:22
   114:21 119:10 139:7 143:12
   153:14 156:23 160:5 166:7 172:7
   176:2 178:11 180:22 189:7,13,18
   190:4 196:15 202:21
**pointed** 71:2 205:13
**pointing** 205:16
**points** 54:16 83:15
**polite** 76:19
**politeness** 75:16,16
**pontificate** 92:16
**poor** 204:23
**popping** 25:11
**populated** 46:13
**portion** 88:11 161:15,18 199:21
**portions** 169:2
**POS** 189:3,18
**pose** 103:16
**posed** 49:24 203:21
**position** 27:16
**positioned** 27:17
**possible** 62:13 77:2,3
**possibly** 196:11,12
**potential** 24:18 26:16 36:17 37:20
   37:25 38:3,21 39:14 40:13 43:7

45:2,18 46:3,8 47:15,19 78:6 96:7
   114:5 131:3 149:12 153:16
   165:15,23
**potentially** 164:12 166:19
**pre-Covid** 137:19
**prefer** 60:11
**preliminary** 16:9
**prem** 58:24
**preparation** 21:5,10,12,15 28:18
   109:4
**prepare** 20:15
**presence** 4:24
**present** 4:4
**presentation** 88:5
**presentations** 31:14,17 34:15
**presented** 5:15 24:20 28:4 136:9
**presenting** 36:9 184:16
**press** 167:12
**pretty** 32:12 34:4,11 55:6 56:21
   90:9 95:10,11 109:19 124:14
   136:9 197:23 198:25
**prevalent** 11:4
**prevent** 8:25
**preview** 132:17,18
**previewing** 133:4
**previous** 12:16 97:6 105:12 117:21
   162:13 168:11 187:4
**previously** 115:7 132:12 183:10
   193:20
**Price** 85:6
**prior** 192:19
**priorities** 113:8
**private** 12:3 84:14
**Priyanka** 101:17 107:2
**probably** 24:22 31:24 32:2,16
   39:22 50:19 57:7 82:18 85:8 89:6
   114:8 125:25 133:2 138:12
   153:25 169:6,17 170:22 171:11
   172:20 177:4 190:17 196:2
**problem** 67:25 110:15 134:6 196:8
**problems** 112:9
**proceeding** 80:5 190:21 208:12
**process** 6:15 11:23 39:2 41:3,4
   42:16 43:5 44:7,22 53:24 62:18
   62:19 83:24 95:3 96:6,11 97:8,17
   100:16 105:19 106:6,7 112:12
   124:6 161:21 162:5,22 179:13
   189:25 190:3,9 205:15
**processes** 51:21 53:18 54:17 58:4,5
   72:8 162:15
**prod** 93:19
**produced** 21:21 57:4 146:19
**product** 18:22 29:19 56:12,16,17
   56:23 57:22 84:17 143:2 145:23
   148:15,19 157:12,12 193:14
   204:17,21 205:14
**products** 71:25 84:10,15,19 127:4
   204:10,11,15
**professional** 16:11

**professionals** 201:20 202:13
**profitability** 134:24
**program** 9:11 10:3
**programming** 10:21
**project** 18:20 19:20 23:24 26:7,15
  32:6 34:9 115:18 127:12,16 154:9
  154:12,14 156:2,5 158:7,18 159:7
  159:11 160:20 164:5 197:3,6,8,10
  197:11 198:12 199:15 201:21
  202:14 203:4
**projecting** 175:22
**promise** 76:15
**proposal** 177:7
**proposed** 191:14
**proposing** 144:12,13
**protection** 11:13
**prototype** 121:16
**provide** 99:22 100:11 114:20
  116:23
**provided** 30:4 100:7 112:13 176:7
**provider** 160:9
**provides** 50:2
**providing** 47:15 193:9,17 206:20
**public** 1:20 3:15 5:19 25:23 45:10
  67:20 199:10 210:23 212:5
**published** 141:7,8 144:25 162:11
**publishing** 143:21
**pull** 99:14,16 100:17,20 101:15
  143:3 171:14
**pulling** 21:25 111:23
**punch** 163:17
**purchase** 36:17 90:14 95:24 134:17
  135:2
**purchased** 15:3
**purchases** 11:7
**purchasing** 205:14
**purpose** 4:18
**purposes** 177:23,24
**pursuant** 1:17
**push** 185:21
**pushing** 143:17,18 164:21
**put** 22:17 92:21 106:10 112:19
  117:15 122:7 124:3 131:20 137:3
  176:5 191:12 193:22,24 194:2
  204:11
**putting** 12:5 21:23 41:10 107:15
  114:6 120:10 164:16 186:10
  199:5 201:17

---

**Q**

**quality** 199:25
**question** 3:11 7:6,10,13,17,19,24
  7:25 16:14 33:13 35:12 40:10,12
  51:7,10 53:11 55:7 57:13,14 58:4
  58:19 59:2,4,10 60:18 68:14
  69:24 70:4,18,19 71:13 73:16
  74:24 79:18 80:22 81:6,15 87:19
  89:7 97:10,11 119:7 125:13
  150:23 151:7 154:15 164:6 172:7

---

173:21,22 178:2 181:9 185:5,8
  187:4 201:3 203:20 204:2 205:10
  206:23
**questioning** 56:6
**questions** 6:19,24 8:23 49:24 50:7
  50:9,13,17,25 51:5 55:18 58:15
  61:18,23 68:11,17,20,21,22 69:25
  76:8,23 79:15 82:3 125:8 127:18
  150:19,25 169:18 170:13,17,24
  171:16,20 189:21 206:21 208:14
  208:16
**quick** 13:10 32:12 57:5 87:4 88:14
  140:24
**quicker** 124:17
**quickly** 18:2 31:25 32:13 56:22
  58:21 103:14 113:17 191:19
**quite** 30:24 87:10 96:4 111:6
  119:20 157:21 159:18

---

**R**

**R** 2:2 5:17 212:2
**raised** 89:6 185:4
**ran** 94:21
**Rappaport** 2:4 6:8
**raw** 47:2,5,7,8,10,11,17 107:12
**reach** 185:14
**reached** 159:15
**read** 46:18,21,23 49:3,11,14 204:5
  210:9
**readiness** 29:12 121:15
**reading** 8:25 29:6 32:12 49:6 76:16
  91:21 147:15
**reads** 58:19 82:17 161:18
**ready** 57:11 121:17
**real** 33:24 65:4 90:19 93:11 98:18
  140:23 171:12 180:18
**reality** 66:7
**realize** 59:9 167:2
**really** 18:14 31:25 32:13,14 64:22
  79:13 92:10,12,14 94:4 137:18
  141:20 156:18 164:3 182:25
  191:6 208:14,18
**reason** 14:8 40:20 55:15 67:17
  79:17 83:25 96:13 181:8 193:25
  202:17 207:17
**reasons** 84:3 163:19
**rebuild** 134:7
**rebuilt** 134:8
**recalibrate** 96:24
**recall** 29:21 31:22 32:9,24 33:2
  34:22 35:7 37:18 39:16 40:6
  47:21 48:2 55:5 56:17 58:5,8,9,10
  58:12 63:5 65:14 66:18,19 68:9
  68:13,21,24 71:10,12 72:18,20,22
  73:18 74:9,14 79:8,15,17 82:18
  86:17 107:5 113:9 134:14 145:21
  146:4,18 147:8 165:17,25 166:5
  168:16 169:2,5,15 172:21 179:6
  181:21 183:12 186:11,12 191:3

---

191:10 194:5 200:20 201:9
  202:22,25 203:2
**recap** 134:10 138:9
**receipts** 174:9
**received** 193:21
**recess** 151:21
**recliners** 84:22
**recognize** 60:18 63:23 80:16 86:4
  98:15 104:22 116:19 118:9 132:7
  138:4 173:5
**recollect** 133:3
**recollection** 64:12 92:23 170:16
  171:6 190:14
**recommend** 116:22
**recommendation** 131:20
**recommendations** 131:19
**recommended** 36:25 126:18
**reconciling** 51:8
**record** 4:22 5:22,25 7:2 138:3
  204:5 210:12,13 212:11
**recorded** 4:13 6:17
**recording** 4:14 140:16
**records** 112:17
**recreate** 188:6
**red** 140:20 141:6,11
**redo** 96:3
**reduce** 182:7,13
**reduced** 195:14
**reference** 30:14 105:5
**referencing** 167:22
**referred** 30:8 115:5 162:3
**referring** 30:13 66:23 77:9 85:11
  91:9,15 93:3 102:13,16 103:5
  105:23 113:13 120:16 170:24
  173:24 174:15 175:14 186:3
  191:22 192:3,5 193:13
**refers** 168:14
**reflected** 195:10
**reflection** 15:5 50:3
**refresh** 64:11 170:16,19 171:5
  190:14
**refused** 114:4
**regard** 18:19 56:12,24 57:23 90:7
  115:6 129:4 153:15 154:8,21
  155:25 160:22 176:3 183:15,25
  184:13 199:21,23 207:21
**regular** 108:12
**reimagine** 137:14
**related** 16:21 88:23 89:2 157:11
  212:14
**relation** 26:15 94:25 96:6 159:7,11
  160:20 199:13
**relationship** 85:6 129:18
**relationships** 83:11 117:10
**relativity** 103:14
**relevance** 76:13
**relevant** 27:23 32:18 52:12 74:19
  74:21 75:4 79:6 196:18
**relied** 206:24

**relying** 203:12
**remember** 16:7 20:23 50:16 56:15
    58:6 62:6 63:7,8 64:17 74:13
    79:19 82:19 87:24 88:9 99:23
    114:10 119:19 122:22 123:2
    125:2 135:20 136:13 139:6
    150:14 152:20 171:20,21 177:3
    178:21 186:16 190:6,12 195:19
**remind** 20:20 195:18,19
**remote** 4:8
**remotely** 4:6 5:19
**repeat** 7:12 35:13 124:8 204:2
**repeated** 7:11
**repetitive** 192:12
**rephrase** 7:13 71:6 149:16
**replace** 72:14
**reporter** 1:19 4:2,7,22 5:9,21 6:18
    6:25 7:12
**reporting** 4:11
**reports** 161:4
**represent** 5:10 6:8 48:7,12 85:17
    91:13 105:14 116:16 168:10
    173:2
**request** 6:23 106:11
**requested** 49:17 148:6 204:5
**requests** 104:8 109:9 110:10
    114:16
**REQUESTS/PRODUCTION**
    211:22
**research** 129:6,7
**reserved** 3:11
**resource** 105:2
**resources** 98:21 99:14 134:11
    207:22
**respectfully** 69:24 127:17 150:17
    203:19
**respective** 3:6
**responding** 137:24
**responds** 51:18 166:23 180:2
**response** 7:2 51:12,17 58:8 76:18
    106:13 165:19 166:13 180:3
**responses** 6:20,21 50:2,21,25 51:6
    75:10,11,14 170:25
**responsibilities** 18:11,19 19:15
    20:3 160:14 183:11
**responsibility** 94:4 99:16
**responsible** 19:17,22 58:24 155:19
    155:20,24 156:4,12,15 157:19,20
    158:6,7,23 159:2,3,5,9 160:19,21
**restart** 135:3 139:22
**retail** 1:3 6:9,10 12:7 23:11,12,15
    102:25 103:8 123:20,22 124:9
    137:18 164:21 165:4,7 166:10
**retailer** 205:4
**reveal** 180:2
**revenue** 82:13 84:7
**review** 132:24 142:25 145:18
    146:15,18 169:7
**reviewed** 29:23 30:7,19,22,24

    50:24 153:18,20 168:20,23 169:3
    169:5
**reviewing** 143:3 145:22
**revised** 116:23
**right** 8:6 11:18,25 14:8,21 17:7
    18:17 20:14 25:20 26:25 32:6
    36:7 37:21 41:20 46:9 52:25
    53:22 54:19 55:4 56:7,20 61:4
    63:9 70:18,19 73:12 76:7 77:10
    77:16 80:24 84:4 86:8,12,15,17
    89:11 92:3 98:3,4 99:14 100:3
    101:9 103:7,15,17,24 108:2 112:2
    113:5 115:8,11,12,16 116:3,7,8
    119:21 123:23 129:5 132:6
    134:14 136:16 144:7 146:3,7,24
    147:2 158:25 161:7,22 164:10
    165:12 166:8,11,22 169:4 174:5
    176:14 179:16,20 181:17 188:24
    193:23 195:17 199:4 203:10,10
**rights** 102:6
**risk** 67:13 102:23
**risks** 64:5 66:16 143:4 150:12
**road** 132:3 146:9
**Rockville** 2:5
**ROI** 174:6
**role** 21:20 81:19,25 157:7
**roles** 123:13 157:2
**roll** 156:24
**rolling** 140:4
**room** 30:3,8,10,14,17 31:3,6,20
    32:9,22 34:13,25 35:3 45:14
    46:13,18,22,24 47:2,7 50:11
    56:18 70:14 71:6,9 89:5 91:5,8
    112:12,20 114:6 138:22,23 141:9
    142:13 148:8 153:19 168:2 172:8
    172:11,14,19 193:23 194:3,23
    196:10 206:3,5 207:4,7,21
**Roseland** 2:10
**ROWE** 2:9
**ruckus** 38:10
**rules** 6:15
**run** 19:10 20:11,12 56:22 65:19
    73:3 78:7 82:5,7,22 86:24 94:9
    121:25 122:18 123:23,23
**rundown** 27:5 190:24
**running** 12:11 23:11,15 33:25
    55:19 65:15 66:7,11 67:14,21
    69:23 70:19 118:12 124:19 128:9
    137:16 164:12 185:10 204:17

---

**S**

**S** 2:2 211:7
**S-E-S-S-I-O-N** 151:22
**sales** 27:10 35:17 83:14 174:9
    189:13,18
**Salesforce** 33:22 128:19 144:2
**sand** 120:5,25
**sauce** 205:3
**sauces** 83:4

**saw** 24:14 29:19 32:22 56:18 68:3
    112:14 132:18 133:20 161:23
    194:8 205:21
**saying** 29:14 38:24 41:4 52:7,16
    61:8 64:21 67:6 75:3,17,20 76:2
    95:19 97:19 133:6 138:10 141:8
    144:9 171:22 186:5 200:21
**says** 40:23 58:16 67:9 86:12 123:4
    140:21 152:14 156:21 182:6
    192:9 193:17
**sberlowitz@frblaw.com** 2:7
**scale** 128:12 139:23
**scenarios** 45:2 141:21
**school** 9:17,22
**sciences** 9:10
**scope** 20:3 123:11 154:7
**scoping** 157:15
**scratch** 96:4
**screen** 8:22 9:2
**scroll** 49:5 60:17 174:7 190:16
**scrolled** 49:16
**seal** 94:2
**sealing** 3:7
**second** 37:16 51:18 63:25 66:19
    76:25 102:10,22 107:20,21 110:7
    113:18 114:24 126:6 138:22
    140:20 149:4 174:6 204:19
**secret** 83:4 205:3
**sections** 33:3
**sectors** 12:7
**see** 8:21 11:16 26:2 29:10 31:5 37:2
    38:7 40:6 50:22 51:10,23 58:16
    59:2,14 60:24 64:9 69:16 74:15
    75:11 77:5,12 80:18,20,24 82:14
    84:21 86:19 87:6 98:22 100:11
    101:4,13 103:2 105:3,20 106:19
    109:3 110:11 115:3 117:3 118:13
    118:20 120:13 125:5 131:4
    142:16,21,23 143:7 144:6 155:13
    155:15 161:15,24 163:6 165:9,19
    167:20,20 170:13 171:10 174:8
    174:24 175:11,24 177:8,12 180:6
    181:24 182:8 185:24 186:24
    187:14 190:17,25 192:19 193:10
    194:20 196:21,23 207:8
**seeing** 32:10 74:18,22 122:5 146:4
    162:24
**seek** 165:18
**seeking** 36:20 165:4
**seen** 59:18 67:8 128:15 173:16
**segment** 23:4
**sell** 23:8,9 133:17
**seller** 201:16
**sellers** 36:22
**selling** 67:5 112:14 201:16
**send** 85:19 108:25 110:9 170:13
    171:9,13
**sending** 87:25 93:21 104:12
**sense** 14:19 26:23 28:23 33:16

42:10,12 55:19,20 63:6 66:8
  78:25 80:23 100:17 113:21,25
  140:4 145:6 147:3,20 182:21
  188:17
sent 15:23 48:24 49:20 55:13 60:13
  86:2 98:12 107:11 109:12 118:6
  122:5 124:20,22 125:21 170:6,22
  172:4 195:2
sentence 51:18,23 76:4 77:6 80:18
  82:12,14 98:17,25 102:11,16,23
  103:6 105:18,21,24 106:19 110:8
  110:11 117:3 118:11,20 126:6
  147:11,12,13 161:25 162:22
  164:22 165:9 167:4,20 168:13,15
  168:20,22 175:12,15,24 182:9
  185:18 186:24 193:13,18
sentences 60:25
separate 4:8 160:3
separated 144:10
separately 120:9
September 14:18 140:9
series 64:22 65:6,8,12 66:8 117:20
serious 188:16
services 19:6
session 69:9
set 14:11,20 61:16 72:8 139:25
  186:22 212:8,19
sets 112:21
setting 101:15 103:11
seven 95:6
share 25:5 45:6 48:19 54:8 55:11
  71:4 87:21 96:16 119:18 151:25
  158:2 161:2 174:20 187:24
  190:18 192:9,11 195:22
shared 20:20 21:2 24:13 29:11 30:5
  32:2 50:12 79:10 117:16 119:14
  136:7,13 138:21,23 142:12
  147:22,23 148:7 192:10 194:17
shares 87:8
sharing 8:22 21:23 42:23 44:2
  47:20 48:20 54:23 57:6 59:16,24
  61:13,14 62:8,16 81:3 85:15
  87:17 98:10 114:5 116:14 132:2
  152:9 172:24 174:24 188:2
shed 190:18
sheet 96:2
shelf 204:22
shelves 204:12
shifting 95:17
ship 204:10
shipping 140:17
shocked 189:14
Shopify 117:20 121:14,17 127:4
  128:5,6,12
short 97:18 103:2 129:13 208:23
shot 185:21 186:6,7,12
show 125:14 133:20 170:2 174:4
showed 75:6 132:12 133:5 173:23
showing 32:19 63:19 73:13 80:6

110:2
shown 132:17 168:11
shrug 6:21
shut 111:2 139:4,8 142:2
shutdown 113:8
side 31:18 82:25 87:11,14 100:20
  111:21 162:17 163:13 196:5,6,19
  196:23 204:19
signed 3:14,16 15:23 121:18 210:20
significant 37:20 198:25
significantly 205:6
signing 198:6
similar 91:6 147:21 161:20 162:4
  162:14,21,23 163:15
similarities 163:18
single 33:3 46:23 160:13
sir 5:22 147:25
site 130:9
sitting 180:15
six 63:22 65:19 141:24
size 99:10
skeleton 111:3
skim 33:7
skimmed 92:2
slide 119:15 138:5,8 142:20 146:13
slides 174:10
slim 83:8
small 126:17,24 155:2 156:10
  157:25 161:24
smaller 80:25 162:15 163:11
SME 58:23 59:5
SMITH 2:9
smoothly 93:24
social 101:23
software 10:11,20 11:12,16,23
  16:23 31:11
sold 28:4 188:14
solve 134:5
somebody 121:25
sorry 74:25 81:5 99:23 177:20
sort 10:24 11:3,9,22 12:5,21,23
  14:15,16 17:18 18:5,13,24 19:12
  20:20 24:14 25:12 26:24 28:9
  42:24 46:2 55:18 57:5 59:14,16
  62:15 64:23 69:7 78:25 82:24
  83:13 88:2 92:11 93:7 100:3
  105:10 108:4 120:6,21 139:13
  140:14 144:7 155:13 156:18,24
  178:23 191:12,21
sorts 92:12 102:4 123:13 134:4
  137:3
source 84:7,14,15
sourced 84:11
south 111:19
SOUTHERN 1:2
space 11:21 23:4 129:23 130:25
speak 21:4,9 30:23 37:25 41:22
  42:3 63:2 64:12 66:15 68:4 70:22
  130:13 190:23 192:24 203:7

speaking 39:13 41:19 54:25 62:6
  121:11 129:8 147:23 160:13
  163:19
specialized 100:19 127:2
specific 16:21 30:22 31:21 40:10,19
  55:2 68:6,14 69:13 78:17 79:5
  84:25 111:6 112:16 114:16
  120:19 127:12,14 150:25 153:25
  157:7,18 161:7 168:16 178:21
  196:15 201:3,9
specifically 18:7 20:17 40:16 63:8
  70:16 72:19,22 73:19,20 75:22
  84:21 114:3 153:15 158:5 178:20
  179:8
speculate 41:16 63:12
speculating 39:19 40:24
speed 38:19 108:9
spelling 191:22
spend 33:6 45:22,25 94:17 111:23
  139:5,22 141:2 163:6 188:17
spending 42:18 43:21 52:16 71:17
  135:6 163:8,10 187:21 188:11
  198:4
spent 34:14 44:10,12,17,18 45:5,8
  55:17 62:19 141:2 144:25 159:18
  188:12
spin 29:14
spinoff 11:12
splits 28:10
spoke 21:6 24:25 44:5 110:13 129:2
  145:5 146:22 148:9,13,17,23
  149:10 150:3 169:15 189:4,8,9
  200:17
spoken 35:22 44:15 176:22,25
ss 210:5
stabilization 51:23 52:3 53:13,19
  54:11 66:6
stabilize 52:10 145:24
stack 71:20 72:3,7,15,17,21 73:4,17
  74:16 90:7,10 117:18 121:24
  127:5 130:5 134:8 143:4,13,22
  148:25
staff 110:24 111:3 117:14 121:21
stages 34:6
stamp 170:11
stamped 60:15 85:19
stand 19:11 51:13 59:5
standard 45:17 137:16
Staples 128:9
start 13:13 40:24 58:22 72:5 75:24
  81:23 107:15 132:4 134:12 137:3
started 12:13,25 25:19 26:6,13
  32:5 43:13 54:20 55:5,11 57:5
  64:24 134:4 137:14 156:23 157:5
  162:8 169:13 185:14
starting 139:23 182:24
startup 11:5 12:10
state 1:20 5:4,16,19 210:5,23 212:5
statement 174:14 175:8 182:11

183:17 190:7
statements 47:10
STATES 1:2
stay 14:16 155:6
stenographically 6:17
Stenotype 1:19
step 108:18 143:11 164:19
steps 142:24 143:9
Steve 6:7 21:23 22:3,5 60:10 81:22
  102:2 106:2,23 107:21 133:2,5
  202:19
Steve's 22:4
Steven 2:6 6:5 21:24 101:13,14
  138:12 151:24 171:17
Stevens 25:2 41:20 47:23 51:13
  60:14 61:4 63:20 145:5,10,12
  175:15 179:20
stipulate 4:21
stipulated 3:4,9,13 4:3,12 5:5
stipulations 3:2 109:7,17
stock 202:3
stopped 130:12
store 45:18,22 87:21 102:3 122:2
  136:4,5,10,10,12 155:14 161:24
  162:15 163:11 174:11 185:22
  189:17
stored 71:8 136:14
stores 11:7 23:11,12,15 45:20,21
  87:9 134:16,24 135:5,7,11 136:22
  137:15,22 139:8 142:2 189:3,12
straight 10:2
straight-up 72:13
streamline 6:15 73:9
Street 36:24 192:18 199:5
stressful 200:16
Stretch 80:2
strictly 160:12
strong 153:22
structure 20:10 116:24
structured 99:7
stuff 10:22 16:10 17:19 53:10 61:21
  66:6 88:20 108:12 122:20 126:21
  179:4 200:13 202:21
subject 16:25 59:6,8,11,18 86:12
submission 109:5,6 192:19
submit 28:20
submitting 28:19
subscribed 210:20
success 106:18 107:8
successful 64:8 66:3
sucked 12:25
suddenly 83:16
suggesting 153:3
suite 2:5 12:6 71:24
summarize 120:6
summarizing 107:23
summary 13:10 57:5 120:11,21
  122:6 133:7 167:19 168:9,23
Sunrise 2:5

super 178:24
superior 128:22
supplier 81:9,11 82:13,20 83:2
  84:7 159:17
suppliers 204:7
supply 83:6 159:10 185:8,9 196:23
  203:14,16,23
support 19:4 64:6 72:25 111:4
  206:13
supposed 160:8
sure 22:19 50:15 76:7 90:3 91:22
  95:21 96:24 99:12,20 102:3,8
  107:16 108:18,19,20 109:2
  111:14 119:5 130:4 133:3 137:9
  140:13 150:21 152:22 159:21
  165:21 171:24 172:4 173:4
  176:10 187:25 197:19 198:5
  200:9 208:4
surprised 179:5
suspect 188:25 200:13
swear 4:20,23
sworn 3:16 5:19 212:8
system 33:14 45:18 52:22 64:23
  65:12,21,23,23 67:21 77:18,25
  124:3 149:7
systems 10:19,22 19:12 31:10
  33:16,17,25 34:2,4,6 51:19 52:20
  52:21 58:23,24 65:3,11,15 66:10
  67:14 69:23 93:22 99:9 100:15,23
  101:15 102:7,9 110:21 121:19
  124:3,18 130:3 149:5 153:24
  189:13,18 200:4

T

T 5:17,17 210:2 211:7 212:2,2
tab 174:6,6,6,8,9,10,10,11
tables 98:20 99:10,11 100:25
  102:13 115:7
tabs 174:4
tailored 134:9
take 6:19,20 7:23 8:2 13:6 21:14
  46:4 79:23,25 83:14 90:5 100:18
  109:9,13 114:12,22 120:3 122:15
  124:6,15 137:2 139:9 141:14
  151:15 167:2 189:24 196:20
  208:8,20,22
takeaway 92:7
taken 1:16 139:10 210:10
takes 33:15
talk 33:21 34:15 41:16 54:20 63:9
  66:9 67:6 69:17 94:10 118:19
  119:3 125:6 126:7,14 131:4,5
  141:18,19 144:22 159:14 161:4
  164:2,13,17,19 200:5
talked 26:22 40:3 42:9,10,16 43:16
  50:9,18 62:9 78:22 92:7 120:8
  121:23 125:20 128:8,11 141:6,14
  143:25 144:2,14 149:3,24 157:25
  161:8 163:3 183:10 187:19

188:10 196:17 198:18 208:5
talking 25:25 36:7 39:5,24 50:16
  52:11 56:5 58:6 62:23 64:18,19
  65:16 66:5 67:15,18 69:17,18
  71:2 72:23 74:5,6,10 88:17 89:7
  92:22 95:15 97:14 102:14 105:11
  113:23 117:9,10,22 119:22,24
  120:12,19 125:17 130:12 143:13
  143:24 144:3,15,16 145:11 149:3
  155:7,8 160:5,10,24,25 162:10
  163:25 169:13 179:3 183:3
  185:10 186:14 189:10,11 195:20
  195:21 196:14
tasked 158:18 160:15,16
tasks 22:16
team 14:12 27:25 29:12 42:12
  44:11,13,14 45:5,6,9 53:3,4 56:9
  58:19,21 77:4,8 79:11 98:22
  101:16 107:20 110:8,15 112:10
  112:11 115:2 116:22,24 117:21
  123:15 126:17,19,24 131:13,15
  131:16 133:6,13,14 136:25
  139:13,20 140:25 141:15 144:4,9
  155:2 157:25 160:25 162:11
  163:3 175:11 176:14,23 182:24
  183:4 184:16 185:20 186:2,3,10
  187:17,21 188:7,10 190:24
  191:11,12,14,19,25 192:4 194:15
  194:15 195:9,13,17 196:4 198:18
  198:18 201:16 202:8 203:12
teams 18:24 20:9,13 25:4 28:12
  29:10 31:12 44:25 87:12 105:19
  105:20,23 106:2,4,5 107:4 161:5
  200:3 201:19 202:13
tear 113:24
tech 58:19 71:20 72:7,15,17,21
  73:4,17 74:15 90:7,10 116:22
  117:17 121:24 124:21 125:23
  126:11 127:5 131:12 132:10
  141:23 142:25 143:3,13 145:18
  145:20,22 146:15,17,21,23 147:2
  147:3 148:11,25 167:19 170:13
  173:11,13 174:3,17 175:9 183:3
  185:20 186:2,3,10 190:24 202:3
technical 42:11 115:22 123:17
technologies 71:25
technology 9:10 18:22 19:24 20:2,9
  45:23,23 69:21 71:25 77:4,8
  118:19,23 119:3,11 121:7 122:9
  122:14,24 123:24,25 124:10,12
  124:22 125:14 126:8,9,19 128:14
  129:4 132:3 140:2,5 141:12 146:9
  154:10,11,13,23 155:16,18,25
  156:7 157:11 158:12,14 160:2,16
  160:23 167:12 183:11 199:21
tell 10:16 18:18 21:8,8 43:10 74:7
  91:12 125:16 138:7 178:14
  184:11 195:21 201:23
telling 54:5 56:9 61:24 77:20

131:14 149:9 203:24
template 109:11,15 176:8
temporal 197:17,20 198:2
ten 45:20 66:2 81:14 124:3 141:24
tend 104:10
tendency 110:9
tens 32:11,17 130:6,7
term 41:18
terms 15:23 17:19,24,24 19:2 21:25
    22:16 27:3 29:9 36:2 43:25 46:10
    53:22 56:18 73:23 84:16 89:18
    90:12 93:15 95:18 96:18 102:3
    109:9 114:14 122:16 125:24
    146:20 157:11 159:16 186:13,13
    187:23 205:3
terrible 137:4
terribly 123:20
testified 5:20 8:14 179:15 193:20
testify 8:19
testifying 8:5
testimony 158:8 210:10,13 212:11
Texas 6:3
text 152:18 153:6,6 167:22 174:18
    174:25
texting 119:23 152:8 153:8
texts 161:10
thank 58:2,14 60:22 75:9,10,24,25
    76:2 166:15 196:6 203:3 207:5
    208:14,17,17
thanking 50:21
thereabouts 51:2 131:9
thesis 93:24 142:5,9 207:10
thing 25:11 39:22 52:23 73:21
    88:10 107:18 113:22 127:15
    129:25 130:22 180:16 199:4,16
    199:19 204:19
things 17:23 22:21 29:3 33:15 39:3
    53:22,23 67:8,16 69:19 79:9
    82:20 83:5 94:18 96:16,23 108:15
    110:22 113:6 120:8,13,21 121:22
    122:4,4,21 123:15 124:2,11 125:5
    130:2 136:11 137:4 141:17 157:3
    157:6 167:9 184:19,22 198:19
    199:9 203:15 204:18
think 16:6 20:25 26:9 28:5 34:12
    35:12 38:11 40:3 43:13 46:21
    50:8,14 53:20 55:9 56:19 58:21
    59:13 61:12 62:8 66:13,17 67:17
    68:19 69:5 70:24 74:9,23 75:18
    80:23 82:2 85:7 86:23 89:6,10,15
    91:4 97:25 98:14 99:19 100:14
    106:23 107:22 108:5,12 112:25
    114:3 115:24 116:14 117:16
    120:15 122:25 126:23 129:14
    130:17 133:10 134:20 136:7
    139:5 141:5 143:2 144:10 145:8
    145:20 147:7 150:15 151:8,10
    153:19 156:17 157:9 161:3
    162:17 164:23 166:21 167:6,25

168:3 169:12,16 172:15 173:12
    174:15 176:5,7 178:3 182:24
    183:7 185:13,16,16,22 186:9,17
    188:3 190:2 191:10 193:6,15
    198:15 205:2 207:18 208:7
thinking 27:22 33:12 39:2 55:8,10
    61:25 69:13 73:20 93:8 117:22
    119:21 126:3 129:19,24 130:21
    130:24 131:2 134:23 142:6,7
    146:20 149:6 156:19 157:17
    165:17 179:12 180:6,9,19 181:7,9
    182:23 183:8
third 102:23 174:8,8
THOMAS 2:11
thorough 104:7
Thoryn 24:25 38:18 39:6 41:19,25
    43:10,21 44:6 47:23 48:4 51:13
    52:15 54:3 56:3 60:14,21 61:3
    63:4,20 64:3,13 66:5,15 68:4,11
    68:17 69:5,25 70:9,22 71:4,7
    72:16 77:9 78:11 131:18 145:5,10
    145:11 149:6,23 150:4,7,8,11
    163:20,21 164:19 170:9 175:15
    176:18 179:19 189:10 191:5,14
    194:13
Thoryn's 74:15 91:5 176:13
thought 27:7 75:22 79:12 81:2
    135:10 145:2,13 161:20 162:4,14
    162:18,22 166:3 188:13 189:16
    204:13
thoughts 169:17
three 10:10 55:24 57:7 63:13 65:19
    65:25 66:12 71:14 104:21 135:13
    138:3,25 139:18 140:21 141:10
    141:23 159:17 186:19
Thursday 129:14
tier 113:18
tier-2 117:13
tight 200:14
time 1:18 3:11 5:2 10:23 14:7,17
    17:21 18:13 26:15 29:17 31:20
    33:7 34:14 37:19 38:18 42:18
    43:21,24 44:10,12,17,18,25 45:2
    45:4,8 48:17 49:7,15 53:20 55:16
    55:24 57:12 60:2,5,22,23 62:19
    62:24 63:5,14,16 65:16 71:17
    72:24 76:11 80:4,11,14 85:21,24
    87:2,16 88:12,22 89:3,12,14,20
    89:21 90:19,19 93:15 94:23,24
    95:4 97:18,23 98:5,7 99:18
    101:11 104:14,16 107:10 108:14
    108:19,24 109:21,23 111:2
    113:12,21,25 114:12 115:23
    116:9,11 117:8,23,25 119:10
    121:2,16 125:15 131:21,23 135:6
    137:5 138:19 139:4,9 141:7
    143:12 144:25 151:20 152:3,6
    159:18 165:14,18 166:22 170:11
    171:12 172:7 173:6,9 174:22

176:5,17 180:18,22 181:2,17
    183:5,7 185:13,20 186:18 187:22
    188:11,12,17 190:20 192:22
    196:15 197:18 198:3,5 204:4
    208:11,15 209:2
timeline 97:2 108:4 114:10 169:19
    170:17,19 200:14,15
times 57:7 67:9 107:12 128:15
timing 164:10
tiny 88:11
title 17:9,13
titled 142:20
tmurphy@greenbaumlaw.com
    2:12
to-date 199:13,14
today 5:12 8:19 21:13,18 60:22
    67:14 94:9
today's 94:6
told 21:9 29:3 38:5 184:8 204:18
    207:16
Tom 21:6,8,9,24 169:20
tomorrow 60:23 175:9
tons 180:12,13
tools 72:8 87:18
top 48:23 50:20 64:2 86:11 92:6,19
    112:14 142:21 152:14 167:17
    179:23
topic 90:5,5
topics 79:5
tossed 136:13
totally 94:18,20
touch 160:22
tracking 11:2,4,7 155:17 190:8
trademarks 165:6
transcript 210:9,11 212:10
transfer 19:13 102:5,25 103:9,13
    106:18 107:8,12
transferred 22:20 101:24,25
transition 16:2 19:6 28:2 51:22
    52:2,5,8,9 53:13,19 54:11 58:22
    64:5,14 65:5,18 66:6,22,24 67:2
    67:22,25 68:5,6,10,12,14,18 70:2
    72:4,13 73:2,2 99:4 145:25
    163:17 191:14
transitions 20:12
treated 128:6
tremendous 204:13
trial 3:12
tribunal 17:2
trick 76:15
trickier 123:22
tried 68:9 193:7
Trilogy 10:11,21
tripped 93:25
trouble 112:23,25
true 51:14,15 118:25 210:12,14
    212:11
truthfully 8:19
try 58:18 78:24 93:11 161:10 188:6

194:22
**trying** 18:21 32:4 38:14 53:5 63:7
  65:25 66:2,9 69:3 70:13 74:11
  76:12,14,15 80:23 82:17 93:11
  98:20 113:25 114:10 121:15
  122:15 130:23 133:2 134:5 135:7
  139:6 149:17 154:15,18 157:22
  183:4 186:17 190:6,11 194:8
  197:12 206:18 208:25
**TS** 51:12
**TSA** 19:6 64:15 68:7 72:24 73:2,11
  73:14,16 90:15,16,17 92:9 93:12
  95:20 96:19,19 114:3 123:16
  138:11,11,13,16,25 140:22
  141:10 175:18 176:4,6,6,9
**Tulika** 101:17
**turned** 34:2
**Twitter** 101:23
**two** 26:10 48:24 54:16 55:24 56:20
  57:7 60:24 74:12 79:23 80:8
  98:13 108:5 110:22 112:21
  123:13,13 135:12 151:19 165:6
  186:17 194:19
**type** 113:9 120:25 153:9 183:8
**types** 16:18 74:4
**typo** 191:22

---

### U

**uh-hum** 6:22
**ultimately** 13:3 136:5
**Um** 90:9
**unauthorized** 4:17
**underestimated** 100:14
**underestimating** 104:9
**undergraduate** 9:18 16:16
**underground** 204:16
**underneath** 101:20,21
**understand** 7:2,8,14,14,17,18,19
  8:2,4 13:4,7,8 16:14 18:3 19:5
  25:2 33:9 57:17 73:8,15 75:5
  76:13 77:19 81:13 85:10 108:7
  119:5 122:14 125:13 143:2
  147:13 150:22 154:6 158:3,21
  167:14,15 169:25 178:7,7,8
  189:22
**understanding** 27:6 32:13 64:4,13
  66:16,22 78:19,20 108:22 146:25
  147:14,18 148:4,10,14,18,20,24
  149:11,15 150:11 157:21 165:15
  167:4 180:23 181:3 183:24
  184:15 195:11 202:3 204:8 207:2
**understood** 22:12 35:25 133:15
  146:20 190:2
**Unfortunately** 169:23
**unique** 143:15 144:5,7
**United** 1:2 11:18
**universal** 154:4
**universe** 27:20 70:20
**unlocking** 205:4

**update** 155:14
**updated** 161:23 198:6
**updates** 180:17
**updating** 163:7
**uploaded** 45:13 195:14
**urgency** 108:8
**use** 11:2 47:16 53:6,9 87:10,12
  117:17 128:19,19 139:14 155:19
  189:13 190:13
**useful** 108:23 136:3,18,19 137:8
  141:18
**usually** 10:6
**utilizing** 65:12

---

### V

**vacation** 74:12 89:11 113:5
**validate** 191:19
**valuation** 67:19
**value** 36:2 81:4,5
**various** 34:6
**venders** 163:5
**vendor** 157:10 185:11,13 205:18
**vendors** 33:11 44:15,16,19 46:2
  56:5,6 117:9,21 125:17 126:21
  134:13 139:15 141:22 143:25
  144:16 163:4
**venting** 69:9
**venture** 36:17
**verbal** 15:21
**verbally** 6:24
**verification** 206:6
**verify** 100:21 107:10 111:12
**version** 9:16 86:19 173:3,4 176:6
**versions** 11:25
**versus** 6:10 51:8 80:20 124:4
**vet** 130:4
**viable** 93:13
**video** 4:6,13
**videotaped** 6:18
**view** 44:2 72:7,16 83:13 87:2 93:23
  117:16 120:22 126:4 179:6
**viewed** 81:18,25
**views** 88:3
**Vincent** 100:9
**violation** 4:17
**vis-a-vis** 164:5
**vision** 30:6 116:25 117:6
**volume** 195:7

---

### W

**W** 210:2
**wait** 7:5 149:4
**waiting** 103:20
**waived** 3:8
**walk** 36:10 140:23
**Walmart** 23:9 35:18
**want** 10:13 15:2 16:9,10 21:7 28:10
  28:16,17,21 29:5 39:8,12 45:15
  47:14,14,25 48:9 49:5,11 50:6

51:4 52:4 56:3 57:14 58:14 63:2
  63:12 67:3,14 70:2,4 72:4 73:9,11
  76:7,19 77:14,19 78:8 79:3,4 82:4
  95:19 109:9 110:16,18 111:5
  112:22 119:5 135:16 138:16
  139:19 149:2 150:19,21,24 153:7
  154:6,20,24 156:21 157:23 158:6
  161:11 162:21 164:13,24 166:4
  167:3,7,13,15 168:6 171:24 172:4
  175:7 176:16 183:23 184:6,22
  185:23 187:10 189:22 192:13
  194:10 203:20 205:9
**wanted** 30:6 31:14 40:22 63:9
  64:12 67:18 78:2 81:13 82:6
  84:14 99:12 101:3 103:18 109:3
  109:17,20 135:14 137:14 140:13
  153:4 159:21 187:25 194:24
  195:6 197:19
**wanting** 27:11
**wants** 166:24
**warehouse** 77:21,22 107:19 140:18
**warehouses** 23:8 52:17
**wasn't** 14:2 15:22 17:11,13 27:20
  29:3,18 68:24 88:10 93:8 117:22
  130:16,16,24,25 133:13 144:5,7
  144:19 149:6 157:18,18 163:21
  163:24 164:18 178:24 179:5,12
  183:2 195:6 196:18
**way** 13:6 28:2 36:5,8 49:12 75:24
  94:9 122:19 123:22 124:13
  125:16,19 128:14 136:25 142:8
  151:6 157:7 167:18 196:21
  197:20 212:16
**ways** 44:9,21 46:3 62:13
**WC&F** 174:8
**we'll** 17:18 41:6 80:3 81:14 119:16
  145:25 151:18
**we're** 28:13 36:10 61:25 95:17
  96:20,21 120:19 122:16,20
  125:19 133:9,9,18 134:12 146:6
  189:12 196:19 208:24
**we've** 30:12 79:20 118:12
**wean** 58:22
**wearing** 8:21
**web** 1:17 4:9 5:12 11:2
**website** 188:23
**week** 26:10 37:15,16,17,19 74:12
  88:7 95:7 111:24 115:22 125:25
**weekends** 95:4
**weekly** 174:12
**weeks** 26:10 43:13 55:24 114:9
  115:3 119:21 182:8,13 186:19
  199:17
**weird** 82:17
**went** 10:4 15:4,16 31:19 32:8 34:25
  95:10 107:6 111:5 113:4,17 128:8
  140:8 141:13 176:12 204:16
**weren't** 179:15
**WhatsApp** 39:22 152:8,23 173:25

174:18,25 211:20
**WHEREOF** 212:18
**white** 124:24
**whittle** 54:15
**wholesaler** 23:2
**wholesalers** 83:10
**wholly** 54:4
**win** 83:20
**window** 129:13
**winning** 186:8
**Winterbery** 6:2
**withdraw** 181:11 200:22 201:2
**withdrawn** 187:8
**witness** 1:15 4:7,20,23,25 5:11,15
   5:18,23 6:2 8:15 48:22 76:24
   79:23 169:20 171:17,22 177:20
   208:17,24 209:3 211:4 212:7,12
   212:18
**won** 81:19 82:8 112:5,8,24 113:13
   113:15 116:6 117:8
**wonder** 16:18
**wondering** 181:10
**word** 155:19
**words** 41:10 75:25 200:8
**work** 12:8,14 13:18 14:10 15:4,17
   16:21,22 26:14 28:12,18,22 29:18
   42:7,8 52:7,9,21 53:5 56:12,16,17
   56:23 57:22 59:22,22 69:13 78:21
   88:11,21,24,25 93:12 94:3,24,24
   97:6,7 100:14 104:10 108:14,20
   110:17,17,18 111:20 119:22
   125:21 126:5 127:14 153:14
   154:7 157:14 158:2,4,5,7 159:11
   159:23,25 160:2,14 166:25 176:3
   183:24 184:6,12,14,25 192:10,17
   193:14 196:24 198:10 199:12,14
   199:25 200:7 201:8,20 202:14
   203:13
**worked** 10:9,10,17 11:11,14,22
   12:2,13,14,18 13:25 23:20,25
   38:18 46:3 100:2,25 114:25
   139:15 155:22 204:9,9 205:15
**working** 12:17 13:12 14:5,5 16:2
   17:6 18:11,15 20:7 23:24 25:4,19
   26:6 33:21 34:9,17 44:16 51:20
   52:25 54:14 61:20 70:21 73:22
   78:6,23 85:4 91:13 92:15 94:17
   95:4,6,12,14 101:12,19,20 102:2
   108:4,12 126:20 127:9,11 134:21
   142:11 144:24 154:8,20,23 155:9
   155:11,12,16 176:9,18 200:12
   202:20
**works** 22:6,8 111:15 128:14 130:5
**world** 94:6 97:23,24 139:22
**worth** 207:9
**wouldn't** 16:19 164:17
**write** 50:20 60:21 64:2 66:22 75:9
   76:25 82:11 93:23 98:18 102:11
   102:22 105:17 110:7 114:24

118:11,18 119:2 146:13 167:3,18
   170:11 175:17 177:6 179:23
   180:3 185:18 186:21 188:22
   189:3 190:23 203:9
**writes** 106:16 116:22 164:21 177:7
   187:13 188:19,20,21,22,25
   189:23 191:18 192:15 193:8
**writing** 99:2 177:11 195:14,23
**written** 4:15 29:17 106:14
**wrote** 29:2 50:17 58:7 76:16 80:7
   98:11 104:20 110:4 118:5 146:2,6
   146:7,11 147:11,12 161:19
   165:24 168:12 169:17 175:8
   178:8 181:2 183:17
**Wu** 116:18 120:14,15,18 121:5
   125:20

---
**X**
---

**X** 1:3,11 71:8 211:2,7

---
**Y**
---

**Yacka** 196:22
**Yahoo** 11:14
**yeah** 10:15 26:11 40:6 50:18 61:21
   65:9 81:13 86:13,13 88:6 104:2
   105:16 144:23 155:7 165:25
   167:12,14 169:14 191:18 199:24
**year** 13:16 63:13 71:14 100:18
   111:18,23 124:6 135:17 197:15
**years** 10:10 12:4 26:21 35:16 65:25
   66:2,13 93:10 124:3 127:10,12,15
   127:24 137:17
**yellow/white** 58:20
**Yep** 170:11 186:21
**yesterday** 177:6
**York** 1:2,20 2:5 5:20 210:23 212:5

---
**Z**
---

**zero** 162:21
**zoom** 4:9 9:4 48:18 60:6 63:15
   80:15 85:25 98:6 104:15 109:22
   116:10 117:24 131:22 152:7
   173:10 174:23

---
**0**
---

**07068** 2:10

---
**1**
---

**1** 13:22 49:9 75:7 96:2 118:5,22
   121:17 125:15 132:11 140:9
   211:9
**1-800** 12:19
**1.6.1** 86:19 93:4
**1.6.2** 167:18,23 168:9,12 171:13,17
   173:4,18,20,24
**1.6.4** 173:12,19
**1:00** 151:11
**1:23-cv-07987** 1:6
**1:28** 179:22

**10** 80:19 118:3,4 211:18
**10/15** 137:17
**10:00** 1:12
**10:20** 175:8
**10092** 152:13
**10095** 175:4
**104** 211:15
**109** 211:16
**11** 80:8 94:14 131:25 135:12
   165:12 172:2 211:19
**11:32** 170:11
**11:35** 80:3
**110** 141:3
**11570** 2:5
**116** 211:17
**118** 211:18
**12** 48:2,8,24 49:20 50:25 51:25
   53:11,17 54:9,24 56:11,25 57:24
   152:5 171:3 211:20
**12:13** 177:5
**13** 60:14 61:7 173:8 211:21
**131** 211:19
**14** 176:2,22,25
**15** 48:13 63:21 86:3 89:21 90:21
   94:23 139:3 140:22
**152** 211:20
**16** 131:8
**17** 131:8 177:5 179:22 183:16,25
   184:12,25
**172** 211:21
**17348** 94:18 211:14
**17426** 104:22 211:15
**17801** 110:6 211:16
**18** 98:12 101:11 102:20 104:20
   105:15
**18198** 116:17 121:5 211:17
**18444** 118:8 211:18
**18445** 132:5 211:19
**18447** 138:4
**18452** 142:20
**19** 186:21 190:22 192:15
**1990** 9:23

---
**2**
---

**2** 59:25 60:4 211:10
**2:19** 182:6 183:17
**2:21** 185:19
**20** 83:15 95:4 110:5 111:25 147:16
   193:8 195:3 203:9
**20-plus** 35:16
**200** 198:16
**2010** 11:17
**2011** 10:4
**2018** 137:18
**2019** 137:18
**2021** 174:14
**2022** 204:20
**2023** 14:11 17:6 25:17 137:20,23
   165:12

**2024** 1:12 210:11,21 212:20
**20th** 110:23
**21** 141:14
**23** 13:17 16:6
**24** 1:12 88:13 210:11
**24/7** 108:4
**25** 80:20 81:14
**25th** 120:18
**265** 2:5

---
### 3

**3** 63:18 211:11
**3:00** 49:21
**3:20** 209:4
**30** 83:15 127:10,12,15,24
**300** 130:3
**3073** 60:16 211:10
**3098** 63:22 211:11
**31** 115:24
**3128** 80:10 211:12
**3154** 85:18 211:13
**33** 139:12 141:14
**3PL** 196:22
**3PL's** 185:14

---
### 4

**4** 80:13 211:12
**45** 11:20
**48** 138:24 139:12 140:21 141:9,14
**49** 211:9

---
### 5

**5** 85:23 175:22 211:5,13
**50** 2:5 45:18 134:23 165:5,18,22
  167:8
**55** 138:18,24 141:5

---
### 6

**6** 98:9,15 211:14
**6.4** 173:19
**6/17** 181:19 182:6 186:14
**60** 126:18 211:10
**63** 211:11
**6607** 6:2
**6th** 36:23 192:17 199:5

---
### 7

**7** 104:18 211:15
**75** 2:10 173:2 211:21
**78750** 6:3

---
### 8

**8** 109:25 211:16
**8:37** 164:20
**8:41** 193:8
**8:57** 186:21
**80** 211:12
**85** 211:13
**8935** 48:25 211:9

**8th** 212:19

---
### 9

**9** 52:16 77:15 86:19 116:13,15
  121:4 152:14 153:11 211:17
**9:03** 190:22
**9:43** 192:15
**9:56** 165:3
**94** 9:25
**95** 67:7,9
**98** 211:14
**99** 39:23 67:10
**9mm** 51:9