# EXHIBIT K

**Page 1**

```
1   UNITED STATES DISTRICT COURT
    FOR THE STATE OF NEW YORK
2   CASE NO. 1:23-cv-07987-AS
    ------------------------------------------X
3   GO GLOBAL RETAIL LLC,
4                        PLAINTIFF,
5           V.
    DREAM ON ME INDUSTRIES, INC.,
6   And DREAM ON ME, INC.,
7                        DEFENDANTS.
    ------------------------------------------X
8           T R A N S C R I P T of JEFFREY STREADER,
9   and the stenographic notes of the proceedings in the
10  above-entitled matter, as taken by and before, TRACY
11  COOK, a Certified Court Reporter and Notary Public of
12  the State of New Jersey, held remotely via Zoom on
13  Monday, September 30, 2024, commencing at approximately
14  10:01 in the morning.
15
16
17
18
19
20
21
22
23
24
25
```

**Page 2**

```
1   A P P E A R A N C E S:
2
3   FALCON RAPPAPORT & BERKMAN LLP
            Attorneys for the Plaintiff
4   265 Sunrise Highway, Suite 50
    Rockville Centre, New York 11570
5       BY:  STEVEN C. BERLOWITZ, ESQ.
            JESSICA MOORE, ESQ.
6           MOISH E. PELTZ, ESQ.
7
    GREENBAUM, ROWE, SMITH & DAVIS LLP
8           Attorneys for the Defendants
        75 Livingston Avenue
9   Roseland, New Jersey 07068
        BY:  THOMAS K. MURPHY, III, ESQ.
10
11
12
    ALSO PRESENT:  JENNIFER BELARDO
13
14          *       *       *
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1       I N D E X   O F   W I T N E S S
2   WITNESS    DIRECT   CROSS   REDIRECT   RECROSS
    JEFFREY STREADER
3   MR. MURPHY  5
4   I N D E X   O F   E X H I B I T S
5   EXHIBIT      EXHIBIT       PAGE
6   NUMBER   DESCRIPTION
7   1    notice                   8
8   2    28-page document        14
9   3    confidential document    29
10   4    nondisclosure agreement  32
11   5    e-mail                   34
12   6    2-page document          36
13   8    e-mail                   43
14   9    e-mail                   45
15  10    e-mail                   52
16  11    e-mail                   58
17  12    e-mail                   63
18  13    e-mail                   64
19  14    e-mail                   65
20  15    e-mail                   66
21  16    e-mail                   67
22  17    e-mail                   69
23  18    two-page document        72
24  19    3-page document          72
25       E X H I B I T S (Continued)
```

**Page 4**

```
1       EXHIBIT              PAGE
2   20   6-page document      73
3   21   DELOITTE document   74
4   22   HILCO document       75
5   23   2-page document      78
6   24   presentation         79
7   25   letter               95
8   26   article              96
9
10  (Retained by Counsel.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 5

J E F F R E Y S T R E A D E R, called as a witness, having been first duly sworn by a Notary Public of the State of New Jersey, was examined and as follows:

DIRECT EXAMINATION BY MR. MURPHY:

Q. Good morning, Mr. Streader. My name is Tom Murphy. I'm from the law office of Greenbaum Rowe Smith & Davis and we represent dream on me industries incorporate can and Dream On Me Industries, Inc. In a case that was brought by Go Global Retail LLC. You understand that you are here this morning for your deposition in connection with this case; is that correct?

A. That is correct.

Q. And you're appearing both in your individual capacity and as the corporate representative witness in response to federal rule 30B6; is that correct?

A. That is correct.

Q. How many times have you been deposed before?

A. Zero.

Q. Then I'm going to go through some brief instructions with you before we get underway. Even though we are in a somewhat informal setting today via Zoom, you are under oath the same way you would be if you were testifying in court. The court reporter who you should be able to see on your screen, Tracy, is

Page 6

going to be taking down everything that is said while we are on the record here today. She can't transcribe nods or other nonverbal gestures so she needs a verbal response. It is important that we don't talk over one another and you let me finish my question before you give your answer even if you know where I'm going with the question. If you don't understand a question, let me know. I will rephrase it. If you understand it, I'll assume you understood the question. If you don't know an answer, we don't want you to guess but you may approximate and then if you need a break for any reason just let me know.

A. Okay.

Q. Just not while a question is pending and then since you're both here individually and as the corporate representative, there may be things that were not within your personal knowledge so you will to have testify about if you they are covered by notice; do you understand that?

A. Yes, I do.

Q. Okay. Besides your attorney, did you speak with anyone else in preparation for today's deposition?

A. No. You are very, very loud.

MR. BERLOWITZ: Off the record.

(Off the record.)

Page 7

Q. Okay. I think you had said that you did not speak to anyone besides your attorneys in preparation for this deposition; is that accurate?

A. Correct, I did not. Not my team, not my wife.

Q. Did you review any documents in preparation for this deposition?

A. Unfortunately not really.

Q. And when you say not really, were there any that you reviewed?

A. Um, just what was sent. It was just what to expect was like the package that was sent. That was it. The nine-page document. That is it. I think it was nine.

Q. I'm going to go ahead and share my screen.

MR. MURPHY: And Steve, what I'm going to do with the exhibits today because I have a bunch of documents I may or may not be using them all. I'll mark them, I'll refer to the Bates numbers and then I will share my screen and I think, they should all be documents that are either we all have copies of or are public physically available. If you have any issues with any of them, we could go down that road then I would provide them to the court reporter after the fact if that works for you?

MR. BERLOWITZ: That is fine. Thank you.

Page 8

Q. Can everybody see my screen now?

A. Yes. Can you take it from 125 or 120 just to go a little larger.

Q. Sure.

A. Perfect that is it. A little smaller.

Q. How is that?

A. There you go. It is perfect. Thank you.

Q. And I'm going to mark this Exhibit 1. It's a notice of federal rules of procedure 30B.6 deposition of Global Retail, LLC. It is a nine-page document. I'm going to slowly scroll down.

(Exhibit 1 marked for identification.)

A. If you want to go to the portions I'm assuming you have questions about --

Q. I was going to say as I'm going through some of the exhibits some of the documents are going to be several pages but after I'm done it is going to be a small amount of documents that I'm going to try to streamline the process I'll go to. If you want me to slow down or show more of the document I will do that if that's okay with you just to try to move this along as, you know, as efficiently as possible.

A. Yup. Perfectly fine by me.

Q. And just so I get to the bottom, is this the nine-page document that you were referring to?



Page 9

1    A. Yes. Yes. Yes, it is.
2        MR. BERLOWITZ: If you could just let him
3    finish the question before you answer so the court
4    reporter can take it down.
5    A. Got it.
6    Q. And Mr. Streader. Did you review, there are 12
7    issues or topics that were listed on this notice. Did
8    you review these issues and topics?
9    A. Yes.
10   Q. Did you bring any documents with you today?
11   A. No.
12   Q. In connection with the issues and topics in this
13   notice, I take it since you did not speak to anyone on
14   your team, that you did not need any additional
15   information from your team to provide answers related to
16   these topics?
17   A. No.
18   Q. And I think I may have asked kind of a poor
19   question there. Did you need any information related to
20   any of these topics that was not within your purposeful
21   knowledge?
22   A. What is the question?
23   Q. Related to the topics in this notice, were all of
24   these within your personal knowledge?
25   A. Well, when we go through, I'll let you know. I

Page 10

1    don't remember right now. I don't remember.
2    Q. Understood.
3    A. Okay. It was not a lot of planning. There was
4    not a lot of going back and studying and reading notes
5    if that's what you're getting at. I didn't do that.
6    I'm going to go from memory and I'm going to speak to
7    each question that you ask.
8    Q. Okay. I just want to get to some basic
9    background information. What's your highest level of
10   education?
11   A. I have a bachelors degree in business
12   administration from a college in New Jersey which today
13   is called Richard Stockton University.
14   Q. And what did you major in in Stockton?
15   A. Business administration.
16   Q. And what year did you graduate?
17   A. '81.
18   Q. Can you just briefly walk me through your career
19   post college?
20   A. Out of college I joined a firm called Oxford
21   Industries, O-X-F-O-R-D, based in Atlanta, Georgia. I
22   joined the New York office, the commercial team for
23   business development. Oxford was publically traded on
24   the New York Stock Exchange and I was brought in to
25   cultivate and to build new businesses. I stayed with

Page 11

1    Oxford until 1999. It was a wonderful company and it
2    gave me the opportunity to really learn the industry. I
3    left and jumped into this craze in 1999 called.com and I
4    joined an L.A. based firm where the founder of Oracle
5    one of the founders Benny Alagem, started this company
6    that was creating what was what today would be called an
7    on-line market place bringing buyers and sellers
8    together. Some people today know that as Amazon but
9    that wasn't around back then and we were this was a B to
10   B marketplace. Two years later in 2001, the .com bubble
11   burst and technology went ^all technology spin was
12   halted. I enjoyed that I should say because the
13   technology that I learned at that point was a
14   development element for me personally that was super
15   important as I moved through my career in the years
16   after that. And then after that I -- in 2001, I joined
17   a company called Vanity Fair Corporation, VFC. It was
18   the second largest apparel company in the world. It is
19   based in the south and we moved from New York to
20   Nashville in 2001. My son was born at that time, 911
21   was at that time. We moved down to Nashville and we
22   lived there for five years. VF was great. I stayed
23   there for five years and then I accepted a position to
24   come back to New York City. Loved and missed New York
25   and came back to become the president of an apparel

Page 12

1    company called Kellwood. K-E-L-L-W-O-O-D. Publically
2    traded on the New York Stock Exchange, two-and-a-half
3    billion dollars. I ran 13 divisions, I ran all back
4    office operations, technology, logistics, production,
5    inventory. All of it. We were acquired in a hostile
6    takeover by a private equity firm called Sun Capitol in
7    2008. Sun Capitol had intentions that I was not aligned
8    with in how they were going to manage the business.
9    They never mentioned the word customer. I left Sun
10   Capitol slash Kellwood in 2008 and moved to Manhattan
11   Beach to join Guess Denim, Guess Jeans to run global
12   operations for Guess, a 1.7 billion dollar company. In
13   2008 there was a global recession that hit part of here
14   in the United States but at Guess we crushed it. Our
15   revenue went from 17 to 25. I was responsible for Asia.
16   We crushed it. Europe, Asia, North America managing all
17   elements of the back office, the engine for the
18   company's global growth, I was there for three years. I
19   left the company and in 2011, in 2011 and I joined an
20   L.A. based private equity firm called Marlin Equity.
21   Marlin like the fish. Marlin had six-and-a-half billion
22   AUM assets under management and they were looking to
23   expand into the consumer vertical. And I was hired as
24   operating partner to come in and to lead their
25   diligence, their thesis, their strategy into the



Page 13

1  consumer vertical. I spent three years at Marlin and
2  then I left in 2014, to join Oak Tree Capitol inside as
3  operating partner and an Australian company called
4  Billabong. I was the global chief operating officer for
5  this multibillion dollar company, traded on the Sydney
6  Exchange, running all global operations. I was
7  responsible for teams in Europe and the United States in
8  Orange County and in Australia and I traveled back and
9  forth to all of these places as we expanded our retail
10 footprint and we grew our brands globally.
11     After leaving Oak Tree Billabong in 2015, I
12 decided I could do this myself and I set out in 2016 to
13 establish my own private equity firm called Global
14 Retail. I spent years, 16, 17, raising capitol around
15 the world, I'm not a wealthy individual, I'm a hustler
16 and I went around to meet with people that were
17 interested to invest into retail brands, retail brands.
18 And I spent 19 months meeting with some of the largest
19 manufacturers of apparel footwear and textiles in Asia,
20 the middle east and Europe to invest into Go Global.
21 And then we sought out to begin the journey of getting
22 into the process and meeting with self side bankers
23 representing companies that were for sale and got into
24 the process in 2018 and I -- I had the distinction of
25 being the founder and managing partner at Go Global

Page 14

1  since that time of really 2017. So that's my career.
2  I'll just add a couple of things. I'm in several other
3  boards. I'm in the board of not-for-profit in
4  Washington D.C. that's called Wrap that workers rights
5  and pay and cleanliness and, um, for workers in the
6  apparel, footwear and textile industry. We are based in
7  Washington D.C. and I've been on that board since 2007.
8  I'm also on the board of a company called GK Global
9  which is a textile manufacturer in Honduras. And I sit
10 on the board of all of the assets that Go Global has
11 acquired usually in a nonoperating role yet in the case
12 of, um, most of companies I act as chairman and to
13 empower management to do their job. So that is the
14 history of Go Global.
15     Q. And at this point, what percentage of Go Global
16 do you own?
17     A. Go Global Retail?
18     Q. Yes.
19     A. I'm the sole shareholder.
20        (Exhibit 2 marked for identification.)
21     Q. I've just shared my screen. Again, what I'm
22 going to mark as Exhibit 2. It is a 28-page document.
23 And it's a presentation or slides entitled Go Global
24 Brand Investment Platform. Mr. Streader, is this a
25 document that you have seen before?

Page 15

1     A. Yes.
2     Q. Okay. Can you identify for me the team members
3  who worked on the Buybuy BABY project with you?
4     A. I can. So the first person that you have landed
5  on here on page 20, on page 23, 24, Christian Feuer. He
6  was involved in the buybuy BABY process.
7     Q. And in that process, what would his role have
8  been?
9     A. His role would have been development of the
10 acquisition thesis. Working with finance to identify
11 and challenge finance or potential risks and scenarios
12 where the case that we were building were non-obtainable
13 and to look at the overall marketing and customer
14 acquisition thesis that the company was supplying at the
15 time of the project and how we would approach building
16 the funnel for new customers in the future.
17     Q. Did Yuen Chau work on the project?
18     A. Yuen Chau did work on the project and he was
19 responsible for capital. He's responsible for -- he is
20 responsible for both raising of debt and equity and he
21 worked on the capital structure and his input are also
22 important with our legal team, with the team of Jeff
23 Berkman, the team of Falcon Rappaport & Berkman as we
24 talked about.
25        MR. BERLOWITZ: I don't want you to -- I'm

Page 16

1  just going to interject here. Do not say what you spoke
2  with your attorneys about.
3     A. Okay. So --
4     Q. I will give you an instruction real quick. You
5  can tell me you spoke to your attorney but don't tell me
6  what you spoke to them about.
7     A. Okay. Got it. So Yuen was responsible for
8  capital raise and legal and then HR, he was responsible
9  also for HR. Meaning, we would look at the census, we
10 would look at the number of people that were employed in
11 New Jersey at the time, we would determine looking at
12 their healthcare costs, we would look at their benefits
13 program and we would begin to put together our benefits
14 program of how we could provide them service. So HR,
15 legal, finance, capital raise.
16     And you could look at his background. So he has been
17 with Morgan Stanley, Citi Group, UBS. He has an
18 impressive background.
19     Q. And he is still a senior partner at Go Global
20 today?
21     A. Yes. Yes.
22     Q. And Mr. Feuer is still a managing director?
23     A. It's Feuer like foyer in your house. He is still
24 managing director.
25     Q. Okay. Thank you. Was Chris Schreiber involved



Page 17

1  in the project?
2     A. Absolutely. Chris was and she is -- is supply
3  chain and Chris was responsible for looking at supply
4  chain which would include current vendors. How we would
5  get vendors to go forward with us because they were not
6  A, how to streamline the vendor process. And she was
7  also a partner with Debra Garguillo in looking at the
8  retail needs as we tried to come up with a retail fleet
9  that we could afford to operate in the beginning based
10  upon the distress state that the business was in. So we
11  would -- she was a part of that retail modelling and
12  supply chain operation modelling diligence.
13     Q. And you mentioned Debra Garguillo. I take it she
14  also worked on the project?
15     A. Absolutely. She drove the financial modelling
16  she -- Debra was the person that of all of the
17  difference versions that you may or may not have seen
18  and they were her driving the changes and Debra and I
19  could see from her impressive background, if you look to
20  see if at Polo Ralph Lauren, at Club Monaco and we met
21  at Guess and she was CFO in Guess Europe she has a
22  really impressive background. She is solid.
23     Q. I believe Thoryn Stevens worked on the project as
24  well; is that correct?
25     A. He really -- he did a lot of work and he is

Page 18

1  responsible for both infrastructure and digital
2  technology. And he dove in and it was a complex
3  environment at Bed Bath & Beyond and antiquated
4  expensive platform and Thoryn spent significant time
5  breaking down the different scenarios that we could
6  consider without putting too much risk on the business
7  that we could afford based upon the cut away and standup
8  of technology for new co.
9     Q. Was Dyana Vanderpols involved at all?
10     A. Dyana Vanderpols was not involved because she is
11  in Europe.
12     Q. And how about Mike Weller?
13     A. Mike Weller was not involved.
14     Q. Was Bud Mcullar?
15     A. Bud Mcullar opened the relationship and Lazard.
16  Bud Mcullar helped us get to the table. He was not
17  involved in operational diligence. He's really in the
18  sales side, banker relationship and getting deals for Go
19  Global so on the peripheral.
20     Q. Maurizio Odipanini (phonetic) I think I probably
21  butchered that a little bit. He is in Europe, could I
22  expect he was not involved?
23     A. Okay. He was not involved.
24     Q. And how about Sophia Pinalli?
25     A. She was not involved.

Page 19

1     Q. Okay.
2     A. You're missing. Was there some more people?
3  There was another page. Keep going back. There was a
4  page that had organizational --
5     Q. No, that is it. You had a page that showed like
6  an org chart?
7     A. An org chart. Yeah. Right there. Eric Fong.
8  Oh, Jeez. You just pointed out a flaw. So Eric Fong.
9  Do you see him?
10     Q. I do, yes.
11     A. He is the demand management. He is inventory
12  management. He is responsible for looking at their
13  inventory, looking at the profile of their inventory.
14  Looking at the broken sizes of their inventory and
15  helping us size up what we need through our revolver,
16  our asset based loan to get the business rolling again
17  post acquisition based upon studying pre acquisition.
18  He was intimately involved.
19     Q. One more.
20     A. Jimmy Choi. Jimmy Choi. Jimmy Choi is second
21  from the bottom.
22     Q. Yes.
23     A. Jimmy Choi is in Hong Kong. Jimmy Choi worked
24  for me on two different stops in Asia. He is a manager
25  of overseas operations and he was involved in looking at

Page 20

1  the supply chain and having conversations with us about
2  if we needed to go and have top to top meetings and the
3  supply chain was broken and he's a supplier vendor in
4  Asia would not ship to us because they had not been
5  paid, Jimmy would manage that. So he was our front
6  person ready to be deployed not in -- because he is in
7  Hong Kong, because which is a plus, 12 hours from there
8  plus 15 from L.A. where I live. He was involved in that
9  perspective of getting us back into supply chain mode.
10     Q. I'll represent to you that is the org chart that
11  I saw. Are all of the individuals listed on the OR G
12  organizational chart full time employees of Go Global?
13     A. Some, no. No. They are not. So Chris currently
14  it's Chris, Yuen, Fong, Eric Fong, Chris Yuen, Christian
15  and myself. Deb and Thoryn are not full time. Sorry.
16  And on the right side no, they are not full time. So
17  they are fractional. Maurizio -- everybody on the right
18  is fractional and everybody down below is fractional
19  except for Chris and Fong.
20     Q. Would they be considered independent contractors?
21     A. Everybody is. So I -- I do not do -- they are
22  all 1099s so we are a success based organization and so
23  we -- we eat what we kill and so everybody is motivated
24  to work hard and diligent and get the deal done because
25  that is how we're rewarded.



Page 21

1    Q. I see. So do you have any W2 employees?
2    A. No. None, zero. All 1099. Hence the importance
3 of getting deals done.
4    Q. Now, and I believe that your records in this
5 presentation here, can you tell me what companies Go
6 Global has an interest in?
7    A. So we acquired and sold, today we have an
8 interest today -- we have an interest in a company in
9 San Francisco called Janie and Jack which is a children
10 wear company. We acquired that in 2002. We acquired a
11 company in -- excuse me. Not two. Two -- not --
12 excuse me. Jeez. 2021 is when we acquired Janie and
13 Jack, 2021. And if I can -- let me just do the whole
14 suite. In 2020 we acquired Mod Cloth. M-O-D-C-L-O-T-H
15 a women's fashion brand from Walmart. We have sold
16 that. In 2021 we acquired Janie and Jack from the Gap.
17 We own this. We own this. In 2022 we acquired Brums
18 Milano,B-R-U-M-S Milano and this is -- this was acquired
19 out of a coladottal which is an administrative process
20 in Rome. In 2023 we spent all of our energies on
21 several projects including buybuy BABY and we did not
22 get that and we did not do a deal in 2023. And that is
23 part of my issue when you said is Den and Thoryn full
24 time and said it is fractional because you eat what you
25 kill. In 2024 the year that we are in we closed today

Page 22

1 on a project. Today.
2    Q. Okay. What project are you closing on today?
3    A. It's called Hatch Collection. And so what you're
4 seeing and hearing is a theme here. It's kids. It's
5 about kids. Hatch Collection is a maternity brand so we
6 have maternity, then we have Janie and Jack kids and we
7 have Brum Milano, kids. Buybuy BABY was perfect for us.
8 It was perfect which is why we put in the thousand of
9 hours that we did.
10    Q. In the other companies that you just mentioned
11 that Go Global has had or currently has an interest in,
12 did Go Global put any capital into the acquisition?
13    A. No. We are a general partner that recruits
14 capital from family offices and hedge funds into us
15 because Tom, because we are from the retail industry, we
16 have deep industry experience and knowledge in the
17 space. We are not generalists for agnostic to sector
18 and investors we have found like this and we have many
19 people that are coming to us now because they want
20 professionals on the team to manage their investment.
21 So we do not put in our cash, we don't have cash. We
22 put in cash of people that want to have a sponsor that
23 understand intimately the industry.
24    Q. And then in general, are you paid a management
25 fee or any fees as time goes by or are you only paid

Page 23

1 upon exit?
2    A. So we received a sponsor fee and a diligence
3 fee -- and diligence fees at close. And we work off the
4 of a 2 and 20 model. Which is a two percent management
5 fee and 20 percent carry, which you're shaking your head
6 so you -- this is -- we didn't invent it. You
7 understand what it is. A standard in our industry.
8    Q. And that was your intention with buybuy BABY?
9    A. It was our intention with buybuy and I -- and it
10 is -- what we will do on every project that we close
11 like Hatch today and the other project that we are going
12 to close in another month. So we're active in the space
13 and we work hard with our thesis. We have investors
14 that jump in based upon our thesis and institutional
15 knowledge and then they grant us a two and 20. Correct.
16    Q. And so you just mentioned your thesis and I
17 happen to be actually on the thesis slide here. Can you
18 expand upon that and tell me what about what Go Global
19 has to offer?
20    A. I wouldn't look at that because quite honestly,
21 Tom it's dynamic. It varies from acquisition to
22 acquisition based upon where the brand is in their life
23 cycle. Some brands, which are perhaps, part of a large
24 corporate platform like buybuy Baby have been unable to
25 evolve based upon the lack of capital that's available

Page 24

1 for a particular brand. So in the case of buybuy BABY,
2 it's where their systems were behind and unable to
3 provide them the data that they needed to really
4 understand that this is both to analyze it and to make
5 changes proactively. And they also had other elements
6 of their business that they had not invested in which
7 includes to some degree people in process. Sometimes
8 this is where we lean in by evaluating their people,
9 processes and tools and we make changes to that, not
10 intending to run the company but make changes to that to
11 bring them up to a current environment where they could
12 compete with a multichannel digital world and other
13 times it is because just one or two components of their
14 business are off. So it is not going and it is a reset.
15 It's evaluating almost like when you go to your doctor.
16 It is you're a complete checkup of the business.
17 Looking at their strengths and their weaknesses because
18 of the various people that I have on the team that have
19 this background from the retail industry, but we were
20 going to make the change so our core thesis is built on
21 the technology starts with the brand and the customers,
22 the consumer but then how do we attract her. How do we
23 engage her. How do we message her and do we have the
24 right product. And that is really how we approach every
25 single opportunity at buybuy BABY. It was a heavy lift.



Page 25

1  It was a heavy lift and we knew it.  And we knew it.
2     Q.  I'm about to stop sharing my screen.  I don't
3  know if I noted the Bates stamp when I put this up but
4  the presentation starts at Bates number DOM0001054.
5     A.  Was there a date on that presentation?
6     Q.  I'll put it back up in one second.
7     A.  It's okay.  You could just check offline.  You
8  can't do it.  You would look at in the naming convention
9  on the naming convention of the file.
10    Q.  Oh.  You know, I think this is honestly I renamed
11  it for my purposes of organization today so.
12    A.  It doesn't matter.  They continue to evolve and I
13  tell you, the ones that we are showing today are -- they
14  continue to evolve.  You have to -- retail is different.
15  It's -- I mean, everyday is -- it's different.  You
16  cannot stay put.  You have to continue to press, to
17  press, to press.  You have to.
18    Q.  And as we are going through I will just for the
19  record say some of several of the exhibits that I'm
20  going to go through, there are numerous versions of them
21  for my purposes we probably only need to look at one or
22  two versions of them but just I recognize that there are
23  constantly changing numbers and different versions of
24  documents.
25    A.  And that's good and thank you for saying that and

Page 26

1  I'll tell you that they have to.  If we are static we
2  are dead.  We are dead.  You can't.  Just like the
3  Giants and Eagles right now.  If you don't change,
4  you're done.
5     Q.  Now, obviously, there came a point where you
6  became interested in acquiring buybuy BABY.  When was
7  that?  When did you first consider it?
8     A.  So early, early '23.  So Bud Mcullar on my team
9  was pressing and was it pressing to find out who was
10  representing Bed Bath and Beyond I'm leading into my
11  network, I'm leaning into my network.  I'm reaching out
12  to everybody asking who has the mandate and finally I
13  found out in maybe in Q1 late February, early March that
14  it was Lazard.  And so I started pinging the people that
15  I knew at Lazard and I was passed around.  I don't
16  remember the name of the person that I ended up with and
17  just introduced myself.  We own Janie and Jack.  We are
18  interested in buybuy BABY and then the responses that
19  were coming back were there is not a process yet.  It's
20  all about Bed Bath and Beyond.  There was troubles they
21  were in the press and they are -- and this with buybuy
22  BABY was considered the crown jewel but it was a much
23  smaller entity of the overall platform but they were
24  trying to hold on to that and then finally they reached
25  out to me in March of '23, I don't know the date.  I

Page 27

1  don't know the date.  It's, um, mid March of '23.  Maybe
2  by late March we were given access to a data room that
3  was, um, not good.  It was -- there was not anything in
4  it.  You couldn't do work.  And we had to start
5  pressing.  So around March.
6     Q.  Okay.  And that is the data room is maintained
7  by Lazard; is that correct?
8     A.  Yeah.  It was the Lazard data room.
9     Q.  And so you first received access to the Lazard
10  data room some time around March of 2023?
11    A.  I don't know exactly, Tom.  I would say yes.
12    Q.  Okay.  And then am I correct that over time more
13  and more documents and information were added to the
14  Lazard data room?
15    A.  Yes.  And, um, what happens is that because we
16  did not have exclusivity, we would ask the question and
17  they would populate the answer in the data room and then
18  there were -- we knew that we were driving the data
19  rooms population growth because they -- there were
20  answers to our questions, once in a while there was
21  another document that emerged but there were not many so
22  we could tell there was activity but it was -- we were
23  driving it.  Yes.  And so the data room grew based upon
24  our diligence.
25    Q.  Had you ever done a deal with Lazard before?

Page 28

1     A.  No, no.
2     Q.  And had you ever bought an entity out of a
3  bankruptcy auction before?
4     A.  Yes.
5     Q.  Which one?
6     A.  Brums Milano.  And that was very difficult.
7     Q.  And you bought that as a going concern?
8     A.  Yes.  We are operators.
9     Q.  And am I correct that your intention was to
10  attempt to buy buybuy BABY also as a going concern?
11    A.  Yes.
12    Q.  Did you, Go Global, consider purchasing the IP
13  only of buybuy BABY?
14    A.  No.  That is not our business, Tom.  We are
15  operators.
16    Q.  So that I'm correct that Go Global did not
17  participate in the IP auction; is that correct?
18    A.  No.  That is not our business.  No.  We want
19  people, inventory, we want -- we want to fix the house
20  but not, um, do a reset and there is many companies in
21  the industry today that buy the IP.  We want to fix it
22  and go with it and bring the people with us.
23    Q.  And I think I may have asked a double negative
24  question.  Just to clarify for the record.  Did Go
25  Global participate in the IP auction for buybuy BABY



JEFFREY STREADER                                    September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES              29–32

Page 29

1  movement?
2      A. Can you repeat that?
3      Q. Did Go Global participate in the IP auction for
4  buybuy BABY?
5      A. No.
6      Q. Am I correct that at some point you retained
7  Ankura in connection with your pursuit of buybuy BABY?
8      A. That is correct.
9        (Recess taken.)
10     Q. And what did you engage Ankura for in connection
11  with the buybuy BABY potential transaction?
12     A. Buy side advisor.
13     Q. Do you know approximately when you engaged them?
14     A. April. Approximately.
15       (Exhibit 3 marked for identification.)
16     Q. I'm going to share my screen. And we have marked
17  this Exhibit 3, it is a 14-page document. It's starts
18  at Bates number GG-0013368. I will also note that it's
19  marked as confidential and I think some of the other
20  documents were as well. And just for the record, the
21  documents marked as confidential are marked today and
22  used in connection with the protective order entered in
23  the case.
24       Mr. Streader, this appears to be, and I believe
25  there may be a few versions of this letter or agreement

Page 30

1  that this appears to be an engagement letter between
2  yourself and Ankura Capital Advisors. Do you recognize
3  this letter?
4      A. I do.
5      Q. Okay. This one is dated May 12th. I will
6  represent to you it's not signed. Do you know if you
7  officially engaged them some time in May of '23?
8      A. Yes. We did. Unofficially in April, officially
9  in May.
10     Q. Are you able to describe for me the scope of
11  Ankura's due diligence?
12     A. As our advisor, yes. Assisting in raising debt
13  financing. Assist in equity financing. Evaluation of
14  our investment thesis. Evaluation of the capital
15  structure and guidance on the capital structure. Buy
16  side advisor.
17     Q. Did there come a point during your pursuit of
18  buybuy BABY that you became aware of an entity known as
19  Dream On Me?
20     A. What was the question again?
21     Q. During your pursuit to buy buybuy BABY, at some
22  point did you become aware of an entity known as Dream
23  On Me?
24     A. Yes.
25     Q. When was that?

Page 31

1      A. Late May.
2      Q. And how --
3      A. It may be early June. I don't know.
4      Q. Before late May or early June, had you ever heard
5  of Dream On Me?
6      A. No.
7      Q. Okay. So they were completely unfamiliar to you;
8  is that correct?
9      A. Correct.
10     Q. Okay. How did you become aware of Dream On Me in
11  late May or early June?
12     A. Lazard called me and asked me if we would be
13  willing to entertain having Dream On Me invest into Go
14  Global for the acquisition as a limited partner.
15     Q. Do you know if Dream On Me had been in the Lazard
16  data room prior to that time?
17     A. When Lazard contacted me?
18     Q. Yes.
19     A. No, I didn't know.
20     Q. Okay. Do you know today if they had been in the
21  Lazard data room?
22     A. No, I don't know.
23     Q. Early June.
24     A. No, I don't know.
25     Q. Did you have the first contact with Dream On Me

Page 32

1  from Go Global or did somebody else from your company?
2        MR. BERLOWITZ: Objection. You can answer.
3      A. Are you asking was it me or somebody on my team?
4      Q. Yes.
5      A. I don't remember. I think it may have been with
6  Christian Feuer.
7      Q. Am I correct that there was a nondisclosure
8  agreement signed by Dream On Me in connection with this?
9      A. There was, yes. Tom, I'm -- we as standard
10  practice we have a nondisclosure agreement in any
11  partnership or investor conversations. And yes, we
12  presented it to Dream On Me and they signed it.
13     Q. I'm going to mark Exhibit 4.
14       (Exhibit 4 marked for identification.)
15     Q. It's a document entitled nondisclosure agreement.
16  It has a Go Global logo across the top of it. It's four
17  pages and it starts at Bates number DOM000031. Am I
18  correct that this is the nondisclosure agreement that
19  you were referencing?
20     A. Yes.
21     Q. And is that your signature under Go Global Retail
22  LLC?
23     A. Yes.
24     Q. Were you involved in any communication with Dream
25  On Me regarding the nondisclosure agreement before it



Page 33

1  was signed?

2   A. No.

3   Q. Regarding the NDA?

4   A. No. We send it and you either debate it if there

5  is changes or you sign it. So it's not what I do, Tom

6  it's -- so no, I'm -- not me personally.

7   Q. Do you know who would have handled that process?

8   A. Either Christian or Yuen Chau.

9   Q. Is this a standard form of agreement that you

10  send out frequently?

11   A. Every conversation, yes.

12   Q. So this was signed on June 10th of 2023 which I

13  believe was a Saturday. Do you know if you had had any

14  conversations with anyone from Dream On Me prior to this

15  being signed?

16   A. I don't know. If we did it was introductory in

17  nature.

18   Q. In connection with your attempted pursuit of

19  buybuy BABY, do you know approximately how many NDAs you

20  entered into with other entities?

21   A. I would say six.

22   Q. Do you know if all of them were substantially the

23  same form?

24   A. Yes.

25   Q. Do you know if you entered into an NDA with the

Page 34

1  Fung Group?

2   A. We did not.

3   Q. Did you discuss an NDA with the Fung Group?

4   A. No.

5      MR. BERLOWITZ: Are you saying Fung?

6   Q. F-U-N-G.

7      MR. BERLOWITZ: Let him ask you questions.

8   Q. I'm going to mark Exhibit 5.

9    (Exhibit 5 marked for identification.)

10   Q. It is an e-mail chain that has two pages. It

11  starts at Bates number GG-0028984. The second page does

12  appear to not have anything other than the

13  confidentiality notice. Mr. Streader, I would like to

14  direct you to the forwarded message that's dated May

15  11th of 2023 at I think it's 2:21 HTT time. Can you

16  take a look at that, quick look at that and review that

17  for me please?

18   A. Okay.

19   Q. Does this refresh your recollection that you

20  discussed the possibility of an NDA with the Fung Group?

21   A. Not really. I still don't remember it, no.

22   Q. Okay.

23   A. There are partners.

24   Q. And my question would be in this e-mail here, you

25  indicate that it is a simple NDA that we use for market

Page 35

1  conversations adjust if any clause or content is

2  troublesome. Not intended to be restrictive but

3  collaborative. Do you know if that same message was

4  conveyed to Dream On Me?

5      MR. BERLOWITZ: Objection. You can answer.

6   A. No, it wasn't because I know Spencer and Lee and

7  Fong intimately and I didn't know or do not know the

8  Dream On Me executives.

9   Q. Did Go Global ever make a qualified bid for the

10  buybuy BABY going concern?

11   A. No.

12   Q. Going back to Exhibit 4 which is the NDA with

13  Dream On Me. Is it your position that Dream On Me was

14  precluded from bidding on the IP even if Go Global never

15  bid?

16   A. They were in partnership by signing this, they

17  were joining our process as a partner. And, yes. That

18  would -- they were joining us and we treated them as a

19  intellectual partner. Not to become a competitor, yes.

20  That's the concept behind this nondisclosure agreement.

21  That they would not then learn from us and bid around

22  us.

23   Q. During the buybuy BABY potential acquisition

24  process, do you know if Go Global accepted NDAs with non

25  circumvention clauses that were not effective if Go

Page 36

1  Global did not bid?

2      MR. BERLOWITZ: Objection. You can answer

3  if you know.

4   A. No. We, um, no. We did not. I -- well, I don't

5  know of any, Tom. So no.

6   Q. Give me one second. I'm going to mark Exhibit 6.

7  It is a two-page document. It is Bates number

8  GG-0010724.

9    (Exhibit 6 marked for identification.)

10      MR. BERLOWITZ: 10724.

11      MR. MURPHY: Yes. 0010724.

12   Q. Mr. Streader, I recognize that you're not listed

13  as being on the e-mails that I have marked Exhibit 6.

14  However, they were produced by Go Global. Are you aware

15  of an NDA that was entered into with Queens Court

16  Capital?

17   A. I'm aware of Queens Court capital. Not

18  intimately because we never met with them. We didn't

19  go forward with them. We didn't go forward with them.

20  So they were trying to get into the process. I remember

21  -- I remember the conversation it says submit a fully

22  funded bid. Do you have an NDA? I don't remember it.

23  I don't remember us having an NDA with them.

24   Q. I will represent to you that I have not, I do not

25  have an NDA with them. I just have this e-mail chain



JEFFREY STREADER                                    September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES            37–40

Page 37

1  here.
2    A.  Yeah.  They were trying to get in and they were
3  wanting to get in but they weren't willing to be
4  forthright and I don't think we signed an NDA or they
5  signed an NDA and we certainly didn't have material
6  conversations with them.  Did not.
7    Q.  But it did get to the point where you were
8  willing to agree to the non-circumvention clause not
9  applying if Go Global did not submit a fully funded bid
10  for the -- is that correct?
11        MR. BERLOWITZ:  Objection.  You can answer.
12    A.  Not really, Tom.  It's -- we didn't give them
13  anything so if they were willing to say we want to come
14  in and put in, um, a piece of your capital stack, we
15  weren't going to give them everything we had put
16  thousands of hours into would have been sure we will
17  have you in as a minority investor role.  They are not
18  going to get access to everything especially in light of
19  this.  So no, we would have been willing to take their
20  money, yes.
21    Q.  I understand that Queens Court specifically did
22  not get off the ground, right?
23    A.  No.
24    Q.  I'm really just concerned with the in asking
25  about the non-circumvention clause that is in the May

Page 38

1  26th e-mail.  And it appears that that would have been
2  acceptable; is that correct?
3    A.  No.  Well, so not with us.  We don't accept
4  those.  So I -- that's -- I'll go back and look at --
5  ask my partners.  We are not on there and we didn't sign
6  an NDA with them.
7    Q.  I think you mentioned you thought there were
8  approximately six or so NDAs that were signed.  Do you
9  know approximately how many different investors you
10  reached out to?
11    A.  Maybe Go Global or Ankura.
12    Q.  I guess let's break it down.  If you know both.
13    A.  I'm going to guess at both.
14    Q.  I don't want you to guess but if you can
15  approximate.
16    A.  Go Global, ten.  Ankura, 50.
17    Q.  And how many investors gave you a firm commitment
18  of funds?
19    A.  Four.
20    Q.  Which four were those?
21    A.  Axar, A-X-A-R.  Cart, C-A-R-T.  George Myronic
22  who is Family Office.  Steve Hannon, Family Office.
23    Q.  Did you ever receive --
24    A.  One more.  One more.  Mid Cap.  M-I-D-C-A-P.
25    Q.  Did the Pero Family Office ever commit funds?

Page 39

1    A.  They did not commit.  They were interested.  They
2  were interested but did not commit.
3    Q.  The five that committed funds, do you know off
4  the top of your head how much they committed?
5    A.  It changed over time as the company continued to
6  deteriorate and the capital needed to stand up.  The
7  business grew and the assets shrank so it evolved over
8  time.  It was some more in the beginning.  When it was
9  70 million dollars.  And then it declined.
10    Q.  Did you ever speak to an investor known as Delta
11  Children's Enterprise?
12    A.  No.
13    Q.  So once, so once Dream On Me signed the NDA on
14  June 10th of 2023, were they given access to your Go
15  Global data room?
16    A.  Yes.
17    Q.  Okay.  Did that data room contain the
18  confidential and proprietary materials that are the
19  subject of this lawsuit?
20    A.  Yes.
21    Q.  Do you know how many meetings you or your team
22  had with Dream On Me?
23    A.  In person twice, via Zoom, many.  Via telephone,
24  many.  Ten.
25    Q.  And when you approximate the ten, are you lumping

Page 40

1  all of those in person, Zoom and telephone together?
2    A.  That may be light but let's just use ten.  Let's
3  just use ten meetings.  I could be light.  I don't know
4  what individuals had and how often my team had subject
5  matter experts from our side meeting with people on the
6  Dream On Me team.
7    Q.  And so these meetings would have started on
8  June 10th of 2023; is that correct?
9    A.  I'm not sure.
10    Q.  Okay.  That was the date that the NDA would have
11  been signed.  That was the same day the NDA was signed?
12    A.  There could have been introductory meetings prior
13  to that that were introducing our firm and what we do as
14  an investment firm into retail brands and for us to
15  learn about Dream On Me, I don't know if those meetings
16  which would have been on the fifth of June or whatever
17  date occurred.  But they were more getting to know one
18  another and to build the confidence in one another.
19    Q.  You mentioned two in person meetings.  How many
20  of those did you personally attend?
21    A.  Zero.
22    Q.  Did you attend one of the in-person meetings
23  virtually?
24    A.  Yes.
25    Q.  And for the people there in person, was that



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
41–44

Page 41

1   meeting at the Dream On Me office in New Jersey?
2     A.  What was the question again?
3     Q.  Was that meeting at the Dream On Me office in New
4   Jersey?  I know you were not there personally?
5     A.  Yes.  Yes.  That was at the Dream On Me office in
6   new Jersey.  And I'm trying to think if the person if
7   the first meeting which was at -- did I attend virtually
8   and no, so it was only the second one, correct.
9     Q.  Do you know the date of the in meeting that you
10  attended virtually?
11    A.  Middle June.
12    Q.  If I told it was the June 15th of 2023, does that
13  sound correct?
14    A.  Yeah.
15    Q.  Did you have any contact with Dream On Me after
16  the June 15th meeting?
17    A.  Yes.  Yes.
18    Q.  You personally?
19    A.  Yes.
20    Q.  What do you remember about the contact with Dream
21  On Me post June 15th?
22    A.  One of the members of the executive team asking
23  how is it going.  Are you going to bid.  Um, what are
24  you guys doing, what are you thinking.  It was
25  inquisitive about our intentions still with the project

Page 42

1   and if we were going forward and it was one of the --
2   one of the two executives on the team in asking me about
3   that.
4     Q.  Am I correct that the Go Global data room
5   included a significant number of documents that were
6   also available from the Lazard data room?
7     A.  It was a blend of organic documents that we
8   produced based upon our thesis and public data that
9   would have supported the foundation of -- initial
10  foundation of our model that was made available in the
11  Lazard data room.  Correct.
12    Q.  When you initially met with Dream On Me, did you
13  convey that Go Global intended on contributing capital
14  to the acquisition of buybuy BABY?
15    A.  The opposite.  Initially we were intending to
16  operate in some short role that we have which is general
17  partner.  And then later we were intending to put
18  capital in but we did not -- this is not our model.  It
19  was as general partner and not putting in capital.
20    Q.  Am I correct that there was a time where you were
21  considering contributing ▓▓▓▓▓▓▓▓▓▓from Go
22  Global towards the acquisition of buybuy BABY?
23    A.  Yes.
24    Q.  And was that true when you first met with Dream
25  On Me?

Page 43

1     A.  No.
2     Q.  Was it true at any point during your discussions
3   with Dream On Me?
4     A.  No.
5     Q.  I'm going to mark Exhibit 8.  It is a two-page
6   document.  You know, I actually, this one seems to be
7   missing the Bates number.
8         MR. MURPHY:  Jen, could you track down this
9   e-mail with the Bates number on it.
10        Off the record.
11        (Off the record.)
12        (Exhibit 8 marked for identification.)
13    Q.  So I will correct the record a bit later.  Mr.
14  Streader, this appears to be an e-mail from June 7th of
15  2023 from Kathleen Lauster at Ankura to you.  And at
16  least of that date, Go Global was intending on
17  contributing ▓▓▓▓▓dollars.  Was that true on
18  June 7th?
19    A.  Can you scroll down?
20    Q.  Sure.
21    A.  Can you get to my e-mail?  Just like to see what
22  I'm asking them.
23    Q.  This only has --
24    A.  It says Jeff e-mail.  Can we go to that one right
25  there so we can we go to June 5th or 6th.  I think this

Page 44

1   is her structure.
2     Q.  Okay.
3     A.  We talked about it but Go Global doesn't -- Go
4   Global is -- this was an SPV.  This was not a fund
5   document.  So it was either Family Office or other
6   investors that were coming in.  And that pledge from Go
7   Global was not concrete.  It was in trying to get to
8   that acquisition mark at ▓▓▓  So I just would like to
9   see the e-mail prior to that.  I could look in my e-mail
10  I don't -- it was a concept.  It is not one that if you
11  can -- I don't have a time stamp on that of it had to be
12  before that so a day or two prior by Jennifer.
13    Q.  Okay.
14        MS. BELARDO:  The Bates stamp for that document
15  is GG-0026966 through GG-0026967 for the record.
16        MR. MURPHY:  And Jen, if could you pull Mr.
17  Streader's e-mail they are asking for.  I would
18  appreciate that also.
19        MS. BELARDO:  Mr. Streader, can you repeat
20  the details of the documents you were referring to?
21        THE WITNESS:  It is the document that you
22  just showed.  The document you just showed was dated six
23  -- or June 6th or 7th and the subject matter was Jeff's
24  e-mail.  I would just love to see the communication to
25  Kathleen Lauster at Ankura the day or 3 prior that Dream



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
45–48



Page 45

1  On Me stating that Go Global would participate as a LP
2  and GP.  It was conversations but we never commit to
3  that and I don't know if it's easy to refer to and
4  retrieve that, Jennifer.  If not that is okay.
5         MR. MURPHY:  And Jen, I have no issue with
6  you doing that.
7         MS. BELARDO:  I will look for it.  I will
8  represent that there's quite a bit of communications
9  between June 6th and 7th so it may take a little bit of
10  time to find.
11         MR. MURPHY:  No problem.  We are going to
12  move on.
13         (Exhibit 9 marked for identification.)
14    Q.  I'm going to mark Exhibit 9.  It is an Excel
15  document.  It was produced and it's Bates numbered
16  DOM00000075S.  And it is an Excel document with several
17  different tabs.
18    Q.  Mr. Streader, do you generally recognize this
19  document?
20    A.  Yes.
21         MR. BERLOWITZ:  Tom, your desktop is being
22  shown and not the document.
23         MR. MURPHY:  Sorry.
24    Q.  Okay.
25         MR. BERLOWITZ:  You could just clean that up

Page 46

1  though.  I want to make sure that it is clear.  You had
2  your desktop up when you asked that question.
3    Q.  I'll start over now.  Can everyone see an Excel
4  spreadsheet on the screen?
5    A.  Yes.
6    Q.  Okay.  And do you recognize this Excel
7  spreadsheet?
8    A.  Yes.
9    Q.  What is it and what is the easiest way for you to
10  refer to this document?
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

47

1
2
3
4
5
6
7    Q.  Let me look.
8    A.  You renamed it.  I can't -- it's not under that.
9    Q.  Hang on.  I will double check the version number
10  and make it clear for the record, this version was, my
11  understanding was provided to Dream On Me on June 14th.
12    A.  Okay.  Can you go to the arrow, the first and
13  second?
14    Q.  Yes.
15    A.  Did you go to the far right and just let me see
16  the returns over there.  Let me scroll up.  I'm sorry.
17  Down.  Scroll down.  And this will help me tell the --
18  because you see it in column U?  That is what I'm
19  looking at.
20
21
22
23
24
25

Page 48

1
2
3    Q.  Okay.
4    A.  Thank you for sharing.
5    Q.  No problem.  But would you have provided a
6  spreadsheet to Dream On Me where it showed Go Global
7  contributing            s?
8    A.  I don't know.  I don't know, Tom.  So members of
9  my team would prepare this and it would be Christian and
10  Debra.  Christian and Debra would have had meetings.
11  Christian would have been the one to speak about this
12  and Debra putting this into our data room.  Do they have
13  a copy of this?  I'm not sure, Tom.
14    Q.  Okay.  But did you discuss with Dream On Me a
15  potential deal that included you, being Go Global,
16  contributing            to the acquisition?
17    A.  No.  I don't think so, Tom.  I remember it was
18  part of the meeting that we had in person in New Jersey.
19  And I don't think so, Tom.  And so maybe but I'm going
20  to say no because at this point, we had other investors
21  coming in that -- no, so I'm going to say no but I'm not
22  sure.
23    Q.  Okay.  Did you, Go Global, have access to
24  contribute            at that time, June of
25  2023?



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
49–52

Page 49

1    A. No. Not really. We were working with our lead
2  investor on -- it's a different scenario. So no, it was
3  conceptual, Tom.
4    Q. You mentioned that you thought this was light
5  based on the tabs across the bottom. Can you expand
6  upon that for me?



25    Q. The more detailed version with the technology,

Page 50

1  that aspect that you just spoke about, do you know if
2  that was ever provided to Dream On Me?
3    A. I do not know, Tom. It was shared on a screen.
4  I don't know if they have the actual model.
5    Q. Am I correct that this model that is on this
6  screen now, which I understand was a moving target
7  numbers wise, was created by a combination of your team
8  and the people at Ankura?
9    A. No. That's -- I -- Ankura does not create these
10  models, we do as buy side advisors, they do get into
11  this step of analysis with drivers, which is what you're
12  coming to right now. Growth assumption, drivers.
13    Q. So who would have been the lead person
14  responsible or creating this model?
15    A. Christian and Debra. Debra behind the scenes.
16  Christian in the front.
17    Q. Is this model, and I guess the more detailed
18  technology model that you mentioned the main source of
19  the confidential and proprietary information?
20    A. No. It's one tool. No, there's no -- it's not
21  just technology, no. It's walk into a store with your
22  wife and think about everything that you need to be able
23  to -- to have that unique experience at buybuy BABY.
24  It's a store and store ambiance. It's the ease of
25  shopping. It's the retail experience. More retailers.

Page 51

1  It is the technology to acquire the customer to get her
2  to come into the store. It is the right store. It's
3  the -- it's the operational model and financial model,
4  and commercial model the technology is one lever. One
5  lever just like supply chain. The sourcing is one small
6  lever. Technology is one lever. Finance is a big part
7  of it, Tom. Finance is big.
8    Q. Would this model have been relevant to the
9  intellectual property only?
10    A. It does, because unless you are going to be a
11  licensor of buybuy BABY, you needed to have the best
12  financial, commercial and operational foundation to
13  stand up the business. As in a retailer which we are
14  and the fact that we cut Janie and Jack out of the Gap
15  and they were using the parents technology like buybuy
16  BABY was using Oracle and Bed Bath and Beyond technology
17  and the stores that we acquired, the stores that we
18  would acquire from Bed Bath and Beyond in this process,
19  they were exactly the same. What we were doing with
20  building Bed Bath and Beyond was something that we did
21  two years prior with The Gap and the acquire of Janie
22  and Jack. We had and have the playbook and we were
23  using this for a rinse and repeat process. This was the
24  entire process was something that we did and we knew
25  what we were going to do and we shared this with Dream

Page 52

1  On Me.
2    Q. So once they signed the NDA on June 10th of 2023,
3  would you have shared all of your proprietary and
4  confidential information with Dream On Me related to
5  buybuy BABY?
6    A. I want to say yes and based upon these hidden
7  e-mails that you're finding between the cracks, I don't
8  know. So the answer is yes. Um, I don't -- there may
9  have been -- been something that was not put in the data
10  room that was discussed. There may have been something
11  that was developed a week or ten days later that we
12  never circled back on but in principal, yes, Tom.
13    (Exhibit 10 marked for identification.)
14    Q. I'm going to mark Exhibit 10. This is an e-mail
15  from June 13th of 2023.
16    MR. MURPHY: Again Jen, it doesn't have the Bates
17  number so could you please pull that for us.
18    Q. And, Mr. Streader, I would like to direct you to
19  the e-mail at the top here.
20    A. Okay.
21    Q. Am I correct that there was a meeting with Dream
22  On Me and your team that occurred on June 12th of 2023?
23    A. With me or with others?
24    Q. With others?
25    A. I don't know.



Page 53

1    Q. Okay.

2    A. Let me just read. Nice work on the answers,

3  Thoryn in your one on one call today.

4         MR. BERLOWITZ: Please.

5    A. So maybe the one -- so there were -- so there

6  were numerous breakouts that were happening, functional

7  areas I'm going to say yes, but I don't know the exact

8  date. 12th or 13th or it could have even have been the

9  weekend so yes, I will say yes.

10   Q. Okay. And if I told you that there was a dinner

11  that members of your team attended with Dream On Me on

12  the evening of June 12th which was a Monday, does that

13  sound correct to you?

14   A. I'm aware of that. It was at a restaurant in New

15  York. I'm aware of that.

16   Q. So then this e-mail from June 13th would be the

17  next day, correct?

18   A. Yes.

19   Q. Okay. And it says, and the subject of the e-mail

20  is Dream On Me. It says, remember, they do not have the

21  secret sauce and we'll not give it to them. What are

22  you referring to?

23   A. So the Bed Bath and Beyond technology spend was

24  enormous. It was a significant problem in the company.

25  Their technology was old, antiquated and expensive and

Page 54

1  not providing them the data that they needed. What we

2  did, Thoryn -- Thoryn is we analyzed this technology.

3  We connected with people both inside to better

4  understand the Bed Bath and Beyond technology and we

5  went out to industry to speak with the technologists

6  themselves about what they were using at Bed Bath and

7  Beyond and buybuy BABY and to understand the

8  recommendations from the vendors from Oracle and all the

9  vendors a thick deep stack and then we began to develop

10  our plan to migrate from this expensive antiquated

11  platform to a new modern sets software as a service,

12  cloud based technologies that was more nimble, less

13  costly and more efficient. And this roadmap, this

14  migration roadmap had different scenarios which we built

15  and had internal meetings. Many over time to talk about

16  these technologies because if you went back to our

17  financial model, we had to be able to pay for a TSA

18  meaning to old co, to be able to migrate and capture the

19  data. This was hundreds and hundreds of hours of

20  meetings to develop this. And a person on their team

21  Ahmed kept calling and asking Thoryn and they were

22  coming in as an investigator, a furniture manufacturer a

23  wholesaler that wanted to invest and he is asking

24  questions in the meetings over and over again. Tell me

25  about this. Send me the document. Give this to me.

Page 55

1  Thoryn would call me afterwards and say something is

2  fishy here. What they are coming in as a partner. We

3  are working our tails off to set this up and they are

4  asking for our technology document. They want to know

5  all the work, the migration, the options. And I had

6  said don't give it away. Don't give it away. You have

7  worked hard on it. You are going to implement the

8  change. We are going to get cut away from big behemoth

9  old technology it was 100 million dollars. Don't give

10  it away. It is something that he developed and it

11  really for the sake of him, the fact that you just don't

12  hand it over to somebody that you don't even know. So

13  that's what the secret sauce was. The hard work that he

14  put together which was truly amazing.

15   Q. So am I correct that was never given to Dream On

16  Me?

17   A. Screen shots. What was on the screen

18  conversational. Um, it was discussed, the bait fillers

19  of technology you have to come off of Oracle. We would

20  move to Microsoft Dynamic 365 and we talked about the

21  path. We did not give that document.

22   Q. And what you just stated is consistent with the

23  two lines down in the e-mail where it says we are not

24  giving the plans away; is that correct?

25   A. Where is that?

Page 56

1    Q. Line -- so there is a line --

2    A. Highlight it. Highlight it.

3    Q. Sure. My cursor is now next to it. It's not

4  highlighted.

5    A. Look at the -- Tom, look at the next -- we did

6  not have their commitment yet. We don't have their

7  commitment. They are coming in and asking questions as

8  a minority partner. By the way, all the other minority

9  partners that we have that invest they don't say give me

10  your technology plans for this billion dollar company.

11  Give us everything you worked on. People don't ask

12  that. Why were they asking for it? Why? We are your

13  partner, we are expert retailers. We know what we are

14  doing. You're a wholesaler, you're a manufacturer of

15  furniture. Why do you want my technology stack? It

16  didn't feel right. They were showing their true colors

17  there. Why do you need that? You're not going to be

18  involved in that part of the business. Be happy to show

19  it to you and talk to you about it.

20   Q. In your view obviously what you were withholding

21  from them would have been covered and protected by the

22  NDA, correct?

23   A. Yes, sir. All of it would have been, should have

24  been, was protected by the cover of the NDA.

25   Q. But in your view, you did not provide them with,



JEFFREY STREADER                                September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES              57–60

Page 57

1  I'm using your words, the secret sauce; is that correct?
2    A. I did not provide them with the Excel file
3  outlining our migration plan and my functional area of
4  on technology, yes. But we talked about it in detail.
5    Q. Besides the Excel regarding the migration and
6  functionality, is there anything else that you
7  specifically withheld from Dream On Me during the time
8  that you were attempting to collaborate with them?
9    A. So the model, there were two other areas that
10  were critical and one was retail stores and the other
11  one was finance and our financial model or costs of
12  doing business. CODB as retailers. We understood the
13  CODB, cost of doing business and where we needed to make
14  critical adjustments to the business, both in the retail
15  footprint and in the online store, they were running on
16  an antiquated platform. So commerce, so both of these
17  areas. And then the financial model which was the
18  underpinning for both of these. So it was dynamic, Tom.
19  It continued to change as we learned about the business
20  that was in steep decline.
21    MS. BELARDO: For the record, the last document
22  that Mr. Murphy showed is GG-008921 to GG-00008913.
23    MR. MURPHY: I'm going to mark Exhibit 11. It is
24  -- Jen, this one too. Exhibit 11, it is an e-mail from
25  June 14th which is the next day.

Page 58

1    (Exhibit 11 marked for identification.)
2    Q. And there is a highlighted sentence, Mr.
3  Streader, do you remember sending this e-mail?
4    A. Oh, I do.
5    Q. On June 14th. So this is prior to your in-person
6  meeting that you attended virtually. What on June 14th
7  caused you to send this e-mail?
8    A. Because as an investor that's trying to
9  understand return on capital, your questions are usually
10  related to what have you identified this, what is wrong
11  with the business and how are you going to fix the
12  business and explain to us some of the key steps that
13  you would take to grow revenue and control costs. The
14  conversations with Dream On Me were quickly moving to
15  where they were getting into wanting to understand the
16  recipe and how would you do it and getting into the
17  mechanics which made me believe and others on my team
18  that there was something else going on here. They
19  weren't coming in as an LP which is what we could have
20  vetted. So look at my sentence underneath. They are
21  investigating into us, joining us. Please remember
22  this. It's -- you don't give away your -- Tom, you
23  probably have a grandmother that has an old recipe from
24  100 years ago. You don't give it away to your neighbor.
25  You don't do it. Love to have you come over but I'm not

Page 59

1  giving you the recipe. I wanted them with us. I wanted
2  Mark to be with us.
3    Q. I understand that you were not present at the
4  first in-person meeting that occurred at the restaurant
5  and that other members of your team will be deposed in
6  this case. But what is your understanding of what
7  transpired at the first in-person meeting?
8    A. It was a solid meeting to get to know one
9  another.
10    Q. Do you know if during that meeting whether
11  specifics of the potential deal or arrangement were
12  discussed?
13    A. No, I believe that the conversations were more
14  for each party to talk about their business and what
15  they -- we are good at and what our focus was as a firm.
16  Go Global investors into retail brands and to learn more
17  about them. It was really a break the ice get together
18  meeting and it was well received on our end. We were
19  thrilled to have Dream On Me join us as a limited
20  partner.
21    Q. And am I correct that at that point in the middle
22  of -- towards the middle of June of last year, there
23  were very tight deadlines related to the bankruptcy
24  auction and you were attempting to raise sufficient
25  funds to submit a going concern bid?

Page 60

1    A. Correct.
2    MR. BERLOWITZ: Objection. You can still
3  answer.
4    A. Oh. Okay. Yes, we were in conversations, as you
5  talked about before with a whole variety of people. And
6  each meeting would have evolved based upon the decline
7  in the business and our thesis and how we would return
8  and fund capital to them, a stronger term. So meeting
9  -- meetings and conversations daily.
10    Q. What do you remember about the meeting that you
11  attended virtually?
12    A. With Dream On Me? I was interested into the
13  opportunities for us to now dive into the model. Our
14  partnership and how for and me and opportunity to talk
15  about our view commercially, operationally with the
16  business and to share with Mark and his leadership team.
17  I remember this as being a big meeting that we prepped
18  for. I remember it being one that we were excited about
19  that people were driving out to New Jersey from the
20  city, upstate New York and Connecticut. So it took
21  significant time to get there and we were excited about
22  the prospect of this partnership. So I remember that
23  meeting with excitement.
24    Q. Did you ever discuss Dream On Me being a partner
25  and not just an investor?



Page 61

1    A. Prior to that?
2    Q. During this window where you were speaking with
3  Dream On Me?
4    A. No. As a limited partner. An LP. We were the
5  GP, we bring the -- no, they were an LP, not a partner.
6  A partner is a loose term. I mean, even my hedge fund
7  investor is a partner but he is an LP. We manage the
8  business as retailers and he comes in with capital and
9  wants to have updates. So it's a partner from that
10  perspective of limited partner. Not an operational
11  partner.
12    Q. So did you anticipate Dream On Me being involved
13  in the day-to-day operation at all?
14    A. No. No. No. No, no, no. No.
15    Q. Do you remember anything else from that meeting
16  that you attended virtually?
17    A. Lots.
18    Q. What else do you remember?
19    A. The meeting went from pleasant and cordial with
20  us sharing and providing inside for them to understand
21  our role and the work that we have done, our thesis and
22  how we were going to set up the brand for the future
23  successfully and it turned. It turned throughout the
24  meeting. As comments emerged that -- about what they --
25  how they viewed the business which was not consistent

Page 62

1  with anything we discussed or applied prior. So the
2  tone changed. Their desires changed. And the demands
3  were different in the meeting. It was a shock. It was
4  a disappointment. We longed for that partnership and it
5  was a very disappointing outcome for me personally and
6  for us as a firm.
7    Q. Besides their potential capital investment, did
8  you view Dream On Me as a potential asset to your
9  investment into buybuy BABY?
10    A. No.
11    Q. Okay.
12    A. No.
13    Q. Go ahead.
14    A. No.
15    Q. So from your perspective, you were looking for
16  the capital investment and essentially nothing else from
17  them; is that correct?
18    A. Correct. As the -- one of the vendors in their
19  vendor community and in a category that's important but
20  not the largest. We looked at them as a part of the
21  supply chain community but if their investment was not a
22  guarantee or continued to be a partner, their investment
23  was first it is let's fix the business. That is how we
24  viewed it always.
25    Q. I'm going to mark Exhibit 12. It is an e-mail

Page 63

1  from June 15, 2023 Bate number GG-000846.
2    (Exhibit 12 marked for identification.)
3    Q. Mr. Streader, it is an e-mail from you I think to
4  some of your team members and some people from Ankura
5  related to Dream On Me instructing no more calls and no
6  more meetings. Do you remember saying that?
7    A. Yes. Kind of.
8    Q. I think earlier you had said you thought you had
9  some communication with them after June 15th. Does the
10  this e-mail refresh your recollection that maybe you did
11  not?
12    A. No. It was a text with their management team. I
13  think it was a text.
14    Q. You're saying you think you exchanged a text
15  message with their management team?
16    A. No, I did not. They did with me.
17    Q. Oh, okay. They texted you and did you respond?
18    A. I think yes. As I mentioned earlier so they said
19  how is it going? What are you doing? In the process
20  let me know if I could help. Let me know if you have a
21  role for me. Making it sound like they had decided if
22  they can't invest with Go Global that they are not going
23  to go forward.
24    MR. BERLOWITZ: Tom, the witness is asking
25  for a quick break.

Page 64

1    MR. MURPHY: Off the record.
2    (Recess taken.)
3    Q. Am I correct that the day after you met with
4  Dream On Me on June 15th, Go Global submitted a
5  contingent bid for the going concern of buybuy BABY?
6    A. I don't know. I don't know the timing.
7    Q. Did Go Global submit a contingent bid for buybuy
8  BABY?
9    A. Yeah yes.
10    Q. Before I go forward, I just had a couple of quick
11  housekeeping items. The Bates stamp number for
12  Exhibit 11 I don't think made it into the record. It's
13  GG-0025047 to GG-002549. And I think I misrepresented
14  earlier that there was not an NDA with Queens Capital.
15  There is -- I don't have any further questions about it
16  but I just wanted to let you know that there is one and
17  I'm happy to share if you would like me to.
18    A. Okay. Thank you.
19    Q. No problem.
20    (Exhibit 13 marked for identification.)
21    Q. I'm going to share my screen. I'm going to mark
22  Exhibit 13, it is an e-mail chain. It starts at the top
23  e-mail from Matthew Lapish from Ankura sent on Saturday
24  June 17th of 2023 to Jeff and cc several other folks.
25  Jeff, am I correct that the contingent bid submitted by



JEFFREY STREADER                                    September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES                65–68

Page 65

1  Go Global was found to be deficient?
2       MR. BERLOWITZ:  Objection.  You can answer.
3    Q.  I'll rephrase it.  Was nonqualifying?
4    A.  Yes.  Nonqualifying.
5    Q.  And what made it nonqualifying?
6    A.  Overall evaluation.
7    Q.  Do you remember at that point how far apart you
8  were?
9    A.  No.
10   Q.  Do you know as of June 17th where the equity for
11  the bid was coming from?
12   A.  Yes.
13   Q.  As of that date, where was the equity coming
14  from?
15   A.  From the set that I had shared with you.
16      (Exhibit 14 marked for identification.)
17   Q.  I'm going this mark Exhibit 14.  It is Bates
18  number GG-0021594 to 597.  I'm looking right now
19  directing your attention to an e-mail from Steve Hannan
20  at Springer Bridge Associates from June 20th of 2023.
21      MR. BERLOWITZ:  You're not sharing the
22  e-mail if you need to be sharing it.
23      MR. MURPHY:  Okay.
24   A.  Thank you.
25   Q.  No problem.  I'm looking right here.  Is Steve

Page 66

1  Hannan is mentioned as a board member.  Of what board is
2  he referring to?
3    A.  Janie and Jack Holdings, Inc.
4    Q.  And do you know what he was concerned about as of
5  June 20th of 2023 in this e-mail?
6    A.  Can you scroll down?  Okay.  Stop right there.  I
7  don't remember.  I'm looking at that.  I see banker,
8  Coldwell Banker, I don't remember what his concerns
9  were.  At that time he was an -- he was an investor.  So
10  something on this troubled him that I -- I um, in a
11  conversation with him and an explanation, um, made him
12  comfortable.  I don't remember if it's under project
13  updates or not.  I don't remember anymore, Tom.  We got
14  through it.
15      MR. MURPHY:  I'm going to mark Exhibit 15.
16      (Exhibit 15 marked for identification.)
17   Q.  It is an e-mail from Kathleen Lauster to you,
18  Jeff and some other members of your team.  It is one
19  page.  It's number ANK-0048569.  I'm looking at the
20  second paragraph where it talks about the ability to
21  obtain mezzanine debt in addition to the IP loan.  Can
22  you tell me about that please?
23   A.  He is referring to the second line.  Second
24  bullet point.
25   Q.  Yes.

Page 67



9    Q.  Did there come a point where you told Lazard that
10  you were withdrawing from the process due to the amount
11  of damage that the brand buybuy BABY had sustained?
12   A.  No.  There was many conversations with them about
13  counter offer to Sixth Street based upon the perceived
14  valuation of the business with factual information
15  pointing to why our offer was lower and when Sixth
16  Street declined at that point we did not submit.  So it
17  is not -- it was more about us trying to leverage their
18  bankers, south side banker to agree to where we were
19  ending up and if there is a note that says we are out, I
20  don't remember it.
21   Q.  I'm going to mark Exhibit 16.  It is Go Global
22  document 0013673 through 74.
23      (Exhibit 16 marked for identification.)
24   Q.  Jeff, can you take a second a review this e-mail
25  that you sent on June 27th?

Page 68

1    A.  Sure.
2    Q.  Of last year.
3    A.  Can you move your cursor from the last line?
4    Q.  Okay.  No problem.
5    A.  Okay.  Okay.
6    Q.  And so as of that date on June 27th, were you
7  intending on pursuing buybuy BABY further?
8    A.  Yes, it says it right there.  It says very
9  clearly, we would like to right engage.  I want to
10  continue our discussions please.  Yes.  It's very clear.
11   Q.  Were you and Sixth Street ever able to reach an
12  agreement that would have made a deal possible?
13      MR. BERLOWITZ:  Objection.  You can answer.
14   A.  No, because -- no.
15   Q.  And I think you mentioned this earlier and it's
16  number three in the e-mail that brand damage had
17  occurred.  Am I correct that during this time, the value
18  of buybuy BABY had decreased over time?
19   A.  Yes.  The brand damage had occurred and we saw
20  significant decline in our perceived customer value and
21  in particular valuation of the intellectual property.
22   Q.  As of this date, did you have a value for the
23  intellectual property?
24   A.  Yes.
25   Q.  Do you know what it was at this time?

Page 69

1    A. Just -- no, I -- you could flip back to one of
2    your models. It's listed there. It's whatever the time
3    it evolved and it continued to go down based upon a
4    decline of the business. It wasn't what they paid
5    because but it's in your model and by the way, it went
6    down and down and down from there.
7    Q. Understood. And when you say it wasn't what they
8    paid, was your value less than what they paid?
9    A. Yeah. Yeah. A lot less, yeah. And it continued
10   to evolve. Yes. Do you have that?
11   Q. And at this time, do you know how much Axar
12   Capital was willing to put into the deal?
13   A. At the minimum so███, could have been higher.
14   Could have been lower. But it kept going down as the
15   business declined.
16   Q. I'm going to mark Exhibit 17. It is an e-mail
17   Bates number GG-0038097. It's six pages.
18       (Exhibit 17 marked for identification.)
19   Q. Jeff, I would like you to take a look at an
20   e-mail from Andrew Axelrod from that same date,
21   June 27th.
22   A. I see the IP value. So I think this answered
23   your last question. How did we value the IP. IP and
24   register from five to ten based on this e-mail, it does
25   appear that they were willing to put in█████

Page 70

1    dollars; is that correct?
2    A. No. That is not true. This is June 27th. We
3    had numerous conversations and he was going to put in
4    higher, more. He could fund the whole thing. He's got
5    three billion AUM.
6    Q. I'm going to show you an e-mail. I'm looking now
7    at Bates Number GG-0038098. At the -- some language
8    that is in red and yellow specifically with this e-mail
9    from June 26th from Andrew Axelrod.
10   Q. Again, the e-mail doesn't indicate to me that
11   they were ever willing to contribute█████████
12   Does that refresh your recollection?
13   A. Does this e-mail say that he was -- it doesn't --
14   doesn't say anything about ██. This is a point in time,
15   Tom, there's -- at that particular moment, based upon
16   our earnings and what we would share with our
17   cornerstone. It started at ██. This was at ██ this was
18   one moment at that time based upon the hemorrhaging
19   business. We were convinced of what the new valuation
20   was at that time.
21   Q. Am I correct that you pursued raising funds and
22   attempting to still put together a going concern bid
23   after the IP auction was completed?
24   A. Yes.
25   Q. Am I correct that ultimately you did not make --

Page 71

1    A. Try again. Your question, I don't understand
2    your question.
3    Q. Did you, following the IP auction, did Go Global
4    submit a bid for the going concern?
5    A. We did not.
6    Q. Why?
7    Q. And what was the reason for not --
8    A. Because of the valuation which was now pegged
9    with an intellectual property payment pledge by Dream On
10   Me. Because the value pledge that artificially inflated
11   where the overall acquisition in an ongoing purchase
12   would have to be based upon the need for working capital
13   in the business and for transition of technology and
14   stand up of new co. Based upon what we needed with a
15   new higher intellectual property baseline. They boxed
16   us out and put us into a very difficult situation based
17   upon information that they obtained from us and new or
18   new where we were valuing intellectual property.
19   Q. Did Ziff Davis ever commit to invest?
20   A. They did not. We had many positive conversations
21   and we could not get there in the short window. If I
22   had more time, yes. But we did not.
23   Q. And I even want to back up a couple of days
24   chronologically. I'm going to mark Exhibit 18. It's a
25   two-page document. It's Bates number start with

Page 72

1    ANK-0035975.
2        (Exhibit 18 marked for identification.)
3    Q. And Jeff, I would like you to take a look at this
4    e-mail you sent on June 26th to people at Lazard. Did
5    you indicate to them on June 26th that you were
6    withdrawing from the process?
7    A. Yes.
8    Q. And then what happened after that?
9    A. In regard to?
10   Q. Well, it seems it seems you came back into the
11   process. So after you notified them you were
12   withdrawing, so I'm just trying to get a sense of how
13   that came to be.
14   A. They wanted us to come in as operating --
15   operating company and the ongoing concern I was going to
16   employ hundreds of people and wanted us back in and
17   there was an attempt for us to stay engaged.
18   Q. During this process, did you consider any entity
19   to be potential operating partners with yourself?
20   A. No.
21   Q. I'm going to mark Exhibit 19.
22       (Exhibit 19 marked for identification.)
23   Q. And I'm sorry. I'll get a numbered version for
24   you. It is a three-page document with a Go Global
25   header and the first section is entitled case study



JEFFREY STREADER

September 30, 2024

GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

73–76

Page 73

1 slash investment process. Do you recognize this
2 document?
3    A. Yes.
4    Q. What do you recognize this document to be?
5    A. An internal document for LPs.
6    Q. Is this document meant to explain why you did not
7 bid on buybuy BABY?
8    A. It's intended to do a lot of things but to show
9 limited partners how Go Global operates, win or lose and
10 when we go into a process what is our thesis for
11 acquiring and unlocking value and if we do not go
12 forward with a process. Yes. So it is intended to give
13 you transparency into our operational model as investors
14 and to retailers.
15    Q. I'm going to mark Exhibit 20.
16    (Exhibit 20 marked for identification.)
17    Q. It is a 61-page document. It starts on page
18 Bates number DOM-0001082. The cover of the document has
19 a Go Global logo. Buybuy BABY logo and it's May 2023 is
20 the date on it. Jeff, do you recognize this document?
21 I can scroll as far as you need me to.
22    A. Yes.
23    Q. What is this document.
24    A. Data room document. Lazard data room.
25    Q. This came from the Lazard data room?

Page 74

1    A. Yes. And then we would take this and modify it
2 to be able to share with limited partner investors.
3    Q. So it wouldn't surprise you if there was a
4 document that was similar but not the same in the Lazard
5 data room that did not have the Go Global logo on it?
6    A. Correct.
7    Q. So am I correct that the majority of this
8 document would not be confidential and proprietary as to
9 Go Global?
10    A. Correct. Managed -- produced by management.
11    Q. Are you aware of an analysis done by Deloitte in
12 2022?
13       MR. BERLOWITZ: Objection. You can answer.
14    A. About what?
15    Q. Buybuy BABY updated financial allocations and
16 projections?
17    A. I don't remember.
18    Q. Okay. I'm going to mark Exhibit 21. It is an
19 18-page document. It starts on Bates number DOM-0001380
20 it has got Deloitte's name on it and it is titled buybuy
21 BABY Updated Financial Allocations and Projections
22 Strategy Committee March 31, 2022.
23    (Exhibit 21 marked for identification.)
24    Q. Is this a document that you believe you're
25 familiar with?

Page 75

1    A. No.
2    Q. Do you know if the Deloitte projections were used
3 by your team?
4    A. No.
5       MR. BERLOWITZ: Objection. He said he
6 doesn't know.
7    A. Tom, go back to the cover.
8       MR. BERLOWITZ: Jeff.
9    A. March 21, 2022. This was 15 months prior.
10    Q. Well, we are dynamic.
11    A. We are dynamic. We are real time, Tom. We would
12 be horrible if we did that.
13    Q. Did you review any documents from HILCO Valuation
14 Services?
15    A. Yes.
16    Q. I'm going to mark Exhibit 22 a 71-page document.
17 It's Bates number DOM-0001412. It starts on that page.
18    (Exhibit 22 marked for identification.)
19    Q. And again, I recognize this is from 2021. Do you
20 know if your team reviewed this report from HILCO
21 Valuation Services?
22    A. Yes.
23    Q. Would that have been something that was relied on
24 in part for your model?
25    A. As a high water mark, yes. To look at where it

Page 76

1 was. If you scroll down to page three.
2    Q. I hit the wrong button.
3       MR. BERLOWITZ: Wait. Sorry. Can you back
4 up. When you answered yes to the previous question
5 about do you know if your team reviewed this.
6    A. Yes.
7       MR. BERLOWITZ: Yes, they did review it or
8 yes, you know?
9    A. Yes, they did review it.
10       MR. BERLOWITZ: Just okay.
11    A. Now, is that page three? No. Keep going. Right
12 there.
13    Q. Is that page three?
14    A. Yes. This is page three. It's that page that we
15 reviewed as a high water mark.
16    Q. What was the process to adding documents from the
17 global data room?
18       MR. BERLOWITZ: Objection. You can answer.
19    A. Rather clinical. It's, um, a document that we
20 wanted to have internally and they had in a repository
21 that we would work with internally. And that we would
22 share with our partners such as MidCap and such as
23 Ankura. As we continue to evolve our thesis for the
24 acquisition.
25    Q. Do you know if your TSA ended up in the Lazard



JEFFREY STREADER                                              September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES                      77–80

Page 77
1  data room?
2      A. Our TSA in the Lazard data room?
3      Q. Yes.
4      A. I don't know.
5      Q. Do you know if Ziff Davis bid on the IP?
6      A. They did.
7      Q. Do you know what they bid?
8      A. I do.
9      Q. What did they bid.
10     A. Under the threshold winning bidder.
11     Q. Do you know how much under?
12     A. I do.
13     Q. How much under?
14     A. $505,000.00.
15     Q. So if Dream On Me had not bid, Ziff Davis would
16  have won the IP auction for 15 million dollars, correct?
17     A. It appears.
18         MR. BERLOWITZ: Objection.
19     Q. Do you have any reason to believe that Ziff Davis
20  wouldn't have won the IP auction for 15 million dollars
21  if Dream On Me would not have bid?
22         MR. BERLOWITZ: Objection. You can answer.
23     A. I have no idea.
24     Q. Okay. I'm going to mark Exhibit 23, a two-page
25  document.

Page 78
1          (Exhibit 23 marked for identification.)
2          MR. MURPHY: Jen, can you do the same thing with
3   the Bates numbers on this one. It is an e-mail from
4   July 5th of 2023 from Mr. Streader to Christian Tempke.
5          MS. BELARDO: Yes.
6      Q. And Jeff, as of July 5, 2023, were you still
7   attempting to put together a package to purchase buybuy
8   BABY?
9      A. Yes.
10     Q. And did you request additional time from Lazard
11  to extend the deadline to submit a bid?
12     A. Yes.
13     Q. And at that time, was that request granted?
14     A. Reading from the e-mail on this screen it says
15  that the lenders are not willing to support any further
16  extensions so that's correct.
17         MR. MURPHY: I don't believe I have all that
18  much more.
19         MR. BERLOWITZ: Can we take a five minute
20  break.
21         (Recess taken.)
22     Q. Are you familiar with Alex Partner?
23     A. I am.
24     Q. Did they have any relationship to this potential
25  deal?

Page 79
1      A. They did.
2      Q. What was their relationship?
3      A. They were hired by Sixth Street to try to present
4   the performance of the business with a new light that
5   could potentially be used by an operator as abase line
6   to launch their new business.
7      Q. I'm going to mark Exhibit 24. It is a
8   presentation. It has got a buybuy BABY logo and a Go
9   Global logo at the bottom.
10         (Exhibit 24 marked for identification.)
11     Q. It is, I will confirm the Bates number because
12  unfortunately it's numbered on a dark part of the page
13  but a presentation that is 23 pages and dated June of
14  2023 entitled Acquisition and Turnaround Strategy. Mr.
15  Streader, is this a presentation you're familiar with?
16     A. Yes.
17     Q. Okay. And am I correct that there were multiple
18  versions of this presentation?
19     A. Yes.
20     Q. Would this --
21     A. They were dynamic. They were dynamic so as we
22  learned more for our investors we would improve them and
23  change them every week, everyday.
24     Q. Is this something that would have been in the
25  data room, your data room?

Page 80
1      A. In our data room, yes. In the Lazard data room,
2   no.
3      Q. And I think you started to go there with your
4   prior answer but what was the purpose of this document?
5      A. For limited partners to understand the
6   opportunity in this investment which will be used as a
7   baseline prior to our meeting and then financial model
8   analysis. So multi step process. On page eight there
9   is another reference here to the ▓▓▓▓▓▓▓▓ of
10  Go Global equity.
11     Q. And this is a June 2023 presentation. Do you
12  know when that was if and when that was removed, the
13  15 million dollar reference?
14     A. No. It was -- no, I don't know if it was
15  removed. It was -- and when. I don't know the exact
16  date. And I think I do because you see the acquisition,
17  the purchase price of -- I see did a multiple valuation
18  of at -- at closing. No, I don't know, Tom. Let's see.
19  I don't know now, right now.
20     Q. Okay. Is it your belief that the versions of
21  this presentation exist that are subsequent that do not
22  contain the ▓▓▓▓▓▓ from Go Global?
23     A. Yes. Yes.
24     Q. But when you first were speaking to Dream On Me,
25  in the first half of June of 2023, was it not in the



JEFFREY STREADER                                    September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES                81–84

Page 81

1  presentation that Go Global would be contributing
2  ████████████ in equity?
3      A. You showed it before but it's not our model but
4  I'm going to say no. Maybe you could produce a document
5  that shows that. As general partner raising equity and
6  launching into the business to work and power and lead
7  management through transition. It's -- we don't have a
8  funds that we are personally putting the cash in. So it
9  is not our model. In this instance I see it there and
10  it became this particular project for the thesis for
11  this but it's not our model. It's not our model, Tom.
12      Q. And if you were going to contribute 15 million
13  dollars, where would that have come from?
14          MR. BERLOWITZ: Objection. You can answer.
15      A. So the pledge from Axar Capital based upon our
16  carry. You see the carry that is there and you see the
17  exhibit, carry for Go Global, ████████████████
18  ████████████████████████ so the valuation
19  of the Janie and Jack stock and our ownership is quite
20  significant. And it was Andrew was going to pledge and
21  then take a piece of our carrot. We didn't want to go
22  there but we suggested that. We were willing to show to
23  put skin in the game. It's not our desire.
24      Q. Understood. So that would have reduced your
25  theoretical back end payout on exit because you were

Page 82

1  essentially borrowing against it to put up the
2  ████████████████ if that is actually what had
3  happened?
4      A. At Janie and Jack Holdings Inc.
5      Q. Yes.
6      A. Yes. Theoretically but actually not because the
7  business was strong.
8      Q. So and I'm just trying to understand the universe
9  of confidential and proprietary documents. There is the
10  technology kind of secret sauce. That document you
11  talked about or information you referenced a couple of
12  hours ago. That was not provided to Dream On Me. There
13  is the Excel spreadsheets with the model and the other
14  you are referring to it as being a little bit light but
15  there's like five or six tabs, BRI and model, et cetera.
16  There's this presentation. What else would be, if
17  anything considered to be confidential?
18          MR. BERLOWITZ: Objection. You can answer.
19      A. You missed it. The two big ones. Revenue.
20  Revenue coming from the brick and mortar fleet. And
21  revenue coming from the -- their web platform and the
22  strategy of unifying those channels and being able to
23  leverage those channels for a maximizing commerce.
24  Keeping in mind that the e-commerce platform was running
25  off of an antiquated store that needed to be closed and

Page 83

1  it was a part of the technology, as our technology
2  piece, that was in this stack that we were going to
3  migrate that over to our stack which is the leading
4  e-commerce stack in the world and all of the looks these
5  adjacent technologies that go with driving that
6  100 million dollar business, 100 million dollar online
7  and then the brick and mortar fleet which they had 120
8  stores. Some of them profitable. Most of them not.
9  And how to select those stores and to harvest that or a
10  geo region if there is a store in Philadelphia and how
11  wide is the net for e-commerce and shopping. That is --
12  that's the secret sauce. It's driving revenue that --
13  that's you got to drive revenue. It is not just
14  reducing costs. Yes.
15      Q. Understood. And I guess I had in my -- I had
16  been including that in the projections and model that we
17  had looked at previously. I thought they had both sides
18  of it.
19      A. No, Tom. You are underestimating the value and
20  really looking at foot traffic, drive traffic. We -- we
21  studied traffic patterns, we looked at anchors. We look
22  at new shopping sectors. We look at competitive
23  landscaping. We look at demographics. We do all that
24  type of modelling. It's not looking at numbers on an
25  excel model. It is not that. That is not what

Page 84

1  consultants do. That is not what we do.
2      Q. Now once, you take all of that information,
3  doesn't your team put that into the model? Is that all
4  encompassed in the model that we are looking at before?
5      A. It all had ended it is recorded there but say for
6  instance to reduce your fleet from 120 stores to 20
7  stores, that is a significant decline in your footprint
8  and how you maintain brand presence with the e-commerce
9  business around this and use this for pulling back and
10  resetting your brand. Still being active on social
11  media performance marketing base search and then
12  expanding your fleet as a retailer. That knowledge is
13  when you look at the model. You say oh, you go from 20
14  to 30 to 40 stores. Yeah, where how and that's the
15  numbers don't reflect that. The know how is in the
16  team. Go Global's team and what we were going to
17  leverage with Janie and Jack and our relations with
18  Simon Properties, Brookdale and Westfield. That is what
19  we bring. That is what we talked about and share and
20  talking about a smaller fleet, go back then to grow --
21  the growth is in the model.
22      Q. Understood and appreciate the value that your
23  company brings. I'm just trying to understand and make
24  sure that I have covered at least looked at
25  understanding there is several versions and they were



JEFFREY STREADER                                    September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES          85–88

Page 85

1  fluid documents, covered the documents that would
2  contain that information, that confidential proprietary
3  information. I understand that there is additional
4  value you would have brought had the deal gone through
5  on your end. I'm just trying to understand what was
6  available in the data room or otherwise to Dream On Me.
7     A. Thank you that is helpful for saying that.
8     Q. So with that context, have we looked at the
9  documents that encompass that proprietary information
10 that you were speaking of today?
11    A. You have the documents I would assume. So the
12 store fleet was constantly being evaluated and there
13 were numerous -- based upon cost, impact of closing,
14 loss of revenue and that was valuated. We had those
15 conversations with Dream On Me and I would say based
16 upon all the things that you're digging up you have
17 them.
18    Q. And just so I think we are clear I'm going to go
19 back to what we previously marked Exhibit 9. And one of
20 the tabs on it is store recommendations. Is this what
21 you were just referring to or a version of it?
22    A. Yes. The store recommendations. Yeah. Because
23 that's -- we didn't -- we got a less -- our store fleet
24 was much smaller on a go forward basis. The fleet that
25 and scroll down to the bottom. How many are on there.

Page 86

1  So they are at 95. This is an old version. This is I
2  think a version I'll represent to you from that time the
3  first week or two of June.
4     Q. There are subsequent versions with fewer stores?
5     A. Yeah, right, right, right. And we spoke about
6  that and they asked a lot of questions about that and
7  you don't need them so yes, they are -- this was
8  constantly evolving based upon what we thought was
9  missing critical for us for both branding and for
10 driving revenue and also understanding the leases
11 because keep in mind at this point what's on Sixth
12 Street was doing is they were looking at one plus one
13 plus one plus equals three and they were adding up the
14 costs of the leases and the costs of selling the
15 inventory knowing that they had the intellectual
16 property that they sold to Dream On Me, the pledge by
17 Dream On Me and they were looking at -- okay. What are
18 the value of all of these 95, 112 leases whatever it is
19 and what is the value and they are looking at a going
20 out of business sandwich including selling fixtures and
21 leases and we are looking at the business that we want
22 to go for. A lot of conversations that we were having.
23 And hiring people to negotiate and help us pick out the
24 leases. So this was fluid. Very, very fluid.
25    Q. And just to make sure I'm understanding there's I

Page 87

1  guess it's two ways to evaluate the leases. The leases
2  are some value they are not going to be buybuy value.
3  No -- no more and then the leases could be eyeballing
4  the leases of remaining stores; is that correct?
5        MR. BERLOWITZ: Objection.
6     A. No. All the leases are a value. What is the
7  value to us would have been the ones we wanted to retain
8  in the geographic cluster like Grand Isle, Los Angeles,
9  like Houston but the store we did not take or that Dream
10 On Me did not take still had value because they would
11 turn around and lease it to Amazon or H&M or whoever it
12 was. All of these had value and Sixth Street was trying
13 to monetize all of their assets even if the lease did
14 not bring tremendous return to them. It was all about
15 recovery for them, Tom. All about recovery.
16    Q. Understood, understood. But were some of the
17 leases at rents that were market or are you saying all
18 the leases were --
19    A. Yes, it was. There was a combination of good
20 leases and bad leases.
21    Q. That is what I was getting at. Yes.
22    A. Okay.
23    Q. Do you know in your final attempt at the end to
24 make a going concern bid, how many stores you intended
25 to open at that time?

Page 88

1     A. Uh-huh. Yes.
2        MR. BERLOWITZ: Objection. You can answer.
3     A. Plenty.
4     Q. And so this was a version of the document that I
5  was referencing earlier. When you were talking about
6  you have a world of confidential proprietary
7  information. And so I'm correct that this Excel
8  document does encompass the value that you were speaking
9  of earlier of Go Global?
10    A. I'm not sure what your question is.
11    Q. And I recognize earlier you said we have the
12 documents, I'm just trying to make sure that we have
13 looked at today the documents, understanding there are
14 several versions of them, but the documents that you
15 would consider to encompass the proprietary and
16 confidential information of Go Global related to buybuy
17 BABY?
18        MR. BERLOWITZ: Objection.
19    A. Some of them, Tom. There is retail also. The
20 retail. That one page that you showed was still with
21 135 stores and that evolved. So let me look on the
22 slides there. Okay. Store recommendations. No. That
23 evolved and evolves. So was a store so, I don't know
24 the date of this and I don't know if this was something
25 that this particular slide was shared with Dream On Me



Page 89

1  because there was numerous things that were put into
2  data room but the store recommendations and the concept
3  of store recommendations and keep in mind they are not
4  retailers, they are furniture manufacturers and we are a
5  retailer and how we evaluate a location, the location in
6  terms of the foot fall, in terms of conversion, in terms
7  of net sales, in terms of cost of labor as a percent of
8  sales, cost of occupancy as a percent of sales we are
9  talking about this and they are asking -- taking copious
10  notes because I thought that they wanted to learn as an
11  LP but they were asking those questions perhaps with a
12  different intention but we don't usually talk about how
13  we would go from 112 stores to 20 stores and what is the
14  logical but we were sharing and show this as a
15  foundation was the beginning of where we were going but
16  it's -- it continued to evolve as we wanted to get to an
17  ideal fleet size that we could afford to reset because
18  you need inventory, by the way.  You need inventory and
19  that was the asset based loan on the previous to fill
20  the stores.
21    Q.  Understood.  And I'm not trying to lock you into
22  this how many stores you were ultimately trying to keep
23  open.  I'm just trying to understand.  If this document
24  and other versions of it along with the turnaround
25  presentation encompasses the proprietary confidential

Page 90

1  information of Go Global.  I understand that there are
2  additional -- there is a lot of information in analysis
3  that went into creating these spreadsheets.  I'm just
4  trying to make sure that I'm looking at a full universe
5  of the end result understanding that there are different
6  versions.
7        MR. BERLOWITZ:  I'm not sure if that was a
8  question but I will interpose an objection.
9    A.  I think the answer is, Tom, is no, Tom.  The word
10  encompasses all is, um, it's trying to lock me into
11  saying that this is it.  This all you have and that is
12  not the truth.  There's --
13    Q.  Okay.
14    A.  That is not the truth there's both hard and what
15  we are looking at is hard and soft and there is know how
16  and there's conversation and there were numerous,
17  numerous, numerous phone calls, conversations that are
18  conversations of how would you do this and it's not all
19  captured right here and what the financial models that
20  we put here today is a piece of it and a piece of our
21  success that we are using with the acquisition that we
22  are closing on now and in the future.  This is a piece
23  of our success but the key is it's dynamic.  And, yeah.
24  And, yes.
25    Q.  Understood.

Page 91

1    A.  The multiple conversations that you referenced,
2  how many of those did you have personally with Dream On
3  Me.
4        MR. BERLOWITZ:  Objection.  You can answer
5  if you know.
6    A.  It was with a group, Tom.
7    Q.  Okay.
8    A.  Tom, maybe -- maybe two.  Like Milan and COO I
9  can't think of his name.  Evesh.
10    Q.  Avish.  Yes.  And you mentioned Milan, did you
11  have direct conversation was Milan Dandy?
12    A.  Maybe one.  Yes.  And maybe with Avish one but
13  maybe two.  Um, with both of them but, um, there were
14  group meetings also and yes.  They are nice people.
15  Very nice people.
16    Q.  You mentioned some text messages after June 15th.
17  Do you know if those were with Milan?
18    A.  Yes.
19    Q.  Yes, they were?
20    A.  Yes.
21    Q.  I recognize that you mentioned other
22  conversations with Dream On Me about your model.  Are
23  there any not other versions but other new and different
24  documents that we did not look at today which you would
25  believe would be confidential and proprietary?

Page 92

1        MR. BERLOWITZ:  Objection.  You could answer
2  if you know.
3    A.  I don't know what you have so, the whole, um, the
4  one of the key important elements is really customers
5  have a retail business.  It's customers and so we talked
6  a lot about customers and in the files and I don't see
7  anything here.  I don't know what you have.  Our data
8  room I think you had access to our data room so --
9    Q.  And I understand the data room had customer
10  information.
11    A.  We talked about customer acquisition and how to
12  acquire customers and we were going to use our
13  technology because customer acquisition strategy is
14  important so if you don't have that watch, you're in
15  trouble so to focus on that it is so many different
16  elements.  There is many work streams coming together.
17  It is not just technology.  It is not just a financial
18  model.  There is so much financial work streams.  We are
19  retailers.
20    Q.  Do you have a calculation of damages sustained by
21  Go Global based on the allegations against Dream On Me?
22    A.  Yes.
23    Q.  And what is that calculation?
24    A.  Approaches 100 million dollars.
25    Q.  What is that calculation based upon?



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
93–96

Page 93

1    A. It's based upon excruciating on our plan.
2  Growing both channels of business, online and brick and
3  mortar to creating an engine, a back office that is
4  nimble and light. You see modern technology where we
5  are able to acquire market share over their competitive
6  landscape Amazon, Target and Walmart by having
7  specialized customer service. So it's growing our model
8  and if you have it open right now, I think you had in it
9  their last file and you could see there were later
10  versions that came out of that. It's really growing top
11  line.





12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 94

1
2
3
4
5  Well, you are not really making any money and then it
6  grows quickly towards the -- to where the business is
7  making money to a point where we felt we could deliver
8  the valuation of the company at that point. Executing
9  the plan based upon not being a part of a dysfunctional
10  parent, this is Bed Bath and Beyond and running as a
11  specialty chain. We thought we could execute this and
12  the value as a carrier, 2 and 20. There is the value
13  when you take that epita and use a modest market
14  multiple, a modest market multiple and see how we would
15  get to that 100 million in lost earnings. Does that
16  make sense?
17    Q. Prior to filing the lawsuit, did you make a
18  demand for payment to Dream On Me?
19    A. I was stunned --
20    Q. I'm sorry. I missed the first part of that
21  answer?
22    A. I was stunned at what the outcome of what
23  happened. So no, I did not demand payment. No, Tom.
24    Q. Okay. Did you ever demand a payment through your
25  lawyers?

Page 95

1    A. No. No. No.
2    Q. You're not aware of a demand of approximately
3  $800,000.00?
4    A. I'm aware of internally of the hours that we put
5  in where we applied a lost fees for diligence but in
6  terms of a settlement and a demand of $800,000.00, I
7  don't remember if we applied that. So I don't think so.
8  It was an internal conversation. So I'm going to say
9  no.
10    Q. I'm going to mark Exhibit 25. A letter dated
11  July 18th of 2023. It is entitled demand letter. Time
12  sensitive. Forward to the meet attention of counsel
13  addressed to Dream On Me. It's two pages. It's
14  numbered GG-0012966.
15      (Exhibit 25 marked for identification.)
16    Q. Do you want me -- have you ever seen this letter
17  before?
18    A. I have. Yeah.
19    Q. Okay.
20    A. I don't -- I didn't remember if it went out. I
21  remember we talked about it but I didn't remember.
22    Q. Okay. So the --
23    A. Could I just read this part?
24    Q. Yes, sure.
25    A. It's been a while.

Page 96

1    Q. Yes, sure. Take your time. Is there anything
2  below that after the signature? Anything?
3    A. No.
4    Q. No. That is the end of it. Do you know where
5  that figure 834,250 came from?
6    A. Yes.
7    Q. Where did that come from?
8    A. It was just time and material. Internal time and
9  material. Essentially if you were billing like hourly
10  the way you lawyers do.
11    Q. Is that how you worked?
12    A. Yes.
13    Q. Did you ever receive a response to this letter
14  that you're aware?
15    A. We did not.
16    Q. I'm going to mark Exhibit 26. It's a total of
17  nine pages. It's a CNBC article from July 11th of 2023.
18  I can scroll through it slowly so you can read it if you
19  would like.
20      (Exhibit 26 marked for identification.)
21    A. Oh, Jeez. Tom. You stooped to a new level now.
22  You went to the press.
23    Q. Do you want me to go through it slowly so you can
24  read it?
25    A. I read part of it. Yeah.



JEFFREY STREADER                                          September 30, 2024
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES                    97–100

Page 97

1    Q. Is this article something you're familiar with?
2    A. I'm -- she called me everyday and wanted an
3  interview and I said Gabby, I can't do anything here.
4  There is nothing to be said. So she quoted me. She
5  called me back and said this is what I'm going to say.
6  I see it right there in the middle we wish the IP
7  winners success in their journey. That's the good guy I
8  am. That is what I learned to say to them despite the
9  fact that I was disappointed. I wished them luck.
10   Q. And just that even preceding sentence, it says
11  "we were being fair in an offer. Sixth Street was not
12  unreasonable but there was a difference in opinion on
13  valuation." Which is what we talked about.
14   A. Yes. Right. Yes.
15   Q. They are big boys, Sixth Street. I think they
16  own the Lakers or something like that. I didn't want to
17  piss them off.
18   Q. And the one time you had discussions with them
19  about Sixth Street putting money in; is that correct?
20   A. Yes.
21   Q. Okay. But am I also correct that it never came
22  to fruition, right?
23   A. It was close. But no.
24   Q. So am I correct that notwithstanding Dream On Me
25  winning at the IP auction, you still could have

Page 98

1  purchased buybuy BABY as a going concern after that,
2  correct?
3    A. Correct.
4    Q. And am I correct that that did not happen because
5  you were not able to raise enough capital?
6       MR. BERLOWITZ: Objection. You can answer.
7    A. So no, that is not why because once they have
8  the 15.5 commitment from Dream On Me, they started to
9  take -- some of the pieces included the value of leases
10  good and bad leases, any inventory and the fixtures and
11  they started to go out to market with people like HILCO
12  to price it up and they created a new floor and that
13  floor was no longer workable for us based upon the new
14  pay that Dream On Me created of 155.
15   Q. If Dream On Me had not bid would the new peg have
16  been just 15 so only $500,000.00 less?
17   A. It would have been with Ziff Davis however Ziff
18  Davis was not an operator they are a data ask, so the
19  conversations with them would have transpired where we
20  would have combined with them and I don't really know of
21  the outcome. I'm sorry. I should really think through
22  that but they -- Ziff Davis would have won at 15.
23  Correct. We would over bid them. No. But there would
24  have been an approach with them which we were having --
25  having because of everyday health. Their data site is

Page 99

1  good.
2    Q. And just so I'm clear. What exactly is everyday
3  health?
4    A. It's um, a data source for people to learn about
5  anything from pregnancy to parenting to Alzheimer's.
6  Anything that has a question about their health like,
7  um, you know, doctors, their online doctors. I can't
8  think of what that online doctor is saying. It's
9  basically it is an information site to like the
10  wikipedia but specific to health and parenting and
11  things like that. So -- and they -- their model is one
12  where they have sponsors that come in and they provide
13  content and the content is sticky and it provides
14  insight to people that are looking for answers and so
15  that's what they were. They wanted that revenue stream
16  of young moms that would come into -- come to them for
17  content and then they would make their money other ways.
18   Q. That's a good question though. Did you have many
19  conversations was Patty Blue at Bed Bath and Beyond?
20   A. Yes.
21       MR. BERLOWITZ: Objection. You can answer.
22   A. Yes. But she is wonderful. Was wonderful.
23   Q. Did any of your conversations with Patty Blue
24  influence your decisions?
25   A. Yes. We loved her and loved what we seen as an

Page 100

1  opportunity to learn more and build our thesis and to
2  work toward a new buybuy BABY. Yeah -- it's we were
3  thrilled with what she -- we learned. She understood
4  the problems with the business. Yes. It influenced us.
5  Having strong managements.
6    Q. And I believe I know the answer to this but you
7  were not interested in the entity when Bed Bath and
8  Beyond was still in the picture, correct?
9    A. Correct.
10   Q. What does Cart.com do?
11   A. Three PL.
12   Q. I'm sorry. Can you expand on that a little bit?
13   A. Third party logistics.
14   Q. And am I correct that George Mrkonic, I may have
15  butchered his name. He was investing individually; is
16  that correct?
17   A. Family Office.
18   Q. Am I correct that he owns Auto Zone?
19   A. CEO Auto Zone.
20       (Continued on the next page, to include the
21  jurat.)
22
23
24
25



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
101–104

**Page 101**

1
2   Q.  Okay.  Was Sycamore Partners involved?
3   A.  No.
4   Q.  I don't have any further questions.  Thank you
5   for your time today.
6   A.  Thank you for your time.
7       (At 2:57 p.m., the Examination of this Witness
8   was concluded.)
9
10  _____
11          JEFFREY STREADER
12
13  Subscribed and sworn to before me this      day of
14  _____, 2024.
15
16  _____
17  NOTARY
18
19
20
21
22
23
24
25

**Page 102**

1           C E R T I F I C A T E
2
3
4
5       I, TRACY COOK, a Certified Court Reporter,
6   Registered Professional Reporter and Notary Public for
7   and within the State of New Jersey, do hereby certify:
8       That the witness whose examination is
9   hereinbefore set forth was duly sworn and that such
10  examination is a true record of the testimony given by
11  that witness.
12      I further certify that I am not related to any of
13  the parties to this action by blood or by marriage and
14  that I am in no way interested in the outcome of this
15  matter.
16      IN WITNESS WHEREOF, I have hereunto set my hand
17  this 13th day of October, 2024.
18  _____
19          TRACY COOK, CSR/CCR, RPR
20
21
22
23
24
25

**Page 103**

1   Reference No.: 11813000
2
3   Case:  GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES
4
5       DECLARATION UNDER PENALTY OF PERJURY
5
    I declare under penalty of perjury that
6   I have read the entire transcript of my Depo-
    sition taken in the captioned matter or the
7   same has been read to me, and the same is
    true and accurate, save and except for
8   changes and/or corrections, if any, as indi-
    cated by me on the DEPOSITION ERRATA SHEET
9   hereof, with the understanding that I offer
    these changes as if still under oath.
10
11  _____
12      Jeffrey Streader
13
14      NOTARIZATION OF CHANGES
15          (If Required)
16
17  Subscribed and sworn to on the _____ day of
18
19  _____, 20____ before me,
20
21  (Notary Sign)_____
22
23  (Print Name)                Notary Public,
24
25  in and for the State of _____

**Page 104**

1   Reference No.: 11813000
2   Case:  GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES
3   Page No._____Line No._____Change to:_____
4   _____
5   Reason for change:_____
6   Page No._____Line No._____Change to:_____
7   _____
8   Reason for change:_____
9   Page No._____Line No._____Change to:_____
10  _____
11  Reason for change:_____
12  Page No._____Line No._____Change to:_____
13  _____
14  Reason for change:_____
15  Page No._____Line No._____Change to:_____
16  _____
17  Reason for change:_____
18  Page No._____Line No._____Change to:_____
19  _____
20  Reason for change:_____
21  Page No._____Line No._____Change to:_____
22  _____
23  Reason for change:_____
24
    SIGNATURE:_____DATE:_____
25  Jeffrey Streader



Page 105

```
 1   Reference No.: 11813000

     Case:  GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES
 2
 3   Page No._____Line No._____Change to:_____
 4   _____
 5   Reason for change:_____
 6   Page No._____Line No._____Change to:_____
 7   _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24
     SIGNATURE:_____DATE:_____
25   Jeffrey Streader
```



---

Exhibits

---

11813000 Je
ffrey.
Streader.
EXHIBIT1
  8:8,12

11813000 Je
ffrey.
Streader.
EXHIBIT2
  14:20,22

11813000 Je
ffrey.
Streader.
CONFIDENTIA
L.EXHIBIT3
  29:15,17

11813000 Je
ffrey.
Streader.
EXHIBIT4
  32:13,14
  35:12

11813000 Je
ffrey.
Streader.
EXHIBIT5
  34:8,9

11813000 Je
ffrey.
Streader.
EXHIBIT6
  36:6,9,13

11813000 Je
ffrey.
Streader.
EXHIBIT8
  43:5,12

11813000 Je
ffrey.
Streader.
EXHIBIT9
  45:13,14
  85:19

11813000 Je
ffrey.
Streader.
EXHIBIT10
  52:13,14

11813000 Je
ffrey.
Streader.
EXHIBIT11
  57:23,24
  58:1
  64:12

11813000 Je
ffrey.
Streader.
EXHIBIT12
  62:25
  63:2

11813000 Je
ffrey.
Streader.
EXHIBIT13
  64:20,22

11813000 Je
ffrey.
Streader.
EXHIBIT14
  65:16,17

11813000 Je
ffrey.
Streader.
EXHIBIT15
  66:15,16

11813000 Je
ffrey.
Streader.
EXHIBIT16
  67:21,23

11813000 Je
ffrey.
Streader.
EXHIBIT17
  69:16,18

11813000 Je
ffrey.
Streader.
EXHIBIT18
  71:24
  72:2

11813000 Je
ffrey.
Streader.
EXHIBIT19
  72:21,22

11813000 Je
ffrey.
Streader.
EXHIBIT20
  73:15,16

11813000 Je
ffrey.
Streader.
EXHIBIT21
  74:18,23

11813000 Je
ffrey.
Streader.
EXHIBIT22
  75:16,18

11813000 Je
ffrey.
Streader.
EXHIBIT23
  77:24
  78:1

11813000 Je
ffrey.
Streader.
EXHIBIT24
  79:7,10

11813000 Je
ffrey.
Streader.
EXHIBIT25
  95:10,15

11813000 Je
ffrey.
Streader.
EXHIBIT26
  96:16,20

---

$

---

$500,000.00
  98:16

$505,000.00
  77:14

$800,000.00
  95:3,6

---

0

---

0010724
  36:11

0013673
  67:22

---

1

---

1
  8:8,12

1.4
  93:18

1.7
  12:12

10
  52:13,14

100
  55:9
  58:24

83:6
92:24
94:15

10724
  36:10

1099
  21:2

1099s
  20:22

10th
  33:12
  39:14
  40:8 52:2

11
  57:23,24
  58:1
  64:12

112
  86:18
  89:13

11th
  34:15
  96:17

12
  9:6 20:7
  62:25
  63:2

120
  8:2 83:7
  84:6

125
  8:2

12th
  30:5
  52:22
  53:8,12

13
  12:3
  64:20,22

135
  88:21



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
Index: 13th..5

**13th**
52:15
53:8,16

**14**
65:16,17

**14-page**
29:17

**142**
81:17

**14th**
47:11
57:25
58:5,6

**15**
20:8
42:21
43:17
48:7,16,
24 63:1
66:15,16
75:9
77:16,20
80:9,13,
22 81:2,
12 82:2
98:16,22

**15.5**
98:8

**155**
98:14

**15th**
41:12,16,
21 63:9
64:4
91:16

**16**
13:14
67:21,23

**17**
12:15
13:14
69:16,18

**17th**
64:24
65:10

**18**
71:24
72:2

**18-page**
74:19

**18th**
95:11

**19**
13:18
72:21,22

**1999**
11:1,3

———————

**2**

**2**
14:20,22
23:4
94:12

**20**
15:5
23:4,5,15
73:15,16
84:6,13
89:13
94:1,12

**2001**
11:10,16,
20

**2002**
21:10

**2007**
14:7

**2008**
12:7,10,
13

**2011**
12:19

**2014**
13:2

**2015**
13:11

**2016**
13:12

**2017**
14:1

**2018**
13:24

**2020**
21:14

**2021**
21:12,13,
16 75:19

**2022**
21:17
74:12,22
75:9

**2023**
21:20,22
27:10
33:12
34:15
39:14
40:8
41:12
43:15
48:25
52:2,15,
22 63:1
64:24
65:20
66:5
73:19
78:4,6
79:14
80:11,25
95:11
96:17

**2024**
21:25
101:14

**20th**
65:20
66:5

**21**
74:18,23
75:9 94:1

**22**
75:16,18
94:1

**23**
15:5
26:8,25
27:1 30:7
77:24
78:1
79:13
93:17

**24**
15:5
79:7,10
93:17

**25**
12:15
69:13,25
70:11,14,
17 95:10,
15

**26**
96:16,20

**26th**
38:1 70:9
72:4,5

**27**
93:25

**27th**
67:25
68:6
69:21
70:2

**28-page**
14:22

**2:21**
34:15

**2:57**
101:7

———————

**3**

**3**
29:15,17
44:25

**30**
84:14

**30B.6**
8:9

**30B6**
5:16

**31**
74:22

**36**
93:23

**365**
55:20

———————

**4**

**4**
32:13,14
35:12

**40**
84:14

**45**
70:17

**47**
47:22

———————

**5**

**5**
34:8,9
78:6



**50**
  38:16

**597**
  65:18

**5th**
  43:25
  78:4

---

**6**

**6**
  36:6,9,13

**61-page**
  73:17

**6th**
  43:25
  44:23
  45:9

---

**7**

**70**
  39:9 44:8

**71-page**
  75:16

**74**
  67:22

**7th**
  43:14,18
  44:23
  45:9

---

**8**

**8**
  43:5,12

**81**
  10:17

**834,250**
  96:5

---

**9**

**9**
  45:13,14
  85:19

**911**
  11:20

**95**
  86:1,18

---

**A**

**A-X-A-R**
  38:21

**abase**
  79:5

**ability**
  66:20

**Absolutely**
  17:2,15

**accept**
  38:3

**acceptable**
  38:2

**accepted**
  11:23
  35:24

**access**
  27:2,9
  37:18
  39:14
  48:23
  92:8

**accurate**
  7:3

**acquire**
  51:1,18,
  21 92:12
  93:5

**acquired**
  12:5
  14:11
  21:7,10,
  12,14,16,
  17,18
  51:17

**acquiring**
  26:6
  73:11

**acquisition**
  15:10,14
  19:17
  22:12
  23:21,22
  31:14
  35:23
  42:14,22
  44:8
  48:16
  71:11
  76:24
  79:14
  80:16
  90:21
  92:11,13

**act**
  14:12

**active**
  23:12
  84:10

**activity**
  27:22

**actual**
  50:4

**add**
  14:2

**added**
  27:13

**adding**
  76:16
  86:13

**addition**
  66:21

**additional**
  9:14
  78:10
  85:3 90:2

**addressed**
  95:13

**adjacent**
  83:5

**adjust**
  35:1

**adjustments**
  57:14

**administrat
ion**
  10:12,15

**administrat
ive**
  21:19

**advisor**
  29:12
  30:12,16

**advisors**
  30:2
  50:10

**afford**
  17:9 18:7
  89:17

**agnostic**
  22:17

**agree**
  37:8
  67:18

**agreement**
  29:25
  32:8,10,
  15,18,25
  33:9
  35:20
  68:12

**ahead**
  7:14
  62:13

**Ahmed**
  54:21

**Alagem**
  11:5

**Alex**
  78:22

**aligned**
  12:7

**allegations**
  92:21

**allocations**
  74:15,21

**Alzheimer's**
  99:5

**amazing**
  55:14

**Amazon**
  11:8
  87:11
  93:6

**ambiance**
  50:24

**America**
  12:16

**amount**
  8:18
  46:25
  67:10

**analysis**
  46:11,13
  49:8,22
  50:11
  74:11
  80:8 90:2

**analyze**
  24:4
  49:14



analyzed
  54:2

anchors
  83:21

Andrew
  69:20
  70:9
  81:20

Angeles
  87:8

ANK-0035975
  72:1

ANK-0048569
  66:19

Ankura
  29:7,10
  30:2
  38:11,16
  43:15
  44:25
  50:8,9
  63:4
  64:23
  76:23

Ankura's
  30:11

answers
  9:15
  27:20
  53:2
  99:14

anticipate
  61:12

antiquated
  18:3
  53:25
  54:10
  57:16
  82:25

anymore
  66:13

apparel
  11:18,25
  13:19
  14:6

appearing
  5:14

appears
  29:24
  30:1  38:1
  43:14
  77:17

applied
  62:1
  95:5,7

applying
  37:9

approach
  15:15
  24:24
  98:24

Approaches
  92:24

approximate
  6:11
  38:15
  39:25

approximately
  29:13,14
  33:19
  38:8,9
  95:2

April
  29:14
  30:8

area
  57:3

areas
  53:7
  57:9,17

arrangement

59:11

arrow
  47:12

article
  96:17
  97:1

artificially
  71:10

Asia
  12:15,16
  13:19
  19:24
  20:4

aspect
  50:1

asset
  19:16
  62:8
  89:19

assets
  12:22
  14:10
  39:7
  87:13

Assist
  30:13

Assisting
  30:12

Associates
  65:20

assume
  6:9  85:11

assuming
  8:13

assumption
  50:12

Atlanta
  10:21

attempt

28:10
  72:17
  87:23

attempted
  33:18

attempting
  57:8
  59:24
  70:22
  78:7

attend
  40:20,22
  41:7

attended
  41:10
  53:11
  58:6
  60:11
  61:16

attention
  65:19
  95:12

attorney
  6:21  16:5

attorneys
  7:2  16:2

attract
  24:22

auction
  28:3,17,
  25  29:3
  59:24
  70:23
  71:3
  77:16,20
  97:25

AUM
  12:22
  70:5

Australia
  13:8

Australian
  13:3

Auto
  100:18,19

Avish
  91:10,12

aware
  30:18,22
  31:10
  36:14,17
  53:14,15
  74:11
  95:2,4
  96:14

Axar
  38:21
  69:11
  81:15

Axelrod
  69:20
  70:9

_____

        B
_____

Baby
  15:3,6
  21:21
  22:7
  23:8,24
  24:1,25
  26:6,18,
  22  28:10,
  13,25
  29:4,7,11
  30:18,21
  33:19
  35:10,23
  42:14,22
  50:23
  51:11,16
  52:5  54:7
  62:9
  64:5,8
  67:11



68:7,18
73:7,19
74:15,21
78:8 79:8
88:17
98:1
100:2

**BABY's**
49:16

**bachelors**
10:11

**back**
10:4
11:9,24,
25 12:3,
17 13:8
19:3 20:9
25:6
26:19
35:12
38:4 47:3
52:12
54:16
69:1
71:23
72:10,16
75:7 76:3
81:25
84:9,20
85:19
93:3,19
97:5

**background**
10:9
16:16,18
17:19,22
24:19

**bad**
87:20
98:10

**bait**
55:18

**banker**
18:18

66:7,8
67:18

**bankers**
13:22
67:18

**bankruptcy**
28:3
59:23

**base**
84:11

**based**
10:21
11:4,19
12:20
14:6 17:9
18:7
19:16,17
20:22
23:14,22,
25 27:23
42:8
46:12
49:5,14
52:6
54:12
60:6
67:13
69:3,24
70:15,18
71:12,14,
16 81:15
85:13,15
86:8
89:19
92:21,25
93:1,20
94:2,9
98:13

**baseline**
71:15
80:7

**basic**
10:8

**basically**
94:2 99:9

**basis**
85:24

**Bate**
63:1

**Bates**
7:18
25:3,4
29:18
32:17
34:11
36:7
43:7,9
44:14
45:15
52:16
64:11
65:17
69:17
70:7
71:25
73:18
74:19
75:17
78:3
79:11

**Bath**
18:3
26:10,20
51:16,18,
20 53:23
54:4,6
94:10
99:19
100:7

**Bathe**
49:22

**Beach**
12:11

**Bed**
18:3
26:10,20
49:22

51:16,18,
20 53:23
54:4,6
94:10
99:19
100:7

**began**
54:9

**begin**
13:21
16:13
49:15

**beginning**
17:9 39:8
89:15

**behemoth**
55:8

**BELARDO**
44:14,19
45:7
57:21
78:5

**belief**
80:20

**benefits**
16:12,13

**Benny**
11:5

**Berkman**
15:23

**BERLOWITZ**
6:24 7:25
9:2 15:25
32:2
34:5,7
35:5
36:2,10
37:11
45:21,25
53:4 60:2
63:24
65:2,21

68:13
74:13
75:5,8
76:3,7,
10,18
77:18,22
78:19
81:14
82:18
87:5
88:2,18
90:7 91:4
92:1 98:6
99:21

**bid**
35:9,15,
21 36:1,
22 37:9
41:23
59:25
64:5,7,25
65:11
70:22
71:4 73:7
77:5,7,9,
15,21
78:11
87:24
98:15,23

**bidder**
77:10

**bidding**
35:14

**big**
51:6,7
55:8
60:17
82:19
97:15

**Billabong**
13:4,11

**billing**
96:9



JEFFREY STREADER
GO GLOBAL RETAIL LLC V. DREAM ON ME INDUSTRIES

September 30, 2024
Index: billion..called

billion
12:3,12,
21 56:10
70:5
93:18

bit
18:21
43:13
45:8,9
82:14
93:23
100:12

blend
42:7

Blue
99:19,23

blueprint
46:17

board
14:3,7,8,
10 66:1

boards
14:3

born
11:20

borrowing
82:1

bottom
8:24
19:21
49:5 79:9
85:25

bought
28:2,7

boxed
71:15

boys
97:15

brand
14:24
21:15

22:5
23:22
24:1,21
61:22
67:11
68:16,19
84:8,10

branding
86:9

brands
13:10,17
23:23
40:14
59:16

break
6:11
38:12
59:17
63:25
78:20

breaking
18:5

breakouts
53:6

BRI
82:15

brick
82:20
83:7 93:2

Bridge
65:20

briefly
10:18

bring
9:10
24:11
28:22
61:5
84:19
87:14

bringing
11:7

brings
84:23

broken
19:14
20:3

Brookdale
84:18

brought
5:9 10:24
85:4

Brum
22:7

Brums
21:17
28:6

bubble
11:10

Bud
18:14,15,
16 26:8

build
10:25
40:18
100:1

building
15:12,15
51:20

built
24:20
54:14

bullet
66:24

bunch
7:16

burst
11:11

business
10:11,15,
23 12:8
17:10

18:6
19:16
24:6,14,
16 28:14,
18 39:7
46:11,13,
15,16,20
47:1,2
49:8,9
51:13
56:18
57:12,13,
14,19
58:11,12
59:14
60:7,16
61:8,25
62:23
67:14
69:4,15
70:19
71:13
79:4,6
81:6 82:7
83:6 84:9
86:20,21
92:5
93:2,21,
24 94:3,6
100:4

businesses
10:25

butchered
18:21
100:15

button
76:2

buy
28:10,21
29:12
30:15,21
50:10

buybuy
15:3,6

21:21
22:7
23:8,9,24
24:1,25
26:6,18,
21 28:10,
13,25
29:4,7,11
30:18,21
33:19
35:10,23
42:14,22
49:16
50:23
51:11,15
52:5 54:7
62:9
64:5,7
67:11
68:7,18
73:7,19
74:15,20
78:7 79:8
87:2
88:16
98:1
100:2

buyers
11:7

_____

C

C-A-R-T
38:21

calculation
92:20,23,
25

call
53:3 55:1

called
5:1
10:13,20
11:6,17
12:1,6,20



13:3,13
14:4,8
21:9 22:3
31:12
97:2,5

**called.com**
11:3

**calling**
54:21

**calls**
63:5
90:17

**Cap**
38:24

**capacity**
5:15

**capital**
15:19,21
16:8,15
22:12,14
23:25
30:2,14,
15 36:16,
17 37:14
39:6
42:13,18,
19 46:24
47:19
58:9 60:8
61:8
62:7,16
64:14
69:12
71:12
81:15
98:5

**capitol**
12:6,7,10
13:2,14

**capture**
54:18

**captured**
90:19

**career**
10:18
11:15
14:1

**carried**
47:22

**carrier**
94:12

**carrot**
81:21

**carry**
23:5
47:22
81:16,17

**Cart**
38:21

**Cart.com**
100:10

**case**
5:9,11
14:11
15:12
24:1
29:23
59:6
72:25

**cash**
22:21,22
46:15,24
81:8

**category**
62:19

**caused**
58:7

**census**
16:9

**CEO**
100:19

**cetera**
82:15

**CFO**
17:21

**chain**
17:3,4,12
20:1,3,9
34:10
36:25
51:5
62:21
64:22
94:11

**chairman**
14:12

**challenge**
15:11

**change**
24:20
26:3 55:8
57:19
79:23

**changed**
39:5
47:20
48:1 62:2

**changing**
25:23

**channels**
82:22,23
93:2

**chart**
19:6,7
20:10,12

**Chau**
15:17,18
33:8

**check**
25:7 47:9

**checkup**
24:16

**chief**
13:4

**children**
21:9

**Children's**
39:11

**Choi**
19:20,23

**Chris**
16:25
17:2,3
20:13,14,
19

**Christian**
15:5
20:14
32:6 33:8
48:9,10,
11 50:15,
16 78:4

**chronologic
ally**
71:24

**circled**
52:12

**circumventi
on**
35:25

**Citi**
16:17

**city**
11:24
60:20

**clarify**
28:24

**clause**
35:1
37:8,25

**clauses**
35:25

**clean**
45:25

**cleanliness**
14:5

**clear**
46:1
47:10
68:10
85:18
99:2

**clinical**
76:19

**close**
23:3,10,
12 97:23

**closed**
21:25
82:25

**closing**
22:2
80:18
85:13
90:22

**Cloth**
21:14

**cloud**
54:12

**Club**
17:20

**cluster**
87:8

**CNBC**
96:17

**CODB**
57:12,13

**coladottal**
21:19

**Coldwell**
66:8

**collaborate**
57:8



collaborati
ve
    35:3

Collection
    22:3,5

college
    10:12,19,
    20

colors
    56:16

column
    47:18
    49:12

columns
    93:12

combination
    50:7
    87:19

combined
    98:20

comfortable
    66:12

comments
    61:24

commerce
    57:16
    82:23

commercial
    10:22
    51:4,12

commercially
    60:15

commit
    38:25
    39:1,2
    45:2
    71:19

commitment
    38:17

56:6,7
98:8

committed
    39:3,4

Committee
    74:22

communicati
on
    32:24
    44:24
    63:9

communicati
ons
    45:8

community
    62:19,21

companies
    13:23
    14:12
    21:5
    22:10
    28:20

company
    11:1,5,
    17,18
    12:1,12,
    19 13:3,5
    14:8
    15:14
    21:8,10,
    11 24:10
    32:1 39:5
    49:21
    53:24
    56:10
    72:15
    84:23
    94:8

company's
    12:18

compete
    24:12

competitive
    83:22
    93:5

competitor
    35:19

complete
    24:16

completed
    70:23

completely
    31:7

complex
    18:2
    49:20

components
    24:13

concept
    35:20
    44:10
    89:2

conceptual
    49:3

concern
    28:7,10
    35:10
    59:25
    64:5
    70:22
    71:4
    72:15
    87:24
    98:1

concerned
    37:24
    66:4

concerns
    66:8

concluded
    101:8

concrete
    44:7

confidence
    40:18

confidentia
l
    29:19,21
    39:18
    50:19
    52:4 74:8
    82:9,17
    85:2
    88:6,16
    89:25
    91:25

confidentia
lity
    34:13

confirm
    79:11

connected
    54:3

Connecticut
    60:20

connection
    5:11 9:12
    29:7,10,
    22 32:8
    33:18

considerabl
e
    46:25

considered
    20:20
    26:22
    82:17

consistent
    55:22
    61:25

constantly
    25:23
    85:12
    86:8

consultants
    84:1

consumer
    12:23
    13:1
    24:22

contact
    31:25
    41:15,20

contacted
    31:17

content
    35:1
    99:13,17

context
    85:8

contingent
    64:5,7,25

continue
    25:12,14,
    16 68:10
    76:23

continued
    39:5
    57:19
    62:22
    69:3,9
    89:16
    100:20

contractors
    20:20

contribute
    48:24
    70:11
    81:12

contributin
g
    42:13,21
    43:17
    48:7,16
    81:1



control
    58:13

convention
    25:8,9

conversatio
n
    33:11
    36:21
    66:11
    90:16
    91:11
    95:8

conversatio
nal
    55:18

conversatio
ns
    20:1
    32:11
    33:14
    35:1 37:6
    45:2
    58:14
    59:13
    60:4,9
    67:12
    70:3
    71:20
    85:15
    86:22
    90:17,18
    91:1,22
    98:19
    99:19,23

conversion
    89:6

convey
    42:13

conveyed
    35:4

convinced
    70:19

COO
    91:8

copies
    7:20

copious
    89:9

copy
    48:13

cordial
    61:19

core
    24:20

cornerstone
    70:17

corporate
    5:15 6:15
    23:24

Corporation
    11:17

correct
    5:12,13,
    16,17 7:4
    17:24
    23:15
    27:7,12
    28:9,16,
    17 29:6,8
    31:8,9
    32:7,18
    37:10
    38:2 40:8
    41:8,13
    42:4,11,
    20 43:13
    50:5
    52:21
    53:13,17
    55:15,24
    56:22
    57:1
    59:21
    60:1
    62:17,18

64:3,25
    68:17
    70:1,21,
    25 74:6,
    7,10
    77:16
    78:16
    79:17
    87:4 88:7
    97:19,21,
    24 98:2,
    3,4,23
    100:8,9,
    14,16,18

cost
    49:23
    57:13
    85:13
    89:7,8
    93:24

costly
    54:13

costs
    16:12
    47:5
    57:11
    58:13
    83:14
    86:14

counsel
    95:12

counter
    67:13

County
    13:8

couple
    14:2
    64:10
    71:23
    82:11

court
    5:24 7:23
    9:3

36:15,17
    37:21

cover
    56:24
    73:18
    75:7

covered
    6:18
    56:21
    84:24
    85:1

cracks
    52:7

craze
    11:3

create
    50:9

created
    50:7
    98:12,14

creating
    11:6
    50:14
    90:3 93:3

critical
    57:10,14
    86:9

crown
    26:22

crushed
    12:14,16

cultivate
    10:25

current
    17:4
    24:11
    49:22

cursor
    56:3 68:3

customer

12:9
    15:13
    51:1
    68:20
    92:9,11,
    13 93:7

customers
    15:16
    24:21
    92:4,5,6,
    12

cut
    18:7
    51:14
    55:8

cycle
    23:23

_____

D

_____

D.C.
    14:4,7

D8
    93:16

daily
    60:9

damage
    67:11
    68:16,19

damages
    92:20

Dandy
    91:11

dark
    79:12

data
    24:3
    27:2,6,8,
    10,14,17,
    18,23
    31:16,21



39:15,17
42:4,6,8,
11 48:12
52:9
54:1,19
73:24,25
74:5
76:17
77:1,2
79:25
80:1 85:6
89:2
92:7,8,9
98:18,25
99:4

**date**
25:5
26:25
27:1
40:10,17
41:9
43:16
53:8
65:13
68:6,22
69:20
73:20
80:16
88:24

**dated**
30:5
34:14
44:22
79:13
95:10

**Davis**
5:7 71:19
77:5,15,
19 98:17,
18,22

**day**
40:11
44:12,25
53:17
57:25

64:3
101:13

**day-to-day**
61:13

**days**
52:11
71:23

**dead**
26:2

**deadline**
78:11

**deadlines**
59:23

**deal**
20:24
21:22
27:25
48:15
59:11
68:12
69:12
78:25
85:4

**deals**
18:18
21:3

**Deb**
20:15

**debate**
33:4

**Debra**
17:7,13,
16,18
48:10,12
50:15

**debt**
15:20
30:12
66:21

**decided**
13:12

63:21

**decisions**
99:24

**decline**
57:20
60:6
68:20
69:4 84:7

**declined**
39:9
67:16
69:15

**decreased**
68:18

**deep**
22:16
54:9

**deeper**
49:7

**deficient**
65:1

**degree**
10:11
24:7

**deliver**
94:7

**Deloitte**
74:11
75:2

**Deloitte's**
74:20

**Delta**
39:10

**demand**
19:11
94:18,23,
24 95:2,
6,11

**demands**
62:2

**demographic
s**
83:23

**Den**
21:23

**Denim**
12:11

**deployed**
20:6

**deposed**
5:18 59:5

**deposition**
5:11 6:22
7:3,6 8:9

**describe**
30:10

**desire**
81:23

**desires**
62:2

**desktop**
45:21
46:2

**detail**
57:4

**detailed**
49:22,25
50:17

**details**
44:20

**deteriorate**
39:6

**determine**
16:11

**develop**
49:15
54:9,20

**developed**
52:11
55:10

**development**
10:23
11:14
15:9

**difference**
17:17
97:12

**difficult**
28:6
71:16

**digging**
85:16

**digital**
18:1
24:12

**diligence**
12:25
17:12
18:17
23:2,3
27:24
30:11
95:5

**diligent**
20:24

**dinner**
53:10

**direct**
5:4 34:14
52:18
91:11

**directing**
65:19

**director**
16:22,24

**disappointe
d**
97:9

**disappointi
ng**
62:5



disappointm
ent
   62:4

discuss
   34:3
   48:14
   60:24

discussed
   34:20
   52:10
   55:18
   59:12
   62:1

discussions
   43:2
   68:10
   97:18

distinction
   13:24

distress
   17:10

distributio
n
   81:18

dive
   60:13

divisions
   12:3

doctor
   24:15
   99:8

doctors
   99:7

document
   7:12
   8:10,20,
   25 14:22,
   25 27:21
   29:17
   32:15
   36:7 43:6
   44:5,14,

21,22
45:15,16,
19,22
46:10
54:25
55:4,21
57:21
67:22
71:25
72:24
73:2,4,5,
6,17,18,
20,23,24
74:4,8,
19,24
75:16
76:19
77:25
80:4 81:4
82:10
88:4,8
89:23

documents
   7:5,16,19
   8:16,18
   9:10
   25:24
   27:13
   29:20,21
   42:5,7
   44:20
   75:13
   76:16
   82:9
   85:1,9,11
   88:12,13,
   14 91:24

dollar
   12:12
   13:5
   56:10
   80:13
   83:6

dollars
   12:3 39:9

42:21
43:17
48:7,16,
24 55:9
70:1,11
77:16,20
80:9,22
81:2,13
82:2
92:24

DOM-0001082
   73:18

DOM-0001380
   74:19

DOM-0001412
   75:17

DOM00000075
S
   45:16

DOM000031
   32:17

DOM0001054
   25:4

doors
   93:22

double
   28:23
   47:9

dove
   18:2

dream
   5:7,8
   30:19,22
   31:5,10,
   13,15,25
   32:8,12,
   24 33:14
   35:4,8,13
   39:13,22
   40:6,15
   41:1,3,5,
   15,20

42:12,24
43:3
44:25
47:11
48:6,14
50:2
51:25
52:4,21
53:11,20
55:15
57:7
58:14
59:19
60:12,24
61:3,12
62:8 63:5
64:4 71:9
77:15,21
80:24
82:12
85:6,15
86:16,17
87:9
88:25
91:2,22
92:21
94:18
95:13
97:24
98:8,14,
15

drive
   83:13,20

drivers
   50:11,12

driving
   17:18
   27:18,23
   60:19
   83:5,12
   86:10

drops
   94:1

drove

17:15

due
   30:11
   67:10

duly
   5:2

Dyana
   18:9,10

dynamic
   23:21
   55:20
   57:18
   75:10,11
   79:21
   90:23

dysfunction
al
   94:9

_____

        E

e-commerce
   82:24
   83:4,11
   84:8

e-mail
   34:10,24
   36:25
   38:1
   43:9,14,
   21,24
   44:9,17,
   24 52:14,
   19 53:16,
   19 55:23
   57:24
   58:3,7
   62:25
   63:3,10
   64:22,23
   65:19,22
   66:5,17
   67:24



68:16
69:16,20,
24 70:6,
8,10,13
72:4
78:3,14

**e-mails**
36:13
52:7

**Eagles**
26:3

**earlier**
63:8,18
64:14
68:15
88:5,9,11

**early**
26:8,13
31:3,4,
11,23

**earnings**
70:16
81:18
94:15

**ease**
50:24

**easiest**
46:9

**east**
13:20

**easy**
45:3

**eat**
20:23
21:24

**education**
10:10

**effective**
35:25

**efficiencie**
s

94:2

**efficient**
54:13

**efficiently**
8:22

**element**
11:14

**elements**
12:17
24:5
46:20
92:4,16

**emerged**
27:21
61:24

**employ**
72:16

**employed**
16:10

**employees**
20:12
21:1

**empower**
14:13

**encompass**
85:9
88:8,15

**encompassed**
84:4

**encompasses**
89:25
90:10

**end**
59:18
81:25
85:5
87:23
90:5 96:4

**ended**
26:16

76:25
84:5

**ending**
67:19

**energies**
21:20

**engage**
24:23
29:10
68:9

**engaged**
29:13
30:7
72:17

**engagement**
30:1

**engine**
12:17
93:3

**enjoyed**
11:12

**enormous**
53:24

**entered**
29:22
33:20,25
36:15

**Enterprise**
39:11

**entertain**
31:13

**entire**
51:24

**entities**
33:20

**entitled**
14:23
32:15
72:25
79:14

95:11

**entity**
26:23
28:2
30:18,22
72:18
100:7

**environment**
18:3
24:11

**epita**
94:13

**equals**
86:13

**equity**
12:6,20
13:13
15:20
30:13
47:23
65:10,13
80:10
81:2,5,17

**Eric**
19:7,8
20:14

**essentially**
62:16
82:1 96:9

**establish**
13:13

**Europe**
12:16
13:7,20
17:21
18:11,21

**evaluate**
87:1 89:5

**evaluated**
85:12

**evaluating**

24:8,15

**evaluation**
30:13,14
65:6

**evening**
53:12

**everyday**
25:15
79:23
97:2
98:25
99:2

**Evesh**
91:9

**evolve**
23:25
25:12,14
69:10
76:23
89:16

**evolved**
39:7 48:2
60:6 69:3
88:21,23

**evolves**
88:23

**evolving**
86:8

**exact**
53:7
80:15

**Examination**
5:4 101:7

**examined**
5:3

**excel**
45:14,16
46:3,6
57:2,5
82:13
83:25



88:7

**Exchange**
    10:24
    12:2 13:6

**exchanged**
    63:14

**excited**
    60:18,21

**excitement**
    60:23

**exclusivity**
    27:16

**excruciating**
    93:1

**excuse**
    21:11,12

**execute**
    94:11

**Executing**
    94:8

**executive**
    41:22

**executives**
    35:8 42:2

**exhibit**
    8:8,12
    14:20,22
    29:15,17
    32:13,14
    34:8,9
    35:12
    36:6,9,13
    43:5,12
    45:13,14
    52:13,14
    57:23,24
    58:1
    62:25
    63:2
    64:12,20,

22 65:16,
17 66:15,
16 67:21,
23 69:16,
18 71:24
72:2,21,
22 73:15,
16 74:18,
23 75:16,
18 77:24
78:1
79:7,10
81:17
85:19
95:10,15
96:16,20

**exhibits**
    7:16 8:16
    25:19

**exist**
    80:21

**exit**
    23:1
    81:25

**expand**
    12:23
    23:18
    49:5
    100:12

**expanded**
    13:9

**expanding**
    84:12

**expect**
    7:11
    18:22

**expensive**
    18:4
    53:25
    54:10

**experience**
    22:16
    50:23,25

**expert**
    56:13

**experts**
    40:5

**explain**
    58:12
    73:6

**explanation**
    66:11

**extend**
    78:11

**extensions**
    78:16

**extremely**
    49:20

**eyeballing**
    87:3

_____

_____

**F**

_____

**F-U-N-G**
    34:6

**fact**
    7:23
    51:14
    55:11
    94:2 97:9

**factual**
    67:14

**fair**
    11:17
    97:11

**Falcon**
    15:23

**fall**
    89:6

**familiar**
    74:25
    78:22
    79:15

97:1

**family**
    22:14
    38:22,25
    44:5
    47:24
    100:17

**fashion**
    21:15

**February**
    26:13

**federal**
    5:16 8:9

**fee**
    22:25
    23:2,3,5

**feel**
    56:16

**fees**
    22:25
    23:3 95:5

**felt**
    94:7

**Feuer**
    15:5
    16:22,23
    32:6

**fewer**
    86:4

**figure**
    96:5

**file**
    25:9 57:2
    93:9

**files**
    92:6

**filing**
    94:17

**fill**
    89:19

**fillers**
    55:18

**final**
    87:23

**finally**
    26:12,24

**finance**
    15:10,11
    16:15
    51:6,7
    57:11

**financial**
    17:15
    46:11
    51:3,12
    54:17
    57:11,17
    74:15,21
    80:7
    90:19
    92:17,18

**financing**
    30:13

**find**
    26:9
    45:10

**finding**
    52:7

**fine**
    7:25 8:23

**finish**
    6:5 9:3

**firm**
    10:20
    11:4
    12:6,20
    13:13
    38:17
    40:13,14
    59:15
    62:6



fish
    12:21

fishy
    55:2

fix
    28:19,21
    58:11
    62:23

fixtures
    86:20
    98:10

flaw
    19:8

fleet
    17:8
    82:20
    83:7
    84:6,12,
    20 85:12,
    23,24
    89:17
    93:25

flip
    69:1

floor
    98:12,13

flow
    46:24

fluid
    85:1
    86:24

focus
    59:15
    92:15

folks
    64:24

follow
    46:20

Fong
    19:7,8
    20:14,19

35:7

foot
    83:20
    89:6

footprint
    13:10
    57:15
    84:7

footwear
    13:19
    14:6

forecast
    46:14

form
    33:9,23

forthright
    37:4

forward
    17:5
    36:19
    42:1
    63:23
    64:10
    73:12
    85:24
    95:12

forwarded
    34:14

found
    22:18
    26:13
    65:1

foundation
    42:9,10
    51:12
    89:15

founder
    11:4
    13:25

founders
    11:5

fourth
    46:22

foyer
    16:23

fractional
    20:17,18
    21:24

Francisco
    21:9

free
    46:24

frequently
    33:10

front
    20:5
    50:16

fruition
    97:22

full
    20:12,15,
    16 21:23
    90:4

fully
    36:21
    37:9

functional
    53:6 57:3

functionali
ty
    57:6

fund
    44:4 60:8
    61:6
    67:2,4
    70:4

funded
    36:22
    37:9

funds
    22:14

38:18,25
    39:3
    59:25
    70:21
    81:8

Fung
    34:1,3,5,
    20

funnel
    15:16

furniture
    54:22
    56:15
    89:4

future
    15:16
    46:16
    49:17
    61:22
    90:22

_____

G

_____

G36
    93:24

G38
    94:4

Gabby
    97:3

game
    81:23

Gap
    21:16
    51:14,21

Garguillo
    17:7,13

gave
    11:2
    38:17

general
    22:13,24

42:16,19
    81:5

generalists
    22:17

generally
    45:18

geo
    83:10

geographic
    87:8

George
    38:21
    100:14

Georgia
    10:21

gestures
    6:3

GG-00008913
    57:22

GG-000846
    63:1

GG-0010724
    36:8

GG-0012966
    95:14

GG-0013368
    29:18

GG-0021594
    65:18

GG-0025047
    64:13

GG-002549
    64:13

GG-0026966
    44:15

GG-0026967
    44:15

GG-0028984
    34:11



GG-0038097
    69:17

GG-0038098
    70:7

GG-008921
    57:22

Giants
    26:3

give
    6:6  16:4
    36:6
    37:12,15
    53:21
    54:25
    55:6,9,21
    56:9,11
    58:22,24
    73:12

giving
    55:24
    59:1

GK
    14:8

global
    5:9  8:10
    12:11,13,
    18  13:4,
    6,13,20,
    25  14:8,
    10,14,15,
    17,23
    16:19
    18:19
    20:12
    21:6
    22:11,12
    23:18
    28:12,16,
    25  29:3
    31:14
    32:1,16,
    21  35:9,
    14,24
    36:1,14

37:9
38:11,16
39:15
42:4,13,
22  43:16
44:3,4,7
45:1
47:23,25
48:6,15,
23  49:14
59:16
63:22
64:4,7
65:1
67:21
71:3
72:24
73:9,19
74:5,9
76:17
79:9
80:10,22
81:1,17
88:9,16
90:1
92:21

Global's
    84:16

globally
    13:10

good
    5:5  25:25
    27:3
    59:15
    87:19
    97:7
    98:10
    99:1,18

GP
    45:2  61:5

graduate
    10:16

Grand
    87:8

grandmother
    58:23

grant
    23:15

granted
    78:13

great
    11:22

Greenbaum
    5:6

grew
    13:10
    27:23
    39:7

ground
    37:22

group
    16:17
    34:1,3,20
    91:6,14

grow
    58:13
    84:20
    93:21

growing
    93:2,7,10

grows
    94:6

growth
    12:18
    27:19
    50:12
    84:21

guarantee
    62:22

guess
    6:10
    12:11,12,
    14  17:21
    38:12,13,
    14  50:17

83:15
87:1

guidance
    30:15

guy
    97:7

guys
    41:24

—————————

## H

H&m
    87:11

half
    80:25
    93:18

halted
    11:12

hand
    55:12
    93:12

handled
    33:7

Hang
    47:9

Hannan
    65:19
    66:1

Hannon
    38:22

happen
    23:17
    98:4

happened
    72:8  82:3
    94:23

happening
    53:6

happy
    56:18

64:17

hard
    20:24
    23:13
    55:7,13
    90:14,15

harvest
    83:9

Hatch
    22:3,5
    23:11

head
    23:5  39:4

header
    72:25

health
    98:25
    99:3,6,10

healthcare
    16:12

heard
    31:4

hearing
    22:4

heavy
    24:25
    25:1

hedge
    22:14
    61:6

helped
    18:16

helpful
    85:7

helping
    19:15

hemorrhagin
g
    70:18



hidden
  52:6

high
  75:25
  76:15

higher
  69:13
  70:4
  71:15

highest
  10:9

Highlight
  56:2

highlighted
  56:4 58:2

HILCO
  75:13,20
  98:11

hired
  12:23
  79:3

hiring
  86:23

history
  14:14

hit
  12:13
  76:2

hold
  26:24

Holdings
  66:3 82:4

Honduras
  14:9

honestly
  23:20
  25:10

Hong
  19:23
  20:7

horrible
  75:12

hostile
  12:5

hourly
  96:9

hours
  20:7 22:9
  37:16
  54:19
  82:12
  95:4

house
  16:23
  28:19

housekeeping
  64:11

Houston
  87:9

HR
  16:8,9,14

HTT
  34:15

hundreds
  54:19
  72:16

hustler
  13:15

——————————

              I
——————————

ice
  59:17

idea
  77:23

ideal
  89:17

identification

8:12
14:20
29:15
32:14
34:9 36:9
43:12
45:13
52:13
58:1 63:2
64:20
65:16
66:16
67:23
69:18
72:2,22
73:16
74:23
75:18
78:1
79:10
95:15
96:20

identified
  58:10

identify
  15:2,10

impact
  85:13

implement
  55:7

implementing
  46:16

importance
  21:2

important
  6:4 11:15
  15:22
  46:21
  62:19
  92:4,14

impressive
  16:18

17:19,22

improve
  79:22

in-depth
  49:19

in-person
  40:22
  58:5
  59:4,7

include
  17:4
  100:20

included
  42:5
  48:15
  98:9

includes
  24:7

including
  21:21
  49:19
  83:16
  86:20

income
  93:14
  94:4

incorporate
  5:8

independent
  20:20

individual
  5:14
  13:15

individually
  6:15
  100:15

individuals
  20:11
  40:4

industries
  5:7,8
  10:21

industry
  11:2 14:6
  22:15,16,
  23 23:7
  24:19
  28:21
  54:5

inflated
  71:10

influence
  99:24

influenced
  100:4

informal
  5:22

information
  9:15,19
  10:9
  27:13
  50:19
  52:4
  67:14
  71:17
  82:11
  84:2
  85:2,3,9
  88:7,16
  90:1,2
  92:10
  99:9

infrastructure
  18:1

initial
  42:9

initially
  42:12,15

input
  15:21



inquisitive
   41:25

inside
   13:2 54:3
   61:20

insight
   99:14

instance
   49:8 81:9
   84:6

institution
al
   23:14

instructing
   63:5

instruction
   16:4

instruction
s
   5:21

intellectua
l
   35:19
   51:9
   68:21,23
   71:9,15,
   18 86:15

intended
   35:2
   42:13
   73:8,12
   87:24

intending
   24:10
   42:15,17
   43:16
   68:7

intention
   23:8,9
   28:9
   89:12

intentions
   12:7
   41:25

interest
   21:6,8
   22:11

interested
   13:17
   26:6,18
   39:1,2
   60:12
   100:7

interject
   16:1

internal
   54:15
   73:5 95:8
   96:8

internally
   76:20,21
   95:4

interpose
   90:8

interview
   97:3

intimately
   19:18
   22:23
   35:7
   36:18

introduced
   26:17

introducing
   40:13

introductor
y
   33:16
   40:12

invent
   23:6

inventory

12:5
19:11,13,
14 28:19
86:15
89:18
98:10

invest
   13:17,20
   31:13
   47:21
   54:23
   56:9
   63:22
   71:19

invested
   24:6
   47:19

investigati
ng
   58:21

investigato
r
   54:22

investing
   100:15

investment
   14:24
   22:20
   30:14
   40:14
   46:19
   62:7,9,
   16,21,22
   73:1 80:6

investor
   32:11
   37:17
   39:10
   49:2 58:8
   60:25
   61:7 66:9

investors
   22:18

23:13
38:9,17
44:6
48:20
59:16
73:13
74:2
79:22

involved
   15:6
   16:25
   18:9,10,
   13,17,22,
   23,25
   19:18,25
   20:8
   32:24
   56:18
   61:12
   101:2

IP
   28:12,17,
   21,25
   29:3
   35:14
   66:21
   69:22,23
   70:23
   71:3
   77:5,16,
   20 97:6,
   25

Isle
   87:8

issue
   21:23
   45:5

issues
   7:21 9:7,
   8,12

items
   64:11

J

Jack
   21:9,13,
   16 22:6
   26:17
   51:14,22
   66:3
   81:19
   82:4
   84:17

Janie
   21:9,12,
   16 22:6
   26:17
   51:14,21
   66:3
   81:19
   82:4
   84:17

Jeans
   12:11

Jeez
   19:8
   21:12
   96:21

Jeff
   15:22
   43:24
   64:24,25
   66:18
   67:24
   69:19
   72:3
   73:20
   75:8 78:6

Jeff's
   44:23

JEFFREY
   101:11

Jen
   43:8



44:16
45:5
52:16
57:24
78:2

**Jennifer**
44:12
45:4

**Jersey**
5:3 10:12
16:11
41:1,4,6
48:18
60:19

**jewel**
26:22

**Jimmy**
19:20,23
20:5

**job**
14:13

**join**
12:11
13:2
59:19

**joined**
10:20,22
11:4,16
12:19

**joining**
35:17,18
58:21

**journey**
13:21
97:7

**July**
78:4,6
95:11
96:17

**jump**
23:14

**jumped**
11:3

**June**
31:3,4,
11,23
33:12
39:14
40:8,16
41:11,12,
16,21
43:14,18,
25 44:23
45:9
47:11
48:24
52:2,15,
22 53:12,
16 57:25
58:5,6
59:22
63:1,9
64:4,24
65:10,20
66:5
67:25
68:6
69:21
70:2,9
72:4,5
79:13
80:11,25
86:3
91:16

**jurat**
100:21

———————————

**K**

**K-E-L-L-W-
O-O-D**
12:1

**Kathleen**
43:15
44:25

66:17

**Keeping**
82:24

**Kellwood**
12:1,10

**key**
58:12
90:23
92:4

**kids**
22:4,5,6,
7

**kill**
20:23
21:25

**kind**
9:18 63:7
82:10

**knew**
25:1
26:15
27:18
51:24

**knowing**
86:15

**knowledge**
6:17
9:21,24
22:16
23:15
84:12

**Kong**
19:23
20:7

———————————

**L**

**L.A.**
11:4
12:20
20:8

**labor**
89:7

**lack**
23:25

**Lakers**
97:16

**landed**
15:4

**landscape**
93:6

**landscaping**
83:23

**language**
70:7

**Lapish**
64:23

**large**
23:23

**larger**
8:3 93:20

**largest**
11:18
13:18
62:20

**late**
26:13
27:2
31:1,4,11

**launch**
79:6

**launching**
81:6

**Lauren**
17:20

**Lauster**
43:15
44:25
66:17

**law**
5:6

**lawsuit**
39:19
94:17

**lawyers**
94:25
96:10

**Lazard**
18:15
26:14,15
27:7,8,9,
14,25
31:12,15,
17,21
42:6,11
67:9 72:4
73:24,25
74:4
76:25
77:2
78:10
80:1

**lead**
12:24
49:1
50:13
81:6
93:20

**leadership**
60:16

**leading**
26:10
83:3

**lean**
24:8

**leaning**
26:11

**learn**
11:2
35:21
40:15
59:16
89:10
99:4



100:1

**learned**
  11:13
  57:19
  79:22
  97:8
  100:3

**lease**
  87:11,13

**leases**
  86:10,14,
  18,21,24
  87:1,3,4,
  6,17,18,
  20 98:9,
  10

**leaving**
  13:11

**Lee**
  35:6

**left**
  11:3
  12:9,19
  13:2
  93:12

**legal**
  15:22
  16:8,15

**lenders**
  78:15

**letter**
  29:25
  30:1,3
  95:10,11,
  16 96:13

**level**
  10:9
  96:21

**lever**
  51:4,5,6

**leverage**

67:17
82:23
84:17

**licensor**
  51:11

**life**
  23:22

**lift**
  24:25
  25:1

**light**
  37:18
  40:2,3
  46:12
  49:4 79:4
  82:14
  93:4

**limited**
  31:14
  59:19
  61:4,10
  73:9 74:2
  80:5

**lines**
  55:23

**list**
  47:23

**listed**
  9:7 20:11
  36:12
  49:20,21
  69:2

**live**
  20:8

**lived**
  11:22

**LLC**
  5:9 8:10
  32:22

**loan**
  19:16

66:21
67:1
89:19

**location**
  49:14
  89:5

**lock**
  89:21
  90:10

**logical**
  89:14

**logistics**
  12:4
  100:13

**logo**
  32:16
  73:19
  74:5
  79:8,9

**longed**
  62:4

**longer**
  98:13

**looked**
  62:20
  83:17,21
  84:24
  85:8
  88:13

**loose**
  61:6

**Los**
  87:8

**lose**
  73:9

**loss**
  85:14

**lost**
  94:15
  95:5

**lot**
  10:3,4
  17:25
  69:9 73:8
  86:6,22
  90:2 92:6

**Lots**
  61:17

**loud**
  6:23

**love**
  44:24
  58:25

**loved**
  11:24
  99:25

**lower**
  67:15
  69:14

**LP**
  45:1
  58:19
  61:4,5,7
  89:11

**LPS**
  73:5

**luck**
  97:9

**lumping**
  39:25

———————

**M**

———————

**M-I-D-C-A-P**
  38:24

**M-O-D-C-L-
O-T-H**
  21:14

**made**
  42:10
  58:17

64:12
65:5
66:11
68:12

**main**
  50:18

**maintain**
  84:8

**maintained**
  27:6

**major**
  10:14

**majority**
  74:7

**make**
  24:4,9,
  10,20
  35:9 46:1
  47:10
  57:13
  70:25
  84:23
  86:25
  87:24
  88:12
  90:4
  94:16,17
  99:17

**making**
  63:21
  94:5,7

**manage**
  12:8 20:5
  22:20
  61:7

**Managed**
  74:10

**management**
  12:22
  14:13
  19:11,12
  22:24



23:4
49:13
63:12,15
74:10
81:7

managements
100:5

manager
19:24

managing
12:16
13:25
16:22,24

mandate
26:12

Manhattan
12:10

manufacture
r
14:9
54:22
56:14

manufacture
rs
13:19
89:4

March
26:13,25
27:1,2,5,
10 74:22
75:9

mark
7:17 8:8
14:22
32:13
34:8 36:6
43:5 44:8
45:14
52:14
57:23
59:2
60:16
62:25

64:21
65:17
66:15
67:21
69:16
71:24
72:21
73:15
74:18
75:16,25
76:15
77:24
79:7
95:10
96:16

marked
8:12
14:20
29:15,16,
19,21
32:14
34:9
36:9,13
43:12
45:13
52:13
58:1 63:2
64:20
65:16
66:16
67:23
69:18
72:2,22
73:16
74:23
75:18
78:1
79:10
85:19
95:15
96:20

market
11:7
34:25
87:17
93:5

94:13,14
98:11

marketing
15:13
84:11

marketplace
11:10

Marlin
12:20,21
13:1

material
37:5
96:8,9

materials
39:18

maternity
22:5,6

matter
25:12
40:5
44:23

Matthew
64:23

Maurizio
18:20
20:17

maximizing
82:23

Mcullar
18:14,15,
16 26:8

meaning
16:9
54:18

meant
73:6

mechanics
58:17

media
84:11

meet
13:16
95:12

meeting
13:18,22
40:5
41:1,3,7,
9,16
48:18
52:21
58:6
59:4,7,8,
10,18
60:6,8,
10,17,23
61:15,19,
24 62:3
80:7

meetings
20:2
39:21
40:3,7,
12,15,19,
22 48:10
54:15,20,
24 60:9
63:6
91:14

member
66:1

members
15:2
41:22
48:8
53:11
59:5 63:4
66:18

memory
10:6

mentioned
12:9
17:13
22:10
23:16

38:7
40:19
49:4
50:18
63:18
66:1
68:15
91:10,16,
21

message
24:23
34:14
35:3
63:15

messages
91:16

met
17:20
36:18
42:12,24
64:3

mez
67:4,6

mezzanine
66:21

Microsoft
55:20

mid
27:1
38:24

Midcap
67:2
76:22

middle
13:20
41:11
59:21,22
97:6

migrate
54:10,18
83:3



migration
    54:14
    55:5
    57:3,5
Mike
    18:12,13
Milan
    91:8,10,
    11,17
Milano
    21:18
    22:7 28:6
Milano,b-r-
u-m-s
    21:18
million
    39:9
    42:21
    43:17
    48:7,16,
    24 55:9
    69:25
    70:11
    77:16,20
    80:9,13,
    22 81:2,
    12,17
    82:2 83:6
    92:24
    94:15
mind
    82:24
    86:11
    89:3
minimum
    69:13
minority
    37:17
    56:8
minute
    78:19

misrepresen
ted
    64:13
missed
    11:24
    82:19
    94:20
missing
    19:2 43:7
    86:9
Mod
    21:14
mode
    20:9
model
    23:4
    42:10,18
    46:17
    47:2,3,5,
    20 49:7
    50:4,5,
    14,17,18
    51:3,4,8
    54:17
    57:9,11,
    17 60:13
    69:5
    73:13
    75:24
    80:7
    81:3,9,11
    82:13,15
    83:16,25
    84:3,4,
    13,21
    91:22
    92:18
    93:7,11,
    16 99:11
modelling
    17:11,12,
    15 83:24
models
    49:18

50:10
69:2
90:19
modern
    54:11
    93:4
modest
    94:13,14
modify
    74:1
moment
    70:15,18
moms
    99:16
Monaco
    17:20
Monday
    53:12
monetize
    87:13
money
    37:20
    46:25
    47:21
    94:5,7
    97:19
    99:17
month
    23:12
months
    13:18
    75:9
Morgan
    16:17
morning
    5:5,10
mortar
    82:20
    83:7 93:3
motivated

20:23
move
    8:21
    45:12
    55:20
    68:3
moved
    11:15,19,
    21 12:10
movement
    29:1
moving
    47:3 50:6
    58:14
Mrkonic
    100:14
multi
    80:8
multibillio
n
    13:5
multichanne
l
    24:12
multiple
    79:17
    80:17
    91:1
    94:14
Murphy
    5:4,6
    7:15
    36:11
    43:8
    44:16
    45:5,11,
    23 52:16
    57:22,23
    64:1
    65:23
    66:15
    78:2,17

Myronic
    38:21

——————

N

——————

naming
    25:8,9
Nashville
    11:20,21
nature
    33:17
NDA
    33:3,25
    34:3,20,
    25 35:12
    36:15,22,
    23,25
    37:4,5
    38:6
    39:13
    40:10,11
    52:2
    56:22,24
    64:14
NDAS
    33:19
    35:24
    38:8
needed
    20:2 24:3
    39:6
    47:21
    51:11
    54:1
    57:13
    71:14
    82:25
    93:20
negative
    28:23
negotiate
    86:23



neighbor
  58:24

net
  83:11
  89:7
  93:15

network
  26:11

nice
  53:2
  91:14,15

nimble
  54:12
  93:4

nine-page
  7:12
  8:10,25

nods
  6:2

non-
circumventi
on
  37:8,25

non-
obtainable
  15:12

nondisclosu
re
  32:7,10,
  15,18,25
  35:20

nonoperatin
g
  14:11

nonqualifyi
ng
  65:3,4,5

nonverbal
  6:3

North
  12:16

not-for-
profit
  14:3

Notary
  5:2
  101:17

note
  29:18
  67:19

noted
  25:3

notes
  10:4
  89:10

notice
  6:18 8:9
  9:7,13,23
  34:13

notified
  72:11

notwithstan
ding
  97:24

number
  16:10
  25:4
  29:18
  32:17
  34:11
  36:7 42:5
  43:7,9
  47:4,6,9,
  20 48:1
  52:17
  63:1
  64:11
  65:18
  66:19
  68:16
  69:17
  70:7
  71:25
  73:18

74:19
75:17
79:11

numbered
  45:15
  72:23
  79:12
  95:14

numbers
  7:18
  25:23
  50:7 78:3
  83:24
  84:15

numerous
  25:20
  53:6 70:3
  85:13
  89:1
  90:16,17

——————————

O

O-X-F-O-R-D
  10:21

Oak
  13:2,11

oath
  5:23

objection
  32:2 35:5
  36:2
  37:11
  60:2 65:2
  68:13
  74:13
  75:5
  76:18
  77:18,22
  81:14
  82:18
  87:5
  88:2,18

90:8 91:4
92:1 98:6
99:21

obtain
  66:21

obtained
  71:17

occupancy
  89:8

occurred
  40:17
  52:22
  59:4
  68:17,19

Odipanini
  18:20

offer
  23:19
  67:13,15
  97:11

office
  5:6 10:22
  12:4,17
  38:22,25
  41:1,3,5
  44:5
  47:24,25
  93:3
  100:17

officer
  13:4

offices
  22:14

officially
  30:7,8

offline
  25:7

older
  47:25

on-line
  11:7

ongoing
  71:11
  72:15

online
  57:15
  83:6 93:2
  99:7,8

open
  49:16
  87:25
  89:23
  93:8

opened
  18:15
  93:21

operate
  17:9
  42:16

operates
  73:9

operating
  12:24
  13:3,4
  72:14,15,
  19 94:4

operation
  17:12
  61:13

operational
  18:17
  46:17
  51:3,12
  61:10
  73:13

operational
ly
  60:15

operations
  12:4,12
  13:6
  19:25



operator
    79:5
    98:18

operators
    28:8,15

opinion
    67:1,6,7
    97:12

opportuniti
es
    60:13

opportunity
    11:2
    24:25
    60:14
    80:6
    100:1

opposite
    42:15

options
    55:5

Oracle
    11:4
    51:16
    54:8
    55:19

Orange
    13:8

order
    29:22

org
    19:6,7
    20:10

organic
    42:7

organizatio
n
    20:22
    25:11

organizatio
nal

19:4
20:12

outcome
    62:5
    94:22
    98:21

outline
    49:19

outlining
    57:3

overseas
    19:25

ownership
    81:19

owns
    100:18

Oxford
    10:20,23
    11:1

─────────

P

─────────

p.m.
    101:7

package
    7:11 78:7

pages
    8:17
    32:17
    34:10
    69:17
    79:13
    95:13
    96:17

paid
    20:5
    22:24,25
    69:4,8

paragraph
    66:20

parent
    94:10

parenting
    99:5,10

parents
    51:15

part
    12:13
    17:11
    21:23
    23:23
    48:18
    51:6
    56:18
    62:20
    75:24
    79:12
    83:1
    94:9,20
    95:23
    96:25

participate
    28:17,25
    29:3  45:1

partner
    12:24
    13:3,25
    16:19
    17:7
    22:13
    31:14
    35:17,19
    42:17,19
    55:2
    56:8,13
    59:20
    60:24
    61:4,5,6,
    7,9,10,11
    62:22
    74:2
    78:22
    81:5

partners

34:23
38:5 56:9
72:19
73:9
76:22
80:5
101:2

partnership
    32:11
    35:16
    60:14,22
    62:4

parts
    49:9

party
    59:14
    100:13

passed
    26:15

path
    55:21

patterns
    83:21

Patty
    99:19,23

pay
    14:5
    54:17
    98:14

payment
    71:9
    94:18,23,
    24

payout
    81:25

peg
    98:15

pegged
    71:8

pending
    6:14

people
    11:8
    13:16
    16:10
    19:2
    22:19,22
    24:7,8,18
    26:14
    28:19,22
    40:5,25
    50:8  54:3
    56:11
    60:5,19
    63:4
    72:4,16
    86:23
    91:14,15
    98:11
    99:4,14

perceived
    67:13
    68:20

percent
    23:4,5
    89:7,8
    93:22,25

percentage
    14:15

perfect
    8:5,7
    22:7,8

Perfectly
    8:23

performance
    79:4
    84:11

peripheral
    18:19

Pero
    38:25
    47:24

person
    15:4



17:16
20:6
26:16
39:23
40:1,19,
25 41:6
48:18
50:13
54:20

**personal**
6:17 9:24

**personally**
11:14
33:6
40:20
41:4,18
62:5 81:8
91:2

**perspective**
20:9
61:10
62:15

**Philadelphia**
83:10

**phone**
90:17

**phonetic**
18:20

**physically**
7:21

**pick**
86:23

**picture**
100:8

**piece**
37:14
81:21
83:2
90:20,22

**pieces**
98:9

**Pinalli**
18:24

**pinging**
26:14

**piss**
97:17

**PL**
100:11

**place**
11:7
47:24

**places**
13:9

**plan**
54:10
57:3 93:1
94:9

**planning**
10:3

**plans**
55:24
56:10

**platform**
14:24
18:4
23:24
26:23
54:11
57:16
82:21,24

**playbook**
51:22

**pleasant**
61:19

**pledge**
44:6
71:9,10
81:15,20
86:16

**Plenty**
88:3

**point**
11:13
14:15
26:5 29:6
30:17,22
37:7 43:2
48:20
59:21
65:7
66:24
67:9,16
70:14
86:11
94:7,8

**pointed**
19:8

**pointing**
67:15

**Polo**
17:20

**poor**
9:18

**populate**
27:17

**population**
27:19

**portions**
8:13

**position**
11:23
35:13

**positive**
71:20

**possibility**
34:20

**post**
10:19
19:17
41:21

**potential**
15:11

29:11
35:23
48:15
59:11
62:7,8
72:19
78:24

**potentially**
79:5

**power**
81:6

**practice**
32:10

**pre**
19:17

**preceding**
97:10

**precluded**
35:14

**pregnancy**
99:5

**preparation**
6:22 7:2,
5

**prepare**
48:9

**prepped**
60:17

**presence**
84:8

**present**
59:3 79:3

**presentation**
14:23
21:5
25:4,5
79:8,13,
15,18
80:11,21
81:1

82:16
89:25

**presented**
32:12

**president**
11:25

**press**
25:16,17
26:21
96:22

**pressing**
26:9 27:5

**previous**
76:4
89:19

**previously**
83:17
85:19

**price**
80:17
98:12

**pricing**
47:4

**principal**
52:12

**prior**
31:16
33:14
40:12
44:9,12,
25 51:21
58:5 61:1
62:1 75:9
80:4,7
94:17

**private**
12:6,20
13:13

**proactively**
24:5

**problem**



45:11
48:5
53:24
64:19
65:25
68:4

problems
100:4

procedure
8:9

process
8:19
13:22,24
15:6,7
17:6
21:19
24:7
26:19
33:7
35:17,24
36:20
51:18,23,
24 63:19
67:10
72:6,11,
18 73:1,
10,12
76:16
80:8

processes
24:9

produce
81:4

produced
36:14
42:8
45:15
74:10

product
24:24
47:4

production
12:4

professiona
ls
22:20

profile
19:13

profitabili
ty
49:15

profitable
83:8

program
16:13,14

project
15:3,15,
17,18
17:1,14,
23 22:1,2
23:10,11
41:25
46:15
66:12
81:10

projections
74:16,21
75:2
83:16

projects
21:21

Properties
84:18

property
51:9
68:21,23
71:9,15,
18 86:16

proprietary
39:18
50:19
52:3 74:8
82:9
85:2,9
88:6,15

89:25
91:25

prospect
60:22

protected
56:21,24

protective
29:22

provide
7:22 9:15
16:14
24:3
56:25
57:2
99:12

provided
47:11
48:5 50:2
82:12

providing
54:1
61:20

public
5:2 7:20
42:8

publically
10:23
12:1

pull
44:16
52:17

pulling
84:9

purchase
47:3
71:11
78:7
80:17

purchased
98:1

purchasing

28:12

purpose
80:4

purposeful
9:20

purposes
25:11,21

pursued
70:21

pursuing
68:7

pursuit
29:7
30:17,21
33:18

put
16:13
22:8,12,
21,22
25:3,6,16
37:14,15
42:17
52:9
55:14
69:12,25
70:3,22
71:16
78:7
81:23
82:1 84:3
89:1
90:20
95:4

putting
18:6
42:19
48:12
81:8
97:19

———————

Q

Q1

26:13

Q3
93:17

Q4
93:17

qualified
35:9

Queens
36:15,17
37:21
64:14

question
6:5,7,9,
14 9:3,
19,22
10:7
27:16
28:24
30:20
34:24
41:2 46:2
69:23
71:1,2
76:4
88:10
90:8
99:6,18

questions
8:14
27:20
34:7
54:24
56:7 58:9
64:15
86:6
89:11
101:4

quick
16:4
34:16
63:25
64:10

quickly



58:14
94:6

quoted
97:4

——————————

R

——————————

raise
16:8,15
59:24
98:5

raising
13:14
15:20
30:12
70:21
81:5

Ralph
17:20

ran
12:3

Rappaport
15:23

reach
68:11

reached
26:24
38:10

reaching
26:11

read
53:2
95:23
96:18,24,
25

reading
10:4
78:14

ready
20:6

real
16:4
75:11

reason
6:11 71:7
77:19

receive
38:23
96:13

received
23:2 27:9
59:18

recess
29:9 64:2
78:21

recession
12:13

recipe
58:16,23
59:1

recognize
25:22
30:2
36:12
45:18
46:6
73:1,4,20
75:19
88:11
91:21

recollectio
n
34:19
63:10
70:12

recommendat
ions
49:11,18
54:8
85:20,22
88:22
89:2,3

recommended
49:13

record
6:2,24,25
25:19
28:24
29:20
43:10,11,
13 44:15
47:10
57:21
64:1,12

recorded
84:5

records
21:4

recovery
87:15

recruits
22:13

red
70:8
93:11

reduce
84:6
93:25

reduced
81:24

reducing
83:14

refer
7:18 45:3
46:10

reference
80:9,13

referenced
82:11
91:1

references
49:9

referencing
32:19
88:5

referring
8:25
44:20
53:22
66:2,23
67:2
82:14
85:21

reflect
84:15

refresh
34:19
63:10
70:12

regard
72:9

region
83:10

register
69:24

related
9:15,19,
23 49:17
52:4
58:10
59:23
63:5
88:16

relations
84:17

relationshi
p
18:15,18
78:24
79:2

relevant
51:8

relied
75:23

remaining
87:4

remember
10:1
26:16
32:5
34:21
36:20,21,
22,23
41:20
48:17
53:20
58:3,21
60:10,17,
18,22
61:15,18
63:6 65:7
66:7,8,
12,13
67:20
74:17
93:15
95:7,20,
21

removed
80:12,15

renamed
25:10
47:8

rents
87:17

repeat
29:2
44:19
51:23

rephrase
6:8 65:3

report
75:20

reporter
5:24 7:23
9:4



repository
  76:20

represent
  5:7 20:10
  30:6
  36:24
  45:8 86:2

representat
ive
  5:15 6:16

representin
g
  13:23
  26:10

request
  78:10,13

reset
  24:14
  28:20
  89:17

resetting
  84:10

respond
  63:17

response
  5:16 6:4
  96:13

responses
  26:18

responsible
  12:15
  13:7
  15:19,20
  16:7,8
  17:3 18:1
  19:12
  50:14

restaurant
  53:14
  59:4

restrictive

35:2

result
  90:5

retail
  5:9 8:10
  13:9,14,
  17 14:17
  17:8,11
  22:15
  24:19
  25:14
  32:21
  40:14
  50:25
  57:10,14
  59:16
  88:19,20
  92:5

retailer
  51:13
  84:12
  89:5

retailers
  50:25
  56:13
  57:12
  61:8
  73:14
  89:4
  92:19

retain
  87:7

retained
  29:6

retrieve
  45:4

return
  46:18
  47:19
  58:9 60:7
  87:14

returns
  47:16

revenue
  12:15
  58:13
  82:19,20,
  21 83:12,
  13 85:14
  86:10
  93:17,18
  99:15

review
  7:5 9:6,8
  34:16
  67:24
  75:13
  76:7,9

reviewed
  7:9 75:20
  76:5,15

revolver
  19:15

rewarded
  20:25

Richard
  10:13

rights
  14:4

rinse
  51:23

risk
  18:6

risks
  15:11

road
  7:22

roadmap
  54:13,14

role
  14:11
  15:7,9
  37:17
  42:16

61:21
63:21

rolling
  19:16

Rome
  21:20

room
  27:2,6,8,
  10,14,17,
  23 31:16,
  21 39:15,
  17 42:4,
  6,11
  48:12
  52:10
  73:24,25
  74:5
  76:17
  77:1,2
  79:25
  80:1 85:6
  89:2
  92:8,9

rooms
  27:19

Rowe
  5:6

rule
  5:16

rules
  8:9

run
  12:11
  24:10
  94:3

running
  13:6
  57:15
  82:24
  94:10

S

sake
  55:11

sale
  13:23
  93:16

sales
  18:18
  89:7,8
  93:15,23

San
  21:9

sandwich
  86:20

Saturday
  33:13
  64:23

sauce
  53:21
  55:13
  57:1
  82:10
  83:12

scenario
  49:2

scenarios
  15:11
  18:5
  49:23
  54:14

scenes
  50:15

Schreiber
  16:25

scope
  30:10

screen
  5:25
  7:14,19



8:1 14:21
25:2
29:16
46:4
50:3,6
55:17
64:21
78:14

scroll
8:11
43:19
47:16,17
66:6
73:21
76:1
85:25
93:23
96:18

scrolling
93:13

search
84:11

secret
53:21
55:13
57:1
82:10
83:12

section
72:25

sector
22:17

sectors
83:22

securer
67:5

select
83:9

sellers
11:7

selling
86:14,20

send
33:4,10
54:25
58:7

sending
58:3

senior
16:19
67:4

sense
72:12
94:16

sensitive
95:12

sentence
58:2,20
97:10

service
16:14
54:11
93:7

Services
75:14,21

set
13:12
55:3
61:22
65:15

sets
54:11

setting
5:22

settlement
95:6

SGNA
93:22

shaking
23:5

share
7:14,18

29:16
60:16
64:17,21
70:16
74:2
76:22
84:19
93:5

shared
14:21
50:3
51:25
52:3
65:15
88:25

shareholder
14:19

sharing
25:2 48:4
61:20
65:21,22
89:14

ship
20:4

shock
62:3

shopping
50:25
83:11,22

short
42:16
71:21

shortfalls
47:2

shots
55:17

show
8:20
56:18
70:6 73:8
81:22
89:14

showed
19:5
44:22
48:6
57:22
81:3
88:20

showing
25:13
56:16

shown
45:22

shows
81:5

shrank
39:7

side
13:22
18:18
20:16
29:12
30:16
40:5
50:10
67:18
93:12

sides
83:17

sign
33:5 38:5

signature
32:21
96:2

signed
30:6
32:8,12
33:1,12,
15 37:4,5
38:8
39:13
40:11
52:2

significant
18:4 42:5
53:24
60:21
68:20
81:20
84:7

signing
35:16

similar
74:4

Simon
84:18

simple
34:25

single
24:25

sir
56:23

sit
14:9

site
98:25
99:9

situation
71:16

six-and-a-
half
12:21

sixth
49:10
67:13,15
68:11
79:3
86:11
87:12
97:11,15,
19

size
19:15
49:14



89:17

sizes
  19:14

skin
  81:23

slash
  12:10
  73:1

slide
  23:17
  88:25

slides
  14:23
  88:22

slow
  8:20

slowly
  8:11
  96:18,23

small
  8:18 51:5

smaller
  8:5 26:23
  84:20
  85:24

Smith
  5:6

social
  84:10

soft
  90:15
  93:20

software
  54:11

sold
  21:7,15
  86:16

sole
  14:19

solid
  17:22
  59:8

son
  11:20

Sophia
  18:24

sought
  13:21

sound
  41:13
  53:13
  63:21

source
  50:18
  99:4

sourcing
  51:5

south
  11:19
  67:18

space
  22:17
  23:12

speak
  6:21 7:2
  9:13 10:6
  39:10
  48:11
  54:5

speaking
  61:2
  80:24
  85:10
  88:8

specialized
  93:7

specialty
  94:11

specific
  46:20

99:10

specificall
y
  37:21
  57:7 70:8

specifics
  59:11

Spencer
  35:6

spend
  53:23

spent
  13:1,14,
  18 18:4
  21:20
  46:25

spin
  11:11

spoke
  16:1,5,6
  50:1 86:5

sponsor
  22:22
  23:2

sponsors
  99:12

spreadsheet
  46:4,7
  48:6

spreadsheet
s
  82:13
  90:3

Springer
  65:20

SPV
  44:4

stack
  37:14
  49:22,24

54:9
  56:15
  83:2,3,4

stamp
  25:3
  44:11,14
  64:11

stand
  39:6
  46:14
  49:24
  51:13
  71:14

standard
  23:7 32:9
  33:9

stands
  46:13
  47:5

standup
  18:7

Stanley
  16:17

start
  27:4 46:3
  71:25

started
  11:5
  26:14
  40:7
  70:17
  80:3
  93:21
  98:8,11

starts
  24:21
  25:4
  29:17
  32:17
  34:11
  64:22
  73:17
  74:19

75:17

state
  5:3 17:10

stated
  55:22

States
  12:14
  13:7

static
  26:1

stating
  45:1

stay
  25:16
  72:17

stayed
  10:25
  11:22

steep
  57:20

step
  50:11
  80:8

steps
  58:12

Steve
  7:15
  38:22
  65:19,25

Stevens
  17:23

sticky
  99:13

stock
  10:24
  12:2
  81:19

Stockton
  10:13,14



stooped
  96:21

stop
  25:2
  49:12
  66:6
  93:14

stops
  19:24

store
  49:10,17,
  18 50:21,
  24 51:2
  57:15
  82:25
  83:10
  85:12,20,
  22,23
  87:9
  88:22,23
  89:2,3

stores
  47:4,21
  49:16
  51:17
  57:10
  83:8,9
  84:6,7,14
  86:4
  87:4,24
  88:21
  89:13,20,
  22

strategy
  12:25
  47:4
  49:15
  74:22
  79:14
  82:22
  92:13

Streader
  5:5 9:6
  14:24

29:24
34:13
36:12
43:14
44:19
45:18
52:18
58:3 63:3
78:4
79:15
101:11

Streader's
  44:17

stream
  99:15

streamline
  8:19 17:6

streams
  92:16,18

Street
  67:13,16
  68:11
  79:3
  86:12
  87:12
  97:11,15,
  19

strengths
  24:17

strong
  82:7
  100:5

stronger
  60:8

structure
  15:21
  30:15
  44:1

studied
  83:21

study
  72:25

studying
  10:4
  19:17

stunned
  94:19,22

subject
  39:19
  40:4
  44:23
  53:19

submit
  36:21
  37:9
  59:25
  64:7
  67:16
  71:4
  78:11

submitted
  64:4,25

Subscribed
  101:13

subsequent
  80:21
  86:4

substantial
ly
  33:22

success
  20:22
  90:21,23
  97:7

successfull
y
  61:23

sufficient
  59:24

suggested
  81:22

suite
  21:14

Sun
  12:6,7,9

super
  11:14

supplier
  20:3

supply
  17:2,3,12
  20:1,3,9
  51:5
  62:21

supplying
  15:14

support
  78:15

supported
  42:9

surprise
  74:3

sustained
  67:11
  92:20

sworn
  5:2
  101:13

Sycamore
  101:2

Sydney
  13:5

systems
  24:2

—————————

         T
—————————

tab
  46:18,21,
  22,23
  49:10,17

table
  18:16

tabs
  45:17
  46:12,17,
  19 49:5,
  19 82:15
  85:20

tails
  55:3

takeover
  12:6

taking
  6:1 47:2
  89:9

talk
  6:4 54:15
  56:19
  59:14
  60:14
  89:12

talked
  15:24
  44:3
  55:20
  57:4 60:5
  82:11
  84:19
  92:5,11
  95:21
  97:13

talking
  84:20
  88:5 89:9

talks
  66:20

target
  50:6 93:6

team
  7:4 9:14,
  15 10:22
  15:2,22,
  23 22:20
  24:18
  26:8 32:3



39:21
40:4,6
41:22
42:2 48:9
50:7
52:22
53:11
54:20
58:17
59:5
60:16
63:4,12,
15 66:18
75:3,20
76:5
84:3,16

teams
13:7

technologie
s
54:12,16
83:5

technologis
ts
54:5

technology
11:11,13
12:4
18:2,8
24:21
49:19,25
50:18,21
51:1,4,6,
15,16
53:23,25
54:2,4
55:4,9,19
56:10,15
57:4
71:13
82:10
83:1
92:13,17
93:4

telephone
39:23
40:1

Tempke
78:4

ten
38:16
39:24,25
40:2,3
52:11
69:24

term
60:8 61:6
67:1,2

terms
46:15
89:6,7
95:6

testify
6:17

testifying
5:24

text
63:12,13,
14 91:16

texted
63:17

textile
14:6,9

textiles
13:19

theme
22:4

theoretical
81:25

Theoretical
ly
82:6

thesis
12:25

15:10,14
23:13,14,
16,17
24:20
30:14
42:8 48:2
60:7
61:21
73:10
76:23
81:10
100:1

thick
54:9

thing
70:4 78:2

things
6:16 14:2
73:8
85:16
89:1
99:11

thinking
41:24

Thoryn
17:23
18:4
20:15
21:23
53:3
54:2,21
55:1

thought
38:7 49:4
63:8
83:17
86:8
89:10
94:11

thousand
22:8

thousands
37:16

three-page
72:24

threshold
77:10

thrilled
59:19
100:3

tight
59:23

time
11:20,21
14:1
15:15
16:11
18:4
20:12,15,
16 21:24
22:25
27:10,12
30:7
31:16
34:15
39:5,8
42:20
44:11
45:10
48:24
54:15
57:7
60:21
66:9
68:17,18,
25 69:2,
11 70:14,
18,20
71:22
75:11
78:10,13
86:2
87:25
93:17
95:11
96:1,8
97:18
101:5,6

times
5:18
24:13

timing
64:6

titled
74:20

today
5:22 6:2
7:16 9:10
10:12
11:6,8
16:20
21:7,8,25
22:1,2
23:11
25:11,13
28:21
29:21
31:20
46:14
53:3
85:10
88:13
90:20
91:24
101:5

today's
6:22

told
41:12
53:10
67:9

Tom
5:5 22:15
23:21
27:11
28:14
32:9 33:5
36:5
37:12
45:21
47:20
48:8,13,



17,19
49:3 50:3
51:7
52:12
56:5
57:18
58:22
63:24
66:13
70:15
75:7,11
80:18
81:11
83:19
87:15
88:19
90:9
91:6,8
94:23
96:21

tone
62:2

tool
50:20

tools
24:9

top
20:2
32:16
39:4
52:19
64:22
93:10

topics
9:7,8,12,
16,20,23

total
96:16

track
43:8

Tracy
5:25

traded
10:23
12:2 13:5

traffic
83:20,21

transaction
29:11

transcribe
6:2

transition
71:13
81:7

transparenc
y
73:13

transpired
59:7
98:19

traveled
13:8

treated
35:18

Tree
13:2,11

tremendous
87:14

trouble
92:15

troubled
66:10

troubles
26:20

troublesome
35:2

true
42:24
43:2,17
56:16
70:2

truth
90:12,14

TSA
54:17
76:25
77:2

turn
87:11

turnaround
79:14
89:24

turned
61:23

two-and-a-
half
12:2

two-page
36:7 43:5
71:25
77:24

type
83:24

―――――――

―――――――
U
―――――――

UBS
16:17

Uh-huh
88:1

ultimately
70:25
89:22

unable
23:24
24:2

underestima
ting
83:19

underneath
58:20

underpinnin
g
57:18

understand
5:10 6:7,
8,19
22:23
23:7 24:4
37:21
50:6
54:4,7
58:9,15
59:3
61:20
71:1 80:5
82:8
84:23
85:3,5
89:23
90:1 92:9

understandi
ng
47:1,11
59:6
84:25
86:10,25
88:13
90:5

understood
6:9 10:2
57:12
69:7
81:24
83:15
84:22
87:16
89:21
90:25
100:3

underway
5:21

unfamiliar
31:7

unifying

82:22

unique
50:23

United
12:14
13:7

universe
82:8 90:4

University
10:13

unlocking
73:11

Unofficiall
y
30:8

unreasonabl
e
97:12

updated
74:15,21

updates
61:9
66:13

upstate
60:20

―――――――

―――――――
V
―――――――

valuated
85:14

valuation
67:14
68:21
70:19
71:8
75:13,21
80:17
81:18
94:8
97:13



**valuing**
    71:18

**Vanderpols**
    18:9,10

**Vanity**
    11:17

**varies**
    23:21

**variety**
    60:5

**vendor**
    17:6 20:3
    62:19

**vendors**
    17:4,5
    54:8,9
    62:18

**verbal**
    6:3

**version**
    47:6,9,
    10,25
    49:25
    72:23
    85:21
    86:1,2
    88:4

**versions**
    17:17
    25:20,22,
    23 29:25
    79:18
    80:20
    84:25
    86:4
    88:14
    89:24
    90:6
    91:23
    93:10

**vertical**
    12:23

**13**:1

**vetted**
    58:20

**VF**
    11:22

**VFC**
    11:17

**view**
    56:20,25
    60:15
    62:8

**viewed**
    61:25
    62:24

**virtually**
    40:23
    41:7,10
    58:6
    60:11
    61:16

_____

_____

        **W**

**W2**
    21:1

**Wait**
    76:3

**walk**
    10:18
    50:21

**Walmart**
    21:15
    93:6

**wanted**
    54:23
    59:1
    64:16
    72:14,16
    76:20
    87:7
    89:10,16

**97**:2
    99:15

**wanting**
    37:3
    58:15

**Washington**
    14:4,7

**watch**
    92:14

**water**
    75:25
    76:15

**waterfall**
    81:18

**ways**
    87:1
    99:17

**weaknesses**
    24:17

**wealthy**
    13:15

**wear**
    21:10

**web**
    82:21

**week**
    48:2
    52:11
    79:23
    86:3

**weekend**
    53:9

**Weller**
    18:12,13

**Westfield**
    84:18

**wholesaler**
    54:23
    56:14

**wide**
    83:11

**wife**
    7:4 50:22

**wikipedia**
    99:10

**win**
    73:9

**window**
    61:2
    71:21

**winners**
    97:7

**winning**
    77:10
    97:25

**wise**
    50:7

**wished**
    97:9

**withdrawing**
    67:10
    72:6,12

**withheld**
    57:7

**withholding**
    56:20

**women's**
    21:15

**won**
    77:16,20
    98:22

**wonderful**
    11:1
    99:22

**word**
    12:9 90:9

**words**
    57:1

**work**
    15:17,18
    17:25
    20:24
    23:3,13
    27:4 53:2
    55:5,13
    61:21
    76:21
    81:6
    92:16,18
    100:2

**workable**
    98:13

**worked**
    15:3,21
    17:14,23
    19:23
    55:7
    56:11
    96:11

**workers**
    14:4,5

**working**
    15:10
    46:24
    49:1 55:3
    71:12

**works**
    7:23

**world**
    11:18
    13:15
    24:12
    83:4 88:6

**Wrap**
    14:4

**wrong**
    58:10
    76:2



_____
         **Y**
_____

**year**
  10:16
  21:25
  59:22
  68:2
  93:14,16,
  25

**years**
  11:10,15,
  22,23
  12:18
  13:1,14
  51:21
  58:24

**yellow**
  70:8

**York**
  10:22,24
  11:19,24
  12:2
  53:15
  60:20

**young**
  99:16

**Yuen**
  15:17,18
  16:7
  20:14
  33:8

**Yup**
  8:23

_____
         **Z**
_____

**Ziff**
  71:19
  77:5,15,
  19 98:17,
  22

**Zone**
  100:18,19

**Zoom**
  5:23
  39:23
  40:1

