# EXHIBIT S

**From:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Sent:** Tuesday, June 27, 2023 11:19 AM EDT
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>
**CC:** Steve Hannan <hannan@springerbridgeassociates.com>
**Subject:** RE: [External] Your email from Monday June 26

Hi Jeff.  I try to balance direct communication with being respectful in all my business dealings (I generally don't see a need to go overboard with tough communication / "pour salt on a wound").

But I will be completely direct with you.  Here are the issues:



Thanks.

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Tuesday, June 27, 2023 10:55 AM
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Cc:** Steve Hannan <hannan@springerbridgeassociates.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** [External] Your email from Monday June 26

Good morning - I re-read your email from yesterday and your POV was (is) clear.



Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

On Jun 26, 2023, at 12:41 PM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Hi Jeff. █████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████

████████████████████████████████████████████████████
███████████████████

Sorry.  Best of luck.

Best,
Andrew

---

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 3:21 PM
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Cc:** Steve Hannan <hannan@springerbridgeassociates.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** [External] Not a Hail Mary - BABY

Hi Andrew -

Baby again - I understand -





Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com



On Jun 26, 2023, at 5:01 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Hi Jeff.  Appreciate the update.

This isn't something we would consider for a number of reasons.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I hope you understand that I am sympathetic to your efforts, but this isn't possible for us.

Best of luck!

Best,
Andrew

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 12:43 AM
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Cc:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** [External] Buy Buy Baby update - Sunday June 25

Hi Andrew -



CONFIDENTIAL                                                                                                                    GG-0027534



Will you please consider this?  I really believe in Buy Buy Baby- the massive opportunity and upside for us

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that

**CONFIDENTIAL**                                                                                                                                                          **GG-0027535**

belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

**CONFIDENTIAL**                                                                                                                                             **GG-0027536**