# EXHIBIT X

**From:** Andrew Axelrod <AAxelrod@axarcapital.com>
**Sent:** Friday, July 07, 2023 12:43 AM EDT
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** Re: [External] Buy Buy Baby - Afternoon - Thurs July 6

Sorry to hear.  I know you put a huge effort into this and you really believed in it.  I was genuinely rooting for you.

Happy to debrief in the coming weeks when the dust settles for you.

Sorry again.

> On Jul 6, 2023, at 11:14 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:



> The furniture manufacturer from New Jersey will win the IP bid with $15.5 mm.
>
> Our pencils are down.  Regrettably.
>
> Thanks for engaging on this Andrew.  I mean it.
>
>
> Jeff Streader, Managing Partner
> Go Global Retail
> Mobile: 1.615.481.6309
> www.goglobalretail.com
>
> <PastedGraphic-6.tiff>
>
>> On Jul 6, 2023, at 11:02 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:
>>
>>
>>
>>> On Jul 6, 2023, at 7:58 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:
>>>
>>> Really sorry to bother you on vacation.



Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<PastedGraphic-6.tiff>

On Jul 6, 2023, at 10:03 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Thanks Jeff.



Thanks

**Andrew Axelrod**
**Axar Capital Management LP**
402 W 13th Street
Floor 5
New York, NY 10014
Phone: 212-356-6135
Cell: 919-824-8402
aaxelrod@axarcapital.com

**From:** Jeffery Streader
**Sent:** Thursday, July 6, 2023 10:14 AM
**To:** Andrew Axelrod
**Cc:** Jeffery Streader
**Subject:** [External] Buy Buy Baby - Thurs July 6

Enjoy your vacation - this is important.



CONFIDENTIAL    GG-0027498



Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<F256AF6219C943A38056EA82810F8260.png>

On Jul 6, 2023, at 1:33 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Hi Jeff.

Thanks

On Jul 6, 2023, at 5:00 AM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:



CONFIDENTIAL                                                                                                                  GG-0027499

Jeff Streader, Managing Partner  
Go Global Retail  
Mobile: 1.615.481.6309  
www.goglobalretail.com

On Jul 5, 2023, at 10:33 AM, Andrew Axelrod <AAxelrod@axarcapital.com> wrote:

Thanks for the update.  Good luck!

> On Jul 5, 2023, at 4:49 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:



**CONFIDENTIAL**  **GG-0027500**

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

> Begin forwarded message:
>
> **From:** Jeffery Streader <jeff.streader@goglobalretail.com>
> **Subject: Buy Buy Baby Partnership Proposal**
> **Date:** July 5, 2023 at 6:07:36 AM PDT
> **To:** Sean Alford <sean.alford@ziffdavis.com>
> **Cc:** Christian Tempke <christian.tempke@lazard.com>, Yuen Chau <yuen.chau@goglobalretail.com>
>
> Hello Sean.
>
> Thank you for taking an hour with me yesterday on July 4th. I am grateful for this time and I enjoyed our conversation.
>
> 
>
> Would you consider this proposal and a call later today?
>
> Thank you.
>
> Jeff
>
> Jeff Streader, Managing Partner
> Go Global Retail
> Mobile: 1.615.481.6309
> www.goglobalretail.com

CONFIDENTIAL  GG-0027501

&lt;PastedGraphic-6.tiff&gt;
&lt;Buy Buy Baby Partnership Proposal Ziff Davis July 5, 2023.pdf&gt;
&lt;PastedGraphic-6.tiff&gt;

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

&lt;Go Global Baby LRP Axar x Everyday Health V42 July 5 2023.xlsx&gt;
&lt;PastedGraphic-6.tiff&gt;

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

DISCLAIMER: This message may contain privileged, confidential, proprietary, or non-public information that belongs to the sender. It is meant only for the original addressees. If you are not an intended recipient, you are hereby notified that any use, reproduction, dissemination, or distribution of such data is strictly prohibited and may be unlawful. Please notify the sender immediately if you have received this message in error.

This communication is for information purposes only, and should not be construed as investment, legal or tax advice. This communication does not constitute an offer to sell (nor the solicitation of an offer to buy) any investment product or vehicle. Any such offer may be made only to certain eligible investors by the prospectus or similar offering document prepared by the issuer of any investment product or vehicle, which contains important disclosures and risk factors. Prospective investors should solely rely upon the prospectus or similar offering document in making an investment decision and not on these materials. No assurances can be made that Axar Capital Management LP will achieve its investment objectives or that losses will be avoided. Investments in any investment product or vehicle are speculative and involve a substantial degree of risk.

**CONFIDENTIAL**                                                                                          GG-0027503