# EXHIBIT AB

| | |
|---|---|
| **From:** | Avish Dahiya |
| **Sent:** | Sun, 2 Jul 2023 18:36:14 -0400 |
| **To:** | Yosef Moskowitz; Milan Gandhi; Mark Srour |
| **Subject:** | Fwd: Models - 50 and 75 Doors |
| **Attachments:** | Baby LRP Model_v11_50 Doors_06.30.2023 SHARE.xlsx, Baby LRP Model_v11_75 Doors_06.30.2023 SHARE.xlsx |

Yosef,
Check the email and attached 50-store and 75 Store numbers models from BBB.
I have copied you in the email to them.. so you can be invited to our call and ask any questions about their models.
Based on the possibility of not getting all the 90+ Stores.. we asked them to work on both 50 and 75 stores.
Check the attached files.
Thank you
Avish


---------- Forwarded message ---------
From: **Isabel Arana de Uriarte** <isabel.aranadeuriarte@consultant.bedbath.com>
Date: Sun, Jul 2, 2023 at 6:00 PM
Subject: Models - 50 and 75 Doors
To: avish@dreamonme.com <avish@dreamonme.com>
Cc: Patty Wu <patty.wu@bedbath.com>, Shea, Brendan <brendan.shea@lazard.com>, Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>


All,

Attached are the models for the 50 and 75 door scenarios. As previously discussed, these store lists exclude any doors that have recently closed and leases that are no longer available.

These models reflect updated sales for the relevant store counts and digital. We have also taken another pass at reviewing corporate headcount costs and computer expenses based on these door counts and right sized these costs accordingly.

The rest of the model assumptions around margin and SG&A costs remain largely consistent with previous scenarios and are in line with other specialty retailers. We believe that there is upside opportunity in both digital revenue and product margin that will bring the business to double digit EBITDA in the out years.  We did not build these into the forecast out of conservatism.

Happy to discuss tomorrow morning if there are questions.

Isabel

CONFIDENTIAL                                                                                                                                       DOM0015108