# EXHIBIT AC

**From:**         Avish Dahiya
**Sent:**          Mon, 3 Jul 2023 12:28:23 -0400
**To:**            Shea, Brendan; Isabel Arana de Uriarte
**Cc:**            Patty Wu; Arana de Uriarte, Isabel; Yosef Moskowitz
**Subject:**    RE: [EXTERNAL]: Re: Models - 50 and 75 Doors

Please schedule call and yes Yusef has bigger role to play in decoding this… further and then adding added value based on improvements and savings from DOM. Also better understand the drops in sales by 20 stores…

He has many questions that needs solutions to. More time they can spend will help us to get together later.

Appreciate all the help.

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Monday, July 03, 2023 12:13 PM
**To:** Avish Dahiya <avish@dreamonme.com>; Isabel Arana de Uriarte <isabel.aranadeuriarte@consultant.bedbath.com>
**Cc:** Patty Wu <patty.wu@bedbath.com>; Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>; Yosef Moskowitz <yosef@slateequities.com>
**Subject:** RE: [EXTERNAL]: Re: Models - 50 and 75 Doors

Avish,

Isabel would be free to connect around 5-5:30pm ET tonight or could do tomorrow as well. She is also happy to connect directly with Yosef to the extent that makes the most sense.

Let us know what might work and who you would expect to be joining from your side.

Best,
Brendan

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Monday, July 3, 2023 10:58 AM
**To:** Shea, Brendan <brendan.shea@lazard.com>; Isabel Arana de Uriarte <isabel.aranadeuriarte@consultant.bedbath.com>
**Cc:** Patty Wu <patty.wu@bedbath.com>; Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>; Yosef Moskowitz <yosef@slateequities.com>
**Subject:** RE: [EXTERNAL]: Re: Models - 50 and 75 Doors

Yes, you can as we had over lapping discussion of budgets.
Also Milan too. Thanks

**From:** Shea, Brendan <brendan.shea@lazard.com>
**Sent:** Monday, July 03, 2023 10:16 AM

**To:** Avish Dahiya <avish@dreamonme.com>; Isabel Arana de Uriarte <isabel.aranadeuriarte@consultant.bedbath.com>
**Cc:** Patty Wu <patty.wu@bedbath.com>; Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>; Yosef Moskowitz <yosef@slateequities.com>
**Subject:** RE: [EXTERNAL]: Re: Models - 50 and 75 Doors

Avish,

Let me know if you would like Amit added to this financial modeling call? Right now I have you, Mark, Yosef, and Milan.

For the 12pm on IT, I have you, Mark, and Amit. Let me know if you'd like anyone else added.

Thanks,
Brendan

**From:** Avish Dahiya <avish@dreamonme.com>
**Sent:** Sunday, July 2, 2023 6:34 PM
**To:** Isabel Arana de Uriarte <isabel.aranadeuriarte@consultant.bedbath.com>
**Cc:** Patty Wu <patty.wu@bedbath.com>; Shea, Brendan <brendan.shea@lazard.com>; Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>; Yosef Moskowitz <yosef@slateequities.com>
**Subject:** [EXTERNAL]: Re: Models - 50 and 75 Doors

Hi Isabel,
Thank you for getting these done. Appreciate all the help over the weekend.
Can we do a 10 AM or 10.30 AM call tomorrow? Also adding Yosef who is working along with Milan on financial models at our end. If an invite can be sent out to him too.
Very best
Avish


---------- Forwarded message ---------
From: **Isabel Arana de Uriarte** <isabel.aranadeuriarte@consultant.bedbath.com>
Date: Sun, Jul 2, 2023 at 6:00 PM
Subject: Models - 50 and 75 Doors
To: avish@dreamonme.com <avish@dreamonme.com>
Cc: Patty Wu <patty.wu@bedbath.com>, Shea, Brendan <brendan.shea@lazard.com>, Arana de Uriarte, Isabel <iaranadeuriarte@alixpartners.com>

All,

Attached are the models for the 50 and 75 door scenarios. As previously discussed, these store lists exclude any doors that have recently closed and leases that are no longer available.

CONFIDENTIAL                                                                                                                                      DOM0015151

These models reflect updated sales for the relevant store counts and digital. We have also taken another pass at reviewing corporate headcount costs and computer expenses based on these door counts and right sized these costs accordingly.

The rest of the model assumptions around margin and SG&A costs remain largely consistent with previous scenarios and are in line with other specialty retailers. We believe that there is upside opportunity in both digital revenue and product margin that will bring the business to double digit EBITDA in the out years. We did not build these into the forecast out of conservatism.

Happy to discuss tomorrow morning if there are questions.

Isabel

CONFIDENTIAL DOM0015152