# EXHIBIT AL

**From:** Christian Feuer <christian.feuer@goglobalretail.com>
**Sent:** Sunday, May 21, 2023 6:37 PM EDT
**To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>
**CC:** Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>; Jeff Streader <jeff.streader@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Nived Lulla - ACA <nlulla@ankuracapitaladvisors.com>; Rick Maicki <Rick.Maicki@ankura.com>; Deborah Gargiulo <deborah.gargiulo@goglobalretail.com>
**Subject:** [EXT] Model
**Attachment(s):** "image.tiff","GG Baby LRP Model v8.xlsx"

As we discussed on our call, please find attached the Baby model. As you will be able to see, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Let me know if you have questions.

Best,

Christian



Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152
https://www.goglobalretail.com



> On May 20, 2023, at 1:10 PM, Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com> wrote:
>
> Knowing how busy everyone is during the week, I might suggest either after our call today or else tomorrow. If not then, Monday.
>
> I'm checking to see what her availability is.
>
> Kathleen
>
> **Kathleen Lauster, CFA**
> Senior Managing Director
> Ankura Capital Advisors, LLC
> +1.646.978.9860 Mobile
>
> 485 Lexington Avenue, 10th Floor
> New York, NY 10017
> klauster@ankuracapitaladvisors.com
> www.ankuracapitaladvisors.com



Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

> **From:** Christian Feuer <christian.feuer@goglobalretail.com>
> **Sent:** Saturday, May 20, 2023 12:37 PM
> **To:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>

**Cc:** Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>; Jeff Streader <jeff.streader@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Nived Lulla - ACA <nlulla@ankuracapitaladvisors.com>
**Subject:** Re: [EXT] Call today / tomorrow

Kathleen, thanks for the feedback. Yes, we would like to have a meeting with Meka. When do you suggest?

Best,

Christian

Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152
https://www.goglobalretail.com

On May 20, 2023, at 11:01 AM, Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com> wrote:

███████████████████████████████

███████████████████████████████ but nothing else has gotten to the NDA stage yet.

███████████████████████████████████████████████████████████
███████████████████████████

We can talk further about this in the afternoon.

Kathleen

Sent from my iPhone

On May 20, 2023, at 10:23 AM, Christian Feuer <christian.feuer@goglobalretail.com> wrote:

Abishek,

Thanks for the update. Have you had any outreach to ███████████ as well?

Best,

Christian

Christian Feuer, Managing Director
Go Global Brand Investment Platform
Mobile: 1.630.915.6152
https://www.goglobalretail.com

<Screen Shot 2020-04-22 at 7.08.14 PM.png>

On May 19, 2023, at 7:36 PM, Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com> wrote:

Hi Go Global Team,

I am writing today to provide you with the weekly update on our outreach efforts.
- We have reached out to a total of 347 potential investors via emails, calls etc. as of 5/19.
- Several parties have shown interest and are setting up the introductory calls
- Out of those, 7 parties have signed the NDA and have been provided Data Room access

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

- Few of those have completed the initial evaluation and have additional information requests to provide support. We have contacted Hilco, Lazard etc. for whatever they could provide while requests relevant to GoGlobal being forwarded to Yuen and Christian
- The most important thing from GoGlobal is to make the model/business plan available. The groups who have seen the Baby management plan have all been encouraged given your confidence in the management team, but are champing at the bit to see your version

| Total Contacted | 347 |
|---|---|
| Passed | 19 |
| NDA Signed | 8 |
| Data Room Access | 7 |

Additionally, I have attached the Info Request Checklist for your reference. Please note that this is a comprehensive list, and some items might not be relevant, but I have highlighted the high priority items.
We look forward to connecting tomorrow and receiving any available materials in the meantime.

Have a great rest of your evening!

Thanks & regards,

**Abhishek Pathania**
Senior Associate, Ankura Capital Advisors
(508) 651-6447
apathania@ankuracapitaladvisors.com

485 Lexington Ave, 10th Floor
New York, NY 10017
www.ankura.com
<image001.png>

---

**From:** Kathleen Lauster - ACA <klauster@ankuracapitaladvisors.com>
**Sent:** Friday, May 19, 2023 11:38 AM
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Christian Feuer <christian.feuer@goglobalretail.com>
**Cc:** Matthew Lapish - ACA <mlapish@ankuracapitaladvisors.com>; Abhishek Pathania - ACA <apathania@ankuracapitaladvisors.com>; Rick Maicki <Rick.Maicki@ankura.com>
**Subject:** Call today / tomorrow

Go Global team,

We are assembling a status update re: our outreach, etc., along with follow up diligence questions we have received from various interested parties – we will have something for you shortly.

In the meantime, we wanted to schedule a call to touch base / status update. Is the team available for a call today or tomorrow?

Best
Kathleen

**Kathleen Lauster, CFA**
Senior Managing Director
Ankura Capital Advisors, LLC
+1.646.978.9860 Mobile

485 Lexington Avenue, 10th Floor

New York, NY 10017
klauster@ankuracapitaladvisors.com
www.ankuracapitaladvisors.com

<image001.png>

Securities Offered Through Ankura Capital Advisors, LLC (Member FINRA/SIPC)

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

<Project Bathwater - Info Request List 05.19.xlsx>

<Screen Shot 2020-04-22 at 7.08.14 PM.png>

**CONFIDENTIAL**                                                                                                                              ANK-0036259