# EXHIBIT AU

**From:** Keith Jelinek <Keith.Jelinek@ankura.com>
**Sent:** Monday, June 26, 2023 2:29 PM EDT
**To:** Rick Maicki <Rick.Maicki@ankura.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**CC:** Yuen Chau <yuen.chau@goglobalretail.com>
**Subject:** RE: [EXT] Re: Acquisition of Buy Buy Baby - Go Global Retail

Well, definitely less than I had thought, but I hear from him his intent to increase.

Jeff, I know he was late getting to the party on this one, but I truly believe that he can/will be a big asset partner for other future opportunities –

Keith

**Keith Jelinek**
Performance Improvement
Senior Managing Director
485 Lexington Avenue
New York, NY 10017
+1.248.894.8264 Mobile
keith.jelinek@ankura.com

www.ankura.com
Ankura Performance Improvement



---

**From:** Rick Maicki <Rick.Maicki@ankura.com>
**Sent:** Monday, June 26, 2023 2:28 PM
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Cc:** Keith Jelinek <Keith.Jelinek@ankura.com>; Yuen Chau <yuen.chau@goglobalretail.com>
**Subject:** RE: [EXT] Re: Acquisition of Buy Buy Baby - Go Global Retail

- George

Jeff,
1. Obviously less than we were expecting.
2. We need to keep Kathleen and Matthew in the loop. I know they have compliance issues they need to make sure to adhere to in terms of assisting in raising capital.

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Monday, June 26, 2023 2:08 PM
**To:** George Mrkonic <mail@gmrkonic.com>
**Cc:** Keith Jelinek <Keith.Jelinek@ankura.com>; Rick Maicki <Rick.Maicki@ankura.com>; Yuen Chau <yuen.chau@goglobalretail.com>
**Subject:** [EXT] Re: Acquisition of Buy Buy Baby - Go Global Retail

THANKS George - enjoy the city


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com



> On Jun 26, 2023, at 10:44 AM, George Mrkonic <mail@gmrkonic.com> wrote:
>
> thnx for the update, jeff. i hope your group prevails on terms you like! if ok pls mark me down for ▇▇▇ or now but willing to double or tripple that amt once i spend some time with the business beyond the spreads ▇▇▇ am in nyc today with fam and headed back to mich tomorrow. sounds like you will know status on wed. good luck! best g
>
> Sent from my iPad

**CONFIDENTIAL**                                                                                                   GG-0035897

On Jun 26, 2023, at 1:25 PM, Jeffery Streader <jeff.streader@goglobalretail.com> wrote:

Hello George - I hope your weekend was enjoyable.  Michigan summers are "as good as it gets."

**Couple of updates -**



Do you have any questions on the model?  Would you like to talk again this afternoon EDT?

**Most important - will you join us?  Asking you to join our investment group for**  **or any amount that you are comfortable with.**

We have to include commitment letters with our APA and response today.

Thank you for considering this George.  I really hope you will join us.

Jeff, Yuen and the team @ Go Global

APA and TSA attached - if legal documents are of interest

Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com

<Buy Buy Baby - Go Global Asset Purchase Agreement (KE 6-14-23)_(97332979_11) (FRB 6.15.23)-Redline.pdf>
<BBBY - Transition Services Agreement (FRB Draft 6.23.23 @6pm)-Redline.pdf>
<PastedGraphic-6.tiff>

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.