# EXHIBIT AV

Case 1:23-cv-07987-AS    Document 79-4    Filed 01/16/25    Page 2 of 3



Omair Tariq
CEO

612 Brazos Street
Austin, TX 78701

June 20, 2023

Go Global Retail
659 31st Street
Manhattan Beach, CA 90266
Attn: Jeff Streader

**Subject:  buybuy Baby Acquisition**

I hope this letter finds you well. I am writing on behalf of Cart.com, Inc. ("Cart") to express our understanding and commitment to the terms discussed regarding Go Global Retail's ("Go Global") acquisition of buybuy Baby ("Baby"). We are excited about the potential collaboration and look forward to working together to achieve our mutual goals.

To facilitate this acquisition, Cart is committed to contributing an amount ranging from



We believe that this collaborative approach will ensure a fair and sustainable partnership.

We appreciate the opportunity to work together on this exciting venture, and we are confident that our partnership will yield mutually beneficial outcomes. Please feel free to reach out to me if you have any questions or require further clarification. We eagerly await the next steps and look forward to the successful completion of the acquisition.

Thank you for your attention to this matter.

Sincerely,

DocuSigned by:

**OMAIR TARIQ**

A0B2B163FC0741F...

Omair Tariq, CEO

**CONFIDENTIAL**                                                                                                                                              GG-0038096