# EXHIBIT AW

**From:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Sent:** Wednesday, July 05, 2023 10:44 AM EDT
**To:** Andrew Axelrod <AAxelrod@axarcapital.com>
**CC:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** An update on Buy Buy Baby - Wed July 5
**Attachment(s):** "ATT00002.bin","ATT00004.bin","Buy Buy Baby Partnership Proposal Ziff Davis July 5, 2023.pdf","ATT00006.bin","ATT00008.bin"

Hello Andrew - Hope the holiday weekend was enjoyable for family and you.

Lazard introduced me to Ziff Davis - the 2nd IP bidder for Baby.  I met with Ziff Davis on July 4th - interesting play.  Their thesis is to harvest traffic on their sites Everyday Health and Baby Center) and **send to Buy Buy Baby**.  Straight media and digital data play for them.  They drive revenue.

The bid for the IP of Buy Buy Baby was Everyday Health, a division of Ziff Davis.  Their bid of $15m lost to a furniture manufacture Dream on Me ($15.5)

**CONFIDENTIAL**