# EXHIBIT AX

**From:** George Wukoson <gwukoson@everydayhealthgroup.com>
**Sent:** Thursday, July 06, 2023 5:15 AM EDT
**To:** Yuen Chau <yuen.chau@goglobalretail.com>
**CC:** Sean Alford <sean.alford@ziffdavis.com>; Jeffery Streader <jeff.streader@goglobalretail.com>; Brendan Shea <brendan.shea@lazard.com>; Christian Tempke <christian.tempke@lazard.com>; Mo Beig <Mo_Beig@janieandjack.com>
**Subject:** Re: Buy Buy Baby Partnership Proposal - July 5 pm
**Attachment(s):** "Go.Global.Ziff_Davis_Mutual.NDA_2023.07.05 (fe).pdf"

Thanks, Yuen. Countersigned attached.

On Wed, Jul 5, 2023 at 11:41 PM Yuen Chau <yuen.chau@goglobalretail.com> wrote:
> Hi George,
>
> We've accepted all of your changes to the NDA with two minor changes in Section 3. I've included our signed copy and a redline copy for reference.
>
> Thanks,
> Yuen
>
> Yuen Chau, Partner
> Go Global Brand Investment Platform
> Mobile: +1 (917) 216-9829
> https://www.goglobalretail.com/

On Wed, Jul 5, 2023 at 6:10 PM George Wukoson <gwukoson@everydayhealthgroup.com> wrote:
> Jeff,
>
> See our edits to the NDA attached in redline and clean forms.

On Wed, Jul 5, 2023 at 9:06 PM Sean Alford <sean.alford@ziffdavis.com> wrote:
> Adding George this time
>
> On Wed, Jul 5, 2023 at 7:30 PM Sean Alford <sean.alford@ziffdavis.com> wrote:
>> +George Wukoson, Everyday Health's General Counsel, who will provide comments on the NDA
>>
>> **From:** Jeffery Streader <jeff.streader@goglobalretail.com>
>> **Sent:** Wednesday, July 5, 2023 5:49 PM
>> **To:** Sean Alford <sean.alford@ziffdavis.com>
>> **Cc:** Christian Tempke <christian.tempke@lazard.com>; Brendan Shea <brendan.shea@lazard.com>; Yuen Chau <yuen.chau@goglobalretail.com>; Mo Beig <Mo_Beig@janieandjack.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
>> **Subject:** Buy Buy Baby Partnership Proposal - July 5 pm
>>
>> Hello Sean -
>>
>> \* SEAN - BuyBuyBaby would commit to spending ▮▮▮ in advertising with Everyday Health Group
>> **Yes, based upon the current run rate, we would commit to spending ▮▮▮ per annum.**
>>
>> \* SEAN - Term of the commitment = ▮▮▮ [NOTE – you referenced ▮▮▮ per year; unclear how you arrived here)
>> **I was informed by Buy Buy Baby CEO Patty Wu that our annual spend is ▮▮▮ - with ▮▮▮**
>>
>> \* SEAN - BuyBuyBaby would agree to pay for ▮▮▮ ▮▮▮

**CONFIDENTIAL**                                                                                                   GG-0036372

**Yes, we agree to pay a** ▇▇▇▇▇▇▇▇ **to the current deal - to a new rate of** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

SEAN - It would also be helpful for us to see a copy of your excel model, which hopefully shows the full forecast with drivers/assumptions that get you to the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ business referenced in the proposal. Could you please send that across?

Our mutual NDA is attached.

--

Sean Alford | EVP, Corporate Development & Strategy
Ziff Davis, Inc. (Nasdaq: ZD)
M: (919) 302-6990
https://www.ziffdavis.com

--

**GEORGE WUKOSON**
**General Counsel**

**W** 646.728.9796
**M** 603.996.1192

gwukoson@everydayhealthgroup.com
114 Fifth Avenue, 15th Floor New York, NY 10011

This email, its contents and attachments contain information from Ziff Davis, Inc. and/or its affiliates which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this email in error, please notify the sender by reply email and delete the original message and any copies.

--

**GEORGE WUKOSON**
**General Counsel**

**W** 646.728.9796
**M** 603.996.1192

gwukoson@everydayhealthgroup.com
114 Fifth Avenue, 15th Floor New York, NY 10011

This email, its contents and attachments contain information from Ziff Davis, Inc. and/or its affiliates which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this email in error, please notify the sender by reply email and delete the original message and any copies.