# EXHIBIT AY

**From:** Sean Alford <sean.alford@ziffdavis.com>
**Sent:** Friday, July 07, 2023 6:36 PM EDT
**To:** Yuen Chau <yuen.chau@goglobalretail.com>; Jeffery Streader <jeff.streader@goglobalretail.com>
**Subject:** RE: An Opening - Go Global partnership

This does not solve the fundamental issue. We're not investors in brick-mortar-retail. Best of luck.

---

**From:** Yuen Chau <yuen.chau@goglobalretail.com>
**Sent:** Friday, July 7, 2023 6:32 PM
**To:** Jeffery Streader <jeff.streader@goglobalretail.com>
**Cc:** Sean Alford <sean.alford@ziffdavis.com>
**Subject:** Re: An Opening - Go Global partnership

Hi Sean,

Apologies for the delay, please see the attached version with today's date 7.7.23.

You will see that the ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

Please let me know if you have any questions. I am also based in LA and on West Coast time.

Best regards,
Yuen

Yuen Chau, Partner
Go Global Brand Investment Platform
Mobile: +1 (917) 216-9829
https://www.goglobalretail.com/



On Fri, Jul 7, 2023 at 1:31 PM Jeffery Streader <jeff.streader@goglobalretail.com> wrote:

> Hello Sean - I am introducing Yuen Chau from Go Global.
>
> He is working with our Legal Counsel on the revised Term Sheet and reduced capital contribution. The commercial terms remain the same.
>
> He will forward in the next 30 minutes.
>
> Jeff
>
> Jeff Streader, Managing Partner
> Go Global Retail
> Mobile: 1.615.481.6309
> www.goglobalretail.com
>
> 
>
> > On Jul 7, 2023, at 12:41 PM, Sean Alford <sean.alford@ziffdavis.com> wrote:
> >
> > Please send a summary of terms and I will take a look.
> >
> > ---
> > **From:** Jeffery Streader <jeff.streader@goglobalretail.com>
> > **Sent:** Friday, July 7, 2023 3:33 PM
> > **To:** Sean Alford <sean.alford@ziffdavis.com>
> > **Cc:** Jeffery Streader <jeff.streader@goglobalretail.com>
> > **Subject:** An Opening - Go Global partnership
> >
> > Hello Sean - Happy Friday.
> > After working over the holiday, I hope you wind down slightly this weekend.

**GG-0024480**

There is a new development for Buy Buy Baby -

Wanted to see if we can revisit our conversation - perhaps under a different structure.

Not a ███ play **but** a smaller chip but strategic partnership in place <mark>along the same Commerical terms.</mark>

We are moving forward and want Everyday Health with us.

I am available today or over the weekend.  I will be on the East Coast beginning Saturday.

Jeff


Jeff Streader, Managing Partner
Go Global Retail
Mobile: 1.615.481.6309
www.goglobalretail.com



This email, its contents and attachments contain information from Ziff Davis, Inc. and/or its affiliates which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this email in error, please notify the sender by reply email and delete the original message and any copies.

This email, its contents and attachments contain information from Ziff Davis, Inc. and/or its affiliates which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee(s) only. If you are not an addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this email in error, please notify the sender by reply email and delete the original message and any copies.