UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>         Plaintiff,<br><br>   -against-<br><br>DREAM ON ME INDUSTRIES, INC.,<br>and DREAM ON ME, INC.<br><br>         Defendants. | 1:23-cv-07987 (AS)<br><br>*Filed Electronically*<br><br>**NOTICE OF MOTION TO<br>WITHDRAW AS COUNSEL** |

**COUNSEL:**

  **PLEASE TAKE NOTICE** that on a date to be determined by the Court, the law firm of Greenbaum, Rowe, Smith & Davis, LLP, counsel to Defendants, Dream on Me Industries, Inc. and Dream On Me, Inc. (collectively "DOM"), shall appear before the Honorable Arun Subramanian, U.S.D.J., and move for an Order granting permission to withdraw as counsel to DOM.

  **PLEASE TAKE FURTHER NOTICE** that DOM shall rely upon the memorandum of law and Declaration of Thomas K. Murphy III, Esq., submitted pursuant to Local Civil Rule 1.9, in support of the within Motion To Withdraw.

  **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

  **PLEASE TAKE FURTHER NOTICE** that Greenbaum, Rowe, Smith & Davis, LLP hereby requests that its application be considered on the papers, unless opposition is filed, or the Court desires to hold a conference with counsel *in camera*.

-2-

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for Defendants,
Dream On Me Industries, Inc. and
Dream on Me, Inc.

By: ____*s/ Thomas K. Murphy III*____
       Thomas K. Murphy III, Esq.

Dated: July 11, 2025

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion To Withdraw as Counsel and Supporting Declaration was filed via ECF of the United States District Court for the Southern District of New York and, accordingly, that notice of this filing was served on all parties via ECF, and by electronic and certified mail upon Mark Srour (CEO of DOM).

                                        **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                      Attorneys for Defendants,
                                      Dream On Me Industries, Inc. and
                                      Dream on Me, Inc.

By:    *s/ Thomas K. Murphy III*
            Thomas K. Murphy III, Esq.

Dated: July 11, 2025