## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DREAM ON ME INDUSTRIES, INC.,<br>and DREAM ON ME, INC.,<br><br>        Defendants. | Case No. 1:23-cv-07987-AS<br><br>**CIVIL ACTION**<br><br>**ORDER** |

       **THIS MATTER** having been brought before the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Defendants, Dream on Me Industries, Inc. and Dream On Me, Inc. (collectively "DOM"), for an Order permitting the law firm of Greenbaum, Rowe, Smith & Davis LLP, to withdraw as counsel for DOM and the Court having considered the papers submitted in support thereof; and for good cause shown;

       **IT IS** on this _____ day of _____, 2025, **ORDERED** as follows:

       1.    The application to permit Greenbaum, Rowe, Smith & Davis, LLP to withdraw as counsel for DOM be and is hereby granted.

Dated:                              **SO ORDERED:**

                                  _____

                                  The Honorable Arun Subramanian, U.S.D.J.