UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>                    Plaintiff(s),<br><br>          -against-<br><br>DREAM ON ME, INC. and DREAM ON ME INDUSTRIES, INC.,<br><br>                    Defendant(s). | 23-CV-7987 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is aware that counsel for defendants has filed a motion to withdraw. *See* Dkt. 83. The parties should meet and confer to determine next steps, and they should advise the court by Friday, October 10, 2025 whether a hearing on the motion is appropriate.

SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                                _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge