UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Go Global Retail LLC, | |
| Plaintiff, | |
| -against- | 23-cv-7987 (AS) |
| Dream On Me Industries, Inc. et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court CONDITIONALLY GRANTS defendants' motion to withdraw as counsel, Dkt. 83, on the condition precedent that defendants first obtain new counsel within 30 days of this Order. Defendants are advised that they **will be at risk of default judgment** if they continue to ignore their counsel's communications and fail to obtain substitute counsel. As a reminder, plaintiff seeks over $37 million in damages. *See* Dkt. 61-40.

Defendants' current counsel should ensure that its clients receive a copy of this Order within two business days.


SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge