Gary E. Fox, Esq. - I.D. No. 011251975
**FOX & MELOFCHIK, L.L.C.**
12 Christopher Way
Suite 101
Eatontown, New Jersey 07724
(732) 493-9400
garyfox@jerseylawoffice.com
Counsel for Plaintiff

**UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Go Global Retail LLC, | : |
| Plaintiff, | : CIVIL ACTION<br>: NO.: 23-cv-7987 (AS) |
| v. | : |
| Dream on Me Industries, Inc. and Dream on Me, Inc., | : **APPEARANCE OF COUNSEL** |
| Defendants. | : |

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Dream on Me Industries, Inc. and Dream on Me, Inc.

Dated: Nov. 12, 2025

_____
GARY E. FOX, ESQ., Bar No. 011251975
Fox & Melofchik, L.L.C.
12 Christopher Way
Suite 101
Eatontown, NJ 07724
garyfox@jerseylawoffice.com
Phone: (732) 493-9400
Fax:     (732) 493-5006