UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>                    Plaintiff,<br><br>        -against-<br><br>DREAM ON ME, INC. and DREAM ON ME INDUSTRIES, INC.,<br><br>                    Defendants. | 23-CV-7987 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    By November 30, 2025, the parties shall meet, confer, and propose three separate two-week periods for trial during the first seven months in 2026, excluding the last two weeks of February, the month of March, the first two weeks of May, and the middle two weeks of June.

    SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge