# Fox & Melofchik, L.L.C.
### A LIMITED LIABILITY COMPANY

---

**12 CHRISTOPHER WAY**
**SUITE 101**
**EATONTOWN, NEW JERSEY 07724**

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelochikllc@jerseylawoffice.com)

November 24, 2024

**VIA PACER**

The Honorable Arun Subramanian, U.S.D.J.Lois H. Goodman, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: Go Global Retail, LLC v. Dream On Me, Inc.
     Case No.: 1:23-cv-07987-AS

Dear Judge Subramanian:

  This firm represents the Defendant relative to the above-referenced matter. The Plaintiff is represented by Steven C. Berlowitz, Esq. of Falcon Rappaport & Berkman LLP.

  In accordance with Your Honor's November 18, 2025 Order, Mr. Berlowitz and I met and conferred regarding proposed two-week periods for trial. However, we were unable to agree upon same.

  We propose the following trial dates:
  May 25, 2026 to June 5, 2026
  June 29, 2026 to July 10, 2026
  July 20, 2026 to July 31, 2926

  I thank the Court for its courtesies.

            Respectfully

            GARY E. FOX

2

GEF/sb
cc:    Steven C. Berlowitz, Esq. (via Pacer)
       Client