UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO GLOBAL RETAIL LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>DREAM ON ME, INC. and DREAM ON ME<br>INDUSTRIES, INC.,<br><br>　　　　　　　　Defendants. | 23-CV-7987 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Counsel for defendants should resolve the issues with his PACER login and file any motions on the docket. To the extent that defendants' counsel requests any adjournment of this Court's scheduling order, Dkt. 93, he should first meet and confer with plaintiff's counsel pursuant to this Court's individual practices.


　　SO ORDERED.

Dated:　December 8, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　United States District Judge