UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Go Global Retail LLC, | : |
| Plaintiff, | : CIV 23-cv-7987 (AS) |
| - against - | : |
| Dream on Me Industries, Inc. and Dream on Me, Inc., | : **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | : |

Pursuant to Rule 1.3(i) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Gary E. Fox, Esq. hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Dream on Me Industries, Inc. and Dream on Me, Inc. in the above-captioned action.

I am in good standing of the bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Nov. 25, 2025

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Gary E. Fox

Firm Name: Fox & Melofchik, L.L.C.

Address: 12 Christopher Way, Suite 101

City/State/Zip: Eatontown, New Jersey 07724

Telephone/Fax: (732)493-9400)/(732)493-5006

Email: garyfox@jerseylawoffice.com