# Fox & Melofchik, L.L.C.

A LIMITED LIABILITY COMPANY

12 CHRISTOPHER WAY
SUITE 101
EATONTOWN, NEW JERSEY 07724

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelochikllc@jerseylawoffice.com

December 16, 2025

**_VIA ELECTRONICAL FILING/PACER_**
Hon. Arun Subramanian, U.S.D.J.  Lois H. Goodman, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

      **RE:**    **Go Global Retail, LLC vs Dream On Me, Inc**
             **Case No.: 1:23-cv-07987-AS**

Dear Judge Subramanian:

      Pursuant to Your Honor's docket text Order of December 8, 2025 counsel met and conferred on December 12, 2025 regarding Defendant's counsel's request to modify the Court's Scheduling Order dated December 2, 2025.  Unfortunately, counsel was not able to agree on the proposed modifications to the Court's Scheduling Order.  These requests for modifications are coming from defense counsel alone, and not from the Defendant.  They are a result of defense counsel's prior paid for vacation as well as medical issues.  The following were the requested changes:

1. Change the first bullet point in Your Honor's Scheduling Order to April 29, 2026.
2. Change the second bullet point in Your Honor's Scheduling Order to May 25, 2026.
3. Change the third bullet point in Your Honor's Scheduling Order to June 22, 2026.
4. Change the fourth bullet point In Your Honor's Scheduling Order to July 6, 2026.
5. Change the date that appears in the "IT IS FURTHER ORDERED" paragraph to July 13, 2026.
6. Change the date of the last paragraph of Your Honor's Scheduling Order to July 20, 2026.

      Both counsel agree that a conference with Your Honor should take place in order to discuss the details of this request by defense counsel and for the Court to resolve same. Please be advised that counsel are mutually requesting that the Court set this matter down for a telephone conference or a Zoom conference at Your Honor's earliest convenience.

      Thank you for Your Honor's courtesies in this matter.

                                  Respectfully,

                                  Gary E. Fox, Esq.

GEF/glc
cc:    Steven C. Berlowtiz, Esq., *via email/PACER*
       client