# *Fox & Melofchik, L.L.C.*

### A LIMITED LIABILITY COMPANY

_____

**12 CHRISTOPHER WAY**
**SUITE 101**
**EATONTOWN, NEW JERSEY 07724**

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelochikllc@jerseylawoffice.com)

March 20, 2026

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.Lois H. Goodman, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:    Go Global Retail, LLC v. Dream On Me, Inc.
>          Case No.: 1:23-cv-07987-AS

Dear Judge Subramanian:

This firm represents the Defendant relative to the above-referenced matter. The Plaintiff is represented by Steven C. Berlowitz, Esq. of Falcon Rappaport & Berkman LLP.

I submit this letter-motion to request an adjournment of the trial schedule set forth in the Your Honor's December 2, 2025 Scheduling Order. I previously requested a modification of the schedule and submitted proposed new dates. However, as Plaintiff's counsel and I were not able to agree upon my proposed dates, Your Honor instructed us to try to reach a compromise, which we were not able to do.

I have been in Florida since February 15, 2026 dealing with the last two months of treatment for regionally recurrent prostate cancer. This treatment consists of androgen deprivation therapy, which causes fatigue, weakness, sleep difficulties, and difficulty with concentration. It also impairs memory, learning, executive function, and processing speed. My final dose is scheduled for approximately April 15, 2026, and the cognitive effects and fatigue can persist for several months thereafter.

My doctor has recommended that I avoid all pretrial and trial work that is cognitively demanding from now until July 15, 2026.  I have attached a letter from my doctor, Sean McBride, MD, MPH, dated March 13, 2026.

I sent Dr. McBridge's letter to Mr. Berlowitz and asked for his consent to move the dates out consistent with my doctor's opinion.  However, Mr. Berlowitz has advised that the Plaintiff does not consent to an adjournment of the trial schedule, which currently is as follows:

| | |
|---|---|
| April 6, 2026: | Submission of a proposed joint pretrial order |
| April 13, 2026: | All other required pretrial filings to be filed |
| April 20, 2026: | Submission of trial exhibits |
| April 27, 2026: | Oppositions to any motion *in limine* and oppositions to any legal argument in a pretrial memorandum |
| May 11, 2026: | Final pretrial conference |
| May 18, 2026: | Trial |

Based upon my doctor's recommendation, I respectfully request that the dates be changed as follows:

| | |
|---|---|
| July 17, 2026: | Submission of a proposed joint pretrial order |
| July 24, 2026: | All other required pretrial filings to be filed |
| July 31, 2026: | Submission of trial exhibits |
| August 7, 2026: | Oppositions to any motion *in limine* and oppositions to any legal argument in a pretrial memorandum |
| August 21, 2026: | Final pretrial conference |
| August 28, 2026: | Trial |

I thank the Court for its courtesies.

Respectfully

/s/ Gary E. Fox
GARY E. FOX

GEF/sb
cc:    Steven C. Berlowitz, Esq.  (via ECF)
        Client

DICTATED BUT NOT READ

GRANTED IN PART. The Court ADOPTS the changes requested above, except that trial will begin on **Monday, August 31, 2026**. The final pretrial conference will be at 2:00 PM on Friday, August 21, 2026.

The Court **will not grant any further requests by defendant to adjourn the trial schedule**. If defendant's counsel anticipates the possibility of further issues, he should discuss those with his client in light of this Court's order.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 99.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 2, 2026

2