# *Fox & Melofchik, L.L.C.*
## A LIMITED LIABILITY COMPANY

12 CHRISTOPHER WAY
SUITE 101
EATONTOWN, NEW JERSEY 07724

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelochikllc@jerseylawoffice.com)

July 17, 2026

**VIA PACER**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   Go Global Retail, LLC v. Dream On Me, Inc.
>         Case No.: 1:23-cv-07987-AS

Dear Judge Subramanian:

I represent the Defendant relative to the above-referenced matter. I am pleased to inform Your Honor that the case has settled, and counsel for both sides are working on a Stipulation of Settlement that will be filed on the public record so that the Court will retain jurisdiction to enforce it. I will be preparing the first draft, which will be sent to Mr. Berlowitz, counsel for the Plaintiff, on Monday for his review and edits or approval. We expect to file the Stipulation by the end of next week.

Pursuant to the Court's Order of April 2, 2026, the Joint Pretrial Order was due today. Since the case has settled, there is no need to file a Joint Pretrial Order. In spite of that, I have been advised by Mr. Berlowitz that he will be filing a Pretrial Order today without my client's input, as my client instructed me to spend my time settling the case, which we have done, rather than expend substantial time, effort and attorneys' fees on a Pretrial Order which has now become moot.

I am writing to the Court in order that Your Honor understand where the matter stands and are not confused when my adversary files a Pretrial Order later today.

I thank the Court for its courtesies.

Respectfully

GARY E. FOX

GEF/sb
cc:    Steven C. Berlowitz, Esq.  (via Pacer)
       Client

2