FALCON
RAPPAPORT &
BERKMAN LLP

August 18, 2026

**<u>VIA ECF</u>**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Go Global Retail LLC v. Dream On Me Industries, Inc, et al.*, Case No. 1:23-cv-07987**

Dear Judge Subramanian:

We represent Plaintiff Go Global Retail LLC in the above-referenced action. On behalf of all parties, we respectfully submit this letter requesting the Court's "so ordered" endorsement of the parties' Settlement Agreement dated August 17, 2026 ("Settlement Agreement"), pursuant to the Court's July 20, 2026 Order (ECF 106) and Rule 9.B of Your Honor's Individual Practices.

Consistent with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), and in compliance with Rule 9.B of Your Honor's Individual Practices, the parties represent that the Settlement Agreement is not confidential and is being filed on the public docket as part of this letter. *See* Exhibit 1. Moreover, the parties' Settlement Agreement expressly provides for the Court's continued jurisdiction to enforce the terms of the Settlement Agreement and to enter a Consent Judgment in the event of a default. *See* Exhibit 1 at ¶¶ 4, 16. A copy of the proposed Consent Judgment is attached as Exhibit C to the Settlement Agreement, and Plaintiff is retaining an executed signed version in escrow. Additionally, non-party Mark Serure consents to the Court's continuing jurisdiction over him for the limited purposes of enforcement of the Settlement Agreement. *See* Exhibit 1 at Exhibit A (Page 9-10). The parties respectfully request that the Court endorse the Settlement Agreement thereby incorporating it into an order of the Court, and retain jurisdiction to enforce its terms.

Upon receipt of the Initial Settlement Payment, anticipated on September 1, 2026, the parties will file a Stipulation of Voluntary Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which is enclosed as Exhibit A to the Settlement Agreement. At that time, the Parties will request the Court enter Exhibit A as an Order of this Court (the Stipulation and Proposed Order of Settlement and Voluntary Dismissal). Please note that the Parties have coordinated the order and timing of the various proposed filings, and have agreed to the process described above to comply with the Court's July 20, 2026 Order (ECF 106) as well as the timing of Defendants' Initial Payment and Monthly Payment Deadlines. *See* Exhibit 1 at ¶ 4.

We thank the Court for its consideration of this matter and are available to discuss further should the Court have any questions or concerns regarding the foregoing or the attached.

265 SUNRISE HIGHWAY | SUITE 50
ROCKVILLE CENTRE, NEW YORK 11570
P: (516) 599-0888 F: (516) 599-0889

Respectfully submitted,

**Falcon Rappaport & Berkman LLP**

*/s/ Moish E. Peltz*
By: Moish E. Peltz, Esq.
Steven C. Berlowitz, Esq.

cc: All Counsel via ECF