FALCON
RAPPAPORT &
BERKMAN LLP

August 28, 2026

**VIA ECF**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Go Global Retail LLC v. Dream On Me Industries, Inc., et al.*, Case No. 1:23-cv-07987**

Dear Judge Subramanian:

We represent Plaintiff Go Global Retail LLC ("Plaintiff") in the above-referenced action. On behalf of all parties, we respectfully submit this letter requesting the Court's "so ordered" endorsement of the parties' Stipulation and Order of Settlement and Voluntary Dismissal ("Stipulation of Voluntary Dismissal").

On August 18, 2026, the parties wrote the Court that they would file a Stipulation of Voluntary Dismissal upon receipt of the Initial Settlement Payment, pursuant to the terms of the parties' August 17, 2026 Settlement Agreement. *See* ECF 107. Plaintiff received the Initial Settlement Payment on August 27, 2026. Accordingly, the parties now enclose their executed Stipulation of Voluntary Dismissal for the Court's endorsement.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**Falcon Rappaport & Berkman LLP**

*/s/ Steven C. Berlowitz*
By: Steven C. Berlowitz, Esq.

cc: All Counsel via ECF